**EXHIBIT J**
Track 3 Cases
Direct-Filed Cases for Which No Federal Jurisdiction Is Proper[1]

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Stephen Albert v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01010-PHX-DGC | CV-18-01010-PHX-DGC | USDC AR, Eastern District | AZ | Plaintiff does not agree to a dismissal.  However, if the case is dismissed, Plaintiff believes it should be without prejudice.  Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Martin Baughman, PLLC |
| Patricia Borg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04221-PHX-DGC | CV-19-04221-PHX-DGC | USDC AZ | AZ | Plaintiff does not agree to a dismissal.  However, if the case is dismissed, Plaintiff believes it should be without prejudice.  Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Krause & Kinsman, LLC |

---

[1]  Co-Lead counsel for the Plaintiff's Steering Committee request that each individual action that may be considered for dismissal based on lack of federal jurisdiction be afforded briefing and hearing on the matter.  The Defendants believe that briefing is unnecessary, since the lack of diversity jurisdiction is apparent from the information already available

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Annette Casey and Gordon Casey v C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02558-PHX-DGC | CV-16-02558-PHX-DGC | USDC AZ | AZ | Plaintiff counsel has not been able to reach agreement with defense counsel because defense counsel will not agree to toll the statute. Plaintiff opposes dismissal at this time. | Miller Firm LLC |
| Frederick Hollister v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03237-PHX-DGC | CV-19-03237-PHX-DGC | USDC AZ | AZ | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Driggs, Bills & Day, PLLC - Seattle |
| Chris Vandell v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01549-PHX-DGC | CV-17-01549-PHX-DGC | USDC AZ | AZ | Plaintiff counsel has not been able to reach agreement with defense counsel because defense counsel will not agree to toll the statute. Plaintiff opposes dismissal at this time. | Miller Firm LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| James Chambers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04521-PHX-DGC | CV-18-04521-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal.  However, if the case is dismissed, Plaintiff believes it should be without prejudice.  Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Elena Ruiz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01645-PHX-DGC | CV-19-01645-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal.  However, if the case is dismissed, Plaintiff believes it should be without prejudice.  Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Sonja Lee Brumfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03124-PHX-DGC | CV-19-03124-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal.  However, if the case is dismissed, Plaintiff believes it should be without prejudice.  Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Catherine A. Bean v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03468-PHX-DGC | CV-19-03468-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |
| James Dale Meredith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03605-PHX-DGC | CV-19-03605-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |
| Jan Louise Norquest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03609-PHX-DGC | CV-19-03609-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Faith Crawford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04259-PHX-DGC | CV-19-04259-PHX-DGC | USDC AZ | AZ resident | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |
| James Noa v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02389-PHX-DGC | CV-17-02389-PHX-DGC | USDC IL, Northern District | AZ | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| William Barben v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02460-PHX-DGC | CV-19-02460-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |
| Giles Bartosch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00058-PHX-DGC | CV-18-00058-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Law Office Of Christopher K Johnston LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Edith Cruz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02432-PHX-DGC | CV-18-02432-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Law Office Of Christopher K Johnston LLC |
| Melissa Czarnecki v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01086-PHX-DGC | CV-16-01086-PHX-DGC | USDC NJ | NJ | Plaintiff does not agree to a dismissal. However, if the case is dismissed, Plaintiff believes it should be without prejudice. Should the case be dismissed, Plaintiff intends to refile in the state of Arizona. | Gallagher & Kennedy, PA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| William Engh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03080-PHX-DGC | CV-19-03080-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Seideman Law Firm, PC |
| Donna Butterfield, as Personal Representative of Priscilla Grainger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00395-PHX-DGC | CV-19-00395-PHX-DGC | USDC NJ | NJ | Plaintiff will stipulate to dismiss C.R. Bard. | Miller Firm LLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Renee Harris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01993-PHX-DGC | CV-16-01993-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |
| Robert James Maiore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02772-PHX-DGC | CV-18-02772-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Carlos Mason v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03762-PHX-DGC | CV-19-03762-PHX-DGC | USDC NJ | NJ | Plaintiffs have agreed to stipulate to the dismissal of this case without prejudice. | Driggs, Bills & Day, PC |
| Erwin Melendez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01400-PHX-DGC | CV-19-01400-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court.  Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Charles Miller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02544-PHX-DGC | CV-19-02544-PHX-DGC | USDC NJ | NJ | Plaintiffs have agreed to stipulate to the dismissal of this case without prejudice. | Driggs, Bills & Day, PLLC - Seattle |
| Ann Marie Pickraum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04388-PHX-DGC | CV-18-04388-PHX-DGC | USDC NJ | NJ | Counsel for Plaintiff has been working with Defense counsel to explore options for dismissing C.R. Bard. | Fleming, Nolen, & Jez LLP |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Marilyn Ann Ratz v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00574-PHX-DGC | CV-16-00574-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |
| Robert Russo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01287-PHX-DGC | CV-18-01287-PHX-DGC | USDC NJ | NJ | Plaintiff's counsel was unable to reach an agreement with defense counsel to waive a statute of limitations defense. It is Plaintiff's intention to refile this case in New Jersey State Court, where plaintiff counsel believes that the law there will allow them to prevail on an argument under the state's equitable tolling doctrine. | Andrus Wagstaff, PC |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Saad Sabir v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00328-PHX-DGC | CV-18-00328-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |
| Ernestine Tavares v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03971-PHX-DGC | CV-16-03971-PHX-DGC | USDC NJ | NJ | The plaintiff's counsel believes this case is in Track 1. Defense counsel is attempting to confirm. | Luke Law Firm |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Katherine Varian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01611-PHX-DGC | CV-19-01611-PHX-DGC | USDC NJ | NJ | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Martin Baughman, PLLC |
| Dianna L. Kubik v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04293-PHX-DGC | CV-18-04293-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Barbara S. Rossell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04307-PHX-DGC | CV-18-04307-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Sandra J. Farley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00844-PHX-DGC | CV-19-00844-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| William H. Jackson, IV v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01559-PHX-DGC | CV-19-01559-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Philip Merten v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01637-PHX-DGC | CV-19-01637-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Eileen OBrien v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01639-PHX-DGC | CV-19-01639-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Kimberly Watkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02312-PHX-DGC | CV-19-02312-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Richard D. Mozgai v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02444-PHX-DGC | CV-19-02444-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Lisa M. Anderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03122-PHX-DGC | CV-19-03122-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff's Residence State | Plaintiff's Position | Plaintiff Counsel |
|---|---|---|---|---|---|
| Carolyn G. Murray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03607-PHX-DGC | CV-19-03607-PHX-DGC | USDC NJ | NJ resident | Plaintiff has agreed to dismiss this action in the MDL and re-file in New Jersey state court. Plaintiff's counsel intends to work with defense counsel to confirm defense counsel will forgo a cost award in exchange for the voluntary nature of the dismissal and an agreement to use discovery already conducted to this date. | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |