IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                    No. 2:15-MD-02641-DGC

_____

This Document Relates to:

    CHRISTINA SHEPHERD

Civil Case No. 2:19-cv-02906-DGC

_____

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned case be dismissed without prejudice,

with each party to bear its own costs.


Dated:  September 9, 2019

                            Respectfully submitted,

                            **REICH & BINSTOCK, LLP**

                            By: */s/ Robert J. Binstock*_____
                            Robert J. Binstock, Esq. (TX Bar No. 02328350)
                            4265 San Felipe St., Suite 1000
                            Houston, TX 77027
                            Tel: 713-622-7271
                            Fax: 713-623-8724
                            bbinstock@reichandbinstock.com
                            *Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: _/s/ Richard B. North, Jr._
Richard B. North, Jr.
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel. (404) 322-6000
Fax (404) 332-6397
Richard.north@nelsonmullins.com
_Attorneys for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of records.

/s/ _Robert J. Binstock__
Robert J. Binstock