IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION          No. 2:15-MD-02641-DGC

_____

This Document Relates to:

    CHRISTINA SHEPHERD

Civil Case No. 2:19-cv-02906-DGC

_____

## ORDER

The parties have filed a stipulation of dismissal without prejudice. Doc. ____.

**IT IS ORDERED** that the stipulation (Doc.___) is **granted**. This matter (CV19-02906 DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this _____ day of _____, 2019

_____
David G. Campbell
Senior United States District Judge