# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Christina Shepherd, | No. CV19-2906 PHX DGC |
|     Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
|     Defendants. | |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 20255.

**IT IS ORDERED** that the stipulation (Doc. 20255) is **granted**.  This matter (CV19-2906 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 9th day of September, 2019.

David G. Campbell
Senior United States District Judge