Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**SANDRA J. FARLEY** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:19-CV-00844)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF C.R. BARD, INC. WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sandra J. Farley, gives notice that she dismisses *without prejudice* her complaint as against only Defendant C. R. Bard, Inc. in this civil action.  This dismissal does not extend to Plaintiff's claims against Defendant Bard Peripheral Vascular, Inc.

Defendant C. R. Bard, Inc. has not filed an answer or motion for summary judgment; therefore, this Notice is proper under Rule 41(a)(1)(A)(i).

DATED this   day of September 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
   John A. Dalimonte
   Paul L. Stoller
   Ashley Crowell

   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Donna M. Berrios