Lincoln Combs (No. 025080)
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Phone (602) 530-8000
lincoln.combs@gknet.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ANDREA BUNKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, and DOES 1 through 10,<br><br>Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. 2:16-cv-01257-DGC<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to The Honorable David G. Campbell) |

Plaintiff hereby gives notice to the Court and opposing counsel that attorney Lincoln Combs, of Gallagher & Kennedy, P.A., will be attorneys of record for Plaintiff in this matter. Previously identified counsel will continue to be attorneys of record for the aforementioned Plaintiff.

DATED this 12th day of September, 2019.

GALLAGHER & KENNEDY, P.A.

By */s/ Lincoln Combs*
Lincoln Combs
2575 East Camelback Road
Phoenix, Arizona 85016

*Attorneys for Plaintiffs*

EFILED this 12th day of September, 2019

By: */s/ Kat Lane*