Alexandra V. Boone
Les Weisbrod
Max Freeman
MILLER WEISBROD LLP
11551 Forest Central Dr., Suite 300
Dallas, TX 75243
Ph: (214) 987-005
Fax: (214) 987-2545
Email: aboone@millerweisbrod.com

*Counsel for Plaintiff*
*Robert G. Harbridge*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Richard.North@nelsonmullins.com

*Attorneys for Defendant*
*C. R. Bard, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-MD-02641-DGC |
| This Document Relates to:<br><br>Robert G. Harbridge v. C. R. Bard, Inc.<br>CV-16-00008-PHX-DGC | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the Plaintiff Robert G. Harbridge and Defendant C.R. Bard, Inc. ("Bard"), through their undersigned attorneys of record, that the parties have agreed to dismiss this case. Plaintiff's action against all Defendants is in all respects DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

//

//

This 13th day of September, 2019.

s/ Alexandra V. Boone
Alexandra V. Boone
Les Weisbrod
Max Freeman
MILLER WEISBROD LLP
11551 Forest Central Dr., Suite 300
Dallas, Texas 75243
Ph: (214) 987-005
Fax: (214) 987-2545
Email: aboone@millerweisbrod.com

**Counsel for Plaintiff Robert G. Harbridge**

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH:  (404) 322-6000
FX:  (404) 322-6050
Richard.North@nelsonmullins.com

**Attorneys for Defendants C. R. Bard, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 13, 2019, the foregoing stipulation to dismiss all claims in this matter with prejudice was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                        s/ Richard B. North, Jr.
                                        Richard B. North, Jr.