AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
|  | ) | Pertains to Case No. 2:16-cv-00592-DGC |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                              _____
                                                                              *Attorney's signature*

                                                                              _____
                                                                              *Printed name and bar number*

                                                                              _____
                                                                              *Address*

                                                                              _____
                                                                              *E-mail address*

                                                                              _____
                                                                              *Telephone number*

                                                                              _____
                                                                              *FAX number*