AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | |
| | ) | Pertains to Case No. 2:17-cv-03273-DGC |
| _Defendant_ | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
_Attorney's signature_

_____
_Printed name and bar number_

_____
_Address_

_____
_E-mail address_

_____
_Telephone number_

_____
_FAX number_