Matthew R. McCarley
TX Bar No. 24041426
Arati C. Furness
TX Bar No. 24094382
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com
afurness@fnlawfirm.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | Case No.: 2:15-md-02641-DGC |
| This document relates to Plaintiff: | **NOTICE OF VOLUNTARY DISMISSAL OF DUPLICATIVE FILING** |
| John Russel Buis      2:19-cv-02613 | |

NOTICE IS HEREBY GIVEN that Plaintiff, John Russel Buis, voluntarily dismisses

without prejudice the above-entitled action again all Defendants, with each party to bear their

own costs and attorneys' fees.  The dismissal of this particular case does not affect any other

filing for Plaintiff in this litigation.

Dated:  September 18, 2019                     Respectfully submitted,

                                               **FEARS NACHAWATI, PLLC**

                                               */s/ Matthew McCarley*
                                               Matthew R. McCarley
                                               TX Bar No. 24041426
                                               5473 Blair Road
                                               Dallas, TX 75231
                                               Phone: (214) 890-0711
                                               Facsimile: (214) 890-0712
                                               mccarley@fnlawfirm.com

                                               *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL OF DUPLICATIVE FILING - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 18, 2019

/s/ Matthew McCarley
Matthew R. McCarley

NOTICE OF VOLUNTARY DISMISSAL OF DUPLICATIVE FILING - 2