Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**DARRYL ALLEN FISET** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:19-CV-00198)<br><br>**STATEMENT NOTING DEATH AND REQUEST FOR EXTENSION OF TIME TO PROVIDE PPF** |

The undersigned counsel, pursuant to Arizona Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court and the Parties of the recent death of Plaintiff Darryl Allen Fiset.

In light of Plaintiff's death, and in order to allow the family time to regroup and formally appoint a Personal Representative for proper execution of the Plaintiff Profile Form ("PPF"), undersigned requests an extension of time in which to provide the PPF to defendants. Pursuant to this Court's order dated September 4, 2019 [Dkt. 20115], Plaintiff's PPF is currently due on September 24.

Defendants' counsel has been consulted regarding this request and has no objection.

DATED this 18th day of September 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*