1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
|---|---|
| | (AZ Member Case - 2:19-CV-00198) |
| This Document Applies to: | **ORDER GRANTING REQUEST** |
| **DARRYL ALLEN FISET** | **FOR EXTENSION OF TIME TO** |
| | **PROVIDE PPF** |

Counsel for Plaintiff, having submitted its Statement Noting Death and Request for Extension of Time to Provide PPF, and good cause appearing,

IT IS ORDERED granting Plaintiff Darryl Allen Fiset an extension of time to provide Plaintiff's Profile Form to Defendants. The PPF shall be provided no later than

_____.