# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO:

Donna Ortega,

    Plaintiff,

v.

C.R. Bard Inc. and Bard Peripheral Vascular, Inc.

    Defendants.

MDL No.: 2641

Civil Action No. 2:16-cv-04239

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel, on behalf of the Plaintiff, hereby provide notice of the dismissal of the above-captioned case with docket number 2:16-cv-04239 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. without prejudice and without costs.

| | |
|---|---|
| By: /s/ Randi Kassan<br>Sanders Phillips Grossman, LLC<br>Randi Kassan, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>516-741-5600<br>rkassan@thesandersfirm.com | By: Richard B North, Jr<br>Nelson Mullins Riley & Scarborough LLC<br>Richard B. North, Jr., Esq.<br>Atlantic Station<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>404-322-6000<br>richard.north@nelsonmullins.com |
| *Counsel for Plaintiff*<br>*Donna Ortega* | *Counsel for Defendants C.R. Bard Inc.*<br>*And Bard Peripheral*<br>*Vascular, Inc.* |
| Dated: July 31, 2019 | Dated: July 31, 2019 |