UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Wayne Brown,<br><br>   Plaintiff,<br><br>   v.<br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>   Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No.  CV-19-04158-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 10, 2019     /s/ Richard B. North, Jr.
                 *Attorney's signature*

                 Richard B. North, Jr. (Ga. Bar No. 545599)
                 *Printed Name and bar number*

                 Nelson Mullins Riley & Scarborough, LLP
                 201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                 *Address*

                 richard.north@nelsonmullins.com
                 *E-mail address*

                 (404) 322-6155
                 *Telephone number*

                 (404) 322-6050
                 *FAX number*