UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Heath, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-19-03642-PHX-DGC |
| ) | |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 10, 2019    /s/ Richard B. North, Jr.
                                           *Attorney's signature*

                                           Richard B. North, Jr. (Ga. Bar No. 545599)
                                           *Printed Name and bar number*

                                           Nelson Mullins Riley & Scarborough, LLP
                                           201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                           *Address*

                                           richard.north@nelsonmullins.com
                                           *E-mail address*

                                           (404) 322-6155
                                           *Telephone number*

                                           (404) 322-6050
                                           *FAX number*