**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Gina Fleming, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-19-03701-PHX-DGC |
| | ) | |
| C. R. Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: <u>September 4, 2019</u>        <u>/s/ Richard B. North, Jr.                          </u>
*Attorney's signature*

<u>Richard B. North, Jr. (Ga. Bar No. 545599)        </u>
*Printed name and bar number*

Nelson Mullins Riley & Scarborough, LLP
<u>201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363</u>
*Address*

<u>richard.north@nelsonmullins.com                       </u>
*E-mail Address*

<u>(404) 322-6000                                                     </u>
*Telephone number*

<u>(404 322-6050                                                     </u>
*FAX number*