**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Rebecca Parkman, as Administrator of the Estate of Coriene Logan,        ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,  ) <br> ) <br> Defendants.  ) | MDL Case No. 2:15-md-02641-DGC <br><br> Civil Action No. CV-19-03818-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 10, 2019      /s/ Richard B. North, Jr.
                                        *Attorney's signature*

                                        Richard B. North, Jr. (Ga. Bar No. 545599)
                                        *Printed Name and bar number*

                                        Nelson Mullins Riley & Scarborough, LLP
                                        201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                        *Address*

                                        richard.north@nelsonmullins.com
                                        *E-mail address*

                                        (404) 322-6155
                                        *Telephone number*

                                        (404) 322-6050
                                        *FAX number*