IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

## NOTICE OF CHANGE OF
## ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the District of Arizona

[X] I have **pending case(s)** in the District Court for the District of Arizona

Pending Case No(s). ) 2:19-cv-02646; 2:19-cv-02645; 2:19-cv-02648
) 2:19-cv-02647; 2:19-cv-02615; 2:19-cv-02644
) 2:19-cv-02649;

Pursuant to Local Rule 83.3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | Previous Information: | Current Information: |
|---|---|---|
| Name: | Ryan E. Hodge | Ryan E. Hodge |
| Law Firm: | Ray Hodge & Associates, LLC | Ray Hodge & Associates, LLC |
| Address: | 135 N. Main<br><br>Wichita, KS 67202 | 8558 W. 21st N., Suite 300<br><br>Wichita, KS 67205 |
| Primary E-mail: | hodgelaw@kansaslaw.com | hodgelaw@kansaslaw.com |
| Secondary E-Mail(s): | records@kansaslaw.com<br><br>elaine@kansaslaw.com | records@kansaslaw.com<br><br>elaine@kansaslaw.com |
| Phone: | 316-269-1414 | 316-269-1414 |
| Fax: | 316-263-6019 | 316-263-6019 |

Date: 9/24/19

/s/ Ryan E. Hodge