Samuel M. Wendt
MO Bar No. 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | Case No.: 2:15-md-02641-DGC |
|---|---|
| This document relates to Plaintiff: Tammy King 2:19-cv-04008-DGC | **NOTICE OF VOLUNTARY DISMISSAL OF DUPLICATIVE FILING** |

NOTICE IS HEREBY GIVEN that Plaintiff, Tammy King, voluntarily dismisses without prejudice the above-entitled action against all Defendants, with each party to bear their own costs and attorneys' fees. The dismissal of this particular case does not affect any other filing for Plaintiff in this litigation.

Dated:  September 26, 2019

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt
MO Bar No. 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL OF DUPLICATIVE FILING - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  September 26, 2019

                                                              */s/ Samuel M. Wendt*
                                                              Samuel M. Wendt