1  Ramon Rossi Lopez (admitted *pro hac vice*)
   (CA Bar No. 86361)
2  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, CA 92660
   rlopez@lopezmchugh.com
4
   Mark S. O'Connor (011029)
5  BEUS GILBERT PLLC
   701 N 44th Street
6  Phoenix, AZ 85008
   Telephone: (480) 429-3019
7  moconnor@beusgilbert.com

8  *Attorneys for Plaintiffs*

9  James R. Condo (#005867)
   Kristine L. Gallardo (033975)
10 SNELL & WILMER L.L.P.
   One Arizona Center
11 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202
12 Telephone:  602.382.6000
   Facsimile:  602.382.6070
13 jcondo@swlaw.com
   kgallardo@swlaw.com
14
   Richard B. North, Jr. (admitted *pro hac vice*)
15 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
16 Georgia Bar No. 446986
   NELSON MULLINS RILEY &
17    SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
18 Atlanta, GA  30363
   Telephone: 404.322.6000
19 Facsimile: 404.322.6050
   richard.north@nelsonmullins.com
20 matthew.lerner@nelsonmullins.com

21 *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE DEFENDANTS' STATUS REPORT CONCERNING PROFILE FORMS** |
|---|---|

In a September 4, 2019 amended report regarding the settlement status of cases (Doc. 20061), the parties identified multiple cases that are ripe for transfer. The submission further identified the cases from that list in which a properly completed profile form ("PPF") had not been served. Thereafter, in an order dated September 4, 2019, the Court gave those Plaintiffs until September 24, 2019 to provide a PPF to Defendants and stated that the PPF "shall include the place of filter implant." (Doc. 20115) The Court further ordered the parties to file a status report by September 26, 2019 indicating whether a proper PPF has been provided in each such case and noting that the Court "may dismiss any case in which no proper PPF has been provided."

In accordance with the Court's Order, the Defendants are attaching as Exhibit "A" a list of the status of the previously-identified cases where a proper PPF had not yet been served. (The Defendants' counsel sought agreement from the Plaintiffs' Lead Counsel to make this filing a joint submission, but Plaintiffs' counsel did not respond to multiple inquiries.) The Defendants believe the cases identified in Exhibit "A" where a proper PPF has not been provided should be dismissed. If the Court would prefer that a separate motion be filed, Defendants stand ready to do so.

Respectfully submitted, this 26th day of September, 2019.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Richard B. North*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

James R. Condo (005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North