**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| Carolyn S. Hatcher, ) | |
| ) | |
| Plaintiff, ) | MDL Case No. 2:15-md-02641-DGC |
| ) | |
| v. ) | Civil Action No. CV-19-03678-PHX-DGC |
| ) | |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  September 25, 2019   /s/ Richard B. North, Jr.
              *Attorney's signature*

              Richard B. North, Jr. (Ga. Bar No. 545599)
              *Printed Name and bar number*

              Nelson Mullins Riley & Scarborough, LLP
              201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
              *Address*

              richard.north@nelsonmullins.com
              *E-mail address*

              (404) 322-6155
              *Telephone number*

              (404) 322-6050
              *FAX number*