IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff(s):

Amanda Carroll

Civil Case # 2:19-cv-02487

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Amanda Carroll, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment and in conjunction with MDL 2641 Scheduling Conferences held on August 23, 2016, and December 9, 2016.

It is further agreed that this notice will only apply to docket number 2:19-cv-02487-DGC and will not have any effect on any other pending actions with different docket numbers filed in regards to Plaintiff, Amanda Carroll.

Dated: 9/27/2019.

                                                        Respectfully Submitted,

                                                        */s/ Robert J. Fenstersheib*
                                                        Robert J. Fenstersheib
                                                        Florida Bar #307300
                                                        Fenstersheib Law Group, P.A.
                                                        520 Hallandale Beach Blvd.
                                                        Hallandale, FL 33009
                                                        P: (954) 456-2488
                                                        F: (954) 212-2757
                                                        Email: rjf@fenstersheib.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 9/27/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Additionally, I certify that on 9/27/2019 service was also made to the non-CM/ECF participant that was a party to this suit.

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com