1   James R. Condo (#005867)
    Kristine L. Gallardo (#033975)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
4   Telephone: (602) 382-6000
    Facsimile: (602) 382-6070
5   jcondo@swlaw.com
    kgallardo@swlaw.com
6
    Richard B. North, Jr. (admitted *pro hac vice*)
7   Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
8   Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH LLP
9   201 17th Street, NW / Suite 1700
    Atlanta, GA  30363
10  Telephone: (404) 322-6000
    Facsimile: (404) 322-6050
11  richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com
12  Attorneys for Defendants C. R. Bard, Inc. and
    Bard Peripheral Vascular, Inc.
13

14              IN THE UNITED STATES DISTRICT COURT

15               FOR THE DISTRICT OF ARIZONA

16  IN RE:  Bard IVC Filters Products Liability          No. 2:15-MD-02641-DGC
    Litigation
17                                                       **NOTICE OF SERVICE OF**
                                                         **DISCOVERY**
18

19

20

21       Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through

22  counsel, hereby give notice that on September 27, 2019, they served on Plaintiffs, via U.S.

23  Mail and email, the following:

24  •   Defendants' Third Amended Notice of Videotaped Trial Preservation Deposition of

25      Shari O'Quinn.

26

27

28

DATED this 27th day of September, 2019.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com
KGallardo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this matter.

s/Richard B. North, Jr.
Richard B. North
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com