# EXHIBIT A
## PPF Status of Track 3 Cases Identified in 9/4/19 Order, Doc. 20115

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|
| Kelsey D. Doddridge v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03131-PHX-DGC | CV-19-03131-PHX-DGC | USDC AR, Eastern District | Dalimonte Rueb Stoller, LLP | 9/24/2019 |
| Joy Ann Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04264-PHX-DGC | CV-18-04264-PHX-DGC | USDC FL, Middle District | Dalimonte Rueb Stoller, LLP | 9/24/2019 |
| Denita E. Alexander-Hamm v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00192-PHX-DGC | CV-19-00192-PHX-DGC | USDC GA, Southern District | Dalimonte Rueb Stoller, LLP | 9/24/2019 |
| Brian Hickey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04313-PHX-DGC | CV-19-04313-PHX-DGC | USDC IL, Northern District | Dalimonte Rueb Stoller, LLP | 9/19/2019 |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|
| John C. Barr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04315-PHX-DGC | CV-19-04315-PHX-DGC | USDC IL, Southern District | Dalimonte Rueb Stoller, LLP | NO |
| Darnell G. Collins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04237-PHX-DGC | CV-19-04237-PHX-DGC | USDC MD | Dalimonte Rueb Stoller, LLP | 9/19/2019 |
| Beth Sattizahn, as Surviving Spouse and Personal Representative of the Estate of Dale K. Sattizahn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04322-PHX-DGC | CV-19-04322-PHX-DGC | USDC MD | Dalimonte Rueb Stoller, LLP | Dismissal without prejudice |
| James D. Fancher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04312-PHX-DGC | CV-19-04312-PHX-DGC | USDC MO, Eastern District | Dalimonte Rueb Stoller, LLP | 9/19/2019 |
| Barbara A. Brooks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04310-PHX-DGC | CV-19-04310-PHX-DGC | USDC MS, Southern District | Dalimonte Rueb Stoller, LLP | 9/19/2019 |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|
| Barbara S. Rossell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04307-PHX-DGC | CV-18-04307-PHX-DGC | USDC NJ | Dalimonte Rueb Stoller, LLP | 9/24/2019 |
| Shontelle Baker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04303-PHX-DGC | CV-19-04303-PHX-DGC | USDC NV | Dalimonte Rueb Stoller, LLP | 9/19/2019 |
| Lori B. Bandor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04308-PHX-DGC | CV-19-04308-PHX-DGC | USDC OH, Northern District | Dalimonte Rueb Stoller, LLP | 9/19/2019 |
| Darryl Allen Fiset (a/k/a Darryl A. Furman) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00198-PHX-DGC | CV-19-00198-PHX-DGC | USDC OK, Northern District | Dalimonte Rueb Stoller, LLP | Dismissal without prejudice |
| Joshua Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04240-PHX-DGC | CV-19-04240-PHX-DGC | USDC TN, Middle District | Dalimonte Rueb Stoller, LLP | 9/19/2019 |

| Case Caption | Current Civil Action | Transfer Venue From Short Form Complaint | Plaintiff Counsel | Proper PPF Provided? |
|---|---|---|---|---|
| Raquel Rodriguez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03196-PHX-DGC | CV-19-03196-PHX-DGC | USDC TN, Middle District | Dalimonte Rueb Stoller, LLP | 9/4/2019 |
| David Roger Alligood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03567-PHX-DGC | CV-19-03567-PHX-DGC | USDC TX, Eastern District | Dalimonte Rueb Stoller, LLP | 9/13/2019 |
| Edward Richardson Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04320-PHX-DGC | CV-18-04320-PHX-DGC | USDC TX, Eastern District | Dalimonte Rueb Stoller, LLP | Plaintiffs' counsel petitions for extension |