Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT MCGRODER PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: (480) 429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **NOTICE OF FIRM NAME CHANGE** |

Mark S. O'Connor, co-lead counsel for Plaintiffs, hereby gives notice to the court the firm Beus Gilbert PLLC has been renamed Beus Gilbert McGroder PLLC. This change affects only the name of the firm. All contact information including mailing address, phone numbers, fax numbers and email addresses remain unchanged.

Respectfully submitted, this 27th day of September, 2019.

BEUS GILBERT MCGRODER PLLC

By: *s/ Mark S. O'Connor*
Mark S. O'Connor (011029)
BEUS GILBERT MCGRODER PLLC
701 N 44th Street
Phoenix, Arizona 85008

Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Jessica Gallentine