Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**GARY LEE EVANS** | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gary Lee Evans, gives notice that he dismisses his Complaint and all causes of action *without prejudice* as against all Defendants in civil action 2:19-cv-04260-DGC *only*. This filing does not affect Plaintiff's complaint or claims in Individual Case Nos. 2:18-CV-3292-PHX-DGC or 2:19-CV-4078-PHX-DGC.

Defendants have not filed an answer or motion for summary judgment; therefore, this Notice is proper under Rule 41(a)(1)(A)(i).

DATED this 30th day of September 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
    John A. Dalimonte
    Paul L. Stoller
    Ashley Crowell

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Donna M. Berrios

-2-