Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**EDWARD RICHARDSON WILLIAMS** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:18-CV-04320)<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF PROFILE FORM** |

Plaintiff Edward Richardson Williams ("Plaintiff") requests an extension of time to October 11, 2019, in which to serve on Defendants his Plaintiff Profile Form ("PPF").

Pursuant to this Court's Order dated September 4, 2019 [Dkt. 20115], Plaintiff's PPF was due on September 24, 2019. Plaintiff's counsel communicated with Mr. Williams on or about May 20, 2019, and sent him a form of PPF to complete and return. Unfortunately, after May 20, Mr. Williams was unable to communicate with counsel due to the inability to obtain a mobile telephone or long-term housing arrangements. Additionally, after re-establishing contact with Mr. Williams, counsel learned that Mr. Williams' mother has recently passed away and he is dealing with the loss and her estate. Plaintiff requests this brief extension to grieve his mother's passing. Plaintiff's counsel has consulted with Defendants' counsel regarding this motion, and Defendants do not oppose this request for extension.

Accordingly, Plaintiff requests that the Court extend the time for Plaintiff to serve his PPF on Defendants to October 11, 2019.

DATED this 30th day of September 2019.

**DALIMONTE RUEB STOLLER, LLP**

By:*/s/ Paul L. Stoller*
John A. Dalimonte
Paul L. Stoller
Ashley Crowell

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*

-2-