IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>**EDWARD RICHARDSON WILLIAMS** | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - 2:18-CV-04320)<br><br>**ORDER GRANTING EXTENSION OF TIME TO SERVE PLAINTIFF PROFILE FORM** |

Plaintiff having filed his Unopposed Motion for Extension of Time to Serve Plaintiff Profile Form, and good cause appearing,

**IT IS ORDERED** that Plaintiff Edward Richardson Williams' Plaintiff Profile Form shall be served upon defendants on or before **October 11, 2019**.