Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT REPORT ON THE SETTLEMENT STATUS OF CASES** |

Pursuant to Case Management Order No. 42 (Doc. 164343), the parties submit this monthly report concerning the settlement status of cases pending in this MDL:

## I.     TRACK 1 CASES

On July 26th, the parties provided the Court with a list of cases that have been resolved in principle pursuant to an executed release or term sheet (Doc. 19798-1). The following case was listed erroneously on Track 1 and should be moved to Track 3:

- Justin Peterson v. C. R. Bard, Inc., et al, Civil Action No. CV-16-00774-PHX-DGC

For the balance of the cases on Track 1 the parties are continuing their efforts to finalize the settlements and the parties have begun filing dismissals.

## II.    TRACK 2 CASES

On July 26th, the parties provided the Court with a list of cases that are the subject of substantive settlement negotiations, with a likelihood of ultimately settling (Doc. 19798-2). On September 24, 2019, the parties filed their Joint Report on the Settlement Status of Cases (Doc. 200061) with a list of cases from Track 2 that should be moved to Track 3. Since the last status report, no other cases presently in Track 2 have been designated to move to Track 3.

Settlement discussions are continuing in the remaining cases previously identified in Track 2. Since the date of the last report, the Defendants' attorneys have continued to collect and review medical records for cases that are currently in Track 2, and have had meetings and discussions with multiple attorneys representing the Plaintiffs. Those discussions are ongoing, and the parties remain hopeful that many – if not all – of those cases will ultimately be settled before November 1, 2019, when all cases for which neither a release nor term sheet has been executed will be recommended to the JPML for remand or will be transferred under §1404(a) in accordance with CMO No. 42 .

## III.   TRACK 3 CASES

In Case Management Order No. 42, the Court stated that "[a]ny case in either track may be removed from the track and from this MDL upon counsel for either side concluding that further settlement efforts in the case are not warranted." (Doc. 16343 at 6). Counsel

for one or both sides has made that determination regarding the single case (Peterson) identified above.

The Defendants also request that the remand/transfer order for these cases specifically preserve their right to challenge venue and personal jurisdiction upon remand, as the Court did in the previous remand/transfer order (Doc. 19899).

Respectfully submitted, this 1st day of October, 2019.

| | |
|---|---|
| LOPEZ McHUGH, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: *s/ Ramon Rossi Lopez* <br> Ramon Rossi Lopez <br> (admitted *pro hac vice*) <br> CA Bar No. 86361 <br> LOPEZ MCHUGH LLP <br> 100 Bayview Circle, Suite 5600 <br> Newport Beach, California 92660 <br><br> Mark S. O'Connor (011029) <br> BEUS GILBERT PLLC <br> 701 N 44th Street <br> Phoenix, Arizona 85008 <br><br> Attorneys for Plaintiffs | By: *s/ Richard B. North* <br> Richard B. North, Jr. (admitted *pro hac vice*) <br> Georgia Bar No. 545599 <br> Matthew B. Lerner (admitted *pro hac vice*) <br> Georgia Bar No. 446986 <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> 201 17th Street, NW / Suite 1700 <br> Atlanta, GA  30363 <br><br> James R. Condo (005867) <br> Kristine L. Gallardo (033975) <br> SNELL & WILMER L.L.P. <br> One Arizona Center <br> 400 E. Van Buren, Suite 1900 <br> Phoenix, Arizona  85004-2202 <br><br> Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North