FLEMING, NOLEN & JEZ, L.L.P.
2800 POST OAK BLVD., SUITE 4000
HOUSTON, TX 77056-6109
(713) 621-7944

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document Applies to:<br>No. CV-18-04388-PHX-DGC<br>Ann Marie Pickraum, Plaintiff | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

**PLAINTIFF'S FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Ann Marie Pickraum

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New Jersey

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

   New Jersey District Court, Newark Division

8. Defendants (check Defendants against whom Complaint is made):

   ☐ [~~C.R. Bard, Inc.~~]

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☒ Other:   MDL 2641 Centralization

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☒ G2® Vena Cava Filter

|   |   |   |
|---|---|---|
| 1 | ☐ | G2® Express Vena Cava Filter |
| 2 | ☐ | G2® X Vena Cava Filter |
| 3 | ☐ | Eclipse® Vena Cava Filter |
| 4 | ☐ | Meridian® Vena Cava Filter |
| 5 | ☐ | Denali® Vena Cava Filter |
| 6 | ☐ | Other:_____ |

11. Date of Implantation as to each product:

    January 14, 2009

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence – Design

☒ Count V: Negligence – Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

|   |   |   |   |
|---|---|---|---|
| 1 | ☒ | Count XIII: | Fraudulent Concealment |
| 2 | ☒ | Count XIV: | Violations of Applicable <u>New Jersey</u> (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 5 | ☐ | Count XV: | Loss of Consortium |
| 6 | ☐ | Count XVI: | Wrongful Death |
| 7 | ☐ | Count XVII: | Survival |
| 8 | ☒ | Punitive Damages | |
| 9 | ☒ | Other(s): <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following:</u> (please state the facts supporting this Count in the space immediately below) <u>On or about April 19, 2016, a CT scan showed the proximal portion of the inferior vena cava filter is tilted to the right and portions of the legs which extend beyond the confines of the inferior vena cava and abut the abdominal aorta.</u> | |

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

1  RESPECTFULLY SUBMITTED this 1st day of October, 2019.

2
**FLEMING, NOLEN & JEZ, L.L.P.**
3

4  By: */s/ Rand P. Nolen*
   Rand P. Nolen (Pro Hac Vice)
5  2800 Post Oak Blvd., Suite 4000
   Houston, Texas 77056-3109
6  Telephone:  (713) 621-7944
   Facsimile:   (713) 621-9638
7  Email:  rand_nolen@fleming-law.com
   *Attorneys for Plaintiffs*
8

9  I hereby certify that on this 1st day of October, 2019, I electronically transmitted the

10  attached document to the Clerk's Office using the CM/ECF System for filing and

11  transmittal of a Notice of Electronic Filing.

12

13                   */s/ Rand P. Nolen*