# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| _____ Suzanne LaLonde, | |
| Plaintiff, | No.: CV-17-00921-PHX- DGC |
| v. | ORDER |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. _____ Sallie Johns, | |
| Plaintiff, | No.: CV-17-03201-PHX- DGC |
| v. | ORDER |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. _____ Stephen Jaczko, | |
| Plaintiff, | No.: CV-18-01724-PHX- DGC |
| v. | ORDER |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

| | |
|---|---|
| Kim Soltys,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No.: CV-18-01757-PHX- DGC<br><br>ORDER |
| Michael Frade,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No.: CV-18-01906-PHX- DGC<br><br>ORDER |
| Catherine Vazquez,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No.: CV-18-01951-PHX- DGC<br><br>ORDER |
| Carmine Festa,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No.: CV-18-02099-PHX- DGC<br><br>ORDER |
| Gina Cruzata,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No.: CV-19-02938-PHX- DGC<br><br>ORDER |

|  |  |
|---|---|
| Christopher Tieslau,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>             Defendants.<br>_____<br>Neal Bottomley,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>             Defendants. | No.: CV-19-03068-PHX- DGC<br><br>ORDER<br><br><br><br><br><br><br>No.: CV-19-03441-PHX- DGC<br><br>ORDER |

The parties have filed a stipulation of dismissal without prejudice as to the above cases. Doc. 20102.

**IT IS ORDERED** that the stipulation (Doc. 20102) is **granted**. The above individual cases are dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 2nd day of October, 2019.

_____

David G. Campbell
Senior United States District Judge