**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO:

Donald Daniels,

    Plaintiff,

v.

C.R. Bard Inc. and Bard Peripheral Vascular, Inc.

    Defendants.

MDL No.: 2641

Civil Action No. 2:17-cv-03609

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THIS DOCKET ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel, on behalf of the Plaintiff, hereby provide notice of the dismissal of the above-captioned case as to this docket number only 2:17-cv-03609 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. without prejudice and without costs.

By: /s/ Randi Kassan
Sanders Phillips Grossman, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600
rkassan@thesandersfirm.com

*Counsel for Plaintiff
Donald Daniels*

Dated: October 4, 2019

By: Richard B North, Jr
Nelson Mullins Riley & Scarborough LLC
Richard B. North, Jr., Esq.
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
richard.north@nelsonmullins.com

*Counsel for Defendants C.R. Bard Inc.
And Bard Peripheral
Vascular, Inc.*

Dated: October 4, 2019