UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2641

(SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL REMAND ORDER

A conditional remand order was filed in the actions on the attached schedule on August 26, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed remand. Plaintiffs later filed a motion and brief to vacate the conditional remand order. The moving plaintiffs represent, and defendants do not dispute, that the parties included these three actions in error in the list of actions provided to the transferee judge for inclusion in his suggestion of remand.

IT IS THEREFORE ORDERED that the unopposed motion to vacate is GRANTED, and the Panel's conditional remand order filed on August 26, 2019, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

MDL No. 2641

SCHEDULE A

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| AZ | 2 | 15-02155 | CAC | 2 | 15-07937 | Becker v. C R Bard Incorporated et al |
| AZ | 2 | 15-02142 | CO | 1 | 15-01970 | Owens v. C R Bard Incorporated et al |
| AZ | 2 | 15-02091 | MOE | 4 | 15-01489 | Rowden v. C R Bard Incorporated et al |