Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV17-02533—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Hendra Scott, | |
|     Plaintiff, | **NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF HENDRA SCOTT** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
|     Defendants. | |

    Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Hendra Scott, which occurred March 24, 2019.

1

Dated: October 7, 2019

DEGARIS LAW, LLC

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com