Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV17-02533—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Hendra Scott, | |
|     Plaintiff, | **MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
|     Defendants. | |

NOW INTO COURT, through undersigned counsel, comes D'Andre Windfield, surviving spouse of Plaintiff-Decedent Hendra Scott, who respectfully moves this Court pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for an order substituting himself as Plaintiff on behalf of his deceased wife, Hendra Scott and for leave to amend short form complaint. Plaintiff states as follows:

1. Plaintiff Hendra Scott filed a products liability lawsuit against Defendants on July 28, 2017.

2. Plaintiff's Counsel learned that Hendra Scott died on March 24, 2019.

1

3. Plaintiff-Decedent's product liability action against the Defendants survived her death and was not extinguished.

4. On October 7, 2019, a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. D'Andre Windfield, as Plaintiff-Decedent Hendra Scott's surviving spouse, is a proper party to substitute for Plaintiff-Decedent Hendra Scott and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to La. Civ. Code Art. 2315.1 and Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the Decedent's successor or representative."

6. D'Andre Windfield further seeks leave to file the attached First Amended Short Form Complaint to substitute himself as Plaintiff on behalf of Plaintiff-Decedent Hendra Scott and to add counts for Loss of Consortium, Survival Action and Wrongful Death.

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for Substitution and leave to file the First Amended Short Form Complaint in this action.

Dated: October 7, 2019

DEGARIS WRIGHT & MCCALL, LLC,

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Annesley H. DeGaris
Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com