## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV17-02533—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Hendra Scott, | |
|     Plaintiff, | ORDER |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
|     Defendants. | |

The Court, after considering the Plaintiff's motion for substitution of proper party as well as any response thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff D'Andre Windfield, as surviving spouse of Hendra Scott, is substituted for Plaintiff in the above captioned cause. Plaintiff shall file an amended complaint with the clerk of Court on or before _____.

 

_____
Honorable David G. Campbell
Senior Unites States District Judge

1