IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Hendra Scott

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    D'Andre Windfield

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Surviving Spouse

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Louisiana

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Louisiana

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Louisiana

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Eastern District of Louisiana

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C. R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☒ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

1  ☐  Denali® Vena Cava Filter
2  ☐  Other: _____

3  11.  Date of Implantation as to each product:
4  August 16, 2009_____
5  _____

6  12.  Counts in the Master Complaint brought by Plaintiff(s):
7  ☒  Count I:     Strict Products Liability – Manufacturing Defect
8  ☒  Count II:    Strict Products Liability – Information Defect (Failure
9                  to Warn)
10 ☒  Count III:   Strict Products Liability – Design Defect
11 ☒  Count IV:    Negligence - Design
12 ☒  Count V:     Negligence - Manufacture
13 ☒  Count VI:    Negligence – Failure to Recall/Retrofit
14 ☒  Count VII:   Negligence – Failure to Warn
15 ☒  Count VIII:  Negligent Misrepresentation
16 ☒  Count IX:    Negligence *Per Se*
17 ☒  Count X:     Breach of Express Warranty
18 ☒  Count XI:    Breach of Implied Warranty
19 ☒  Count XII:   Fraudulent Misrepresentation
20 ☒  Count XIII:  Fraudulent Concealment
21 ☒  Count XIV:   Violations of Applicable Louisiana_____ (insert
22                 state) Law Prohibiting Consumer Fraud and Unfair and
23                 Deceptive Trade Practices
24 ☒  Count XV:    Loss of Consortium
25 ☒  Count XVI:   Wrongful Death
26 ☒  Count XVII:  Survival
27 ☒  Punitive Damages
28

- 3 -

☒ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

<u>Any and all causes of action pursuant to Louisiana Civil Code</u>
<u>Article 2315.1 regarding survival action and Louisiana Civil Code</u>
<u>Article 2315.2 regarding Plaintiff-Decedent's wrongful death</u>
<u>cause of action.</u>
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this <u>7th</u> day of <u>October</u>, 20<u>19</u>.

**DEGARIS, WRIGHT& MCCALL, LLC**

By: <u>/s/ **Annesley H. DeGaris**</u>

Annesley H. DeGaris
DeGaris Wright & McCall, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Attorney for Plaintiff

I hereby certify that on this <u>7th</u> day of <u>October</u>, 20<u>19</u>, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/</u>  <u>Annesley H. DeGaris</u>