# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

LYNN BROWN,

        Plaintiff,

v.

C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,

        Defendants.

Case No. 2:18-CV-00018-DGC

**ORDER**

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Renewed Motion to Dismiss Lynn Brown's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Lynn Brown's Complaint is hereby dismissed with prejudice.