# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV17-2533 PHX DGC |
| Hendra Scott, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 20632.

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 20632) is **granted.** D'Andre Windfield, surviving spouse of Hendra Scott is substituted for Hendra Scott, deceased, in this action. Plaintiff shall file an amended complaint with the Clerk of Court on or before **October 11, 2019**.

Dated this 8th day of October, 2019.

David G. Campbell
Senior United States District Judge