**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641 |
| This Document Relates to the Actions on the Attached Exhibit A | NOTICE OF CHANGE OF ADDRESS |

COMES NOW Michael S. Kruse and the firm of Niemeyer, Grebel & Kruse, LLC, counsel of record for the Plaintiffs on the attached Exhibit A, and notifies the Court and all counsel that their mailing address has changed to 211 North Broadway, Suite 2950, St. Louis, Missouri 63102. Their phone number, fax number, and email addresses remain the same.

Respectfully Submitted,

NIEMEYER, GREBEL & KRUSE, LLC

<u>/s/ Michael S. Kruse</u>
Michael S. Kruse
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2019, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

By: /s/ Michael S. Kruse