# EXHIBIT A

# NOTICE OF CHANGE OF ADDRESS

| Case No.: | Case Name |
|---|---|
| 2:16-cv-00857-DGC | Pasierb v. C.R. Bard Incorporated et al |
| 2:16-cv-01096-DGC | Miller v. C.R. Bard Incorporated et al |
| 2:16-cv-01275-DGC | Powell et al v. C.R. Bard Incorporated et al |
| 2:16-cv-01276-DGC | Hearns v. C.R. Bard Incorporated et al |
| 2:16-cv-02853-DGC | Novy et al v. C.R. Bard Incorporated et al |
| 2:16-cv-03830-DGC | Curry v. C.R. Bard Incorporated et al |
| 2:16-cv-03898-DGC | Moore et al v. C.R. Bard Incorporated et al |
| 2:16-cv-04240-DGC | Williams v. C.R. Bard Incorporated et al |
| 2:16-cv-04251-DGC | Crowley v. C.R. Bard Incorporated et al |
| 2:16-cv-04252-DGC | Becker v. C.R. Bard Incorporated et al |
| 2:16-cv-04253-DGC | Palmer v. C.R. Bard Incorporated et al |
| 2:16-cv-04254-DGC | Collins v. C.R. Bard Incorporated et al |
| 2:16-cv-04255-DGC | Petrousa v. C.R. Bard Incorporated et al |
| 2:16-cv-04256-DGC | Elwell v. C.R. Bard Incorporated et al |
| 2:16-cv-04296-DGC | Beste v. C.R. Bard Incorporated et al |
| 2:16-cv-04275-DGC | Norman v. C.R. Bard Incorporated et al |
| 2:16-cv-04382-DGC | Bartman et al v. C.R. Bard Incorporated et al |
| 2:17-cv-00127-DGC | Lee v. C.R. Bard Incorporated et al |
| 2:17-cv-00128-DGC | Price v. C.R. Bard Incorporated et al |
| 2:17-cv-00129-DGC | Compton v. C.R. Bard Incorporated et al |
| 2:17-cv-00912-DGC | Patrick v. C.R. Bard Incorporated et al |
| 2:17-cv-01313-DGC | MaGee v. C.R. Bard Incroporated et al |
| 2:17-cv-01315-DGC | Howe v. C.R. Bard Incorporated et al |
| 2:17-cv-01316-DGC | Heling v. C.R. Bard Incorporated et al |
| 2:17-cv-01332-DGC | Wilson et al v. C.R. Bard Incorporated et al |
| 2:17-cv-01334-DGC | Jean et al v. C.R. Bard Incorporated et al |
| 2:17-cv-01365-DGC | Johnson v. C.R. Bard Incorporated et al |
| 2:17-cv-01366-DGC | Dorsey v. C.R. Bard Incorporated et al |
| 2:17-cv-01379-DGC | Sims v. C.R. Bard Incorporated et al |
| 2:17-cv-01444-DGC | Parsons v. C.R. Bard Incorporated et al |
| 2:17-cv-03781-DGC | Conner v. C.R. Bard Incorporated et al |
| 2:17-cv-03907-DGC | Goins v. C.R. Bard Incorporated et al |
| 2:17-cv-03908-DGC | Husley v. C.R. Bard Incorporated et al |
| 2:17-cv-03909-DGC | Heath v. C.R. Bard Incorporated et al |
| 2:17-cv-03932-DGC | Threeton v. C.R. Bard Incorporated et al |
| 2:17-cv-03933-DGC | Steele v. C.R. Bard Incorporated et al |

| | |
|---|---|
| 2:17-cv-03934-DGC | Manciel v. C.R. Bard Incorporated et al |
| 2:17-cv-03935-DGC | Mac Isaac v. C.R. Bard Incorporated et al |
| 2:17-cv-03936-DGC | Kirkland v. C.R. Bard Incorporated et al |
| 2:17-cv-03968-DGC | Johnson v. C.R. Bard Incorporated et al |
| 2:17-cv-03963-DGC | Roberts v. C.R. Bard Incorporated et al |
| 2:18-cv-00528-DGC | Blaylock v. C.R. Bard Incorporated et al |
| 2:18-cv-00584-DGC | Heltzel v. C.R. Bard Incorporated et al |
| 2:18-cv-00592-DGC | Dengler c. C.R. Bard Incorporated et al |
| 2:18-cv-00790-DGC | Collins v. C.R. Bard Incorporated et al |
| 2:18-cv-00842-DGC | Moore et al v. C.R. Bard Incorporated et al |
| 2:18-cv-00860-DGC | Koons v. C.R. Bard Incorporated et al |
| 2:18-cv-00963-DGC | Martinez v. C.R. Bard Incorporated et al |
| 2:18-cv-00993-DGC | Schipula v. C.R. Bard Incorporated et al |
| 2:18-cv-00994-DGC | Jones et al v. C.R. Bard Incorporated et al |
| 2:18-cv-01292-DGC | Kirkland-Sledge et al v. C.R. Bard Incroporated et al |
| 2:18-cv-01321-DGC | Gifford v. C.R. Bard Incorporated et al |
| 2:18-cv-01448-DGC | Kahler et al v. C.R. Bard Incroporated et al |
| 2:18-cv-02206-DGC | DeVolk et al v. C.R. Bard Incorporated et al |
| 2:18-cv- 02285-DGC | Quinn v. C.R. Bard Incorporated et al |
| 2:18-cv-02586-DGC | Barnhill v. C.R. Bard Incorporated et al |
| 2:18-cv-03064-DGC | Zimmerman v. C.R. Bard Incorporated et al |
| 2:18-cv-03065-DGC | Jobes et al v. C.R. Bard Incorporated et al |
| 2:18-cv-03334-DGC | McGeehan v. C.R. Bard Incorporated et al |
| 2:18-cv-03750-DGC | Alsaker v. C.R. Bard Incorporated et al |
| 2:18-cv-04047-DGC | Smith v. C.R. Bard Incorporated et al |
| 2:18-cv-04048-DGC | Manion v. C.R. Bard Incorporated et al |
| 2:18-cv-04049-DGC | Shedd v. C.R. Bard Incorporated et al |
| 2:18-cv-04167-DGC | Pennington v. C.R. Bard Incorporated et al |
| 2:18-cv-04254-DGC | Younker v. C.R. Bard Incorporated et al |
| 2:19-cv-00190-DGC | McNeil v. C.R. Bard Incorporated et al |
| 2:19-cv-01205-DGC | Bennett v. c.R. Bard Incorporated et al |
| 2:19-cv-01206-DGC | Fanfan v. C.R. bard Incorporated et al |
| 2:19-cv-02382-DGC | Banks v. C.R. Bard Incorporated et al |
| 2:19-cv-02784-DGC | Peterson v. C.R. Bard Incorporated et al |
| 2:19-cv-02784-DGC | Stevenson v. C.R. Bard Incorporated et al |
| 2:19-cv-04285-DGC | Epps v. C.R. Bard Incorporated et al |
| 2:19-cv-04287-DGC | Van Holt v. C.R. Bard Incorporated et al |