## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03459-DGC | Phyllis D. Beck | 12/14/2018 |
| 2:18-cv-02344-DGC | Noel A. Beckford | 08/16/2018 |
| 2:18-cv-04353-DGC | Cynthia A. Belin | N/A |
| 2:18-cv-03540-DGC | Cora A. Bell | 12/14/2018 |
| 2:17-cv-02748-PHX-DGC | Briyione Bennett | 09/07/2017 |
| 2:18-cv-04354-DGC | James M. Benton | N/A |
| 2:18-cv-03541-DGC | Felipe Bermudez | N/A |
| 2:17-cv-04357-DGC | Connie A. Berryhill | 01/12/2018 |
| 2:17-cv-04415-DGC | Martha G. Best | 01/18/2018 |
| 2:17-cv-03602-DGC | Juanita E. Beucke | 12/04/2017 |
| 2:18-cv-04355-DGC | Marilyn Biamonte | N/A |
| 2:18-cv-03542-DGC | James L. Bilderback | 12/14/2018 |
| 2:18-cv-03543-DGC | Stephanie A. Billings | 12/17/2018 |
| 2:17-cv-01855-DGC | Torrima M. Billups | 07/11/2017 |
| 2:19-cv-00480 | Vallie A. Bischoff | N/A |
| 2:18-cv-03545-DGC | Atheling Bissoon | 12/17/2018 |
| 2:18-cv-03546-DGC | Garry Black | 12/17/2018 |
| 2:17-cv-03448-DGC | Jerry L. Black | 11/08/2017 |
| 2:17-cv-01611-DGC | David A. Blake | 06/02/2017 |
| 2:17-cv-03415-DGC | Cecile D. Blake | 10/27/2017 |
| 2:18-cv-04029-DGC | Larry E. Blakes | N/A |
| 2:18-cv-03548-DGC | George Blevins | 12/17/2018 |
| 2:18-cv-04336-DGC | Lois A. Board | N/A |
| 2:18-cv-02234-DGC | Joan D. Bockenstedt | 08/27/2018 |
| 2:19-cv-00624 | Curtis Bogan | N/A |
| 2:18-cv-03551-DGC | Mike E. Boling | 12/17/2018 |
| 2:17-cv-03406-DGC | Elizabeth Bonham | 10/30/2017 |
| 2:18-cv-04338-DGC | Elieser Boria | N/A |
| 2:17-cv-03497-DGC | Percy L. Boyd | 11/10/2017 |
| 2:17-cv-03705-DGC | Michael D. Boyd | 12/05/2017 |
| 2:17-cv-03652 | Robert Boyd | 12/06/2017 |
| 2:18-cv-03554-DGC | Gregory A. Boylan | 12/17/2018 |
| 2:18-cv-03555-DGC | Cheri Bradford | 12/17/2018 |
| 2:19-cv-00510 | Charlene Bragaw | N/A |
| 2:17-cv-002873-PHX-DGC | Tina M. Branche | 09/12/2017 |

| | | |
|---|---|---|
| 2:17-cv-04502-DGC | Margaret R. Brenner | 01/18/2018 |
| 2:19-cv-00626 | William L. Brent | N/A |
| 2:19-cv-00512 | James S. Brewer | N/A |
| 2:18-cv-04341-DGC | Katherine A. Bridger | N/A |
| 2:19-cv-00453 | John R. Britt | N/A |
| 2:18-cv-03471-DGC | Mary A. Bronson | 12/10/2018 |
| 2:17-cv-03062-DGC | Clease E. Brown | 09/25/2017 |
| 2:17-cv-03769-DGC | Linda Brown | 12/15/2017 |
| 2:19-cv-00515 | Maxwell H. Brown | N/A |
| 2:18-cv-03498-DGC | Robert E. Brown | 12/04/2018 |
| 2:18-cv-03500-DGC | Leslie Browneyes | 12/18/2018 |