# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES

TO: Jackie L. Satterfield,

    Plaintiff,

v.

C.R. Bard Inc. and Bard Peripheral Vascular, Inc.

    Defendants.

MDL No.: 2641

Civil Action No. 2:19-cv-04129

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THIS DOCKET ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel, on behalf of the Plaintiff, hereby provide notice of the dismissal of the above-captioned case as to this docket number only 2:19-cv-04129 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. without prejudice and without costs.

By: /s/ William H Barfield
McDonald Worley
William H. Barfield, Esq.
1770 Saint James Place, suite 100
Houston, Texas 77056
713-523-5500
bill@mcdonaldworley.com

*Counsel for Plaintiff
Jackie L. Satterfield*

Dated: October 9, 2019

By: Richard B North, Jr
Nelson Mullins Riley & Scarborough LLC
Richard B. North, Jr., Esq.
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
richard.north@nelsonmullins.com

*Counsel for Defendants C.R. Bard Inc.
And Bard Peripheral
Vascular, Inc.*

Dated: October 9, 2019