# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:19-cv-00588 | Frank J. Brtko | N/A |
| 2:17-cv-03648-DGC | Joyce Bruce | 12/04/2017 |
| 2:18-cv-03502-DGC | Lillie M. Brumfield | 12/18/2018 |
| 2:19-cv-00569 | Anna p. Brunson | N/A |
| 2:17-cv-03418-DGC | Judith B. Bryan | 11/01/2017 |
| 2:19-cv-00481 | Paul T. Bryant | N/A |
| 2:18-cv-04346-DGC | Boleslaw E. Brzosk | N/A |
| 2:19-cv-00625 | Michael A. Buckholtz | N/A |
| 2:18-cv-04358-DGC | Bayla Bulaw | N/A |
| 2:19-cv-00456 | Swift Burch | N/A |
| 2:18-cv-04433-DGC | Alison J. Burnett | N/A |
| 2:16-cv-00225-DGC | Tiffany C. Burns | 02/10/2016 |
| 2:18-cv-03504-DGC | John Bush | 12/18/2018 |
| 2:16-cv-00830-PHX-DGC | Jason J. Busser | 04/04/2016 |
| 2:17-cv-03703 | Eddie M. Butts | 12/01/2017 |
| 2:17-cv-03659-DGC | Thomas C. Caffee | 12/06/2017 |
| 2:17-cv-03063-DGC | James B. Calhoun | 09/27/2017 |
| 2:18-cv-03505-DGC | Richard O. Campbell | 12/18/2018 |
| 2:19-cv-00505 | Julius K. Campbell | NA/ |
| 2:17-cv-03488-DGC | Tina M. Capatch | 12/13/2017 |
| 2:19-cv-00628-DGC | Alberta Caper Little | N/A |
| 2:16-cv-00202-DGC | James A. Carlyle | 02/10/2016 |
| 2:17-cv-03492-DGC | Larry D. Carmichael | 11/08/2017 |
| 2:17-cv-03424-DGC | Eugene K. Carothers | 10/30/2017 |
| 2:17-cv-03760-DGC | James M. Carpenter | 12/13/2017 |
| 2:18-cv-04515-DGC | William G. Carpenter | N/A |
| 2:17-cv-03714-DGC | Robert A. Carr | N/A |
| 2:19-cv-00462 | Ann Carter | N/A |
| 2:18-cv-04567 | Gary Carter | N/A |
| 2:17-cv-04406-DGC | Anthony J. Cartolano | 01/12/2018 |
| 2:17-cv-03779-DGC | Charles J. Castelli | 11/30/2017 |
| 2:19-cv-00523 | Robert Cates | N/A |
| 2:17-cv-03730-DGC | Donna G. Cathey | 12/01/2017 |
| 2:18-cv-03520-DGC | Johnie Caudill | 12/18/2018 |
| 2:17-cv-01635-DGC | Sheryl D. Cavazos | 06/09/2017 |

| | | |
|---|---|---|
| 2:17-cv-03518-DGC | Earnest Chandler | 11/07/2017 |
| 2:17-cv-03064-DGC | Charlie C. Channel | 09/25/2017 |
| 2:18-cv-03521-DGC | Kiara A. Chappell | 12/18/2018 |
| 2:18-cv-03522-DGC | Yolanda T. Chappell | 12/18/2018 |
| 2:17-cv-03722-DGC | Candice C. Chase Wilson | 11/29/2017 |
| 2:19-cv-00482 | Kathleen Chatman | N/A |
| 2:17-cv-03734-DGC | Myra L. Chavez | 12/05/2017 |
| 2:18-cv-04569-DGC | Angela B. Cherubino | N/A |
| 2:17-cv-03600-DGC | Robert D. Christie | 12/06/2017 |
| 2:18-cv-04375-DGC | David Christle | N/A |
| 2:16-cv-02501-DGC | Barbara E. Christoffer | 08/10/2016 |
| 2:17-cv-03639-DGC | Richard M. Chronister | 12/06/2017 |
| 2:18-cv-03524-DGC | Kathryn D. Clark | 12/19/2018 |
| 2:17-cv-01192-PHX-DGC | Dusti L. Clark | 05/04/2017 |