## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

**EXHIBIT "A"**

| Member Case No. | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03526-DGC | Michael W. Clemens | 12/19/2018 |
| 2:17-cv-04500-DGC | Theotrice P. Clements | 01/19/2018 |
| 2:17-cv-04433-DGC | Cornell C. Clemmons | 01/12/2018 |
| 2:18-cv-04434-DGC | Billy Joe Clifton | N/A |
| 2:18-cv-03528-DGC | Donald O. Clink | 12/19/2018 |
| 2:17-cv-01637-DGC | Charles L. Coats | 06/08/2017 |
| 2:18-cv-04499-DGC | Heather M. Coats | N/A |
| 2:18-cv-04374-DGC | John P. Coatti | N/A |
| 2:17-cv-03503-DGC | William J. Cochran | 11/10/2017 |
| 2:16-cv-04350 | Lisa Cochran VanDyne | 01/10/217 |
| 2:17-cv-04409-DGC | Carlene M. Coe | 01/12/2018 |
| 2:18-cv-04382-DGC | Claude B. Coffey | N/A |
| 2:18-cv-03529-DGC | David B. Cohen | 12/19/2018 |
| 2:17-cv-04386-DGC | Edward F. Cole | 01/16/2018 |
| 2:17-cv-01638-DGC | Emma Cole | 06/08/2017 |
| 2:17-cv-01309-PHX-DGC | Tiffany Coleman | 05/12/2017 |
| 2:17-cv-01639-DGC | Rebecca A. Collins | 06/09/2017 |
| 2:18-cv-03729-DGC | Myrna L. Collins | 12/19/2018 |
| 2:18-cv-04610-DGC | Rachael E. Collins | 01/15/2019 |
| 2:17-cv-03733-DGC | Michael J. Conlin | 12/05/217 |
| 2:18-cv-03531-DGC | Leona M. Connell | 12/19/2018 |
| 2:18-cv-03619-DGC | Wayne R. Connelly | 12/19/2018 |
| 2:19-cv-03103 | Jennifer Conrad | 06/11/2019 |
| 2:19-cv-00629 | Rebecca Cooke | N/A |
| 2:18-cv-03532-DGC | James L. Cooper | 12/19/2018 |
| 2:18-cv-03735-DGC | Patricia A. Cooper-Kendrick | 12/19/2018 |
| 2:17-cv-01194-PHX-DGC | Kenneth M. Copeland | 04/28/2017 |
| 2:17-cv-04499-DGC | Charles Corbett | 02/06/2018 |
| 2:17-cv-01640-DGC | Diana M. Corey | 06/08/2017 |
| 2:17-cv-03447-DGC | Don B. Cornett | 11/07/2017 |
| 2:17-cv-03619-DGC | Anthony C. Corti | 11/29/2017 |
| 2:17-cv-03081-DGC | Nina J. Coumbe | 09/29/2017 |
| 2:17-cv-03541-DGC | Linda L. Coutts | 11/09/2017 |

| Member Case No. | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-00992-PHX-DGC | Kevin Cowser | 04/17/2017 |
| 2:19-cv-00439-DGC | Terry E. Crismond | N/A |
| 2:18-cv-04421-DGC | Rodger P. Crittenden | N/A |
| 2:18-cv-03533-DGC | Owens Crockett | 12/20/2018 |
| 2:18-cv-03693-DGC | Randolph Cross | 12/20/2018 |
| 2:16-cv-02499-DGC | Hank Crutchfield | 08/10/2016 |
| 2:19-cv-00526 | Saeed D. Curns | N/A |
| 2:16-cv-00831-DGC | Daniel M. Currie | 04/04/2016 |
| 2:18-cv-03636-DGC | Waralene D. Currie-Riggs | 12/20/2018 |
| 2:18-cv-03655-DGC | Jasmine Curtis | 12/20/2018 |
| 2:18-cv-03537-DGC | Taneki A. Dacres | 12/20/2018 |
| 2:17-cv-03462-DGC | Robert J. Dahlstrom | 11/10/2017 |
| 2:17-cv-01749-DGC | Dorothy A. Dale | N/A |
| 2:18-cv-04397-DGC | Robert G. Dale | N/A |
| 2:19-cv-00508-DGC | David Dallas | N/A |
| 2:17-cv-03756-DGC | James R. Daniel | 12/04/2017 |
| 2:19-cv-02143-DGC | Timothy D. Daniels | N/A |