# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

# EXHIBIT "A"

| Member Case No. | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03609-DGC | Donald B. Daniels | 10/19/2017 |
| 2:17-cv-03854-DGC | Gary P. Danos | 12/01/2017 |
| 2:18-cv-03668-DGC | Kirkor Davidian | 12/21/2018 |
| 2:19-cv-02519-DGC | Michael W. Davis | N/A |
| 2:19-cv-00440-DGC | Jerry L. Davis | N/A |
| 2:18-cv-03626-DGC | Charlie J. Davis | 12/21/2018 |
| 2:18-cv-03736-DGC | Charles L. Davis | 12/21/2018 |
| 2:17-cv-01750-DGC | Carolyn J. Davy | 06/08/2017 |
| 2:18-cv-03705-DGC | Roland D. Dawson | 12/21/2018 |
| 2:17-cv-03455-DGC | Christoffer G. Day | 11/06/2017 |
| 2:17-cv-03460-DGC | Betty G. De Journette | 11/27/2017 |
| 2:18-cv-03538-DGC | Joan I. DeAntonio | 12/21/2018 |
| 2:18-cv-04572-DGC | Anthony P. DeCandro | N/A |
| 2:17-cv-03738-DGC | Arthur M. DeCato | 11/29/2017 |
| 2:17-cv-03487-DGC | Renee A. Decker | 11/2/2017 |
| 2:18-cv-03635-DGC | James A. DeLoach | 12/21/2018 |
| 2:17-cv-04342-DGC | Michael Demmons | 01/18/2018 |
| 2:18-cv-03656-DGC | James J. Demoski | 12/21/2018 |
| 2:18-cv-02631-DGC | Cheryl D. Detrick | 08/28/2018 |
| 2:17-cv-04353-DGC | Michele Deutsch | 01/19/2018 |
| 2:18-cv-03620-DGC | Robert L. Dever | 12/21/2018 |
| 2:17-cv-03405-DGC | Alberta L. Dial | 10/27/2017 |
| 2:18-cv-03507-DGC | Isabell DiBernardo | 12/21/2018 |
| 2:17-cv-03068-DGC | Andrew J. Didona | 09/22/2017 |
| 2:19-cv-00509 | Edward F. Diehl | N/A |
| 2:18-cv-03508-DGC | Rene W. Dix | 12/21/2018 |
| 2:17-cv-01752-DGC | Sandra Dodson | 06/09/2017 |
| 2:17-cv-03758-DGC | Shirley A. Donnelly | 12/06/2017 |
| 2:16-cv-03268-DGC | Kahla Douga | 10/14/2016 |
| 2:18-cv-03678-DGC | Deanna R. Douglas | 12/17/2018 |
| 2:18-cv-03761-DGC | Richard Dow | 12/17/2018 |
| 2:17-cv-01753-DGC | Ronald V. Drake | 06/09/2017 |
| 2:19-cv-00632 | Reneka Drummond | N/A |
| 2:18-cv-04573-DGC | Kean B. Dubble | N/A |
| 2:17-cv-03479-DGC | Joseph F. Duffy | 11/08/2017 |
| 2:17-cv-01755-DGC | Gloria Duncan | 06/08/2017 |
| 2:17-cv-01754-DGC | Roscoe D. Duncan | 06/09/2017 |
| 2:17-cv-02819-DGC | Julie Duncan | 09/08/2017 |
| 2:17-cv-03757-DGC | Howard Durham | 12/04/2017 |
| 2:17-cv-03432-DGC | J.C. Durr | 11/08/2017 |
| 2:17-cv-03721-DGC | Ralph Duvall | 12/15/2017 |

| | | |
|---|---|---|
| 2:18-cv-03649-DGC | Lawrence Dyson | 12/17/2018 |
| 2:18-cv-03610-DGC | Willie K. Eades | 12/17/2018 |
| 2:17-cv-03095-DGC | Vincent W. Eads | 09/29/2017 |
| 2:17-cv-03540-DGC | John A. Eaton | 11/08/2017 |
| 2:18-cv-03738-DGC | Rafaela O. Eby | 12/17/2018 |
| 2:18-cv-03657-DGC | Joseph Echevarria | 12/17/2018 |
| 2:18-cv-03751-DGC | Judy F. Edmonds | N/A |