# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

**EXHIBIT "A"**

| Member Case No. | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03767-DGC | Mary W. Edwards | 12/05/2017 |
| 2:18-cv-03640-DGC | Jonathan L. Edwards | 12/20/218 |
| 2:17-cv-03468-DGC | Gustavo R. Egizi | 11/08/2017 |
| 2:18-cv-00325-DGC | June Elder | 04/16/2018 |
| 2:17-cv-03655-DGC | Authurine C. Elliott | 11/29/2017 |
| 2:19-cv-00511 | Earl R. Elliott | N/A |
| 2:18-cv-03658-DGC | Ronald D. Ellis | N/A |
| 2:19-cv-02637-DGC | Martha N. Ellsworth | N/A |
| 2:18-cv-04611-DGC | Doyle W. Engle | 01/15/2019 |
| 2:17-cv-03709-DGC | Kristen A. Eubanks | 12/06/2017 |
| 2:18-cv-03509-DGC | Warren J. Everett | 12/20/2018 |
| 2:17-cv-01756-DGC | Shree M. Ezell | 06/09/2017 |
| 2:18-cv-03616-DGC | Demetria B. Fails | 12/20/2018 |
| 2:18-cv-03641-DGC | Jerel J. Fair | 12/20/2018 |
| 2:17-cv-01757-DGC | Martin C. Fannin | 06/09/2017 |
| 2:18-cv-03510-DGC | George E. Fantana | N/A |
| 2:19-cv-00589 | David Farris | N/A |
| 2:18-cv-03511-DGC | Michael Fasano | N/A |
| 2:16-cv-00188-DGC | Mary L. Faulk | 02/10/2016 |
| 2:17-cv-03070-DGC | Susan H. Faust | 09/29/2017 |
| 2:18-cv-03741-DGC | Gregory G. Faverio | N/A |
| 2:16-cv-04166-DGC | April M. Fenrick | 12/08/2016 |
| 2:19-cv-00527 | Dale Ferguson | N/A |
| 2:17-cv-03083-DGC | Michael Fernandez | 09/29/2017 |
| 2:18-cv-03742-DGC | Fernando Fernandez | N/A |
| 2:17-cv-03853-DGC | John P. Ferranti | 12/04/2017 |
| 2:17-cv-03537-DGC | Donnie E. Ferris | 11/07/2017 |
| 2:18-cv-03679-DGC | Mary L. Fey | N/A |
| 2:18-cv-04398-DGC | Wilma J. Fields | N/A |
| 2:18-cv-03667-DGC | John D. Filipowicz | N/A |
| 2:18-cv-03630-DGC | Martha M. Filmore | N/A |
| 2:18-cv-04501-DGC | Jefferson Finney | N/A |
| 2:19-cv-00442 | Thomas Fitzgerald | N/A |
| 2:18-cv-01355 | Michele M. Flauraud | 05/22/2018 |
| 2:19-cv-00483-DGC | Levie Fleming | N/A |
| 2:17-cv-03649-DGC | Max A. Fleming | 12/05/2017 |
| 2:18-cv-04439-DGC | Sherdena Flipping | N/A |
| 2:18-cv-04613-DGC | Joshua L. Flowers | N/A |
| 2:17-cv-03547-DGC | William D. Floyd | 11/10/2017 |
| 2:18-cv-03512-DGC | Mary K. Foland | N/A |
| 2:19-cv-00514 | Otilia E. Fonseca | N/A |

| | | |
|---|---|---|
| 2:18-cv-03764-DGC | Jacqueline F. Foote | N/A |
| 2:18-cv-00283-DGC | Thomas Fortener | 02/05/2018 |
| 2:17-cv-03411-DGC | Sharon A. Foster | 11/02/2017 |
| 2:18-cv-03514-DGC | James E. Foster | N/A |
| 2:18-cv-03513-DGC | David Foster | 12/20/2018 |
| 2:17-cv-03770-DGC | Raymond C.G. Fox | 12/06/2017 |
| 2:17-cv-01863-DGC | Adrea Fraley | 07/06/17 |