# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:16-cv-00227-DGC | Kathleen Frame | 02/10/2016 |
| 2:18-cv-04437-DGC | Katherine S. Francis | N/A |
| 2:19-cv-00635 | Robert W. Frank | N/A |
| 2:19-cv-00559 | David A. Frank | N/A |
| 2:19-cv-00484 | Norma Frederick | N/A |
| 2:18-cv-03697-DGC | Lisa A. Freese | N/A |
| 2:17-cv-01865-DGC | Steven M. French | 07/11/2017 |
| 2:19-cv-00516 | Sarah J. French | N/A |
| 2:18-cv-01020-PHX-DGC | Freda M. Fuller | 05/04/2018 |
| 2:17-cv-03489-DGC | Lou S. Fulton | 11/09/2017 |
| 2:18-cv-03515-DGC | Elizabeth A. Fultz | 12/20/2018 |
| 2:18-cv-03516-DGC | Veronica L. Gabert | N/A |
| 2:19-cv-00636 | David J. Gagner | N/A |
| 2:16-cv-02583-DGC | Robert Galan | 08/12/2016 |
| 2:18-cv-03517-DGC | Thomas A. Galiger | 12/21/2018 |
| 2:17-cv-04419-DGC | Richard M. Galitz | 01/19/2018 |
| 2:18-cv-04648-DGC | Tracy L. Galloway | 01/15/2019 |
| 2:19-cv-00485 | Cheryl L. Gardon | N/A |
| 2:17-cv-01866-DGC | Margaret J. Garland | 07/10/2017 |
| 2:18-cv-03708-DGC | Renee L. Garman | N/A |
| 2:17-cv-03702-DGC | Thomas G. Garner | 12/06/2017 |
| 2:18-cv-03518-DGC | Floyd Garr | N/A |
| 2:18-cv-03765-DGC | James E. Garrett | N/A |
| 2:19-cv-00639 | Debra K. Garrett | N/A |
| 2:18-cv-00324-DGC | Jasmine M. Garrett | 04/13/2018 |
| 2:18-cv-03648-DGC | Dorothy M. Garski | N/A |
| 2:18-cv-03442-DGC | Deborah Gates | 11/06/2018 |
| 2:18-cv-03631-DGC | Fredrick J. Gaylord | N/A |
| 2:19-cv-00591 | Sotiria Genduso | N/A |
| 2:19-cv-00451 | Loretta R. Geter | N/A |
| 2:17-cv-03517-DGC | Tom Giles | 11/10/2017 |
| 2:17-cv-04400-DGC | Juan R. Gill | 01/18/2018 |
| 2:18-cv-03443-DGC | Pamela S. Goldstein | 11/06/2018 |
| 2:17-cv-01867-DGC | Christine M. Golec | 07/06/2017 |
| 2:19-cv-00486 | James L. Gomez | N/A |

| | | |
|---|---|---|
| 2:17-cv-00928-PHX-DGC | Eva C. Gonzalez | 04/17/2017 |
| 2:18-cv-03444-DGC | Carolyn S. Goodin | 11/06/2018 |
| 2:18-cv-03686-DGC | Jill L. Goodwin | N/A |
| 2:18-cv-04453-DGC | Robert L. Goodwin | N/A |
| 2:19-cv-00487-DGC | Barbara A. Gordon | N/A |
| 2:19-cv-00572-DGC | Doretha Gordon | N/A |
| 2:16-cv-00223-DGC | Lishus R. Gore | 02/10/2016 |
| 2:19-cv-00520 | Ethel M. Goss | N/A |
| 2:17-cv-04414-DGC | Dashawn Goudy | 01/12/2018 |
| 2:18-cv-03653-DGC | Lisa D. Gould | N/A |
| 2:18-cv-03709-DGC | Danny L. Grace | N/A |
| 2:19-cv-00640-DGC | Tomena C. Grant | N/A |
| 2:18-cv-03644-DGC | Jullian I. Grante | N/A |
| 2:17-cv-03502-DGC | Cheryl A. Gray | 11/06/2017 |