# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John R. Levendoski, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  CV-19-03986-PHX-DGC |
| | ) | |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: October 15, 2019   /s/ Richard B. North, Jr.
                *Attorney's signature*

                Richard B. North, Jr. (Ga. Bar No. 545599)
                *Printed Name and bar number*

                Nelson Mullins Riley & Scarborough, LLP
                201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                *Address*

                richard.north@nelsonmullins.com
                *E-mail address*

                (404) 322-6155
                *Telephone number*

                (404) 322-6050
                *FAX number*