# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX-DGC |
| Phyllis D. Beck,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3459-PHX DGC<br><br>**ORDER** |
| Noel A. Beckford,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-2344-PHX DGC<br><br>**ORDER** |
| Cynthia A. Belin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-4353-PHX DGC<br><br>**ORDER** |
| Cora A. Bell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3540-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Briyione Bennett,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-2748-PHX DGC<br><br>**ORDER** |
| James M. Benton,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-4354-PHX DGC<br><br>**ORDER** |
| Felipe Bermudez,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-3541-PHX DGC<br><br>**ORDER** |
| Connie A. Berryhill,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-4357-PHX DGC<br><br>**ORDER** |
| Martha G. Best,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-4415-PHX DGC<br><br>**ORDER** |
| Juanita E. Beucke,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-3602-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marilyn Biamonte,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-4355-PHX DGC<br><br>**ORDER** |
| James L. Bilderback,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-3542-PHX DGC<br><br>**ORDER** |
| Stephanie A. Billings,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-3543-PHX DGC<br><br>**ORDER** |
| Torrima M. Billups,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-1855-PHX DGC<br><br>**ORDER** |
| Vallie A. Bischoff,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-0480-PHX DGC<br><br>**ORDER** |
| Atheling Bissoon,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-3545-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Garry Black,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV18-3546-PHX DGC<br><br>**ORDER** |
| Jerry L. Black,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV17-3448-PHX DGC<br><br>**ORDER** |
| David A. Blake,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV17-1611-PHX DGC<br><br>**ORDER** |
| Cecile D. Blake,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV17-3415-PHX DGC<br><br>**ORDER** |
| Larry E. Blakes,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV18-4029-PHX DGC<br><br>**ORDER** |
| George Blevins,<br>　　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No.  CV18-3548-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lois A. Board,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-4336-PHX DGC<br><br>**ORDER** |
| Joan D. Bockenstedt,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-2234-PHX DGC<br><br>**ORDER** |
| Curtis Bogan,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-0624-PHX DGC<br><br>**ORDER** |
| Mike E. Boling,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3551-PHX DGC<br><br>**ORDER** |
| Elizabeth Bonham,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3406-PHX DGC<br><br>**ORDER** |
| Elieser Boria,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-4338-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Percy L. Boyd,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3497-PHX DGC<br><br>**ORDER** |
| Michael D. Boyd,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3705-PHX DGC<br><br>**ORDER** |
| Robert Boyd,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3652-PHX DGC<br><br>**ORDER** |
| Gregory A. Boylan,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3554-PHX DGC<br><br>**ORDER** |
| Cheri Bradford,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3555-PHX DGC<br><br>**ORDER** |
| Charlene Bragaw,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-0510-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tina M. Branche,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-2873-PHX DGC<br><br>**ORDER** |
| Margaret R. Brenner,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-4502-PHX DGC<br><br>**ORDER** |
| William L. Brent,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0626-PHX DGC<br><br>**ORDER** |
| James S. Brewer,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0512-PHX DGC<br><br>**ORDER** |
| Katherine A. Bridger,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-4341-PHX DGC<br><br>**ORDER** |
| John R. Britt,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0453-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary A. Bronson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3471-PHX DGC<br><br>**ORDER** |
| Clease E. Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3062-PHX DGC<br><br>**ORDER** |
| Linda Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-3769-PHX DGC<br><br>**ORDER** |
| Maxwell H. Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-0515-PHX DGC<br><br>**ORDER** |
| Robert E. Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3498-PHX DGC<br><br>**ORDER** |
| Leslie Browneyes,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-3500-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20640.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20640) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 15th day of October, 2019.

David G. Campbell
Senior United States District Judge