# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03351-DGC | Joseph Abitante | 10/30/2018 |
| 2:17-cv-03519-DGC | Kathy K. Ackerman | 11/08/2017 |
| 2:18-cv-03352-DGC | Sue A. Acord | 11/02/2018 |
| 2:18-cv-03354-DGC | Marion S. Adair | 11/01/2018 |
| 2:16-cv-00819-DGC | Lavell Affonseca | 04/04/2016 |
| 2:18-cv-03272-DGC | Concepcion Aguayo | 10/19/2018 |
| 2:17-cv-01559-DGC | Alma R. Aguirre | 06/02/2017 |
| 2:18-cv-03276-DGC | John F. Albano | 10/19/2018 |
| 2:17-cv-03545-DGC | Michael J. Alber | 11/09/2017 |
| 2:18-cv-03389-DGC | Benny Alfonso | 12/07/2018 |
| 2:18-cv-03360-DGC | Shana Allen | 11/02/2018 |
| 2:18-cv-03359-DGC | Jessica M. Allen | 10/30/2018 |
| 2:18-cv-04347-DGC | Yvette Allen | N/A |
| 2:17-cv-04501-DGC | Lora M. Allen | 01/16/2018 |
| 2:18-cv-03358-DGC | Amy Allen | 10/29/2018 |
| 2:19-cv-00587 | Elouisea Alshami | N/A |
| 2:18-cv-03450-DGC | Carnell Alston | N/A |
| 2:18-cv-03287-DGC | Loriann Amabile | 10/19/2018 |
| 2:19-cv-00620 | Samantha M. Amador | N/A |
| 2:17-cv-01561-DGC | Caroline J. Anderson | 06/02/2017 |
| 2:19-cv-00502 | Jean D. Anderson | N/A |
| 2:18-cv-03452-PHX-DGC | Gerald Anthony | 12/10/2018 |
| 2:19-cv-00430 | Latrice J. Appleton | N/A |
| 2:18-cv-03492-DGC | Brian S. Arkland | 12/10/2018 |
| 2:19-cv-00503 | Roosevelt N. Armstrong | N/A |
| 2:18-cv-04348-DGC | Douglas C. Arnold | N/A |
| 2:18-cv-03453-DGC | Angela Asberry | 12/13/2018 |
| 2:17-cv-03764-DGC | Harvey D. Ashman | 12/01/2017 |
| 2:17-cv-03717-DGC | Abraham Assadi | 11/29/2017 |
| 2:19-cv-00431 | Theresa V. Atkins | N/A |
| 2:18-cv-03455-DGC | Arthur H. Austin | 11/05/2018 |
| 2:19-cv-00477 | James R. Austin | N/A |
| 2:17-cv-01562-DGC | Jo Ann Avelar | 06/05/2017 |
| 2:19-cv-00568 | Reginald Avery | N/A |
| 2:17-cv-03661-DGC | Gerald B. Axelrad | 12/01/2017 |

| | | |
|---|---|---|
| 2:17-cv-01612-DGC | David L. Backes | 06/02/2017 |
| 2:18-cv-03561-DGC | Kathleen Bahr | 12/14/2018 |
| 2:17-cv-03472-DGC | George H. Baker | 11/07/2017 |
| 2:18-cv-01930-PHX-DGC | Charles Ballew | 06/29/2018 |
| 2:17-cv-02777-PHX-DGC | Gloria Banks | 09/07/2017 |
| 2:19-cv-00651 | Charles D. Banno | N/A |
| 2:19-cv-00478 | Ruby P. Barfield | N/A |
| 2:17-cv-03746-DGC | Brenda L. Barnes | 11/29/2017 |
| 2:17-cv-01613-DGC | Michael Barnes | 06/06/2017 |
| 2:18-cv-03458-DGC | Estella Barrett | 12/07/2018 |
| 2:17-cv-03499-DGC | Juan L. Barrientez | 11/08/2017 |
| 2:17-cv-03768-DGC | Rita Bass | 12/06/2017 |
| 2:18-cv-04351-DGC | Peter V. Bassette | N/A |
| 2:19-cv-00432 | Fertina Batts | N/A |