## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

---

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03695-DGC | Brenda K. Green | 11/29/2017 |
| 2:19-cv-00467-DGC | Sandra Green | N/A |
| 2:18-cv-03732-DGC | Dexter G. Green | N/A |
| 2:19-cv-00465-DGC | Brenda G. Green | N/A |
| 2:18-cv-03446-DGC | Melissa Greene | 11/06/2018 |
| 2:19-cv-00532 | Ronald Greenwood | N/A |
| 2:18-cv-03698-DGC | John T. Greer | N/A |
| 2:18-cv-03271-DGC | Barbara Griffith | 10/22/2018 |
| 2:19-cv-00522 | Rona T. Gruber | N/A |
| 2:19-cv-00641 | Salvatore Guli | N/A |
| 2:17-cv-01871-DGC | Jessica L. Gunnells | 07/10/2017 |
| 2:19-cv-00573 | Bonnie L. Guy | N/A |
| 2:18-cv-03682-DGC | Courtney L. Haggard | N/A |
| 2:18-cv-04440-DGC | Gary L. Haines | N/A |
| 2:19-cv-00489 | Dara M. Halbrook | N/A |
| 2:18-cv-04575-DGC | Bradley S. Hale | N/A |
| 2:17-cv-03408-DGC | Gwendolyn Hall | 11/08/2017 |
| 2:17-cv-04410-DGC | Debbie A. Hall | 02/06/2018 |
| 2:19-cv-00533-DGC | John Hall | N/A |
| 2:17-cv-04639-DGC | Milo E. Hall | 12/28/2017 |
| 2:19-cv-00534 | Robert Hall | N/A |
| 2:17-cv-03426-DGC | Reynold Gregory Hamadock | 11/02/2017 |
| 2:17-cv-01872-DGC | Robert Hamersley | 07/03/2017 |
| 2:17-cv-01873-DGC | Mary L. Hammond | 07/10/2017 |
| 2:18-cv-03447-DGC | Timothy Hampton | 11/06/2018 |
| 2:17-cv-03071-DGC | Patsy L. Handy | 10/05/2017 |
| 2:18-cv-03754-DGC | Ivory Hankins | N/A |
| 2:17-cv-01874-DGC | Elizabeth E. Hansen | 07/07/2017 |
| 2:16-cv-00154-DGC | Corrin M. Hardeman | 02/10/2016 |
| 2:19-cv-00643 | Rebecca N. Hardin | N/A |
| 2:18-cv-03449-DGC | Mike M. Hardinger | 11/06/2018 |
| 2:19-cv-00537 | Stephen R. Harlen | N/A |
| 2:16-cv-00199-DGC | Terry J. Harless | 02/10/2016 |
| 2:18-cv-03687-DGC | Cindy M. Harman | N/A |
| 2:17-cv-03755-DGC | Linda E. Harper | 12/06/2017 |

| | | |
|---|---|---|
| 2:17-cv-04358-DGC | Katherine Harrell | 02/07/2018 |
| 2:18-cv-03470-DGC | Solomon S. Harris | N/A |
| 2:18-cv-03700-DGC | Ralph W. Harris | N/A |
| 2:18-cv-03473-DGC | Irene P. Hartsgrove | 12/10/2018 |
| 2:16-cv-00214-DGC | Sheryl Harvey | 02/10/2016 |
| 2:18-cv-03710-DGC | Terence L. Harvey | N/A |
| 2:17-cv-04356-DGC | Jay E. Harvey | 02/07/2018 |
| 2:18-cv-03474-DGC | Ocie M. Haughton | 12/07/2018 |
| 2:16-cv-03301-DGC | Belinda Havard | 10/14/2016 |
| 2:18-cv-04505-DGC | Edna Hawthorne | N/A |
| 2:18-cv-03477-DGC | Elizabeth Hayes | 12/10/2018 |
| 2:18-cv-03670-DGC | Stephanie A. Hazard | N/A |
| 2:18-cv-02402-DGC | Martha M. Hebron | 08/22/2018 |
| 2:18-cv-03695-DGC | Gary W. Heeley | N/A |