# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03478-DGC | Lamont Hennix | 12/06/2018 |
| 2:17-cv-01934-DGC | Michael L. Henry | 06/30/2017 |
| 2:17-cv-01935-DGC | Sandra Henson | 07/03/2017 |
| 2:18-cv-03683-DGC | Harry C. Hildebrand | N/A |
| 2:18-cv-03755-DGC | Michael L. Hill | N/A |
| 2:18-cv-03479-DGC | Pamela D. Hill | 12/06/2018 |
| 2:19-cv-00644 | Francina Hills | N/A |
| 2:17-cv-04404-DGC | Terry L. Hinkle | 02/05/2018 |
| 2:18-cv-04577-DGC | John Hinzy | N/A |
| 2:16-cv-00232-DGC | Daniel W. Hodge | 02/15/2016 |
| 2:18-cv-03660-DGC | Jeremy Hoffman | N/A |
| 2:16-cv-00808-DGC | Joan M. Hoffmann | 03/31/2016 |
| 2:18-cv-03642-DGC | Jimmy W. Hogan | N/A |
| 2:18-cv-03482-DGC | Rhonda M. Holder | 12/11/2018 |
| 2:19-cv-00469 | Stephanie W. Holley | N/A |
| 2:18-cv-03483-DGC | Felicia V. Holliman | 12/06/2018 |
| 2:17-cv-03425-DGC | Raymond J. Holloman | 11/02/2017 |
| 2:17-cv-03697-DGC | Amanda D. Holloway | 11/29/2017 |
| 2:17-cv-04394-DGC | Yvonne V. Holmes | 02/05/218 |
| 2:18-cv-03484-DGC | Dewey A. Hooper | 12/06/2018 |
| 2:19-cv-00538 | Wilma M. Hoover | N/A |
| 2:18-cv-03733-DGC | Robert H. Horn | N/A |
| 2:18-cv-03711-DGC | Frederick A. Horowitz | N/A |
| 2:18-cv-04579-DGC | Roger L. Houck | N/A |
| 2:17-cv-03528-DGC | Larry R. Houston | 11/08/2017 |
| 2:19-cv-00524 | Edward Houston | N/A |
| 2:17-cv-04388-DGC | Lois Y. Howell | 02/01/218 |
| 2:17-cv-02291-DGC | Samantha L. Howell | 07/24/2017 |
| 2:17-cv-02441-DGC | Sharon L. Hubbard | 07/28/217 |
| 2:17-cv-01937-DGC | Daniel L. Huddleston | 06/29/2017 |
| 2:18-cv-03485-DGC | Barbara Hudson | 12/06/2018 |
| 2:18-cv-04492-DGC | Heidi M. Huff | N/A |
| 2:18-cv-03680-DGC | William D. Huffman | N/A |
| 2:18-cv-03489-DGC | Roger Hugg | 12/06/2018 |
| 2:17-cv-03505-DGC | Billy R. Hughes | 11/06/2017 |

| | | |
|---|---|---|
| 2:18-cv-03490-DGC | Howard C. Hull | 12/10/2018 |
| 2:18-cv-01017 | Val J. Hull | 04/17/2018 |
| 2:17-cv-03393-DGC | Ellen S. Hunter | 10/30/2017 |
| 2:16-cv-00810-DGC | Cassie L. Hutchens | 03/31/2016 |
| 2:17-cv-03482-DGC | Richard L. Hutchinson | 11/02/2017 |
| 2:18-cv-03632-DGC | Diane Israel | N/A |
| 2:19-cv-00574 | Woodrow W. Jackson | N/A |
| 2:18-cv-03617-DGC | Leon Jackson | N/A |
| 2:18-cv-00326-DGC | Ruby Jackson | 04/17/2018 |
| 2:18-cv-03612-DGC | Calvin Jackson | N/A |
| 2:18-cv-03712-DGC | Harry Jakobs | N/A |
| 2:17-cv-03708-DGC | Janet K. James | 12/04/2017 |
| 2:19-cv-02520 | Toni L. Jefferson | N/A |