# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

                                                                                    _____
                                                                                    HONORABLE DAVID G. CAMPBELL
                                                                                    Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-01956-DGC | Susan King | 07/03/2017 |
| 2:17-cv-03434-DGC | Mary J. King | 11/01/2017 |
| 2:18-cv-04376-DGC | Sharon J. King | N/A |
| 2:17-cv-02126-PHX-DGC | Theodore Kirkland | 07/24/2017 |
| 2:17-cv-03074-DGC | David A. Kissinger | 09/25/2017 |
| 2:17-cv-01957-DGC | Jonathan Kline | 06/30/2017 |
| 2:16-cv-02953-DGC | Marie O. Kolpakowski | 09/30/2016 |
| 2:17-cv-03539-DGC | Susan C. Konkel | 11/10/2017 |
| 2:16-cv-00205-DGC | James D. Kouns | 02/17/2016 |
| 2:16-cv-00231-DGC | Lucille A. Kowalczyk | 02/17/2016 |
| 2:17-cv-03478-DGC | Greg J. Kramer | 10/30/2017 |
| 2:17-cv-01958-DGC | James D. Kreger | 06/30/2017 |
| 2:18-cv-04580-DGC | Christopher Kuhns | N/A |
| 2:17-cv-03529-DGC | Bernard G. Kustra | 11/06/2017 |
| 2:17-cv-01960-DGC | Chad LaForme | 06/29/2017 |
| 2:18-cv-03716-DGC | Julie L. Lake | N/A |
| 2:18-cv-03646-DGC | Cheryl L. Lamberger | N/A |
| 2:19-cv-00488 | Edward Lancaster | N/A |
| 2:17-cv-03450-DGC | Robert E. Lanier | 11/02/2017 |
| 2:16-cv-04196-DGC | Timothy A. LaRue | 12/09/2016 |
| 2:18-cv-03691-DGC | Elizabeth L. Lauenborg | N/A |
| 2:19-cv-00544 | Randy L. Lawrence | N/A |
| 2:18-cv-03692-DGC | Andrew J. Layer | N/A |
| 2:17-cv-03475-DGC | Irma T. Lazo | 11/08/2017 |
| 2:18-cv-04377-DGC | Jason S. Lazu | N/A |
| 2:18-cv-03720-DGC | John E. Leddy | N/A |
| 2:18-cv-03756-DGC | Kenneth R. Lee | N/A |
| 2:18-cv-03757-DGC | Timothy D. Lee | N/A |
| 2:19-cv-00540 | Cynthia A. Lee | N/A |
| 2:17-cv-03477-DGC | Cristina R. Leguia | 11/06/2017 |
| 2:16-cv-03299-DGC | William Lehman | 10/14/2016 |
| 2:17-cv-03524-DGC | Janet L. Lehr | 11/08/2017 |
| 2:17-cv-03414-DGC | Richard A. Leister | 11/02/2017 |
| 2:18-cv-03721-DGC | Janice M. Leppert | N/A |
| 2:18-cv-03744-DGC | Dorothy F. Levett | N/A |

| | | |
|---|---|---|
| 2:17-cv-01961-DGC | Paulette C. Levin | 07/03/2017 |
| 2:18-cv-00085-DGC | Lloyd L. Levins | 01/18/2018 |
| 2:18-cv-03614-DGC | Dan Lewis | N/A |
| 2:16-cv-00200-DGC | Lenore B. Lieberman | 02/17/2016 |
| 2:18-cv-03701-DGC | James E. Lightcap | N/A |
| 2:18-cv-03766-DGC | Barbara M. Lilly | N/A |
| 2:17-cv-04430-DGC | Clarence I. Lindo | 02/06/2018 |
| 2:18-cv-03722-DGC | Ervin Lintermoot | N/A |
| 2:18-cv-03639-DGC | Pamela C. Lockard | N/A |
| 2:17-cv-03172-DGC | James C. Loney | 09/28/2017 |
| 2:19-cv-00417-DGC | Lincoln Lopez | 02/14/2019 |
| 2:17-cv-03409-DGC | Steven Louie | 11/02/2017 |
| 2:18-cv-04445-DGC | Cheryl L. Louviere | N/A |