# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX-DGC |
| Joseph Abitante,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-3351-PHX DGC<br><br>**ORDER** |
| Kathy K. Ackerman,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV17-3519-PHX DGC<br><br>**ORDER** |
| Sue A. Acord,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-3352-PHX DGC<br><br>**ORDER** |
| Marion S. Adair,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-3354-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lavell Affonseca,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV16-0819-PHX DGC<br><br>**ORDER** |
| Concepcion Aguayo,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-3272-PHX DGC<br><br>**ORDER** |
| Alma R. Aguirre,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-1559-PHX DGC<br><br>**ORDER** |
| John F. Albano,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-3276-PHX DGC<br><br>**ORDER** |
| Michael J. Alber,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-3545-PHX DGC<br><br>**ORDER** |
| Benny Alfonso,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-3389-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shana Allen,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-3360-PHX DGC<br><br>**ORDER** |
| Jessica M. Allen,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-3359-PHX DGC<br><br>**ORDER** |
| Yvette Allen,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-4347-PHX DGC<br><br>**ORDER** |
| Lora M. Allen,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV17-4501-PHX DGC<br><br>**ORDER** |
| Amy Allen,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-3358-PHX DGC<br><br>**ORDER** |
| Elouisea Alshami,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV19-0587-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carnell Alston,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-3450-PHX DGC<br><br>**ORDER** |
| Loriann Amabile,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-3287-PHX DGC<br><br>**ORDER** |
| Samantha M. Amador,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0620-PHX DGC<br><br>**ORDER** |
| Caroline J. Anderson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-1561-PHX DGC<br><br>**ORDER** |
| Jean D. Anderson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0502-PHX DGC<br><br>**ORDER** |
| Gerald Anthony,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-3452-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Latrice J. Appleton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-0430-PHX DGC<br><br>**ORDER** |
| Brian S. Arkland,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-3492-PHX DGC<br><br>**ORDER** |
| Roosevelt N. Armstrong,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-0503-PHX DGC<br><br>**ORDER** |
| Douglas C. Arnold,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-4348-PHX DGC<br><br>**ORDER** |
| Angela Asberry,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-3453-PHX DGC<br><br>**ORDER** |
| Harvey D. Ashman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-3764-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Abraham Assadi,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-3717-PHX DGC<br><br>**ORDER** |
| Theresa V. Atkins,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0431-PHX DGC<br><br>**ORDER** |
| Arthur H. Austin,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-3455-PHX DGC<br><br>**ORDER** |
| James R. Austin,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0477-PHX DGC<br><br>**ORDER** |
| Jo Ann Avelar,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-1562-PHX DGC<br><br>**ORDER** |
| Reginald Avery,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0568-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gerald B. Axelrad,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-3661-PHX DGC<br><br>**ORDER** |
| David L. Backes,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-1612-PHX DGC<br><br>**ORDER** |
| Kathleen Bahr,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-3561-PHX DGC<br><br>**ORDER** |
| George H. Baker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-3472-PHX DGC<br><br>**ORDER** |
| Charles Ballew,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-1930-PHX DGC<br><br>**ORDER** |
| Gloria Banks,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-2777-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles D. Banno,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0651-PHX DGC<br><br>**ORDER** |
| Ruby P. Barfield,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0478-PHX DGC<br><br>**ORDER** |
| Brenda L. Barnes,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-3746-PHX DGC<br><br>**ORDER** |
| Michael Barnes,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-1613-PHX DGC<br><br>**ORDER** |
| Estella Barrett,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-3458-PHX DGC<br><br>**ORDER** |
| Juan L. Barrientez,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-3499-PHX DGC<br<br>**ORDER** |

| | |
|---|---|
| Rita Bass,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV17-3768-PHX DGC<br><br>**ORDER** |
| Peter V. Bassette,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV18-4351-PHX DGC<br><br>**ORDER** |
| Fertina Batts,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV19-0432-PHX DGC<br><br>**ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20654.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20654) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 16th day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge