# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michael W. Clemens,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-03526-PHX DGC<br><br>**ORDER** |
| Theotrice P. Clemens,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-04500-PHX DGC<br><br>**ORDER** |
| Cornell C. Clemmons,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-04433-PHX DGC<br><br>**ORDER** |
| Billy Joe Clifton,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-04434-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald O. Clink,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-03528-PHX DGC<br><br>**ORDER** |
| Charles L. Coats,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-01637-PHX DGC<br><br>**ORDER** |
| Heather M. Coats,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-04499-PHX DGC<br><br>**ORDER** |
| John P. Coatti,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-04374-PHX DGC<br><br>**ORDER** |
| William J. Cochran,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-03503-PHX DGC<br><br>**ORDER** |
| Lisa Cochran VanDyne,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-04350-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carlene M. Coe,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-04409-PHX DGC<br><br>**ORDER** |
| Claude B. Coffey,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-04382-PHX DGC<br><br>**ORDER** |
| David B. Cohen,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-03529-PHX DGC<br><br>**ORDER** |
| Edward F. Cole,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-04386-PHX DGC<br><br>**ORDER** |
| Emma Cole,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-01638-PHX DGC<br><br>**ORDER** |
| Tiffany Coleman,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-01309-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rebecca A. Collins,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-01639-PHX DGC<br><br>**ORDER** |
| Myrna L. Collins,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-03729-PHX DGC<br><br>**ORDER** |
| Rachael E. Collins,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-04610-PHX DGC<br><br>**ORDER** |
| Michael J. Conlin,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-03733-PHX DGC<br><br>**ORDER** |
| Leona M. Connell,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-03531-PHX DGC<br><br>**ORDER** |
| Wayne R. Connelly,<br><br>     Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-03619-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer Conrad,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03103-PHX DGC<br><br>**ORDER** |
| Rebecca Cooke,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00629-PHX DGC<br><br>**ORDER** |
| James L. Cooper,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03532-PHX DGC<br><br>**ORDER** |
| Patricia A. Cooper-Kendrick,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03735-PHX DGC<br><br>**ORDER** |
| Kenneth M. Copeland,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01194-PHX-DGC<br><br>**ORDER** |
| Charles Corbett,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04499-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Diana M. Corey,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01640-PHX DGC<br><br>**ORDER** |
| Don B. Cornett,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03447-PHX DGC<br><br>**ORDER** |
| Anthony C. Corti,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03619-PHX DGC<br><br>**ORDER** |
| Nina J. Coumbe,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03081-PHX DGC<br><br>**ORDER** |
| Linda L. Coutts,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03541-PHX DGC<br><br>**ORDER** |
| Kevin Cowser,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00992-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Terry E. Crismond,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00439-PHX DGC<br><br>**ORDER** |
| Rodger P. Crittenden,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04421-PHX DGC<br><br>**ORDER** |
| Owens Crockett,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03533-PHX DGC<br><br>**ORDER** |
| Randolph Cross,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03693-PHX DGC<br><br>**ORDER** |
| Hank Crutchfield,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02499-PHX DGC<br><br>**ORDER** |
| Saeed D. Curns,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00526-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Daniel M. Currie,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00831-PHX DGC<br><br>**ORDER** |
| Waralene D. Currie-Riggs,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03636-PHX DGC<br><br>**ORDER** |
| Jasmine Curtis,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03655-PHX DGC<br><br>**ORDER** |
| Taneki A. Dacres,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03537-PHX DGC<br><br>**ORDER** |
| Robert J. Dahlstrom,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03462-PHX DGC<br><br>**ORDER** |
| Dorothy A. Dale,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01749-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert G. Dale,<br>　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04397-PHX DGC<br><br>**ORDER** |
| David Dallas,<br>　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00508-PHX DGC<br><br>**ORDER** |
| James R. Daniel,<br>　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03756-PHX DGC<br><br>**ORDER** |
| Timothy D. Daniels,<br>　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02143-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20643.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20643) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 16th day of October, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge