# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX-DGC |
| Gary P. Danos,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03854-PHX DGC<br><br>**ORDER** |
| Kirkor Davidian,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03668-PHX DGC<br><br>**ORDER** |
| Michael W. Davis,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02519-PHX DGC<br><br>**ORDER** |
| Jerry L. Davis,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00440-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charlie J. Davis,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03626-PHX DGC<br><br>**ORDER** |
| Charles L. Davis,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03736-PHX DGC<br><br>**ORDER** |
| Carolyn J. Davy,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01750-PHX DGC<br><br>**ORDER** |
| Roland D. Dawson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03705-PHX DGC<br><br>**ORDER** |
| Christoffer G. Day,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03455-PHX DGC<br><br>**ORDER** |
| Betty G. De Journette,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03460-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joan I. DeAntonio,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03538-PHX DGC<br><br>**ORDER** |
| Anthony P. DeCandro,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04572-PHX DGC<br><br>**ORDER** |
| Arthur M. DeCato,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03738-PHX DGC<br><br>**ORDER** |
| Renee A. Decker,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03487-PHX DGC<br><br>**ORDER** |
| James A. DeLoach,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03635-PHX DGC<br><br>**ORDER** |
| Michael Demmons,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04342-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James J. Demoski,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03656-PHX DGC<br><br>**ORDER** |
| Cheryl D. Detrick,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02631-PHX DGC<br><br>**ORDER** |
| Michele Deutsch,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04353-PHX DGC<br><br>**ORDER** |
| Robert L. Dever,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03620-PHX DGC<br><br>**ORDER** |
| Alberta L. Dial,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03405-PHX DGC<br><br>**ORDER** |
| Isabell DiBernardo,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03507-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Andrew J. Didona,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03068-PHX DGC<br><br>**ORDER** |
| Edward F. Diehl,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00509-PHX DGC<br><br>**ORDER** |
| Rene W. Dix,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-03508-PHX DGC<br><br>**ORDER** |
| Sandra Dodson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-01752-PHX DGC<br><br>**ORDER** |
| Shirley A. Donnelly,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03758-PHX DGC<br><br>**ORDER** |
| Kahla Douga,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-03268-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Deanna R. Douglas,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03678-PHX DGC<br><br>**ORDER** |
| Richard Dow,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03761-PHX DGC<br><br>**ORDER** |
| Ronald V. Drake,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-01753-PHX DGC<br><br>**ORDER** |
| Reneka Drummond,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00632-PHX DGC<br><br>**ORDER** |
| Kean B. Dubble,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04573-PHX DGC<br><br>**ORDER** |
| Joseph F. Duffy,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03479-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gloria Duncan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01755-PHX DGC<br><br>**ORDER** |
| Roscoe D. Duncan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01754-PHX DGC<br><br>**ORDER** |
| Julie Duncan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02819-PHX DGC<br><br>**ORDER** |
| Howard Durham,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03757-PHX DGC<br><br>**ORDER** |
| J.C. Durr,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03432-PHX DGC<br><br>**ORDER** |
| Ralph Duvall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03721-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lawrence Dyson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03649-PHX DGC<br><br>**ORDER** |
| Willie K. Eades,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03610-PHX DGC<br><br>**ORDER** |
| Vincent W. Eads,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-03095-PHX DGC<br><br>**ORDER** |
| John A. Eaton,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-03540-PHX DGC<br><br>**ORDER** |
| Rafaela O. Eby,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03738-PHX DGC<br><br>**ORDER** |
| Joseph Echevarria,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03657-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Judy F. Edmonds,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03751-PHX DGC<br><br>**ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20655.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20655) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 16th day of October, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge