## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03850-DGC | Paul McGruder | 12/06/2017 |
| 2:19-cv-00557 | Wayne A. McGuire | N/A |
| 2:17-cv-03416-DGC | David McIntyre | 10/27/2017 |
| 2:17-cv-03439-DGC | Madalynn L. McKenzie | 11/01/2017 |
| 2:18-cv-04400-DGC | Rickey C. McLain | N/A |
| 2:17-cv-03446-DGC | Alfonzo McMillian | 11/06/2017 |
| 2:17-cv-03445-DGC | Lenora McMorris | 11/09/2017 |
| 2:19-cv-01138-PHX-DGC | Lori McQuaid | N/A |
| 2:18-cv-04441-DGC | Gerald S. McSee | N/A |
| 2:17-cv-03732-DGC | Donald L. Meeks | 12/01/2017 |
| 2:18-cv-04511-DGC | Larry K. Mefford | N/A |
| 2:19-cv-00558 | Rene Mendez | N/A |
| 2:16-cv-00809-DGC | Yandelli Merced | 04/01/2016 |
| 2:17-cv-01061 | Dana R. Merk | 05/23/2017 |
| 2:18-cv-03951-DGC | Joseph H. Merriwether | N/A |
| 2:17-cv-04359-DGC | Carla Mewborn | 02/06/2018 |
| 2:18-cv-02482-DGC | Michael T. Meyers | 08/23/2018 |
| 2:19-cv-00661-DGC | Charles J. Micallef | N/A |
| 2:18-cv-04582-DGC | Dennis R. Michael | N/A |
| 2:18-cv-03986-DGC | William Mieszanek | N/A |
| 2:18-cv-04027-DGC | Zora M. Milam | N/A |
| 2:19-cv-00576 | Jeffrey D. Miles | N/A |
| 2:18-cv-04022-DGC | Susan Miles | N/A |
| 2:16-cv-00221-DGC | Heather E. Miller | 02/17/2016 |
| 2:18-cv-04503-DGC | Alvin J. Miller | N/A |
| 2:17-cv-01967-DGC | Tysa Miller | 07/03/2017 |
| 2:17-cv-03522-DGC | Janice E. Miller | 11/08/2017 |
| 2:18-cv-03847-DGC | Walter D. Miller | N/A |
| 2:19-cv-00577-DGC | Micki Miller | N/A |
| 2:19-cv-00560 | John E. Miller-Wimberlt | N/A |
| 2:18-cv-03929-DGC | Juston T. Millsaps | N/A |
| 2:17-cv-01968-DGC | Richard L. Miranda | 07/03/2017 |
| 2:18-cv-03841-DGC | Betty L. Mitchell | N/A |
| 2:19-cv-00664-DGC | Hywanda M. Mock-Smith | N/A |
| 2:17-cv-03521-DGC | Thomas W. Moldovan | 11/10/2017 |

| | | |
|---|---|---|
| 2:18-cv-03792-DGC | Oliver J. Monticue | N/A |
| 2:16-cv-03300-DGC | Connie J. Moore | 10/14/2016 |
| 2:18-cv-04015-DGC | Richard H. Moore | N/A |
| 2:18-cv-03930-DGC | Esther A. Moore | N/A |
| 2:18-cv-04414-DGC | Ryan K. Moredock | N/A |
| 2:17-cv-03466-DGC | Jacqueline Morochnick | 11/08/2017 |
| 2:16-cv-00233-DGC | Cristal Morris | 02/17/2016 |
| 2:17-cv-04390-DGC | Kevin Morris | 02/07/2018 |
| 2:18-cv-04425-DGC | Lana Moss | N/A |