# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

  
HONORABLE DAVID G. CAMPBELL  
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| | Misty Moya | N/A |
| 2:18-cv-03997-DGC | Renee M. Murphy | N/A |
| 2:19-cv-00561 | Paul F. Murphy | N/A |
| 2:17-cv-03526-DGC | Michael L. Murphy | 11/10/2017 |
| 2:16-cv-04167-DGC | Therese Murray | 12/09/2016 |
| 2:17-cv-04640-DGC | Michael Murry | 12/28/2017 |
| 2:17-cv-01971-DGC | Cari L. Nasrallah | 06/29/2017 |
| 2:18-cv-03798-DGC | Latonya R. Nation | 01/14/2019 |
| 2:19-cv-01008-DGC | Walter E. Nauss | 03/01/2019 |
| 2:19-cv-00578 | Aimee Nava | N/A |
| 2:18-cv-03950-DGC | Charles A. Nelson | N/A |
| 2:17-cv-03766-DGC | Steven Neptune | 12/06/2017 |
| 2:18-cv-03879-DGC | Joyce Nettles | N/A |
| 2:18-cv-03962-DGC | Pamela E. Newton | N/A |
| 2:18-cv-04386-DGC | Penny L. Nguyen | 12/31/2018 |
| 2:19-cv-00562 | Patrick K. Nichols | N/A |
| 2:18-cv-03827-DGC | Tami L. Niehoff | N/A |
| 2:17-cv-04431-DGC | Reginald R. Norling | 02/02/2018 |
| 2:17-cv-03713-DGC | Steven D. Novotny | 12/06/2017 |
| 2:18-cv-03931-DGC | James L. Olson | 12/31/2018 |
| 2:18-cv-04506-DGC | David A. Opuh | N/A |
| 2:18-cv-04476-DGC | Jacquelyn L. Ousley | N/A |
| 2:18-cv-03882-DGC | Nicole Outlaw | N/A |
| 2:19-cv-00260-DGC | Terry D. Overstreet | 01/29/2019 |
| 2:18-cv-03860-DGC | Richard M. Owens | N/A |
| 2:18-cv-03846-DGC | Lorean Owens-Wisdom | N/A |
| 2:17-cv-03643-DGC | Gene P. Owings | 12/01/2017 |
| 2:18-cv-04379-DGC | Graciela M. Pacheco | N/A |
| 2:19-cv-00546 | Wendy D. Page | N/A |
| 2:18-cv-03920-DGC | Rose J. Palazzo | N/A |
| 2:18-cv-03878-DGC | June P. Palma | N/A |
| 2:18-cv-04641-DGC | Theodore D. Palmisano | N/A |
| 2:17-cv-03520-DGC | Lavada T. Paris | 12/06/2017 |
| 2:18-cv-03877-DGC | Marvin L. Parker | N/A |
| 2:18-cv-03963-DGC | Betty Pasley | N/A |

| | | |
|---|---|---|
| 2:17-cv-01974-DGC | Darlene Pastrana | 07/06/2017 |
| 2:19-CV-02546-PHX-DGC | Gabrielle L. Patterson | N/A |
| 2:19-cv-00547 | Dwayne Patterson | N/A |
| 2:18-cv-03953-DGC | Robert H. Patterson | N/A |
| 2:17-cv-01954-DGC | Luke J. Patula | 07/10/2017 |
| 2:17-cv-03077-DGC | Jenny M. Paul | 09/28/2017 |
| 2:16-cv-04198-DGC | Betty J. Paxton | 12/09/2016 |
| 2:18-cv-03933-DGC | Jack L. Payne | N/A |
| 2:18-cv-04583-DGC | Atiya Payne | N/A |
| 2:18-cv-03876-DGC | Katrina M. Payne | N/A |
| 2:18-cv-01647-DGC | Richard Payton | 06/13/2018 |
| 2:18-cv-04384-DGC | Jerry D. Pennington | N/A |