## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

---

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-01925-DGC | Sandra L. Penoyer | 07/11/2017 |
| 2:19-cv-00579 | Thomas O. Perdue | N/A |
| 2:16-cv-00204-DGC | Jason L. Perkins | N/A |
| 2:18-cv-03921-DGC | Dolores N. Perrin | N/A |
| 2:18-cv-03822-DGC | Richard W. Perrine | 01/16/2019 |
| 2:17-cv-04339-DGC | Wanda Perry | 02/05/2018 |
| 2:18-cv-04014-DGC | Bruno Pesavento | N/A |
| 2:18-cv-04478-DGC | Nancy J. Peters | N/A |
| 2:19-cv-00666-DGC | Shannon W. Peters | N/A |
| 2:18-cv-04584-DGC | Roland B. Peterson | N/A |
| 2:19-cv-00548 | Marcus L. Phillips | N/A |
| 2:18-cv-03964-DGC | Adrain Pickett | N/A |
| 2:18-cv-03815-DGC | Ronald H. Pierson | 01/15/2019 |
| 2:16-cv-00201-DGC | Bernard Pikal | 02/17/2016 |
| 2:17-cv-01949-DGC | Lila J. Pippin | 07/10/2017 |
| 2:18-cv-03965-DGC | Gregory A. Pittman | N/A |
| 2:17-cv-01948-DGC | Jean Pixler | 06/30/2017 |
| 2:18-cv-04479-DGC | Heather Plain | N/A |
| 2:18-cv-04013-DGC | Judith Podraza | N/A |
| 2:17-cv-02037-DGC | Antoinette Polizzotti | 06/29/2017 |
| 2:18-cv-03954-DGC | Simone S. Pool | N/A |
| 2:16-cv-02998-DGC | Daryl E. Porn | 09/30/2016 |
| 2:18-cv-03817-DGC | Margie A. Post | N/A |
| 2:17-cv-01546-DGC | Erannia E. Potter | 05/26/2017 |
| 2:17-cv-03694-DGC | Sheva Powell | 12/06/2017 |
| 2:17-cv-03778-DGC | Sean F. Powers | 12/06/2017 |
| 2:17-cv-04403-DGC | David B. Powers | 02/06/2018 |
| 2:16-cv-00203-DGC | Roger L. Presswood | 02/17/2016 |
| 2:17-cv-04422-DGC | John D. Price | 02/07/2018 |
| 2:18-cv-03865-DGC | Marvin B. Price | N/A |
| 2:18-cv-04488-DGC | Michael Price | N/A |
| 2:19-cv-00581 | Jesse W. Prosser | N/A |
| 2:18-cv-03866-DGC | William Pulley | N/A |
| 2:18-cv-04585-DGC | Kimberly L. Quinn | N/A |
| 2:17-cv-03599-DGC | Desiree Radford | 11/30/2017 |

| | | |
|---|---|---|
| 2:18-cv-04586-DGC | Jane S. Ragland | N/A |
| 2:17-cv-02036-DGC | Thelma Rainosek | 07/03/2017 |
| 2:18-cv-03825-DGC | Estella Ramirez | 01/14/2019 |
| 2:18-cv-03874-DGC | Lizzette Ramos-Elizares | N/A |
| 2:18-cv-04011-DGC | Lesley-Francine Ramsey | N/A |
| 2:18-cv-03901-DGC | Linda Rancy | N/A |
| 2:17-cv-02858-PHX-DCG | Mollie D. Raney | 09/08/2017 |
| 2:19-cv-00592 | Quinto Rapacioli | N/A |
| 2:18-cv-03940-DGC | Talage Ratliff | N/A |
| 2:17-cv-04401-DGC | Michael L. Ray | 02/01/2018 |
| 2:18-cv-04622-DGC | Mason E. Rea | N/A |
| 2:18-cv-00284-DGC | Donald Redder | 02/06/2018 |
| 2:18-cv-04436-DGC | Susan G. Reed | N/A |