IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |
| This document relates to the Actions on the Attached Exhibit A | NOTICE OF CHANGE OF ADDRESS |

COME NOW Howard L. Nations and The Nations Law Firm, counsel of record for the Plaintiffs on the attached Exhibit A, and notify the Court and all counsel that their physical mailing address has changed to 9703 Richmond Avenue, Suite 200, Houston, Texas 77042, effective immediately. Their phone number, fax number and email addresses remain the same.

Respectfully submitted,

**THE NATIONS LAW FIRM**

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue, Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423

**ATTORNEY FOR PLAINTIFFS**

# Exhibit A

Exhibit A

| Case Number: | Case Name: |
|---|---|
| 2:15-cv-02093-DGC | Duffie et al v. C R Bard Incorporated et al |
| 2:15-md-02641-DGC | IN RE: Bard IVC Filters Products Liability Litigation |
| 2:16-cv-00477-DGC | Besaw v. C R Bard Incorporated et al |
| 2:16-cv-00479-DGC | Rose v. C R Bard Incorporated et al |
| 2:16-cv-00483-DGC | Olds v. C R Bard Incorporated et al |
| 2:16-cv-00487-DGC | Eaton et al v. C R Bard Incorporated et al |
| 2:16-cv-00491-DGC | Fairman v. C R Bard Incorporated et al |
| 2:16-cv-00495-DGC | Holcomb v. C R Bard Incorporated et al |
| 2:16-cv-01077-DGC | Mitchell et al v. C R Bard Incorporated et al |
| 2:16-cv-01078-DGC | Mangum et al v. C R Bard Incorporated et al |
| 2:16-cv-01371-DGC | Pipher et al v. C R Bard Incorporated et al |
| 2:16-cv-01373-DGC | Emerson et al v. C R Bard Incorporated et al |
| 2:16-cv-01375-DGC | Gallant v. C R Bard Incorporated et al |
| 2:16-cv-01381-DGC | Philmore et al v. C R Bard Incorporated et al |
| 2:16-cv-01382-DGC | Tangredi et al v. C R Bard Incorporated et al |
| 2:16-cv-01383-DGC | Taylor et al v. C R Bard Incorporated et al |
| 2:16-cv-01385-DGC | Traylor v. C R Bard Incorporated et al |
| 2:16-cv-01395-DGC | Waybright et al v. C R Bard Incorporated et al |
| 2:16-cv-01402-DGC | Cribb et al v. C R Bard Incorporated et al |
| 2:16-cv-01403-DGC | Scott v. C R Bard Incorporated et al |
| 2:16-cv-01405-DGC | Jacobi v. C R Bard Incorporated et al |
| 2:16-cv-02296-DGC | Midkiff v. C R Bard Incorporated et al |
| 2:16-cv-02318-DGC | Dulong et al v. C R Bard Incorporated et al |
| 2:16-cv-02552-DGC | Pfenning v. C R Bard Incorporated et al |
| 2:16-cv-02580-DGC | White v. C R Bard Incorporated et al |
| 2:16-cv-02622-DGC | Miramontez v. C R Bard Incorporated et al |
| 2:16-cv-02683-DGC | Sulligan et al v. C R Bard Incorporated et al |
| 2:16-cv-02747-DGC | Houston v. C R Bard Incorporated et al |
| 2:16-cv-02839-DGC | Gause v. C R Bard Incorporated et al |
| 2:16-cv-02841-DGC | Kelly v. C R Bard Incorporated et al |
| 2:16-cv-02883-DGC | Spears et al v. C R Bard Incorporated et al |
| 2:16-cv-02920-DGC | Russell v. C R Bard Incorporated et al |
| 2:16-cv-02922-DGC | Rotondo v. C R Bard Incorporated et al |
| 2:16-cv-02999-DGC | Kelly et al v. C R Bard Incorporated et al |
| 2:16-cv-03022-DGC | Jiles v. C R Bard Incorporated et al |
| 2:16-cv-03081-DGC | Schmid v. C R Bard Incorporated et al |
| 2:16-cv-03082-DGC | Nelson v. C R Bard Incorporated et al |
| 2:16-cv-03093-DGC | Branham v. C R Bard Incorporated et al |
| 2:16-cv-03366-DGC | Moore v. C R Bard Incorporated et al |
| 2:16-cv-03381-DGC | Grimes v. C R Bard Incorporated et al |
| 2:16-cv-03385-DGC | MacArthur et al v. C R Bard Incorporated et al |
| 2:16-cv-03463-DGC | Hoffman v. C R Bard Incorporated et al |
| 2:16-cv-03467-DGC | Angel et al v. C R Bard Incorporated et al |
| 2:16-cv-03693-DGC | Armstrong et al v. C R Bard Incorporated et al |
| 2:16-cv-03798-DGC | Hagood v. C R Bard Incorporated et al |
| 2:17-cv-00063-DGC | Bolt et al v. C R Bard Incorporated et al |

