# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03078-DGC | Stacy N. Reed | 09/29/2017 |
| 2:18-cv-04494-DGC | Quenon Reed | N/A |
| 2:18-cv-03829-DGC | Nancy L. Reed | N/A |
| 2:18-cv-03795-DGC | Delano Reid | 01/15/2019 |
| 2:18-cv-03899-DGC | John T. Reimard | N/A |
| 2:16-cv-00826-DGC | Rebecca R. Revolinski | 04/01/2016 |
| 2:17-cv-01995-DGC | Jamie Reynolds | 07/10/2017 |
| 2:17-cv-03657-DGC | Robert C. Riddick | 12/06/2017 |
| 2:16-cv-02531-DGC | Tenisha M. Riley | 08/15/2016 |
| 2:17-cv-01996-DGC | Debora E. Ritter | 07/07/2017 |
| 2:17-cv-03731-DGC | Brenda M. Roach | 12/29/2017 |
| 2:18-cv-03277-DGC | Judy L. Roach | 10/23/2018 |
| 2:18-cv-04442-DGC | Dorothy M. Robbins | N/A |
| 2:18-cv-04608-DGC | David A. Robeson | N/A |
| 2:18-cv-03944-DGC | Veronica M. Robinson | N/A |
| 2:19-cv-00582 | Danta M. Robinson | N/A |
| 2:17-cv-03856-DGC | Greg Roddy | 10/30/2017 |
| 2:17-cv-01997-DGC | Donna J. Rodriguez | 07/07/2017 |
| 2:17-cv-03088-DGC | Primativa Rosa | 09/29/2017 |
| 2:18-cv-03934-DGC | Debra A. Rowser | N/A |
| 2:19-cv-01376-DGC | Crystal B. Royal | N/A |
| 2:18-cv-02951-DGC | Julie A. Rubitsky | 09/24/2018 |
| 2:18-cv-03280-DGC | Cecilia A. Ruff | 10/23/2018 |
| 2:18-cv-02734-DGC | Jenetta Runnels | 09/07/2018 |
| 2:18-cv-03281-DGC | Andrew E. Sabb | 10/23/2018 |
| 2:17-cv-03452-DGC | Margaret Sadosky | 11/01/2017 |
| 2:17-cv-02000-DGC | Maria H. Saenz | 07/10/2017 |
| 2:18-cv-03818-DGC | Grant H. Salaam | N/A |
| 2:18-cv-04024-DGC | Ralph A. Sanchez | N/A |
| 2:18-cv-03955-DGC | Gwendolyn B. Sanders-Riley | N/A |
| 2:16-cv-04322-DGC | Janet L. Sanso | 12/29/2016 |
| 2:19-cv-00583 | Chester W. Sapalio | N/A |
| 2:16-cv-04356-DGC | Judy Saunby | 01/10/2017 |
| 2:18-cv-03845-DGC | Michele D. Saylor | N/A |
| 2:18-cv-04489-DGC | Beverly A. Schane | N/A |

| 2:18-cv-04480-DGC | Rhoda Schneid | N/A |
|---|---|---|
| 2:18-cv-03898-DGC | Stephen L. Seftenberg | N/A |
| 2:17-cv-04420-DGC | Janet K. Seibel | 02/07/2018 |
| 2:19-cv-00550 | Patricia A. Seif | N/A |
| 2:18-cv-01277-DGC | Christopher R. Selander | 05/09/2018 |
| 2:18-cv-03972-DGC | Freeda L. Seltzer | N/A |
| 2:18-cv-02672-DGC | Jeannette Sewell | 08/31/2018 |
| 2:18-cv-04408-DGC | David J. Sexton | N/A |
| 2:17-cv-03490-DGC | Wilton H. Seyle | 11/10/2017 |
| 2:17-cv-02001-DGC | Brittni L. Shaw | 07/06/2017 |
| 2:17-cv-03438-DGC | Leslie K. Sheffield | 11/09/2017 |
| 2:18-cv-04409-DGC | Charlotte S. Shelton | N/A |
| 2:17-cv-02002-DGC | Rosanna Shepard | 07/11/2017 |