# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-01038-DGC | Karen Shilling | 04/16/2018 |
| 2:18-cv-03941-DGC | Johnny L. Shirley | N/A |
| 2:17-cv-02003-DGC | Terry L. Shows | 07/11/2017 |
| 2:19-cv-00563 | Angela D. Simmons | N/A |
| 2:18-cv-03923-DGC | James Simmons | N/A |
| 2:18-cv-03828-DGC | Carla J. Simmons | N/A |
| 2:17-cv-03754-DGC | Barbara A. Simon | 11/29/2017 |
| 2:17-cv-02004-DGC | Vera O. Sims | 07/11/2017 |
| 2:17-cv-04397-DGC | Travis B. Sims | 02/05/2018 |
| 2:18-cv-04403-DGC | Natasha D. Sims | N/A |
| 2:18-cv-03785-DGC | Sandra E. Sinclair | N/A |
| 2:16-cv-04168-DGC | Christine M. Sinnermon | 12/12/2016 |
| 2:19-cv-00452 | Anna B. Six | N/A |
| 2:17-cv-02005-DGC | Geremy J. Skeet | 07/07/2017 |
| 2:18-cv-04642-DGC | Scott Slater | 01/16/2019 |
| 2:18-cv-03379-DGC | Thomas C. Slater | 11/02/2018 |
| 2:16-cv-00218-DGC | Joyce A. Smith | 02/17/2016 |
| 2:17-cv-03774-DGC | Mary Smith | 12/06/2017 |
| 2:16-cv-00812-DGC | Jessica Smith | 04/01/2016 |
| 2:17-cv-03442-DGC | Louvenia Smith | 11/01/2017 |
| 2:18-cv-03987-DGC | Tyrone D. Smith | N/A |
| 2:18-cv-03896-DGC | Cassandra L. Smith | N/A |
| 2:18-cv-03895-DGC | Patricia A. Smith | N/A |
| 2:18-cv-03994-PHX-DGC | Earnest L. Smith | N/A |
| 2:19-cv-00492-DGC | Felton L. Smith | N/A |
| 2:19-cv-00584-DGC | Lewis W. Smith | N/A |
| 2:18-cv-03380-DGC | Margaret S. Smith | 11/01/2018 |
| 2:17-cv-03852-DGC | Josephine E. Smith | 12/04/2017 |
| 2:18-cv-03893-DGC | Anne D. Snell | N/A |
| 2:18-cv-03967-DGC | Jerry Snider | N/A |
| 2:18-cv-04618-DGC | Richard Soles | 01/16/2019 |
| 2:16-cv-00229-DGC | Ramiro V. Soliz | 02/17/2016 |
| 2:16-cv-00825-DGC | Danielle Sowinski | 04/01/2016 |
| 2:19-cv-00454 | Timmy H. Soy | N/A |
| 2:18-cv-03946-DGC | Beverly A. Space | N/A |

| | | |
|---|---|---|
| 2:18-cv-04495-DGC | Janet E. Spangler | N/A |
| 2:18-cv-04378-DGC | Paul R. Spano | N/A |
| 2:16-cv-00807-DGC | Douglas Spencer | 04/01/2016 |
| 2:17-cv-03495-DGC | Thomas C. Stacey | 11/10/2017 |
| 2:18-cv-03786-DGC | Linda F. Stafford | N/A |
| 2:18-cv-03819-DGC | Greg W. Stahl | N/A |
| 2:18-cv-04603-DGC | Charles A. Stambaugh | N/A |
| 2:18-cv-03892-DGC | Shawander A. Stancil | N/A |
| 2:17-cv-03480-DGC | Timothy D. Stanley | 11/10/2017 |
| 2:18-cv-02667-DGC | Paul L. Staples | 08/31/2018 |
| 2:17-cv-02009-DGC | Curtis Stevens | 07/06/2017 |
| 2:18-cv-03947-DGC | Jeffery L. Stevenson | N/A |
| 2:17-cv-03514-DGC | Robert L. Stewart | 12/06/2017 |