# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:19-cv-00565 | William Stiehl | N/A |
| 2:18-cv-03969-DGC | M. Tatum Stockmon | N/A |
| 2:19-cv-00455 | Flora Stone | N/A |
| 2:18-cv-04671-DGC | Robert Stover | 01/16/2019 |
| 2:18-cv-03891-DGC | Larry Strauss | N/A |
| 2:16-cv-00823-DGC | Deloris Stroman | 04/04/2016 |
| 2:18-cv-03884-DGC | Grady J. Studdard | N/A |
| 2:18-cv-02068-DGC | Thomas A. Suffield | 07/20/2018 |
| 2:18-cv-03382-DGC | Mary A. Sullivan | 11/01/2018 |
| 2:18-cv-00961-PHX-DCG | Carol N. Surico | 04/12/2018 |
| 2:19-cv-00595 | Frank H. Szala | N/A |
| 2:18-cv-04415-DGC | Gary Talton | N/A |
| 2:17-cv-03090-DGC | Sharon L. Tate | 09/29/2017 |
| 2:18-cv-03385-DGC | Emmanuel D. Tate | 10/30/2018 |
| 2:16-cv-00820-DGC | Arrek P. Taylor | 04/04/2016 |
| 2:19-cv-00668-DGC | Catherine Techau | N/A |
| 2:16-cv-02952-DGC | Roland Terrasas | 09/30/2016 |
| 2:16-cv-00220-DGC | Cindy Terry | 02/17/2016 |
| 2:17-cv-02011-DGC | Howard A. Terry | 07/14/2017 |
| 2:19-cv-00472 | Allen P. Thibodeau | N/A |
| 2:17-cv-00077-DGC | Sheryl L. Thomas | 01/19/2017 |
| 2:17-cv-02012-DGC | Jerome L. Thomas | 07/14/2017 |
| 2:19-cv-00551-DGC | William E. Thomas | N/A |
| 2:18-cv-04604-DGC | Lorraine Thomas | N/A |
| 2:18-cv-03820-DGC | William Eugene Thomas | 01/17/2019 |
| 2:18-cv-03799-DGC | Steven M. Thomas | 01/17/2019 |
| 2:18-cv-03925-DGC | Willie Thomas | N/A |
| 2:17-cv-04412-DGC | Shane A. Thompkins | 02/05/2018 |
| 2:19-cv-00566 | Marlene K. Thompson | N/A |
| 2:18-cv-03888-PHX-DGC | Edwina M. Thompson | N/A |
| 2:16-cv-02565-DGC | Shirley A. Thurman | 08/15/2016 |
| 2:18-cv-04623-DGC | Aretha Toles | N/A |
| 2:18-cv-03992-DGC | Ann M. Torsell | N/A |
| 2:17-cv-03851-DGC | Leslie L. Totten | 05/22/2018 |
| 2:19-cv-00553 | Don R. Trammell | N/A |

| | | |
|---|---|---|
| 2:17-cv-03091-DGC | Antay D. Trigg | 09/25/2017 |
| 2:17-cv-03079-DGC | Janice F. Triplett | 09/28/2017 |
| 2:18-cv-03386-DGC | Tiffany D. Tudor | 11/02/2018 |
| 2:17-cv-04382-DGC | Tanya L. Turner | 02/05/2018 |
| 2:18-cv-03805-DGC | Carlos G. Ubinas | 01/17/2019 |
| 2:19-cv-00597 | Sherrie S. Underwood | N/A |
| 2:18-cv-03949-DGC | Wendell Valentine | N/A |
| 2:18-cv-04491-DGC | Stanley E. Vass | N/A |
| 2:17-cv-04391-DGC | Sabra L. Vaughn | 02/02/2018 |
| 2:17-cv-02014-DGC | Le'Ann M. Vigil | 07/14/2017 |
| 2:16-cv-00153-DGC | Michael Viola | 02/17/2016 |
| 2:18-cv-04482-DGC | Dennis Wagner | N/A |
| 2:17-cv-03513-DGC | Darryl L. Walker | 12/21/2017 |
| 2:19-cv-00585 | Linda S. Walker | N/A |
| 2:18-cv-03830-DGC | Shari M. Walker | N/A |