# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX-DGC |
| Mary W. Edwards,<br>             Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3767-PHX DGC<br><br>**ORDER** |
| Jonathan L. Edwards,<br>             Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-3640-PHX DGC<br><br>**ORDER** |
| Gustavo R. Egizi,<br>             Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3468-PHX DGC<br><br>**ORDER** |
| June Elder,<br>             Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-0325-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Authurine C. Elliott,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3655-PHX DGC<br><br><br>**ORDER** |
| Earl R. Elliott,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-0511-PHX DGC<br><br><br>**ORDER** |
| Ronald D. Ellis,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-3658-PHX DGC<br><br><br>**ORDER** |
| Martha N. Ellsworth,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-2637-PHX DGC<br><br><br>**ORDER** |
| Doyle W. Engle,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-4611-PHX DGC<br><br><br>**ORDER** |
| Kristen A. Eubanks,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3709-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Warren J. Everett,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-3509-PHX DGC<br><br>**ORDER** |
| Shree M. Ezell,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-1756-PHX DGC<br><br>**ORDER** |
| Demetria B. Fails,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-3616-PHX DGC<br><br>**ORDER** |
| Jerel J. Fair,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-3641-PHX DGC<br><br>**ORDER** |
| Martin C. Fannin,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-1757-PHX DGC<br><br>**ORDER** |
| George E. Fantana,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-3510-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David Farris,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-0589-PHX DGC<br><br>**ORDER** |
| Michael Fasano,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-3511-PHX DGC<br><br>**ORDER** |
| Mary L. Faulk,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-0188-PHX DGC<br><br>**ORDER** |
| Susan H. Faust,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-3070-PHX DGC<br><br>**ORDER** |
| Gregory G. Faverio,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-3741-PHX DGC<br><br>**ORDER** |
| April M. Fenrick,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-4166-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dale Ferguson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-0527-PHX DGC<br><br>**ORDER** |
| Michael Fernandez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3083-PHX DGC<br><br>**ORDER** |
| Fernando Fernandez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-3742-PHX DGC<br><br>**ORDER** |
| John P. Ferranti,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3853-PHX DGC<br><br>**ORDER** |
| Donnie E. Ferris,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-3537-PHX DGC<br><br>**ORDER** |
| Mary L. Fey,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-3679-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wilma J. Fields,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-4398-PHX DGC<br><br>**ORDER** |
| John D. Filipowicz,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-3667-PHX DGC<br><br>**ORDER** |
| Martha M. Filmore,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-3630-PHX DGC<br><br>**ORDER** |
| Jefferson Finney,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-4501-PHX DGC<br><br>**ORDER** |
| Thomas Fitzgerald,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-0442-PHX DGC<br><br>**ORDER** |
| Michele M. Flauraud,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-1355-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Levie Fleming,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-0483-PHX DGC<br><br>**ORDER** |
| Max A. Fleming,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3649-PHX DGC<br><br>**ORDER** |
| Sherdena Flipping,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-4439-PHX DGC<br><br>**ORDER** |
| Joshua L. Flowers,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-4613-PHX DGC<br><br>**ORDER** |
| William D. Floyd,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-3547-PHX DGC<br><br>**ORDER** |
| Mary K. Foland,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-3512-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Otilia E. Fonseca,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-0514-PHX DGC<br><br>**ORDER** |
| Jacqueline F. Foote,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-3764-PHX DGC<br><br>**ORDER** |
| Thomas Fortener,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-0283-PHX DGC<br><br>**ORDER** |
| Sharon A. Foster,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-3411-PHX DGC<br><br>**ORDER** |
| James E. Foster,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-3514-PHX DGC<br><br>**ORDER** |
| David Foster,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-3513-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Raymond C.G. Fox,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-3770-PHX DGC<br><br>**ORDER** |
| Adrea Fraley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-1863-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20645.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20645) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 22nd day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge