# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Kathleen Frame,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-0227-PHX DGC<br><br>**ORDER** |
| Katherine S. Francis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-4437-PHX DGC<br><br>**ORDER** |
| Robert W. Frank,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-0635-PHX DGC<br><br>**ORDER** |
| David A. Frank,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-0559-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Norma Frederick,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0484-PHX DGC<br><br>**ORDER** |
| Lisa A. Freese,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3697-PHX DGC<br><br>**ORDER** |
| Steven M. French,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-1865-PHX DGC<br><br>**ORDER** |
| Sarah J. French,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0516-PHX DGC<br><br>**ORDER** |
| Freda M. Fuller,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-1020-PHX DGC<br><br>**ORDER** |
| Lou S. Fulton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-3489-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Elizabeth A. Fultz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3515-PHX DGC<br><br>**ORDER** |
| Veronica L. Gabert,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3516-PHX DGC<br><br>**ORDER** |
| David J. Gagner,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0636-PHX DGC<br><br>**ORDER** |
| Robert Galan,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-2583-PHX DGC<br><br>**ORDER** |
| Thomas A. Galiger,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3517-PHX DGC<br><br>**ORDER** |
| Richard M. Galitz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-4419-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tracy L. Galloway,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-4648-PHX DGC<br><br>**ORDER** |
| Cheryl L. Gardon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-0485-PHX DGC<br><br>**ORDER** |
| Margaret J. Garland,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-1866-PHX DGC<br><br>**ORDER** |
| Renee L. Garman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3708-PHX DGC<br><br>**ORDER** |
| Thomas G. Garner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-3702-PHX DGC<br><br>**ORDER** |
| Floyd Garr,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3518-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James E. Garrett,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3765-PHX DGC<br><br>**ORDER** |
| Debra K. Garrett,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-0639-PHX DGC<br><br>**ORDER** |
| Jasmine M. Garrett,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-0324-PHX DGC<br><br>**ORDER** |
| Dorothy M. Garski,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3648-PHX DGC<br><br>**ORDER** |
| Deborah Gates,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3442-PHX DGC<br><br>**ORDER** |
| Fredrick J. Gaylord,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3631-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sotiria Genduso,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-0591-PHX DGC<br><br>**ORDER** |
| Loretta R. Geter,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-0451-PHX DGC<br><br>**ORDER** |
| Tom Giles,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-3517-PHX DGC<br><br>**ORDER** |
| Juan R. Gill,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-4400-PHX DGC<br><br>**ORDER** |
| Pamela S. Goldstein,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-3443-PHX DGC<br><br>**ORDER** |
| Christine M. Golec,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-1867-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James L. Gomez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0486-PHX DGC<br><br>**ORDER** |
| Eva C. Gonzalez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-0928-PHX-DGC<br><br>**ORDER** |
| Carolyn S. Goodin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3444-PHX DGC<br><br>**ORDER** |
| Jill L. Goodwin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3686-PHX DGC<br><br>**ORDER** |
| Robert L. Goodwin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-4453-PHX DGC<br><br>**ORDER** |
| Barbara A. Gordon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0487-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Doretha Gordon,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-0572-PHX DGC<br><br>**ORDER** |
| Lishus R. Gore,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-0223-PHX DGC<br><br>**ORDER** |
| Ethel M. Goss,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-0520-PHX DGC<br><br>**ORDER** |
| Dashawn Goudy,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-4414-PHX DGC<br><br>**ORDER** |
| Lisa D. Gould,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3653-PHX DGC<br><br>**ORDER** |
| Danny L. Grace,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-3709-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tomena C. Grant,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-0640-PHX DGC<br><br>**ORDER** |
| Jullian I. Grante,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-3644-PHX DGC<br><br>**ORDER** |
| Cheryl A. Gray,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-3502-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20646.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20646) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 22nd day of October, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge