**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Lamont Hennix,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-3478-PHX DGC<br><br>**ORDER** |
| Michael L. Henry,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-1934-PHX DGC<br><br>**ORDER** |
| Sandra Henson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-1935-PHX DGC<br><br>**ORDER** |
| Harry C. Hildebrand,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-3683-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael L. Hill,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3755-PHX DGC<br><br>**ORDER** |
| Pamela D. Hill,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3479-PHX DGC<br><br>**ORDER** |
| Francina Hills,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0644-PHX DGC<br><br>**ORDER** |
| Terry L. Hinkle,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-4404-PHX DGC<br><br>**ORDER** |
| John Hinzy,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-4577-PHX DGC<br><br>**ORDER** |
| Daniel W. Hodge,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-0232-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeremy Hoffman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-3660-PHX DGC<br><br>**ORDER** |
| Joan M. Hoffmann,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-0808-PHX DGC<br><br>**ORDER** |
| Jimmy W. Hogan,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-3642-PHX DGC<br><br>**ORDER** |
| Rhonda M. Holder,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-3482-PHX DGC<br><br>**ORDER** |
| Stephanie W. Holley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-0469-PHX DGC<br><br>**ORDER** |
| Felicia V. Holliman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-3483-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Raymond J. Holloman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3425-PHX DGC<br><br>**ORDER** |
| Amanda D. Holloway,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3697-PHX DGC<br><br>**ORDER** |
| Yvonne V. Holmes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-4394-PHX DGC<br><br>**ORDER** |
| Dewey A. Hooper,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3484-PHX DGC<br><br>**ORDER** |
| Wilma M. Hoover,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-0538-PHX DGC<br><br>**ORDER** |
| Robert H. Horn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3733-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frederick A. Horowitz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-3711-PHX DGC<br><br>**ORDER** |
| Roger L. Houck,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-4579-PHX DGC<br><br>**ORDER** |
| Larry R. Houston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-3528-PHX DGC<br><br>**ORDER** |
| Edward Houston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-0524-PHX DGC<br><br>**ORDER** |
| Lois Y. Howell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-4388-PHX DGC<br><br>**ORDER** |
| Samantha L. Howell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-2291-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sharon L. Hubbard,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-2441-PHX DGC<br><br>**ORDER** |
| Daniel L. Huddleston,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-1937-PHX DGC<br><br>**ORDER** |
| Barbara Hudson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3485-PHX DGC<br><br>**ORDER** |
| Heidi M. Huff,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-4492-PHX DGC<br><br>**ORDER** |
| William D. Huffman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3680-PHX DGC<br><br>**ORDER** |
| Roger Hugg,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3489-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Billy R. Hughes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3505-PHX DGC<br><br>**ORDER** |
| Howard C. Hull,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-3490-PHX DGC<br><br>**ORDER** |
| Val J. Hull,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-1017-PHX DGC<br><br>**ORDER** |
| Ellen S. Hunter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3393-PHX DGC<br><br>**ORDER** |
| Cassie L. Hutchens,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-0810-PHX DGC<br><br>**ORDER** |
| Richard L. Hutchinson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3482-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Diane Israel,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3632-PHX DGC<br><br>**ORDER** |
| Woodrow W. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-0574-PHX DGC<br><br>**ORDER** |
| Leon Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3617-PHX DGC<br><br>**ORDER** |
| Ruby Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-0326-PHX DGC<br><br>**ORDER** |
| Calvin Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3612-PHX DGC<br><br>**ORDER** |
| Harry Jakobs,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-3712-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Janet K. James,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-3708-PHX DGC<br><br>**ORDER** |
| Toni L. Jefferson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-2520-PHX DGC<br><br>**ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20657.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20657) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 22nd day of October, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge