# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-04018-DGC | Jeffrey A. Ward | N/A |
| 2:19-cv-00457 | Diane Washington | N/A |
| 2:18-cv-04383-DGC | Candy F. Washington | N/A |
| 2:18-cv-03881-DGC | Loretta J. Washington | N/A |
| 2:18-cv-04419-DGC | Garrett H. Watkins | N/A |
| 2:18-cv-03957-DGC | Jennifer L. Watkins | N/A |
| 2:17-cv-04362-DGC | Sandra M. Watson | 02/02/2018 |
| 2:17-cv-04343-DGC | Judith A. Watson | 02/07/2018 |
| 2:17-cv-02770-DGC | George W. Watts | 09/12/2017 |
| 2:18-cv-03958-DGC | Grady B. Weathers | N/A |
| 2:17-cv-04341-DGC | Lillian E. Weaver | 02/01/2018 |
| 2:19-cv-00458 | Esther E. Weaver | N/A |
| 2:16-cv-00197-DGC | Russell J. Webster | 02/17/2016 |
| 2:17-cv-03467-DGC | Robert J. Weiner | 11/10/2017 |
| 2:19-cv-00599 | Rebecca Weitkamp | N/A |
| 2:17-cv-03737-DGC | Gregory A. Weivoda | 12/01/2017 |
| 2:19-cv-00473 | James L. Wentland | N/A |
| 2:19-cv-00394 | Marianne Wermter | 02/20/2019 |
| 2:18-cv-04645-DGC | Margaret J. Werner | 01/17/2019 |
| 2:18-cv-00327-DGC | Floyd Westfall | 04/13/2018 |
| 2:17-cv-04345-DGC | Juanita D. Weston | 02/07/2018 |
| 2:16-cv-00194-DGC | Rhonda V. White | 02/17/2016 |
| 2:17-cv-03645-DGC | Joann White | 12/04/2017 |
| 2:18-cv-04483-DGC | Monica M. White | N/A |
| 2:17-cv-03551-DGC | Henry J. Whittaker | 12/01/2017 |
| 2:18-cv-04452-DGC | Kristen Wilburn | N/A |
| 2:19-cv-00460 | Stephen D. Wilcox | N/A |
| 2:17-cv-03504-DGC | Henry L. Wilkerson | 11/08/2017 |
| 2:17-cv-01545-PHX-DCG | Frances J. Wilkinson | 05/30/2017 |
| 2:17-cv-03483-DGC | Anne Will | 10/27/2017 |
| 2:17-cv-03515-DGC | Virginia L. Williams | 12/06/217 |
| 2:18-cv-04411-DGC | Clarissa Williams | N/A |
| 2:18-cv-03939-DGC | Donald W. Williams | N/A |
| 2:17-cv-04381-DGC | Kay F. Williams | 02/07/2018 |
| 2:18-cv-03942-DGC | Brian A. Williams | N/A |

| | | |
|---|---|---|
| 2:17-cv-03403-DGC | Ruthell Williams | 11/02/2017 |
| 2:18-cv-03824-DGC | Charles R. Williams | 01/15/2019 |
| 2:18-cv-03959-DGC | Virginia Williams | N/A |
| 2:19-cv-00671 | Daniel Williams | N/A |
| 2:17-cv-03759-DGC | Marcus Willis | 12/06/2017 |
| 2:18-cv-04444-DGC | Gregg L. Wills | N/A |
| 2:17-cv-03726-DGC | Wanda M. Wilson | 12/06/2017 |
| 2:18-cv-03993-DGC | Vicky M. Wilson | N/A |
| 2:18-cv-03960-DGC | Robert Wilson | N/A |
| 2:19-cv-00604 | Kevin T. Wilson | N/A |
| 2:18-cv-04646-DGC | Gary D. Wilson | 01/18/2019 |
| 2:18-cv-04649-DGC | Geraldine E. Wilson | 01/18/2019 |
| 2:17-cv-03501-DGC | Michael A. Wilson | 11/09/2017 |
| 2:19-cv-00461 | Scott Wingate | N/A |
| 2:17-cv-03544-DGC | Stephanie Winnegan | 12/06/2017 |