# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-04605-DGC | Raymond Winters | N/A |
| 2:17-cv-04385-DGC | Kenneth Wise | 02/07/2018 |
| 2:17-cv-02017-DGC | Rebecca Wixon-Stoyer | 07/17/2017 |
| 2:17-cv-04396-DGC | Judith M. Woodall | 02/07/2018 |
| 2:17-cv-03417-DGC | Tamiko N. Woodland | 11/03/2017 |
| 2:18-cv-04431-DGC | Joyce E. Woods | N/A |
| 2:17-cv-03401-DGC | Freddie L. Woods | 10/30/2017 |
| 2:18-cv-04017-DGC | George E. Worth | N/A |
| 2:18-cv-03989-DGC | Bettie R. Wray | N/A |
| 2:19-cv-00476-PHX-DGC | Jack D. Wrey | N/A |
| 2:18-cv-04620-DGC | Larry S. Wright | 01/18/2019 |
| 2:17-cv-03530-DGC | Rosetta J. Wright | 12/06/2017 |
| 2:17-cv-03474-DGC | Eileen R. Yager | 11/07/2017 |
| 2:18-cv-03821-DGC | David M. Yannizzi | 01/14/2019 |
| 2:17-cv-03082-DGC | Jason Zinn | 09/28/2017 |
| 2:17-cv-02026-DGC | Gerald L. Zitofsky | 07/14/2017 |
| 2:18-cv-04412-DGC | William E. Zorn | N/A |
| 2:18-cv-03560-DGC | Robert Baird (Kathleen Baird, personal rep) | 12/14/2018 |
| 2:19-cv-00684-DGC | Lillian Baulkmon (Mary Reynolds, POA) | N/A |
| 2:18-cv-04357-DGC | Antionette Blanke | N/A |
| 2:16-cv-04191-DGC | Stephen Blohm (Elaine Blohm, personal rep) | 12/08/2016 |
| 2:16-cv-01607-DGC | Robert Breitschuh (Diana Breitschuh, admin of estate) | 06/16/2016 |
| 2:19-cv-00436 | Leonard Cherry (Rose Cherry, personal rep) | N/A |
| 2:17-cv-03646-DGC | Faron T. Demarrias Schaunaman Demarrias (Lisa Schaunaman, personal rep) | 12/01/2017 |
| 2:16-cv-02516-DGC | Oliver L. Exley (Esther Exley, personal rep) | 08/12/2016 |
| 2:18-cv-03685-DGC | Jennis F. Fraley (Scelesta Fraley, personal rep) | N/A |

| 2:17-cv-00877-DGC | Pasquale J. Fucci (Antoinette Fucci, personal rep) | 03/31/2017 |
| --- | --- | --- |
| 2:17-cv-02742-DGC | Sally R. Harris (Malcolm Harris, admin of estate) | 08/18/2017 |
| 2:17-cv-03459-DGC | Mary D. Howard | 11/09/2017 |
| 2:17-cv-03638-DGC | William A. Jones | 12/06/2017 |
| 2:17-cv-00535-DGC | Mary H. LaPoint (Rhonda Johnson, personal rep) | 03/21/2017 |
| 2:18-cv-03762-DGC | Marion J. Majcher (Lynne Loback, personal rep) | N/A |
| 2:17-cv-01419-PHX-DGC | Herman McGadney (Sandra McGadney) | 05/30/2017 |