## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03578-DGC | Aton M. Moore (Tammy Moore, Rep) | N/A |
| 2:18-cv-03763-DGC | Linda W. Morning (Elks) | 12/20/2018 |
| 2:18-cv-03857-DGC | William P. Morreau | N/A |
| 2:18-cv-03858-DGC | Timothy C. Morris | N/A |
| 2:18-cv-03859-DGC | Donald R. Neal | N/A |
| 2:16-cv-04194-DGC | Walter G. Oakes (Bonnie Oakes, Rep) | 01/06/2017 |
| 2:18-cv-03861-DGC | Darrell E. Parsons | N/A |
| 2:18-cv-03862-DGC | Gertrude B. Petit | N/A |
| 2:18-cv-03816-DGC | Mario D. Pittman (Keoasha Cunningham, Rep) | 01/15/2019 |
| 2:17-cv-04399-DGC | Pamela K. Robinson | 02/01/2018 |
| 2:18-cv-03854-DGC | Frank Silecchia | N/A |
| 2:17-cv-02007-DGC | Kathie M. Smith | 07/10/2017 |
| 2:18-cv-03809-DGC | Iris Weigert (Vicky Wiegret, Rep) | 01/17/2019 |
| 2:18-cv-03810-DGC | Robert Weiss | 01/17/2019 |
| 2:19-cv-00474-DGC | Lue C. Whitaker (La Vera Robbins, Rep) | N/A |
| 2:18-cv-03811-DGC | Neva J. Wininger | 01/18/2019 |
| 2:18-cv-03843-DGC | Charlene M. Wolfe | N/A |
| 2:16-cv-00821-DGC | John M. Wood | 04/04/2016 |
| 2:18-cv-03812-DGC | Robert F. Wood | 01/18/2019 |
| 2:17-cv-01501-PHX-DGC | Leon Decker (Constance Pelley, Guardian) | 05/23/2017 |
| 2:17-cv-03410-DGC | Jay Lance | 10/30/2017 |
| 2:17-cv-04534-DGC | Marvin Livesay | 12/28/2017 |
| 2:18-cv-03759-DGC | Doris M. Matthews | N/A |
| 2:18-cv-04502-DGC | Stanford Matthews | N/A |
| 2:17-cv-04347-DGC | Vincent R. Matthews | 02/05/2018 |
| 2:18-cv-03814-DGC | Jonathan McGregor | N/A |
| 2:17-cv-04399-DGC | Pamela K. Robinson | 02/01/2018 |