# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:19-cv-00528 | Edward J. Jenkins | N/A |
| 2:17-cv-03496-DGC | Chad Jenkins | 11/06/2017 |
| 2:18-cv-03769-DGC | Patrick Jenkinson | N/A |
| 2:18-cv-03634-DGC | John Jett | N/A |
| 2:17-cv-03699-DGC | Linda A. Johns-Carr | 12/06/2017 |
| 2:17-cv-03085-DGC | Gregory W. Johnson | 09/27/2017 |
| 2:18-cv-04443-DGC | Ronald Johnson | N/A |
| 2:19-cv-00530 | Joann B. Johnson | N/A |
| 2:17-cv-03728-DGC | William Johnson | 12/06/2017 |
| 2:17-cv-01939-DGC | Leonard Johnson | 06/30/2017 |
| 2:17-cv-03500-DGC | Irma Johnson | 11/08/2017 |
| 2:17-cv-03073-DGC | Donna E. Johnson | 09/25/2017 |
| 2:17-cv-03404-DGC | Donald Johnson | 10/27/2017 |
| 2:18-cv-03713-DGC | Raye A. Johnson | N/A |
| 2:17-cv-04402-DGC | Jennifer L. Johnson | 02/07/2018 |
| 2:17-cv-00478-DGC | Holly D. Johnson | 02/22/2017 |
| 2:18-cv-04438-DGC | Geraldine Johnson-Davis | N/A |
| 2:17-cv-03654-DGC | Wilma D. Johnson-Yancy | 12/06/2017 |
| 2:16-cv-00817-DGC | Devin C. Jones | 03/31/2016 |
| 2:17-cv-03641-DGC | Kanitha R. Jones | 12/06/217 |
| 2:16-cv-00211-DGC | William T. Jones | 02/15/2016 |
| 2:16-cv-04195-DGC | Anita J. Jones | 12/09/2016 |
| 2:17-cv-04424-DGC | William D. Jones | 02/05/2018 |
| 2:17-cv-03720-DGC | Eddie L. Jones | 12/01/2017 |
| 2:17-cv-03765-DGC | Michael L. Jones | 12/05/2017 |
| 2:18-cv-03690-DGC | Arlene Jones | N/A |
| 2:19-cv-00445-DGC | Richard Jones | N/A |
| 2:19-cv-00444-DGC | Beverly V. Jones | N/A |
| 2:18-cv-03256-DGC | Nathaniel L. Jones | 11/06/2018 |
| 2:19-cv-00575-DGC | Mabel Jones | N/A |
| 2:16-cv-00818-DGC | Cedric Justice | 03/31/2016 |
| 2:16-cv-00190-DGC | Deborah A. Kaiser | 02/15/2016 |
| 2:17-cv-03658-DGC | Debra A. Kane | 11/30/2017 |
| 2:17-cv-03693-DGC | Carl F. Karboski | 11/30/2017 |
| 2:17-cv-01940-DGC | Linda K. Karst | 06/30/2017 |

| | | |
|---|---|---|
| 2:18-cv-03681-DGC | Walter W. Keene | N/A |
| 2:18-cv-03719-DGC | Lou Ann Kehl | N/A |
| 2:17-cv-03527-DGC | Kenneth E. Keith | 11/08/2017 |
| 2:18-cv-04427-DGC | Betty L. Keller | N/A |
| 2:18-cv-03671-DGC | Janet A. Kelly | N/A |
| 2:17-cv-01904-DGC | Mary T. Kemp | 6/30/2017 |
| 2:19-cv-00535 | Dale Kendall | N/A |
| 2:19-cv-00447 | Kevin L. Kennedy | N/A |
| 2:17-cv-03481-DGC | Charles C. Kenzie | 10/27/2017 |
| 2:19-cv-00645 | Patricia Keys | N/A |
| 2:17-cv-03493-DGC | David Kidd | N/A |
| 2:19-cv-00543 | Robert Kilgore | N/A |
| 2:19-cv-00539 | Kathryn Kindelan | N/A |
| 2:18-cv-02780-PHX-DGC | Shirley G. King | 09/20/2018 |