# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:19-cv-00541 | Cora C. Lovelace | N/A |
| 2:18-cv-03767-DGC | Tina Lowery | N/A |
| 2:16-cv-00802-DGC | Amanda K. Lucas | 04/01/2016 |
| 2:19-cv-01556-DGC | Melissa B. Lucka | 03/28/2019 |
| 2:17-cv-01962-DGC | Richard A. Lumley | 07/03/2017 |
| 2:17-cv-01963-DGC | Krista Lynes | 06/30/2017 |
| 2:18-cv-03643-DGC | Beverly L. Lytton | N/A |
| 2:18-cv-02783-DGC | Heather MacQueen | 09/19/2018 |
| 2:16-cv-02496-DGC | Charles E. Madison | 08/10/2016 |
| 2:17-cv-01964-DGC | Lillie Magee | 06/30/2017 |
| 2:18-cv-03654-DGC | Cynthia I. Mahoney | N/A |
| 2:17-cv-03696-DGC | Terry J. Mahoney | 12/06/2017 |
| 2:17-cv-04340-DGC | Peter D. Mallahan | 02/01/2018 |
| 2:19-cv-00448 | Natalie J. Manning | N/A |
| 2:17-cv-03494-DGC | Bonita K. Maravich | 11/06/2017 |
| 2:18-cv-04474-DGC | Sharon A. Marks | N/A |
| 2:18-cv-03650-DGC | John M. Markworth | N/A |
| 2:17-cv-03476-DGC | Larry L. Marling | 11/01/2017 |
| 2:18-cv-03669-DGC | Tammy Marotske | N/A |
| 2:17-cv-03523-DGC | Tracy Marshall | 11/10/2017 |
| 2:17-cv-03076-DGC | Patrick Martin | 9/29/2017 |
| 2:18-cv-01817-DGC | Charles Martin III | 07/25/2018 |
| 2:18-cv-03651-DGC | Ricky Martin | N/A |
| 2:17-cv-03543-DGC | Gloria J. Martin | 11/07/2017 |
| 2:18-cv-03703-DGC | Florence Martin | N/A |
| 2:18-cv-03726-DGC | Laurie A. Martin | N/A |
| 2:19-cv-00542-PHX-DGC | Luke A. Martin | N/A |
| 2:18-cv-04381-DGC | Laura Martin | N/A |
| 2:17-cv-04395-DGC | Jeremy Martineau | 02/07/2018 |
| 2:19-cv-00491 | Deborah J. Martinez | N/A |
| 2:17-cv-04413-DGC | Alejandro L. Martinez | 02/06/2018 |
| 2:18-cv-03727-DGC | Frank R. Masto | N/A |
| 2:17-cv-01966-DGC | Vicki A. Mavis | 07/03/2017 |
| 2:18-cv-01090-DGC | Alma J. McCartey | 04/12/2018 |
| 2:19-cv-00647 | James B. McCoy | N/A |

| | | |
|---|---|---|
| 2:18-cv-04607-DGC | Alexander McCrea | N/A |
| 2:18-cv-03638-DGC | Karl L. McCullough | N/A |
| 2:18-cv-03789-DGC | Charles A. McCurdy | N/A |
| 2:17-cv-03516-DGC | Mashell McDaniel-Meeks | 11/09/2017 |
| 2:19-cv-00545 | Gregory L. McDonald | N/A |
| 2:17-cv-03855-DGC | David McEachin | 10/27/2017 |
| 2:16-cv-00806-DGC | Lisa D. McFalls | 04/01/2016 |
| 2:17-cv-03771-DGC | Alphonzo A. McFarland | 11/29/2017 |
| 2:18-cv-03791-DGC | Michelle McGee | N/A |
| 2:17-cv-03485-DGC | Douglas A. McGhie | 11/07/2017 |