AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Mark Atkins ) | |
| *Plaintiff* ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. ) | |
| C.R. Bard, et al. ) | Pertains to Case No. 2:18-cv-00279 |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mark Atkins             .

Date:  10/25/2019                    /s/ Wendy R. Fleishman
                                       *Attorney's signature*

                                    Wendy R. Fleishman, 6210554
                                    *Printed name and bar number*

                                    Lieff Cabraser Heimann & Bernstein LLP
                                    250 Hudson Street, 8th Floor
                                    New York, NY 10013-1413
                                       *Address*

                                    wfleishman@lchb.com
                                       *E-mail address*

                                    (212) 355-9500
                                       *Telephone number*

                                    (212) 355-9592
                                       *FAX number*