AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Julie Borck ) | |
| *Plaintiff* ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. ) | |
| C.R. Bard, et al. ) | Pertains to Case No. 2:16-cv-01295 |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Julie Borck    .

Date:  10/25/2019

/s/ Wendy R. Fleishman
*Attorney's signature*

Wendy R. Fleishman, 6210554
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413

*Address*

wfleishman@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*