AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| John Gonzales *Plaintiff* ) <br> v. ) <br> C.R. Bard, et al. *Defendant* ) | **Bard IVC Filters Litigation; 2:15-md-02641** <br> Pertains to Case No. 2:17-cv-04632 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, John Gonzales.

Date: 10/25/2019

/s/ Wendy R. Fleishman
*Attorney's signature*

Wendy R. Fleishman, 6210554
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
*Address*

wfleishman@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*