AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| LaRonda  Kelley | ) | |
| *Plaintiff* | ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. | ) | |
| C.R. Bard, et al. | ) | Pertains to Case No.  2:17-cv-00698 |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff,    LaRonda  Kelley                                                                          .

Date:      10/25/2019                                      /s/ Wendy R. Fleishman
                                                                        *Attorney's signature*

                                                                 Wendy R. Fleishman, 6210554
                                                                     *Printed name and bar number*

                                                            Lieff Cabraser Heimann & Bernstein LLP
                                                                         250 Hudson Street, 8th Floor
                                                                          New York, NY  10013-1413

                                                                                *Address*

                                                                        wfleishman@lchb.com
                                                                            *E-mail address*

                                                                          (212) 355-9500
                                                                          *Telephone number*

                                                                          (212) 355-9592
                                                                            *FAX number*