AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Winford Kelly ) | |
| *Plaintiff* ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. ) | |
| C.R. Bard, et al. ) | Pertains to Case No. 2:17-cv-02246 |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Winford Kelly                                  .

Date:   10/25/2019                   /s/ Wendy R. Fleishman
                                         *Attorney's signature*

                                         Wendy R. Fleishman, 6210554
                                         *Printed name and bar number*

                                         Lieff Cabraser Heimann & Bernstein LLP
                                         250 Hudson Street, 8th Floor
                                         New York, NY  10013-1413
                                         *Address*

                                         wfleishman@lchb.com
                                         *E-mail address*

                                         (212) 355-9500
                                         *Telephone number*

                                         (212) 355-9592
                                         *FAX number*