AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Jeromna Press ) <br> *Plaintiff* ) <br> v. ) <br> C.R. Bard, et al. ) <br> *Defendant* ) | **Bard IVC Filters Litigation; 2:15-md-02641** <br><br> Pertains to Case No. 2:18-cv-02370 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jeromna Press                .

Date:    10/25/2019            /s/ Wendy R. Fleishman
                                *Attorney's signature*

                        Wendy R. Fleishman, 6210554
                        *Printed name and bar number*

                        Lieff Cabraser Heimann & Bernstein LLP
                        250 Hudson Street, 8th Floor
                        New York, NY  10013-1413
                        *Address*

                        wfleishman@lchb.com
                        *E-mail address*

                        (212) 355-9500
                        *Telephone number*

                        (212) 355-9592
                        *FAX number*