AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| David Thompson | ) | |
|---|---|---|
| *Plaintiff* | ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. | ) | |
| C.R. Bard, et al. | ) | Pertains to Case No. 2:17-cv-00697 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff,   David Thompson                                               .

Date:   10/25/2019                                 /s/ Wendy R. Fleishman
                                                          *Attorney's signature*

                                              Wendy R. Fleishman, 6210554
                                              *Printed name and bar number*

                                              Lieff Cabraser Heimann & Bernstein LLP
                                              250 Hudson Street, 8th Floor
                                              New York, NY  10013-1413
                                                          *Address*

                                              wfleishman@lchb.com
                                                          *E-mail address*

                                              (212) 355-9500
                                                          *Telephone number*

                                              (212) 355-9592
                                                          *FAX number*