AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Ramona Werst | ) | |
| *Plaintiff* | ) | **Bard IVC Filters Litigation; 2:15-md-02641** |
| v. | ) | |
| C.R. Bard, et al. | ) | Pertains to Case No. 2:16-cv-01301 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Ramona Werst                                                                        .

Date:   10/25/2019                                        /s/ Wendy R. Fleishman
                                                                *Attorney's signature*

                                                      Wendy R. Fleishman, 6210554
                                                       *Printed name and bar number*

                                                Lieff Cabraser Heimann & Bernstein LLP
                                                     250 Hudson Street, 8th Floor
                                                       New York, NY  10013-1413
                                                                  *Address*

                                                         wfleishman@lchb.com
                                                              *E-mail address*

                                                               (212) 355-9500
                                                             *Telephone number*

                                                               (212) 355-9592
                                                                *FAX number*