# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Edward J. Jenkins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00528 PHX DGC<br><br>**ORDER** |
| Chad Jenkins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03496-PHX DGC<br><br>**ORDER** |
| Patrick Jenkinson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03769-PHX DGC<br><br>**ORDER** |
| John Jett,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03634-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda A. Johns-Carr,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03699-PHX DGC<br><br>**ORDER** |
| Gregory W. Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03085-PHX DGC<br><br>**ORDER** |
| Ronald Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04443-PHX DGC<br><br>**ORDER** |
| Joann B. Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00530-PHX DGC<br><br>**ORDER** |
| William Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03728-PHX DGC<br><br>**ORDER** |
| Leonard Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01939-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Irma Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03500-PHX DGC<br><br>**ORDER** |
| Donna E. Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03073-PHX DGC<br><br>**ORDER** |
| Donald Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03404-PHX DGC<br><br>**ORDER** |
| Raye A. Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03713-PHX DGC<br><br>**ORDER** |
| Jennifer L. Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04402-PHX DGC<br><br>**ORDER** |
| Holly D. Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-00478-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Geraldine Johnson-Davis,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04438-PHX DGC<br><br>**ORDER** |
| Wilma D. Johnson-Yancy,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03654-PHX DGC<br><br>**ORDER** |
| Devin C. Jones,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-00817-PHX DGC<br><br>**ORDER** |
| Kanitha R. Jones,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03641-PHX DGC<br><br>**ORDER** |
| William T. Jones,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-00211-PHX DGC<br><br>**ORDER** |
| Anita J. Jones,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04195-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William D. Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04424-PHX DGC<br><br>**ORDER** |
| Eddie L. Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03720-PHX DGC<br><br>**ORDER** |
| Michael L. Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03765-PHX DGC<br><br>**ORDER** |
| Arlene Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03690-PHX DGC<br><br>**ORDER** |
| Richard Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00445-PHX DGC<br><br>**ORDER** |
| Beverly V. Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00444-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nathaniel L. Jones,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03256-PHX DGC<br><br>**ORDER** |
| Mabel Jones,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00575-PHX DGC<br><br>**ORDER** |
| Cedric Justice,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00818-PHX DGC<br><br>**ORDER** |
| Deborah A. Kaiser,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00190-PHX DGC<br><br>**ORDER** |
| Debra A. Kane,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03658-PHX DGC<br><br>**ORDER** |
| Carl F. Karboski,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03693-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda K. Karst,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01940-PHX DGC<br><br>**ORDER** |
| Walter W. Keene,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03681-PHX DGC<br><br>**ORDER** |
| Lou Ann Kehl,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03719-PHX DGC<br><br>**ORDER** |
| Kenneth E. Keith,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03527-PHX DGC<br><br>**ORDER** |
| Betty L. Keller,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04427-PHX DGC<br><br>**ORDER** |
| Janet A. Kelly,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03671-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary T. Kemp,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01904-PHX DGC<br><br>**ORDER** |
| Dale Kendall,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00535 PHX DGC<br><br>**ORDER** |
| Kevin L. Kennedy,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00447 PHX DGC<br><br>**ORDER** |
| Charles C. Kenzie,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03481-PHX DGC<br><br>**ORDER** |
| Patricia Keys,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00645 PHX DGC<br><br>**ORDER** |
| David Kidd,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03493-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary T. Kemp,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01904-PHX DGC<br><br>**ORDER** |
| Dale Kendall,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00535 PHX DGC<br><br>**ORDER** |
| Kevin L. Kennedy,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00447 PHX DGC<br><br>**ORDER** |
| Charles C. Kenzie,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03481-PHX DGC<br><br>**ORDER** |
| Patricia Keys,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00645 PHX DGC<br><br>**ORDER** |
| David Kidd,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03493-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Kilgore,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00543 PHX DGC<br><br>**ORDER** |
| Kathryn Kindelan,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00539 PHX DGC<br><br>**ORDER** |
| Shirley G. King,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02780-PHX-DGC<br><br>**ORDER** |

The Court has considered the Second Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20685.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the second amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20685) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

David G. Campbell
Senior United States District Judge