# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Susan King,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-01956-PHX DGC<br><br>**ORDER** |
| Mary J. King,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03434-PHX DGC<br><br>**ORDER** |
| Sharon J. King,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04376-PHX DGC<br><br>**ORDER** |
| Theodore Kirkland,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-02126-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| David A. Kissinger,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03074-PHX DGC<br><br>**ORDER** |
| Jonathan Kline,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01957-PHX DGC<br><br>**ORDER** |
| Marie O. Kolpakowski,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02953-PHX DGC<br><br>**ORDER** |
| Susan C. Konkel,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03539-PHX DGC<br><br>**ORDER** |
| James D. Kouns,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00205-PHX DGC<br><br>**ORDER** |
| Lucille A. Kowalczyk,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00231-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Greg J. Kramer,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03478-PHX DGC<br><br>**ORDER** |
| James D. Kreger,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01958-PHX DGC<br><br>**ORDER** |
| Christopher Kuhns,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04580-PHX DGC<br><br>**ORDER** |
| Bernard G. Kustra,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03529-PHX DGC<br><br>**ORDER** |
| Chad LaForme,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-01960-PHX DGC<br><br>**ORDER** |
| Julie L. Lake,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03716-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cheryl L. Lamberger,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03646-PHX DGC<br><br>**ORDER** |
| Edward Lancaster,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00488-PHX DGC<br><br>**ORDER** |
| Robert E. Lanier,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03450-PHX DGC<br><br>**ORDER** |
| Timothy A. LaRue,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04196-PHX DGC<br><br>**ORDER** |
| Elizabeth L. Lauenborg,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03691-PHX DGC<br><br>**ORDER** |
| Randy L. Lawrence,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00544-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Andrew J. Layer,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03692-PHX DGC<br><br>**ORDER** |
| Irma T. Lazo,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03475-PHX DGC<br><br>**ORDER** |
| Jason S. Lazu,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04377-PHX DGC<br><br>**ORDER** |
| John E. Leddy,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03720-PHX DGC<br><br>**ORDER** |
| Kenneth R. Lee,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03756-PHX DGC<br><br>**ORDER** |
| Timothy D. Lee,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03757-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia A. Lee,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00540-PHX DGC<br><br>**ORDER** |
| Cristina R. Leguia,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03477-PHX DGC<br><br>**ORDER** |
| William Lehman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03299-PHX DGC<br><br>**ORDER** |
| Janet L. Lehr,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03524-PHX DGC<br><br>**ORDER** |
| Richard A. Leister,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03414-PHX DGC<br><br>**ORDER** |
| Janice M. Leppert,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03721-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dorothy F. Levett,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03744-PHX DGC<br><br>**ORDER** |
| Paulette C. Levin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01961-PHX DGC<br><br>**ORDER** |
| Lloyd L. Levins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-00085-PHX DGC<br><br>**ORDER** |
| Dan Lewis,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03614-PHX DGC<br><br>**ORDER** |
| Lenore B. Lieberman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-00200-PHX DGC<br><br>**ORDER** |
| James E. Lightcap,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03701-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Barbara M. Lilly,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03766-PHX DGC<br><br>**ORDER** |
| Clarence I. Lindo,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04430-PHX DGC<br><br>**ORDER** |
| Ervin Lintermoot,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03722-PHX DGC<br><br>**ORDER** |
| Pamela C. Lockard,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03639-PHX DGC<br><br>**ORDER** |
| James C. Loney,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03172-PHX DGC<br><br>**ORDER** |
| Lincoln Lopez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00417-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven Louie,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03409-PHX DGC<br><br>**ORDER** |
| Cheryl L. Louviere,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04445-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20660.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20660) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge