**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Cora C. Lovelace,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00541-PHX DGC<br><br>**ORDER** |
| Tina Lowery,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03767-PHX DGC<br><br>**ORDER** |
| Amanda K. Lucas,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00802-PHX DGC<br><br>**ORDER** |
| Melissa B. Lucka,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01556-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard A. Lumley,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01962-PHX DGC<br><br>**ORDER** |
| Krista Lynes,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01963-PHX DGC<br><br>**ORDER** |
| Beverly L. Lytton,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03643-PHX DGC<br><br>**ORDER** |
| Heather MacQueen,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-02783-PHX DGC<br><br>**ORDER** |
| Charles E. Madison,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02496-PHX DGC<br><br>**ORDER** |
| Lillie Magee,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01964-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia I. Mahoney,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03654-PHX DGC<br><br>**ORDER** |
| Terry J. Mahoney,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03696-PHX DGC<br><br>**ORDER** |
| Peter D. Mallahan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04340-PHX DGC<br><br>**ORDER** |
| Natalie J. Manning,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00448-PHX DGC<br><br>**ORDER** |
| Bonita K. Maravich,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03494-PHX DGC<br><br>**ORDER** |
| Sharon A. Marks,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04474-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John M. Markworth, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV18-03650-PHX DGC **ORDER** |
| Larry L. Marling, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV17-03476-PHX DGC **ORDER** |
| Tammy Marotske, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV18-03669-PHX DGC **ORDER** |
| Tracy Marshall, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV17-03523-PHX DGC **ORDER** |
| Patrick Martin, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV17-03076-PHX DGC **ORDER** |
| Charles Martin III, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV18-01817-PHX DGC **ORDER** |

| | |
|---|---|
| Ricky Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03651-PHX DGC<br><br>**ORDER** |
| Gloria J. Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03543-PHX DGC<br><br>**ORDER** |
| Florence Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03703-PHX DGC<br><br>**ORDER** |
| Laurie A. Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03726-PHX DGC<br><br>**ORDER** |
| Luke A. Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00542-PHX-DGC<br><br>**ORDER** |
| Laura Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04381-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeremy Martineau,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04395-PHX DGC<br><br>**ORDER** |
| Deborah J. Martinez,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00491-PHX DGC<br><br>**ORDER** |
| Alejandro L. Martinez,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04413-PHX DGC<br><br>**ORDER** |
| Frank R. Masto,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03727-PHX DGC<br><br>**ORDER** |
| Vicki A. Mavis,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01966-PHX DGC<br><br>**ORDER** |
| Alma J. McCartey,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01090-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James B. McCoy,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00647-PHX DGC<br><br>**ORDER** |
| Alexander McCrea,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04607-PHX DGC<br><br>**ORDER** |
| Karl L. McCullough,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03638-PHX DGC<br><br>**ORDER** |
| Charles A. McCurdy,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03789-PHX DGC<br><br>**ORDER** |
| Mashell McDaniel-Meeks,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03516-PHX DGC<br><br>**ORDER** |
| Gregory L. McDonald,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00545-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David McEachin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03855-PHX DGC<br><br>**ORDER** |
| Lisa D. McFalls,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00806-PHX DGC<br><br>**ORDER** |
| Alphonzo A. McFarland,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03771-PHX DGC<br><br>**ORDER** |
| Michelle McGee,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03791-PHX DGC<br><br>**ORDER** |
| Douglas A. McGhie,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03485-PHX DGC<br><br>**ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20684.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20684) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

David G. Campbell
Senior United States District Judge