# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Paul McGruder,<br>            Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03850-PHX DGC<br><br>**ORDER** |
| Wayne A. McGuire,<br>            Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00557-PHX DGC<br><br>**ORDER** |
| David McIntyre,<br>            Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03416-PHX DGC<br><br>**ORDER** |
| Madalynn L. McKenzie,<br>            Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03439-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rickey C. McLain,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-04400-PHX DGC<br><br>**ORDER** |
| Alfonzo McMillian,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03446-PHX DGC<br><br>**ORDER** |
| Lenora McMorris,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03445-PHX DGC<br><br>**ORDER** |
| Lori McQuaid,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01138-PHX-DGC<br><br>**ORDER** |
| Gerald S. McSee,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-04441-PHX DGC<br><br>**ORDER** |
| Donald L. Meeks,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03732-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larry K. Mefford,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04511-PHX DGC<br><br>**ORDER** |
| Rene Mendez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00558-PHX DGC<br><br>**ORDER** |
| Yandelli Merced,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00809-PHX DGC<br><br>**ORDER** |
| Dana R. Merk,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-01061-PHX DGC<br><br>**ORDER** |
| Joseph H. Merriwether,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03951-PHX DGC<br><br>**ORDER** |
| Carla Mewborn,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04359-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael T. Meyers,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02482-PHX DGC<br><br>**ORDER** |
| Charles J. Micallef,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00661-PHX DGC<br><br>**ORDER** |
| Dennis R. Michael,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04582-PHX DGC<br><br>**ORDER** |
| William Mieszanek,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03986-PHX DGC<br><br>**ORDER** |
| Johanna D. Litt, as POA for Zora M. Milam,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04027-PHX DGC<br><br>**ORDER** |
| Jeffrey D. Miles,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00576-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susan Miles,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04022-PHX DGC<br><br>**ORDER** |
| Heather E. Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-00221-PHX DGC<br><br>**ORDER** |
| Alvin J. Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04503-PHX DGC<br><br>**ORDER** |
| Tysa Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01967-PHX DGC<br><br>**ORDER** |
| Janice E. Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03522-PHX DGC<br><br>**ORDER** |
| Walter D. Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03847-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Micki Miller,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-00577-PHX DGC<br><br>**ORDER** |
| John E. Miller-Wimberlt,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-00560-PHX DGC<br><br>**ORDER** |
| Juston T. Millsaps,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-03929-PHX DGC<br><br>**ORDER** |
| Richard L. Miranda,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-01968-PHX DGC<br><br>**ORDER** |
| Betty L. Mitchell,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-03841-PHX DGC<br><br>**ORDER** |
| Hywanda M. Mock-Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-00664-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Thomas W. Moldovan,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03521-PHX DGC<br><br>**ORDER** |
| Oliver J. Monticue,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-03792-PHX DGC<br><br>**ORDER** |
| Connie J. Moore,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-03300-PHX DGC<br><br>**ORDER** |
| Richard H. Moore,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04015-PHX DGC<br><br>**ORDER** |
| Esther A. Moore,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-03930-PHX DGC<br><br>**ORDER** |
| Ryan K. Moredock,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04414-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jacqueline Morochnick,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV17-03466-PHX DGC<br><br>**ORDER** |
| Cristal Morris,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV16-00233-PHX DGC<br><br>**ORDER** |
| Kevin Morris,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV17-04390-PHX DGC<br><br>**ORDER** |
| Lana Moss,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV18-04425-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20666.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20666) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge