# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Sandra L. Penoyer,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01925-PHX DGC<br><br>**ORDER** |
| Thomas O. Perdue,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00579-PHX DGC<br><br>**ORDER** |
| Jason L. Perkins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00204-PHX DGC<br><br>**ORDER** |
| Dolores N. Perrin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03921-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard W. Perrine,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03822-PHX DGC<br><br>**ORDER** |
| Wanda Perry,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04339-PHX DGC<br><br>**ORDER** |
| Bruno Pesavento,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04014-PHX DGC<br><br>**ORDER** |
| Nancy J. Peters,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04478-PHX DGC<br><br>**ORDER** |
| Shannon W. Peters,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00666-PHX DGC<br><br>**ORDER** |
| Roland B. Peterson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04584-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marcus L. Phillips,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00548-PHX DGC<br><br>**ORDER** |
| Adrain Pickett,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03964-PHX DGC<br><br>**ORDER** |
| Ronald H. Pierson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03815-PHX DGC<br><br>**ORDER** |
| Bernard Pikal,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-00201-PHX DGC<br><br>**ORDER** |
| Lila J. Pippin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-01949-PHX DGC<br><br>**ORDER** |
| Gregory A. Pittman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03965-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jean Pixler,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01948-PHX DGC<br><br>**ORDER** |
| Heather Plain,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04479-PHX DGC<br><br>**ORDER** |
| Judith Podraza,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04013-PHX DGC<br><br>**ORDER** |
| Antoinette Polizzotti,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02037-PHX DGC<br><br>**ORDER** |
| Simone S. Pool,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03954-PHX DGC<br><br>**ORDER** |
| Daryl E. Porn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-02998-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Margie A. Post,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV18-03817-PHX DGC<br><br>**ORDER** |
| Erannia E. Potter,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-01546-PHX DGC<br><br>**ORDER** |
| Sheva Powell,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03694-PHX DGC<br><br>**ORDER** |
| Sean F. Powers,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03778-PHX DGC<br><br>**ORDER** |
| David B. Powers,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-04403-PHX DGC<br><br>**ORDER** |
| Roger L. Presswood,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV16-00203-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John D. Price,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-04422-PHX DGC<br><br>**ORDER** |
| Marvin B. Price,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03865-PHX DGC<br><br>**ORDER** |
| Michael Price,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04488-PHX DGC<br><br>**ORDER** |
| Jesse W. Prosser,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00581-PHX DGC<br><br>**ORDER** |
| William Pulley,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03866-PHX DGC<br><br>**ORDER** |
| Kimberly L. Quinn,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04585-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Desiree Radford,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03599-PHX DGC<br><br>**ORDER** |
| Jane S. Ragland,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04586-PHX DGC<br><br>**ORDER** |
| Thelma Rainosek,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02036-PHX DGC<br><br>**ORDER** |
| Estella Ramirez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03825-PHX DGC<br><br>**ORDER** |
| Lizzette Ramos-Elizares,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03874-PHX DGC<br><br>**ORDER** |
| Lesley-Francine Ramsey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04011-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Rancy,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03901-PHX DGC<br><br>**ORDER** |
| Mollie D. Raney,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02858-PHX DGC<br><br>**ORDER** |
| Quinto Rapacioli,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00592-PHX DGC<br><br>**ORDER** |
| Talage Ratliff,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03940-PHX DGC<br><br>**ORDER** |
| Michael L. Ray,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04401-PHX DGC<br><br>**ORDER** |
| Mason E. Rea,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04622-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald Redder,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00284-PHX DGC<br><br>**ORDER** |
| Susan G. Reed,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04436-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20669.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20669) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge