### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) | No. 2:15-MD-02641-PHX-DGC |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | NOTICE OF DISMISSAL |
| **This Document Applies to:** ) | |
| ) | Individual Case No.  2:19-cv-03806-DGC |
| LEON ATCHISON ) | |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives notice the he dismisses his complaint and all causes of action against all Defendants in civil action **2:19-cv-03806-DGC**.

This Notice is proper because the above-named Defendants have not filed an answer in this action.

Dated this 30th day of October 2019.

**POTTS LAW FIRM, LLP**

By: */s/ Nathaniel K. Scearcy*
Timothy L. Sifers
Nathaniel K. Scearcy
THE POTTS LAW FIRM LLP
1901 W. 47 Place, Suite 210
Westwood, Kansas 66205
P: 816-931-2230
F: 816-931-7030
Email: tsifers@potts-law.com
          nscearcy@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Nathaniel K. Scearcy*