IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS ) <br> PRODUCTS LIABILITY LITIGATION ) <br>  ) <br> This Document Applies to:  ) <br>  ) <br> RAYMOND BANTZ  ) | No. 2:15-MD-02641-PHX-DGC <br><br> NOTICE OF DISMISSAL <br><br> Individual Case No. 2:19-cv-03807-DGC |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives notice the he dismisses his complaint and all causes of action against all Defendants in civil action **2:19-cv-03807-DGC**.

This Notice is proper because the above-named Defendants have not filed an answer in this action.

Dated this 30th day of October 2019.

        **POTTS LAW FIRM, LLP**

        By: */s/ Nathaniel K. Scearcy*
        Timothy L. Sifers
        Nathaniel K. Scearcy
        THE POTTS LAW FIRM LLP
        1901 W. 47 Place, Suite 210
        Westwood, Kansas 66205
        P: 816-931-2230
        F: 816-931-7030
        Email: tsifers@potts-law.com
               nscearcy@potts-law.com

        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Nathaniel K. Scearcy*