**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **IN RE BARD IVC FILTERS** | ) | **No. 2:15-MD-02641-PHX-DGC** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **This Document Applies to:** | ) | |
| | ) | **Individual Case No.  2:18-cv-03911-DGC** |
| **KEITH ALLEN BURGESS** | ) | |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives

notice the he dismisses his complaint and all causes of action against all Defendants in civil

action **2:18-cv-03911-DGC**.

This Notice is proper because the above-named Defendants have not filed an answer in

this action.

Dated this 30th day of October 2019.

**POTTS LAW FIRM, LLP**

By: */s/ Nathaniel K. Scearcy*
Timothy L. Sifers
Nathaniel K. Scearcy
THE POTTS LAW FIRM LLP
1901 W. 47 Place, Suite 210
Westwood, Kansas 66205
P: 816-931-2230
F: 816-931-7030
Email: tsifers@potts-law.com
        nscearcy@potts-law.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2019, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.


*/s/ Nathaniel K. Scearcy*