IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | )  MDL NO. 2:15-md-02641-PHX-DGC ) ) ) |
| This document relates to the cases listed in Exhibit A attached hereto. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, whose individual cases are listed on Exhibit A attached hereto, and file this Notice of Voluntary Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiffs hereby give notice that they dismiss their individual complaints and all causes of action against all Defendants in the civil actions listed on Exhibit A without prejudice to the re-filing of same.

This Notice is proper because the above-named Defendants have not filed an answer in these actions.

Dated this 31st day of October 2019.

Respectfully submitted,

**POTTS LAW FIRM, LLP**

By: */s/ Nathaniel K. Scearcy*
Nathaniel K. Scearcy
1901 W. 47 Place, Suite 210
Westwood, Kansas 66205
P: 816-931-2230
F: 816-931-7030
Email: nscearcy@potts-law.com

**ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Nathaniel K. Scearcy*
Nathaniel K. Scearcy
