# EXHIBIT A

**MDL NO. 2:15-md-02641-PHX-DGC**

| MEMBER CASE NUMBER | FULL NAME OF PLAINTIFF |
|---|---|
| 2:19-cv-03812-DGC | HEATHER EL-AYOUBY |
| 2:18-cv-02525-DGC | MITCHELL FAUST |
| 2:19-cv-03295-DGC | LAVERNE GARBER |
| 2:19-cv-03633-DGC | MARY HAYES-JOHNSON |
| 2:19-cv-03814-DGC | LAWRENCE HOLLY |
| 2:19-cv-03685-DGC | MELINDA JOHNSON |
| 2:19-cv-03684-DGC | WANDA JONES |
| 2:19-cv-03683-DGC | BERNADETTE MCBRIDE |
| 2:19-cv-03687-DGC | JOHN MONTGOMERY |
| 2:19-cv-03640-DGC | RICKY PEABODY |
| 2:18-cv-02642-DGC | MARYSE RAMEAU |
| 2:19-cv-03686-DGC | DEBRA SANDERS |
| 2:19-cv-03688-DGC | FREDRICK W. THOMPSON |
| 2:19-cv-03310-DGC | SCOTT F. TOMLIN |