AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona  ▾

| | | |
|---|---|---|
| Lisa Hanratty and Joseph Hanratty | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-16-00879-PHX-DGC |
| C.R. Bard, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Lisa Hanratty and Joseph Hanratty                                                          .

Date:      10/31/2019

/s/ Julia Reed Zaic
*Attorney's signature*

Julia Reed Zaic, 224671
*Printed name and bar number*

Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651

*Address*

julia@hrzlaw.com
*E-mail address*

(949) 715-5228
*Telephone number*

*FAX number*