# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Karen Shilling,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01038-PHX DGC<br><br>**ORDER** |
| Johnny L. Shirley,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03941-PHX DGC<br><br>**ORDER** |
| Terry L. Shows,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02003-PHX DGC<br><br>**ORDER** |
| Angela D. Simmons,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00563-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Simmons,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03923-PHX DGC<br><br>**ORDER** |
| Carla J. Simmons,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03828-PHX DGC<br><br>**ORDER** |
| Barbara A. Simon,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03754-PHX DGC<br><br>**ORDER** |
| Vera O. Sims,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02004-PHX DGC<br><br>**ORDER** |
| Travis B. Sims,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04397-PHX DGC<br><br>**ORDER** |
| Natasha D. Sims,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04403-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra E. Sinclair,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03785-PHX DGC<br><br>**ORDER** |
| Christine M. Sinnermon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04168-PHX DGC<br><br>**ORDER** |
| Anna B. Six,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00452-PHX DGC<br><br>**ORDER** |
| Geremy J. Skeet,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02005-PHX DGC<br><br>**ORDER** |
| Scott Slater,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04642-PHX DGC<br><br>**ORDER** |
| Thomas C. Slater,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03379-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joyce A. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00218-PHX DGC<br><br>**ORDER** |
| Mary Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03774-PHX DGC<br><br>**ORDER** |
| Jessica Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-00812-PHX DGC<br><br>**ORDER** |
| Louvenia Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03442-PHX DGC<br><br>**ORDER** |
| Tyrone D. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03987-PHX DGC<br><br>**ORDER** |
| Cassandra L. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03896-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patricia A. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03895-PHX DGC<br><br>**ORDER** |
| Earnest L. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03994-PHX-DGC<br><br>**ORDER** |
| Felton L. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00492-PHX DGC<br><br>**ORDER** |
| Lewis W. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00584-PHX DGC<br><br>**ORDER** |
| Margaret S. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03380-PHX DGC<br><br>**ORDER** |
| Josephine E. Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03852-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Anne D. Snell,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03893-PHX DGC<br><br>**ORDER** |
| Jerry Snider,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03967-PHX DGC<br><br>**ORDER** |
| Richard Soles,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04618-PHX DGC<br><br>**ORDER** |
| Ramiro V. Soliz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00229-PHX DGC<br><br>**ORDER** |
| Danielle Sowinski,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00825-PHX DGC<br><br>**ORDER** |
| Timmy H. Soy,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00454-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beverly A. Space,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03946-PHX DGC<br><br>**ORDER** |
| Janet E. Spangler,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04495-PHX DGC<br><br>**ORDER** |
| Paul R. Spano,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04378-PHX DGC<br><br>**ORDER** |
| Douglas Spencer,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00807-PHX DGC<br><br>**ORDER** |
| Thomas C. Stacey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03495-PHX DGC<br><br>**ORDER** |
| Linda F. Stafford,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03786-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Greg W. Stahl,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03819-PHX DGC<br><br>**ORDER** |
| Charles A. Stambaugh,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04603-PHX DGC<br><br>**ORDER** |
| Shawander A. Stancil,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03892-PHX DGC<br><br>**ORDER** |
| Timothy D. Stanley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03480-PHX DGC<br><br>**ORDER** |
| Paul L. Staples,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02667-PHX DGC<br><br>**ORDER** |
| Curtis Stevens,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02009-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeffery L. Stevenson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03947-PHX DGC<br><br>**ORDER** |
| Robert L. Stewart,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03514-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20674.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20674) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

_____
David G. Campbell
Senior United States District Judge