# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03422-DGC | Virginia L. Abler | 11/02/2018 |
| 2:18-cv-03273-DGC | Nicholas A. Aguilar | 10/19/2018 |
| 2:17-cv-02646-DGC | Alma Aguilar | 06/02/2017 |
| 2:18-cv-03356-DGC | Dorothy Aldabishi | 10/30/2018 |
| 2:17-cv-04440-DGC | Susann Allen | 01/19/2018 |
| 2:17-cv-01560-DGC | Lamona Aman | 06/06/2017 |
| 2:16-cv-02281 | Sandra L. Auzenne | 07/20/2016 |
| 2:17-cv-04350-DGC | Tressie Bach | 01/19/2018 |
| 2:17-cv-03724-DGC | Bobby Bagley | 11/29/2017 |
| 2:18-cv-03457-DGC | Joslyne K. Baker | 11/05/2018 |
| 2:16-cv-03724-PHX-DGC | Marina Balbuena | 11/04/2016 |
| 2:18-cv-04349-DGC | Vincent R. Baldner | N/A |
| 2:19-cv-00623 | Sarah D. Barron | N/A |
| 2:17-cv-03407-DGC | Doris J. Bassett | 10/27/2017 |
| 2:18-cv-04352-DGC | Tiffany S. Bayton | N/A |
| 2:17-cv-03538-DGC | Robert R. Blaise | 06/08/2016 |
| 2:17-cv-03067-DGC | William B. Braddock | 09/29/2017 |
| 2:18-cv-04339-DGC | Wendy A. Bransted | N/A |
| 2:18-cv-04342 | Charles P. Brinkley | N/A |
| 2:18-cv-03556-DGC | Elaine Brochu | 12/18/2018 |
| 2:19-cv-00435; 2:19-cv-01557 | Rebecca N. Brown | N/A |
| 2:18-cv-03499-DGC | Nancy Brown | 12/10/2018 |
| 2:18-cv-03501-DGC | Linda N. Brownstein | 12/07/2018 |
| 2:18-cv-04504-DGC | Jennifer A. Carlson | N/A |
| 2:19-cv-00506 | Rory Carlson | N/A |
| 2:18-cv-04395-DGC | Joe A. Cawthron | N/A |
| 2:17-cv-01636-DGC | Frank A. Clayton | 06/08/2017 |
| 2:16-cv-04188-DGC | Patrick L. Clifford | 12/08/2016 |
| 2:18-cv-04373-DGC | Juanita Coller | N/A |
| 2:19-cv-00437 | Karen Cooper | N/A |
| 2:17-cv-03549-DGC | John Constantino | 11/08/2017 |
| 2:17-cv-03207 | Florence Crow | 11/28/2017 |
| 2:16-cv-00191-DGC | Lorene M. Crowe | 02/10/2016 |
| 2:19-cv-00507-DGC | William S. Cunningham | N/A |

| | | |
|---|---|---|
| 2:18-cv-03535-DGC | Roger Cunningham | 12/20/2018 |
| 2:18-cv-03625-DGC | Denise Curtis | 12/20/2018 |
| 2:16-cv-02517-DGC | Susan Custer | 08/15/2016 |
| 2:16-cv-02834-DGC | Alvin Cuttler | 09/01/2016 |
| 2:15-cv-02308-DGC | Joanna Darwactor | N/A |
| 2:17-cv-03561-DGC | April D. Davis | 10/12/2017 |
| 2:17-cv-03171-DGC | Rex A. Dawedeit | 09/29/2017 |
| 2:18-cv-04371-DGC | Laura Dease | N/A |
| 2:19-cv-00186-DGC | Mohamed Deen | N/A |
| 2:17-cv-03736-DGC | Patricia K. Delmont | 12/06/2017 |
| 2:17-cv-01751-DGC | Theresa M. Dempsey | 06/12/2017 |
| 2:17-cv-04351-DGC | Jane M. Dhaene | 01/16/2018 |
| 2:18-cv-01739-DGC | Jose A. Disla | 06/11/2018 |
| 2:18-cv-04626-DGC | Diane Domka | 01/15/2019 |
| 2:17-cv-03704-DGC | Jeffrey L. Donahue | 12/04/2017 |
| 2:17-cv-03428-DGC | Billy Downey | 10/27/2017 |