# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-02746-DGC | Jacob Lowe | 08/17/2017 |
| 2:17-cv-03454-DGC | Joann Luiz | 11/01/217 |
| 2:18-cv-04510-DGC | Barbara E. Maloney | N/A |
| 2:18-cv-03684-DGC | James Manchester | N/A |
| 2:18-cv-04430-DGC | Archie L. Marks | N/A |
| 2:18-cv-03734-DGC | Dana Marshall | N/A |
| 2:18-cv-04500-DGC | Joe P. Martinez | N/A |
| 2:16-cv-04162-DGC | Dawn M. Mayer | 12/09/2016 |
| 2:18-cv-03728-DGC | Oliver R. Maynard | N/A |
| 2:18-cv-04390-DGC | Joseph T. McCarthy | N/A |
| 2:17-cv-04405-DGC | Sara D. McClelland | 02/02/2018 |
| 2:17-cv-03640-DGC | Robert W. McGowan | 12/06/2017 |
| 2:17-cv-03700-DGC | Billy L. McWhorter | 11/29/2017 |
| 2:17-cv-03444-DGC | Cheryl N. McWilliams | 11/06/2017 |
| 2:17-cv-03491-DGC | William R. Medley | 11/10/2017 |
| 2:17-cv-02010-DGC | Stephanie J. Menzies (Stubert) | 07/17/2017 |
| 2:17-cv-03451-DGC | David M. Meredith | 11/06/2017 |
| 2:19-cv-00663-DGC | Levanstian L. Mitchell (Shannon Coleman, Rep) | N/A |
| 2:17-cv-03729-DGC | Robert Mohr | 12/06/2017 |
| 2:18-cv-04413-DGC | William B. Montgomery | N/A |
| 2:18-cv-03793-DGC | Lucy Moore | 1/16/2019 |
| 2:17-cv-01969-DGC | Susan K. Morales | 07/30/2017 |
| 2:18-cv-03880-DGC | Stephanie Moss | N/A |
| 2:17-cv-01970-DGC | Raymond Murray | 07/03/2017 |
| 2:18-cv-00951-DGC | Anthony K. Nance | 4/12/2018 |
| 2:18-cv-03826-DGC | Gary L. Nazarev (Vesselina Nazarev, Rep) | N/A |
| 2:17-cv-01972-DGC | Megan Newbury | 07/10/2017 |
| 2:18-cv-00232-DGC | Jean M. Nguyen | 01/25/2018 |
| 2:18-cv-03932-DGC | Nora R. Orman | N/A |
| 2:19-cv-00449 | Nancy Overbey | N/A |
| 2:17-cv-04360-DGC | Carrie L. Owens | 02/06/2018 |
| 2:17-cv-03087-DGC | John A. Parrett | 09/28/2017 |

| | | |
|---|---|---|
| 2:17-cv-01973-DGC | Joseph E. Paskie | 07/10/2017 |
| 2:18-cv-04406-DGC | Dianna L. Pena | N/A |
| 2:18-cv-03875-DGC | Barbara J. Perez | N/A |
| 2:18-cv-04021-DGC | Carl D. Phillips | N/A |
| 2:18-cv-04020-DGC | John H. Platt | N/A |
| 2:18-cv-03863-DGC | Victoria Poad | N/A |
| 2:19-cv-00471 | Clifford G. Polgreen | N/A |
| 2:17-cv-03634-DGC | Eva Poropat | 12/01/2017 |
| 2:19-cv-00580 | Mark A. Prado | N/A |
| 2:17-cv-03430-DGC | Dennis Price | 11/07/2017 |
| 2:17-cv-03920-DGC | Vidish Ramnath | 11/03/2017 |
| 2:18-cv-03838-DGC | Jose Ramos | N/A |
| 2:19-cv-00450 | Bento Rapoza | N/A |
| 2:18-cv-04449-DGC | Peggie L. Raymond | N/A |
| 2:18-cv-04407-DGC | David A. Riley | N/A |
| 2:18-cv-03943-DGC | Richard Rivers | N/A |
| 2:17-cv-04426-DGC | Timothy Roberts | 02/05/2018 |
| 2:19-cv-00549 | Linda L. Roberts-Wilson | N/A |