**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Stacy N. Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03078-PHX DGC<br><br>**ORDER** |
| Quenon Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04494-PHX DGC<br><br>**ORDER** |
| Nancy L. Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03829-PHX DGC<br><br>**ORDER** |
| Delano Reid,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03795-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John T. Reimard,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03899-PHX DGC<br><br>**ORDER** |
| Rebecca R. Revolinski,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00826-PHX DGC<br><br>**ORDER** |
| Jamie Reynolds,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01995-PHX DGC<br><br>**ORDER** |
| Robert C. Riddick,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03657-PHX DGC<br><br>**ORDER** |
| Tenisha M. Riley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02531-PHX DGC<br><br>**ORDER** |
| Debora E. Ritter,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01996-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brenda M. Roach,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03731-PHX DGC<br><br>**ORDER** |
| Judy L. Roach,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03277-PHX DGC<br><br>**ORDER** |
| Dorothy M. Robbins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04442-PHX DGC<br><br>**ORDER** |
| David A. Robeson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04608-PHX DGC<br><br>**ORDER** |
| Veronica M. Robinson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03944-PHX DGC<br><br>**ORDER** |
| Danta M. Robinson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00582-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Greg Roddy,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03856-PHX DGC<br><br>**ORDER** |
| Donna J. Rodriguez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01997-PHX DGC<br><br>**ORDER** |
| Primativa Rosa,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03088-PHX DGC<br><br>**ORDER** |
| Debra A. Rowser,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03934-PHX DGC<br><br>**ORDER** |
| Crystal B. Royal,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01376-PHX DGC<br><br>**ORDER** |
| Julie A. Rubitsky,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02951-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cecilia A. Ruff,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03280-PHX DGC<br><br>**ORDER** |
| Jenetta Runnels,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02734-PHX DGC<br><br>**ORDER** |
| Andrew E. Sabb,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03281-PHX DGC<br><br>**ORDER** |
| Margaret Sadosky,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03452-PHX DGC<br><br>**ORDER** |
| Maria H. Saenz,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02000-PHX DGC<br><br>**ORDER** |
| Grant H. Salaam,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03818-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ralph A. Sanchez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04024-PHX DGC<br><br>**ORDER** |
| Gwendolyn B. Sanders-Riley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03955-PHX DGC<br><br>**ORDER** |
| Janet L. Sanso,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04322-PHX DGC<br><br>**ORDER** |
| Chester W. Sapalio,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00583-PHX DGC<br><br>**ORDER** |
| Judy Saunby,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04356-PHX DGC<br><br>**ORDER** |
| Michele D. Saylor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03845-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beverly A. Schane,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04489-PHX DGC<br><br>**ORDER** |
| Rhoda Schneid,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04480-PHX DGC<br><br>**ORDER** |
| Stephen L. Seftenberg,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03898-PHX DGC<br><br>**ORDER** |
| Janet K. Seibel,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04420-PHX DGC<br><br>**ORDER** |
| Patricia A. Seif,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00550-PHX DGC<br><br>**ORDER** |
| Christopher R. Selander,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01277-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Freeda L. Seltzer,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03972-PHX DGC<br><br>**ORDER** |
| Jeannette Sewell,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02672-PHX DGC<br><br>**ORDER** |
| David J. Sexton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04408-PHX DGC<br><br>**ORDER** |
| Wilton H. Seyle,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03490-PHX DGC<br><br>**ORDER** |
| Brittni L. Shaw,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02001-PHX DGC<br><br>**ORDER** |
| Leslie K. Sheffield,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03438-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charlotte S. Shelton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04409-PHX DGC<br><br>**ORDER** |
| Rosanna Shepard,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02002-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20673.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20673) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge