# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ David P. Matthews
David P. Matthews
dmatthews@thematthewslawfirm.com
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX  77098
P:  713.522.5250
F:  713.535.7184

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ David P. Matthews
David P. Matthews

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:16-cv-02532-DGC | Michael Rogers | 08/15/2016 |
| 2:17-cv-03777-DGC | Bobbie J. Rucker | 11/29/2017 |
| 2:18-cv-04513-DGC | Debra A. Rucker | N/A |
| 2:18-cv-03796-DGC | M.A. Sargo | 01/15/2019 |
| 2:18-cv-03283-DGC | Herbert E. Scott | 10/23/2018 |
| 2:16-cv-02566-DGC | Evelyn M. Seals | 08/15/2016 |
| 2:18-cv-03996-DGC | Sharon A. Seay | N/A |
| 2:17-cv-01304-DGC | Donald E. Sebastian | 05/11/2017 |
| 2:18-cv-03897-DGC | Richard B. Shannon | N/A |
| 2:16-cv-03842-DGC | Thomas J. Simmons | 11/18/2016 |
| 2:18-cv-03800-DGC | Richard Skidmore | N/A |
| 2:17-cv-02006-DGC | Kim K. Slater | 07/10/2017 |
| 2:18-cv-04380-DGC | Samuel J. Smith | N/A |
| 2:17-cv-04185-DGC | Christopher L. Smith | N/A |
| 2:18-cv-04026-DGC | Charmaine N. Somerville | N/A |
| 2:17-cv-03525-DGC | Cynthia J. Stephenson | 11/30/217 |
| 2:18-cv-04496-DGC | Ann L. Stephenson | N/A |
| 2:17-cv-02490-DGC | Diane L. Strawbridge | 08/04/2017 |
| 2:18-cv-03886-DGC | Sean Sullivan | N/A |
| 2:19-cv-00667-DGC | Mark Sutter | N/A |
| 2:18-cv-03844-DGC | Diana L. Swezey | N/A |
| 2:17-cv-04434-DGC | Beverly Tackett | 02/06/2018 |
| 2:17-cv-04384-DGC | Paul Taylor | 02/01/2018 |
| 2:18-cv-03652-DGC | Jesica Taylor | N/A |
| 2:18-cv-04497-DGC | Anthony Terrizzi | N/A |
| 2:18-cv-03787-DGC | Janice H. Tipton | N/A |
| 2:18-cv-04451-DGC | Michael A. Toliver | N/A |
| 2:19-cv-00552 | Patricia J. Tovar | N/A |
| 2:18-cv-04644-DGC | Dianne Udell | N/A |
| 2:17-cv-00124-PHX-DGC | Mary A. Ulatowski | 01/20/2017 |
| 2:19-cv-00567 | Noris Valerio | N/A |
| 2:18-cv-03387-DGC | Deborah R. Vaughn | 10/29/2018 |
| 2:19-cv-00669-DGC | Billy Walker | N/A |
| 2:19-cv-00598-DGC | Bryant S. Walker | N/A |
| 2:18-cv-03991-DGC | Eric Walters | N/A |

| | | |
|---|---|---|
| 2:19-cv-00600 | Leallen N. Whertvine | N/A |
| 2:19-cv-00602 | Irene S. White | N/A |
| 2:18-cv-03971-DGC | Mary L. Whiteside | N/A |
| 2:17-cv-00450-DGC | Lori L. Wiggins | 2/23/2017 |
| 2:17-cv-03727-DGC | Prencilla Williams | 12/06/2017 |
| 2:18-cv-03850-DGC | Marvin Williams | N/A |
| 2:19-cv-00603 | Sylvester Williams | N/A |
| 2:17-cv-03431; 2:18-cv-01190; 2:19-cv-03466-PHX-DGC | Jeannie H. Wills | 11/08/2017; 05/09/2018; 06/21/2019 |
| 2:19-cv-00673-DGC | Deborah A. Wilson | N/A |
| 2:18-cv-03990-DGC | Juliette B. Wilson | N/A |
| 2:18-cv-03926-DGC | Randall L. Wilson | N/A |
| 2:19-cv-03626 | Aleria Wilson-Zohy | 06/28/2019 |
| 2:19-cv-00475 | Ivory D. Winn | N/A |
| 2:19-cv-00605 | Terry Witcher | N/A |
| 2:17-cv-03093-DGC | Stanford L. Young | 09/29/2017 |
| 2:18-cv-03927-DGC | Donna T. Zaretzka | N/A |
| 2:18-cv-03975-DGC | Sheree Morris (Shereber Morris, Rep) | 11/16/2018 |