# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:16-cv-02532-DGC | Michael Rogers | 08/15/2016 |
| 2:17-cv-03777-DGC | Bobbie J. Rucker | 11/29/2017 |
| 2:18-cv-04513-DGC | Debra A. Rucker | N/A |
| 2:18-cv-03796-DGC | M.A. Sargo | 01/15/2019 |
| 2:18-cv-03283-DGC | Herbert E. Scott | 10/23/2018 |
| 2:16-cv-02566-DGC | Evelyn M. Seals | 08/15/2016 |
| 2:18-cv-03996-DGC | Sharon A. Seay | N/A |
| 2:17-cv-01304-DGC | Donald E. Sebastian | 05/11/2017 |
| 2:18-cv-03897-DGC | Richard B. Shannon | N/A |
| 2:16-cv-03842-DGC | Thomas J. Simmons | 11/18/2016 |
| 2:18-cv-03800-DGC | Richard Skidmore | N/A |
| 2:17-cv-02006-DGC | Kim K. Slater | 07/10/2017 |
| 2:18-cv-04380-DGC | Samuel J. Smith | N/A |
| 2:17-cv-04185-DGC | Christopher L. Smith | N/A |
| 2:18-cv-04026-DGC | Charmaine N. Somerville | N/A |
| 2:17-cv-03525-DGC | Cynthia J. Stephenson | 11/30/217 |
| 2:18-cv-04496-DGC | Ann L. Stephenson | N/A |
| 2:17-cv-02490-DGC | Diane L. Strawbridge | 08/04/2017 |
| 2:18-cv-03886-DGC | Sean Sullivan | N/A |
| 2:19-cv-00667-DGC | Mark Sutter | N/A |
| 2:18-cv-03844-DGC | Diana L. Swezey | N/A |
| 2:17-cv-04434-DGC | Beverly Tackett | 02/06/2018 |
| 2:17-cv-04384-DGC | Paul Taylor | 02/01/2018 |
| 2:18-cv-03652-DGC | Jesica Taylor | N/A |
| 2:18-cv-04497-DGC | Anthony Terrizzi | N/A |
| 2:18-cv-03787-DGC | Janice H. Tipton | N/A |
| 2:18-cv-04451-DGC | Michael A. Toliver | N/A |
| 2:19-cv-00552 | Patricia J. Tovar | N/A |
| 2:18-cv-04644-DGC | Dianne Udell | N/A |
| 2:17-cv-00124-PHX-DGC | Mary A. Ulatowski | 01/20/2017 |
| 2:19-cv-00567 | Noris Valerio | N/A |
| 2:18-cv-03387-DGC | Deborah R. Vaughn | 10/29/2018 |
| 2:19-cv-00669-DGC | Billy Walker | N/A |
| 2:19-cv-00598-DGC | Bryant S. Walker | N/A |
| 2:18-cv-03991-DGC | Eric Walters | N/A |

| | | |
|---|---|---|
| 2:19-cv-00600 | Leallen N. Whertvine | N/A |
| 2:19-cv-00602 | Irene S. White | N/A |
| 2:18-cv-03971-DGC | Mary L. Whiteside | N/A |
| 2:17-cv-00450-DGC | Lori L. Wiggins | 2/23/2017 |
| 2:17-cv-03727-DGC | Prencilla Williams | 12/06/2017 |
| 2:18-cv-03850-DGC | Marvin Williams | N/A |
| 2:19-cv-00603 | Sylvester Williams | N/A |
| 2:17-cv-03431; 2:18-cv-01190; 2:19-cv-03466-PHX-DGC | Jeannie H. Wills | 11/08/2017; 05/09/2018; 06/21/2019 |
| 2:19-cv-00673-DGC | Deborah A. Wilson | N/A |
| 2:18-cv-03990-DGC | Juliette B. Wilson | N/A |
| 2:18-cv-03926-DGC | Randall L. Wilson | N/A |
| 2:19-cv-03626 | Aleria Wilson-Zohy | 06/28/2019 |
| 2:19-cv-00475 | Ivory D. Winn | N/A |
| 2:19-cv-00605 | Terry Witcher | N/A |
| 2:17-cv-03093-DGC | Stanford L. Young | 09/29/2017 |
| 2:18-cv-03927-DGC | Donna T. Zaretzka | N/A |
| 2:18-cv-03975-DGC | Sheree Morris (Shereber Morris, Rep) | 11/16/2018 |