# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| William Stiehl,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00565-PHX DGC<br><br>**ORDER** |
| M. Tatum Stockmon,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03969-PHX DGC<br><br>**ORDER** |
| Flora Stone,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00455-PHX DGC<br><br>**ORDER** |
| Robert Stover,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04671-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larry Strauss,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03891-PHX DGC<br><br>**ORDER** |
| Deloris Stroman,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00823-PHX DGC<br><br>**ORDER** |
| Grady J. Studdard,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03884-PHX DGC<br><br>**ORDER** |
| Thomas A. Suffield,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02068-PHX DGC<br><br>**ORDER** |
| Mary A. Sullivan,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03382-PHX DGC<br><br>**ORDER** |
| Carol N. Surico,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00961-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frank H. Szala,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00595-PHX DGC<br><br>**ORDER** |
| Gary Talton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04415-PHX DGC<br><br>**ORDER** |
| Sharon L. Tate,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03090-PHX DGC<br><br>**ORDER** |
| Emmanuel D. Tate,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03385-PHX DGC<br><br>**ORDER** |
| Arrek P. Taylor,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00820-PHX DGC<br><br>**ORDER** |
| Catherine Techau,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00668-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roland Terrasas,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02952-PHX DGC<br><br>**ORDER** |
| Cindy Terry,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00220-PHX DGC<br><br>**ORDER** |
| Howard A. Terry,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02011-PHX DGC<br><br>**ORDER** |
| Allen P. Thibodeau,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00472-PHX DGC<br><br>**ORDER** |
| Sheryl L. Thomas,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-00077-PHX DGC<br><br>**ORDER** |
| Jerome L. Thomas,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02012-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William E. Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00551-PHX DGC<br><br>**ORDER** |
| Lorraine Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04604-PHX DGC<br><br>**ORDER** |
| William Eugene Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03820-PHX DGC<br><br>**ORDER** |
| Steven M. Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03799-PHX DGC<br><br>**ORDER** |
| Willie Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03925-PHX DGC<br><br>**ORDER** |
| Shane A. Thompkins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04412-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marlene K. Thompson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00566-PHX DGC<br><br>**ORDER** |
| Edwina M. Thompson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03888-PHX DGC<br><br>**ORDER** |
| Shirley A. Thurman,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-02565-PHX DGC<br><br>**ORDER** |
| Aretha Toles,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04623-PHX DGC<br><br>**ORDER** |
| Ann M. Torsell,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03992-PHX DGC<br><br>**ORDER** |
| Leslie L. Totten,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03851-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Don R. Trammell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00553-PHX DGC<br><br>**ORDER** |
| Antay D. Trigg,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03091-PHX DGC<br><br>**ORDER** |
| Janice F. Triplett,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03079-PHX DGC<br><br>**ORDER** |
| Tiffany D. Tudor,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03386-PHX DGC<br><br>**ORDER** |
| Tanya L. Turner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04382-PHX DGC<br><br>**ORDER** |
| Carlos G. Ubinas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03805-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sherrie S. Underwood,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00597-PHX DGC<br><br>**ORDER** |
| Wendell Valentine,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03949-PHX DGC<br><br>**ORDER** |
| Stanley E. Vass,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04491-PHX DGC<br><br>**ORDER** |
| Sabra L. Vaughn,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04391-PHX DGC<br><br>**ORDER** |
| Le'Ann M. Vigil,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02014-PHX DGC<br><br>**ORDER** |
| Michael Viola,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-00153-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dennis Wagner,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04482-PHX DGC<br><br>**ORDER** |
| Darryl L. Walker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03513-PHX DGC<br><br>**ORDER** |
| Linda S. Walker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00585-PHX DGC<br><br>**ORDER** |
| Shari M. Walker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03830-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20675.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20675) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge