# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Aton M. Moore (Tammy Moore, Representative),<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03578-PHX DGC<br><br>**ORDER** |
| Linda W. Morning (Elks),<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03763-PHX DGC<br><br>**ORDER** |
| William P. Morreau,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03857-PHX DGC<br><br>**ORDER** |
| Timothy C. Morris,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03858-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald R. Neal,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03859-PHX DGC<br><br>**ORDER** |
| Walter G. Oakes (Bonnie Oakes, Representative),<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04194-PHX DGC<br><br>**ORDER** |
| Darrell E. Parsons,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03861-PHX DGC<br><br>**ORDER** |
| Gertrude B. Petit,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03862-PHX DGC<br><br>**ORDER** |
| Mario D. Pittman (Keoasha Cunningham, Representative),<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03816-PHX DGC<br><br>**ORDER** |
| Pamela K. Robinson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04399-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frank Silecchia,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03854-PHX DGC<br><br>**ORDER** |
| Kathie M. Smith,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02007-PHX DGC<br><br>**ORDER** |
| Iris Weigert (Vicky Wiegret, Representative),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03809-PHX DGC<br><br>**ORDER** |
| Robert Weiss,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03810-PHX DGC<br><br>**ORDER** |
| Lue C. Whitaker (La Vera Robbins, Representative),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00474-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Neva J. Wininger,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-03811-PHX DGC<br><br>**ORDER** |
| Charlene M. Wolfe,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-03843-PHX DGC<br><br>**ORDER** |
| John M. Wood,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-00821-PHX DGC<br><br>**ORDER** |
| Robert F. Wood,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-03812-PHX DGC<br><br>**ORDER** |
| Leon Decker (Constance Pelley, Guardian)<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-01501-PHX DGC<br><br>**ORDER** |
| Jay Lance,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03410-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marvin Livesay,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04534-PHX DGC<br><br>**ORDER** |
| Doris M. Matthews,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-03759-PHX DGC<br><br>**ORDER** |
| Stanford Matthews,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-04502-PHX DGC<br><br>**ORDER** |
| Vincent R. Matthews,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04347-PHX DGC<br><br>**ORDER** |
| Jonathan McGregor,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-03814-PHX DGC<br><br>**ORDER** |
| Pamela K. Robinson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04399-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20682.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20682) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge