# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Raymond Winters,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04605-PHX DGC<br><br>**ORDER** |
| Kenneth Wise,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04385-PHX DGC<br><br>**ORDER** |
| Rebecca Wixon-Stoyer,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02017-PHX DGC<br><br>**ORDER** |
| Judith M. Woodall,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04396-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tamiko N. Woodland,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03417-PHX DGC<br><br>**ORDER** |
| Joyce E. Woods,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04431-PHX DGC<br><br>**ORDER** |
| Freddie L. Woods,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03401-PHX DGC<br><br>**ORDER** |
| George E. Worth,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04017-PHX DGC<br><br>**ORDER** |
| Bettie R. Wray,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-03989-PHX DGC<br><br>**ORDER** |
| Jack D. Wrey,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00476-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larry S. Wright,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04620-PHX DGC<br><br>**ORDER** |
| Rosetta J. Wright,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03530-PHX DGC<br><br>**ORDER** |
| Eileen R. Yager,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03474-PHX DGC<br><br>**ORDER** |
| David M. Yannizzi,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03821-PHX DGC<br><br>**ORDER** |
| Jason Zinn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03082-PHX DGC<br><br>**ORDER** |
| Gerald L. Zitofsky,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02026-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William E. Zorn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04412-PHX DGC<br><br>**ORDER** |
| Robert Baird (Kathleen Baird, personal rep) ,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03560-PHX DGC<br><br>**ORDER** |
| Lillian Baulkmon (Mary Reynolds, POA) ,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00684-PHX DGC<br><br>**ORDER** |
| Antionette Blanke,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04357-PHX DGC<br><br>**ORDER** |
| Stephen Blohm (Elaine Blohm, personal representative),<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-04191-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Breitschuh (Diana Breitschuh, administrator of estate),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-01607-PHX DGC<br><br>**ORDER** |
| Leonard Cherry (Rose Cherry, personal representative),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00436-PHX DGC<br><br>**ORDER** |
| Faron T. Demarrias Schaunaman Demarrias (Lisa Schaunaman, personal representative,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants.) | No. CV17-03646-PHX DGC<br><br>**ORDER** |
| Oliver L. Exley (Esther Exley, personal representative),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02516-PHX DGC<br><br>**ORDER** |
| Jennis F. Fraley (Scelesta Fraley, personal representative),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03685-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Pasquale J. Fucci (Antoinette Fucci, personal representative),<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-00877-PHX DGC<br><br>**ORDER** |
| Sally R. Harris (Malcolm Harris, administrator of estate),<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02742-PHX DGC<br><br>**ORDER** |
| Mary D. Howard,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03459-PHX DGC<br><br>**ORDER** |
| William A. Jones,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03638-PHX DGC<br><br>**ORDER** |
| Mary H. LaPoint (Rhonda Johnson, personal representative),<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-00535-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marion J. Majcher (Lynne Loback, personal representative),<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03762-PHX DGC<br><br>**ORDER** |
| Herman McGadney (Sandra McGadney),<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01419-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20681.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20681) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of October, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge