AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _Plaintiff_ | ) ) ) ) ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC<br>Case No. |
| v. |  |  |
| _Defendant_ |  |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_Attorney's signature_

_Printed name and bar number_

_Address_

_E-mail address_

_Telephone number_

_FAX number_