AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Jesse Yarbro and Madona Yarbro | ) | |
|---|---|---|
| *Plaintiff* | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| v. | ) | Case No.  CV-17-04454-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Jesse Yarbro and Madona Yarbro                     .

Date:   11/01/2019                             /s/ Julia Reed Zaic
                                                          *Attorney's signature*

                                         Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                                      *Printed name and bar number*

                                                      Heaviside Reed Zaic
                                                  312 Broadway Street, Suite 203
                                                      Laguna Beach, CA 92651

                                                              *Address*

                                                      julia@hrzlaw.com
                                                          *E-mail address*

                                                      (949) 715-5228
                                                         *Telephone number*


                                                           *FAX number*