AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Robert Andrews and Joana Andrews | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-16-01483-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Robert Andrews and Joana Andrews                                                                    .

Date:    11/01/2019                                              /s/ Julia Reed Zaic
                                                                        *Attorney's signature*

                                                                Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                                                        *Printed name and bar number*

                                                                        Heaviside Reed Zaic
                                                                  312 Broadway Street, Suite 203
                                                                      Laguna Beach, CA 92651

                                                                              *Address*

                                                                        julia@hrzlaw.com
                                                                          *E-mail address*

                                                                        (949) 715-5228
                                                                        *Telephone number*


                                                                          *FAX number*