AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| David DeLeon | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-17-02104-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, David DeLeon                                   .

Date:   11/01/2019

/s/ Julia Reed Zaic
*Attorney's signature*

Julia Reed Zaic (CA bar no. 224671, admitted PHV)
*Printed name and bar number*

Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651

*Address*

julia@hrzlaw.com
*E-mail address*

(949) 715-5228
*Telephone number*

*FAX number*