AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Terry Evans | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV-17-02479-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Terry Evans                                              .

Date:   11/01/2019                           /s/ Julia Reed Zaic
                                             *Attorney's signature*

                                   Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                             *Printed name and bar number*

                                             Heaviside Reed Zaic
                                         312 Broadway Street, Suite 203
                                             Laguna Beach, CA 92651
                                                  *Address*

                                             julia@hrzlaw.com
                                               *E-mail address*

                                               (949) 715-5228
                                              *Telephone number*

                                                *FAX number*