AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Mondier Khaira ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* ) | |
| v. ) | Case No.   CV-17-00148-PHX-DGC |
| C.R. Bard, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mondier Khaira                                                                                           .

Date:    11/01/2019                                                /s/ Julia Reed Zaic
*Attorney's signature*

Julia Reed Zaic (CA bar no. 224671, admitted PHV)
*Printed name and bar number*

Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651
*Address*

julia@hrzlaw.com
*E-mail address*

(949) 715-5228
*Telephone number*

*FAX number*