James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Pursuant to Case Management Order No. 42 (Doc. 164343), the Defendants file this motion seeking a 30-day extension of two deadlines set forth in that order. The Plaintiffs' Co-Lead Counsel have agreed to the relief sought in this motion.

**I.     TRACK 1 CASES**

Under the provisions of CMO No. 42, approximately 4400 cases have been previously designated as resolved in principle and placed on Track 1. See Doc. Nos. 19445 and 19798. CMO No. 42 stated that any Track 1 cases for which a stipulated dismissal has not been filed would be recommended to the JPML for remand or would be transferred to the appropriate jurisdiction. That same order indicated that the Court would consider a 30-

day extension of that deadline "[u]pon a showing of very good cause." See Doc. No. 16343 at 6-7.

The Defendants now request that the Court grant that extension and move the date for the remand or transfer of the non-dismissed Track 1 cases to December 1, 2020. Although more than 1,050 Track 1 cases have already been dismissed, the parties are still in the process of finalizing the arrangements for the dismissal of the remaining cases on that track. The delay has been occasioned by the fact that Mr. Dave Matthews and Mr. Tim Goss, the two attorneys who organized the settlement on behalf of most of the plaintiffs included in Track 1, have been involved in a trial against another manufacturer of IVC filters for the last month. That trial did not conclude until Monday, October 28th, and Mr. Matthews and Mr. Goss are now working to complete the resolution of the remaining Track 1 cases.

For that reason, the Defendants respectfully request that the parties be afforded until December 1, 2019 to file those dismissals.

## II.  TRACK II CASES

Under the provisions of CMO No. 42, any Track 2 cases that have settled by November 1, 2019 will be moved to Track 1. The order stated that all remaining Track 2 cases will be either remanded or transferred.

The report that will be filed on November 1 will identify approximately 100 cases that can now be moved to Track 1. However, the Defendants believe that – if afforded an additional 30 days (until December 1, 2019) – at least several hundred additional cases (and perhaps more) may be resolved. That extra 30 days would permit the Defendants time to finish their review of medical records for many plaintiffs and complete negotiations with their attorneys. As previously noted, the Plaintiffs' Co-Lead Counsel have agreed with this request.

The Defendants recognize that there may be some plaintiffs who do not want to delay the remand or transfer of their cases any longer. If so, the Defendants would suggest that those plaintiffs be permitted to file a request with the Court by November 8, 2019.

Thereafter, by November 13, 2019, the Defendants could create a list of all of those cases, organized in the fashion the Court has requested in the past, for the Court's use in remanding or transferring those cases.

For those reasons, the Defendants request that the date for remanding or transferring non-settled Track 2 cases be extended until December 1, 2019.

Respectfully submitted, this 1st day of November, 2019.

>NELSON MULLINS RILEY &
>SCARBOROUGH LLP
>
>By: *s/ Richard B. North*
>Richard B. North, Jr. (admitted *pro hac vice*)
>Georgia Bar No. 545599
>Matthew B. Lerner (admitted *pro hac vice*)
>Georgia Bar No. 446986
>NELSON MULLINS RILEY &
>SCARBOROUGH LLP
>201 17th Street, NW / Suite 1700
>Atlanta, GA  30363
>
>James R. Condo (005867)
>Kristine L. Gallardo (033975)
>SNELL & WILMER L.L.P.
>One Arizona Center
>400 E. Van Buren, Suite 1900
>Phoenix, Arizona  85004-2202
>
>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North