IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of The Defendants' Unopposed Motion for Extension of Time, and for other good cause shown, the proposed deadline to file dismissal stipulations for the Track 1 cases as set forth in Case Management Order No. 42 [Doc. 164343] is extended. The dismissals shall be filed by December 1, 2019.

Further, the deadline for cases identified on Track 2 to be resolved shall be extended to December 1, 2019. Plaintiffs who do not want to delay remand or transfer of their cases may file a request to that effect with the Court by November 8, 2019.