Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT REPORT ON THE SETTLEMENT STATUS OF CASES** |

Pursuant to Case Management Order No. 42 (Doc. 164343), the parties submit this monthly report concerning the settlement status of cases pending in this MDL:

## I. TRACK 1 CASES

On July 26th, the parties provided the Court with a list of cases that have been resolved in principle pursuant to an executed release or term sheet (Doc. 19798-1). The parties have begun filing dismissals in those actions. However, that process has been delayed because Mr. Dave Matthews and Mr. Tim Goss, the two plaintiffs' attorneys who organized most of the settlements, have been on trial for the past month. As a consequence, the defendants are separately filing a motion requesting an extension until December 1, 2019 to complete the filing of dismissals.

## II. TRACK 2 CASES

On July 26th, the parties provided the Court with a list of cases that are the subject of substantive settlement negotiations, with a likelihood of ultimately settling (Doc. 19798-2). On September 4, 2019, the parties filed their Joint Report on the Settlement Status of Cases (Doc. 200061) with a list of cases from Track 2 that should be moved to Track 3.

Attached as Exhibit "A" is a list of cases that are now resolved in principle, and should be allowed to remain in Track 2 until May 1, 2020, as contemplated by Case Management Order No. 42 (Doc. 16343).

For the reasons set forth in the separately filed motion for an extension of time, the defendants request an additional thirty (30) days to complete their review of medical records and to attempt to reach a final resolution of the remaining Track 2 cases.

Respectfully submitted, this 1st day of November, 2019.

| | |
|---|---|
| LOPEZ McHUGH, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: *s/ Ramon Rossi Lopez*<br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>Mark S. O'Connor (011029)<br>BEUS GILBERT PLLC<br>701 N 44th Street<br>Phoenix, Arizona 85008<br><br>Attorneys for Plaintiffs | By: *s/ Richard B. North*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North

