AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Silvia Reardon and Thomas Reardon | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.    CV-18-01790-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Silvia Reardon and Thomas Reardon                                                                    .

Date:     11/01/2019                                          /s/ Julia Reed Zaic
                                                                                *Attorney's signature*

                                                        Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                                                              *Printed name and bar number*

                                                                              Heaviside Reed Zaic
                                                                        312 Broadway Street, Suite 203
                                                                           Laguna Beach, CA 92651

                                                                                       *Address*

                                                                               julia@hrzlaw.com
                                                                                   *E-mail address*

                                                                                 (949) 715-5228
                                                                                 *Telephone number*

                                                                                   *FAX number*