AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Christine Wells | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-18-00050-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Christine Wells                                                                                      .

Date:     11/01/2019

/s/ Julia Reed Zaic
*Attorney's signature*

Julia Reed Zaic (CA bar no. 224671, admitted PHV)
*Printed name and bar number*

Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651

*Address*

julia@hrzlaw.com
*E-mail address*

(949) 715-5228
*Telephone number*

*FAX number*