AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Julie Barham | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV-18-00343-PHX-DGC |
| C.R. Bard, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Julie Barham    .

Date:    11/01/2019                                    /s/ Julia Reed Zaic
                                                    *Attorney's signature*

                                    Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                                *Printed name and bar number*

                                                    Heaviside Reed Zaic
                                                312 Broadway Street, Suite 203
                                                    Laguna Beach, CA 92651
                                                        *Address*

                                                    julia@hrzlaw.com
                                                    *E-mail address*

                                                    (949) 715-5228
                                                    *Telephone number*

                                                    *FAX number*