AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Thomas Groen and Aimee Groen ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
| *Plaintiff* ) | |
| v. ) | Case No.   CV-16-03723-PHX-DGC |
| C.R. Bard, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Thomas Groen and Aimee Groen                                                                      .

Date:    11/01/2019                                              /s/ Julia Reed Zaic
                                                                                *Attorney's signature*

                                                     Julia Reed Zaic (CA bar no. 224671, admitted PHV)
                                                                        *Printed name and bar number*

                                                                        Heaviside Reed Zaic
                                                                  312 Broadway Street, Suite 203
                                                                       Laguna Beach, CA 92651

                                                                                *Address*

                                                                        julia@hrzlaw.com
                                                                            *E-mail address*

                                                                         (949) 715-5228
                                                                         *Telephone number*


                                                                            *FAX number*