1

Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
HEAVISIDE REED ZAIC

2

312 Broadway, Ste. 203
Laguna Beach, California 92651

3

Telephone: (949) 715-5228

4

julia@hrzlaw.com

5

Attorneys for Plaintiff

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8

IN RE: Bard IVC Filters Products Liability
Litigation

9

Case No. 2:15-md-02641-DGC

10

This Document Relates to:

**NOTICE OF APPEARANCE**

11

Brian Morrison v. C.R. Bard, Inc., et al.

12

CV-16-04040-PHX-DGC

13

14

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312

15

Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance

16

with the Court as an additional attorney of record for Plaintiff Brian Morrison.  Counsel may

17

be reached at the mailing and e-mail address listed above.

18

DATED this 1st day of November, 2019.

19

**HEAVISIDE REED ZAIC**

20

By /s/ Julia Reed Zaic

21

Julia Reed Zaic
Attorneys for Plaintiff

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and served all registrants in the above matter including the following:

/s/ Laura Smith