1  Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
   HEAVISIDE REED ZAIC
2  312 Broadway, Ste. 203
   Laguna Beach, California 92651
3  Telephone: (949) 715-5228
4  julia@hrzlaw.com

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | Case No. 2:15-md-02641-DGC |
|---|---|
| This Document Relates to: Joseph Catlin Mixson, et al. v. C.R. Bard, Inc., et al. CV-16-00268-PHX-DGC | **NOTICE OF APPEARANCE** |

    NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312 Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance with the Court as an additional attorney of record for Plaintiffs Joseph Catlin Mixson and Virginia Breann Mixson. Counsel may be reached at the mailing and e-mail address listed above.

    DATED this 1st day of November 2019.

**HEAVISIDE REED ZAIC**

By /s/ Julia Reed Zaic
    Julia Reed Zaic
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of November 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                           /s/ Laura Smith