1

2

3

4

Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
HEAVISIDE REED ZAIC
312 Broadway, Ste. 203
Laguna Beach, California 92651
Telephone: (949) 715-5228
julia@hrzlaw.com

5

Attorneys for Plaintiff

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8

9

IN RE: Bard IVC Filters Products Liability
Litigation

10

This Document Relates to:

11

12

Audrey Valente-Kropf, et al.v. C.R. Bard, Inc.,
et al.
CV-16-00265-PHX-DGC

13

Case No. 2:15-md-02641-DGC

**NOTICE OF APPEARANCE**

14

15

16

17

18

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312

Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance

with the Court as an additional attorney of record for Plaintiffs Audrey Valente-Kropf and

John Kropf.  Counsel may be reached at the mailing and e-mail address listed above.

19

DATED this 1st day of November 2019.

20

**HEAVISIDE REED ZAIC**

21

By /s/ Julia Reed Zaic

22

Julia Reed Zaic
Attorneys for Plaintiff

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    /s/ Laura Smith