| | |
|---|---|
| 1 | Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice* |
| 2 | HEAVISIDE REED ZAIC |
|   | 312 Broadway, Ste. 203 |
| 3 | Laguna Beach, California 92651 |
|   | Telephone: (949) 715-5228 |
| 4 | julia@hrzlaw.com |
| 5 | Attorneys for Plaintiff |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | Case No.: 2:15-md-02641-DGC |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| Roxanne G. Parson v. C.R. Bard, Inc., et al. CV-17-01724-PHX-DGC | |

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312 Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance with the Court as an additional attorney of record for Plaintiff Roxanne G. Parson, as personal representative of the Estate of Ruth H. Johnson, deceased. Counsel may be reached at the mailing and e-mail address listed above.

DATED this 3rd day of November 2019.

                        **HEAVISIDE REED ZAIC**

                        By /s/ Julia Reed Zaic
                           Julia Reed Zaic
                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Julia Reed Zaic