1    Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
     HEAVISIDE REED ZAIC
2    312 Broadway, Ste. 203
     Laguna Beach, California 92651
3    Telephone: (949) 715-5228
     julia@hrzlaw.com
4

5    Attorneys for Plaintiff

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8    IN RE: Bard IVC Filters Products Liability        Case No. 2:15-md-02641-DGC
9    Litigation

10   This Document Relates to:                         **NOTICE OF APPEARANCE**

11   Terry Hoke, et al.v. C.R. Bard, Inc., et al.
12   CV-16-00891-PHX-DGC

13

14        NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312

15   Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance

16   with the Court as an additional attorney of record for Plaintiffs Terry Hoke and Arinda Hoke.

17   Counsel may be reached at the mailing and e-mail address listed above.

18        DATED this 3rd day of November 2019.

19                                              **HEAVISIDE REED ZAIC**

20                                              By /s/ Julia Reed Zaic
21                                                   Julia Reed Zaic
                                                     Attorneys for Plaintiff
22

23

24

25

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on this 3rd day of November 2019, I electronically transmitted

3

the attached document to the Clerk's Office using the CM/ECF System for filing and

4

transmittal of a Notice of Electronic Filing.

5

/s/ Julia Reed Zaic

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25