AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Brenda Orcutt and Robert Orcutt | ) | Bard IVC Filters Litigation, 2:15-md-02641-DGC |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   CV-18-03072-PHX-DGC |
| C.R. Bard, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Brenda and Robert Orcutt                                                                                                 .

Date: November 3, 2019

/s/ Julia Reed Zaic
*Attorney's signature*

Julia Reed Zaic (CA 224671) (AZ *pro hac vice*)
*Printed name and bar number*

Heaviside Reed Zaic
312 Broadway Street, Suite 203
Laguna Beach, CA 92651
*Address*

julia@hrzlaw.com
*E-mail address*

949.715.5228
*Telephone number*

*FAX number*