David A. Wenner, Esq. (AZ #009886)
**SNYDER AND WENNER, P.C.**
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
Telephone (602) 224-0005
Facsimile (602) 381-8997
Email: jen@snyderwenner.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Relates to Plaintiff: Rick Shaw<br><br>Case No.: 2:18-cv-01593-DGC | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

To:     The Clerk of the Court and all parties of record:

Pursuant to Local Rule of Civil Procedure 83.3(a), David A. Wenner, of the law firm of Snyder and Wenner, P.C., hereby files his Notice of Appearance and advises that he is counsel of record for Rick Shaw in the above-referenced matter.

RESPECTFULLY SUBMITTED,

**SNYDER AND WENNER, P.C.**

By     /s/ David A. Wenner
_____
David A. Wenner, Esq.
2200 E. Camelback Road, Ste. 213
Phoenix, AZ 85016
*Attorney for Plaintiff*

I hereby certify that on this 4th day of November, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David A. Wenner

1