IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |

This Document Relates to Plaintiff(s)

William Sullenger

Civil Case #: 2:18-cv-04104-DGC

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff William Sullenger ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:18-cv-04104-DGC filed on November 16, 2018.  The Short Form Complaint was served on or forwarded to the Bard Defendants on November 20, 2018.

Respectfully submitted,

**McGLYNN, GLISSON & MOUTON**

Dated:   November 5, 2019

By: /s/Amanda L. Washington
Amanda L. Washington, LA #34811
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Amanda L. Washington
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**