Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV19-03486—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Terry J. Morris and Christina Morris, | |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Terry J. Morris and Christina Morris and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs.

By: <u>Annesley H. DeGaris</u>
Annesley H. DeGaris (ASB-9182-a63a)
DeGaris, Wright & McCall, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000;
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com

*Counsel for Plaintiffs*

Dated: November 5, 2019

By: <u>Richard B. North, Jr.</u>
Richard B. North, Jr., Esq.
Nelson Mullins Riley & Scarborough LLC
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Email: Richard.north@nelsonmullins.com

*Counsel for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

Dated: November 5, 2019

2