# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Terry J. Morris and Christina Morris,<br><br>       Plaintiffs,<br><br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br><br>       Defendants. | No. MDL 15-2641-PHX-DGC<br><br>No. CV17-03486—PHX-DGC<br><br><br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice between Plaintiffs Terry J. Morris and Christina Morris and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice is **granted**. The claims of Terry J. Morris and Christina Morris are dismissed in their entirety without prejudice to the re-filing of the same, and the parties are to bear their own costs

Dated this _____ day of November, 2019

_____
Honorable David G. Campbell
Senior Unites States District Judge

1