# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-01417-PHX-DGC | Nicole S. Almansouri | 05/30/2017 |
| 2:17-cv-03651-DGC | Scott W. Babcock | 12/06/2017 |
| 2:18-cv-04337-DGC | Kevin R. Boninsegna | N/A |
| 2:17-cv-03725-DGC | Andria Burden | 11/29/217 |
| 2:17-cv-03707-DGC | Elanora Carr | 12/01/2017 |
| 2:17-cv-04467-DGC | Mary F. Crawley | 12/15/2017 |
| 2:17-cv-03453-DGC | Joseph S. Dunham | 11/08/2017 |
| 2:18-cv-04473-DGC | Steven D. Herman | N/A |
| 2:17-cv-00991-DGC | Barbara L. Hogan | 04/14/2017 |
| 2:16-cv-00193-DGC | Ivana L. Hudson | 02/15/2016 |
| 2:18-cv-04509-DGC | Walter Keel | N/A |
| 2:18-cv-03702-DGC | Sarah D. Luken | N/A |
| 2:18-cv-03928-DGC | Tony McGee | N/A |
| 2:17-cv-03647-DGC | Janis Moore | 12/04/2017 |
| 2:19-cv-00493-DGC | Marcus A. Poston | 02/15/2019 |
| 2:18-cv-03948-DGC | Bennie J. Sneed | N/A |
| 2:17-cv-02008-DGC | Denise Soria | 07/07/2017 |
| 2:17-cv-02013-DGC | Jeremiah Thompson | 07/14/2017 |
| 2:17-cv-03715-DGC | Alfred Williams | 11/29/2017 |
| 2:18-cv-04417-DGC | Gloria Thibou | N/A |
| 2:18-cv-04389-DGC | Margaret McGuirk | N/A |