# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-04361-DGC | James J. Duncan | 01/16/2018 |
| 2:17-cv-03776-DGC | Christina Dunn | 11/30/2017 |
| 2:18-cv-04370-DGC | David Durham | N/A |
| 2:18-cv-03694-DGC | Richard Durrant | 12/17/2018 |
| 2:18-cv-04574-DGC | Ralph Edmiston | N/A |
| 2:17-cv-03443-DGC | Jeremy Edwards | 11/08/2017 |
| 2:19-cv-00441 | Jackie Evans | N/A |
| 2:17-cv-01758-DGC | Glenda L. Felder | 06/08/2017 |
| 2:17-cv-03486-DGC | Catherine J. Fielding | 11/06/2017 |
| 2:17-cv-03604-DGC | Lori J. Fisher | 12/06/2017 |
| 2:17-cv-02086-DGC | Lesley Flournoy | 07/10/2017 |
| 2:17-cv-01542-DGC | Daroy Freeman | N/A |
| 2:17-cv-01864-DGC | Rosemary P. Garcia | 07/11/2017 |
| 2:19-cv-00531 | Ryan Gasiorowski | N/A |
| 2:19-cv-00590 | Andrew Geller | N/A |
| 2:17-cv-02253-DGC | Kenneth Gleaton | 07/14/2017 |
| 2:18-cv-03659-DGC | Thomas Glibbery | N/A |
| 2:17-cv-04344-DGC | Ella Mae Gorby | 01/16/2018 |
| 2:18-cv-04617-DGC | Rodrick D. Gordon | 01/15/2019 |
| 2:17-cv-03498-DGC | Lawrence Green | 11/09/2017 |
| 2:18-cv-03445-DGC | DeMeco Green | 11/06/2018 |
| 2:19-cv-00466-DGC | Gary D. Green | N/A |
| 2:19-cv-00521 | JoeAnn Greene | N/A |
| 2:18-cv-04639-DGC | Andre Hamilton | N/A |
| 2:18-cv-03448-DGC | Lisa Hanner | 11/06/2018 |
| 2:17-cv-03427-DGC | Marcie Henry | 11/01/2017 |
| 2:16-cv-04165-DGC | William L. Henson | 12/08/2016 |
| 2:19-cv-02634 | Catherine M. Heywood | N/A |
| 2:17-cv-00202 | Jacqueline L. Hill | 01/31/2017 |
| 2:17-cv-02179-DGC | Catherine Hilliard | 07/20/2017 |
| 2:17-cv-04348-DGC | Clair R. Hipkins | 02/06/2018 |
| 2:18-cv-04578-DGC | Leroy P. Hockenberry | N/A |
| 2:17-cv-03072-DGC | Perry D. Hooper | 09/29/2017 |
| 2:18-cv-03633-DGC | Shiray M. Jackson | N/A |
| 2:19-cv-00114 | George E. Johnson | 01/16/2019 |

| | | |
|---|---|---|
| 2:18-cv-04508-DGC | Barbara Jones | N/A |
| 2:18-cv-00527-DGC | Michael Kane (Robert Kane, Rep) | 03/02/2018 |
| 2:18-cv-03645-DGC | Kevin Keatts | N/A |
| 2:17-cv-03601-DGC | Christopher J. Kennedy | 12/30/2017 |
| 2:18-cv-03613-DGC | James R. Kent | N/A |
| 2:18-cv-03770-DGC | Faheem Kinlaw | N/A |
| 2:17-cv-01663-DGC | Melissa Kiser (Scurlock) | 06/09/2017 |
| 2:19-cv-00646 | Doreen I. LaMacchia | N/A |
| 2:18-cv-01648-DGC | Sylvia Lamar | 06/12/2018 |
| 2:18-cv-03715-DGC | Miguel A. LaSalle | N/A |
| 2:17-cv-03465-DGC | Dolores J. Latawiec | 11/07/2017 |
| 2:18-cv-03622-DGC | Inez C. Lewis | N/A |
| 2:18-cv-02006 | Maria C. Longoria | 08/31/2018 |
| 2:17-cv-03433-DGC | Earl M. Loury | 10/27/2017 |