1  Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
2  HEAVISIDE REED ZAIC
   312 Broadway, Ste. 203
3  Laguna Beach, California 92651
   Telephone: (949) 715-5228
4  julia@hrzlaw.com

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | Case No. 2:15-md-02641-DGC |
|---|---|
| This Document Relates to: Cheryl McBean v. C.R. Bard, Inc., et al. CV-17-01273-PHX-DGC | **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312 Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance with the Court as an additional attorney of record for Plaintiff Cheryl McBean. Counsel may be reached at the mailing and e-mail address listed above.

DATED this 5th day of November, 2019.

**HEAVISIDE REED ZAIC**

By /s/ Julia Reed Zaic
   Julia Reed Zaic
   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and served all registrants in the above matter including the following:

          /s/ Laura Smith