# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Jacob Lowe,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-02746-PHX DGC<br><br>**ORDER** |
| Joann Luiz,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-03454-PHX DGC<br><br>**ORDER** |
| Barbara E. Maloney,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-04510-PHX DGC<br><br>**ORDER** |
| James Manchester,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-03684-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Archie L. Marks,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04430-PHX DGC<br><br>**ORDER** |
| Dana Marshall,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03734-PHX DGC<br><br>**ORDER** |
| Joe P. Martinez,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04500-PHX DGC<br><br>**ORDER** |
| Dawn M. Mayer,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-04162-PHX DGC<br><br>**ORDER** |
| Oliver R. Maynard,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03728-PHX DGC<br><br>**ORDER** |
| Joseph T. McCarthy,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04390-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sara D. McClelland,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04405-PHX DGC<br><br>**ORDER** |
| Robert W. McGowan,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03640-PHX DGC<br><br>**ORDER** |
| Billy L. McWhorter,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03700-PHX DGC<br><br>**ORDER** |
| Cheryl N. McWilliams,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03444-PHX DGC<br><br>**ORDER** |
| William R. Medley,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03491-PHX DGC<br><br>**ORDER** |
| Stephanie J. Menzies (Stubert) ,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02010-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David M. Meredith,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-03451-PHX DGC<br><br>**ORDER** |
| Levanstian L. Mitchell (Shannon Coleman, Rep),<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-00663-PHX DGC<br><br>**ORDER** |
| Robert Mohr,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-03729-PHX DGC<br><br>**ORDER** |
| William B. Montgomery,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-04413-PHX DGC<br><br>**ORDER** |
| Lucy Moore,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-03793-PHX DGC<br><br>**ORDER** |
| Susan K. Morales,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-01969-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephanie Moss,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-03880-PHX DGC<br><br>**ORDER** |
| Raymond Murray,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01970-PHX DGC<br><br>**ORDER** |
| Anthony K. Nance,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00951-PHX DGC<br><br>**ORDER** |
| Gary L. Nazarev (Vesselina Nazarev,<br>Rep),<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-03826-PHX DGC<br><br>**ORDER** |
| Megan Newbury,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01972-PHX DGC<br><br>**ORDER** |
| Jean M. Nguyen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00232-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nora R. Orman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03932-PHX DGC<br><br>**ORDER** |
| Nancy Overbey,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00449-PHX DGC<br><br>**ORDER** |
| Carrie L. Owens,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04360-PHX DGC<br><br>**ORDER** |
| John A. Parrett,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03087-PHX DGC<br><br>**ORDER** |
| Joseph E. Paskie,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01973-PHX DGC<br><br>**ORDER** |
| Dianna L. Pena,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04406-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Barbara J. Perez,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-03875-PHX DGC<br><br>**ORDER** |
| Carl D. Phillips,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04021-PHX DGC<br><br>**ORDER** |
| John H. Platt,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04020-PHX DGC<br><br>**ORDER** |
| Victoria Poad,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-03863-PHX DGC<br><br>**ORDER** |
| Clifford G. Polgreen,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-00471-PHX DGC<br><br>**ORDER** |
| Eva Poropat,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03634-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mark A. Prado,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00580-PHX DGC<br><br>**ORDER** |
| Dennis Price,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03430-PHX DGC<br><br>**ORDER** |
| Vidish Ramnath,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03920-PHX DGC<br><br>**ORDER** |
| Jose Ramos,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03838-PHX DGC<br><br>**ORDER** |
| Bento Rapoza,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00450-PHX DGC<br><br>**ORDER** |
| Peggie L. Raymond,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04449-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David A. Riley,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04407-PHX DGC<br><br>**ORDER** |
| Richard Rivers,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03943-PHX DGC<br><br>**ORDER** |
| Timothy Roberts,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04426-PHX DGC<br><br>**ORDER** |
| Linda L. Roberts-Wilson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00549-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20733.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20733) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of November, 2019.

David G. Campbell
Senior United States District Judge