# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Virginia L. Abler,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-03422-PHX DGC<br><br>**ORDER** |
| Nicholas A. Aguilar,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-03273-PHX DGC<br><br>**ORDER** |
| Dorothy Aldabishi,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-03356-PHX DGC<br><br>**ORDER** |
| Susann Allen,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-04440-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lamona Aman,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01560-PHX DGC<br><br>**ORDER** |
| Sandra L. Auzenne,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02281-PHX DGC<br><br>**ORDER** |
| Tressie Bach,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04350-PHX DGC<br><br>**ORDER** |
| Bobby Bagley,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03724-PHX DGC<br><br>**ORDER** |
| Joslyne K. Baker,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03457-PHX DGC<br><br>**ORDER** |
| Marina Balbuena,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03724-PHX- DGC<br><br>**ORDER** |

| | |
|---|---|
| Vincent R. Baldner,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04349-PHX DGC<br><br>**ORDER** |
| Sarah D. Barron,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV19-00623-PHX DGC<br><br>**ORDER** |
| Doris J. Bassett,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03407-PHX DGC<br><br>**ORDER** |
| Tiffany S. Bayton,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04352-PHX DGC<br><br>**ORDER** |
| Robert R. Blaise,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03538-PHX DGC<br><br>**ORDER** |
| William B. Braddock,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03067-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wendy A. Bransted,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04339-PHX DGC<br><br>**ORDER** |
| Charles P. Brinkley,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04342-PHX DGC<br><br>**ORDER** |
| Elaine Brochu,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-03556-PHX DGC<br><br>**ORDER** |
| Rebecca N. Brown,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-00435-PHX DGC<br><br>**ORDER** |
| Rebecca N. Brown,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-01557-PHX DGC<br><br>**ORDER** |
| Nancy Brown,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-03499-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda N. Brownstein,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03501-PHX DGC<br><br>**ORDER** |
| Jennifer A. Carlson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04504-PHX DGC<br><br>**ORDER** |
| Rory Carlson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00506-PHX DGC<br><br>**ORDER** |
| Joe A. Cawthron,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04395-PHX DGC<br><br>**ORDER** |
| Frank A. Clayton,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01636-PHX DGC<br><br>**ORDER** |
| Patrick L. Clifford,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-04188-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Juanita Coller,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04373-PHX DGC<br><br>**ORDER** |
| Karen Cooper,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00437-PHX DGC<br><br>**ORDER** |
| John Constantino,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03549-PHX DGC<br><br>**ORDER** |
| Florence Crow,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03207-PHX DGC<br><br>**ORDER** |
| Lorene M. Crowe,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00191-PHX DGC<br><br>**ORDER** |
| William S. Cunningham,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00507-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roger Cunningham,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03535-PHX DGC<br><br>**ORDER** |
| Denise Curtis,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03625-PHX DGC<br><br>**ORDER** |
| Susan Custer,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02517-PHX DGC<br><br>**ORDER** |
| Alvin Cuttler,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02834-PHX DGC<br><br>**ORDER** |
| Joanna Darwactor,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV15-02308-PHX DGC<br><br>**ORDER** |
| April D. Davis,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03561-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rex A. Dawedeit,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03171-PHX DGC<br><br>**ORDER** |
| Laura Dease,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04371-PHX DGC<br><br>**ORDER** |
| Mohamed Deen,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00186-PHX DGC<br><br>**ORDER** |
| Patricia K. Delmont,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03736-PHX DGC<br><br>**ORDER** |
| Theresa M. Dempsey,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01751-PHX DGC<br><br>**ORDER** |
| Jane M. Dhaene,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04351-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jose A. Disla,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-01739-PHX DGC<br><br>**ORDER** |
| Diane Domka,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-04626-PHX DGC<br><br>**ORDER** |
| Jeffrey L. Donahue,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03704-PHX DGC<br><br>**ORDER** |
| Billy Downey,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-03428-PHX DGC<br><br>**ORDER** |

The Court has considered the amended stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20865.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20865) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of November, 2019.

David G. Campbell
Senior United States District Judge