# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| James J. Duncan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04361-PHX DGC<br><br>**ORDER** |
| Christina Dunn,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03776-PHX DGC<br><br>**ORDER** |
| David Durham,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04370-PHX DGC<br><br>**ORDER** |
| Richard Durrant,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03694-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ralph Edmiston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04574-PHX DGC<br><br>**ORDER** |
| Jeremy Edwards,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03443-PHX DGC<br><br>**ORDER** |
| Jackie Evans,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00441-PHX DGC<br><br>**ORDER** |
| Glenda L. Felder,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01758-PHX DGC<br><br>**ORDER** |
| Catherine J. Fielding,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03486-PHX DGC<br><br>**ORDER** |
| Lori J. Fisher,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03604-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lesley Flournoy,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02086-PHX DGC<br><br>**ORDER** |
| Daroy Freeman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-01542-PHX DGC<br><br>**ORDER** |
| Rosemary P. Garcia,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-01864-PHX DGC<br><br>**ORDER** |
| Ryan Gasiorowski,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00531-PHX DGC<br><br>**ORDER** |
| Andrew Geller,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00590-PHX DGC<br><br>**ORDER** |
| Kenneth Gleaton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02253-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Thomas Glibbery,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03659-PHX DGC<br><br>**ORDER** |
| Ella Mae Gorby,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04344-PHX DGC<br><br>**ORDER** |
| Rodrick D. Gordon,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04617-PHX DGC<br><br>**ORDER** |
| Lawrence Green,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03498-PHX DGC<br><br>**ORDER** |
| DeMeco Green,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03445-PHX DGC<br><br>**ORDER** |
| Gary D. Green,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00466-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| JoeAnn Greene,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00521-PHX DGC |
| Andre Hamilton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04639-PHX DGC<br><br>**ORDER** |
| Lisa Hanner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03448-PHX DGC<br><br>**ORDER** |
| Marcie Henry,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03427-PHX DGC<br><br>**ORDER** |
| William L. Henson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04165-PHX DGC<br><br>**ORDER** |
| Catherine M. Heywood,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-2634-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jacqueline L. Hill,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-00202-PHX DGC<br><br>**ORDER** |
| Catherine Hilliard,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-02179-PHX DGC<br><br>**ORDER** |
| Clair R. Hipkins,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-04348-PHX DGC<br><br>**ORDER** |
| Leroy P. Hockenberry,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-04578-PHX DGC<br><br>**ORDER** |
| Perry D. Hooper,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03072-PHX DGC<br><br>**ORDER** |
| Shiray M. Jackson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03633-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| George E. Johnson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00114-PHX DGC<br><br>**ORDER** |
| Barbara Jones,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04508-PHX DGC<br><br>**ORDER** |
| Michael Kane (Robert Kane, Rep),<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-00527-PHX DGC<br><br>**ORDER** |
| Kevin Keatts,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03645-PHX DGC<br><br>**ORDER** |
| Christopher J. Kennedy,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-03601-PHX DGC<br><br>**ORDER** |
| James R. Kent,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03613-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Faheem Kinlaw,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03770-PHX DGC<br><br>**ORDER** |
| Melissa Kiser (Scurlock),<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01663-PHX DGC<br><br>**ORDER** |
| Doreen I. LaMacchia,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00646-PHX DGC<br><br>**ORDER** |
| Sylvia Lamar,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01648-PHX DGC<br><br>**ORDER** |
| Miguel A. LaSalle,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03715-PHX DGC<br><br>**ORDER** |
| Dolores J. Latawiec,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03465-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Inez C. Lewis,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03622-PHX DGC<br><br>**ORDER** |
| Maria C. Longoria,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-02006-PHX DGC<br><br>**ORDER** |
| Earl M. Loury,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03433-PHX DGC<br><br>**ORDER** |

The Court has considered the amended stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20866.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20866) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of November, 2019.

_____
David G. Campbell
Senior United States District Judge