# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michael Rogers,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-02532-PHX DGC<br><br>**ORDER** |
| Bobbie J. Rucker,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-03777-PHX DGC<br><br>**ORDER** |
| Debra A. Rucker,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-04513-PHX DGC<br><br>**ORDER** |
| M.A. Sargo,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03796-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Herbert E. Scott,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03283-PHX DGC<br><br>**ORDER** |
| Evelyn M. Seals,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-02566-PHX DGC<br><br>**ORDER** |
| Sharon A. Seay,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03996-PHX DGC<br><br>**ORDER** |
| Donald E. Sebastian,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-01304-PHX DGC<br><br>**ORDER** |
| Richard B. Shannon,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03897-PHX DGC<br><br>**ORDER** |
| Thomas J. Simmons,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-03842-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Skidmore,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03800-PHX DGC<br><br>**ORDER** |
| Kim K. Slater,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02006-PHX DGC<br><br>**ORDER** |
| Samuel J. Smith,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04380-PHX DGC<br><br>**ORDER** |
| Christopher L. Smith,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04185-PHX DGC<br><br>**ORDER** |
| Bertha Tipton as Representative of Charmaine N. Somerville,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04026-PHX DGC<br><br>**ORDER** |
| Cynthia J. Stephenson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03525-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ann L. Stephenson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04496-PHX DGC<br><br>**ORDER** |
| Diane L. Strawbridge,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02490-PHX DGC<br><br>**ORDER** |
| Sean Sullivan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03886-PHX DGC<br><br>**ORDER** |
| Mark Sutter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00667-PHX DGC<br><br>**ORDER** |
| Diana L. Swezey,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03844-PHX DGC<br><br>**ORDER** |
| Beverly Tackett,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-04434-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Paul Taylor,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-04384-PHX DGC<br><br>**ORDER** |
| Jesica Taylor,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03652-PHX DGC<br><br>**ORDER** |
| Anthony Terrizzi,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04497-PHX DGC<br><br>**ORDER** |
| Janice H. Tipton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03787-PHX DGC<br><br>**ORDER** |
| Michael A. Toliver,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04451-PHX DGC<br><br>**ORDER** |
| Patricia J. Tovar,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00552-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dianne Udell,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04644-PHX DGC<br><br>**ORDER** |
| Mary A. Ulatowski,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-00124-PHX DGC<br><br>**ORDER** |
| Noris Valerio,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00567-PHX DGC<br><br>**ORDER** |
| Deborah R. Vaughn,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03387-PHX DGC<br><br>**ORDER** |
| Billy Walker,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00669-PHX DGC<br><br>**ORDER** |
| Bryant S. Walker,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00598-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Eric Walters,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03991-PHX DGC<br><br>**ORDER** |
| Leallen N. Whertvine,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00600-PHX DGC<br><br>**ORDER** |
| Irene S. White,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00602-PHX DGC<br><br>**ORDER** |
| Mary L. Whiteside,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03971-PHX DGC<br><br>**ORDER** |
| Lori L. Wiggins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00450-PHX DGC<br><br>**ORDER** |
| Prencilla Williams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03727-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Marvin Williams,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-03850-PHX DGC<br><br>**ORDER** |
| Sylvester Williams,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV19-00603-PHX DGC<br><br>**ORDER** |
| Jeannie H. Wills,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-03431-PHX DGC<br><br>**ORDER** |
| Jeannie H. Wills,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-01190-PHX DGC<br><br>**ORDER** |
| Jeannie H. Wills,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV19-03466-PHX DGC<br><br>**ORDER** |
| Deborah A. Wilson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV19-00673-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Juliette B. Wilson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03990-PHX DGC<br><br>**ORDER** |
| Randall L. Wilson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03926-PHX DGC<br><br>**ORDER** |
| Aleria Wilson-Zohy,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03626-PHX DGC<br><br>**ORDER** |
| Ivory D. Winn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00475-PHX DGC<br><br>**ORDER** |
| Terry Witcher,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00605-PHX DGC<br><br>**ORDER** |
| Stanford L. Young,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-03093-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna T. Zaretzka,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03927-PHX DGC<br><br>**ORDER** |
| Sheree Morris (Shereber Morris, Rep) ,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03975-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20735.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20735) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of November, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge