# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Nicole S. Almansouri,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01417-PHX DGC<br><br>**ORDER** |
| Scott W. Babcock,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03651-PHX DGC<br><br>**ORDER** |
| Kevin R. Boninsegna,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04337-PHX DGC<br><br>**ORDER** |
| Andria Burden,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03725-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Elanora Carr,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03707-PHX DGC<br><br>**ORDER** |
| Mary F. Crawley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04467-PHX DGC<br><br>**ORDER** |
| Joseph S. Dunham,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03453-PHX DGC<br><br>**ORDER** |
| Steven D. Herman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04473-PHX DGC<br><br>**ORDER** |
| Barbara L. Hogan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00991-PHX DGC<br><br>**ORDER** |
| Ivana L. Hudson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00193-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Walter Keel,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-04509-PHX DGC<br><br>**ORDER** |
| Sarah D. Luken,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03702-PHX DGC<br><br>**ORDER** |
| Tony McGee,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-03928-PHX DGC<br><br>**ORDER** |
| Janis Moore,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03647-PHX DGC<br><br>**ORDER** |
| Marcus A. Poston,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-00493-PHX DGC<br><br>**ORDER** |
| Bennie J. Sneed,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV18-03948-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Denise Soria,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02008-PHX DGC<br><br>**ORDER** |
| Jeremiah Thompson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02013-PHX DGC<br><br>**ORDER** |
| Alfred Williams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03715-PHX DGC<br><br>**ORDER** |
| Gloria Thibou,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04417-PHX DGC<br><br>**ORDER** |
| Margaret McGuirk,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04389-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20863.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20863) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of November, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge