# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

 

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03355-DGC | Billy C. Adams | 10/29/2018 |
| 2:18-cv-03357-DGC | Joseph S. Ali | 10/30/2018 |
| 2:17-cv-03484-DGC | George R. Allen | 11/07/2017 |
| 2:18-cv-02840-DGC | Jacqueline Z. Allen | 09/19/218 |
| 2:18-cv-03451-DGC | Joseph Anderson | 11/05/2018 |
| 2:18-cv-03611-DGC | Boyd Atchley | 11/13/2018 |
| 2:18-cv-03454-DGC | Annette Atkinson | 12/06/2018 |
| 2:19-cv-00621 | Luanne K. Aviles | N/A |
| 2:19-cv-00622 | Maureen M. Badnick | N/A |
| 2:18-cv-03456-DGC | Betty Bagley | 12/11/2018 |
| 2:18-cv-01097 | Berby Balthazar | 05/02/2018 |
| 2:17-cv-04064-DGC | Gary W. Barber | 12/28/2017 |
| 2:17-cv-03656-DGC | James A. Barker | 12/04/2017 |
| 2:16-cv-00198-DGC | Timothy A. Barnett | 02/10/2016 |
| 2:17-cv-03463-DGC | Walter Barnett | 11/03/2017 |
| 2:18-cv-04350-DGC | Deon Barrett | N/A |
| 2:19-cv-00479 | Patrick Basior | N/A |
| 2:17-cv-01614-DGC | Perl K. Beety | 06/06/2017 |
| 2:19-cv-00433 | Trevor R. Benoy | 01/19/2018 |
| 2:19-cv-00434 | Mark A. Bergnach | N/A |
| 2:17-cv-04364-DGC | Keven M. Birdine | 01/18/2018 |
| 2:17-cv-03461-DGC | Samuel D. Black | 11/02/2017 |
| 2:15-cv-01717-DGC | Heather J. Blacketer | 06/30/2016 |
| 2:18-cv-04356-DGC | Thomas L. Blackwell | N/A |
| 2:17-cv-00305-DGC | Sigrid P. Bladen | 02/10/2017 |
| 2:18-cv-04334 | Timothy D. Blakney | N/A |
| 2:18-cv-04335-DGC | Michelle M. Blythe | N/A |
| 2:18-cv-03553-DGC | Jerry L. Boyd | 12/17/2018 |
| 2:19-cv-00504 | Stephen L. Brannen | N/A |
| 2:19-cv-00654-DGC | Donald E. Brechbill (Bobbi Brechbill, Personal Rep) | N/A |
| 2:18-cv-04340-DGC | Lillian M. Brent (Kimberly Hibbs, Personal Rep) | N/A |
| 2:18-cv-04343-DGC | Cheryl Brocher | N/A |
| 2:18-cv-04344-DGC | Bobby Brock | N/A |

| | | |
|---|---|---|
| 2:18-cv-03559-DGC | Eddie R. Bromwich | 12/18/2018 |
| 2:18-cv-04345-DGC | James Brown | N/A |
| 2:19-cv-00518 | Dale E. Buie | N/A |
| 2:19-cv-00627 | Donna J. Bultema | N/A |
| 2:17-cv-04408-DGC | Phyllis Burrell-Karriem | 01/19/2018 |
| 2:19-cv-00459 | Ronnie D. Burroughs | N/A |
| 2:17-cv-03716-DGC | James D. Byirt | 12/04/2017 |
| 2:17-cv-03464-DGC | Charlene Carl | 11/06/2017 |
| 2:19-cv-00496; 2:19-cv-00519 | Christina M. Carnes | 02/11/2019; N/A |
| 2:17-cv-01735-DGC | Kimberly A. Carpenter | N/A |
| 2:17-cv-03635-DGC | John S. Carter | 12/04/2017 |
| 2:18-cv-04568 | Kathleen Centennial | N/A |
| 2:18-cv-03523-DGC | Antoine J. Chery | 12/19/2018 |
| 2:17-cv-04392-DGC | Jessica C. Clark | 01/16/2018 |
| 2:18-cv-03525-DGC | Danielle Clayton | 12/19/2018 |
| 2:18-cv-04396-DGC | Jessie M. Coates | N/A |
| 2:17-cv-03457-DGC | Carlyn M. Coffee | 11/06/2017 |