# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03698-DGC | Curtis E. Coleman | 11/30/2017 |
| 2:18-cv-03530-PHX-DGC | Ronald C. Coleman | 12/19/2018 |
| 2:18-cv-03760-DGC | Terry J. Collier | 12/19/2018 |
| 2:18-cv-03672-DGC | Roosevelt Collins | 12/19/2018 |
| 2:18-cv-04571-DGC | Javon Conner | N/A |
| 2:17-cv-03065 | Wanda Cooperwood | 09/29/2017 |
| 2:18-cv-03772-DGC | Rocky E. Corley | 12/20/2018 |
| 2:19-cv-00438 | Gerard R. Couture | N/A |
| 2:19-cv-00571 | Donna M. Cox | N/A |
| 2:17-cv-03550-DGC | Davis T. Crockett | 11/06/2017 |
| 2:17-cv-01166-DGC | Violet Cromwell | 04/25/2017 |
| 2:19-cv-00630 | Terry G. Crum | N/A |
| 2:18-cv-04372-DGC | Joveniese I. Cruz | N/A |
| 2:18-cv-04472-DGC | Christopher W. Cusack | N/A |
| 2:17-cv-03761-DGC | Gloria A. Dantigna | 12/13/2017 |
| 2:17-cv-02129-DGC | Robert Davis | 07/17/2017 |
| 2:17-cv-02775-PHX-DGC | John J. Davis | 09/08/2017 |
| 2:18-cv-04507-DGC | George Davis | N/A |
| 2:18-cv-04625-DGC | Kimberly A. Davis | N/A |
| 2:19-cv-00463-DGC | Mary A. Davis | N/A |
| 2:18-cv-03706-DGC | Stephen C. Dawson | 12/21/2018 |
| 2:18-cv-03677-DGC | Ronald J. De Piro | 12/21/2018 |
| 2:17-cv-03532-DGC | Christopher J. DeAngelis | 11/06/2017 |
| 2:19-cv-00631 | Gisela B. Deason | N/A |
| 2:17-cv-03066-DGC | Lea P. Deaton | 09/29/2017 |
| 2:18-cv-03539-DGC | Brad V. DeMeere | 12/21/2018 |
| 2:18-cv-04493-DGC | Filomena DiSciullo | N/A |
| 2:17-cv-04236-DGC | Leslie R. Dixon | 12/06/2017 |
| 2:17-cv-03471-DGC | Kirk Douglas | 11/08/2017 |
| 2:18-cv-03629-DGC | Benjamin Dukes | 12/17/2018 |
| 2:16-cv-03808-DGC | Shelley Dunkel | 11/11/2016 |
| 2:16-cv-02664-DGC | Allen R. Durough | 08/15/2016 |
| 2:16-cv-03163-DGC | Gordon E. Edelmann | N/A |
| 2:18-cv-03615-DGC | Kenneth L. Elsleger | 01/15/2019 |
| 2:18-cv-04558-DGC | Tammy Encalade | N/A |

| | | |
|---|---|---|
| 2:18-cv-03666-DGC | Felicia M. Evans | 12/20/2019 |
| 2:19-cv-00633 | Darryl Fiset | N/A |
| 2:16-cv-02194-DGC | Hilda Fletcher | 07/18/2016; 07/20/2016 |
| 2:19-cv-00529 | Gary D. Foland | N/A |
| 2:18-cv-03647-DGC | Linda M. Foote | N/A |
| 2:19-cv-00464-DGC | Christopher L. Forbes | N/A |
| 2:19-cv-00634 | Scott E. Foster | N/A |
| 2:18-cv-00680-DGC | Jack E. Fox | 03/13/2018 |
| 2:19-cv-00443-DGC | Darrin Foy | N/A |
| 2:18-cv-03730-DGC | John Glavin | N/A |
| 2:18-cv-03707-DGC | Hilda Garcia | N/A |
| 2:19-cv-00637-DGC | Shacora R. Gardner-Chasen | N/A |
| 2:17-cv-04432-DGC | Larry D. Gertsch | 01/18/2018 |
| 2:17-cv-04436-DGC | Perry Glasscock | 01/19/2018 |