# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03753-DGC | Danielle Graves | N/A |
| 2:19-cv-00497-DGC | Bertha Griffin | 02/14/2019 |
| 2:19-cv-01140-PHX-DGC | Joshua Hall | N/A |
| 2:18-cv-04485-DGC | Peter B. Hamilton | N/A |
| 2:18-cv-04426-DGC | Kathryn M. Handke (Gary Handke, POA) | N/A |
| 2:19-cv-00642 | Candace D. Haralson | N/A |
| 2:18-cv-03469-DGC | Derrick Hardnett | N/A |
| 2:16-cv-00824-DGC | Lena Harrington | 03/31/82016 |
| 2:18-cv-04576-DGC | Carrie L. Harvey | N/A |
| 2:18-cv-02373 | Virginia L. Hayden | 08/29/2018 |
| 2:17-cv-00390-DGC | Emile Hayes | 02/13/2017 |
| 2:19-cv-02545-PHX-DGC | Jordan Heiger | N/A |
| 2:16-cv-00228-DGC | James E. Henry | 02/15/2016 |
| 2:18-cv-02427-DGC | Shayne Hibbard | 08/22/2018 |
| 2:19-cv-00468-PHX-DGC | Margaret E. Highsmith | N/A |
| 2:17-cv-03701-DGC | Brenda R. Hill | 11/29/2017 |
| 2:18-cv-03480-DGC | David C. Hirt | 12/07/2018 |
| 2:17-cv-01936-DGC | Sanantone Hodges | 07/03/2017 |
| 2:17-cv-03542-DGC | Stacey L. Horton | 11/10/2017 |
| 2:17-cv-01938-DGC | James C. Hudson | 06/30/2017 |
| 2:18-cv-03488-DGC | Roger N. Huffman | 12/10/2018 |
| 2:18-cv-04369-DGC | Kemene A. Hunter | N/A |
| 2:18-cv-03491-DGC | Jeffery Hurst | 12/04/2018 |
| 2:17-cv-03084-DGC | Alvis L. Irwin | 09/22/2017 |
| 2:17-cv-01363-DGC | Angela K. Jackson | 07/06/2017 |
| 2:17-cv-03473-DGC | William A. Jackson | 11/10/2017 |
| 2:17-cv-03507-DGC | Jeffrey A. Jackson | 11/30/2017 |
| 2:19-cv-00201-DGC | Linda K. Jackson | 01/25/2019 |
| 2:19-cv-01387-DGC | Juanita Jackson | 03/20/2019 |
| 2:18-cv-04621-DGC | Sandy L. Jett-Williams | N/A |
| 2:19-cv-00470 | Sheliba Jiles | N/A |
| 2:17-cv-02988-PHX-DGC | Mary J. Johnson | 09/18/2017 |
| 2:16-cv-04161-DGC | Delores R. Jones | 12/09/2016 |
| 2:17-cv-04421-DGC | Marlena E. Jones | 02/01/2018 |

| | | |
|---|---|---|
| 2:18-cv-00257 | Charlotte D. Jones | 02/20/2018 |
| 2:18-cv-01343-PHX-DGC | Eileen Jordan | 05/17/2018 |
| 2:19-cv-00446 | Aaron J. Joseph | N/A |
| 2:16-cv-00805-DGC | Barbara J. Kaplysh | 03/31/2016 |
| 2:17-cv-03458-DGC | Henry O. Kennedy | 11/08/2017 |
| 2:17-cv-02872-PHX-DGC | Michael J. Kett | 09/08/2017 |
| 2:16-cv-00224-DGC | Janet A. Kimbro | 02/15/2016 |
| 2:17-cv-01955-DGC | Frank D. King | 06/29/2017 |
| 2:17-cv-03603; 2:19-cv-04021 | Daniene King | 11/30/2017; 06/24/2019 |
| 2:17-cv-04423-DGC | Wallene Kingston-O'Reilly | 02/05/2018 |
| 2:18-cv-03771-DGC | John H. Kirin | N/A |
| 2:18-cv-04399-DGC | William C. Kirsch | N/A |
| 2:18-cv-01328-DGC | Peter Kitchin | 05/23/2018 |
| 2:18-cv-04028-DGC | David Kizziah | N/A |
| 2:18-cv-04394-DGC | Shirley Knaster | N/A |
| 2:17-cv-01959-DGC | Elizabeth A. Kristoff | 06/29/2017 |