CARNEY BADLEY SPELLMAN, P.S.
701 5th Avenue, Suite 3600
Seattle, WA 98104
Telephone: 206-622-8020
Fax: 206-467-8215
*Attorneys for Plaintiff Maria Dalbotten*

Honorable David G. Campbell

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | NO. MD-15-02641-PHX-DGC<br><br>PLAINTIFF DALBOTTEN'S REQUEST FOR REMAND |

Pursuant to Case Management Order No. 42 (Doc. 164343), Plaintiff Maria Dalbotten requests that the Court remand or transfer her case to the United States District Court in Montana, Great Falls Division.

RESPECTFULLY SUBMITTED this 7th day of November, 2019.

*s/ Nicholas P. Scarpelli Jr.*
Attorneys for Plaintiff Dalbotten
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

PLAINTIFF DALBOTTEN'S REQUEST FOR REMAND – 1
(MD-15-02641-PHX-DGC)

DAL019-0001 5957907

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

                                        *s/ Nicholas P. Scarpelli Jr.*

PLAINTIFF DALBOTTEN'S REQUEST FOR REMAND – 2
(MD-15-02641-PHX-DGC)

DAL019-0001 5957907

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020