# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

    Dated this _____ day of _____, 2019

 

                                                HONORABLE DAVID G. CAMPBELL
                                                Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:17-cv-03086-DGC | Juan C. La Rosa | 09/29/2017 |
| 2:17-cv-03506-DGC | Gaitri L. Lachhman | 11/07/2017 |
| 2:17-cv-04521-DGC | John Lancaster | 02/07/218 |
| 2:18-cv-03699-DGC | Jasson T. Lanham | N/A |
| 2:18-cv-03717-DGC | Adam Lanham | N/A |
| 2:17-cv-04354-DGC | Robert G. Larson | 02/02/2018 |
| 2:19-cv-00116-DGC | Stephen W. Layton | 01/24/2019 |
| 2:19-cv-01136-DGC | Rumell G. Lee | 03/13/2019 |
| 2:19-cv-00843-DGC | Margie A. Leglu | 02/26/2019 |
| 2:18-cv-04393-DGC | Robert W. Lehr | N/A |
| 2:18-cv-03758-DGC | Brenda B. Liggins | N/A |
| 2:18-cv-04486-DGC | Matthew W. Lightbody | N/A |
| 2:18-cv-01260-DGC | Jana Lightfoot | 05/08/2018 |
| 2:18-cv-03723-DGC | Barry C. Long | N/A |
| 2:18-cv-04392-DGC | Nikki L. Ludden | N/A |
| 2:18-cv-03696-DGC | Richard A. Malcomson | N/A |
| 2:18-cv-03704-DGC | Doris A. Martin | N/A |
| 2:18-cv-03768-DGC | Devin L. Mason | N/A |
| 2:17-cv-01965-DGC | Howard Mathews | 06/30/2017 |
| 2:17-cv-03437-DGC | Janette J. Matthews | 11/08/2017 |
| 2:18-cv-04391-DGC | David A. McCaig | N/A |
| 2:19-cv-00659-DGC | John McGreath | N/A |
| 2:18-cv-02733-DGC | James S. McKeller | 09/07/2018 |
| 2:18-cv-04446-DGC | Edna McLaurin | N/A |
| 2:17-cv-03642-DGC | Curtisteen McNeal | 11/30/2017 |
| 2:18-cv-04405-DGC | Joseph J. Merola | N/A |
| 2:19-cv-00938-DGC | Juanita M. Merritt | 03/05/2019 |
| 2:18-cv-04581-DGC | Michelle K. Messner | N/A |
| 2:18-cv-03952-DGC | Steven Miller | N/A |
| 2:19-cv-00662-DGC | Dianne M. Milton | N/A |
| 2:19-cv-00655-DGC | Rita G. Minnix (Michael D. Minnix, Personal Rep) | N/A |
| 2:18-cv-04448-DGC | Mildred Myers | N/A |
| 2:16-cv-00226-DGC | Tammy G. Nava-Celestino (Lopez) | 02/17/2016 |

| | | |
|---|---|---|
| 2:18-cv-03794-DGC | Jack Neild | 1/14/2019 |
| 2:17-cv-04393-DGC | Susan M. Nelson | 02/05/2018 |
| 2:18-cv-04475-DGC | Jimmie L. Nichols | N/A |
| 2:16-cv-00470-DGC | Albert A. Noa | 02/29/2016 |
| 2:18-cv-02912-DGC | Heather Parker | 12/06/2018 |
| 2:18-cv-04435-DGC | Joseph L. Parsons | N/A |
| 2:18-cv-01057-DGC | Elizabeth A. Pelis | 07/07/2017 |
| 2:19-cv-00665-DGC | Carol S. Perella | N/A |
| 2:18-cv-03803-DGC | Estella Peyton | 01/14/2019 |
| 2:18-cv-04512-DGC | Joyce Pikula | N/A |
| 2:18-cv-03864-DGC | John Popp | N/A |
| 2:18-cv-04012; 2:18-cv-04124 | Jody L. Post | N/A; 12/10/2018 |
| 2:18-cv-04487-DGC | Ronald Powell | N/A |
| 2:16-cv-00255-DGC | James E. Pugh | 02/19/2016 |
| 2:18-cv-03867-DGC | Tammy L. Raglin | N/A |
| 2:18-cv-04477-DGC | Paulette M. Realy | N/A |