# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03970-DGC | Kedrick Trotter | N/A |
| 2:19-cv-00352-DGC | Winston L. Turner | N/A |
| 2:17-cv-03080-DGC | Dudley F. Turpin | 09/25/2017 |
| 2:17-cv-03413-DGC | Eleanor L. Vails | 10/30/2017 |
| 2:18-cv-03937-DGC | Linda G. Vargas | N/A |
| 2:18-cv-02941-DGC | Jeff S. Vela | 10/01/2018 |
| 2:18-cv-03806-DGC | Jose Velez | N/A |
| 2:18-cv-03807-DGC | Patrick E. Vincent | N/A |
| 2:18-cv-03804-DGC | Richard E. Von Linsowe (William Von Linsowe, Personal Rep) | N/A |
| 2:17-cv-02016-DGC | Dalynn D. Wade | 07/13/2017 |
| 2:18-cv-03388-DGC | Sally R. Wagner | 11/02/2018 |
| 2:17-cv-04411-DGC | Paul M. Walker | 02/01/218 |
| 2:18-cv-03808-DGC | Theresa Walker | N/A |
| 2:18-cv-04418-DGC | Virgil M. Walker | N/A |
| 2:19-cv-00839-DGC | Maggie Wallace | N/A |
| 2:18-cv-03885-DGC | Lawrence C. Walton | N/A |
| 2:17-cv-03441-DGC | Charles Warren | 10/12/2017 |
| 2:18-cv-02851-DGC | Mary A. Washington | 09/20/2018 |
| 2:17-cv-03449-DGC | Christy Watts | 11/06/2017 |
| 2:18-cv-01342-DGC | Russell Watts | 05/23/2018 |
| 2:17-cv-03753-DGC | Darrell Wells | 11/30/2017 |
| 2:18-cv-00983-DGC | Jamie Wenger | 04/13/2018 |
| 2:18-cv-03852-DGC | Antwoin Weston | N/A |
| 2:18-cv-03788-DGC | James D. White | N/A |
| 2:18-cv-03883-DGC | Elaine D. Wilkinson | N/A |
| 2:17-cv-02015-DGC | Charlie Williams | 07/13/2017 |
| 2:18-cv-03057-DGC | Cheryll M. Williams | 10/04/2018 |
| 2:18-cv-03998-DGC | Verdia Williams | N/A |
| 2:17-cv-02201-PHX-DCG | Cora C. Williford | 07/20/2017 |
| 2:19-cv-00586 | Ross Wolff | N/A |
| 2:18-cv-03961-DGC | Billy Wood | 01/02/2019 |
| 2:18-cv-03849-DGC | Helen Woodruff-Merrill | N/A |
| 2:18-cv-04606-DGC | Michael J. Woods | N/A |

| | | |
|---|---|---|
| 2:17-cv-00612 | Ciara A. Worley | 03/10/2017 |
| 2:17-cv-03531-DGC | Jennifer D. Wright | 12/04/2017 |
| 2:18-cv-03813-DGC | Todd M. Wright | N/A |
| 2:18-cv-04619-DGC | Donna Wright | N/A |
| 2:19-cv-00675-DGC | Khatima Yancy | N/A |
| 2:18-cv-04498-DGC | Sidney Young | N/A |
| 2:18-cv-04423-DGC | Frank Zeledon | N/A |