# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-PHX-DGC

This Document Relates to Plaintiff:

WILLIAM GOSNELL
Civil Action No. 2:19-cv-01657-DGC

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:19-cv-01657-DGC.

Dated this 17th day of July 2019.         Respectfully Submitted,

**COWPER LAW LLP**

By:    /s/ C. Moze Cowper
C. Moze Cowper
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024
mcowper@cowperlaw.com
Tel. (877) 529-3707
Fax (877) 284-0980
*Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By:    /s/ Richard B. North, Jr.
Richard B. North, Jr.
201 17th Street, NW, Ste. 1700
Atlanta, GA 30363
Tel. (404) 322-6000
Fax (404) 332-6397
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ C. Moze Cowper
C. Moze Cowper