Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
HEAVISIDE REED ZAIC
312 Broadway, Ste. 203
Laguna Beach, California 92651
Telephone: (949) 715-5228
julia@hrzlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | Case No. 2:15-md-02641-DGC |
| This Document Relates to:<br><br>Julius Campbell III v. C.R. Bard, Inc., et al.<br>CV-16-01868-PHX-DGC | **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312 Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance with the Court as an additional attorney of record for Plaintiff Julius Campbell III, as Executor of the Estate of Jeanne Campbell.  Counsel may be reached at the mailing and e-mail address listed above.

DATED this 8th day of November, 2019.

HEAVISIDE REED ZAIC

By /s/ Julia Reed Zaic
Julia Reed Zaic
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and served all registrants in the above matter including the following:

/s/ Laura Smith