UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Theda Banks, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No. CV-17-1071-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and | ) | |
| C. R. Bard, Inc., et al., | ) | |
| | ) | |
| Defendant. | | |

## **REQUEST FOR REMAND**

Pursuant to Case Management Order No. 42 (Doc. 164343), Plaintiff Theda Banks requests that the Court remand or transfer her case to the United States District Court, Middle District Court of Louisiana, Baton Rouge, Louisiana.

RESPECTFULLY SUBMITTED this 12th day of November, 2019
,
**CARTER LAW GROUP, LLC**


*/s/ Pamela W. Carter*
**PAMELA W. CARTER  (La. Bar No. 24048)**
9217 Jefferson Highway
New Orleans, Louisiana   70123
Telephone:  (504) 527-5055
Facsimile:   (504) 527-5056
Email: pcarter@carterlawgroupllc.com
**ATTORNEYS FOR PLAINTIFF,
THEDA BANKS**

## CERTIFICATE OF SERVICE

**I HEREBY** I hereby certify that on this 12th day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing

        */s/ Pamela W. Carter*
        **PAMELA W. CARTER**

PLAINTIFF BANKS' REQUEST FOR REMAND -1     CARTER LAW GROUP, LLC
Civil Action No. CV-17-1071-PHX-DGC     9217 Jefferson Highway
   River Ridge, LA  70123