Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
HEAVISIDE REED ZAIC
312 Broadway, Ste. 203
Laguna Beach, California 92651
Telephone: (949) 715-5228
julia@hrzlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | Case No. 2:15-md-02641-DGC |
|---|---|
| This Document Relates to:<br><br>Denise O'Neil, et al.v. C.R. Bard, Inc., et al.<br>CV-15-01926-PHX-DGC | **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312 Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance with the Court as an additional attorney of record for Plaintiffs Denise O'Neil and Gerald Ray O'Neill. Counsel may be reached at the mailing and e-mail address listed above.

DATED this 12th day of November 2019.

**HEAVISIDE REED ZAIC**

By /s/ Julia Reed Zaic
    Julia Reed Zaic
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Julia Reed Zaic