James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF CASES IN WHICH THE PLAINTIFFS HAVE REQUESTED EITHER TRANSFER OR REMAND** |
|---|---|

Consistent with the unopposed motion filed on November 1, 2019 (Doc. 20750), the Defendants are attaching as Exhibit "A" the cases that have requested remand or transfer since the filing of the earlier report.

//

//

//


Respectfully submitted, this 13th day of November, 2019.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Richard B. North*
　　Richard B. North, Jr. (admitted *pro hac vice*)
　　Georgia Bar No. 545599
　　Matthew B. Lerner (admitted *pro hac vice*)
　　Georgia Bar No. 446986
　　NELSON MULLINS RILEY & SCARBOROUGH LLP
　　201 17th Street, NW / Suite 1700
　　Atlanta, GA  30363

　　James R. Condo (005867)
　　Kristine L. Gallardo (033975)
　　SNELL & WILMER L.L.P.
　　One Arizona Center
　　400 E. Van Buren, Suite 1900
　　Phoenix, Arizona  85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　/s/ Richard B. North