# Exhibit A

# EXHIBIT A
## Plaintiff Who has Requested to be Transferred

| Case Caption | Current Civil Action | Track | Transferee Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Maria Dalbotten v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02275-PHX-DGC | CV-16-02275-PHX-DGC | 2 | USDC MT | Carney Badley Spellman, PS |

## Plaintiffs Who have Requested to be Remanded

| Case Caption | Current Civil Action | Track | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Theda Banks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01071-PHX-DGC | CV-17-01071-PHX-DGC | 2 | USDC LA, Middle District | Carter Law Group, LLC |
| George Leus v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01623-PHX-DGC | CV-15-01623-PHX-DGC | 1 | USDC MO, Western District | Babbitt & Johnson, PA |