1

2

3

4

Julia Reed Zaic (CA Bar No. 224671) – *admitted pro hac vice*
HEAVISIDE REED ZAIC
312 Broadway, Ste. 203
Laguna Beach, California 92651
Telephone: (949) 715-5228
julia@hrzlaw.com

5

Attorneys for Plaintiff

6

7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

8

9

IN RE: Bard IVC Filters Products Liability
Litigation

Case No. 2:15-md-02641-DGC

10

This Document Relates to:

**NOTICE OF APPEARANCE**

11

12

Anders Linster v. C.R. Bard, Inc., et al.
CV-16-00111-PHX-DGC

13

14

15

16

17

    NOTICE IS HEREBY GIVEN that Julia Reed Zaic from Heaviside Reed Zaic, 312

Broadway, Ste. 203, Laguna Beach, California 92651, hereby files her notice of appearance

with the Court as an additional attorney of record for Plaintiff Anders Linster.  Counsel may

be reached at the mailing and e-mail address listed above.

18

    DATED this 13th day of November, 2019.

19

**HEAVISIDE REED ZAIC**

20

By /s/ Julia Reed Zaic

21

    Julia Reed Zaic
    Attorney for Plaintiff

22

23

24

25

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 13th day of November, 2019, I electronically transmitted

3

the foregoing document to the Clerk's Office using the CM/ECF System and served all

4

registrants in the above matter including the following:

5

                                        /s/ Laura Smith

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25