**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Lynn Brown, <br>     Plaintiff, <br> v. <br> C. R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br>     Defendants. | No. CV-18-00018-PHX-DGC <br><br> **ORDER** |

    Defendants have filed a renewed motion to dismiss Plaintiff Lynn Brown's complaint for failure to provide a plaintiff profile form ("PPF"). Doc. 20633. The Court will grant the motion.

    Case Management Order No. 5 requires each Plaintiff who directly files a short form complaint in this MDL to provide a complete PPF to Defendants within 60 days of filing the complaint. Doc. 365 at 1. Defendants may seek dismissal of the case if no such PPF is received within 20 days after providing notice of the deficiency to Plaintiff. *Id.*

Plaintiff Brown filed a short-form complaint on January 3, 2018. *See* Doc. 18557-1 at 6-10. On June 19, 2019, Defendants moved to dismiss the complaint for failure to provide a PPF. Doc. 18557. The Court ordered Brown to provide a complete PPF to Defendants by August 22, 2019. Doc. 19874 at 2.

Despite the Court's clear mandate, Brown has failed to provide a PPF to Defendants. Nor has she responded to Defendants' renewed motion to dismiss. The Court accordingly will grant the motion and dismiss Brown's complaint.

**IT IS SO ORDERED:**

1. Defendants' renewed motion to dismiss Plaintiff Lynn Brown's complaint (Doc. 20633) is **granted**.

2. The Clerk is directed to terminate the member case: *Brown v. C. R. Bard, Inc.*, CV-18-00018-PHX-DGC.

Dated this 15th day of November, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge