**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC <br> **ORDER** |

The parties have filed an updated report on the settlement status of cases. Doc. 20751. The report identifies approximately 100 Track 2 cases that have settled in principle. *Id.* at 2-13. These cases may remain in Track 2 until May 1, 2020 to allow time to complete settlement paperwork and file stipulated dismissals. *See* Doc. 16343 at 7 (CMO 42).

The Court gave the parties until November 1, 2019 to file stipulated dismissals for Track 1 cases and to execute a release and term sheet for Track 2 cases. Doc. 16343 at 6-7. Defendants move for a 30-day extension of time, stating that more than 1000 of the approximately 4,400 Track 1 cases already have been dismissed and additional time is needed to complete the resolution of the remaining Track 1 cases. Doc. 20750 at 1-2. Defendants also request additional time to settle in principle several hundred Track 2 cases. *Id.* at 2. Plaintiffs' Co-Lead Counsel agree to each request. *See id.* at 1.

The Court will grant Defendants' motion. The parties shall have until **December 1, 2019** to file stipulated dismissals for Track 1 cases and settle in principle Track 2 cases.

All Track 1 cases for which a stipulated dismissal has not been filed by the December 1 deadline, and all Track 2 cases for which a release or term sheet has not been executed by the same deadline, will be recommended to the JPML for remand or will be transferred under 28 U.S.C. § 1404(a).

The parties' updated report identifies no new Track 3 cases, but three individual Plaintiffs – Maria Dalbotten, George Leus, and Theda Banks – have filed separate motions to remand or transfer. Docs. 20899, 20903, 20925. Defendants shall file responses to the motions by **November 22, 2019**.

**IT IS ORDERED:**

1. Defendants' unopposed motion for extension of time (Doc. 20750) is **granted**. The parties shall have until **December 1, 2019** to (1) file stipulated dismissals for Track 1 cases, and (2) execute a release or term sheet in Track 2 cases. The deadline will not be extended.

2. Defendants shall file responses to the motions to remand or transfer (Docs. 20899, 20903, 20925) by **November 22, 2019**.

Dated this 15th day of November, 2019.

David G. Campbell
Senior United States District Judge