Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-737-1501

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| This filing relates to<br>*James Frederick Sevens and Kathleen Hanes Stevens v. C. R. Bard*<br>*Case No. 2:18-cv-01926-DGC* | **STIPULATION TO CORRECT TRACK ASSIGNMENT**<br><br>(Assigned to the Honorable David G. Campbell) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties

through their undersigned counsel, that the case of *James Frederick Sevens and Kathleen*

*Hanes Stevens v. C. R. Bard, Case No. 2:18-cv-01926-DGC be* reassigned to Track 2

("cases near settlement" as defined in CMO 42 [Doc. 16343]) to correct the inadvertent

error in categorizing this case as a Track 1 case ("tentatively resolved cases".)

RESPECTFULLY SUBMITTED this 18th day of November, 2019.

LOPEZ McHUGH LLP                    SNELL & WILMER, L.L.P.

By: */s/ Ramon Rossi Lopez*              By: */s/ Richard North (*with permission)
    Ramon Rossi Lopez                        James R. Condo (005867)
    (admitted *pro hac vice*)                Amanda C. Sheridan (027360)
    CA Bar No. 86361                         One Arizona Center
    LOPEZ McHUGH LLP                         400 E. Van Buren Suite 1900
    100 Bayview Circle, Suite 5600           Phoenix, Arizona  85004-2202
    Newport Beach, California 92660
                                             Richard B. North, Jr. (*pro hac vice*)
    *Counsel for Plaintiffs*                 Georgia Bar No. 545599

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew B. Lerner  (*pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
SCARBROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

*Attorneys for C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Marilyn B. Wass*