# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br>*Aron C. Aldridge v. C.R. Bard, Inc., et al.*<br>Member Case No. 2:16-cv-02500-DGC | MDL No. 2:15-md-02641-PHX-DGC<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Aron C. Aldridge.

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that the parties' stipulation of dismissal without prejudice of Plaintiff Aron C. Aldridge is **granted**.  All claims of Plaintiff Aron C. Aldridge against Defendant C.R. Bard Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:16-cv-02500-PHX DGC) are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this 19th day of November, 2019.

_____
Honorable David G. Campbell
Senior United States District Judge