# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| James Frederick Stevens and Kathleen Hanes Stevens, | No. CV18-1926 PHX DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

The parties have filed a stipulation to reassign the above case to Track 2 (cases near settlement) to correct the inadvertent error categorizing this case as a Track 1 case (cases tentatively resolved).  Doc. 20955.

**IT IS ORDERED** that the parties' stipulation (Doc. 20955) is **granted.**  Case No. CV18-1926 is designated and reassigned to the Track 2 list of cases.

Dated this 20th day of November, 2019.

David G. Campbell
Senior United States District Judge