**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Curtis E. Coleman,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-03698-PHX DGC<br><br>**ORDER** |
| Ronald C. Coleman,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-03530-PHX DGC<br><br>**ORDER** |
| Terry J. Collier,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-03760-PHX DGC<br><br>**ORDER** |
| Roosevelt Collins,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-03672-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Javon Conner,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-04571-PHX DGC<br><br>**ORDER** |
| Wanda Cooperwood,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-03065-PHX DGC<br><br>**ORDER** |
| Rocky E. Corley,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-03772-PHX DGC<br><br>**ORDER** |
| Gerard R. Couture,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00438-PHX DGC<br><br>**ORDER** |
| Donna M. Cox,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00571-PHX DGC<br><br>**ORDER** |
| Davis T. Crockett,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-03550-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Violet Cromwell,<br><br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01166-PHX DGC<br><br>**ORDER** |
| Terry G. Crum,<br><br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00630-PHX DGC<br><br>**ORDER** |
| Joveniese I. Cruz,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04372-PHX DGC<br><br>**ORDER** |
| Christopher W. Cusack,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04472-PHX DGC<br><br>**ORDER** |
| Gloria A. Dantigna,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03761-PHX DGC<br><br>**ORDER** |
| Robert Davis,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02129-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John J. Davis,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02775-PHX-DGC<br><br>**ORDER** |
| George Davis,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04507-PHX DGC<br><br>**ORDER** |
| Kimberly A. Davis,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04625-PHX DGC<br><br>**ORDER** |
| Mary A. Davis,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00463-PHX DGC<br><br>**ORDER** |
| Stephen C. Dawson,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03706-PHX DGC<br><br>**ORDER** |
| Ronald J. De Piro,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03677-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christopher J. DeAngelis,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03532-PHX DGC<br><br>**ORDER** |
| Gisela B. Deason,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00631-PHX DGC<br><br>**ORDER** |
| Lea P. Deaton,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03066-PHX DGC<br><br>**ORDER** |
| Brad V. DeMeere,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03539-PHX DGC<br><br>**ORDER** |
| Filomena DiSciullo,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04493-PHX DGC<br><br>**ORDER** |
| Leslie R. Dixon,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04236-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kirk Douglas,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-03471-PHX DGC<br><br>**ORDER** |
| Benjamin Dukes,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-03629-PHX DGC<br><br>**ORDER** |
| Shelley Dunkel,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-03808-PHX DGC<br><br>**ORDER** |
| Allen R. Durough,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-02664-PHX DGC<br><br>**ORDER** |
| Gordon E. Edelmann,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-03163-PHX DGC<br><br>**ORDER** |
| Kenneth L. Elsleger,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-03615-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tammy Encalade,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04558-PHX DGC<br><br>**ORDER** |
| Felicia M. Evans,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03666-PHX DGC<br><br>**ORDER** |
| Darryl Fiset,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00633-PHX DGC<br><br>**ORDER** |
| Hilda Fletcher,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02194-PHX DGC<br><br>**ORDER** |
| Gary D. Foland,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00529-PHX DGC<br><br>**ORDER** |
| Linda M. Foote,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03647-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christopher L. Forbes,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00464-PHX DGC<br><br>**ORDER** |
| Scott E. Foster,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00634-PHX DGC<br><br>**ORDER** |
| Jack E. Fox,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-00680-PHX DGC<br><br>**ORDER** |
| Darrin Foy,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00443-PHX DGC<br><br>**ORDER** |
| John Glavin,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03730-PHX DGC<br><br>**ORDER** |
| Hilda Garcia,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03707-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shacora R. Gardner-Chasen,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00637-PHX DGC<br><br>**ORDER** |
| Larry D. Gertsch,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04432-PHX DGC<br><br>**ORDER** |
| Perry Glasscock,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04436-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20897.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20897) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 18th day of November, 2019.

David G. Campbell
Senior United States District Judge