# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>William Gosnell,<br>        Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>        Defendants. | No. MDL15-2641-PHX-DGC<br><br>No. CV19-1657 PHX DGC<br><br>**ORDER** |

The parties have filed a stipulation of dismissal without prejudice.  Doc. 20905.

**IT IS ORDERED** that the stipulation (Doc. 20905) is **granted**.  This matter (CV19-1657 PHX DGC) is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 20th day of November, 2019.

David G. Campbell
Senior United States District Judge