James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 15-02641-PHX-DGC |
| This Document Relates to: | |
| SCOTT ROBERT HENNAGER, | |
| Plaintiff, | Case No. 2:17-cv-03878-DGC |
| v. | |
| C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation, | **DEFENDANTS' MOTION TO DISMISS PLAINTIFF SCOTT ROBERT HENNAGER'S COMPLAINT** |
| Defendants. | |

## I. ARGUMENT

Defendants Bard Peripheral Vascular, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard" or the "defendants") respectfully request that the Court dismiss the claims of deceased plaintiff Scott Robert Hennager (the "plaintiff") with prejudice, pursuant to Fed. R. Civ. P. 25(a)(1), for failure to file a motion to substitute him for a proper plaintiff in this case.

Plaintiff Scott Robert Hennager filed a lawsuit against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") for personal injuries he allegedly sustained from a Bard inferior vena cava filter (the "Filter"). (Case 2:17-cv-03878-DGC, ECF No. 1.) The plaintiff is deceased and, accordingly, the plaintiff's counsel filed a Notice of Suggestion of Death with the Court on October 17, 2018. (Case 2:15-md-02641-DGC, ECF No. 12982.)

The Federal Rules of Civil Procedure require the Court to dismiss an action by a deceased plaintiff if no motion is made to substitute that deceased plaintiff for a proper party within ninety (90) days of a Notice of Suggestion of Death. Fed. R. Civ. P. 25(a)(1). In the thirteen months since the plaintiff filed the Notice of Suggestion of Death, however, the plaintiff has failed to file a motion to substitute a proper party into this action, despite ample opportunity to do so.

Because more than ninety (90) days have passed since the plaintiff's Notice of Suggestion of Death, the defendants respectfully request that the Court dismiss this action in accordance with Fed. R. Civ. P. 25(a)(1). A proposed Order is attached.

## II. CONCLUSION

For the reasons stated above defendants C. R. Bard. Inc. and Bard Peripheral Vascular, Inc., respectfully request that the Court dismiss Plaintiff Scott Robert Hennager's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1).

This 21st day of November, 2019.

        s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
Amanda Sheridan (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
jcondo@swlaw.com
asheridan@swlaw.com

**Attorney for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Richard B. North, Jr.
Richard B. North, Jr.
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
