IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SCOTT ROBERT HENNAGER,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey Corporation; AND BARD PERIPHERAL VASCULAR INC., (a subsidiary and/or Division of Defendant C. R. BARD, INC.) an Arizona Corporation,<br><br>        Defendants. | Case No. 2:17-cv-03878-DGC<br><br>**ORDER** |

Upon consideration of Defendants C. R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s (collectively, "Bard") Motion to Dismiss Scott Robert Hennager's Complaint, and for good cause shown, the Motion is hereby granted.

**IT IS ORDERED** that Scott Robert Hennager's Complaint is hereby dismissed with prejudice.