# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Juan C. La Rosa,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03086-PHX DGC<br><br>**ORDER** |
| Gaitri L. Lachhman,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03506-PHX DGC<br><br>**ORDER** |
| John Lancaster,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04521-PHX DGC<br><br>**ORDER** |
| Jasson T. Lanham,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03699-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Adam Lanham,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03717-PHX DGC<br><br>**ORDER** |
| Robert G. Larson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04354-PHX DGC<br><br>**ORDER** |
| Stephen W. Layton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00116-PHX DGC<br><br>**ORDER** |
| Rumell G. Lee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01136-PHX DGC<br><br>**ORDER** |
| Margie A. Leglu,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00843-PHX DGC<br><br>**ORDER** |
| Robert W. Lehr,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04393-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brenda B. Liggins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03758-PHX DGC<br><br>**ORDER** |
| Matthew W. Lightbody,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04486-PHX DGC<br><br>**ORDER** |
| Jana Lightfoot,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01260-PHX DGC<br><br>**ORDER** |
| Barry C. Long,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03723-PHX DGC<br><br>**ORDER** |
| Nikki L. Ludden,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04392-PHX DGC<br><br>**ORDER** |
| Richard A. Malcomson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03696-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Doris A. Martin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03704-PHX DGC<br><br>**ORDER** |
| Devin L. Mason,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03768-PHX DGC<br><br>**ORDER** |
| Howard Mathews,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01965-PHX DGC<br><br>**ORDER** |
| Janette J. Matthews,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03437-PHX DGC<br><br>**ORDER** |
| David A. McCaig,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04391-PHX DGC<br><br>**ORDER** |
| John McGreath,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00659-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James S. McKeller,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-02733-PHX DGC<br><br>**ORDER** |
| Edna McLaurin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04446-PHX DGC<br><br>**ORDER** |
| Curtisteen McNeal,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-03642-PHX DGC<br><br>**ORDER** |
| Joseph J. Merola,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04405-PHX DGC<br><br>**ORDER** |
| Juanita M. Merritt,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00938-PHX DGC<br><br>**ORDER** |
| Michelle K. Messner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04581-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven Miller,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03952-PHX DGC<br><br>**ORDER** |
| Dianne M. Milton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00662-PHX DGC<br><br>**ORDER** |
| Rita G. Minnix by Michael D. Minnix, Personal Representative,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00655-PHX DGC<br><br>**ORDER** |
| Mildred Myers,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04448-PHX DGC<br><br>**ORDER** |
| Tammy G. Nava-Celestino (Lopez),<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-00226-PHX DGC<br><br>**ORDER** |
| Jack Neild,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03794-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susan M. Nelson,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-04393-PHX DGC<br><br>**ORDER** |
| Jimmie L. Nichols,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-04475-PHX DGC<br><br>**ORDER** |
| Albert A. Noa,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV16-00470-PHX DGC<br><br>**ORDER** |
| Heather Parker,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-02912-PHX DGC<br><br>**ORDER** |
| Joseph L. Parsons,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-04435-PHX DGC<br><br>**ORDER** |
| Elizabeth A. Pelis,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-01057-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carol S. Perella,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00665-PHX DGC<br><br>**ORDER** |
| Estella Peyton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03803-PHX DGC<br><br>**ORDER** |
| Joyce Pikula,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04512-PHX DGC<br><br>**ORDER** |
| John Popp,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03864-PHX DGC<br><br>**ORDER** |
| Jody L. Post,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04012-PHX DGC<br><br>**ORDER** |
| Jody L. Post,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04124-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronald Powell,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04487-PHX DGC<br><br>**ORDER** |
| James E. Pugh,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00255-PHX DGC<br><br>**ORDER** |
| Tammy L. Raglin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03867-PHX DGC<br><br>**ORDER** |
| Paulette M. Realy,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04477-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20900.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20900) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of November, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge