# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Kedrick Trotter,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03970-PHX DGC<br><br>**ORDER** |
| Winston L. Turner,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00352-PHX DGC<br><br>**ORDER** |
| Dudley F. Turpin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03080-PHX DGC<br><br>**ORDER** |
| Eleanor L. Vails,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03413-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda G. Vargas,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03937-PHX DGC<br><br>**ORDER** |
| Jeff S. Vela,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02941-PHX DGC<br><br>**ORDER** |
| Jose Velez,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03806-PHX DGC<br><br>**ORDER** |
| Patrick E. Vincent,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03807-PHX DGC<br><br>**ORDER** |
| Richard E. Von Linsowe by William Von Linsowe, Personal Representative,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03804-PHX DGC<br><br>**ORDER** |
| Dalynn D. Wade,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02016-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sally R. Wagner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03388-PHX DGC<br><br>**ORDER** |
| Paul M. Walker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-04411-PHX DGC<br><br>**ORDER** |
| Theresa Walker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03808-PHX DGC<br><br>**ORDER** |
| Virgil M. Walker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04418-PHX DGC<br><br>**ORDER** |
| Maggie Wallace,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00839-PHX DGC<br><br>**ORDER** |
| Lawrence C. Walton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03885-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Warren,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03441-PHX DGC<br><br>**ORDER** |
| Mary A. Washington,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-02851-PHX DGC<br><br>**ORDER** |
| Christy Watts,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03449-PHX DGC<br><br>**ORDER** |
| Russell Watts,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-01342-PHX DGC<br><br>**ORDER** |
| Darrell Wells,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03753-PHX DGC<br><br>**ORDER** |
| Jamie Wenger,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-00983-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Antwoin Weston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03852-PHX DGC<br><br>**ORDER** |
| James D. White,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03788-PHX DGC<br><br>**ORDER** |
| Elaine D. Wilkinson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03883-PHX DGC<br><br>**ORDER** |
| Charlie Williams,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02015-PHX DGC<br><br>**ORDER** |
| Cheryll M. Williams,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03057-PHX DGC<br><br>**ORDER** |
| Verdia Williams,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03998-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cora C. Williford,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02201-PHX DGC<br><br>**ORDER** |
| Ross Wolff,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00586-PHX DGC<br><br>**ORDER** |
| Billy Wood,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03961-PHX DGC<br><br>**ORDER** |
| Helen Woodruff-Merrill,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03849-PHX DGC<br><br>**ORDER** |
| Michael J. Woods,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04606-PHX DGC<br><br>**ORDER** |
| Ciara A. Worley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-00612-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer D. Wright,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-03531-PHX DGC<br><br>**ORDER** |
| Todd M. Wright,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03813-PHX DGC<br><br>**ORDER** |
| Donna Wright,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04619-PHX DGC<br><br>**ORDER** |
| Khatima Yancy,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00675-PHX DGC<br><br>**ORDER** |
| Sidney Young,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04498-PHX DGC<br><br>**ORDER** |
| Frank Zeledon,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04423-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20902.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20902) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of November, 2019.

_____
David G. Campbell
Senior United States District Judge