# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02968-DGC | Joyce Brooks | 9/27/2018 |
| 2:18-cv-01248-DGC | Heather Burkett (Diana Burkett, personal rep) | 5/4/2018 |
| 2:18-cv-02965-DGC | Christopher Coleman | 9/27/2018 |
| 2:18-cv-02973-DGC | Candilyn Cunningham | 9/27/2018 |
| 2:18-cv-02970-DGC | Billy Forsythe | 9/28/2018 |
| 2:18-cv-03183-DGC | Billy Groce | 10/15/2018 |
| 2:18-cv-02035-DGC | Barbara Heard | 7/10/2018 |
| 2:17-cv-01992-DGC | Margaret Jones | 7/17/2017 |
| 2:18-cv-02969-DGC | Christian Kimmel | 9/28/2018 |
| 2:18-cv-02967-DGC | Heather Lovell | 9/28/2018 |
| 2:17-cv-02947-DGC | Ruth Miller | 9/12/2017 |
| 2:17-cv-02108-DGC | Timothy Pulis | 8/8/2017 |
| 2:18-cv-02966-DGC | Erin Smith | 10/1/2018 |
| 2:17-cv-01654-DGC | Daniel Tomlinson | 6/29/2017 |
| 2:17-cv-04449-DGC | Thomas Whitehouse, Jr. | 12/14/2017 |
| 2:17-cv-01993-DGC | Cruse Williams | 7/13/2017 |