**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ David C DeGreeff
David C DeGreeff
ddegreeff@wcllp.com
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Ste. 300
Kansas City, MO  64112
P:  816.701.1100
F:  816.531.2372

s/ Thomas P Cartmell
Thomas P Cartmell
tcartmell@wcllp.com
WAGSTAFF & CARTMELL LLP
4740 Grand Ave., Ste. 300
Kansas City, MO  64112
P:  816.701.1100
F:  816.531.2372

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November , 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ David C DeGreeff
David C DeGreeff
s/ Thomas P Cartmell
Thomas P Cartmell

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-01281-PHX-DGC | Ruby Adkins | 3/12/2019 |
| 2:18-cv-04133 | Maria Alcaraz | 12/11/2018 |
| 2:18-cv-04126-DGC | Olivia Andre | 12/11/2018 |
| 2:18-cv-04744-PHX-DGC | George Arce | 1/3/2019 |
| 2:19-cv-04033-PHX-DGC | Cynthia Blea | 7/5/2019 |
| 2:19-cv-03156-DGC | Cheryl Bradley | 6/6/2019 |
| 2:19-cv-03164 | Lori Bradley | 6/3/2019 |
| 2:19-cv-04034-PHX-DGC | Marvin Cage | 7/8/2019 |
| 2:16-cv-00010 | Alec Caldwell Jr. | Answer filed |
| 2:17-cv-01011-DGC | Donnie Cameron | 4/14/2017 |
| 2:18-cv-04074 | Edna Castro | 12/5/2018 |
| 2:18-cv-02822 | Lazeta Davis | 9/20/2018 |
| 2:18-cv-04743-PHX-DGC | Sara Davis | 1/3/2019 |
| 2:16-cv-02945 | Robert DeHart | 9/12/2016 |
| 2:19-cv-03163 | Joseph Delucca | 6/6/2019 |
| 2:19-cv-01280-DGC | Crystal Douga | 3/14/2019 |
| 2:17-CV-02811 | Stephen Dyson | 9/12/2017 |
| 2:17-cv-02254-DGC | Anthony Edwards | 7/13/2017 |
| 2:17-cv-00361 | Diane Ellsworth | 2/10/2017 |
| 2:19-cv-04025-PHX-DGC | Ollie Evans | 7/8/2019 |
| 2:17-cv-03247-PHX-DGC | Michael Fairbanks | 10/4/2017 |
| 2:18-cv-00577-DGC | Carolyn Fernandez | 3/1/2018 |
| 2:18-cv-04145-DGC | Stephen Frasier | not served |
| 2:17-cv-02808 | David Fritz Jr. | 9/7/2017 |
| 2:16-cv-00855-DGC | Donald Germany | 3/31/2016 |
| 2:18-cv-04146-DGC | Josephine Goldman | not served |
| 2:18-cv-04147-DGC | Richard Gomez | not served |
| 2:19-cv-03158 | Theresa Hall | 6/11/2019 |
| 2:19-cv-01231-DGC | April Harkness | 3/19/2019 |
| 2:19-cv-03878-PHX-DGC | Jerome Harris | 7/8/2019 |
| 2:18-cv-04131-DGC | Arturo Hernandez | 12/6/2018 |
| 2:17-cv-02809-DGC | Britt Herring | 9/7/2017 |
| 2:19-cv-03995-PHX-DGC | Raymond Higgins | 7/8/2019 |
| 2:16-cv-03928-DGC | Melvin Holmes III | 11/17/2016 |
| 2:18-cv-04128-DGC | Thelma Holmes | 12/6/2018 |
| 2:18-cv-04745-DGC | Peggy Hults | 1/3/2019 |

