# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-01281-PHX-DGC | Ruby Adkins | 3/12/2019 |
| 2:18-cv-04133 | Maria Alcaraz | 12/11/2018 |
| 2:18-cv-04126-DGC | Olivia Andre | 12/11/2018 |
| 2:18-cv-04744-PHX-DGC | George Arce | 1/3/2019 |
| 2:19-cv-04033-PHX-DGC | Cynthia Blea | 7/5/2019 |
| 2:19-cv-03156-DGC | Cheryl Bradley | 6/6/2019 |
| 2:19-cv-03164 | Lori Bradley | 6/3/2019 |
| 2:19-cv-04034-PHX-DGC | Marvin Cage | 7/8/2019 |
| 2:16-cv-00010 | Alec Caldwell Jr. | Answer filed |
| 2:17-cv-01011-DGC | Donnie Cameron | 4/14/2017 |
| 2:18-cv-04074 | Edna Castro | 12/5/2018 |
| 2:18-cv-02822 | Lazeta Davis | 9/20/2018 |
| 2:18-cv-04743-PHX-DGC | Sara Davis | 1/3/2019 |
| 2:16-cv-02945 | Robert DeHart | 9/12/2016 |
| 2:19-cv-03163 | Joseph Delucca | 6/6/2019 |
| 2:19-cv-01280-DGC | Crystal Douga | 3/14/2019 |
| 2:17-CV-02811 | Stephen Dyson | 9/12/2017 |
| 2:17-cv-02254-DGC | Anthony Edwards | 7/13/2017 |
| 2:17-cv-00361 | Diane Ellsworth | 2/10/2017 |
| 2:19-cv-04025-PHX-DGC | Ollie Evans | 7/8/2019 |
| 2:17-cv-03247-PHX-DGC | Michael Fairbanks | 10/4/2017 |
| 2:18-cv-00577-DGC | Carolyn Fernandez | 3/1/2018 |
| 2:18-cv-04145-DGC | Stephen Frasier | not served |
| 2:17-cv-02808 | David Fritz Jr. | 9/7/2017 |
| 2:16-cv-00855-DGC | Donald Germany | 3/31/2016 |
| 2:18-cv-04146-DGC | Josephine Goldman | not served |
| 2:18-cv-04147-DGC | Richard Gomez | not served |
| 2:19-cv-03158 | Theresa Hall | 6/11/2019 |
| 2:19-cv-01231-DGC | April Harkness | 3/19/2019 |
| 2:19-cv-03878-PHX-DGC | Jerome Harris | 7/8/2019 |
| 2:18-cv-04131-DGC | Arturo Hernandez | 12/6/2018 |
| 2:17-cv-02809-DGC | Britt Herring | 9/7/2017 |
| 2:19-cv-03995-PHX-DGC | Raymond Higgins | 7/8/2019 |
| 2:16-cv-03928-DGC | Melvin Holmes III | 11/17/2016 |
| 2:18-cv-04128-DGC | Thelma Holmes | 12/6/2018 |
| 2:18-cv-04745-DGC | Peggy Hults | 1/3/2019 |

| | | |
|---|---|---|
| 2:18-cv-01388-DGC | Billie Hutson | 5/16/2018 |
| 2:18-cv-04742-DGC | Curtis Johnson | 1/3/2019 |
| 2:18-cv-00733-DGC | Cheryl Jones | 3/13/2018 |
| 2:19-cv-01221-DGC | Sherry Jones | 3/19/2019 |
| 2:17-cv-02920-DGC | William Keels | 9/12/2017 |
| 2:16-cv-03393-DGC | Janna Kelvasa | 10/14/2016 |
| 2:18-cv-04064-DGC | Brenda King | 12/7/2018 |
| 2:19-cv-03161 | Daniel Laird | 6/6/2019 |
| 2:16-cv-03395-PHX-DGC | Michael Lance | 10/14/2016 |
| 2:17-cv-00369 | Chase Landress | 2/10/2017 |
| 2:19-cv-04024-DGC | Deborah Larch | 6/24/2019 |
| 2:18-cv-04132-DGC | Carolean Lee | 12/7/2018 |
| 2:19-cv-04005 | Eugene Lewis | 6/24/2019 |
| 2:19-cv-04018 | Harold Liebengood | 6/24/2019 |
| 2:18-cv-04127-DGC | Kathy Luna | 12/10/2018 |
| 2:18-cv-04062-DGC | Rosie Maggio | 12/10/2018 |
| 2:18-cv-01100-PHX-DGC | Burnis Martin Jr. | 4/23/2018 |
| 2:19-cv-04006 | Suzan Maynard | 6/24/2019 |
| 2:18-cv-02821-DGC | Sabra McAlpin | 9/20/2018 |
