# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Michael T Gallagher
Michael T Gallagher
donnaf@gld-law.com
GALLAGHER LAW FIRM LLP
2905 Sackett St.
Houston, TX  77098
P:  713.222.8080
F:  713.222.0066

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26 , 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Michael T Gallagher
Michael T Gallagher

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02089-PHX-DGC | Claus Anderson | 7/18/2016 |
| 2:18-cv-04549 | Sandra Andrus | 12/14/2018 |
| 2:17-cv-00231 | Sharon Ayers | 1/31/2017 |
| 2:18-cv-00769 | Melisa Bahl | 3/29/2018 |
| 2:17-cv-00447 | Erma Bates | 2/22/2017 |
| 2:18-cv-00772 | Lernard Brown | 3/27/2018 |
| 2:16-cv-02090 | Barbara Buchanan | 7/11/2016 |
| 2:17-cv-00236 | Virginia Budinich | 1/31/2017 |
| 2:18-cv-00485 | Shiela Burks | 2/16/2018 |
| 2:16-cv-03782 | Rachel Condry | 11/11/2016 |
| 2:18-cv-00773 | Tomas Cortez | 4/3/2018 |
| 2:18-cv-03174 | Isaih County | 10/12/2018 |
| 2:17-cv-00451-PHX-DGC | James Craven | 2/23/2017 |
| 2:17-cv-00442 | James Davenport Sr. | 2/23/2017 |
| 2:18-cv-00776 | Kathleen Dierolf | 3/27/2018 |
| 2:16-cv-02087 | Kathleen Doggett | 7/11/2015 |
| 2:17-cv-02150 | Matthew Dow | 7/17/2017 |
| 2:18-cv-03486 | Michael Faseler | 11/6/2018 |
| 2:18-cv-03467 | Carol Feldberg | 11/6/2018 |
| 2:18-cv-04232 | Tomica Flucker | 12/6/2018 |
| 2:16-cv-02274 | Alan Frailich | 7/19/2016 & 7/20/2016 |
| 2:18-cv-00775 | Charles Fridley | 3/22/2018 |
| 2:18-cv-04224 | Beatrice Gunter | 12/10/2018 |
| 2:16-cv-02273 | Johnny Helton (Harlan Helton, Personal Rep) | 7/19/2016 & 7/20/2016 |
| 2:16-cv-03780 | Denise Hengeli | 11/11/2016 |
| 2:17-cv-00441-PHX-DGC | Brad Herod Sr. | 2/22/2017 |
| 2:15-cv-02379 | Tammy Hillsburg | 6/30/2016 |
| 2:16-cv-03801 | Shirley Kaestel | 11/11/2016 |
| 2:18-cv-02656 | Joseph Knight | 8/29/2018 |
| 2:18-cv-00783 | Renee Kobs | 4/2/2018 |
| 2:18-cv-04883 | Carmia Korn | 2/20/2019 |
| 2:18-cv-02661 | William Krolls | 8/29/2018 |
| 2:19-cv-01562 | Mary Landsaw | 3/25/2019 |
| 2:18-cv-00784 | Tamela Lee | 4/3/2018 |
| 2:18-cv-00270 | Frederick Lewis | 2/6/2018 |

3

| | | |
|---|---|---|
| 2:19-cv-02772-DGC | Christy Luellen | 5/16/2019 |
| 2:18-cv-01529 | John Martin Jr. | 5/30/2018 |
| 2:17-cv-04653 | Angela Maynard | 12/21/2017 |
| 2:16-cv-03784 | Audrey Morgan | 11/11/2016 |
| 2:16-cv-02088 | Maria Muniz | 7/11/2016 |
| 2:19-cv-01365 | James Myers | 3/21/2019 |
| 2:16-CV-03043 | Melford C. Myrie | 9/22/2016 |
| 2:16-cv-01807 | Sue Navratil | 6/16/2016 |
| 2:17-cv-00452-PHX-DGC | Wilma O'Banion | 2/24/2017 |
| 2:18-cv-01528-DGC | Christina O'Dell | 5/29/2018 |
| 2:16-cv-02266-DGC | Roosevelt Perry (Diane Perry, Personal Rep) | 7/19/2016 & 7/20/2016 |
| 2:17-cv-04372 | Victoria Perry | 12/14/2017 |
| 2:17-cv-00443-DGC | Robert Phillips | 2/23/2017 |
| 2:16-cv-03781 | Armando Rodiguez | 11/11/2016 |
| 2:17-cv-00449 | Michelle Schmude-Reynolds | 2/23/2017 |
| 2:17-cv-04418 | Brenda Duncan Smith | not served |
| 2:17-cv-01621 | Julie A. Smith | 6/5/2017 |
| 2:18-cv-00808 | Mike Smith (Sara Smith, Personal Rep) | 4/3/2018 |
| 2:17-cv-00233 | Aaron Sydnor III | 1/31/2017 |
| 2:16-cv-02267 | Roberta Taylor | 7/19/2016 & 7/20/2016 |
| 2:19-cv-01844-PHX-DGC | Deangelo Terry | 4/4/2019 |
| 2:18-cv-02962 | Aundrea Trotter | 10/1/2018 |
| 2:17-cv-02489-PHX-DGC | Barbara Verge | 8/4/2017 |
| 2:18-cv-03073 | Bobby Walker | 10/9/2018 |
| 2:16-cv-01578 | Penny Warren | 6/1/2016 |
| 2:17-cv-00232 | Ronald Warren | 1/31/2017 |
| 2:17-cv-00444-PHX-DGC | Horace Wetzell | 2/23/2017 |
| 2:17-cv-01622 | Cameil Williams | 6/2/2017 |
| 2:18-cv-02961 | Chester York, Jr. | 10/1/2018 |