**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _________________, 2019

_______________________________
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02089-PHX-DGC | Claus Anderson | 7/18/2016 |
| 2:18-cv-04549 | Sandra Andrus | 12/14/2018 |
| 2:17-cv-00231 | Sharon Ayers | 1/31/2017 |
| 2:18-cv-00769 | Melisa Bahl | 3/29/2018 |
| 2:17-cv-00447 | Erma Bates | 2/22/2017 |
| 2:18-cv-00772 | Lernard Brown | 3/27/2018 |
| 2:16-cv-02090 | Barbara Buchanan | 7/11/2016 |
| 2:17-cv-00236 | Virginia Budinich | 1/31/2017 |
| 2:18-cv-00485 | Shiela Burks | 2/16/2018 |
| 2:16-cv-03782 | Rachel Condry | 11/11/2016 |
| 2:18-cv-00773 | Tomas Cortez | 4/3/2018 |
| 2:18-cv-03174 | Isaih County | 10/12/2018 |
| 2:17-cv-00451-PHX-DGC | James Craven | 2/23/2017 |
| 2:17-cv-00442 | James Davenport Sr. | 2/23/2017 |
| 2:18-cv-00776 | Kathleen Dierolf | 3/27/2018 |
| 2:16-cv-02087 | Kathleen Doggett | 7/11/2015 |
| 2:17-cv-02150 | Matthew Dow | 7/17/2017 |
| 2:18-cv-03486 | Michael Faseler | 11/6/2018 |
| 2:18-cv-03467 | Carol Feldberg | 11/6/2018 |
| 2:18-cv-04232 | Tomica Flucker | 12/6/2018 |
| 2:16-cv-02274 | Alan Frailich | 7/19/2016 & 7/20/2016 |
| 2:18-cv-00775 | Charles Fridley | 3/22/2018 |
| 2:18-cv-04224 | Beatrice Gunter | 12/10/2018 |
| 2:16-cv-02273 | Johnny Helton (Harlan Helton, Personal Rep) | 7/19/2016 & 7/20/2016 |
| 2:16-cv-03780 | Denise Hengeli | 11/11/2016 |
| 2:17-cv-00441-PHX-DGC | Brad Herod Sr. | 2/22/2017 |
| 2:15-cv-02379 | Tammy Hillsburg | 6/30/2016 |
| 2:16-cv-03801 | Shirley Kaestel | 11/11/2016 |
| 2:18-cv-02656 | Joseph Knight | 8/29/2018 |
| 2:18-cv-00783 | Renee Kobs | 4/2/2018 |
| 2:18-cv-04883 | Carmia Korn | 2/20/2019 |
| 2:18-cv-02661 | William Krolls | 8/29/2018 |
| 2:19-cv-01562 | Mary Landsaw | 3/25/2019 |
| 2:18-cv-00784 | Tamela Lee | 4/3/2018 |
| 2:18-cv-00270 | Frederick Lewis | 2/6/2018 |

| | | |
|---|---|---|
| 2:19-cv-02772-DGC | Christy Luellen | 5/16/2019 |
| 2:18-cv-01529 | John Martin Jr. | 5/30/2018 |
| 2:17-cv-04653 | Angela Maynard | 12/21/2017 |
| 2:16-cv-03784 | Audrey Morgan | 11/11/2016 |
| 2:16-cv-02088 | Maria Muniz | 7/11/2016 |
| 2:19-cv-01365 | James Myers | 3/21/2019 |
| 2:16-CV-03043 | Melford C. Myrie | 9/22/2016 |
| 2:16-cv-01807 | Sue Navratil | 6/16/2016 |
| 2:17-cv-00452-PHX-DGC | Wilma O'Banion | 2/24/2017 |
| 2:18-cv-01528-DGC | Christina O'Dell | 5/29/2018 |
| 2:16-cv-02266-DGC | Roosevelt Perry (Diane Perry, Personal Rep) | 7/19/2016 & 7/20/2016 |
| 2:17-cv-04372 | Victoria Perry | 12/14/2017 |
| 2:17-cv-00443-DGC | Robert Phillips | 2/23/2017 |
| 2:16-cv-03781 | Armando Rodiguez | 11/11/2016 |
| 2:17-cv-00449 | Michelle Schmude-Reynolds | 2/23/2017 |
| 2:17-cv-04418 | Brenda Duncan Smith | not served |
| 2:17-cv-01621 | Julie A. Smith | 6/5/2017 |
| 2:18-cv-00808 | Mike Smith (Sara Smith, Personal Rep) | 4/3/2018 |
| 2:17-cv-00233 | Aaron Sydnor III | 1/31/2017 |
| 2:16-cv-02267 | Roberta Taylor | 7/19/2016 & 7/20/2016 |
| 2:19-cv-01844-PHX-DGC | Deangelo Terry | 4/4/2019 |
| 2:18-cv-02962 | Aundrea Trotter | 10/1/2018 |
| 2:17-cv-02489-PHX-DGC | Barbara Verge | 8/4/2017 |
| 2:18-cv-03073 | Bobby Walker | 10/9/2018 |
| 2:16-cv-01578 | Penny Warren | 6/1/2016 |
| 2:17-cv-00232 | Ronald Warren | 1/31/2017 |
| 2:17-cv-00444-PHX-DGC | Horace Wetzell | 2/23/2017 |
| 2:17-cv-01622 | Cameil Williams | 6/2/2017 |
| 2:18-cv-02961 | Chester York, Jr. | 10/1/2018 |