# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Michael Stephen Kruse
Michael Stephen Kruse
kruse@ngklawfirm.com
NIEMEYER GREBEL & KRUSE LLC
211 N Broadway, Ste 2950
St. Louis, MO  63102
P:  314.241.1919
F:  314.665.3017

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Michael Stephen Kruse
Michael Stephen Kruse

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-03750 | Bruce Alsaker | 11/13/2018 |
| 2:19-cv-02382 | David Banks | 4/25/2019 |
| 2:18-cv-02586 | Billy Barnhill | 8/27/2018 |
| 2:16-cv-04382 | Scott Bartman | 12/30/2016 |
| 2:16-cv-04252 | Frederick Becker | Answer filed |
| 2:19-cv-01205 | Brant Bennett | 5/21/2019 |
| 2:16-cv-04269 | Sarah Beste | Answer filed |
| 2:18-cv-00528 | Michael Blaylock | 3/2/2018 |
| 2:18-cv-00790 | John Collins | 3/27/2018 |
| 2:16-cv-04254 | Larry Collins | Answer filed |
| 2:17-cv-00129 | Robert Compton | 1/27/2017 |
| 2:17-cv-03781 | Berda Conner (Larry Conner, Personal Rep) | 10/20/2017 |
| 2:16-cv-04251 | Laura Crowley | Answer filed |
| 2:16-cv-03830 | Patsy Curry | 11/11/2016 |
| 2:18-cv-00592 | Mary Dengler | 3/29/2018 |
| 2:18-cv-02206 | Ronald DeVolk | 7/25/2018 |
| 2:17-cv-01366 | Michele Dorsey | 5/23/2017 |
| 2:16-cv-04256 | Terry Elwell | Answer filed |
| 2:19-cv-04285-DGC | Antonio Epps | 6/8/2019 |
| 2:19-cv-01206 | Bryan Fanfan | 3/19/2019 |
| 2:18-cv-01321 | Trenton Gifford | 5/4/2018 |
| 2:17-cv-03907 | Rochelle Goins | 11/2/2017 |
| 2:16-cv-01276 | Daniel Hearns | 5/5/2016 |
| 2:17-cv-03909 | Victoria Heath | 11/3/2017 |
| 2:17-cv-01316 | Randell S. Heling | 5/24/2017 |
| 2:18-cv-00584 | Rebecca Heltzel | 3/2/2018 |
| 2:17-cv-01315 | Emma Howe | 5/23/2017 |
| 2:17-cv-03908 | Kim Husley | 11/1/2017 |
| 2:17-cv-01334 | Debra Jean | 5/23/2017 |
| 2:18-cv-03065 | Homer Jobes | 10/3/2018 |
| 2:17-cv-01365 | Gloria Johnson | 5/23/2017 |
| 2:17-cv-03962 | Lasheila Johnson | 11/8/2017 |
| 2:18-cv-00994 | Charles Jones | 4/12/2018 |
| 2:18-cv-01148 | Jennifer Kahler | 5/30/2018 |
| 2:17-cv-03936 | Robert Kirkland | 11/2/2017 |

| | | |
|---|---|---|
| 2:18-cv-01292 | Louise Kirkland-Sledge | 5/7/2018 |
| 2:18-cv-00860 | Richard Koons | 4/2/2018 |
| 2:17-cv-00127 | Patricia Lee | 1/20/2017 |
| 2:17-cv-03935 | Rosylin Mac Isaac | 11/2/2017 |
| 2:17-cv-01313 | Jessica MaGee | 5/23/2017 |
| 2:17-cv-03934 | Karla Manciel | 11/1/2017 |
| 2:18-cv-04048 | David Manion | 12/10/2018 |
| 2:18-cv-00963 | Dionicio Martinez | 4/12/2018 |
| 2:18-cv-03334 | Donald McGeehen | 10/29/2018 |
| 2:19-cv-00190 | Douglas McNeil | 1/24/2019 |
| 2:16-cv-01096-DGC | Karen Miller | 4/21/2016 |
| 2:18-cv-00842 | Steve Moore | 4/3/2018 |
| 2:16-cv-03898 | Thomas Moore | 11/18/2016 |
| 2:16-cv-04275 | Jessica Norman | 12/29/2016 |
| 2:16-cv-02853 | Angela Novy | Answer filed |
| 2:16-cv-04253 | Wilson Palmer | Answer filed |
| 2:17-cv-01444 | Tristan Parsons | 5/24/2017 |
| 2:16-cv-00857 | Joseph Pasierb | 4/1/2016 |
| 2:17-cv-00912 | Glenda Patrick | 4/6/2017 |
| 2:18-cv-04167 | Bradley Pennington | 12/10/2018 |
| 2:19-cv-02784 | Harry Peterson | 5/21/2019 |
| 2:16-cv-04255 | Angela Petroutsa | Answer filed |
| 2:16-cv-01275 | Clara Powell | 5/5/2016 |
| 2:17-cv-00128 | Terry Price | 1/20/2017 |
| 2:18-cv-02285 | Anne Quinn | 7/27/2018 |
| 2:17-cv-03963 | Ezell Roberts | 11/7/2017 |
| 2:18-cv-00993 | Joyce Schipula | 4/13/2018 |
| 2:18-cv-04049 | Norman Shedd | 12/11/2018 |
| 2:17-cv-01379-DGC | Jo Ann Sims | 5/23/2017 |
| 2:18-cv-04047-DGC | Leonard Smith | 12/13/2018 |
| 2:17-cv-03933 | Barbara Steele | 10/27/2017 |
| 2:19-cv-04283-PHX-DGC | Kim Stevenson | 6/26/2019 |
| 2:17-cv-03932 | John Threeton | 11/1/2017 |
| 2:19-cv-04287-PHX-DGC | Michael Van Holt | 7/9/2019 |
| 2:16-cv-04240 | Juanita Williams | Answer filed |
| 2:17-cv-01332 | Lynwood Wilson | 5/23/2017 |
| 2:18-cv-04254 | Michael Younker | 12/10/2018 |
| 2:18-cv-03064 | Stephen Zimmerman | 10/4/2018 |