# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-03750 | Bruce Alsaker | 11/13/2018 |
| 2:19-cv-02382 | David Banks | 4/25/2019 |
| 2:18-cv-02586 | Billy Barnhill | 8/27/2018 |
| 2:16-cv-04382 | Scott Bartman | 12/30/2016 |
| 2:16-cv-04252 | Frederick Becker | Answer filed |
| 2:19-cv-01205 | Brant Bennett | 5/21/2019 |
| 2:16-cv-04269 | Sarah Beste | Answer filed |
| 2:18-cv-00528 | Michael Blaylock | 3/2/2018 |
| 2:18-cv-00790 | John Collins | 3/27/2018 |
| 2:16-cv-04254 | Larry Collins | Answer filed |
| 2:17-cv-00129 | Robert Compton | 1/27/2017 |
| 2:17-cv-03781 | Berda Conner (Larry Conner, Personal Rep) | 10/20/2017 |
| 2:16-cv-04251 | Laura Crowley | Answer filed |
| 2:16-cv-03830 | Patsy Curry | 11/11/2016 |
| 2:18-cv-00592 | Mary Dengler | 3/29/2018 |
| 2:18-cv-02206 | Ronald DeVolk | 7/25/2018 |
| 2:17-cv-01366 | Michele Dorsey | 5/23/2017 |
| 2:16-cv-04256 | Terry Elwell | Answer filed |
| 2:19-cv-04285-DGC | Antonio Epps | 6/8/2019 |
| 2:19-cv-01206 | Bryan Fanfan | 3/19/2019 |
| 2:18-cv-01321 | Trenton Gifford | 5/4/2018 |
| 2:17-cv-03907 | Rochelle Goins | 11/2/2017 |
| 2:16-cv-01276 | Daniel Hearns | 5/5/2016 |
| 2:17-cv-03909 | Victoria Heath | 11/3/2017 |
| 2:17-cv-01316 | Randell S. Heling | 5/24/2017 |
| 2:18-cv-00584 | Rebecca Heltzel | 3/2/2018 |
| 2:17-cv-01315 | Emma Howe | 5/23/2017 |
| 2:17-cv-03908 | Kim Husley | 11/1/2017 |
| 2:17-cv-01334 | Debra Jean | 5/23/2017 |
| 2:18-cv-03065 | Homer Jobes | 10/3/2018 |
| 2:17-cv-01365 | Gloria Johnson | 5/23/2017 |
| 2:17-cv-03962 | Lasheila Johnson | 11/8/2017 |
| 2:18-cv-00994 | Charles Jones | 4/12/2018 |
| 2:18-cv-01148 | Jennifer Kahler | 5/30/2018 |
| 2:17-cv-03936 | Robert Kirkland | 11/2/2017 |

| | | |
|---|---|---|
| 2:18-cv-01292 | Louise Kirkland-Sledge | 5/7/2018 |
| 2:18-cv-00860 | Richard Koons | 4/2/2018 |
| 2:17-cv-00127 | Patricia Lee | 1/20/2017 |
| 2:17-cv-03935 | Rosylin Mac Isaac | 11/2/2017 |
| 2:17-cv-01313 | Jessica MaGee | 5/23/2017 |
| 2:17-cv-03934 | Karla Manciel | 11/1/2017 |
| 2:18-cv-04048 | David Manion | 12/10/2018 |
| 2:18-cv-00963 | Dionicio Martinez | 4/12/2018 |
| 2:18-cv-03334 | Donald McGeehen | 10/29/2018 |
| 2:19-cv-00190 | Douglas McNeil | 1/24/2019 |
| 2:16-cv-01096-DGC | Karen Miller | 4/21/2016 |
| 2:18-cv-00842 | Steve Moore | 4/3/2018 |
| 2:16-cv-03898 | Thomas Moore | 11/18/2016 |
| 2:16-cv-04275 | Jessica Norman | 12/29/2016 |
| 2:16-cv-02853 | Angela Novy | Answer filed |
| 2:16-cv-04253 | Wilson Palmer | Answer filed |
| 2:17-cv-01444 | Tristan Parsons | 5/24/2017 |
| 2:16-cv-00857 | Joseph Pasierb | 4/1/2016 |
| 2:17-cv-00912 | Glenda Patrick | 4/6/2017 |
| 2:18-cv-04167 | Bradley Pennington | 12/10/2018 |
| 2:19-cv-02784 | Harry Peterson | 5/21/2019 |
| 2:16-cv-04255 | Angela Petroutsa | Answer filed |
| 2:16-cv-01275 | Clara Powell | 5/5/2016 |
| 2:17-cv-00128 | Terry Price | 1/20/2017 |
| 2:18-cv-02285 | Anne Quinn | 7/27/2018 |
| 2:17-cv-03963 | Ezell Roberts | 11/7/2017 |
| 2:18-cv-00993 | Joyce Schipula | 4/13/2018 |
| 2:18-cv-04049 | Norman Shedd | 12/11/2018 |
| 2:17-cv-01379-DGC | Jo Ann Sims | 5/23/2017 |
| 2:18-cv-04047-DGC | Leonard Smith | 12/13/2018 |
| 2:17-cv-03933 | Barbara Steele | 10/27/2017 |
| 2:19-cv-04283-PHX-DGC | Kim Stevenson | 6/26/2019 |
| 2:17-cv-03932 | John Threeton | 11/1/2017 |
| 2:19-cv-04287-PHX-DGC | Michael Van Holt | 7/9/2019 |
| 2:16-cv-04240 | Juanita Williams | Answer filed |
| 2:17-cv-01332 | Lynwood Wilson | 5/23/2017 |
| 2:18-cv-04254 | Michael Younker | 12/10/2018 |
| 2:18-cv-03064 | Stephen Zimmerman | 10/4/2018 |