# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ John Thomas Kirtley, III
John Thomas Kirtley III
jkirtley@lawyerworks.com
FERRER POIROT WANSBROUGH
P.O. Box 199109
Dallas, TX  75219
P:  214.521.4412
F:  214.526.6026

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27 , 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ John Thomas Kirtley, III
John Thomas Kirtley III

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02766-DGC | Alexis Ameel | 9/12/2016 |
| 2:19-cv-00378-DGC | Theresa Anderson | 2/7/2019 |
| 2:19-cv-03645-PHX-DGC | Jonathan Austin | 7/15/2019 |
| 2:19-cv-00498-DGC | Lupe Ayala | 2/21/2019 |
| 2:19-cv-03646-PHX-DGC | Veronica Barard | 7/15/2019 |
| 2:19-cv-01553-PHX-DGC | Marcia Bird | not served |
| 2:18-cv-03200-DGC | Deborah Bowman | 10/19/2018 |
| 2:17-cv-03710-DGC | Roosevelt Burt | 12/6/2017 |
| 2:19-cv-03654-PHX-DGC | Keith Clem | 5/29/2019 |
| 2:19-cv-03632-PHX-DGC | Robert Clemons | 7/9/2019 |
| 2:18-cv-00233-DGC | Jacquelyn Cochran | 2/6/2018 |
| 2:18-cv-02600-PHX-DGC | Monica Crow | 8/28/2018 |
| 2:18-cv-04638-PHX-DGC | Rosalind Curry | 1/3/2019 |
| 2:19-cv-02684-DGC | Gary Davis | not served |
| 2:19-cv-01134-PHX-DGC | William Davis | 3/22/2019 |
| 2:19-cv-03648-PHX-DGC | Melissa (Dawson) Kawson | 7/15/2019 |
| 2:19-cv-03737-DGC | Bernadette Di Sciascio | 9/5/2019 |
| 2:19-cv-00612 | Jacqueline Donellan | 2/14/2019 |
| 2:19-cv-01031-DGC | Vincent Fazio | not served |
| 2:18-cv-02675-PHX-DGC | James Freeman | 9/7/2018 |
| 2:19-cv-03630-DGC | Rosa French | 7/9/2019 |
| 2:19-cv-03015 | Patricia C Gay | 6/3/2019 |
| 2:18-cv-00928 | Anthony Griffin | 4/12/2018 |
| 2:18-cv-01392-PHX-DCG | Jacquelyn Harvey-Raines | 5/17/2018 |
| 2:19-cv-03649-PHX-DGC | Shirley Hemphill | 7/17/2019 |
| 2:19-cv-00351 | Emma Hicks | 2/4/2019 |
| 2:19-cv-03641-PHX-DGC | Michael Hopkins | 7/9/2019 |
| 2:19-cv-00800-DGC | Pamela Hopkins | 2/22/2019 |
| 2:19-cv-02065-DGC | Alice Jackson | 4/16/2019 |
| 2:19-cv-03647 | Anna Jackson | 7/9/2019 |
| 2:19-cv-03629-PHX- DGC | Diana Jones | 6/27/2019 |
| 2:17-cv-01175-PHX-DGC | Thelma Levitan | 5/5/2017 |
| 2:19-cv-00977-PHX-DGC | Audrey Lowrance | 3/14/2019 |
| 2:18-cv-02440 | Nathalia Marquis | 8/22/2018 |
| 2:19-cv-00330-DGC | Durand Moore | 2/4/2019 |
| 2:17-cv-04363-DGC | William Oakley | 2/5/2018 |

| | | |
|---|---|---|
| 2:19-cv-01554-DGC | Phil Owens | 3/22/2019 |
| 2:16-cv-04192-DGC | Kenneth Palmer | 12/9/2016 |
| 2:18-cv-04939-PHX-DGC | Paulette Patterson | 1/11/2019 |
| 2:18-cv-00147 | Salifou Pessouore | 1/26/2018 |
| 2:17-cv-04427-DGC | Evelyn Petty | 2/6/2018 |
| 2:19-cv-00393 | Geraldine Pierre | 2/15/2019 |
| 2:18-cv-03487-PHX-DGC | Perry Pruitt | 11/13/2018 |
| 2:19-cv-03635-PHX-DGC | John Richard | 7/1/2019 |
| 2:19-cv-02721-PHX-DGC | Jennifer Riddle | not served |
| 2:17-cv-04264-DGC | Teresa Robertson | 12/6/2017 |
| 2:19-cv-03652-PHX-DGC | Bonnie Rogers | 7/15/2019 |
| 2:18-cv-01106-DGC | Rhonda Rosas | 4/24/2018 |
| 2:18-cv-04387-PHX-DGC | Mary Samuel | 1/2/2019 |
| 2:18-cv-02511-DGC | Daniel Sayre | 8/24/2018 |
| 2:19-cv-00065-DGC | Edward Scott | 1/16/2019 |
| 2:18-cv-04122 | Doris Stroud | 12/7/2018 |
| 2:19-cv-00782-PHX-DGC | Glenda Tartt | 2/21/2019 |
| 2:19-cv-02064-PHX-DGC | Prudence Tennyson | 4/17/2019 |
| 2:17-cv-04352-DGC | Karen Tesch | 2/7/2018 |
| 2:19-cv-00353-PHX-DGC | Gerald Thompson | 2/7/2019 |
| 2:18-cv-02638 | Sonya Thompson | 9/12/2018 |
| 2:19-cv-02683-PHX-DGC | Bridgett Townsend | not served |
| 2:17-cv-02926 | Joshua Tubbs | 9/8/2017 |
| 2:19-cv-04102-DGC; 2:19-at-99905 | Samuel Tyson | 6/25/2019 |
| 2:19-cv-00601 | James Wilkins | not served |
| 2:18-cv-03195-DGC | James Wilson | 10/17/2018 |
| 2:17-cv-02027-DGC | Rolando Zuniga | 7/17/2017 |