**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In Re: BARD IVC FILTERS  MDL No. 2641
PRODUCT LIABILITY LITIGATION

This Document Relates to:
Kristen Kelly v. C.R. Bard, Inc.
Civil Action No.: 2:19-cv-04232

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff and Defendants in the above-referenced action, and through their respective counsel of record, hereby stipulate and agree to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

STIPULATED & AGREED:
*By: Attorney for Plaintiff*       *Attorney for Defendant*

*/s/ Peyton P. Murphy*            */s/Richard B. North, Jr.*
Peyton P. Murphy                  Richard B. North, Jr.
MURPHY LAW FIRM, LLC              NELSON MULLINS RILEY &
2354 S. Acadian Thruway           SCARBOROUGH, LLP
Baton Rouge, LA 70808             201 17th Street, Suite 1700, Atlantic Station
Peyton@murphylawfirm.com          Atlanta, GA 30363
Telephone: (225) 928-8800         Richard.North@NelsonMullins.com
Facsimile: (225) 246-8780         Telephone: (404) 322-6155

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

**MURPHY LAW FIRM, LLC**
*Attorney for Plaintiff*

*/s/ Peyton P. Murphy*
Peyton P. Murphy
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Peyton@murphylawfirm.com
Telephone: (225) 928-8800
Facsimile: (225) 246-8780