# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-03506-DGC | Richard Cannon | 12/18/2018 |
| 2:17-cv-04387-DGC | Franklin Conner | 1/16/2018 |
| 2:18-cv-03628-DGC | Awillda Dawson | 12/21/2018 |
| 2:18-cv-02782-DGC | Michael Demotte | 9/20/2018 |
| 2:17-cv-04498-DGC | Sharon Dixon | 1/19/2018 |
| 2:18-cv-03737-DGC | Randy Dorff | 12/14/2018 |
| 2:17-cv-04425-DGC | James Grant | 1/16/2018 |
| 2:16-cv-01581-DGC | Gary Hamilton | 6/16/2016 |
| 2:18-cv-04385-DGC | Derek Koonce | not served |
| 2:18-cv-04447-DGC | Albert Morgan | not served |
| 2:18-cv-03991-DGC | Jimmie Scrivner | not served |
| 2:16-cv-00816-DGC | John Turner | 4/4/2016 |
| 2:18-cv-04010-DGC | Antoninette Siciliano | not served |
| 2:18-cv-02859 | Carmel DaSilvia | 9/19/2018 |