# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

                                                                        _____
                                                                        HONORABLE DAVID G. CAMPBELL
                                                                        Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03645-PHX-DGC | Jonathan Austin | 7/15/2019 |
| 2:19-cv-00498-DGC | Lupe Ayala | 2/21/2019 |
| 2:19-cv-03646-PHX-DGC | Veronica Barard | 7/15/2019 |
| 2:19-cv-03654-PHX-DGC | Keith Clem | 5/29/2019 |
| 2:19-cv-03632-PHX-DGC | Robert Clemons | 7/9/2019 |
| 2:18-cv-02600-PHX-DGC | Monica Crow | 8/28/2018 |
| 2:18-cv-04638-PHX-DGC | Rosalind Curry | 1/3/2019 |
| 2:19-cv-01134-PHX-DGC | William Davis | 3/22/2019 |
| 2:19-cv-03648-PHX-DGC | Melissa (Dawson) Kawson | 7/15/2019 |
| 2:19-cv-00612 | Jacqueline Donellan | 2/14/2019 |
| 2:18-cv-02675-PHX-DGC | James Freeman | 9/7/2018 |
| 2:19-cv-03630-DGC | Rosa French | 7/9/2019 |
| 2:19-cv-03015 | Patricia C Gay | 6/3/2019 |
| 2:18-cv-00928 | Anthony Griffin | 4/12/2018 |
| 2:18-cv-01392-PHX-DCG | Jacquelyn Harvey-Raines | 5/17/2018 |
| 2:19-cv-03649-PHX-DGC | Shirley Hemphill | 7/17/2019 |
| 2:19-cv-00800-DGC | Pamela Hopkins | 2/22/2019 |
| 2:19-cv-02065-DGC | Alice Jackson | 4/16/2019 |
| 2:19-cv-03647 | Anna Jackson | 7/9/2019 |
| 2:19-cv-03629-PHX- DGC | Diana Jones | 6/27/2019 |
| 2:17-cv-01175-PHX-DGC | Thelma Levitan | 5/5/2017 |
| 2:19-cv-00977-PHX-DGC | Audrey Lowrance | 3/14/2019 |
| 2:18-cv-02440 | Nathalia Marquis | 8/22/2018 |
| 2:19-cv-01554-DGC | Phil Owens | 3/22/2019 |
| 2:18-cv-04939-PHX-DGC | Paulette Patterson | 1/11/2019 |
| 2:18-cv-00147 | Salifou Pessouore | 1/26/2018 |
| 2:19-cv-00393 | Geraldine Pierre | 2/15/2019 |
| 2:18-cv-03487-PHX-DGC | Perry Pruitt | 11/13/2018 |
| 2:19-cv-03635-PHX-DGC | John Richard | 7/1/2019 |
| 2:17-cv-04264-DGC | Teresa Robertson | 12/6/2017 |
| 2:19-cv-03652-PHX-DGC | Bonnie Rogers | 7/15/2019 |
| 2:18-cv-04387-PHX-DGC | Mary Samuel | 1/2/2019 |
| 2:18-cv-04122 | Doris Stroud | 12/7/2018 |
| 2:19-cv-00782-PHX-DGC | Glenda Tartt | 2/21/2019 |
| 2:19-cv-02064-PHX-DGC | Prudence Tennyson | 4/17/2019 |
| 2:19-cv-00353-PHX-DGC | Gerald Thompson | 2/7/2019 |

| 2:18-cv-02638 | Sonya Thompson | 9/12/2018 |
| --- | --- | --- |
| 2:19-cv-02683-PHX-DGC | Bridgett Townsend | not served |
| 2:17-cv-02926 | Joshua Tubbs | 9/8/2017 |
| 2:19-cv-04102-DGC; 2:19-at-99905 | Samuel Tyson | 6/25/2019 |