# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Douglass Alan Kreis
Douglass Alan Kreis
dkreis@awkolaw.com
AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC
17 E. Main St. Ste 200
Pensacola, FL  32502
P:  850.202.1010
F:  850.916.7449

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Douglass Alan Kreis
Douglass Alan Kreis

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00928-DGC | Jaeneen Adams | 4/16/2019 |
| 2:17-cv-00189 | Lisa Choiniere | 5/23/2017 |
| 2:17-cv-00188 | Douglas Coffman | 5/23/2017 |
| 2:19-cv-02438 | Cristina Curcio | 5/31/2019 |
| 2:17-cv-02493 | James Curry Jr. | 11/30/2017 |
| 2:18-cv-02004 | Donnie Diggs | 8/28/2018 |
| 2:18-cv-01547 | Kawanta Devon Epps | 6/5/2018; 1/22/2019 |
| 2:17-cv-03209 | Tiffany Gordon | 11/30/2017 |
| 2:19-cv-00929-DGC | Nestor Griego | 4/17/2019 |
| 2:19-cv-00930-DGC | John Hager | 4/17/2019 |
| 2:19-cv-00931 | Lamisha Hamlin | 4/17/2019 |
| 2:19-cv-00932 | Wesley Holley | 4/17/2019 |
| 2:17-cv-00184 | Stephanie Johnson | 5/24/2017 |
| 2:19-cv-02037-DGC | Cody Jones | 4/18/2019 |
| 2:17-cv-00185 | Joseph Matson | 5/23/2017 |
| 2:17-cv-01063 | Joseph Mensick | 5/23/2017 |
| 2:19-cv-02036 | Melody Merrihew | 4/22/2019 |
| 2:17-cv-02494 | Sherry Morris | 11/30/2017 |
| 2:19-cv-02035 | Sarah Owensby | 4/22/2019 |
| 2:17-cv-00187 | Mary Peoples | 5/23/2017 |
| 2:17-cv-01064 | Manuel Perez | 5/23/2017 |
| 2:19-cv-02406-DGC | Deric Peveto | 4/25/2019 |
| 2:17-cv-00186 | Cloys Potts | 5/23/2017 |
| 2:18-cv-02007 | Robert Riley | 8/31/2018 |
| 2:19-cv-00933-DGC | Adnushka Rivera-Lebron | 4/23/2019 |
| 2:16-cv-04468 | Cynthia Smith-Meeks | 12/30/2016 |
| 2:19-cv-00934-DGC | Michael Szewczyk | 4/24/2019 |
| 2:16-cv-03971-DGC | Ernestine Tavares | 12/9/2016 |
| 2:18-cv-02005 | Roger Thompson | 8/31/2018 |
| 2:17-cv-01062 | Raheemah Wadoud | 5/24/2017 |