# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00928-DGC | Jaeneen Adams | 4/16/2019 |
| 2:17-cv-00189 | Lisa Choiniere | 5/23/2017 |
| 2:17-cv-00188 | Douglas Coffman | 5/23/2017 |
| 2:19-cv-02438 | Cristina Curcio | 5/31/2019 |
| 2:17-cv-02493 | James Curry Jr. | 11/30/2017 |
| 2:18-cv-02004 | Donnie Diggs | 8/28/2018 |
| 2:18-cv-01547 | Kawanta Devon Epps | 6/5/2018; 1/22/2019 |
| 2:17-cv-03209 | Tiffany Gordon | 11/30/2017 |
| 2:19-cv-00929-DGC | Nestor Griego | 4/17/2019 |
| 2:19-cv-00930-DGC | John Hager | 4/17/2019 |
| 2:19-cv-00931 | Lamisha Hamlin | 4/17/2019 |
| 2:19-cv-00932 | Wesley Holley | 4/17/2019 |
| 2:17-cv-00184 | Stephanie Johnson | 5/24/2017 |
| 2:19-cv-02037-DGC | Cody Jones | 4/18/2019 |
| 2:17-cv-00185 | Joseph Matson | 5/23/2017 |
| 2:17-cv-01063 | Joseph Mensick | 5/23/2017 |
| 2:19-cv-02036 | Melody Merrihew | 4/22/2019 |
| 2:17-cv-02494 | Sherry Morris | 11/30/2017 |
| 2:19-cv-02035 | Sarah Owensby | 4/22/2019 |
| 2:17-cv-00187 | Mary Peoples | 5/23/2017 |
| 2:17-cv-01064 | Manuel Perez | 5/23/2017 |
| 2:19-cv-02406-DGC | Deric Peveto | 4/25/2019 |
| 2:17-cv-00186 | Cloys Potts | 5/23/2017 |
| 2:18-cv-02007 | Robert Riley | 8/31/2018 |
| 2:19-cv-00933-DGC | Adnushka Rivera-Lebron | 4/23/2019 |
| 2:16-cv-04468 | Cynthia Smith-Meeks | 12/30/2016 |
| 2:19-cv-00934-DGC | Michael Szewczyk | 4/24/2019 |
| 2:16-cv-03971-DGC | Ernestine Tavares | 12/9/2016 |
| 2:18-cv-02005 | Roger Thompson | 8/31/2018 |
| 2:17-cv-01062 | Raheemah Wadoud | 5/24/2017 |