# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02766-DGC | Alexis Ameel | |
| 2:19-cv-00345-DGC | Ruth Bayko | |
| 2:19-cv-01553-DGC | Marcia Bird | |
| 2:18-cv-03200-DGC | Deborah Bowman | |
| 2:17-cv-03710-DGC | Roosevelt Burt | |
| 2:19-cv-00124-DGC | Jewell Cochran | |
| 2:18-cv-02781-DGC | Michael Coursey | |
| 2:19-cv-02684-DGC | Gary Davis | |
| 2:19-cv-00071-DGC | Lawrence Davis | |
| 2:18-cv-03493-DGC | Kimberly Estrella | |
| 2:19-cv-01031-DGC | Vincent Fazio | |
| 2:19-cv-02936-DGC | Daniel Halligan | |
| 2:19-cv-00351-DGC | Emma Hicks | |
| 2:16-cv-00148-DGC | Jay Madson | |
| 2:18-cv-00008-DGC | Carl Malone | |
| 2:19-cv-00330-DGC | Durand Moore | |
| 2:17-cv-04363-DGC | William Oakley | |
| 2:16-cv-04192-DGC | Kenneth Palmer | |
| 2:17-cv-04427-DGC | Evelyn Petty | |
| 2:17-cv-04428-DGC | Shawn Prevette | |
| 2:19-cv-02636-DGC | Clifford Ramey | |
| 2:19-cv-00683-DGC | Jacqueline Rhodes | |
| 2:19-cv-02721-DGC | Jennifer Riddle | |
| 2:17-cv-04352-DGC | Karen Tesch | |
| 2:19-cv-02683-DGC | Bridgett Townsend | |
| 2:19-cv-02635-DGC | Champ Walker | |
| 2:17-cv-04346-DGC | Jean Weible | |
| 2:19-cv-00601-DGC | James Wilkins | |
| 2:17-cv-02271-DGC | Renee Williams | |
| 2:19-cv-02991-DGC | Bryan Wordlaw | |
| 2:17-cv-02027-DGC | Rolando Zuniga | |