# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02806-DGC | Calvin Abdul Aziz | |
| 2:18-cv-01173-DGC | Deenise Abrams | |
| 2:19-cv-01111-DGC | Demetrius Adams | |
| 2:19-cv-00392-DGC | Joseph Adams | |
| 2:19-cv-01078-DGC | Timothy Adams | |
| 2:18-cv-03608-DGC | Jamie Adkins | |
| 2:19-cv-03718-DGC | John Aguilar | |
| 2:19-cv-01254-DGC | Mark Ahtila | |
| 2:19-cv-01298-DGC | Meredyth Albright | |
| 2:19-cv-01807-DGC | Sheila Alexander | |
| 2:17-cv-02612-DGC | Glenn Allen | |
| 2:19-cv-00894-DGC | Amanda Allen | |
| 2:18-cv-01710-DGC | Steven Allensworth | |
| 2:18-cv-04123-DGC | Pedro Alvarado | |
| 2:19-cv-01245-DGC | Marissa Alvarez | |
| 2:19-cv-01036-DGC | Joe Aman | |
| 2:19-cv-03105-DGC | Kevin Ammons | |
| 2:17-cv-03053-DGC | Shirley Anderson | |
| 2:19-cv-01084-DGC | Cliff Andrews | |
| 2:19-cv-01367-DGC | Michelle Andrews | |
| 2:19-cv-01292-DGC | Carnetta Applewhite | |
| 2:18-cv-02947-DGC | Estelle Arachchig | |
| 2:19-cv-00964-DGC | Brenda Armstrong | |
| 2:19-cv-03191-DGC | Barry Arries | |
| 2:19-cv-00778-DGC | Jessica Arthur | |
| 2:19-cv-00191-DGC | Jeffrey Babey | |
| 2:18-cv-01359-DGC | Carmen Baez | |
| 2:19-cv-00990-DGC | Tabor Bailey | |
| 2:19-cv-03491-DGC | Aja Bailey | |
| 2:18-cv-01909-DGC | Roger Baker | |
| 2:18-cv-01944-DGC | Nancy Baldwin | |
| 2:19-cv-02655-DGC | Karla Balemezi | |
| 2:19-cv-03058-DGC | Ricky Ballard | |
| 2:19-cv-03067-DGC | Tanya Bang | |
| 2:19-cv-00989-DGC | Emma Barham | |
| 2:18-cv-01075-DGC | Amanda Barnes | |
| 2:18-cv-02331-DGC | Elizabeth Barnes | |
| 2:19-cv-02875-DGC | Stephanie Barnett | |

| | | |
|---|---|---|
| 2:19-cv-01295-DGC | Kathleen Barnhart | |
| 2:16-cv-04262-DGC | Dolores Barrois | |
| 2:19-cv-03018-DGC | Kelly Bartlett | |
| 2:19-cv-01286-DGC | Kristine Baum | |
| 2:19-cv-03100-DGC | Walter Bedford | |
| 2:19-cv-01068-DGC | Kathy Behrens | |
| 2:19-cv-01674-DGC | George Bejarano | |
| 2:19-cv-03190-DGC | Gary Belcher | |
| 2:19-cv-02939-DGC | Richard Bellemare | |
| 2:18-cv-01931-DGC | Barbara Berg | |
| 2:18-cv-01501-DGC | Robert Bergstrom | |
| 2:19-cv-00555-DGC | Pam Bernardi | |
| 2:19-cv-00920-DGC | Daniel Bethel | |
| 2:18-cv-02098-DGC | Paulo Bettencourt | |
| 2:19-cv-01284-DGC | Spring Beyor | |
| 2:19-cv-01153-DGC | Tammy Birchfield | |
| 2:19-cv-02942-DGC | Michael Bishop | |
| 2:19-cv-02910-DGC | Alan Black | |
| 2:19-cv-00913-DGC | Penny Blackshear | |
| 2:19-cv-03021-DGC | Carolyn Blaine | |
| 2:19-cv-02947-DGC | Kristina Boggs | |
| 2:18-cv-02653-DGC | Josefina Bolanos | |
| 2:18-cv-04252-DGC | Howard Bolden | |
| 2:19-cv-04060-DGC | Annette Boles | |
| 2:19-cv-01020-DGC | Lorraine Book | |
| 2:19-cv-03429-DGC | Ricky Boothe | |
| 2:17-cv-03812-DGC | Freddie Boston | |
| 2:19-cv-01303-DGC | Christy Bottger | |
| 2:19-cv-03441-DGC | Neal Bottomley | |
| 2:18-cv-03912-DGC | Tommy Bowen | |
| 2:18-cv-02107-DGC | James Bowie | |
| 2:18-cv-01752-DGC | Brian Boyd | |
| 2:19-cv-01085-DGC | Herman Bradley | |
| 2:19-cv-03437-DGC | Ryan Brady | |
| 2:19-cv-04067-DGC | Travion Braggs | |
| 2:19-cv-03536-DGC | Dwayne Brasee | |
| 2:19-cv-01275-DGC | Wayne Breault | |
| 2:18-cv-01917-DGC | Selena Briggs | |
| 2:17-cv-04495-DGC | Ronald Briner | |
| 2:18-cv-01785-DGC | Eric Briney | |
| 2:19-cv-00946-DGC | Jennifer Brouillette | |

| | | |
|---|---|---|
| 2:18-cv-03988-DGC | Jerry Brown | |
| 2:19-cv-01163-DGC | Warren Brown | |
| 2:19-cv-00754-DGC | Christina Brown | |
| 2:19-cv-00164-DGC | Ella Brown | |
| 2:19-cv-00976-DGC | Samantha Brown | |
| 2:19-cv-03064-DGC | Gerald Brown | |
| 2:19-cv-03427-DGC | Steven Brown | |
| 2:19-cv-03527-DGC | Terrance Brown | |
| 2:19-cv-03531-DGC | Maxie Buchanan | |
| 2:18-cv-01712-DGC | Diana Buckner | |
| 2:19-cv-00759-DCG | Hal Buie | |
| 2:19-cv-03528-DGC | Steven Bullard | |
| 2:18-cv-02623-DGC | Tracy Burns | |
| 2:19-cv-03514-DGC | Hal Burns | |
| 2:19-cv-02834-DGC | April Burton | |
| 2:19-cv-00986-DGC | Ronald Butler | |
| 2:18-cv-00315-DGC | Shalene Butler | |
| 2:19-cv-03065-DGC | Michael Butler | |
| 2:18-cv-01688-DGC | Joann Byrd | |
| 2:19-cv-02283-DGC | Sherry Byrd | |
| 2:18-cv-01762-DGC | Bernie Caffery | |