## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02806-DGC | Calvin Abdul Aziz | |
| 2:18-cv-01173-DGC | Deenise Abrams | |
| 2:19-cv-01111-DGC | Demetrius Adams | |
| 2:19-cv-00392-DGC | Joseph Adams | |
| 2:19-cv-01078-DGC | Timothy Adams | |
| 2:18-cv-03608-DGC | Jamie Adkins | |
| 2:19-cv-03718-DGC | John Aguilar | |
| 2:19-cv-01254-DGC | Mark Ahtila | |
| 2:19-cv-01298-DGC | Meredyth Albright | |
| 2:19-cv-01807-DGC | Sheila Alexander | |
| 2:17-cv-02612-DGC | Glenn Allen | |
| 2:19-cv-00894-DGC | Amanda Allen | |
| 2:18-cv-01710-DGC | Steven Allensworth | |
| 2:18-cv-04123-DGC | Pedro Alvarado | |
| 2:19-cv-01245-DGC | Marissa Alvarez | |
| 2:19-cv-01036-DGC | Joe Aman | |
| 2:19-cv-03105-DGC | Kevin Ammons | |
| 2:17-cv-03053-DGC | Shirley Anderson | |
| 2:19-cv-01084-DGC | Cliff Andrews | |
| 2:19-cv-01367-DGC | Michelle Andrews | |
| 2:19-cv-01292-DGC | Carnetta Applewhite | |
| 2:18-cv-02947-DGC | Estelle Arachchig | |
| 2:19-cv-00964-DGC | Brenda Armstrong | |
| 2:19-cv-03191-DGC | Barry Arries | |
| 2:19-cv-00778-DGC | Jessica Arthur | |
| 2:19-cv-00191-DGC | Jeffrey Babey | |
| 2:18-cv-01359-DGC | Carmen Baez | |
| 2:19-cv-00990-DGC | Tabor Bailey | |
| 2:19-cv-03491-DGC | Aja Bailey | |
| 2:18-cv-01909-DGC | Roger Baker | |
| 2:18-cv-01944-DGC | Nancy Baldwin | |
| 2:19-cv-02655-DGC | Karla Balemezi | |
| 2:19-cv-03058-DGC | Ricky Ballard | |
| 2:19-cv-03067-DGC | Tanya Bang | |
| 2:19-cv-00989-DGC | Emma Barham | |
| 2:18-cv-01075-DGC | Amanda Barnes | |
| 2:18-cv-02331-DGC | Elizabeth Barnes | |
| 2:19-cv-02875-DGC | Stephanie Barnett | |

| | | |
|---|---|---|
| 2:19-cv-01295-DGC | Kathleen Barnhart | |
| 2:16-cv-04262-DGC | Dolores Barrois | |
| 2:19-cv-03018-DGC | Kelly Bartlett | |
| 2:19-cv-01286-DGC | Kristine Baum | |
| 2:19-cv-03100-DGC | Walter Bedford | |
| 2:19-cv-01068-DGC | Kathy Behrens | |
| 2:19-cv-01674-DGC | George Bejarano | |
| 2:19-cv-03190-DGC | Gary Belcher | |
| 2:19-cv-02939-DGC | Richard Bellemare | |
| 2:18-cv-01931-DGC | Barbara Berg | |
| 2:18-cv-01501-DGC | Robert Bergstrom | |
| 2:19-cv-00555-DGC | Pam Bernardi | |
| 2:19-cv-00920-DGC | Daniel Bethel | |
| 2:18-cv-02098-DGC | Paulo Bettencourt | |
| 2:19-cv-01284-DGC | Spring Beyor | |
| 2:19-cv-01153-DGC | Tammy Birchfield | |
| 2:19-cv-02942-DGC | Michael Bishop | |
| 2:19-cv-02910-DGC | Alan Black | |
| 2:19-cv-00913-DGC | Penny Blackshear | |
| 2:19-cv-03021-DGC | Carolyn Blaine | |
| 2:19-cv-02947-DGC | Kristina Boggs | |
| 2:18-cv-02653-DGC | Josefina Bolanos | |
| 2:18-cv-04252-DGC | Howard Bolden | |
| 2:19-cv-04060-DGC | Annette Boles | |
| 2:19-cv-01020-DGC | Lorraine Book | |
| 2:19-cv-03429-DGC | Ricky Boothe | |
| 2:17-cv-03812-DGC | Freddie Boston | |
| 2:19-cv-01303-DGC | Christy Bottger | |
| 2:19-cv-03441-DGC | Neal Bottomley | |
| 2:18-cv-03912-DGC | Tommy Bowen | |
| 2:18-cv-02107-DGC | James Bowie | |
| 2:18-cv-01752-DGC | Brian Boyd | |
| 2:19-cv-01085-DGC | Herman Bradley | |
| 2:19-cv-03437-DGC | Ryan Brady | |
| 2:19-cv-04067-DGC | Travion Braggs | |
| 2:19-cv-03536-DGC | Dwayne Brasee | |
| 2:19-cv-01275-DGC | Wayne Breault | |
| 2:18-cv-01917-DGC | Selena Briggs | |
| 2:17-cv-04495-DGC | Ronald Briner | |
| 2:18-cv-01785-DGC | Eric Briney | |
| 2:19-cv-00946-DGC | Jennifer Brouillette | |

| | | |
|---|---|---|
| 2:18-cv-03988-DGC | Jerry Brown | |
| 2:19-cv-01163-DGC | Warren Brown | |
| 2:19-cv-00754-DGC | Christina Brown | |
| 2:19-cv-00164-DGC | Ella Brown | |
| 2:19-cv-00976-DGC | Samantha Brown | |
| 2:19-cv-03064-DGC | Gerald Brown | |
| 2:19-cv-03427-DGC | Steven Brown | |
| 2:19-cv-03527-DGC | Terrance Brown | |
| 2:19-cv-03531-DGC | Maxie Buchanan | |
| 2:18-cv-01712-DGC | Diana Buckner | |
| 2:19-cv-00759-DCG | Hal Buie | |
| 2:19-cv-03528-DGC | Steven Bullard | |
| 2:18-cv-02623-DGC | Tracy Burns | |
| 2:19-cv-03514-DGC | Hal Burns | |
| 2:19-cv-02834-DGC | April Burton | |
| 2:19-cv-00986-DGC | Ronald Butler | |
| 2:18-cv-00315-DGC | Shalene Butler | |
| 2:19-cv-03065-DGC | Michael Butler | |
| 2:18-cv-01688-DGC | Joann Byrd | |
| 2:19-cv-02283-DGC | Sherry Byrd | |
| 2:18-cv-01762-DGC | Bernie Caffery | |