# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Jessica Glitz
Jessica Glitz
jglitz@tautfestbond.com
TAUTFEST BOND PLLC
5151 Beltline Rd., Ste. 1000
Dallas, TX  75254
P:  214.617.9980
F:  214.853.4281

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Jessica Glitz
Jessica Glitz

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-04007-DGC | Bonnie Banschbach | 11/14/2018 |
| 2:18-cv-01367-DGC | Linda Barnett | 5/22/2018 |
| 2:18-cv-02520-DGC | Gloria Beckford | 8/16/2018 |
| 2:18-cv-03190-DGC | Michael Brown | 10/12/2018 |
| 2:18-cv-02644-DGC | Richard Brown | 8/27/2018 |
| 2:18-cv-00639-DGC | Emerson Burkheimer | 3/12/2018 |
| 2:18-cv-01756-DGC | Lora Cole | 6/18/2018 |
| 2:18-cv-02923-DGC | Willie Collins | 9/21/2018 |
| 2:16-cv-03404 | Elihu Cox | 10/28/2016 |
| 2:18-cv-03191-DGC | Mary Curtis | 10/12/2018 |
| 2:19-cv-02320-DGC | Aughtry Davis | 4/16/2019 |
| 2:18-cv-04005-DGC | Vincent Dozier | 11/15/2018 |
| 2:19-cv-01895-DGC | Joshua Easter | 4/5/2019 |
| 2:16-cv-00079-DGC | Wilford Edwards | 1/28/2016 |
| 2:16-cv-03008-DGC | Godfrey Fey | 9/15/2016 |
| 2:18-cv-04561-DGC | Rathell Gales | 12/21/2018 |
| 2:18-cv-04032-DGC | Jeanette Glenn | 11/15/2018 |
| 2:19-cv-02561-DGC | Harold Gumlaw | 5/1/2019 |
| 2:18-cv-04030-DGC | Bruce Haney | 11/15/2018 |
| 2:19-cv-00613-DGC | Linda Hill | 2/11/2019 |
| 2:18-cv-04220-DGC | Kevin Hilson | 11/27/2018 |
| 2:18-cv-04008-DGC | Carl Hollis | 11/15/2018 |
| 2:19-cv-00156-DGC | Fredie Houston | 1/23/2019 |
| 2:18-cv-01423-DGC | Toni Hozey | 5/23/2018 |
| 2:17-cv-01693-DGC | Glen Jahn (Lisa Jahn, Attorney-in-fact) | 6/5/2017 |
| 2:19-cv-03086-PHX-DGC | Rosetta Jones | 5/31/2019 |
| 2:17-cv-03772-DGC | James Kneisler | 10/19/2017 |
| 2:18-cv-04034-DGC | Wanda Logan | 11/15/2018 |
| 2:18-cv-02977-DGC | Ruth Luaders | 10/1/2018 |
| 2:19-cv-00755-DGC | Thomas Malys | 3/6/2019 |
| 2:17-cv-01828-DGC | Robin McCulloch | 6/16/2017 |
| 2:16-cv-03401-DGC | Stephanie Mills | 10/31/2016 |
| 2:17-cv-04564-DGC | Joan Moon | 12/28/2017 |
| 2:19-cv-02354-DGC | Fred Muller | 4/22/2019 |
| 2:19-cv-00753-DGC | Sandra Paul | 2/22/2019 |

3

| | | |
|---|---|---|
| 2:19-cv-01531-DGC | Marjorie Pfleegor | 3/26/2019 |
| 2:19-cv-02321-DGC | Paula Ratliff | 4/23/2019 |
| 2:18-cv-04033-DGC | Charlie Rich | 11/16/2018 |
| 2:17-cv-01543-DGC | Monica Saddler | 5/30/2017 |
| 2:17-cv-04587-DGC | Jimmie Saunders | 12/22/2017 |
| 2:18-cv-04035-DGC | Donald Shadegg | 11/16/2018 |
| 2:18-cv-01369-DGC | Edward Short | 5/17/2018 |
| 2:16-cv-03807-PHX-DGC | Ronald Smith | 11/11/2016 |
| 2:18-cv-04952-DGC | Susan Staten | 1/14/2019 |
| 2:17-cv-01843-DGC | Jill Tesell | 6/30/2017 |
| 2:19-cv-00325-DGC | Felicia Thomas | not served |
| 2:18-cv-04009-DGC | Rickey Tyler | 11/19/2018 |
| 2:18-cv-04016-DGC | Kenneth Van Der Sloot | 11/19/2018 |
| 2:18-cv-02964-DGC | Ralph Wagner, Jr. | 10/1/2018 |
| 2:18-cv-01962-DGC | Tonya White Mountain | 7/5/2018 |
| 2:19-cv-01663-DGC | Annette Wilmore | 3/29/2019 |
| 2:18-cv-01939-DGC | Jacqueline Woods | 7/2/2018 |
| 2:18-cv-04229-DGC | Carrie Yarbrough | 6/17/2019 |
| 2:18-cv-00856-DGC | Tamberla Young | 4/3/2018 |