## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-04007-DGC | Bonnie Banschbach | 11/14/2018 |
| 2:18-cv-01367-DGC | Linda Barnett | 5/22/2018 |
| 2:18-cv-02520-DGC | Gloria Beckford | 8/16/2018 |
| 2:18-cv-03190-DGC | Michael Brown | 10/12/2018 |
| 2:18-cv-02644-DGC | Richard Brown | 8/27/2018 |
| 2:18-cv-00639-DGC | Emerson Burkheimer | 3/12/2018 |
| 2:18-cv-01756-DGC | Lora Cole | 6/18/2018 |
| 2:18-cv-02923-DGC | Willie Collins | 9/21/2018 |
| 2:16-cv-03404 | Elihu Cox | 10/28/2016 |
| 2:18-cv-03191-DGC | Mary Curtis | 10/12/2018 |
| 2:19-cv-02320-DGC | Aughtry Davis | 4/16/2019 |
| 2:18-cv-04005-DGC | Vincent Dozier | 11/15/2018 |
| 2:19-cv-01895-DGC | Joshua Easter | 4/5/2019 |
| 2:16-cv-00079-DGC | Wilford Edwards | 1/28/2016 |
| 2:16-cv-03008-DGC | Godfrey Fey | 9/15/2016 |
| 2:18-cv-04561-DGC | Rathell Gales | 12/21/2018 |
| 2:18-cv-04032-DGC | Jeanette Glenn | 11/15/2018 |
| 2:19-cv-02561-DGC | Harold Gumlaw | 5/1/2019 |
| 2:18-cv-04030-DGC | Bruce Haney | 11/15/2018 |
| 2:19-cv-00613-DGC | Linda Hill | 2/11/2019 |
| 2:18-cv-04220-DGC | Kevin Hilson | 11/27/2018 |
| 2:18-cv-04008-DGC | Carl Hollis | 11/15/2018 |
| 2:19-cv-00156-DGC | Fredie Houston | 1/23/2019 |
| 2:18-cv-01423-DGC | Toni Hozey | 5/23/2018 |
| 2:17-cv-01693-DGC | Glen Jahn (Lisa Jahn, Attorney-in-fact) | 6/5/2017 |
| 2:19-cv-03086-PHX-DGC | Rosetta Jones | 5/31/2019 |
| 2:17-cv-03772-DGC | James Kneisler | 10/19/2017 |
| 2:18-cv-04034-DGC | Wanda Logan | 11/15/2018 |
| 2:18-cv-02977-DGC | Ruth Luaders | 10/1/2018 |
| 2:19-cv-00755-DGC | Thomas Malys | 3/6/2019 |
| 2:17-cv-01828-DGC | Robin McCulloch | 6/16/2017 |
| 2:16-cv-03401-DGC | Stephanie Mills | 10/31/2016 |
| 2:17-cv-04564-DGC | Joan Moon | 12/28/2017 |
| 2:19-cv-02354-DGC | Fred Muller | 4/22/2019 |
| 2:19-cv-00753-DGC | Sandra Paul | 2/22/2019 |

| | | |
|---|---|---|
| 2:19-cv-01531-DGC | Marjorie Pfleegor | 3/26/2019 |
| 2:19-cv-02321-DGC | Paula Ratliff | 4/23/2019 |
| 2:18-cv-04033-DGC | Charlie Rich | 11/16/2018 |
| 2:17-cv-01543-DGC | Monica Saddler | 5/30/2017 |
| 2:17-cv-04587-DGC | Jimmie Saunders | 12/22/2017 |
| 2:18-cv-04035-DGC | Donald Shadegg | 11/16/2018 |
| 2:18-cv-01369-DGC | Edward Short | 5/17/2018 |
| 2:16-cv-03807-PHX-DGC | Ronald Smith | 11/11/2016 |
| 2:18-cv-04952-DGC | Susan Staten | 1/14/2019 |
| 2:17-cv-01843-DGC | Jill Tesell | 6/30/2017 |
| 2:19-cv-00325-DGC | Felicia Thomas | not served |
| 2:18-cv-04009-DGC | Rickey Tyler | 11/19/2018 |
| 2:18-cv-04016-DGC | Kenneth Van Der Sloot | 11/19/2018 |
| 2:18-cv-02964-DGC | Ralph Wagner, Jr. | 10/1/2018 |
| 2:18-cv-01962-DGC | Tonya White Mountain | 7/5/2018 |
| 2:19-cv-01663-DGC | Annette Wilmore | 3/29/2019 |
| 2:18-cv-01939-DGC | Jacqueline Woods | 7/2/2018 |
| 2:18-cv-04229-DGC | Carrie Yarbrough | 6/17/2019 |
| 2:18-cv-00856-DGC | Tamberla Young | 4/3/2018 |