## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-03616 | Vanessa Alexandre | 10/23/2017 |
| 2:17-cv-03124 | Danielle Ballard | 9/15/2017 |
| 2:17-cv-02156-DGC | Brenda Binns | 7/13/2017 |
| 2:16-cv-03046 | Debra Bryant | 9/30/2016 |
| 2:17-cv-03162 | Sandra Buckley | 9/29/2017 |
| 2:16-cv-01244 | Brittnee Carlson | 4/28/2016 |
| 2:17-cv-01370 | Robert Chapman | 5/12/2017 |
| 2:17-cv-03052 | Charlotte Christenson | 9/15/2017 |
| 2:16-cv-00306 | Gerald Copple | 2/10/2016 |
| 2:17-cv-02030 | Damon Ewan | 6/29/2017 |
| 2:17-cv-02519 | Carmela Garthwait | 8/4/2017 |
| 2:18-cv-02928 | Sarah Grantham | 9/24/2018 |
| 2:17-cv-03711 | Noah Guidry | 10/20/2017 |
| 2:16-cv-02589 | Betty Hare | 8/23/2016 |
| 2:16-cv-01561 | Rebecca Ibarra | 6/1/2016 |
| 2:16-cv-04046 | Tammy Johnson | 12/5/2016 |
| 2:17-cv-01279 | Benjamin Lewis | 5/4/2017 |
| 2:17-cv-02991 | Ronald Likes | 9/18/2017 |
| 2:17-cv-02990 | Humberto Moya | 9/15/2017 |
| 2:16-cv-02145 | Linda Orange | 7/11/2016 |
| 2:17-cv-02989 | Candy Powell | 9/15/2017 |
| 2:17-cv-03163 | Anisha Quinteros | 9/22/2017 |
| 2:18-cv-01665 | Also Sordi | 6/14/2018 |
| 2:17-cv-02349 | Trina Westmoreland | 7/25/2017 |
| 2:17-cv-02747 | Doug Whitlow | 9/7/2017 |