# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

      COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

      WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01173-DGC | Heather Cain | |
| 2:18-cv-01679-DGC | Carla Caldarera | |
| 2:19-cv-03529-DGC | John Callahan | |
| 2:19-cv-01654-DGC | Nickie Camp | |
| 2:19-cv-01424-DGC | Beverley Campbell | |
| 2:18-cv-01755-DGC | Christine Cannavino | |
| 2:19-cv-01057-DGC | Paul Card | |
| 2:19-cv-03533-DGC | Tracey Carlile | |
| 2:18-cv-00554-DGC | William Carman | |
| 2:18-cv-01719-DGC | Clyde Carr | |
| 2:19-cv-03414-DGC | Bill Carrell | |
| 2:19-cv-03488-DGC | James Casher | |
| 2:19-cv-01016-DGC | Joe Catledge | |
| 2:19-cv-02970-DGC | Joanna Causey | |
| 2:18-cv-04454-DGC | Richard Cavallaro | |
| 2:19-cv-01252-DGC | Richard Cebulski | |
| 2:19-cv-00851-DGC | Benjamin Chancellor | |
| 2:19-cv-02959-DGC | David Charles | |
| 2:19-cv-03524-DGC | Terry Christenbury | |
| 2:18-cv-01864-DGC | Greg Clancy | |
| 2:19-cv-00906-DGC | Sandra Clark | |
| 2:19-cv-00897-DGC | Rachel Elizabeth Clarke | |
| 2:19-cv-01041-DGC | Charlette Clayton | |
| 2:18-cv-01979-DGC | Kathy Clemens | |
| 2:19-cv-01248-DGC | Theodore Clinton | |
| 2:19-cv-02913-DGC | Monica Cloud | |
| 2:19-cv-04055-DGC | Jay Clouse | |
| 2:18-cv-02111-DGC | David Coakley | |
| 2:19-cv-02967-DGC | Mary Cobin-Minor | |
| 2:18-cv-02683-DGC | Marlon Coburn | |
| 2:18-cv-04680-DGC | Angela Coil | |
| 2:18-cv-03985-DGC | Britan Cokely | |
| 2:18-cv-02116-DGC | Emma Collins | |
| 2:18-cv-01487-DGC | Tina Colon | |
| 2:19-cv-02946-DGC | Ana Colon-Padilla | |
| 2:18-cv-02137-DGC | John Conrad | |
| 2:19-cv-03435-DGC | Frank Coon | |
| 2:18-cv-01997-DGC | Michelle Cooper | |

3

| | | |
|---|---|---|
| 2:19-cv-03522-DGC | Isaac Cooper | |
| 2:19-cv-03426-DGC | Thomas Copeland | |
| 2:19-cv-01056-DGC | Ann Marie Coppola | |
| 2:19-cv-01296-DGC | Bobby Cordle | |
| 2:19-cv-00972-DGC | Bonnie Coty | |
| 2:19-cv-03176-DGC | Jestin Covington | |
| 2:18-cv-01859-DGC | David Cox | |
| 2:19-cv-03083-DGC | Lori Cox | |
| 2:19-cv-01176-DGC | Kimberlie Craft | |
| 2:18-cv-02435-DGC | Battle Crickenberger | |
| 2:19-cv-02969-DGC | Thomas Cronkhite | |
| 2:18-cv-01478-DGC | Nina Sue Crowell | |
| 2:18-cv-01102-DGC | Jeanette Cruz | |
| 2:19-cv-02938-DGC | Gina Cruzata | |
| 2:19-cv-01725-DGC | Chris Dahl | |
| 2:19-cv-03512-DGC | Richard Dahl | |
| 2:19-cv-03109-DGC | Mary Ann Damore | |
| 2:19-cv-03518-DGC | Aaron Daniels | |
| 2:19-cv-01193-DGC | Thelma Danner | |
| 2:18-cv-01676-DGC | Alice David | |
| 2:19-cv-01032-DGC | Carmendia Davidson | |
| 2:17-cv-00607-DGC | Robert Davis | |
| 2:17-cv-02099-DGC | Deborah Davis | |
| 2:19-cv-03501-DGC | Donald Davis | |
| 2:19-cv-02932-DGC | Melvin Davis | |
| 2:19-cv-00947-DGC | Seth Deem | |
| 2:19-cv-03428-DGC | Thomas Deleo | |
| 2:19-cv-00761-DGC | Charlene Deleon | |
| 2:19-cv-01124-DGC | Lea Delozier | |
| 2:19-cv-01300-DGC | Ben Denham | |
| 2:18-cv-01927-DGC | Kevin DeVault | |
| 2:19-cv-03020-DGC | Brenda Dewine | |
| 2:19-cv-01362-DGC | Cindy Dixon | |
| 2:18-cv-01488-DGC | Dora Dominguez | |
| 2:19-cv-01012-DGC | Jacqueline Dorman | |
| 2:18-cv-00683-DGC | Alvin Dorn | |
| 2:18-cv-02933-DGC | Marsha Drapp | |
| 2:19-cv-01796-DGC | Darletta Drury | |
| 2:18-cv-02114-DGC | Kevin Dunham | |
| 2:17-cv-03879-DGC | Cynthia L. Dunn | |
| 2:19-cv-00869-DGC | Joyce Dunn | |

| | | |
|---|---|---|
| 2:18-cv-02875-DGC | Susan Dunn | |
| 2:19-cv-00898-DGC | Shirley DuPont | |
| 2:18-cv-01888-DGC | William Dyches | |
| 2:19-cv-03496-DGC | Jeremy Easley | |
| 2:19-cv-01444-DGC | Mary Easton | |
| 2:19-cv-01710-DGC | Marcela Edmund | |
| 2:19-cv-01368-DGC | Brenda Edwards | |
| 2:19-cv-01164-DGC | Christina Edwards | |
| 2:19-cv-01933-DGC | Elizabeth Edwards | |
| 2:19-cv-00867-DGC | Thomas Eldridge | |
| 2:18-cv-02348-DGC | Patricia Elizondo | |
| 2:19-cv-00992-DGC | Brenda Elliott | |
| 2:19-cv-00893-DGC | Marsha Elwell | |
| 2:19-cv-03063-DGC | Derek Erwin | |
| 2:19-cv-01110-DGC | Mahin Esfahani | |
| 2:19-cv-00794-DGC | Mary Evanich | |
| 2:19-cv-00863-DGC | Noel Evans | |
| 2:19-cv-03027-DGC | Tawana Evans | |
| 2:18-cv-01664-DGC | Rayetta Eyler | |
| 2:17-cv-03584-DGC | Kara Faas | |
| 2:18-cv-03187-DGC | Lisa Falconer | |