## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01173-DGC | Heather Cain | |
| 2:18-cv-01679-DGC | Carla Caldarera | |
| 2:19-cv-03529-DGC | John Callahan | |
| 2:19-cv-01654-DGC | Nickie Camp | |
| 2:19-cv-01424-DGC | Beverley Campbell | |
| 2:18-cv-01755-DGC | Christine Cannavino | |
| 2:19-cv-01057-DGC | Paul Card | |
| 2:19-cv-03533-DGC | Tracey Carlile | |
| 2:18-cv-00554-DGC | William Carman | |
| 2:18-cv-01719-DGC | Clyde Carr | |
| 2:19-cv-03414-DGC | Bill Carrell | |
| 2:19-cv-03488-DGC | James Casher | |
| 2:19-cv-01016-DGC | Joe Catledge | |
| 2:19-cv-02970-DGC | Joanna Causey | |
| 2:18-cv-04454-DGC | Richard Cavallaro | |
| 2:19-cv-01252-DGC | Richard Cebulski | |
| 2:19-cv-00851-DGC | Benjamin Chancellor | |
| 2:19-cv-02959-DGC | David Charles | |
| 2:19-cv-03524-DGC | Terry Christenbury | |
| 2:18-cv-01864-DGC | Greg Clancy | |
| 2:19-cv-00906-DGC | Sandra Clark | |
| 2:19-cv-00897-DGC | Rachel Elizabeth Clarke | |
| 2:19-cv-01041-DGC | Charlette Clayton | |
| 2:18-cv-01979-DGC | Kathy Clemens | |
| 2:19-cv-01248-DGC | Theodore Clinton | |
| 2:19-cv-02913-DGC | Monica Cloud | |
| 2:19-cv-04055-DGC | Jay Clouse | |
| 2:18-cv-02111-DGC | David Coakley | |
| 2:19-cv-02967-DGC | Mary Cobin-Minor | |
| 2:18-cv-02683-DGC | Marlon Coburn | |
| 2:18-cv-04680-DGC | Angela Coil | |
| 2:18-cv-03985-DGC | Britan Cokely | |
| 2:18-cv-02116-DGC | Emma Collins | |
| 2:18-cv-01487-DGC | Tina Colon | |
| 2:19-cv-02946-DGC | Ana Colon-Padilla | |
| 2:18-cv-02137-DGC | John Conrad | |
| 2:19-cv-03435-DGC | Frank Coon | |

| | | |
|---|---|---|
| 2:18-cv-01997-DGC | Michelle Cooper | |
| 2:19-cv-03522-DGC | Isaac Cooper | |
| 2:19-cv-03426-DGC | Thomas Copeland | |
| 2:19-cv-01056-DGC | Ann Marie Coppola | |
| 2:19-cv-01296-DGC | Bobby Cordle | |
| 2:19-cv-00972-DGC | Bonnie Coty | |
| 2:19-cv-03176-DGC | Jestin Covington | |
| 2:18-cv-01859-DGC | David Cox | |
| 2:19-cv-03083-DGC | Lori Cox | |
| 2:19-cv-01176-DGC | Kimberlie Craft | |
| 2:18-cv-02435-DGC | Battle Crickenberger | |
| 2:19-cv-02969-DGC | Thomas Cronkhite | |
| 2:18-cv-01478-DGC | Nina Sue Crowell | |
| 2:18-cv-01102-DGC | Jeanette Cruz | |
| 2:19-cv-02938-DGC | Gina Cruzata | |
| 2:19-cv-01725-DGC | Chris Dahl | |
| 2:19-cv-03512-DGC | Richard Dahl | |
| 2:19-cv-03109-DGC | Mary Ann Damore | |
| 2:19-cv-03518-DGC | Aaron Daniels | |
| 2:19-cv-01193-DGC | Thelma Danner | |
| 2:18-cv-01676-DGC | Alice David | |
| 2:19-cv-01032-DGC | Carmendia Davidson | |
| 2:17-cv-00607-DGC | Robert Davis | |
| 2:17-cv-02099-DGC | Deborah Davis | |
| 2:19-cv-03501-DGC | Donald Davis | |
| 2:19-cv-02932-DGC | Melvin Davis | |
| 2:19-cv-00947-DGC | Seth Deem | |
| 2:19-cv-03428-DGC | Thomas Deleo | |
| 2:19-cv-00761-DGC | Charlene Deleon | |
| 2:19-cv-01124-DGC | Lea Delozier | |
| 2:19-cv-01300-DGC | Ben Denham | |
| 2:18-cv-01927-DGC | Kevin DeVault | |
| 2:19-cv-03020-DGC | Brenda Dewine | |
| 2:19-cv-01362-DGC | Cindy Dixon | |
| 2:18-cv-01488-DGC | Dora Dominguez | |
| 2:19-cv-01012-DGC | Jacqueline Dorman | |
| 2:18-cv-00683-DGC | Alvin Dorn | |
| 2:18-cv-02933-DGC | Marsha Drapp | |
| 2:19-cv-01796-DGC | Darletta Drury | |
| 2:18-cv-02114-DGC | Kevin Dunham | |
| 2:17-cv-03879-DGC | Cynthia L. Dunn | |

| | | |
|---|---|---|
| 2:19-cv-00869-DGC | Joyce Dunn | |
| 2:18-cv-02875-DGC | Susan Dunn | |
| 2:19-cv-00898-DGC | Shirley DuPont | |
| 2:18-cv-01888-DGC | William Dyches | |
| 2:19-cv-03496-DGC | Jeremy Easley | |
| 2:19-cv-01444-DGC | Mary Easton | |
| 2:19-cv-01710-DGC | Marcela Edmund | |
| 2:19-cv-01368-DGC | Brenda Edwards | |
| 2:19-cv-01164-DGC | Christina Edwards | |
| 2:19-cv-01933-DGC | Elizabeth Edwards | |
| 2:19-cv-00867-DGC | Thomas Eldridge | |
| 2:18-cv-02348-DGC | Patricia Elizondo | |
| 2:19-cv-00992-DGC | Brenda Elliott | |
| 2:19-cv-00893-DGC | Marsha Elwell | |
| 2:19-cv-03063-DGC | Derek Erwin | |
| 2:19-cv-01110-DGC | Mahin Esfahani | |
| 2:19-cv-00794-DGC | Mary Evanich | |
| 2:19-cv-00863-DGC | Noel Evans | |
| 2:19-cv-03027-DGC | Tawana Evans | |
| 2:18-cv-01664-DGC | Rayetta Eyler | |
| 2:17-cv-03584-DGC | Kara Faas | |
| 2:18-cv-03187-DGC | Lisa Falconer | |