# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Ethan L Shaw
Ethan L Shaw
Elshaw@shawcowart.com
SHAW COWART LLP
1609 Shoal Creek Blvd., Ste. 100
Austin, TX  78701
P:  512.499.8900
F:  512.320.8906

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Ethan L Shaw
Ethan L Shaw

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-03410 | Warren Arnold | 10/14/2016 |
| 2:16-cv-03788 | Lolita Begay | 11/7/2016 |
| 2:16-cv-01813 | Renneaka Bobo | 6/16/2016 & 6/20/2016 |
| 2:16-cv-00715 | Carol Boutin | 3/25/2016 |
| 2:16-cv-03194 | Traynell Bowdry | 9/23/2016 |
| 2:16-cv-03789 | Margaret Brazeale | 11/7/2016 |
| 2:16-cv-00516 | Cora Browning (Teresa Browning, Guardian) | 3/4/2016 |
| 2:17-cv-00416 | Dena Brumfield | 2/22/2017 |
| 2:16-cv-01079 | James Callaway | 4/21/2016 |
| 2:16-cv-01218 | Melissa Carter | 4/28/2016 & 4/29/2016 |
| 2:17-cv-04594 | Antonio Childs | 12/21/2017 |
| 2:16-cv-03787 | Lon Conley | 11/7/2016 |
| 2:17-CV-00336-PHX-DGC | George Conner | 2/10/2017 |
| 2:16-cv-02541 | Sara Dozier | 8/9/2016 |
| 2:17-CV-00895 | Patricia Driscoll-Shaw | 4/3/2017 |
| 2:16-cv-03790 | Preston Fleischmann | 11/7/2016 |
| 2:16-cv-02540 | Jill Fox | 8/9/2016 |
| 2:17-cv-00411-DGC | Derick Gerideau | 2/22/2017 |
| 2:16-cv-00716 | Brenda Glant | 3/25/2016 |
| 2:17-cv-00011 | Louise Greene | 1/11/2017 |
| 2:16-cv-01885 | Jacqueline Hamilton | 6/17/2016 |
| 2:16-cv-01219 | Raymond Harbin | 4/29/2016 |
| 2:18-cv-00602 | Carlos Hernandez | 3/1/2018 |
| 2:17-cv-02343 | Theresia Howard | 7/24/2017 |
| 2:16-cv-00552 | Jai Jackson | 3/4/2016 |
| 2:17-CV-00896 | Robert Jacobsen | 3/31/2017 |
| 2:16-cv-00519 | Evan Laufer | 3/4/2016 |
| 2:16-cv-01814 | Teresa Lockwood | 6/16/2016 |
| 2:16-cv-02539 | Sandra Lord-Blocker | 8/9/2016 |
| 2:17-CV-00897 | Robert McDonald, Jr. (Robert McDonald, Sr., Guardian) | 3/31/2017 |
| 2:16-cv-00520-DGC | Yolanda Medina | 3/4/2016 |
| 2:17-cv-01342 | Louis Mitchell | 5/12/2017 |
| 2:16-cv-03785 | Joyce Murphy | 11/8/2016 |
| 2:16-cv-00717 | Rudolph Nicholson | 3/25/2016 |

| | | |
|---|---|---|
| 2:17-cv-01984 | Niko Patten | 7/3/2017 |
| 2:16-cv-00521 | Harold Perritt | 3/4/2016 |
| 2:16-cv-03911 | Robert Phillip | 2/23/2017 |
| 2:16-cv-01806 | Julie Ponder | 6/16/2016 |
| 2:16-cv-00718 | Darrell Poole | 3/25/2016 |
| 2:16-cv-03786 | Brian Potts | 11/8/2016 |
| 2:17-cv-01983 | William Richendollar | 7/3/2017 |
| 2:16-cv-00553 | Lisa Robles | 3/4/2016 |
| 2:17-CV-00334 | Kevin Rought | 2/10/2017 |
| 2:16-cv-01315 | Everett Sakosko | 5/17/2016 |
| 2:17-cv-00621 | Fiordalisa Salcedo | 3/6/2017 |
| 2:19-CV-03464-PHX-DGC | Gloria Salome | 7/19/2019 |
| 2:18-cv-01043 | Osbie Savage | 4/17/2018 |
| 2:17-CV-01448 | John Skogen | 5/23/2017 |
| 2:16-cv-04124 | Helen Smith | 12/6/2016 |
| 2:16-cv-01518 | Ricky Swan | 5/26/2016 |
| 2:16-cv-01221 | Vincent Thomas | 5/2/2016 |
| 2:16-cv-03198 | Johnnie Tiptjew | 9/23/2016 |
| 2:17-cv-00102 | Carl Turner | 1/20/2017 |
| 2:16-cv-00554 | David Turner | 3/4/2016 |
| 2:16-cv-01520 | Terri Sue Utter-Garner | 5/25/2016 |
| 2:16-cv-00555 | Brockett Wagner | 3/4/2016 |
| 2:16-cv-02304 | DeWitt Webster | 7/20/2016 |
| 2:16-cv-03196 | Michael White | 9/23/2016 |
| 2:16-cv-00556 | Shanice Williams | 3/4/2016 |
| 2:16-cv-00557 | Joseph Yarrington | 3/4/2016 |