# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-03410 | Warren Arnold | 10/14/2016 |
| 2:16-cv-03788 | Lolita Begay | 11/7/2016 |
| 2:16-cv-01813 | Renneaka Bobo | 6/16/2016 & 6/20/2016 |
| 2:16-cv-00715 | Carol Boutin | 3/25/2016 |
| 2:16-cv-03194 | Traynell Bowdry | 9/23/2016 |
| 2:16-cv-03789 | Margaret Brazeale | 11/7/2016 |
| 2:16-cv-00516 | Cora Browning (Teresa Browning, Guardian) | 3/4/2016 |
| 2:17-cv-00416 | Dena Brumfield | 2/22/2017 |
| 2:16-cv-01079 | James Callaway | 4/21/2016 |
| 2:16-cv-01218 | Melissa Carter | 4/28/2016 & 4/29/2016 |
| 2:17-cv-04594 | Antonio Childs | 12/21/2017 |
| 2:16-cv-03787 | Lon Conley | 11/7/2016 |
| 2:17-CV-00336-PHX-DGC | George Conner | 2/10/2017 |
| 2:16-cv-02541 | Sara Dozier | 8/9/2016 |
| 2:17-CV-00895 | Patricia Driscoll-Shaw | 4/3/2017 |
| 2:16-cv-03790 | Preston Fleischmann | 11/7/2016 |
| 2:16-cv-02540 | Jill Fox | 8/9/2016 |
| 2:17-cv-00411-DGC | Derick Gerideau | 2/22/2017 |
| 2:16-cv-00716 | Brenda Glant | 3/25/2016 |
| 2:17-cv-00011 | Louise Greene | 1/11/2017 |
| 2:16-cv-01885 | Jacqueline Hamilton | 6/17/2016 |
| 2:16-cv-01219 | Raymond Harbin | 4/29/2016 |
| 2:18-cv-00602 | Carlos Hernandez | 3/1/2018 |
| 2:17-cv-02343 | Theresia Howard | 7/24/2017 |
| 2:16-cv-00552 | Jai Jackson | 3/4/2016 |
| 2:17-CV-00896 | Robert Jacobsen | 3/31/2017 |
| 2:16-cv-00519 | Evan Laufer | 3/4/2016 |
| 2:16-cv-01814 | Teresa Lockwood | 6/16/2016 |
| 2:16-cv-02539 | Sandra Lord-Blocker | 8/9/2016 |
| 2:17-CV-00897 | Robert McDonald, Jr. (Robert McDonald, Sr., Guardian) | 3/31/2017 |
| 2:16-cv-00520-DGC | Yolanda Medina | 3/4/2016 |
| 2:17-cv-01342 | Louis Mitchell | 5/12/2017 |
| 2:16-cv-03785 | Joyce Murphy | 11/8/2016 |
| 2:16-cv-00717 | Rudolph Nicholson | 3/25/2016 |

| | | |
|---|---|---|
| 2:17-cv-01984 | Niko Patten | 7/3/2017 |
| 2:16-cv-00521 | Harold Perritt | 3/4/2016 |
| 2:16-cv-03911 | Robert Phillip | 2/23/2017 |
| 2:16-cv-01806 | Julie Ponder | 6/16/2016 |
| 2:16-cv-00718 | Darrell Poole | 3/25/2016 |
| 2:16-cv-03786 | Brian Potts | 11/8/2016 |
| 2:17-cv-01983 | William Richendollar | 7/3/2017 |
| 2:16-cv-00553 | Lisa Robles | 3/4/2016 |
| 2:17-CV-00334 | Kevin Rought | 2/10/2017 |
| 2:16-cv-01315 | Everett Sakosko | 5/17/2016 |
| 2:17-cv-00621 | Fiordalisa Salcedo | 3/6/2017 |
| 2:19-CV-03464-PHX-DGC | Gloria Salome | 7/19/2019 |
| 2:18-cv-01043 | Osbie Savage | 4/17/2018 |
| 2:17-CV-01448 | John Skogen | 5/23/2017 |
| 2:16-cv-04124 | Helen Smith | 12/6/2016 |
| 2:16-cv-01518 | Ricky Swan | 5/26/2016 |
| 2:16-cv-01221 | Vincent Thomas | 5/2/2016 |
| 2:16-cv-03198 | Johnnie Tiptjew | 9/23/2016 |
| 2:17-cv-00102 | Carl Turner | 1/20/2017 |
| 2:16-cv-00554 | David Turner | 3/4/2016 |
| 2:16-cv-01520 | Terri Sue Utter-Garner | 5/25/2016 |
| 2:16-cv-00555 | Brockett Wagner | 3/4/2016 |
| 2:16-cv-02304 | DeWitt Webster | 7/20/2016 |
| 2:16-cv-03196 | Michael White | 9/23/2016 |
| 2:16-cv-00556 | Shanice Williams | 3/4/2016 |
| 2:16-cv-00557 | Joseph Yarrington | 3/4/2016 |