# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01029 | Donald Alley | 4/13/2018 |
| 2:19-cv-00680 | Jennifer Berry | 2/12/2019 |
| 2:19-cv-02785-DGC | Charles Billingsley | 5/14/2019 |
| 2:19-cv-01309 | Sam Biscotto | 3/14/2019 |
| 2:18-cv-03365 | Jennifer Borch | 10/30/2018 |
| 2:18-cv-00973 | John Borzell | 4/13/2018 |
| 2:17-cv-02945 | Chance Bothe | 9/7/2017 |
| 2:17-cv-02942 | Sherry Davis | 9/12/2017 |
| 2:18-cv-02550 | James Dennis | 8/17/2018 |
| 2:19-cv-00678 | Niall Devlin | 2/12/2019 |
| 2:18-cv-01058 | Leslie DeYoung | 4/16/2018 |
| 2:18-cv-01108 | Lisa Dougherty-Galati | 4/19/2018 |
| 2:18-cv-00979 | Jonelle Duncan | 4/13/2018 |
| 2:19-cv-00677 | Dianette Feliciano | 2/12/2019 |
| 2:19-cv-03146 | Laura Garritano | 5/31/2019 |
| 2:16-cv-00160 | Stephanie Grygiel, | 1/28/2016 |
| 2:18-cv-04019 | Anna Haga | 12/5/2018 |
| 2:19-cv-00160 | Larry Jackson | not served |
| 2:17-cv-02944 | Odelia Jetmore | 9/8/2017 |
| 2:19-cv-00316 | Willie Jones, | 2/6/2019 |
| 2:16-cv-01488 | Danielle Knapp | 5/25/2016 |
| 2:17-cv-01692 | Michelle Lazzaro | 6/6/2017 |
| 2:17-cv-02943 | Bonnie Liggett | 9/6/2017 |
| 2:16-cv-04278 | Michelle Maleport | 12/29/2016 |
| 2:19-cv-00226 | Laura Massey | 1/30/2019 |
| 2:19-cv-00821 | Kathryn Ratcliff | 2/25/2019 |
| 2:18-cv-03071 | Nichole Sanders | not served |
| 2:17-cv-02946 | Dovie Small (Joanne Roberts, next of kin) | 10/3/2017 |
| 2:18-cv-02377 | Christina Smalls | 8/24/2018 |
| 2:19-cv-00317 | Gregory Tinsley | 2/1/2019 |
| 2:18-cv-02384 | Derricka Williams (Nancy Williams, Personal Rep) | 8/24/2018 |
| 2:17-cv-03546 | Thomas Wilson | 10/23/2017 |
| 2:18-cv-01174 | Fred Winkler, | 4/24/2018 |
| 2:16-cv-04277 | Donna Zwart | 12/29/2016 |