# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01662 | Gase Abdalah | 8/16/2018 |
| 2:19-cv-03668-DGC | John Barton | 9/11/2019 |
| 2:18-cv-00142 | Lenward Bentley | 4/19/2018 |
| 2:19-cv-03772-DGC | Patricia Condon | 9/11/2019 |
| 2:19-cv-03669-DGC | Andrew Creger | 9/11/2019 |
| 2:19-cv-01347 | Tanner Easton | 5/3/2019 |
| 2:19-cv-03768-DGC | Kimberly McGuire | 9/10/2019 |
| 2:18-cv-01749 | Stephanie Olson | 8/16/2018 |
| 2:17-cv-02866-DGC | Danny Salmon | 10/27/2017 |
| 2:19-cv-03750-DGC | Betty Schuetz | |
| 2:18-cv-01841-DGC | Ruth Stransky | 8/16/2018 |
| 2:19-cv-04050-DGC | Gary Tillman | 9/10/2019 |
| 2:17-cv-00579 | Scott Valentine (Michelle Valentine, Successor in Interest) | Answer filed |
| 2:18-cv-00654-DGC | Deborah Villalvazo | 5/17/2018 |
| 2:19-cv-03777-DGC | Gerard A. Watkins Jr. | 9/10/2019 |
| 2:19-cv-03719-DGC | David Wetzel | 9/11/2019 |