**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In Re:  BARD IVC FILTERS                    MDL No. 2:15-md-02641-PHX-DGC
PRODUCT LIABILITY LITIGATION

This Document Relates to Plaintiff:

Jill Obiala
Civil Action No. 2:18-cv-00163-PHX-DGC

## JOINT STIPLUATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated:  November 30, 2019                    Respectfully submitted,


**ALLEN & NOLTE, PLLC**                    **NELSON MULLINS, LLP**

*/s/ Jennifer Nolte*                          */s/ Richard B. North*
Jennifer Nolte                                Richard B. North
5445 La Sierra Drive, Suite 350               Atlantic Station, 201 17th Street NW
Dallas, Texas 75231                           Atlanta, Georgia 30363
Tel: (214) 521-2300                           Tel: (404) 322-6233
jnolte@allennolte.com                         richard.north@nelsonmullins.com
*Attorneys for Plaintiff*                     *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

/s/ Jennifer Nolte
Jennifer Nolte