# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION | MDL No. 2:15-md-02641-PHX-DGC |
| This Document Relates to Plaintiff: | |
| William Skinner<br>Civil Action No. 2:17-cv-00151-PHX-DGC | |

## JOINT STIPLUATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: November 30, 2019                                Respectfully submitted,

| | |
|---|---|
| **ALLEN & NOLTE, PLLC** | **NELSON MULLINS, LLP** |
| */s/ Jennifer Nolte* | */s/ Richard B. North* |
| Jennifer Nolte | Richard B. North |
| 5445 La Sierra Drive, Suite 350 | Atlantic Station, 201 17th Street NW |
| Dallas, Texas 75231 | Atlanta, Georgia 30363 |
| Tel: (214) 521-2300 | Tel: (404) 322-6233 |
| jnolte@allennolte.com | richard.north@nelsonmullins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

      /s/ Jennifer Nolte
      Jennifer Nolte