# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00899-DGC | Harper Faulkner | |
| 2:19-cv-00610-DGC | Pamela Faulkner | |
| 2:19-cv-00912-DGC | Frank Fehmel | |
| 2:18-cv-02682-DGC | Barbara Ferguson | |
| 2:18-cv-02099-DGC | Carmine Festa | |
| 2:19-cv-01165-DGC | James Fields | |
| 2:19-cv-03816-DGC | Susan Fillers | |
| 2:19-cv-00886-DGC | Matt Fisher | |
| 2:18-cv-02883-DGC | Dianna Fiskin | |
| 2:19-cv-01673-DGC | Jacqueline Flatt | |
| 2:19-cv-00769-DGC | Nina Flores | |
| 2:19-cv-02971-DGC | Scott Fogel | |
| 2:19-cv-01135-DGC | Judy Folkman | |
| 2:19-cv-01204-DGC | Michael Foltz | |
| 2:18-cv-01166-DGC | Effie Fontenot | |
| 2:19-cv-01038-DGC | Judy Ford | |
| 2:18-cv-01938-DGC | Ann Forkey | |
| 2:18-cv-00177-DGC | Barbara Forte | |
| 2:18-cv-02125-DGC | Brian Forwerck | |
| 2:19-cv-02907-DGC | Maliaka Foster | |
| 2:19-cv-00881-DGC | Michelle Fountain | |
| 2:19-cv-01327-DGC | Mary Fox | |
| 2:18-cv-01906-DGC | Michael Frade | |
| 2:19-cv-03874-DGC | Julia Frampton | |
| 2:19-cv-03016-DGC | Eugenia French | |
| 2:18-cv-02200-DGC | Carol Freudenberg | |
| 2:19-cv-02921-DGC | Louie Fugate | |
| 2:19-cv-01665-DGC | Karen Fugett | |
| 2:19-cv-03440-DGC | Martha Funderburk | |
| 2:19-cv-01071-DGC | Christi Gallagher | |
| 2:19-cv-03436-DGC | Anna Gallegos | |
| 2:19-cv-00909-DGC | Jeffrey Gambrell | |
| 2:18-cv-04591-DGC | Solimar Garcia | |
| 2:19-cv-03431-DGC | Jose Garcia | |
| 2:19-cv-01364-DGC | Olimpia Garza | |
| 2:19-cv-02973-DGC | Marie Gaston-Jefferson | |
| 2:18-cv-02256-DGC | Victoria Gaunt | |

| | | |
|---|---|---|
| 2:19-cv-03015-DGC | Patricia Gay | |
| 2:17-cv-00432-DGC | Kenya Gaynor | |
| 2:19-cv-01112-DGC | Nancy Geary | |
| 2:19-cv-02966-DGC | Wayne Gehring | |
| 2:18-cv-01503-DGC | Michael Giambrocono | |
| 2:18-cv-04212-DGC | Frederick Gibson | |
| 2:19-cv-01712-DGC | Judy Gibson | |
| 2:19-cv-03192-DGC | Charles Gilbert | |
| 2:19-cv-00762-DGC | Tammy Gill | |
| 2:18-cv-01852-DGC | Lee Gillard | |
| 2:18-cv-02117-DGC | Ardella Gillis | |
| 2:18-cv-01753-DGC | Carolyn Glover | |
| 2:19-cv-01299-DGC | Elsa Goff | |
| 2:18-cv-01865-DGC | Phillip Goins | |
| 2:19-cv-00950-DGC | Thomas Golden | |
| 2:18-cv-02110-DGC | Anita Gonzalez | |
| 2:19-cv-03411-DGC | Beulah Gordon | |
| 2:19-cv-03101-DGC | Tracy Gordon | |
| 2:18-cv-00331-DGC | Jennifer Gosche | |
| 2:19-cv-00758-DGC | Henry Gradney | |
| 2:18-cv-01673-DGC | Leslie Grady | |
| 2:18-cv-02185-DGC | Walter H Graham | |
| 2:19-cv-03049-DGC | Lindsey Graham | |
| 2:19-cv-01396-DGC | Rachel Granados | |
| 2:19-cv-04080-DGC | Roy Graves | |
| 2:19-cv-01178-DGC | Angelica Green | |
| 2:18-cv-02184-DGC | Annette Green | |
| 2:19-cv-01220-DGC | Mary Beth Green | |
| 2:19-cv-04085-DGC | Jennifer Green | |
| 2:18-cv-02509-DGC | Susan Greenwalt | |
| 2:17-cv-03310-DGC | Michael Griffin | |
| 2:19-cv-03504-DGC | Jason Griffin | |
| 2:18-cv-01771-DGC | Michael Griffith | |
| 2:18-cv-03326-DGC | Susan Grimes | |
| 2:18-cv-02495-DGC | Gregory Guiteras | |
| 2:19-cv-03802-DGC | Susan Gunter | |
| 2:19-cv-00756-DGC | Sara Gunther | |
| 2:19-cv-03412-DGC | Mary Ann Gwynn | |
| 2:18-cv-02677-DGC | Ronnie Hadley | |
| 2:18-cv-02587-DGC | Roger Hagan | |
| 2:19-cv-00178-DGC | Gregory Hager | |

| | | |
|---|---|---|
| 2:19-cv-03506-DGC | Gabriel Haick | |
| 2:19-cv-02972-DGC | Rodney Haigis | |
| 2:19-cv-02968-DGC | Tamra Hale | |
| 2:19-cv-00197-DGC | Daniel Hall | |
| 2:19-cv-01194-DGC | Sharon Halverson | |
| 2:18-cv-01700-DGC | Clifton Hamilton | |
| 2:19-cv-01010-DGC | Bernice Hanemann | |
| 2:18-cv-01747-DGC | William Hardiman | |
| 2:19-cv-03494-DGC | Christopher Hargrove | |
| 2:19-cv-03177-DGC | Deidre Harlow | |
| 2:19-cv-00225-DGC | Jesse Harness | |
| 2:19-cv-01203-DGC | Christine Harp | |
| 2:17-cv-02505-DGC | Donald Harper | |
| 2:17-cv-03400-DGC | Marty Harris | |
| 2:19-cv-00745-DGC | Jerri Harris | |
| 2:18-cv-02426-DGC | Kimberly Harris | |
| 2:19-cv-01255-DGC | Sara Hartfield | |
| 2:18-cv-03868-DGC | Sandra Harvey | |
| 2:19-cv-00895-DGC | Robert Hasson | |
| 2:19-cv-03060-DGC | Stephen Hatfield | |