## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00899-DGC | Harper Faulkner | |
| 2:19-cv-00610-DGC | Pamela Faulkner | |
| 2:19-cv-00912-DGC | Frank Fehmel | |
| 2:18-cv-02682-DGC | Barbara Ferguson | |
| 2:18-cv-02099-DGC | Carmine Festa | |
| 2:19-cv-01165-DGC | James Fields | |
| 2:19-cv-03816-DGC | Susan Fillers | |
| 2:19-cv-00886-DGC | Matt Fisher | |
| 2:18-cv-02883-DGC | Dianna Fiskin | |
| 2:19-cv-01673-DGC | Jacqueline Flatt | |
| 2:19-cv-00769-DGC | Nina Flores | |
| 2:19-cv-02971-DGC | Scott Fogel | |
| 2:19-cv-01135-DGC | Judy Folkman | |
| 2:19-cv-01204-DGC | Michael Foltz | |
| 2:18-cv-01166-DGC | Effie Fontenot | |
| 2:19-cv-01038-DGC | Judy Ford | |
| 2:18-cv-01938-DGC | Ann Forkey | |
| 2:18-cv-00177-DGC | Barbara Forte | |
| 2:18-cv-02125-DGC | Brian Forwerck | |
| 2:19-cv-02907-DGC | Maliaka Foster | |
| 2:19-cv-00881-DGC | Michelle Fountain | |
| 2:19-cv-01327-DGC | Mary Fox | |
| 2:18-cv-01906-DGC | Michael Frade | |
| 2:19-cv-03874-DGC | Julia Frampton | |
| 2:19-cv-03016-DGC | Eugenia French | |
| 2:18-cv-02200-DGC | Carol Freudenberg | |
| 2:19-cv-02921-DGC | Louie Fugate | |
| 2:19-cv-01665-DGC | Karen Fugett | |
| 2:19-cv-03440-DGC | Martha Funderburk | |
| 2:19-cv-01071-DGC | Christi Gallagher | |
| 2:19-cv-03436-DGC | Anna Gallegos | |
| 2:19-cv-00909-DGC | Jeffrey Gambrell | |
| 2:18-cv-04591-DGC | Solimar Garcia | |
| 2:19-cv-03431-DGC | Jose Garcia | |
| 2:19-cv-01364-DGC | Olimpia Garza | |
| 2:19-cv-02973-DGC | Marie Gaston-Jefferson | |
| 2:18-cv-02256-DGC | Victoria Gaunt | |

| | | |
|---|---|---|
| 2:19-cv-03015-DGC | Patricia Gay | |
| 2:17-cv-00432-DGC | Kenya Gaynor | |
| 2:19-cv-01112-DGC | Nancy Geary | |
| 2:19-cv-02966-DGC | Wayne Gehring | |
| 2:18-cv-01503-DGC | Michael Giambrocono | |
| 2:18-cv-04212-DGC | Frederick Gibson | |
| 2:19-cv-01712-DGC | Judy Gibson | |
| 2:19-cv-03192-DGC | Charles Gilbert | |
| 2:19-cv-00762-DGC | Tammy Gill | |
| 2:18-cv-01852-DGC | Lee Gillard | |
| 2:18-cv-02117-DGC | Ardella Gillis | |
| 2:18-cv-01753-DGC | Carolyn Glover | |
| 2:19-cv-01299-DGC | Elsa Goff | |
| 2:18-cv-01865-DGC | Phillip Goins | |
| 2:19-cv-00950-DGC | Thomas Golden | |
| 2:18-cv-02110-DGC | Anita Gonzalez | |
| 2:19-cv-03411-DGC | Beulah Gordon | |
| 2:19-cv-03101-DGC | Tracy Gordon | |
| 2:18-cv-00331-DGC | Jennifer Gosche | |
| 2:19-cv-00758-DGC | Henry Gradney | |
| 2:18-cv-01673-DGC | Leslie Grady | |
| 2:18-cv-02185-DGC | Walter H Graham | |
| 2:19-cv-03049-DGC | Lindsey Graham | |
| 2:19-cv-01396-DGC | Rachel Granados | |
| 2:19-cv-04080-DGC | Roy Graves | |
| 2:19-cv-01178-DGC | Angelica Green | |
| 2:18-cv-02184-DGC | Annette Green | |
| 2:19-cv-01220-DGC | Mary Beth Green | |
| 2:19-cv-04085-DGC | Jennifer Green | |
| 2:18-cv-02509-DGC | Susan Greenwalt | |
| 2:17-cv-03310-DGC | Michael Griffin | |
| 2:19-cv-03504-DGC | Jason Griffin | |
| 2:18-cv-01771-DGC | Michael Griffith | |
| 2:18-cv-03326-DGC | Susan Grimes | |
| 2:18-cv-02495-DGC | Gregory Guiteras | |
| 2:19-cv-03802-DGC | Susan Gunter | |
| 2:19-cv-00756-DGC | Sara Gunther | |
| 2:19-cv-03412-DGC | Mary Ann Gwynn | |
| 2:18-cv-02677-DGC | Ronnie Hadley | |
| 2:18-cv-02587-DGC | Roger Hagan | |
| 2:19-cv-00178-DGC | Gregory Hager | |

| | | |
|---|---|---|
| 2:19-cv-03506-DGC | Gabriel Haick | |
| 2:19-cv-02972-DGC | Rodney Haigis | |
| 2:19-cv-02968-DGC | Tamra Hale | |
| 2:19-cv-00197-DGC | Daniel Hall | |
| 2:19-cv-01194-DGC | Sharon Halverson | |
| 2:18-cv-01700-DGC | Clifton Hamilton | |
| 2:19-cv-01010-DGC | Bernice Hanemann | |
| 2:18-cv-01747-DGC | William Hardiman | |
| 2:19-cv-03494-DGC | Christopher Hargrove | |
| 2:19-cv-03177-DGC | Deidre Harlow | |
| 2:19-cv-00225-DGC | Jesse Harness | |
| 2:19-cv-01203-DGC | Christine Harp | |
| 2:17-cv-02505-DGC | Donald Harper | |
| 2:17-cv-03400-DGC | Marty Harris | |
| 2:19-cv-00745-DGC | Jerri Harris | |
| 2:18-cv-02426-DGC | Kimberly Harris | |
| 2:19-cv-01255-DGC | Sara Hartfield | |
| 2:18-cv-03868-DGC | Sandra Harvey | |
| 2:19-cv-00895-DGC | Robert Hasson | |
| 2:19-cv-03060-DGC | Stephen Hatfield | |