# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-00272-DGC | Lubrenda Head | |
| 2:19-cv-01069-DGC | Sara Heard | |
| 2:18-cv-01476-DGC | Deanna Heck | |
| 2:18-cv-02289-DGC | Donna Heckstall | |
| 2:19-cv-03492-DGC | William Hedger | |
| 2:19-cv-00732-DGC | Samuel Helm | |
| 2:19-cv-01374-DGC | Yolanda Henderson | |
| 2:18-cv-02444-DGC | Christopher Henry | |
| 2:18-cv-04690-DGC | Augelique Henson | |
| 2:18-cv-03186-DGC | Matthew Herman | |
| 2:19-cv-01130-DGC | Luis Hernandez | |
| 2:19-cv-00953-DGC | Randall Herndon | |
| 2:19-cv-01083-DGC | Melvena Herrington | |
| 2:18-cv-02100-DGC | Gerald Higgins | |
| 2:18-cv-02024-DGC | Mary Higgins | |
| 2:19-cv-00982-DGC | David Hildebrandt | |
| 2:18-cv-04600-DGC | Jermaine Hill | |
| 2:19-cv-00767-DGC | Betty Hill | |
| 2:19-cv-00940-DGC | Kenyatta Hill | |
| 2:18-cv-01768-DGC | Lisa Hill | |
| 2:19-cv-00960-DGC | Richard Hilpert | |
| 2:18-cv-01905-DGC | Connie Hilt | |
| 2:18-cv-01960-DGC | Donald Hockensmith | |
| 2:17-cv-03198-DGC | Lane Holmes | |
| 2:19-cv-03521-DGC | Antwan Horton | |
| 2:19-cv-03439-DGC | Dave Hottell | |
| 2:19-cv-02873-DGC | Janice Hubert | |
| 2:19-cv-01239-DGC | Jennifer Hudson | |
| 2:18-cv-02045-DGC | Gary Huett | |
| 2:19-cv-00872-DGC | David Huffman | |
| 2:18-cv-00447-DGC | Michael Hull | |
| 2:17-cv-04305-DGC | Tethel Humphrey | |
| 2:19-cv-00398-DGC | Carol Hunt | |
| 2:19-cv-01240-DGC | Nakia Hunter | |
| 2:17-cv-00149-DGC | Anita Hunt-Nelson | |
| 2:18-cv-01459-DGC | Randall Hutson | |
| 2:19-cv-01395-DGC | Dwayne Hysmith | |

3

| | | |
|---|---|---|
| 2:19-cv-02974-DGC | Elida Infante | |
| 2:19-cv-02409-DGC | James Irby | |
| 2:19-cv-01434-DGC | Valerie Isbell | |
| 2:19-cv-01082-DGC | Carrie Ivy | |
| 2:19-cv-03495-DGC | William Izor | |
| 2:18-cv-00872-DGC | Rick Jabari | |
| 2:18-cv-01607-DGC | Dover Jackson | |
| 2:18-cv-00929-DGC | James Jackson | |
| 2:18-cv-03427-DGC | Edna Jackson | |
| 2:18-cv-01724-DGC | Stephen Jaczko | |
| 2:19-cv-01249-DGC | Michelle James | |
| 2:17-cv-03201-DGC | Sallie Johns | |
| 2:19-cv-01328-DGC | William Johnson | |
| 2:19-cv-01363-DGC | Deborah Johnson | |
| 2:19-cv-03505-DGC | Ronald Johnson | |
| 2:19-cv-03532-DGC | Stalina Johnson | |
| 2:18-cv-01832-DGC | Edward Johnston | |
| 2:18-cv-00752-DGC | Jacey Jones | |
| 2:19-cv-01219-DGC | Gwendolyn Jones | |
| 2:19-cv-00903-DGC | Nicole Jones | |
| 2:19-cv-01305-DGC | Nicole Jones | |
| 2:19-cv-00809-DGC | Patricia Jones | |
| 2:19-cv-01125-DGC | Tiffany Jones | |
| 2:18-cv-01685-DGC | Veronica Jones | |
| 2:18-cv-03377-DGC | Tammy Jones | |
| 2:18-cv-00386-DGC | Paula Jordan | |
| 2:19-cv-00987-DGC | Ruth Ann Jordan | |
| 2:19-cv-03513-DGC | Randy Joseph | |
| 2:19-cv-01218-DGC | Tamra Joshi | |
| 2:18-cv-01668-DGC | Kailonia Junkins | |
| 2:19-cv-02583-DGC | Myra Karlson | |
| 2:19-cv-01166-DGC | Louis Katz | |
| 2:19-cv-01128-DGC | Racal Kawaauhau | |
| 2:18-cv-01666-DGC | Cherie Keck | |
| 2:18-cv-01959-DGC | Donald A Kelsey | |
| 2:18-cv-01682-DGC | Linda Kidd | |
| 2:17-cv-01805-DGC | Frances Kirk | |
| 2:18-cv-01694-DGC | Diana Knapp | |
| 2:19-cv-00779-DGC | April Knight | |
| 2:19-cv-01337-DGC | Taunya Knight | |
| 2:19-cv-03502-DGC | Amanda Knight | |

| | | |
|---|---|---|
| 2:19-cv-04093-DGC | Malia Knowles-Jones | |
| 2:17-cv-01610-DGC | Jamie Kobert | |
| 2:19-cv-00970-DGC | Michael Kohan | |
| 2:18-cv-02023-DGC | Leroy Koths | |
| 2:19-cv-03430-DGC | Rachel Krommendyk | |
| 2:19-cv-03057-DGC | Kim Krueger | |
| 2:19-cv-03070-DGC | Patricia Kurtz | |
| 2:18-cv-01334-DSG | Wilfred Ladner | |
| 2:19-cv-01270-DGC | Jeremy Lafferty | |
| 2:18-cv-01718-DGC | Robert Lagrua | |
| 2:17-cv-00921-DGC | Sue LaLonde | |
| 2:17-cv-02488-DGC | Truman Lamb | |
| 2:19-cv-00965-DGC | Ronald Lang | |
| 2:19-cv-00981-DGC | Linda Lanier | |
| 2:19-cv-01329-DGC | George Laperriere | |
| 2:19-cv-01011-DGC | Angela Larcom | |
| 2:18-cv-02172-DGC | Paul Lautzenhiser | |
| 2:19-cv-03048-DGC | Amber Lawson | |
| 2:18-cv-01890-DGC | Janet Layne | |
| 2:19-cv-01326-DGC | Shawn Lazer | |
| 2:19-cv-00774-DGC | Teresa Leanza | |