# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

     Dated this _____ day of _____, 2019

 

                                                                                    _____
                                                                                     HONORABLE DAVID G. CAMPBELL
                                                                                     Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-00272-DGC | Lubrenda Head | |
| 2:19-cv-01069-DGC | Sara Heard | |
| 2:18-cv-01476-DGC | Deanna Heck | |
| 2:18-cv-02289-DGC | Donna Heckstall | |
| 2:19-cv-03492-DGC | William Hedger | |
| 2:19-cv-00732-DGC | Samuel Helm | |
| 2:19-cv-01374-DGC | Yolanda Henderson | |
| 2:18-cv-02444-DGC | Christopher Henry | |
| 2:18-cv-04690-DGC | Augelique Henson | |
| 2:18-cv-03186-DGC | Matthew Herman | |
| 2:19-cv-01130-DGC | Luis Hernandez | |
| 2:19-cv-00953-DGC | Randall Herndon | |
| 2:19-cv-01083-DGC | Melvena Herrington | |
| 2:18-cv-02100-DGC | Gerald Higgins | |
| 2:18-cv-02024-DGC | Mary Higgins | |
| 2:19-cv-00982-DGC | David Hildebrandt | |
| 2:18-cv-04600-DGC | Jermaine Hill | |
| 2:19-cv-00767-DGC | Betty Hill | |
| 2:19-cv-00940-DGC | Kenyatta Hill | |
| 2:18-cv-01768-DGC | Lisa Hill | |
| 2:19-cv-00960-DGC | Richard Hilpert | |
| 2:18-cv-01905-DGC | Connie Hilt | |
| 2:18-cv-01960-DGC | Donald Hockensmith | |
| 2:17-cv-03198-DGC | Lane Holmes | |
| 2:19-cv-03521-DGC | Antwan Horton | |
| 2:19-cv-03439-DGC | Dave Hottell | |
| 2:19-cv-02873-DGC | Janice Hubert | |
| 2:19-cv-01239-DGC | Jennifer Hudson | |
| 2:18-cv-02045-DGC | Gary Huett | |
| 2:19-cv-00872-DGC | David Huffman | |
| 2:18-cv-00447-DGC | Michael Hull | |
| 2:17-cv-04305-DGC | Tethel Humphrey | |
| 2:19-cv-00398-DGC | Carol Hunt | |
| 2:19-cv-01240-DGC | Nakia Hunter | |
| 2:17-cv-00149-DGC | Anita Hunt-Nelson | |
| 2:18-cv-01459-DGC | Randall Hutson | |
| 2:19-cv-01395-DGC | Dwayne Hysmith | |

| | | |
|---|---|---|
| 2:19-cv-02974-DGC | Elida Infante | |
| 2:19-cv-02409-DGC | James Irby | |
| 2:19-cv-01434-DGC | Valerie Isbell | |
| 2:19-cv-01082-DGC | Carrie Ivy | |
| 2:19-cv-03495-DGC | William Izor | |
| 2:18-cv-00872-DGC | Rick Jabari | |
| 2:18-cv-01607-DGC | Dover Jackson | |
| 2:18-cv-00929-DGC | James Jackson | |
| 2:18-cv-03427-DGC | Edna Jackson | |
| 2:18-cv-01724-DGC | Stephen Jaczko | |
| 2:19-cv-01249-DGC | Michelle James | |
| 2:17-cv-03201-DGC | Sallie Johns | |
| 2:19-cv-01328-DGC | William Johnson | |
| 2:19-cv-01363-DGC | Deborah Johnson | |
| 2:19-cv-03505-DGC | Ronald Johnson | |
| 2:19-cv-03532-DGC | Stalina Johnson | |
| 2:18-cv-01832-DGC | Edward Johnston | |
| 2:18-cv-00752-DGC | Jacey Jones | |
| 2:19-cv-01219-DGC | Gwendolyn Jones | |
| 2:19-cv-00903-DGC | Nicole Jones | |
| 2:19-cv-01305-DGC | Nicole Jones | |
| 2:19-cv-00809-DGC | Patricia Jones | |
| 2:19-cv-01125-DGC | Tiffany Jones | |
| 2:18-cv-01685-DGC | Veronica Jones | |
| 2:18-cv-03377-DGC | Tammy Jones | |
| 2:18-cv-00386-DGC | Paula Jordan | |
| 2:19-cv-00987-DGC | Ruth Ann Jordan | |
| 2:19-cv-03513-DGC | Randy Joseph | |
| 2:19-cv-01218-DGC | Tamra Joshi | |
| 2:18-cv-01668-DGC | Kailonia Junkins | |
| 2:19-cv-02583-DGC | Myra Karlson | |
| 2:19-cv-01166-DGC | Louis Katz | |
| 2:19-cv-01128-DGC | Racal Kawaauhau | |
| 2:18-cv-01666-DGC | Cherie Keck | |
| 2:18-cv-01959-DGC | Donald A Kelsey | |
| 2:18-cv-01682-DGC | Linda Kidd | |
| 2:17-cv-01805-DGC | Frances Kirk | |
| 2:18-cv-01694-DGC | Diana Knapp | |
| 2:19-cv-00779-DGC | April Knight | |
| 2:19-cv-01337-DGC | Taunya Knight | |
| 2:19-cv-03502-DGC | Amanda Knight | |

| | | |
|---|---|---|
| 2:19-cv-04093-DGC | Malia Knowles-Jones | |
| 2:17-cv-01610-DGC | Jamie Kobert | |
| 2:19-cv-00970-DGC | Michael Kohan | |
| 2:18-cv-02023-DGC | Leroy Koths | |
| 2:19-cv-03430-DGC | Rachel Krommendyk | |
| 2:19-cv-03057-DGC | Kim Krueger | |
| 2:19-cv-03070-DGC | Patricia Kurtz | |
| 2:18-cv-01334-DSG | Wilfred Ladner | |
| 2:19-cv-01270-DGC | Jeremy Lafferty | |
| 2:18-cv-01718-DGC | Robert Lagrua | |
| 2:17-cv-00921-DGC | Sue LaLonde | |
| 2:17-cv-02488-DGC | Truman Lamb | |
| 2:19-cv-00965-DGC | Ronald Lang | |
| 2:19-cv-00981-DGC | Linda Lanier | |
| 2:19-cv-01329-DGC | George Laperriere | |
| 2:19-cv-01011-DGC | Angela Larcom | |
| 2:18-cv-02172-DGC | Paul Lautzenhiser | |
| 2:19-cv-03048-DGC | Amber Lawson | |
| 2:18-cv-01890-DGC | Janet Layne | |
| 2:19-cv-01326-DGC | Shawn Lazer | |
| 2:19-cv-00774-DGC | Teresa Leanza | |