# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02181-DGC | Rhonda Lee | |
| 2:18-cv-03226-DGC | Sherri Lee | |
| 2:18-cv-01874-DGC | Joan Leese | |
| 2:18-cv-01696-DGC | Harlan Lehman | |
| 2:19-cv-00962-DGC | Mary Leo | |
| 2:18-cv-01511-DGC | David Lesperance | |
| 2:19-cv-01726-DGC | Renee Leveque | |
| 2:19-cv-03061-DGC | Linda Levers | |
| 2:17-cv-01224-DGC | James Lewis | |
| 2:19-cv-01207-DGC | Karyn Lewis | |
| 2:19-cv-02911-DGC | Paula Lewis | |
| 2:19-cv-01271-DGC | Christian Licciardi | |
| 2:19-cv-00896-DGC | Jason Lightfoot | |
| 2:19-cv-01033-DGC | Julio Lima | |
| 2:19-cv-01167-DGC | Jessica Liston | |
| 2:19-cv-03870-DGC | Jerry Livingston | |
| 2:18-cv-02654-DGC | Tressie Lomenick | |
| 2:19-cv-01653-DGC | Norma Longoria | |
| 2:19-cv-01175-DGC | Erika Lopez | |
| 2:18-cv-00941-DGC | Gloria Lopez | |
| 2:19-cv-03499-DGC | Tomas Lopez | |
| 2:18-cv-01381-DGC | Mike Lopour | |
| 2:18-cv-01671-DGC | Sheri Love | |
| 2:18-cv-01092-DGC | Carolyn Lowe | |
| 2:19-cv-01293-DGC | Virginia Luberto | |
| 2:18-cv-01556-DGC | Brett Lucas | |
| 2:19-cv-03535-DGC | Christopher Lykes | |
| 2:18-cv-01314-DGC | Georgetta Lynne | |
| 2:18-cv-03783-DGC | William Lyon | |
| 2:19-cv-01664-DGC | Donald MacAskill | |
| 2:19-cv-00942-DGC | Patrick M Macke | |
| 2:19-cv-03520-DGC | Jorge Maduro | |
| 2:19-cv-00760-DGC | Raylene Maldonado | |
| 2:18-cv-04876-DGC | John Malone | |
| 2:19-cv-01161-DGC | Vanessa Manning | |
| 2:19-cv-01798-DGC | Boysie March | |
| 2:19-cv-01650-DGC | James Marks | |

| | | |
|---|---|---|
| 2:16-cv-02498-DGC | Susan Marshall | |
| 2:19-cv-00910-DGC | Gary Martin | |
| 2:19-cv-01397-DGC | Jeannine Martin | |
| 2:19-cv-02899-DGC | Tammy Martin | |
| 2:19-cv-00994-DGC | Michael Martinez | |
| 2:19-cv-03511-DGC | Esperanza Martoch | |
| 2:18-cv-01862-DGC | Mary Maslayak | |
| 2:17-cv-03469-DGC | Reginald Mathis | |
| 2:18-cv-01554-DGC | Gregory McAdams | |
| 2:19-cv-03072-DGC | Harold McArthur | |
| 2:19-cv-03425-DGC | Joseph McCann | |
| 2:19-cv-03071-DGC | Sherry McCauley | |
| 2:19-cv-00776-DGC | Monroe McClain | |
| 2:17-cv-04146-DGC | Eugene McCleveland | |
| 2:17-cv-00584-DGC | Natalia McCormack | |
| 2:19-cv-00975-DGC | Gary McCormick | |
| 2:19-cv-03721-DGC | Kristy McCorvey | |
| 2:19-cv-01294-DGC | Dawn McDonald | |
| 2:18-cv-01815-DGC | Kym McGee | |
| 2:19-cv-01168-DGC | Cheryl McGinnis | |
| 2:18-cv-01674-DGC | Martin McGlothan | |
| 2:18-cv-01599-DGC | Shauncey McGowan | |
| 2:19-cv-01224-DGC | Frances McLean | |
| 2:19-cv-00885-DGC | William McMillian | |
| 2:19-cv-01217-DGC | Monica McNeely-Peterson | |
| 2:19-cv-00891-DGC | Thomas McNeil | |
| 2:18-cv-02126-DGC | Deborah Middleton | |
| 2:18-cv-02124-DGC | Susan Miller | |
| 2:18-cv-01750-DGC | Talitha Miller | |
| 2:19-cv-01017-DGC | Zenia Miller | |
| 2:19-cv-03510-DGC | Terry Miller | |
| 2:18-cv-00844-DGC | Joseph Mitchell | |
| 2:18-cv-01754-DGC | Darren Mooneyham | |
| 2:19-cv-02755-DGC | Betty Mooneyhan | |
| 2:19-cv-00165-DGC | Carlton Moore | |
| 2:18-cv-01502-DGC | Doris Moore | |
| 2:18-cv-00497-DGC | Larry Morgan | |
| 2:19-cv-00714-DGC | Roy Morgan III | |
| 2:17-cv-03384-DGC | Mary Moriwaki | |
| 2:19-cv-01425-DGC | Robert Morris | |
| 2:19-cv-03490-DGC | Dennis Morris | |

| | | |
|---|---|---|
| 2:19-cv-00900-DGC | Rodney Morton | |
| 2:17-cv-04591-DGC | Ann Mueller | |
| 2:19-cv-00914-DGC | Donald Mullins | |
| 2:19-CV-00044-DGC | Peggy Mullins | |
| 2:18-cv-01377-DGC | Joshua Jordan Mulqueen | |
| 2:17-cv-01225-DGC | Orndary Murphy | |
| 2:18-cv-03067-DGC | Joni Murray | |
| 2:19-cv-02872-DGC | Keith Murray | |
| 2:17-cv-03749-DGC | Dawud A. Mustafa Sr. | |
| 2:18-cv-03731-DGC | Janet Nachman | |
| 2:18-cv-04181-DGC | Keith Nagle | |
| 2:18-cv-02248-DGC | Otis Needham | |
| 2:19-cv-01177-DGC | Tyler Newman | |
| 2:17-cv-01918-DGC | Stephen Nitzsche | |
| 2:19-cv-00948-DGC | Stephen Noll | |
| 2:19-cv-03801-DGC | Ronald Noone | |
| 2:19-cv-03523-DGC | William Nowell | |
| 2:19-cv-03069-DGC | Jean Nowlin | |
| 2:18-cv-02025-DGC | Adam Obrecht | |
| 2:19-cv-01242-DGC | Michael Oconnor | |
| 2:18-cv-02119-DGC | Ronald Oddy | |
| 2:18-cv-02015-DGC | Brenda Ohl | |