# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02181-DGC | Rhonda Lee | |
| 2:18-cv-03226-DGC | Sherri Lee | |
| 2:18-cv-01874-DGC | Joan Leese | |
| 2:18-cv-01696-DGC | Harlan Lehman | |
| 2:19-cv-00962-DGC | Mary Leo | |
| 2:18-cv-01511-DGC | David Lesperance | |
| 2:19-cv-01726-DGC | Renee Leveque | |
| 2:19-cv-03061-DGC | Linda Levers | |
| 2:17-cv-01224-DGC | James Lewis | |
| 2:19-cv-01207-DGC | Karyn Lewis | |
| 2:19-cv-02911-DGC | Paula Lewis | |
| 2:19-cv-01271-DGC | Christian Licciardi | |
| 2:19-cv-00896-DGC | Jason Lightfoot | |
| 2:19-cv-01033-DGC | Julio Lima | |
| 2:19-cv-01167-DGC | Jessica Liston | |
| 2:19-cv-03870-DGC | Jerry Livingston | |
| 2:18-cv-02654-DGC | Tressie Lomenick | |
| 2:19-cv-01653-DGC | Norma Longoria | |
| 2:19-cv-01175-DGC | Erika Lopez | |
| 2:18-cv-00941-DGC | Gloria Lopez | |
| 2:19-cv-03499-DGC | Tomas Lopez | |
| 2:18-cv-01381-DGC | Mike Lopour | |
| 2:18-cv-01671-DGC | Sheri Love | |
| 2:18-cv-01092-DGC | Carolyn Lowe | |
| 2:19-cv-01293-DGC | Virginia Luberto | |
| 2:18-cv-01556-DGC | Brett Lucas | |
| 2:19-cv-03535-DGC | Christopher Lykes | |
| 2:18-cv-01314-DGC | Georgetta Lynne | |
| 2:18-cv-03783-DGC | William Lyon | |
| 2:19-cv-01664-DGC | Donald MacAskill | |
| 2:19-cv-00942-DGC | Patrick M Macke | |
| 2:19-cv-03520-DGC | Jorge Maduro | |
| 2:19-cv-00760-DGC | Raylene Maldonado | |
| 2:18-cv-04876-DGC | John Malone | |
| 2:19-cv-01161-DGC | Vanessa Manning | |
| 2:19-cv-01798-DGC | Boysie March | |
| 2:19-cv-01650-DGC | James Marks | |

| | | |
|---|---|---|
| 2:16-cv-02498-DGC | Susan Marshall | |
| 2:19-cv-00910-DGC | Gary Martin | |
| 2:19-cv-01397-DGC | Jeannine Martin | |
| 2:19-cv-02899-DGC | Tammy Martin | |
| 2:19-cv-00994-DGC | Michael Martinez | |
| 2:19-cv-03511-DGC | Esperanza Martoch | |
| 2:18-cv-01862-DGC | Mary Maslayak | |
| 2:17-cv-03469-DGC | Reginald Mathis | |
| 2:18-cv-01554-DGC | Gregory McAdams | |
| 2:19-cv-03072-DGC | Harold McArthur | |
| 2:19-cv-03425-DGC | Joseph McCann | |
| 2:19-cv-03071-DGC | Sherry McCauley | |
| 2:19-cv-00776-DGC | Monroe McClain | |
| 2:17-cv-04146-DGC | Eugene McCleveland | |
| 2:17-cv-00584-DGC | Natalia McCormack | |
| 2:19-cv-00975-DGC | Gary McCormick | |
| 2:19-cv-03721-DGC | Kristy McCorvey | |
| 2:19-cv-01294-DGC | Dawn McDonald | |
| 2:18-cv-01815-DGC | Kym McGee | |
| 2:19-cv-01168-DGC | Cheryl McGinnis | |
| 2:18-cv-01674-DGC | Martin McGlothan | |
| 2:18-cv-01599-DGC | Shauncey McGowan | |
| 2:19-cv-01224-DGC | Frances McLean | |
| 2:19-cv-00885-DGC | William McMillian | |
| 2:19-cv-01217-DGC | Monica McNeely-Peterson | |
| 2:19-cv-00891-DGC | Thomas McNeil | |
| 2:18-cv-02126-DGC | Deborah Middleton | |
| 2:18-cv-02124-DGC | Susan Miller | |
| 2:18-cv-01750-DGC | Talitha Miller | |
| 2:19-cv-01017-DGC | Zenia Miller | |
| 2:19-cv-03510-DGC | Terry Miller | |
| 2:18-cv-00844-DGC | Joseph Mitchell | |
| 2:18-cv-01754-DGC | Darren Mooneyham | |
| 2:19-cv-02755-DGC | Betty Mooneyhan | |
| 2:19-cv-00165-DGC | Carlton Moore | |
| 2:18-cv-01502-DGC | Doris Moore | |
| 2:18-cv-00497-DGC | Larry Morgan | |
| 2:19-cv-00714-DGC | Roy Morgan III | |
| 2:17-cv-03384-DGC | Mary Moriwaki | |
| 2:19-cv-01425-DGC | Robert Morris | |
| 2:19-cv-03490-DGC | Dennis Morris | |

| | | |
|---|---|---|
| 2:19-cv-00900-DGC | Rodney Morton | |
| 2:17-cv-04591-DGC | Ann Mueller | |
| 2:19-cv-00914-DGC | Donald Mullins | |
| 2:19-CV-00044-DGC | Peggy Mullins | |
| 2:18-cv-01377-DGC | Joshua Jordan Mulqueen | |
| 2:17-cv-01225-DGC | Orndary Murphy | |
| 2:18-cv-03067-DGC | Joni Murray | |
| 2:19-cv-02872-DGC | Keith Murray | |
| 2:17-cv-03749-DGC | Dawud A. Mustafa Sr. | |
| 2:18-cv-03731-DGC | Janet Nachman | |
| 2:18-cv-04181-DGC | Keith Nagle | |
| 2:18-cv-02248-DGC | Otis Needham | |
| 2:19-cv-01177-DGC | Tyler Newman | |
| 2:17-cv-01918-DGC | Stephen Nitzsche | |
| 2:19-cv-00948-DGC | Stephen Noll | |
| 2:19-cv-03801-DGC | Ronald Noone | |
| 2:19-cv-03523-DGC | William Nowell | |
| 2:19-cv-03069-DGC | Jean Nowlin | |
| 2:18-cv-02025-DGC | Adam Obrecht | |
| 2:19-cv-01242-DGC | Michael Oconnor | |
| 2:18-cv-02119-DGC | Ronald Oddy | |
| 2:18-cv-02015-DGC | Brenda Ohl | |