# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Scott Fraser_____
Scott Fraser
scott@mcdonaldworley.com
MCDONALD WORLEY PC
1770 St. James Pl.
Houston, TX  77056
P:  713.523.5500
F:  713.523.5501

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Scott Fraser_____
Scott Fraser

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03738 | Donna Adams | 7/9/2019 |
| 2:19-cv-03857 | Sharon Alexander | 7/9/2019 |
| 2:19-cv-02998 | Constance Allbritton | 7/9/2019 |
| 2:19-cv-02999 | Ronald Amundson | 7/9/2019 |
| 2:19-cv-04247 | Gloria Anderson | 7/9/2019 |
| 2:19-cv-04250 | Sally Anderson | 7/10/2019 |
| 2:19-cv-03000 | Christina Bacon | 7/9/2019 |
| 2:19-cv-03763 | Donald Bailey | 7/10/2019 |
| 2:19-cv-04155 | Francis Baldwin | 7/10/2019 |
| 2:19-cv-03778 | William Bartlett | 7/10/2019 |
| 2:19-cv-03001 | Holly Battenfeld | 7/10/2019 |
| 2:19-cv-03002 | Jack Bethea | 6/3/2019 |
| 2:19-cv-03846 | Ronald Biggerstaff | 7/10/2019 |
| 2:19-cv-03863 | Steven Blankenship | 7/10/2019 |
| 2:19-cv-01459-PHX-DGC | Mark Bond | 3/21/2019 |
| 2:19-cv-04255 | Robbie Brittman | 7/10/2019 |
| 2:19-cv-04158-PHX-DGC | Roy Brown | 9/23/2019 |
| 2:19-cv-04159 | Patricia Bruno | 7/11/2019 |
| 2:19-cv-04160-DGC | Paul Bryant | 9/23/2019 |
| 2:19-cv-02395-PHX-DGC | Tameka Burton | 5/3/2019 |
| 2:19-cv-04161 | Melonie Buzzard | 7/19/2019 |
| 2:19-cv-03867 | Mark Calderone | 7/11/2019 |
| 2:19-cv-03872 | Joyce Caligan | 7/11/2019 |
| 2:19-cv-03211 | George Campagnoni | 9/5/2019 |
| 2:19-cv-01881 | Carla Carroll | 4/18/2019 |
| 2:19-cv-03003 | Michael Caver | 9/5/2019 |
| 2:19-cv-03004 | Linda Cebula | 9/5/2019 |
| 2:19-cv-1882-PHX-DGC | Frances Childress | 4/18/2019 |
| 2:19-cv-04162 | Gail Church | 9/5/2019 |
| 2:19-cv-03005 | Judith Clouser | 9/5/2019 |
| 2:19-cv-03740 | Patricia Cogar | 9/5/2019 |
| 2:19-cv-03877 | Mary Cox | 9/5/2019 |
| 2:19-cv-02397-PHX-DGC | Linda Craig | 5/6/2019 |
| 2:19-cv-04163 | Annie Crawford | 9/5/2019 |
| 2:19-cv-03883 | Susan Daddario | 9/5/2019 |
| 2:19-cv-03230-DGC | Jawarrena Davis | 9/5/2019 |

