# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03738 | Donna Adams | 7/9/2019 |
| 2:19-cv-03857 | Sharon Alexander | 7/9/2019 |
| 2:19-cv-02998 | Constance Allbritton | 7/9/2019 |
| 2:19-cv-02999 | Ronald Amundson | 7/9/2019 |
| 2:19-cv-04247 | Gloria Anderson | 7/9/2019 |
| 2:19-cv-04250 | Sally Anderson | 7/10/2019 |
| 2:19-cv-03000 | Christina Bacon | 7/9/2019 |
| 2:19-cv-03763 | Donald Bailey | 7/10/2019 |
| 2:19-cv-04155 | Francis Baldwin | 7/10/2019 |
| 2:19-cv-03778 | William Bartlett | 7/10/2019 |
| 2:19-cv-03001 | Holly Battenfeld | 7/10/2019 |
| 2:19-cv-03002 | Jack Bethea | 6/3/2019 |
| 2:19-cv-03846 | Ronald Biggerstaff | 7/10/2019 |
| 2:19-cv-03863 | Steven Blankenship | 7/10/2019 |
| 2:19-cv-01459-PHX-DGC | Mark Bond | 3/21/2019 |
| 2:19-cv-04255 | Robbie Brittman | 7/10/2019 |
| 2:19-cv-04158-PHX-DGC | Roy Brown | 9/23/2019 |
| 2:19-cv-04159 | Patricia Bruno | 7/11/2019 |
| 2:19-cv-04160-DGC | Paul Bryant | 9/23/2019 |
| 2:19-cv-02395-PHX-DGC | Tameka Burton | 5/3/2019 |
| 2:19-cv-04161 | Melonie Buzzard | 7/19/2019 |
| 2:19-cv-03867 | Mark Calderone | 7/11/2019 |
| 2:19-cv-03872 | Joyce Caligan | 7/11/2019 |
| 2:19-cv-03211 | George Campagnoni | 9/5/2019 |
| 2:19-cv-01881 | Carla Carroll | 4/18/2019 |
| 2:19-cv-03003 | Michael Caver | 9/5/2019 |
| 2:19-cv-03004 | Linda Cebula | 9/5/2019 |
| 2:19-cv-1882-PHX-DGC | Frances Childress | 4/18/2019 |
| 2:19-cv-04162 | Gail Church | 9/5/2019 |
| 2:19-cv-03005 | Judith Clouser | 9/5/2019 |
| 2:19-cv-03740 | Patricia Cogar | 9/5/2019 |
| 2:19-cv-03877 | Mary Cox | 9/5/2019 |
| 2:19-cv-02397-PHX-DGC | Linda Craig | 5/6/2019 |
| 2:19-cv-04163 | Annie Crawford | 9/5/2019 |
| 2:19-cv-03883 | Susan Daddario | 9/5/2019 |
| 2:19-cv-03230-DGC | Jawarrena Davis | 9/5/2019 |

| | | |
|---|---|---|
| 2:19-cv-02675 | Linda Del Valle | 7/19/2019 |
| 2:19-cv-03914 | Mark Delaney | 9/5/2019 |
| 2:19-cv-04262 | Connie Dobson | 9/5/2019 |
| 2:19-cv-03006 | Steve Douglas | 9/5/2019 |
| 2:19-cv-03917 | Vivian Drew | 9/5/2019 |
| 2:19-cv-02479 | Shayna Duffaut (Sorby) | 4/30/2019 |
| 2:19-cv-03918 | Donna Duncan | 9/5/2019 |
| 2:19-cv-04166 | Charles Dunlap | 9/5/2019 |
| 2:19-cv-03744 | Danny Fasolo | 9/5/2019 |
| 2:19-cv-03919 | Olga Flores | 9/24/2019 |
| 2:19-cv-03780 | Darryl Floyd | 9/6/2019 |
| 2:19-cv-03007 | Eric Fodor | 9/6/2019 |
| 2:19-cv-03785 | Amanda Frankland | 9/6/2019 |
