## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03210 | Lynette Thaxton | 9/19/2019 |
| 2:19-cv-03409 | Diorene Thomas | 9/19/2019 |
| 2:19-cv-04140 | Cynthia Thompson | 9/19/2019 |
| 2:19-cv-04141 | Dominique Thompson | 9/19/2019 |
| 2:19-cv-03782 | Joseph Trammell | 9/19/2019 |
| 2:19-cv-04143 | Jessica Trout | 9/20/2019 |
| 2:19-cv-04228 | Estil Tuimminello | 9/19/2019 |
| 2:19-cv-04236 | Neil Uhlhorn | 9/13/2019 |
| 2:19-cv-04150 | Daniel Vasquez | 9/19/2019 |
| 2:19-cv-01603 | Seren Verret | 4/18/2019 |
| 2:19-cv-03766 | Jacqueline Volny | 9/19/2019 |
| 2:19-cv-03042 | Carol Wadhwani | 6/5/2019 |
| 2:19-cv-03044 | Sarah Watkins | 9/19/2019 |
| 2:19-cv-03779 | Garry Weatherford | 9/20/2019 |
| 2:19-cv-04151 | Prentice Worley | 9/20/2019 |
| 2:19-cv-02394 | Amy Wrench | 9/20/2019 |
| 2:19-cv-01602-PHX-DGC | Nicole Zanelotti | 4/18/2019 |
| 2:19-cv-03043-DGC | Carolyn Warren | 9/19/2019 |