# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02044-DGC | Joseph Olsen | |
| 2:18-cv-01978-DGC | Linda Orick | |
| 2:19-cv-03102-DGC | Carrie Osborne | |
| 2:17-cv-04132-DGC | Charles Osbourn | |
| 2:16-cv-03477-DGC | Jeanne Padilla | |
| 2:19-cv-02833-DGC | Melinda Page | |
| 2:19-cv-01247-DGC | Amie Palmer | |
| 2:19-cv-00915-DGC | Jennifer Panetto | |
| 2:18-cv-02113-DGC | Linda Parker | |
| 2:18-cv-03123-DGC | Patricia L. Parker | |
| 2:19-cv-03056-DGC | Amber Parnell | |
| 2:18-cv-01855-DGC | Kathleen Pasternak | |
| 2:17-cv-01491-DGC | Vicki Patton | |
| 2:18-cv-01740-DGC | Don Pava | |
| 2:19-cv-00064-DGC | Ronald Pearson | |
| 2:18-cv-01945-DGC | Robert Perman | |
| 2:19-cv-03046-DGC | Robert Perry | |
| 2:19-cv-00951-DGC | Toshiba Person | |
| 2:18-cv-02144-DGC | Jeffrey Pfalzgraf | |
| 2:19-cv-01005-DGC | Jane Pflaum | |
| 2:19-cv-03509-DGC | LaTanya Pickett | |
| 2:19-cv-01081-DGC | Robin Pitts | |
| 2:18-cv-03347-DGC | Ruth Pleasant | |
| 2:18-cv-04098-DGC | Anna Plymesser | |
| 2:18-cv-00059-DGC | William Powell | |
| 2:18-cv-04157-DGC | LaDona Powers | |
| 2:18-cv-03662-DGC | Laura Powers | |
| 2:19-cv-00973-DGC | Ian Preece | |
| 2:18-cv-01477-DGC | Judith Price | |
| 2:18-cv-01667-DGC | Orville Price | |
| 2:18-cv-01893-DGC | Lester Proctor | |
| 2:18-cv-01589-DGC | Linda Pryor | |
| 2:18-cv-03255-DGC | Nova Putney | |
| 2:19-cv-03047-DGC | Tammy Quitman | |
| 2:19-cv-01054-DGC | Ronald Ragsdale | |
| 2:19-cv-03525-DGC | Kelly Ralabate | |
| 2:18-cv-01900-DGC | Loleta Ramos | |

| | | |
|---|---|---|
| 2:19-cv-01126-DGC | Jeanette Randall | |
| 2:18-cv-02490-DGC | JoAnn Rapp | |
| 2:18-cv-01993-DGC | Colleen Ravert | |
| 2:18-cv-02109-DGC | Dolores Reardon | |
| 2:19-cv-01074-DGC | Tammy Redd | |
| 2:18-cv-01745-DGC | Billie Reed | |
| 2:19-cv-00911-DGC | Deborah Reed | |
| 2:18-cv-02608-DGC | Rafik Refaat | |
| 2:19-cv-02895-DGC | Glynn Reine | |
| 2:19-cv-03017-DGC | Carla Renner | |
| 2:18-cv-01872-DGC | Anita Reynolds | |
| 2:18-cv-01984-DGC | William Rhodall | |
| 2:19-cv-01655-DGC | James Richeson | |
| 2:19-cv-00495-DGC | Dwight Ricketts | |
| 2:19-cv-00889-DGC | Tim Ring | |
| 2:19-cv-00949-DGC | Francisco Rivera | |
| 2:18-cv-02145-DGC | Tony Rivera | |
| 2:19-cv-03066-DGC | Gilberto Rivera | |
| 2:18-cv-02785-DGC | Willie Robins | |
| 2:19-cv-01070-DGC | Catherine Robinson | |
| 2:17-cv-03181-DGC | Heather Robinson | |
| 2:19-cv-00255-DGC | Christina Rodriguez | |
| 2:18-cv-04953-DGC | Jorge Roman | |
| 2:19-cv-03030-DGC | Lindarose Rondina | |
| 2:19-cv-02786-DGC | Patricia Rose | |
| 2:19-cv-01648-DGC | Kristen Rosengrant | |
| 2:18-cv-02507-DGC | Howard Rosenstein | |
| 2:19-cv-03019-DGC | Francis Ross | |
| 2:17-cv-01702-DGC | Corey Rossetto | |
| 2:18-cv-04456-DGC | Kristen Royse | |
| 2:19-cv-03517-DGC | David Rubinson | |
| 2:18-cv-01770-DGC | Shirley Kay Ruehle | |
| 2:19-cv-01378-DGC | Delorise Runnels | |
| 2:19-cv-03432-DGC | Amira Sabanovic | |
| 2:18-cv-02011-DGC | Ernesto Sanchez | |
| 2:19-cv-03029-DGC | Mario Sanchez | |
| 2:19-cv-00969-DGC | Deborah Sanders | |
| 2:18-cv-00861-DGC | Sabrina Sanders | |
| 2:19-cv-03433-DGC | Greg Sanders | |
| 2:19-cv-01711-DGC | Megan Sardis | |
| 2:19-cv-00961-DGC | Susan Saulnier | |

| | | |
|---|---|---|
| 2:18-cv-01950-DGC | Jacob Savoy | |
| 2:19-cv-03890-DGC | Vicki Schaeffer | |
| 2:19-cv-00959-DGC | Patti Schandelmeier | |
| 2:18-cv-01467-DGC | Greg Schempp | |
| 2:18-cv-01691-DGC | Charles Schneider | |
| 2:16-cv-04132-DGC | Gena Schneider | |
| 2:19-cv-01246-DGC | Rachel Scholl | |
| 2:19-cv-03725-DGC | Amanda Schrader | |
| 2:19-cv-03519-DGC | Elissa Schwartz | |
| 2:18-cv-04236-DGC | Douglas Seals | |
| 2:17-cv-04510-DGC | Jennifer Seavers | |
| 2:19-cv-00882-DGC | Linda Seay | |
| 2:18-cv-01489-DGC | Philip Sehenuk | |
| 2:19-cv-03198-DGC | Floyd Serr | |
| 2:19-cv-01302-DGC | Britney Seville | |
| 2:17-cv-01164-DGC | Lewanna Sexton | |
| 2:18-cv-01751-DGC | Gary Sharp | |
| 2:19-cv-00983-DGC | Karen Sharp | |
| 2:18-cv-02190-DGC | Charles Sharpe | |
| 2:18-cv-01669-DGC | Nancy Shearer | |
| 2:19-cv-02950-DGC | Pauline Shields | |
| 2:18-cv-00314-DGC | William Shockley | |