# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02044-DGC | Joseph Olsen | |
| 2:18-cv-01978-DGC | Linda Orick | |
| 2:19-cv-03102-DGC | Carrie Osborne | |
| 2:17-cv-04132-DGC | Charles Osbourn | |
| 2:16-cv-03477-DGC | Jeanne Padilla | |
| 2:19-cv-02833-DGC | Melinda Page | |
| 2:19-cv-01247-DGC | Amie Palmer | |
| 2:19-cv-00915-DGC | Jennifer Panetto | |
| 2:18-cv-02113-DGC | Linda Parker | |
| 2:18-cv-03123-DGC | Patricia L. Parker | |
| 2:19-cv-03056-DGC | Amber Parnell | |
| 2:18-cv-01855-DGC | Kathleen Pasternak | |
| 2:17-cv-01491-DGC | Vicki Patton | |
| 2:18-cv-01740-DGC | Don Pava | |
| 2:19-cv-00064-DGC | Ronald Pearson | |
| 2:18-cv-01945-DGC | Robert Perman | |
| 2:19-cv-03046-DGC | Robert Perry | |
| 2:19-cv-00951-DGC | Toshiba Person | |
| 2:18-cv-02144-DGC | Jeffrey Pfalzgraf | |
| 2:19-cv-01005-DGC | Jane Pflaum | |
| 2:19-cv-03509-DGC | LaTanya Pickett | |
| 2:19-cv-01081-DGC | Robin Pitts | |
| 2:18-cv-03347-DGC | Ruth Pleasant | |
| 2:18-cv-04098-DGC | Anna Plymesser | |
| 2:18-cv-00059-DGC | William Powell | |
| 2:18-cv-04157-DGC | LaDona Powers | |
| 2:18-cv-03662-DGC | Laura Powers | |
| 2:19-cv-00973-DGC | Ian Preece | |
| 2:18-cv-01477-DGC | Judith Price | |
| 2:18-cv-01667-DGC | Orville Price | |
| 2:18-cv-01893-DGC | Lester Proctor | |
| 2:18-cv-01589-DGC | Linda Pryor | |
| 2:18-cv-03255-DGC | Nova Putney | |
| 2:19-cv-03047-DGC | Tammy Quitman | |
| 2:19-cv-01054-DGC | Ronald Ragsdale | |
| 2:19-cv-03525-DGC | Kelly Ralabate | |
| 2:18-cv-01900-DGC | Loleta Ramos | |

| | | |
|---|---|---|
| 2:19-cv-01126-DGC | Jeanette Randall | |
| 2:18-cv-02490-DGC | JoAnn Rapp | |
| 2:18-cv-01993-DGC | Colleen Ravert | |
| 2:18-cv-02109-DGC | Dolores Reardon | |
| 2:19-cv-01074-DGC | Tammy Redd | |
| 2:18-cv-01745-DGC | Billie Reed | |
| 2:19-cv-00911-DGC | Deborah Reed | |
| 2:18-cv-02608-DGC | Rafik Refaat | |
| 2:19-cv-02895-DGC | Glynn Reine | |
| 2:19-cv-03017-DGC | Carla Renner | |
| 2:18-cv-01872-DGC | Anita Reynolds | |
| 2:18-cv-01984-DGC | William Rhodall | |
| 2:19-cv-01655-DGC | James Richeson | |
| 2:19-cv-00495-DGC | Dwight Ricketts | |
| 2:19-cv-00889-DGC | Tim Ring | |
| 2:19-cv-00949-DGC | Francisco Rivera | |
| 2:18-cv-02145-DGC | Tony Rivera | |
| 2:19-cv-03066-DGC | Gilberto Rivera | |
| 2:18-cv-02785-DGC | Willie Robins | |
| 2:19-cv-01070-DGC | Catherine Robinson | |
| 2:17-cv-03181-DGC | Heather Robinson | |
| 2:19-cv-00255-DGC | Christina Rodriguez | |
| 2:18-cv-04953-DGC | Jorge Roman | |
| 2:19-cv-03030-DGC | Lindarose Rondina | |
| 2:19-cv-02786-DGC | Patricia Rose | |
| 2:19-cv-01648-DGC | Kristen Rosengrant | |
| 2:18-cv-02507-DGC | Howard Rosenstein | |
| 2:19-cv-03019-DGC | Francis Ross | |
| 2:17-cv-01702-DGC | Corey Rossetto | |
| 2:18-cv-04456-DGC | Kristen Royse | |
| 2:19-cv-03517-DGC | David Rubinson | |
| 2:18-cv-01770-DGC | Shirley Kay Ruehle | |
| 2:19-cv-01378-DGC | Delorise Runnels | |
| 2:19-cv-03432-DGC | Amira Sabanovic | |
| 2:18-cv-02011-DGC | Ernesto Sanchez | |
| 2:19-cv-03029-DGC | Mario Sanchez | |
| 2:19-cv-00969-DGC | Deborah Sanders | |
| 2:18-cv-00861-DGC | Sabrina Sanders | |
| 2:19-cv-03433-DGC | Greg Sanders | |
| 2:19-cv-01711-DGC | Megan Sardis | |
| 2:19-cv-00961-DGC | Susan Saulnier | |

| | | |
|---|---|---|
| 2:18-cv-01950-DGC | Jacob Savoy | |
| 2:19-cv-03890-DGC | Vicki Schaeffer | |
| 2:19-cv-00959-DGC | Patti Schandelmeier | |
| 2:18-cv-01467-DGC | Greg Schempp | |
| 2:18-cv-01691-DGC | Charles Schneider | |
| 2:16-cv-04132-DGC | Gena Schneider | |
| 2:19-cv-01246-DGC | Rachel Scholl | |
| 2:19-cv-03725-DGC | Amanda Schrader | |
| 2:19-cv-03519-DGC | Elissa Schwartz | |
| 2:18-cv-04236-DGC | Douglas Seals | |
| 2:17-cv-04510-DGC | Jennifer Seavers | |
| 2:19-cv-00882-DGC | Linda Seay | |
| 2:18-cv-01489-DGC | Philip Sehenuk | |
| 2:19-cv-03198-DGC | Floyd Serr | |
| 2:19-cv-01302-DGC | Britney Seville | |
| 2:17-cv-01164-DGC | Lewanna Sexton | |
| 2:18-cv-01751-DGC | Gary Sharp | |
| 2:19-cv-00983-DGC | Karen Sharp | |
| 2:18-cv-02190-DGC | Charles Sharpe | |
| 2:18-cv-01669-DGC | Nancy Shearer | |
| 2:19-cv-02950-DGC | Pauline Shields | |
| 2:18-cv-00314-DGC | William Shockley | |