# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00796-DGC | Morgan Shoff | |
| 2:19-cv-01009-DGC | Laura Short | |
| 2:19-cv-03508-DGC | Nathan Short | |
| 2:17-cv-02717-DGC | Joel Shorter | |
| 2:18-cv-00663-DGC | Anita Shropshire | |
| 2:19-cv-02948-DGC | Gregory Shrum | |
| 2:19-cv-01433-DGC | Jacob Shugart | |
| 2:19-cv-03107-DGC | Tommy Shugart | |
| 2:18-cv-01050-DGC | Juan Sierra | |
| 2:19-cv-03106-DGC | Natasha Simmons | |
| 2:17-cv-03313-DGC | Adam Simon | |
| 2:19-cv-00887-DGC | Virginia Singer | |
| 2:19-cv-01672-DGC | Dmitry Sklyar | |
| 2:19-cv-03438-DGC | Barbara Smalls | |
| 2:18-cv-01504-DGC | Michelle Smedley | |
| 2:18-cv-01831-DGC | James Smith | |
| 2:18-cv-03117-DGC | Robert Smith | |
| 2:19-cv-00763-DGC | Birdie Smith | |
| 2:19-cv-00904-DGC | Carol Smith | |
| 2:18-cv-01737-DGC | Claudette Smith | |
| 2:16-cv-03360-DGC | Constance Smith | |
| 2:18-cv-01878 | Glenda Smith | |
| 2:19-cv-01808-DGC | Marion Smith | |
| 2:19-cv-03534-DGC | Eaxie Smith | |
| 2:19-cv-03434-DGC | Howard Smith | |
| 2:19-cv-03175-DGC | Susan Smith | |
| 2:19-cv-01073-DGC | Cynthia Smith-Meeks | |
| 2:18-cv-01475-DGC | Wade Snyder | |
| 2:18-cv-02022-DGC | Trudy Sobocienski | |
| 2:19-cv-01325-DGC | Wayne Soller | |
| 2:19-cv-00941-DGC | Sloan Solomon | |
| 2:18-cv-01757-DGC | Kim Soltys | |
| 2:18-cv-00496-DGC | Oscar Soto | |
| 2:19-cv-01656-DGC | Jeree Spikes | |
| 2:18-cv-01837-DGC | Rodney Spitzer | |
| 2:18-cv-03305-DGC | Jacqueline Spratley-Burns | |
| 2:19-cv-03497-DGC | James St. Clair | |

| | | |
|---|---|---|
| 2:19-cv-03108-DGC | Lisann St. Clair | |
| 2:19-cv-03185-DGC | Christopher St. Clair | |
| 2:19-cv-01086-DGC | James E Stackhouse Jr | |
| 2:18-cv-01681-DGC | Robert Stahl | |
| 2:19-cv-00781-DGC | Melissa Stahl | |
| 2:18-cv-01936-DGC | Shirlee Staley | |
| 2:18-cv-01896-DGC | Lorene Stanton | |
| 2:18-cv-01495-DGC | Karen Stark | |
| 2:19-cv-00991-DGC | Danny Starkey | |
| 2:17-cv-02093-DGC | Ryan Stearns | |
| 2:18-cv-02014-DGC | Steven Stearns | |
| 2:17-cv-01911-DGC | Deborah A. Stec | |
| 2:19-cv-00890-DGC | Garry Steed | |
| 2:19-cv-01230-DGC | Eugene Steffey | |
| 2:18-cv-01479-DGC | Linda Stevens | |
| 2:17-cv-01603-DGC | William Stewart | |
| 2:19-cv-01015-DGC | Robert Stewart | |
| 2:18-cv-01510-DGC | Penny Stewart | |
| 2:17-cv-02722-DGC | William Storgion | |
| 2:18-cv-02121-DGC | Darrell Stotts | |
| 2:18-cv-03325-DGC | Ajelon Straws | |
| 2:19-cv-01037-DGC | Launa Street | |
| 2:18-cv-02173-DGC | Tammie Stricklan | |
| 2:18-cv-00483-DGC | Stephen Stringer | |
| 2:17-cv-02252-DGC | Marilyn Sutherland | |
| 2:18-cv-01982-DGC | Wanda Swindle | |
| 2:19-cv-00905-DGC | Constance Taft | |
| 2:19-cv-03028-DGC | Virginia Tait | |
| 2:19-cv-03493-DGC | Otto Talamantez | |
| 2:19-cv-00408-DGC | Rebecka Tanner | |
| 2:19-cv-01336-DGC | Maria Tapia | |
| 2:18-cv-01758-DGC | Melissa Taylor | |
| 2:19-cv-01160-DGC | Ronald L Teichmer | |
| 2:19-cv-03022-DGC | Frances Tester | |
| 2:18-cv-02439-DGC | Charles Thomas | |
| 2:19-cv-00944-DGC | Virgil Thomas | |
| 2:19-cv-03099-DGC | Elliotte Thomas Jr. | |
| 2:19-cv-00978-DGC | Jeff Thompson | |
| 2:19-cv-01377-DGC | Deborah Thompson | |
| 2:19-cv-01243-DGC | Kathleen Thompson | |
| 2:19-cv-03059-DGC | Joseph Thornton | |

| | | |
|---|---|---|
| 2:18-cv-01932-DGC | Herbert Tidrick | |
| 2:19-cv-03507-DGC | Sharon Tiedemann | |
| 2:19-cv-03068-DGC | Christopher Tieslau | |
| 2:19-cv-01202-DGC | Linda Todd | |
| 2:17-cv-00860-DGC | John Tokarski | |
| 2:19-cv-02876-DGC | Marilyn Tomlin | |
| 2:19-cv-03014-DGC | Brenda Towers | |
| 2:18-cv-01812-DGC | Roosevelt Townsend | |
| 2:19-cv-03023-DGC | Richard Townsend | |
| 2:19-cv-01018-DGC | Angel Trenkle | |
| 2:17-cv-04557-DGC | Robert Tucker | |
| 2:19-cv-00785-DGC | Casundra Turner | |
| 2:18-cv-02797-DGC | Paul Turrieta | |
| 2:18-cv-01990-DGC | Mary Tuttle | |
| 2:19-cv-00908-DGC | Bonnie Valdez | |
| 2:18-cv-02029-DGC | Dave Van Asch | |
| 2:18-cv-01698-DGC | Kandy Van Wagner | |
| 2:18-cv-01678-DGC | Jana Vanos | |
| 2:17-cv-02936-DGC | Crystal VanStory | |
| 2:18-cv-02236-DGC | Mary Vautrin | |
| 2:19-cv-00974-DGC | David Vazquez | |
| 2:18-cv-01951-DGC | Catherine Vazquez | |