# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00796-DGC | Morgan Shoff | |
| 2:19-cv-01009-DGC | Laura Short | |
| 2:19-cv-03508-DGC | Nathan Short | |
| 2:17-cv-02717-DGC | Joel Shorter | |
| 2:18-cv-00663-DGC | Anita Shropshire | |
| 2:19-cv-02948-DGC | Gregory Shrum | |
| 2:19-cv-01433-DGC | Jacob Shugart | |
| 2:19-cv-03107-DGC | Tommy Shugart | |
| 2:18-cv-01050-DGC | Juan Sierra | |
| 2:19-cv-03106-DGC | Natasha Simmons | |
| 2:17-cv-03313-DGC | Adam Simon | |
| 2:19-cv-00887-DGC | Virginia Singer | |
| 2:19-cv-01672-DGC | Dmitry Sklyar | |
| 2:19-cv-03438-DGC | Barbara Smalls | |
| 2:18-cv-01504-DGC | Michelle Smedley | |
| 2:18-cv-01831-DGC | James Smith | |
| 2:18-cv-03117-DGC | Robert Smith | |
| 2:19-cv-00763-DGC | Birdie Smith | |
| 2:19-cv-00904-DGC | Carol Smith | |
| 2:18-cv-01737-DGC | Claudette Smith | |
| 2:16-cv-03360-DGC | Constance Smith | |
| 2:18-cv-01878 | Glenda Smith | |
| 2:19-cv-01808-DGC | Marion Smith | |
| 2:19-cv-03534-DGC | Eaxie Smith | |
| 2:19-cv-03434-DGC | Howard Smith | |
| 2:19-cv-03175-DGC | Susan Smith | |
| 2:19-cv-01073-DGC | Cynthia Smith-Meeks | |
| 2:18-cv-01475-DGC | Wade Snyder | |
| 2:18-cv-02022-DGC | Trudy Sobocienski | |
| 2:19-cv-01325-DGC | Wayne Soller | |
| 2:19-cv-00941-DGC | Sloan Solomon | |
| 2:18-cv-01757-DGC | Kim Soltys | |
| 2:18-cv-00496-DGC | Oscar Soto | |
| 2:19-cv-01656-DGC | Jeree Spikes | |
| 2:18-cv-01837-DGC | Rodney Spitzer | |
| 2:18-cv-03305-DGC | Jacqueline Spratley-Burns | |
| 2:19-cv-03497-DGC | James St. Clair | |

| | | |
|---|---|---|
| 2:19-cv-03108-DGC | Lisann St. Clair | |
| 2:19-cv-03185-DGC | Christopher St. Clair | |
| 2:19-cv-01086-DGC | James E Stackhouse Jr | |
| 2:18-cv-01681-DGC | Robert Stahl | |
| 2:19-cv-00781-DGC | Melissa Stahl | |
| 2:18-cv-01936-DGC | Shirlee Staley | |
| 2:18-cv-01896-DGC | Lorene Stanton | |
| 2:18-cv-01495-DGC | Karen Stark | |
| 2:19-cv-00991-DGC | Danny Starkey | |
| 2:17-cv-02093-DGC | Ryan Stearns | |
| 2:18-cv-02014-DGC | Steven Stearns | |
| 2:17-cv-01911-DGC | Deborah A. Stec | |
| 2:19-cv-00890-DGC | Garry Steed | |
| 2:19-cv-01230-DGC | Eugene Steffey | |
| 2:18-cv-01479-DGC | Linda Stevens | |
| 2:17-cv-01603-DGC | William Stewart | |
| 2:19-cv-01015-DGC | Robert Stewart | |
| 2:18-cv-01510-DGC | Penny Stewart | |
| 2:17-cv-02722-DGC | William Storgion | |
| 2:18-cv-02121-DGC | Darrell Stotts | |
| 2:18-cv-03325-DGC | Ajelon Straws | |
| 2:19-cv-01037-DGC | Launa Street | |
| 2:18-cv-02173-DGC | Tammie Stricklan | |
| 2:18-cv-00483-DGC | Stephen Stringer | |
| 2:17-cv-02252-DGC | Marilyn Sutherland | |
| 2:18-cv-01982-DGC | Wanda Swindle | |
| 2:19-cv-00905-DGC | Constance Taft | |
| 2:19-cv-03028-DGC | Virginia Tait | |
| 2:19-cv-03493-DGC | Otto Talamantez | |
| 2:19-cv-00408-DGC | Rebecka Tanner | |
| 2:19-cv-01336-DGC | Maria Tapia | |
| 2:18-cv-01758-DGC | Melissa Taylor | |
| 2:19-cv-01160-DGC | Ronald L Teichmer | |
| 2:19-cv-03022-DGC | Frances Tester | |
| 2:18-cv-02439-DGC | Charles Thomas | |
| 2:19-cv-00944-DGC | Virgil Thomas | |
| 2:19-cv-03099-DGC | Elliotte Thomas Jr. | |
| 2:19-cv-00978-DGC | Jeff Thompson | |
| 2:19-cv-01377-DGC | Deborah Thompson | |
| 2:19-cv-01243-DGC | Kathleen Thompson | |
| 2:19-cv-03059-DGC | Joseph Thornton | |

| | | |
|---|---|---|
| 2:18-cv-01932-DGC | Herbert Tidrick | |
| 2:19-cv-03507-DGC | Sharon Tiedemann | |
| 2:19-cv-03068-DGC | Christopher Tieslau | |
| 2:19-cv-01202-DGC | Linda Todd | |
| 2:17-cv-00860-DGC | John Tokarski | |
| 2:19-cv-02876-DGC | Marilyn Tomlin | |
| 2:19-cv-03014-DGC | Brenda Towers | |
| 2:18-cv-01812-DGC | Roosevelt Townsend | |
| 2:19-cv-03023-DGC | Richard Townsend | |
| 2:19-cv-01018-DGC | Angel Trenkle | |
| 2:17-cv-04557-DGC | Robert Tucker | |
| 2:19-cv-00785-DGC | Casundra Turner | |
| 2:18-cv-02797-DGC | Paul Turrieta | |
| 2:18-cv-01990-DGC | Mary Tuttle | |
| 2:19-cv-00908-DGC | Bonnie Valdez | |
| 2:18-cv-02029-DGC | Dave Van Asch | |
| 2:18-cv-01698-DGC | Kandy Van Wagner | |
| 2:18-cv-01678-DGC | Jana Vanos | |
| 2:17-cv-02936-DGC | Crystal VanStory | |
| 2:18-cv-02236-DGC | Mary Vautrin | |
| 2:19-cv-00974-DGC | David Vazquez | |
| 2:18-cv-01951-DGC | Catherine Vazquez | |