# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Benjamin A. Bertram
Benjamin A. Bertram
benbertram@bertramgraf.com
BERTRAM & GRAF LLC
2345 Grand Blvd., Ste. 1925
Kansas City, MO  64108
P:  816.523.2205
F:  816.523.8258

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Benjamin A. Bertram
Benjamin A. Bertram

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-02455-DGC | Earl Allen | 9/23/2019 |
| 2:19-cv-00901 | Anthony Appolonia | 2/28/2019 |
| 2:18-cv-04913 | Athanusuas Athanasopoulos | 1/8/2019 |
| 2:19-cv-02456 | Kathryn Ball | 4/29/2019 |
| 2:18-cv-01640 | Christopher Barnett | 6/7/2018 |
| 2:17-cv-04756 | Laphael Battle | 1/10/2018 |
| 2:19-cv-01914 | Frederick Beagle | 4/19/2019 |
| 2:17-cv-02958 | Travis Beal | 9/12/2017 |
| 2:19-cv-01915 | Melissa Beckham | 4/19/2019 |
| 2:19-cv-02421 | Selwyn Belanger | 4/26/2019 |
| 2:19-cv-01916 | Kenneth Bender | 4/16/2019 |
| 2:18-cv-02133 | Maryory Benitez | 7/18/2018 |
| 2:17-cv-02537 | Russell Benson | 8/8/2017 |
| 2:19-cv-00085 | Jaime Blair | 1/15/2019 |
| 2:16-cv-04183 | Michael Blevins | 12/8/2016 |
| 2:18-cv-01430 | Gerardo Borbolla | 5/17/2018 |
| 2:16-cv-02374 | John Bower | 7/21/2016 |
| 2:17-cv-03183 | Judy Boyd | 9/29/2017 |
| 2:18-cv-04861 | David Boyea | 1/7/2019 |
| 2:19-cv-04244-DGC | Marc Brackens | 7/23/2019 |
| 2:19-cv-00086 | Louie Brackett (Brenda Brakett, Guardian) | 1/15/2019 |
| 2:19-cv-01861 | Pamela Brandy | 4/4/2019 |
| 2:18-cv-00514 | Donna Britt | 2/16/2018 |
| 2:17-cv-02718 | Shantel Brockman-Brown | 9/12/2017 |
| 2:19-cv-00087 | Kelly Burroughs | 1/15/2019 |
| 2:19-cv-02445 | Gibson Cameron | 4/29/2019 |
| 2:16-cv-02954 | Nathaniel Cameron | 9/12/2016 |
| 2:17-cv-02959 | Richard Cameron | 9/12/2017 |
| 2:16-cv-02071 | Charletta Carpenter | 7/15/2016 |
| 2:17-cv-03318 | Curtis Cassell | 10/3/2017 |
| 2:19-cv-01860 | Blanca Castillo | 4/19/2019 |
| 2:16-cv-02231 | Brandi Chargois | 7/19/2016; 7/20/2016 |
| 2:17-cv-01517 | Bridgette Cherasard | 5/22/2017 |
| 2:19-cv-02417 | James Clark | 4/26/2019 |
| 2:19-cv-04251-DGC | Charles Cobb | 7/23/2019 |