| | |
|---|---|
| 2:17-cv-00064-DGC | Brown-Hay v. C R Bard Incorporated et al |
| 2:17-cv-00559-DGC | Chrisley v. C R Bard Incorporated et al |
| 2:17-cv-00655-DGC | Auzenne v. C R Bard Incorporated et al |
| 2:17-cv-00711-DGC | Tedder et al v. C R Bard Incorporated et al |
| 2:17-cv-00729-DGC | Alexander et al v. C R Bard Incorporated et al |
| 2:17-cv-00732-DGC | Misner v. C R Bard Incorporated et al |
| 2:17-cv-00866-DGC | Henson v. C R Bard Incorporated et al |
| 2:17-cv-00867-DGC | Taberski et al v. C R Bard Incorporated et al |
| 2:17-cv-00880-DGC | Myles et al v. C R Bard Incorporated et al |
| 2:17-cv-00901-DGC | Hall et al v. C R Bard Incorporated et al |
| 2:17-cv-00904-DGC | Pults v. C R Bard Incorporated et al |
| 2:17-cv-00971-DGC | Desbien v. C R Bard Incorporated et al |
| 2:17-cv-00974-DGC | Humphreys v. C R Bard Incorporated et al |
| 2:17-cv-00980-DGC | Miller v. C R Bard Incorporated et al |
| 2:17-cv-00983-DGC | Skipping v. C R Bard Incorporated et al |
| 2:17-cv-01004-DGC | Kozlowski v. C R Bard Incorporated et al |
| 2:17-cv-01106-DGC | Reynolds v. C R Bard Incorporated et al |
| 2:17-cv-01116-DGC | Warr v. C R Bard Incorporated, et al |
| 2:17-cv-01122-DGC | Robbins v. C R Bard Incorporated et al |
| 2:17-cv-01158-DGC | Johnson v. C R Bard Incorporated et al |
| 2:17-cv-01168-DGC | Roundtree v. C R Bard Incorporated et al |
| 2:17-cv-01169-DGC | Schwinn et al v. C R Bard Incorporated et al |
| 2:17-cv-01171-DGC | Smith v. C R Bard Incorporated et al |
| 2:17-cv-01172-DGC | Motter v. C R Bard Incorporated et al |
| 2:17-cv-01178-DGC | Brown v. C R Bard Incorporated et al |
| 2:17-cv-01210-DGC | Woolsey et al v. C R Bard Incorporated et al |
| 2:17-cv-01216-DGC | Cantrell v. C R Bard Incorporated et al |
| 2:17-cv-01240-DGC | Earvin v. C R Bard Incorporated et al |
| 2:17-cv-01241-DGC | Benton v. C R Bard Incorporated et al |
| 2:17-cv-01242-DGC | McDaniel v. C R Bard Incorporated et al |
| 2:17-cv-01286-DGC | Caldwell v. C R Bard Incorporated et al |
| 2:17-cv-01287-DGC | Galbraith v. C R Bard Incorporated et al |
| 2:17-cv-01308-DGC | Cooper et al v. C R Bard Incorporated et al |
| 2:17-cv-01314-DGC | Slatten et al v. C R Bard Incorporated et al |
| 2:17-cv-01341-DGC | Bowers et al v. C R Bard Incorporated et al |
| 2:17-cv-01347-DGC | Johnson-Morrison v. C R Bard Incorporated et al |
| 2:17-cv-01369-DGC | Reid v. C R Bard Incorporated et al |
| 2:17-cv-01375-DGC | Muthler v. C R Bard Incorporated et al |
| 2:17-cv-01380-DGC | Huff v. C R Bard Incorporated et al |
| 2:17-cv-01381-DGC | Gordon v. C R Bard Incorporated et al |
| 2:17-cv-01405-DGC | Drew et al v. C R Bard Incorporated et al |
| 2:17-cv-01406-DGC | Dostie v. C R Bard Incorporated et al |
| 2:17-cv-01407-DGC | Flynn et al v. C R Bard Incorporated et al |
| 2:17-cv-01408-DGC | Johnson et al v. C R Bard Incorporated et al |
| 2:17-cv-01443-DGC | Risk et al v. C R Bard Incorporated et al |
| 2:17-cv-01643-DGC | Botterbusch et al v. C R Bard Incorporated et al |
| 2:17-cv-01644-DGC | Self v. C R Bard Incorporated et al |