**EXHIBIT A**
**The Defendants' Motion for Extension of Time**

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Karen S Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00090-PHX-DGC | CV-16-00090-PHX- DGC | Cellino & Barnes PC |
| Charles Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00473-PHX-DGC | CV-16-00473-PHX- DGC | Riley & Jackson, PC |
| Dustin Craig v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00869-PHX-DGC | CV-16-00869-PHX-DGC | Childers, Schlueter & Smith, LLC |
| Cindy McKinzie as Administratix for Florence Edwards, Jeff M Edwards, John Edwards and Sara Townley v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00953-PHX-DGC | CV-16-00953-PHX- DGC | Hausfeld LLP |
| Mary Ann L. Adomnik v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01142-PHX-DGC | CV-16-01142-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Dwain T. Anderson and Ellen Anderson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01143-PHX-DGC | CV-16-01143-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Kelli Jernigan v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01144-PHX-DGC | CV-16-01144-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Rita Malott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01145-PHX-DGC | CV-16-01145-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Linda S. Rollins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01146-PHX-DGC | CV-16-01146-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Sharen Schaefer v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, | CV-16-01149-PHX- DGC | Childers, Schlueter & Smith, LLC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| District of Arizona, Phoenix Division, CV-16-01149-PHX-DGC | | |
| Phyllis Young v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01151-PHX-DGC | CV-16-01151-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Anthony Badger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01354-PHX-DGC | CV-16-01354-PHX-DGC | Childers, Schlueter & Smith, LLC |
| April Arnold v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01355-PHX-DGC | CV-16-01355-PHX-DGC | Childers, Schlueter & Smith, LLC |
| Anthony DeChristofaro v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01356-PHX-DGC | CV-16-01356-PHX-DGC | Childers, Schlueter & Smith, LLC |
| Shane Reece v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01360-PHX-DGC | CV-16-01360-PHX-DGC | Childers, Schlueter & Smith, LLC |
| Charles Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01891-PHX-DGC | CV-16-01891-PHX- DGC | Sweeney Merrigan Law, LLP |
| Christopher Weldon George and Rachel George v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02257-PHX-DGC | CV-16-02257-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Marie E. Ward v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02619-PHX-DGC | CV-16-02619-PHX- DGC | Hausfeld LLP |
| Karen G. Bethany v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02730-PHX-DGC | CV-16-02730-PHX- DGC | Riley & Jackson, PC |
| Kimberly Gaskin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03270-PHX-DGC | CV-16-03270-PHX- DGC | Childers, Schlueter & Smith, LLC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Bobby Ray Barker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00338-PHX-DGC | CV-17-00338-PHX- DGC | Sweeney Merrigan Law, LLP |
| Nils A. Soderberg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00349-PHX-DGC | CV-17-00349-PHX- DGC | Sweeney Merrigan Law, LLP |
| Earlma Vincent v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00351-PHX-DGC | CV-17-00351-PHX- DGC | Sweeney Merrigan Law, LLP |
| Essie Laughlin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00425-PHX-DGC | CV-17-00425-PHX- DGC | Sweeney Merrigan Law, LLP |
| Linda Dismuke v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01437-PHX-DGC | CV-17-01437-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Susan Parmley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01438-PHX-DGC | CV-17-01438-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Calvin Spigner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01440-PHX-DGC | CV-17-01440-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Fredeswinda Reyes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01441-PHX-DGC | CV-17-01441-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Rebecca Labaki v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01471-PHX-DGC | CV-17-01471-PHX- DGC | Sweeney Merrigan Law, LLP |
| Paso Harrison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01485-PHX-DGC | CV-17-01485-PHX- DGC | Sweeney Merrigan Law, LLP |
| Lloyd Cayman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02176-PHX-DGC | CV-17-02176-PHX- DGC | Sweeney Merrigan Law, LLP |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Debbra Leach v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02177-PHX-DGC | CV-17-02177-PHX- DGC | Sweeney Merrigan Law, LLP |
| Javier Joslin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02178-PHX-DGC | CV-17-02178-PHX- DGC | Sweeney Merrigan Law, LLP |
| Mary Lindner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02320-PHX-DGC | CV-17-02320-PHX- DGC | Sweeney Merrigan Law, LLP |
| Tionna Highsmith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02922-PHX-DGC | CV-17-02922-PHX- DGC | Sweeney Merrigan Law, LLP |
| Brenda L. Rand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03141-PHX-DGC | CV-17-03141-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Neri Prichard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03142-PHX-DGC | CV-17-03142-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Amy Banks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03144-PHX-DGC | CV-17-03144-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Patricia McCracken v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03145-PHX-DGC | CV-17-03145-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Linda Faye Bennett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03147-PHX-DGC | CV-17-03147-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Jay Porton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04103-PHX-DGC | CV-17-04103-PHX- DGC | Sweeney Merrigan Law, LLP |
| Stephen C. McMahon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04798-PHX-DGC | CV-17-04798-PHX- DGC | Sweeney Merrigan Law, LLP |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Thompson Conrade v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00831-PHX-DGC | CV-18-00831-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Neil R. Faint v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01520-PHX-DGC | CV-18-01520-PHX- DGC | Childers, Schlueter & Smith, LLC |
| David Fausett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01521-PHX-DGC | CV-18-01521-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Jacque Thornburg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01522-PHX-DGC | CV-18-01522-PHX- DGC | Childers, Schlueter & Smith, LLC |