| | | |
|---|---|---|
| 2:18-cv-01388-DGC | Billie Hutson | 5/16/2018 |
| 2:18-cv-04742-DGC | Curtis Johnson | 1/3/2019 |
| 2:18-cv-00733-DGC | Cheryl Jones | 3/13/2018 |
| 2:19-cv-01221-DGC | Sherry Jones | 3/19/2019 |
| 2:17-cv-02920-DGC | William Keels | 9/12/2017 |
| 2:16-cv-03393-DGC | Janna Kelvasa | 10/14/2016 |
| 2:18-cv-04064-DGC | Brenda King | 12/7/2018 |
| 2:19-cv-03161 | Daniel Laird | 6/6/2019 |
| 2:16-cv-03395-PHX-DGC | Michael Lance | 10/14/2016 |
| 2:17-cv-00369 | Chase Landress | 2/10/2017 |
| 2:19-cv-04024-DGC | Deborah Larch | 6/24/2019 |
| 2:18-cv-04132-DGC | Carolean Lee | 12/7/2018 |
| 2:19-cv-04005 | Eugene Lewis | 6/24/2019 |
| 2:19-cv-04018 | Harold Liebengood | 6/24/2019 |
| 2:18-cv-04127-DGC | Kathy Luna | 12/10/2018 |
| 2:18-cv-04062-DGC | Rosie Maggio | 12/10/2018 |
| 2:18-cv-01100-PHX-DGC | Burnis Martin Jr. | 4/23/2018 |
| 2:19-cv-04006 | Suzan Maynard | 6/24/2019 |
| 2:18-cv-02821-DGC | Sabra McAlpin | 9/20/2018 |
| 2:19-cv-01282-DGC | Sharon McElroy | 3/14/2019 |
| 2:16-cv-03394-PHX-DGC | Jonathan Miller III | 10/14/2016 |
| 2:17-cv-00370-PHX-DGC | Linda Miller | 2/13/2017 |
| 2:18-cv-04741-PHX-DGC | Anthony Millett | 1/4/2019 |
| 2:19-cv-01222-DGC | Raymond Mitchell | 3/20/2019 |
| 2:16-cv-00854-DGC | Danielle Montgomery | 4/1/2016 |
| 2:17-cv-03838-DGC | Joseph Moore Jr. | 11/1/2017 |
| 2:17-cv-00454-DCG | Major Morrow | 2/23/2017 |
| 2:19-cv-00066-DGC | Theodore Motriuk | 1/16/2019 |
| 2:16-cv-00853-DGC | Debra Mulkey | 4/1/2016 |
| 2:19-cv-04003 | Luisa Neary | 6/24/2019 |
| 2:19-cv-03998 | Harry Osborne | 6/24/2019 |
| 2:19-cv-03154-PHX-DGC | Michael Otting | 6/6/2019 |
| 2:17-cv-03979-DGC | Mark Parrish | 11/9/2017 |
| 2:16-cv-02944-DGC | Rosalie Parsons | 9/12/2016 |
| 2:19-cv-03993-DGC | Crystal Paschall | 6/24/2019 |
| 2:16-cv-02559-DGC | Michael Person | 8/9/2016 |
| 2:17-cv-02655-DCG | Jane Ramsey | 8/14/2017 |
| 2:18-cv-04060-DGC | Marlene Reed | 12/10/2018 |
| 2:19-cv-01226-DGC | Dan'ya Richardson | 3/19/2019 |

| | | |
|---|---|---|
| 2:16-CV-03927-PHX-DGC | Eric Robinson | 11/18/2016 |
| 2:18-cv-01904 | LaShonda Robinson | not served |
| 2:19-cv-03160 | Robert Rowell | 6/3/2019 |
| 2:16-CV-04288-PHX-DGC | JoAnn Salinas | 12/29/2016 |
| 2:18-cv-04153-DGC | Anthony Scatchell | not served |
| 2:19-cv-00065-DGC | Edward Scott | 1/16/19 |
| 2:17-CV-02810-DGC | Sherley Scott | 9/12/2017 |
| 2:16-cv-03392-PHX-DGC | Joanne Shaffen | 10/14/2016 |
| 19-cv-01279-DGC | Gary Sharp | 06/20/2018 |
| 2:18-cv-00098-DGC | Bradley Simpson | 1/12/2018 |
| 2:17-cv-01454-DGC | Ernest Singleton | 5/23/2017 |
| 2:18-cv-04036-DGC | Terry Snider | 11/19/2018 |
| 2:16-cv-00728-DGC | Patricia Sourk | 3/25/2016 |
| 2:17-cv-01916 | Mercy Spain | 6/30/2017 |
| 2:18-cv-04154-DGC | James Spivey | not served |
| 2:17-cv-04469 | Alea Taylor | 12/21/2017 |
| 2:19-cv-04010-PHX-DGC | Timothy Taylor | 6/25/2019 |
| 2:16-cv-00856-DGC | Billie Tentori | 4/4/2016 |
| 2:18-cv-04160-DGC | Pamela Thomas | not served |
| 2:19-cv-01277-PHX-DGC | Jameelah Townsend | 3/12/2019 |
| 2:17-cv-00371-DGC | Roxy Tuetken | 2/13/2017 |
| 2:17-cv-03268 | Marteka Turks | 10/4/2017 |
| 2:19-cv-01233-DGC | Janet Turner | 3/20/2019 |
| 2:17-cv-00761-PHX-DGC | Nancy Vilar | 3/21/2017 |
| 2:19-cv-01223-DGC | Kieran Walker | 3/20/2019 |
| 2:17-cv-04459-DGC | Donna White (Richard White, Personal rep) | 12/15/2017 |
| 2:19-cv-02202-DGC | Thomas Wierenga | 4/18/2019 |
| 2:17-cv-01917 | Nancy Wiggins | 6/30/2017 |
| 2:17-CV-02807-DGC | Pamela Wilburn | 9/8/2017 |
| 2:17-cv-03246-PHX-DGC | Betty Will | 10/3/2017 |
| 2:18-cv-04156-DGC | Lessie Williams | not served |
| 2:17-cv-03227-DGC | Stacia Williams | 10/5/2017 |
| 2:18-cv-00269-DGC | Adam Wornica | 2/1/2018 |
| 2:17-cv-02255-DGC | John Wright | 7/14/2017 |
| 2:17-cv-02256 | Elizabeth Zummo | 7/13/2017 |