| 2:19-cv-01282-DGC | Sharon McElroy | 3/14/2019 |
| 2:16-cv-03394-PHX-DGC | Jonathan Miller III | 10/14/2016 |
| 2:17-cv-00370-PHX-DGC | Linda Miller | 2/13/2017 |
| 2:18-cv-04741-PHX-DGC | Anthony Millett | 1/4/2019 |
| 2:19-cv-01222-DGC | Raymond Mitchell | 3/20/2019 |
| 2:16-cv-00854-DGC | Danielle Montgomery | 4/1/2016 |
| 2:17-cv-03838-DGC | Joseph Moore Jr. | 11/1/2017 |
| 2:17-cv-00454-DCG | Major Morrow | 2/23/2017 |
| 2:19-cv-00066-DGC | Theodore Motriuk | 1/16/2019 |
| 2:16-cv-00853-DGC | Debra Mulkey | 4/1/2016 |
| 2:19-cv-04003 | Luisa Neary | 6/24/2019 |
| 2:19-cv-03998 | Harry Osborne | 6/24/2019 |
| 2:19-cv-03154-PHX-DGC | Michael Otting | 6/6/2019 |
| 2:17-cv-03979-DGC | Mark Parrish | 11/9/2017 |
| 2:16-cv-02944-DGC | Rosalie Parsons | 9/12/2016 |
| 2:19-cv-03993-DGC | Crystal Paschall | 6/24/2019 |
| 2:16-cv-02559-DGC | Michael Person | 8/9/2016 |
| 2:17-cv-02655-DCG | Jane Ramsey | 8/14/2017 |
| 2:18-cv-04060-DGC | Marlene Reed | 12/10/2018 |
| 2:19-cv-01226-DGC | Dan'ya Richardson | 3/19/2019 |

| | | |
|---|---|---|
| 2:16-CV-03927-PHX-DGC | Eric Robinson | 11/18/2016 |
| 2:18-cv-01904 | LaShonda Robinson | not served |
| 2:19-cv-03160 | Robert Rowell | 6/3/2019 |
| 2:16-CV-04288-PHX-DGC | JoAnn Salinas | 12/29/2016 |
| 2:18-cv-04153-DGC | Anthony Scatchell | not served |
| 2:19-cv-00065-DGC | Edward Scott | 1/16/19 |
| 2:17-CV-02810-DGC | Sherley Scott | 9/12/2017 |
| 2:16-cv-03392-PHX-DGC | Joanne Shaffen | 10/14/2016 |
| 19-cv-01279-DGC | Gary Sharp | 06/20/2018 |
| 2:18-cv-00098-DGC | Bradley Simpson | 1/12/2018 |
| 2:17-cv-01454-DGC | Ernest Singleton | 5/23/2017 |
| 2:18-cv-04036-DGC | Terry Snider | 11/19/2018 |
| 2:16-cv-00728-DGC | Patricia Sourk | 3/25/2016 |
| 2:17-cv-01916 | Mercy Spain | 6/30/2017 |
| 2:18-cv-04154-DGC | James Spivey | not served |
| 2:17-cv-04469 | Alea Taylor | 12/21/2017 |
| 2:19-cv-04010-PHX-DGC | Timothy Taylor | 6/25/2019 |
| 2:16-cv-00856-DGC | Billie Tentori | 4/4/2016 |
| 2:18-cv-04160-DGC | Pamela Thomas | not served |
| 2:19-cv-01277-PHX-DGC | Jameelah Townsend | 3/12/2019 |
| 2:17-cv-00371-DGC | Roxy Tuetken | 2/13/2017 |
| 2:17-cv-03268 | Marteka Turks | 10/4/2017 |
| 2:19-cv-01233-DGC | Janet Turner | 3/20/2019 |
| 2:17-cv-00761-PHX-DGC | Nancy Vilar | 3/21/2017 |
| 2:19-cv-01223-DGC | Kieran Walker | 3/20/2019 |
| 2:17-cv-04459-DGC | Donna White (Richard White, Personal Rep) | 12/15/2017 |
| 2:19-cv-02202-DGC | Thomas Wierenga | 4/18/2019 |
| 2:17-cv-01917 | Nancy Wiggins | 6/30/2017 |
| 2:17-CV-02807-DGC | Pamela Wilburn | 9/8/2017 |
| 2:17-cv-03246-PHX-DGC | Betty Will | 10/3/2017 |
| 2:18-cv-04156-DGC | Lessie Williams | not served |
| 2:17-cv-03227-DGC | Stacia Williams | 10/5/2017 |
| 2:18-cv-00269-DGC | Adam Wornica | 2/1/2018 |
| 2:17-cv-02255-DGC | John Wright | 7/14/2017 |
| 2:17-cv-02256 | Elizabeth Zummo | 7/13/2017 |