| | | |
|---|---|---|
| 2:19-cv-02675 | Linda Del Valle | 7/19/2019 |
| 2:19-cv-03914 | Mark Delaney | 9/5/2019 |
| 2:19-cv-04262 | Connie Dobson | 9/5/2019 |
| 2:19-cv-03006 | Steve Douglas | 9/5/2019 |
| 2:19-cv-03917 | Vivian Drew | 9/5/2019 |
| 2:19-cv-02479 | Shayna Duffaut (Sorby) | 4/30/2019 |
| 2:19-cv-03918 | Donna Duncan | 9/5/2019 |
| 2:19-cv-04166 | Charles Dunlap | 9/5/2019 |
| 2:19-cv-03744 | Danny Fasolo | 9/5/2019 |
| 2:19-cv-03919 | Olga Flores | 9/24/2019 |
| 2:19-cv-03780 | Darryl Floyd | 9/6/2019 |
| 2:19-cv-03007 | Eric Fodor | 9/6/2019 |
| 2:19-cv-03785 | Amanda Frankland | 9/6/2019 |
| 2:19-cv-03920 | Kathy Gary | 9/13/2019 |
| 2:19-cv-03922 | David Gibson, Jr. | not served |
| 2:19-cv-03008 | Jerri Gordon | 9/6/2019 |
| 2:19-cv-03924 | Dale Goynes | 9/6/2019 |
| 2:19-cv-04265 | Karren Graham | 9/6/2019 |
| 2:19-cv-04170 | Tammy Graves | 9/6/2019 |
| 2:19-cv-03009 | Eddie Green | 9/6/2019 |
| 2:19-cv-03213 | Carey Grimmage | 9/6/2019 |
| 2:19-cv-03773 | Daniel Guenther | 9/6/2019 |
| 2:19-cv-04171 | Christopher Hannawa | 9/6/2019 |
| 2:19-cv-02393 | Lisa Harrington | 9/6/2019 |
| 2:19-cv-03784 | Kim Harrison | 9/6/2019 |
| 2:19-cv-03010 | Timothy Harrison | 9/6/2019 |
| 2:19-cv-02502 | Scott Hatcher | 4/30/2019 |
| 2:19-cv-03949 | Ginger Henley | 9/6/2019 |
| 2:19-cv-03931 | Lisle Hicks | 9/6/2019 |
| 2:19-cv-03748 | Wilma Hill | 9/23/2019 |
| 2:19-cv-03952 | Martha Hinchman | 9/6/2019 |
| 2:19-cv-04172 | Christeen Hinton | 9/6/2019 |
| 2:19-cv-04271 | Tammy Hipps | 9/6/2019 |
| 2:19-cv-03011 | Emily Hoffman | 9/6/2019 |
| 2:19-cv-04175 | Mary Holland | 9/13/2019 |
| 2:19-cv-03934 | Diana Holt | 9/13/2019 |
| 2:19-cv-04176 | Sam Hood | 9/13/2019 |
| 2:19-cv-03964 | Anne Hubbard | 9/13/2019 |
| 2:19-cv-03012 | Harriet Humes | 9/6/2019 |

| | | |
|---|---|---|
| 2:19-cv-04178 | Billie Inzar | 9/13/2019 |
| 2:19-cv-03945 | Dena Jester | 9/13/2019 |
| 2:19-cv-03212 | Joyce Johnson | 9/6/2019 |
| 2:19-cv-04180 | Justin Johnston | 9/13/2019 |
| 2:19-cv-03948 | Terry Keaton | 9/11/2019 |
| 2:19-cv-03973 | Vicky Keiffer | 9/11/2019 |
| 2:19-cv-02677; 2:19-cv-03013 | Rose Kelly | 9/6/2019 |
| 2:19-cv-03974 | John Kemp | 9/11/2019 |
| 2:19-cv-03031 | Jeremy Kempa | 9/4/2019 |
| 2:19-cv-03032 | Timothy Kimmerling | 9/6/2019 |
| 2:19-cv-04280 | Elizabeth Kosko | 9/11/2019 |
| 2:19-cv-03034 | Deborah Kreuter | 9/6/2019 |
| 2:19-cv-03765 | Shana Langley | 9/11/2019 |
| 2:19-cv-03036 | Leona LeBlanc | 9/6/2019 |
| 2:19-cv-03977 | Micheline Lee | 9/11/2019 |
| 2:19-cv-03978 | James Litchfield | 9/11/2019 |
| 2:19-cv-03037 | Santa Lopez | 9/11/2019 |
| 2:19-cv-04184 | Jerry Mace, Sr. | 9/20/2019 |
| 2:19-cv-03206 | Diane Makosky | 9/11/2019 |
| 2:19-cv-03983; 2:19-cv-03985 | Charlotte Mathis | 9/13/2019 |
| 2:19-cv-03720 | Robert McDowell | 9/11/2019 |
| 2:19-cv-04002 | April McGlothin | 9/11/2019 |
| 2:19-cv-01604-PHX-DGC | Pearlina McMillian | 4/18/2019 |
| 2:19-cv-04281 | Robert Milburn | 9/11/2019 |
| 2:19-cv-01588-PHX-DGC | Travis Montgomery | 4/18/2019 |
| 2:19-cv-02493 | Joan Morneau | 4/30/2019 |
| 2:19-cv-03038 | Lela Neely | 9/6/2019 |
| 2:19-cv-03997 | Harold Nelson | 7/16/2019 |
| 2:19-cv-04009 | Kristine Nelson | 9/6/2019 |
| 2:19-cv-03039 | Edward Netz | 9/6/2019 |
| 2:19-cv-03776 | Patricia Newman | 9/6/2019 |
| 2:19-cv-04017 | Richard Norman | 9/6/2019 |
| 2:19-cv-04282 | Elizabeth Ollis | 9/6/2019 |
| 2:19-cv-04031 | Brenda Orcutt-Smith | 9/6/2019 |
| 2:19-cv-04020 | Peter Ott | 9/10/2019 |
| 2:19-cv-03966 | Kay Palmer | 9/10/2019 |
| 2:19-cv-04187 | Eva Parker | 9/10/2019 |