| 2:19-cv-03920 | Kathy Gary | 9/13/2019 |
| 2:19-cv-03922 | David Gibson, Jr. | not served |
| 2:19-cv-03008 | Jerri Gordon | 9/6/2019 |
| 2:19-cv-03924 | Dale Goynes | 9/6/2019 |
| 2:19-cv-04265 | Karren Graham | 9/6/2019 |
| 2:19-cv-04170 | Tammy Graves | 9/6/2019 |
| 2:19-cv-03009 | Eddie Green | 9/6/2019 |
| 2:19-cv-03213 | Carey Grimmage | 9/6/2019 |
| 2:19-cv-03773 | Daniel Guenther | 9/6/2019 |
| 2:19-cv-04171 | Christopher Hannawa | 9/6/2019 |
| 2:19-cv-02393 | Lisa Harrington | 9/6/2019 |
| 2:19-cv-03784 | Kim Harrison | 9/6/2019 |
| 2:19-cv-03010 | Timothy Harrison | 9/6/2019 |
| 2:19-cv-02502 | Scott Hatcher | 4/30/2019 |
| 2:19-cv-03949 | Ginger Henley | 9/6/2019 |
| 2:19-cv-03931 | Lisle Hicks | 9/6/2019 |
| 2:19-cv-03748 | Wilma Hill | 9/23/2019 |
| 2:19-cv-03952 | Martha Hinchman | 9/6/2019 |
| 2:19-cv-04172 | Christeen Hinton | 9/6/2019 |
| 2:19-cv-04271 | Tammy Hipps | 9/6/2019 |
| 2:19-cv-03011 | Emily Hoffman | 9/6/2019 |
| 2:19-cv-04175 | Mary Holland | 9/13/2019 |
| 2:19-cv-03934 | Diana Holt | 9/13/2019 |
| 2:19-cv-04176 | Sam Hood | 9/13/2019 |
| 2:19-cv-03964 | Anne Hubbard | 9/13/2019 |
| 2:19-cv-03012 | Harriet Humes | 9/6/2019 |

| | | |
|---|---|---|
| 2:19-cv-04178 | Billie Inzar | 9/13/2019 |
| 2:19-cv-03945 | Dena Jester | 9/13/2019 |
| 2:19-cv-03212 | Joyce Johnson | 9/6/2019 |
| 2:19-cv-04180 | Justin Johnston | 9/13/2019 |
| 2:19-cv-03948 | Terry Keaton | 9/11/2019 |
| 2:19-cv-03973 | Vicky Keiffer | 9/11/2019 |
| 2:19-cv-02677; 2:19-cv-03013 | Rose Kelly | 9/6/2019 |
| 2:19-cv-03974 | John Kemp | 9/11/2019 |
| 2:19-cv-03031 | Jeremy Kempa | 9/4/2019 |
| 2:19-cv-03032 | Timothy Kimmerling | 9/6/2019 |
| 2:19-cv-04280 | Elizabeth Kosko | 9/11/2019 |
| 2:19-cv-03034 | Deborah Kreuter | 9/6/2019 |
| 2:19-cv-03765 | Shana Langley | 9/11/2019 |
| 2:19-cv-03036 | Leona LeBlanc | 9/6/2019 |
| 2:19-cv-03977 | Micheline Lee | 9/11/2019 |
| 2:19-cv-03978 | James Litchfield | 9/11/2019 |
| 2:19-cv-03037 | Santa Lopez | 9/11/2019 |
| 2:19-cv-04184 | Jerry Mace, Sr. | 9/20/2019 |
| 2:19-cv-03206 | Diane Makosky | 9/11/2019 |
| 2:19-cv-03983; 2:19-cv-03985 | Charlotte Mathis | 9/13/2019 |
| 2:19-cv-03720 | Robert McDowell | 9/11/2019 |
| 2:19-cv-04002 | April McGlothin | 9/11/2019 |
| 2:19-cv-01604-PHX-DGC | Pearlina McMillian | 4/18/2019 |
| 2:19-cv-04281 | Robert Milburn | 9/11/2019 |