| | | |
|---|---|---|
| 2:19-cv-01435 | Darryl Coleman | 3/18/2019 |
| 2:18-cv-01373 | Teresa Coleman | not served |
| 2:17-cv-03582 | Cynthia Collins | 10/19/2017 |
| 2:17-cv-03876 | Maary Cook | 11/1/2017 |
| 2:17-cv-01390 | Adam Cowell | 5/10/2017 |
| 2:18-cv-04912 | Cynthia Cummins | 1/8/2019 |
| 2:19-cv-04242-DGC | Verla Cunningham | 7/23/2019 |
| 2:17-cv-04377 | Bobby Curtis | 12/11/2017 |
| 2:19-cv-04317-DGC | Ben Czyrny | 7/19/2019 |
| 2:18-cv-02135 | Chauncey Davis | 7/13/2018 |
| 2:19-cv-00090 | Valarie Davis-Parris | 1/15/2019 |
| 2:19-cv-00091 | Lilia De Anda | 1/15/2019 |
| 2:17-cv-03288-DGC | Betsie Deane | 10/3/2017 |
| 2:19-cv-04246-DGC | Joseph DeLaurentis | 7/23/2019 |
| 2:18-cv-01566 | Susan Devine | 6/5/2018 |
| 2:19-cv-00092 | John DiGiorgio | 1/15/2019 |
| 2:19-cv-00109 | Austin Drake | 1/22/2019 |
| 2:19-cv-01394 | George Drakes | 3/21/2019 |
| 2:17-cv-02960 | Michael Edging | 9/8/2017 |
| 2:19-cv-02446 | Rodney Edwards | 4/29/2019 |
| 2:17-cv-03919 | Dennis Ellis | 11/1/2017 |
| 2:19-cv-02418 | Charles Falco | 4/26/2019 |
| 2:19-cv-02347 | Mark Felten | 4/25/2019 |
| 2:17-cv-01462 | Maria Flores | 6/6/2017 |
| 2:18-cv-02901 | Jeremy Frazier | 9/24/2018 |
| 2:17-cv-04144 | Steve Frey | 1/10/2018 |
| 2:19-cv-04319-DGC | Robert Fuller | 7/23/2019 |
| 2:19-cv-02348 | Ryne Gassaway | 4/25/2019 |
| 2:19-cv-02413 | Kenneth Gee | 4/25/2019 |
| 2:19-cv-02415 | Doris Gettridge | 4/25/2019 |
| 2:18-cv-04914 | William Gilbert | 1/9/2019 |
| 2:19-cv-01864 | Kristie Glass | 4/18/2019 |
| 2:19-cv-02371 | Jerry Gore | 4/25/2019 |
| 2:19-cv-02414 | Tommie Gregory | 4/25/2019 |
| 2:18-cv-04923 | David Greist | 1/9/2019 |
| 2:18-cv-01810 | Deanna Grotheer | 6/19/2018 |
| 2:18-cv-00129 | Joan Hall | Answer filed |
| 2:18-cv-02229 | Danielle Hamrick | 7/25/2018 |
| 2:19-cv-00111 | Melvin Hancock | 1/22/2019 |

| | | |
|---|---|---|
| 2:19-cv-01896 | Fiera Harper | 4/18/2019 |
| 2:19-cv-00120 | Fredrick Harrison | 1/15/2019 |
| 2:19-cv-01917 | Daniel Hartmann | 4/17/2019 |
| 2:17-cv-04038 | Neal Hayward | 11/10/2017 |
| 2:18-cv-04752-DGC | Tonya Hernandez | 1/3/2019 |
| 2:18-cv-00876 | Julie Herring | not served |
| 2:17-cv-04171 | Charronda Hines | 11/30/2017 |
| 2:19-cv-01918 | Julia Hornbaker | 4/17/2019 |
| 2:17-cv-02961 | Carolyn Hudson | 9/7/2017 |
| 2:19-cv-01436 | Jessie Jackson | 3/19/2019 |
| 2:17-cv-01951 | Priscilla James | 7/3/2017 |
| 2:17-cv-04465 | Shanikqua Jefferson | 12/15/2017 |
| 2:19-cv-02475-DGC | Lisa Jenks | 4/30/2019 |
| 2:17-cv-02719 | Janie Jonas | 9/8/2017 |
| 2:19-cv-02416 | Gail Kellingsworth | 4/26/2019 |
| 2:19-cv-01919 | Deborah Keyes | 4/19/2019 |
| 2:18-cv-02143 | Whelan King | 7/20/2018 |
| 2:17-cv-04246 | James Kittle | 12/4/2017 |
| 2:17-cv-02721 | William Kreis III | 9/12/2017 |
| 2:19-cv-01920 | Jolanda Kuzmanic | 4/19/2019 |
| 2:17-cv-03584 | Kara LaManna-Faas | 10/20/2017 |
| 2:19-cv-02477-PHX-DGC | Agnes Lambert | 4/30/2019 |
| 2:17-cv-02894 | Margaret Lane | not served |
| 2:19-cv-00113 | Timothy Lauer | 1/22/2019 |
| 2:18-cv-01025 | William Lawrence | not served |
| 2:19-cv-01921 | Lashon Lee | 4/18/2019 |
| 2:19-cv-01897 | Mister Lee | 4/19/2019 |
| 2:18-cv-00513 | Adbue Lemar | 2/20/2018 |
| 2:19-cv-00121 | Gloria Leonard-Witten | 1/22/2019 |
| 2:19-cv-01922 | Barbara LeShore | 4/18/2019 |
| 2:16-cv-02280 | Michael Lewis | 7/21/2016 |
| 2:19-cv-00112 | Carmen Madrid | 1/16/2019 |
| 2:19-cv-01923 | Dominic Mangiardi | 4/19/2019 |
| 2:19-cv-02369 | Curtis Marshman | 4/25/2019 |
| 2:17-cv-04050 | Darrel Martemus | 11/6/2017 |
| 2:17-cv-02765 | Anthony May | 1/10/2018 |
| 2:19-cv-02049 | Emmett McNeel | 4/18/2019 |
| 2:19-cv-02454 | Michael Melton | 4/29/2019 |
| 2:19-cv-01437 | Ben Miller | 3/19/2019 |