| | |
|---|---|
| 2:17-cv-01645-DGC | Davis et al v. C R Bard Incorporated et al |
| 2:17-cv-01646-DGC | Gillespie v. C R Bard Incorporated et al |
| 2:17-cv-01647-DGC | Hozlock v. C R Bard Incorporated et al |
| 2:17-cv-01648-DGC | Hale v. C R Bard Incorporated et al |
| 2:17-cv-01649-DGC | Hawker v. C R Bard Incorporated et al |
| 2:17-cv-01650-DGC | Echols v. C R Bard Incorporated et al |
| 2:17-cv-01651-DGC | Clark v. C R Bard Incorporated et al |
| 2:17-cv-01682-DGC | Jordan v. C R Bard Incorporated et al |
| 2:17-cv-01763-DGC | Stevens v. C R Bard Incorporated et al |
| 2:17-cv-01764-DGC | Barnes v. C R Bard Incorporated et al |
| 2:17-cv-01824-DGC | Monaghan et al v. C R Bard Incorporated et al |
| 2:17-cv-02137-DGC | Adams v. C R Bard Incorporated et al |
| 2:17-cv-02138-DGC | Bryant v. C R Bard Incorporated et al |
| 2:17-cv-02139-DGC | Mintz v. C R Bard Incorporated et al |
| 2:17-cv-02140-DGC | Brooks v. C R Bard Incorporated et al |
| 2:17-cv-02142-DGC | Pecze et al v. C R Bard Incorporated et al |
| 2:17-cv-02148-DGC | Green v. C R Bard Incorporated et al |
| 2:17-cv-02149-DGC | Hodges v. C R Bard Incorporated et al |
| 2:17-cv-02151-DGC | Cantrell v. C R Bard Incorporated et al |
| 2:17-cv-02196-DGC | Cross et al v. C R Bard Incorporated et al |
| 2:17-cv-02197-DGC | Mendoza et al v. C R Bard Incorporated et al |
| 2:17-cv-02198-DGC | Emory v. C R Bard Incorporated et al |
| 2:17-cv-02199-DGC | Clark v. C R Bard Incorporated et al |
| 2:17-cv-02202-DGC | Utterback et al v. C R Bard Incorporated et al |
| 2:17-cv-02203-DGC | Riley v. C R Bard Incorporated et al |
| 2:17-cv-02206-DGC | Hausler et al v. C R Bard Incorporated et al |
| 2:17-cv-02209-DGC | Riegel v. C R Bard Incorporated et al |
| 2:17-cv-02212-DGC | Taddei v. C R Bard Incorporated et al |
| 2:17-cv-02217-DGC | Rollyson v. C R Bard Incorporated et al |
| 2:17-cv-02223-DGC | Avery et al v. C R Bard Incorporated et al |
| 2:17-cv-02237-DGC | McKeever et al v. C R Bard Incorporated et al |
| 2:17-cv-02238-DGC | Scott et al v. C R Bard Incorporated et al |
| 2:17-cv-02295-DGC | Mangini et al v. C R Bard Incorporated et al |
| 2:17-cv-02299-DGC | Davis et al v. C R Bard Incorporated et al |
| 2:17-cv-02319-DGC | Austain et al v. C R Bard Incorporated et al |
| 2:17-cv-02367-DGC | Young v. C R Bard Incorporated et al |
| 2:17-cv-02406-DGC | Bell et al v. C R Bard Incorporated et al |
| 2:17-cv-02438-DGC | Birdine v. C R Bard Incorporated et al |
| 2:17-cv-02577-DGC | Caudill et al v. C R Bard Incorporated et al |
| 2:17-cv-02859-DGC | Dickson et al v. C R Bard Incorporated et al |
| 2:17-cv-03001-DGC | Hitt v. C R Bard Incorporated et al |
| 2:17-cv-03058-DGC | Grandinetti et al v. C R Bard Incorporated et al |
| 2:17-cv-03059-DGC | Baldwin et al v. C R Bard Incorporated et al |
| 2:17-cv-03060-DGC | Randle et al v. C R Bard Incorporated et al |
| 2:17-cv-03780-DGC | Schebor et al v. C R Bard Incorporated et al |
| 2:17-cv-03916-DGC | Grogan v. C R Bard Incorporated et al |
| 2:17-cv-03924-DGC | Lafountaine v. C R Bard Incorporated et al |