| John Maxwell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02082-PHX-DGC | CV-18-02082-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Lucy A. Himel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02222-PHX-DGC | CV-18-02222-PHX- DGC | Sweeney Merrigan Law, LLP |
| Rose Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02223-PHX-DGC | CV-18-02223-PHX- DGC | Sweeney Merrigan Law, LLP |
| John Ferguson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02224-PHX-DGC | CV-18-02224-PHX- DGC | Sweeney Merrigan Law, LLP |
| Donette Darrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02318-PHX-DGC | CV-18-02318-PHX- DGC | Cellino & Barnes PC |
| Desirre McClurg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02352-PHX-DGC | CV-18-02352-PHX- DGC | Hausfeld LLP |
| Brian J. Teeter and Brenda L. Teeter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02362-PHX-DGC | CV-18-02362-PHX- DGC | Cellino & Barnes PC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Constance C. DeClemente and Salvatore DeClemente v. C. R. Bard, Inc. and Bard Peripheral Vascular, United States District Court, District of Arizona, Phoenix Division, CV-18-02363-PHX-DGC | CV-18-02363-PHX- DGC | Cellino & Barnes PC |
| Victoria C. Atilla and Tarik Atilla v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02789-PHX-DGC | CV-18-02789-PHX- DGC | Cellino & Barnes PC |
| Donald Butterbaugh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02790-PHX-DGC | CV-18-02790-PHX- DGC | Cellino & Barnes PC |
| Tina Serio v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02792-PHX-DGC | CV-18-02792-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Mary Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02982-PHX-DGC | CV-18-02982-PHX- DGC | Cellino & Barnes PC |
| David E. Groomes, Jr. and Elizabeth Venable-Groomes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02983-PHX-DGC | CV-18-02983-PHX- DGC | Cellino & Barnes PC |
| Ruben Marchese v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02984-PHX-DGC | CV-18-02984-PHX- DGC | Cellino & Barnes PC |
| Janette M. Bialecki, Executrix of the Estate of Florence J. Dulski, deceased v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02985-PHX-DGC | CV-18-02985-PHX- DGC | Cellino & Barnes PC |
| William C. Kelman and Paula A. Kelman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04044-PHX-DGC | CV-18-04044-PHX- DGC | Cellino & Barnes PC |
| Lorraine Fox v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04134-PHX-DGC | CV-18-04134-PHX- DGC | Childers, Schlueter & Smith, LLC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Robert Burger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04135-PHX-DGC | CV-18-04135-PHX- DGC | Childers, Schlueter & Smith, LLC |
| Christopher Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00028-PHX-DGC | CV-19-00028-PHX- DGC | Hausfeld LLP |
| Judy A. Britt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00187-PHX-DGC | CV-19-00187-PHX- DGC | Cellino & Barnes PC |
| Barbara A. Bedard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00232-PHX-DGC | CV-19-00232-PHX- DGC | Cellino & Barnes PC |
| Robert J. Bandura v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00233-PHX-DGC | CV-19-00233-PHX- DGC | Cellino & Barnes PC |
| David G. Sestokas and Mary E. Sestokas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00234-PHX-DGC | CV-19-00234-PHX- DGC | Cellino & Barnes PC |
| Regan Stefanik v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00235-PHX-DGC | CV-19-00235-PHX- DGC | Cellino & Barnes PC |
| Helen L. Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00854-PHX-DGC | CV-19-00854-PHX- DGC | Cellino & Barnes PC |
| Thomas L. Hunter and Kathy Hunter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00855-PHX-DGC | CV-19-00855-PHX- DGC | Cellino & Barnes PC |
| Michael Loucks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00856-PHX-DGC | CV-19-00856-PHX- DGC | Cellino & Barnes PC |
| Christopher Russell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00857-PHX-DGC | CV-19-00857-PHX- DGC | Cellino & Barnes PC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Michael Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00927-PHX-DGC | CV-19-00927-PHX- DGC | Cellino & Barnes PC |
| Margaret S. Golden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01773-PHX-DGC | CV-19-01773-PHX- DGC | Cellino & Barnes PC |
| Nicholas R. Miraglia and Ann Miraglia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-19-01886-PHX-DGC | CV-19-01886-PHX- DGC | Cellino & Barnes PC |
| Lisamarie Rykowski and Theodore J. Rykowski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-19-01887-PHX-DGC | CV-19-01887-PHX- DGC | Cellino & Barnes PC |
| Herman L. Palmer, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01986-PHX-DGC | CV-19-01986-PHX- DGC | Cellino & Barnes PC |
| Diana L. Ford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01987-PHX-DGC | CV-19-01987-PHX- DGC | Cellino & Barnes PC |
| Geraldine White-Dubreuil v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02050-PHX-DGC | CV-19-02050-PHX- DGC | Hausfeld LLP |
| Susan M. Yourkawitch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02051-PHX-DGC | CV-19-02051-PHX- DGC | Hausfeld LLP |
| Nanette Caceres v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02365-PHX-DGC | CV-19-02365-PHX- DGC | Cellino & Barnes PC |
| Jessie J. Gonzalez and Felicia R. Gonzalez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02366-PHX-DGC | CV-19-02366-PHX- DGC | Cellino & Barnes PC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Anna Marie Sparacino and Luciano Sparacino v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02372-PHX-DGC | CV-19-02372-PHX- DGC | Cellino & Barnes PC |
| Felicia M. Mancuso v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02775-PHX-DGC | CV-19-02775-PHX- DGC | Cellino & Barnes PC |
| Amy L. Krell and Adam J. Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02779-PHX-DGC | CV-19-02779-PHX- DGC | Cellino & Barnes PC |
| David M. McMahon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02783-PHX-DGC | CV-19-02783-PHX- DGC | Cellino & Barnes PC |
| Steven S. Szymanoski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02931-PHX-DGC | CV-19-02931-PHX- DGC | Cellino & Barnes PC |
| Dora M. Morales v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02943-PHX-DGC | CV-19-02943-PHX- DGC | Cellino & Barnes PC |
| Emmily Parkinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02944-PHX-DGC | CV-19-02944-PHX- DGC | Cellino & Barnes PC |
| Justin M. Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02945-PHX-DGC | CV-19-02945-PHX- DGC | Cellino & Barnes PC |
| Didy Najarro v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03119-PHX-DGC | CV-19-03119-PHX- DGC | Cellino & Barnes PC |
| Josephine R. Cottone v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03220-PHX-DGC | CV-19-03220-PHX- DGC | Cellino & Barnes PC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Courtney Humphrey as Administratix of the Estate of Antoine Edwards v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03722-PHX-DGC | CV-19-03722-PHX- DGC | Cellino & Barnes PC |