| | | |
|---|---|---|
| 2:19-cv-03723 | Ben Patrick | 9/24/2019 |
| 2:19-cv-04039 | Ronald Pennington | 9/10/2019 |
| 2:19-cv-03040 | David Pino | 9/10/2019 |
| 2:19-cv-04087 | Jeffrey Piotter | 9/10/2019 |
| 2:19-cv-01605-PHX-DGC | Pandora Porter | 4/18/2019 |
| 2:19-cv-04072 | Mylus Powell | 9/10/2019 |
| 2:19-cv-03736 | Robert Przykucki | 9/10/2019 |
| 2:19-cv-04286 | Glenn Rapanos | 9/10/2019 |
| 2:19-cv-04075 | Lisa Reynolds | 9/10/2019 |
| 2:19-cv-02676 | Charlotte Ritchie | 9/10/2019 |
| 2:19-cv-04194 | Hazel Rivera | 9/10/2019 |
| 2:19-cv-04288 | Alfred Roberts | 9/5/2019 |
| 2:19-cv-04094 | Dawn Robinson | 9/10/2019 |
| 2:19-cv-04290 | Terry Rowe | 9/11/2019 |
| 2:19-cv-04190 | Donna Sanchez | 9/11/2019 |
| 2:19-cv-03767-PHX-DGC | Loretta Sanford | 9/24/2019 |
| 2:19-cv-03224 | Jeanie Sankitts | 9/10/2019 |
| 2:19-cv-04291 | Carmen Santana | 9/11/2019 |
| 2:19-cv-04197 | Travis Schilling | 9/13/2019 |
| 2:19-cv-02398 | Erin Sechrest | 9/19/2019 |
| 2:19-cv-04292 | Sandra Sell | 9/20/2019 |
| 2:19-cv-04202 | Virginia Settlemyre | 9/20/2019 |
| 2:19-cv-04205 | Kathryn Sharp | 9/20/2019 |
| 2:19-cv-04206 | James Sieloff | 9/20/2019 |
| 2:19-cv-03229 | Sue Simpson | 9/20/2019 |
| 2:19-cv-03207 | Chelsea Sipes | 9/20/2019 |
| 2:19-cv-03735 | Stephanie Sitlington | 9/20/2019 |
| 2:19-cv-01883 | George Smith | 4/18/2019 |
| 2:19-cv-04135 | Julie Smith | 9/30/2019 |
| 2:19-cv-02228 | Melissa Smith | 4/18/2019 |
| 2:19-cv-03208 | George Spees | 9/20/2019 |
| 2:19-cv-04211 | Chico Stephens | 9/20/2019 |
| 2:19-cv-04208 | Sallie Sticklin | 9/20/2019 |
| 2:19-cv-03209 | Rhonda Stockstill | 9/20/2019 |
| 2:19-cv-04210 | Lanie Strunk | 9/20/2019 |
| 2:19-cv-04297 | Sean Sullivan | 9/19/2019 |
| 2:19-cv-04214 | Labreesha Taylor | 9/20/2019 |