| 2:19-cv-01588-PHX-DGC | Travis Montgomery | 4/18/2019 |
| 2:19-cv-02493 | Joan Morneau | 4/30/2019 |
| 2:19-cv-03038 | Lela Neely | 9/6/2019 |
| 2:19-cv-03997 | Harold Nelson | 7/16/2019 |
| 2:19-cv-04009 | Kristine Nelson | 9/6/2019 |
| 2:19-cv-03039 | Edward Netz | 9/6/2019 |
| 2:19-cv-03776 | Patricia Newman | 9/6/2019 |
| 2:19-cv-04017 | Richard Norman | 9/6/2019 |
| 2:19-cv-04282 | Elizabeth Ollis | 9/6/2019 |
| 2:19-cv-04031 | Brenda Orcutt-Smith | 9/6/2019 |
| 2:19-cv-04020 | Peter Ott | 9/10/2019 |
| 2:19-cv-03966 | Kay Palmer | 9/10/2019 |
| 2:19-cv-04187 | Eva Parker | 9/10/2019 |

| | | |
|---|---|---|
| 2:19-cv-03723 | Ben Patrick | 9/24/2019 |
| 2:19-cv-04039 | Ronald Pennington | 9/10/2019 |
| 2:19-cv-03040 | David Pino | 9/10/2019 |
| 2:19-cv-04087 | Jeffrey Piotter | 9/10/2019 |
| 2:19-cv-01605-PHX-DGC | Pandora Porter | 4/18/2019 |
| 2:19-cv-04072 | Mylus Powell | 9/10/2019 |
| 2:19-cv-03736 | Robert Przykucki | 9/10/2019 |
| 2:19-cv-04286 | Glenn Rapanos | 9/10/2019 |
| 2:19-cv-04075 | Lisa Reynolds | 9/10/2019 |
| 2:19-cv-02676 | Charlotte Ritchie | 9/10/2019 |
| 2:19-cv-04194 | Hazel Rivera | 9/10/2019 |
| 2:19-cv-04288 | Alfred Roberts | 9/5/2019 |
| 2:19-cv-04094 | Dawn Robinson | 9/10/2019 |
| 2:19-cv-04290 | Terry Rowe | 9/11/2019 |
| 2:19-cv-04190 | Donna Sanchez | 9/11/2019 |
| 2:19-cv-03767-PHX-DGC | Loretta Sanford | 9/24/2019 |
| 2:19-cv-03224 | Jeanie Sankitts | 9/10/2019 |
| 2:19-cv-04291 | Carmen Santana | 9/11/2019 |
| 2:19-cv-04197 | Travis Schilling | 9/13/2019 |
| 2:19-cv-02398 | Erin Sechrest | 9/19/2019 |
| 2:19-cv-04292 | Sandra Sell | 9/20/2019 |
| 2:19-cv-04202 | Virginia Settlemyre | 9/20/2019 |
| 2:19-cv-04205 | Kathryn Sharp | 9/20/2019 |
| 2:19-cv-04206 | James Sieloff | 9/20/2019 |
| 2:19-cv-03229 | Sue Simpson | 9/20/2019 |
| 2:19-cv-03207 | Chelsea Sipes | 9/20/2019 |
| 2:19-cv-03735 | Stephanie Sitlington | 9/20/2019 |
| 2:19-cv-01883 | George Smith | 4/18/2019 |
| 2:19-cv-04135 | Julie Smith | 9/30/2019 |
| 2:19-cv-02228 | Melissa Smith | 4/18/2019 |
| 2:19-cv-03208 | George Spees | 9/20/2019 |
| 2:19-cv-04211 | Chico Stephens | 9/20/2019 |
| 2:19-cv-04208 | Sallie Sticklin | 9/20/2019 |
| 2:19-cv-03209 | Rhonda Stockstill | 9/20/2019 |
| 2:19-cv-04210 | Lanie Strunk | 9/20/2019 |
| 2:19-cv-04297 | Sean Sullivan | 9/19/2019 |
| 2:19-cv-04214 | Labreesha Taylor | 9/20/2019 |