| | | |
|---|---|---|
| 2:19-cv-00130 | David Minter | 1/16/2019 |
| 2:17-cv-03995 | Willie Moon Jr. | 11/10/2017 |
| 2:19-cv-00135 | Jeffry Moore | 1/16/2019 |
| 2:17-cv-04163 | Rebecca Moore | 12/15/2017 |
| 2:18-cv-04916 | Roger Mopping | 12/27/2018 |
| 2:19-cv-01924 | Cecilia Murphy | 4/22/2019 |
| 2:19-cv-01925 | Todd Northcutt | 4/22/2019 |
| 2:16-cv-00566 | Stephen Ogden | 5/6/2016 |
| 2:18-cv-01508 | Victoria Overton | 1/26/2018 |
| 2:17-cv-03339 | Shirley Parish | 10/5/2017 |
| 2:19-cv-00137 | Rebecca Patrick | 1/22/2019 |
| 2:19-cv-02447 | Cynthia Perez | 4/29/2019 |
| 2:19-cv-02448 | Linda Perry | 4/29/2019 |
| 2:17-cv-00245 | William Petersen | 2/3/2017 |
| 2:19-cv-01926 | Dana Pettiway | 4/22/2019 |
| 2:19-cv-01927 | Suzanne Piontek | 4/22/2019 |
| 2:17-cv-02695 | Karla Powell-Barbosa | 8/18/2017 |
| 2:18-cv-01372 | Charles Purdee | not served |
| 2:19-cv-00138 | William Purdy | 1/22/2019 |
| 2:19-cv-04243-DGC | Wallase Queen | 7/19/2019 |
| 2:19-cv-02457 | Philip Redden | 4/29/2019 |
| 2:19-cv-00141 | Janice Richardson | 1/22/2019 |
| 2:19-cv-00131 | June Richardson | 1/22/2019 |
| 2:19-cv-00133 | Kristina Ripatti | 1/15/2019 |
| 2:16-cv-04184 | Jeanette Robins | 12/12/2016 |
| 2:19-cv-02449 | Arron Robinson | 4/29/2019 |
| 2:19-cv-00142 | Latravia Robinson | 1/15/2019 |
| 2:18-cv-01706 | Linda Robinson | 6/13/2018 |
| 2:17-cv-02839 | Philip Robinson | 9/12/2017 |
| 2:17-cv-04287 | Susan Robinson | 12/6/2017 |
| 2:18-cv-01508 | Michael Rocker | 5/31/2018 |
| 2:17-cv-02962 | Christopher Roos | 9/7/2017 |
| 2:19-cv-02450 | Donna Rose | 4/29/2019 |
| 2:19-cv-00143 | Nina Rosengrant | 1/15/2019 |
| 2:17-cv-02963 | Clinton Rowell Jr. | 9/7/2017 |
| 2:18-cv-02060 | Whitney Russell | 7/12/2018 |
| 2:19-cv-02419 | Taqwa-Hakeem Saeed | 4/26/2019 |