| | |
|---|---|
| 2:17-cv-03927-DGC | Thompson v. C R Bard Incorporated et al |
| 2:17-cv-03931-DGC | Newton v. C R Bard Incorporated et al |
| 2:17-cv-03949-DGC | Sullivan v. C R Bard Incorporated et al |
| 2:17-cv-03961-DGC | Grimes v. C R Bard Incorporated et al |
| 2:17-cv-03968-DGC | Armstrong v. C R Bard Incorporated et al |
| 2:17-cv-04131-DGC | Polk v. C R Bard Incorporated et al |
| 2:17-cv-04133-DGC | Walker et al v. C R Bard Incorporated et al |
| 2:17-cv-04234-DGC | Graham et al v. C R Bard Incorporated et al |
| 2:17-cv-04616-DGC | Schmidt et al v. C R Bard Incorporated et al |
| 2:17-cv-04617-DGC | Hadley et al v. C R Bard Incorporated et al |
| 2:17-cv-04618-DGC | Crow et al v. C R Bard Incorporated et al |
| 2:17-cv-04619-DGC | Ward v. C R Bard Incorporated et al |
| 2:18-cv-00390-DGC | Hunter v. C R Bard Incorporated et al |
| 2:18-cv-00408-DGC | Howard et al v. C R Bard Incorporated et al |
| 2:18-cv-00409-DGC | Jones et al v. C R Bard Incorporated et al |
| 2:18-cv-00410-DGC | McCallum v. C R Bard Incorporated et al |
| 2:18-cv-00441-DGC | Brown v. C R Bard Incorporated et al |
| 2:18-cv-00464-DGC | Ramsbottom v. C R Bard Incorporated et al |
| 2:18-cv-00468-DGC | Kimble v. C R Bard Incorporated et al |
| 2:18-cv-00469-DGC | Dewick et al v. C R Bard Incorporated et al |
| 2:18-cv-00482-DGC | Williamson et al v. C R Bard Incorporated et al |
| 2:18-cv-00552-DGC | Moreno v. C R Bard Incorporated et al |
| 2:18-cv-00619-DGC | Foley v. C R Bard Incorporated et al |
| 2:18-cv-00624-DGC | Collins et al v. C R Bard Incorporated et al |
| 2:18-cv-00731-DGC | St Clair v. C R Bard Incorporated et al |
| 2:18-cv-00736-DGC | McDonald et al v. C R Bard Incorporated et al |
| 2:18-cv-00751-DGC | Parsley et al v. C R Bard Incorporated et al |
| 2:18-cv-00756-DGC | Madrid v. C R Bard Incorporated et al |
| 2:18-cv-00764-DGC | Bartlett v. C R Bard Incorporated et al |
| 2:18-cv-00826-DGC | Blunck et al v. C R Bard Incorporated et al |
| 2:18-cv-00976-DGC | Monteiro et al v. C R Bard Incorporated et al |
| 2:18-cv-00978-DGC | Salmon v. C R Bard Incorporated et al |
| 2:18-cv-00985-DGC | Dixon v. C R Bard Incorporated et al |
| 2:18-cv-00986-DGC | Riggins v. C R Bard Incorporated et al |
| 2:18-cv-00987-DGC | McGrath et al v. C R Bard Incorporated et al |
| 2:18-cv-01098-DGC | Decker-Edens v. C R Bard Incorporated et al |
| 2:18-cv-01107-DGC | Ogden et al v. C R Bard Incorporated et al |
| 2:18-cv-01224-DGC | Edwards et al v. C R Bard Incorporated et al |
| 2:18-cv-01228-DGC | Cupp v. C R Bard Incorporated et al |
| 2:18-cv-01338-DGC | Powell et al v. C R Bard Incorporated et al |
| 2:18-cv-01364-DGC | McKean v. C R Bard Incorporated et al |
| 2:18-cv-01420-DGC | Collins et al v. C R Bard Incorporated et al |
| 2:18-cv-01421-DGC | Adams v. C R Bard Incorporated et al |
| 2:18-cv-01446-DGC | Murphree v. C R Bard Incorporated et al |
| 2:18-cv-01901-DGC | Linsalata et al v. C R Bard Incorporated et al |
| 2:18-cv-01916-DGC | Lee v. C R Bard Incorporated et al |
| 2:18-cv-01918-DGC | McElroy v. C R Bard Incorporated et al |

| | |
|---|---|
| 2:18-cv-01943-DGC | Jaramillo v. C R Bard Incorporated |
| 2:18-cv-01946-DGC | Rowe et al v. C R Bard Incorporated et al |
| 2:18-cv-02096-DGC | Solar v. C R Bard Incorporated et al |
| 2:18-cv-02097-DGC | Englehardt v. C R Bard Incorporated et al |
| 2:18-cv-02153-DGC | Walker v. C R Bard Incorporated et al |
| 2:18-cv-02174-DGC | Hayes-Johnson v. C R Bard Incorporated et al |
| 2:18-cv-04601-DGC | Freeland v. C R Bard Incorporated et al |
| 2:18-cv-04602-DGC | Dottle et al v. C R Bard Incorporated et al |
| 2:18-cv-04640-DGC | Jackson v. C R Bard Incorporated et al |
| 2:18-cv-04647-DGC | Rodriguez et al v. C R Bard Incorporated et al |
| 2:18-cv-04650-DGC | Lowery v. C R Bard Incorporated et al |
| 2:18-cv-04825-DGC | Evans v. C R Bard Incorporated et al |
| 2:18-cv-04873-DGC | Moffitt v. C R Bard Incorporated et al |
| 2:18-cv-04889-DGC | Davis v. C R Bard Incorporated et al |
| 2:18-cv-04893-DGC | Thomas v. C R Bard Incorporated et al |
| 2:18-cv-04894-DGC | White v. C R Bard Incorporated et al |
| 2:19-cv-00218-DGC | Butler v. C R Bard Incorporated et al |
| 2:19-cv-00293-DGC | Whitfield-Grannison v. C R Bard Incorporated et al |
| 2:19-cv-00792-DGC | Daniels v. C R Bard Incorporated et al |
| 2:19-cv-00795-DGC | Feckner v. C R Bard Incorporated et al |
| 2:19-cv-01141-DGC | Esposito v. C R Bard Incorporated et al |
| 2:19-cv-02096-DGC | Thompson et al v. C R Bard Incorporated et al |
| 2:19-cv-02211-DGC | Kanas v. C R Bard Incorporated et al |
| 2:19-cv-02789-DGC | Burris et al v. C R Bard Incorporated et al |
| 2:19-cv-03084-DGC | Kimble-Hicks v. C R Bard Incorporated et al |
| 2:19-cv-03085-DGC | Bergfield v. C R Bard Incorporated et al |
| 2:19-cv-03245-DGC | Crawford v. C R Bard Incorporated et al |
| 2:19-cv-03246-DGC | Fairbanks v. C R Bard Incorporated et al |
| 2:19-cv-03248-DGC | Roberts v. C R Bard Incorporated et al |
| 2:19-cv-03418-DGC | DeCurtis v. C R Bard Incorporated et al |
| 2:19-cv-04189-DGC | Bailey v. C R Bard Incorporated et al |
| 2:19-cv-04212-DGC | Jensen v. C R Bard Incorporated et al |
| 2:19-cv-04215-DGC | Skillern v. C R Bard Incorporated et al |