**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-02455-DGC | Earl Allen | 9/23/2019 |
| 2:19-cv-00901 | Anthony Appolonia | 2/28/2019 |
| 2:18-cv-04913 | Athanusuas Athanasopoulos | 1/8/2019 |
| 2:19-cv-02456 | Kathryn Ball | 4/29/2019 |
| 2:18-cv-01640 | Christopher Barnett | 6/7/2018 |
| 2:17-cv-04756 | Laphael Battle | 1/10/2018 |
| 2:19-cv-01914 | Frederick Beagle | 4/19/2019 |
| 2:17-cv-02958 | Travis Beal | 9/12/2017 |
| 2:19-cv-01915 | Melissa Beckham | 4/19/2019 |
| 2:19-cv-02421 | Selwyn Belanger | 4/26/2019 |
| 2:19-cv-01916 | Kenneth Bender | 4/16/2019 |
| 2:18-cv-02133 | Maryory Benitez | 7/18/2018 |
| 2:17-cv-02537 | Russell Benson | 8/8/2017 |
| 2:19-cv-00085 | Jaime Blair | 1/15/2019 |
| 2:16-cv-04183 | Michael Blevins | 12/8/2016 |
| 2:18-cv-01430 | Gerardo Borbolla | 5/17/2018 |
| 2:16-cv-02374 | John Bower | 7/21/2016 |
| 2:17-cv-03183 | Judy Boyd | 9/29/2017 |
| 2:18-cv-04861 | David Boyea | 1/7/2019 |
| 2:19-cv-04244-DGC | Marc Brackens | 7/23/2019 |
| 2:19-cv-00086 | Louie Brackett (Brenda Brackett, Guardian) | 1/15/2019 |
| 2:19-cv-01861 | Pamela Brandy | 4/4/2019 |
| 2:18-cv-00514 | Donna Britt | 2/16/2018 |
| 2:17-cv-02718 | Shantel Brockman-Brown | 9/12/2017 |
| 2:19-cv-00087 | Kelly Burroughs | 1/15/2019 |
| 2:19-cv-02445 | Gibson Cameron | 4/29/2019 |
| 2:16-cv-02954 | Nathaniel Cameron | 9/12/2016 |
| 2:17-cv-02959 | Richard Cameron | 9/12/2017 |
| 2:16-cv-02071 | Charletta Carpenter | 7/15/2016 |
| 2:17-cv-03318 | Curtis Cassell | 10/3/2017 |
| 2:19-cv-01860 | Blanca Castillo | 4/19/2019 |
| 2:16-cv-02231 | Brandi Chargois | 7/19/2016; 7/20/2016 |
| 2:17-cv-01517 | Bridgette Cherasard | 5/22/2017 |
| 2:19-cv-02417 | James Clark | 4/26/2019 |
| 2:19-cv-04251-DGC | Charles Cobb | 7/23/2019 |

| | | |
|---|---|---|
| 2:19-cv-01435 | Darryl Coleman | 3/18/2019 |
| 2:18-cv-01373 | Teresa Coleman | not served |
| 2:17-cv-03582 | Cynthia Collins | 10/19/2017 |
| 2:17-cv-03876 | Maary Cook | 11/1/2017 |
| 2:17-cv-01390 | Adam Cowell | 5/10/2017 |
| 2:18-cv-04912 | Cynthia Cummins | 1/8/2019 |
| 2:19-cv-04242-DGC | Verla Cunningham | 7/23/2019 |
| 2:17-cv-04377 | Bobby Curtis | 12/11/2017 |
| 2:19-cv-04317-DGC | Ben Czyrny | 7/19/2019 |
| 2:18-cv-02135 | Chauncey Davis | 7/13/2018 |
| 2:19-cv-00090 | Valarie Davis-Parris | 1/15/2019 |
| 2:19-cv-00091 | Lilia De Anda | 1/15/2019 |
| 2:17-cv-03288-DGC | Betsie Deane | 10/3/2017 |
| 2:19-cv-04246-DGC | Joseph DeLaurentis | 7/23/2019 |
| 2:18-cv-01566 | Susan Devine | 6/5/2018 |
| 2:19-cv-00092 | John DiGiorgio | 1/15/2019 |
| 2:19-cv-00109 | Austin Drake | 1/22/2019 |
| 2:19-cv-01394 | George Drakes | 3/21/2019 |
| 2:17-cv-02960 | Michael Edging | 9/8/2017 |
| 2:19-cv-02446 | Rodney Edwards | 4/29/2019 |
| 2:17-cv-03919 | Dennis Ellis | 11/1/2017 |
| 2:19-cv-02418 | Charles Falco | 4/26/2019 |
| 2:19-cv-02347 | Mark Felten | 4/25/2019 |
| 2:17-cv-01462 | Maria Flores | 6/6/2017 |
| 2:18-cv-02901 | Jeremy Frazier | 9/24/2018 |
| 2:17-cv-04144 | Steve Frey | 1/10/2018 |
| 2:19-cv-04319-DGC | Robert Fuller | 7/23/2019 |
| 2:19-cv-02348 | Ryne Gassaway | 4/25/2019 |
| 2:19-cv-02413 | Kenneth Gee | 4/25/2019 |
| 2:19-cv-02415 | Doris Gettridge | 4/25/2019 |
| 2:18-cv-04914 | William Gilbert | 1/9/2019 |
| 2:19-cv-01864 | Kristie Glass | 4/18/2019 |
| 2:19-cv-02371 | Jerry Gore | 4/25/2019 |
| 2:19-cv-02414 | Tommie Gregory | 4/25/2019 |
| 2:18-cv-04923 | David Greist | 1/9/2019 |
| 2:18-cv-01810 | Deanna Grotheer | 6/19/2018 |
| 2:18-cv-00129 | Joan Hall | Answer filed |
| 2:18-cv-02229 | Danielle Hamrick | 7/25/2018 |
| 2:19-cv-00111 | Melvin Hancock | 1/22/2019 |

| | | |
|---|---|---|
| 2:19-cv-01896 | Fiera Harper | 4/18/2019 |
| 2:19-cv-00120 | Fredrick Harrison | 1/15/2019 |
| 2:19-cv-01917 | Daniel Hartmann | 4/17/2019 |
| 2:17-cv-04038 | Neal Hayward | 11/10/2017 |
| 2:18-cv-04752-DGC | Tonya Hernandez | 1/3/2019 |
| 2:18-cv-00876 | Julie Herring | not served |
| 2:17-cv-04171 | Charronda Hines | 11/30/2017 |
| 2:19-cv-01918 | Julia Hornbaker | 4/17/2019 |
| 2:17-cv-02961 | Carolyn Hudson | 9/7/2017 |
| 2:19-cv-01436 | Jessie Jackson | 3/19/2019 |
| 2:17-cv-01951 | Priscilla James | 7/3/2017 |
| 2:17-cv-04465 | Shanikqua Jefferson | 12/15/2017 |
| 2:19-cv-02475-DGC | Lisa Jenks | 4/30/2019 |
| 2:17-cv-02719 | Janie Jonas | 9/8/2017 |
| 2:19-cv-02416 | Gail Kellingsworth | 4/26/2019 |
| 2:19-cv-01919 | Deborah Keyes | 4/19/2019 |
| 2:18-cv-02143 | Whelan King | 7/20/2018 |
| 2:17-cv-04246 | James Kittle | 12/4/2017 |
| 2:17-cv-02721 | William Kreis III | 9/12/2017 |
| 2:19-cv-01920 | Jolanda Kuzmanic | 4/19/2019 |
| 2:17-cv-03584 | Kara LaManna-Faas | 10/20/2017 |
| 2:19-cv-02477-PHX-DGC | Agnes Lambert | 4/30/2019 |
| 2:17-cv-02894 | Margaret Lane | not served |
| 2:19-cv-00113 | Timothy Lauer | 1/22/2019 |
| 2:18-cv-01025 | William Lawrence | not served |
| 2:19-cv-01921 | Lashon Lee | 4/18/2019 |
| 2:19-cv-01897 | Mister Lee | 4/19/2019 |
| 2:18-cv-00513 | Adbue Lemar | 2/20/2018 |
| 2:19-cv-00121 | Gloria Leonard-Witten | 1/22/2019 |
| 2:19-cv-01922 | Barbara LeShore | 4/18/2019 |
| 2:16-cv-02280 | Michael Lewis | 7/21/2016 |
| 2:19-cv-00112 | Carmen Madrid | 1/16/2019 |
| 2:19-cv-01923 | Dominic Mangiardi | 4/19/2019 |
| 2:19-cv-02369 | Curtis Marshman | 4/25/2019 |
| 2:17-cv-04050 | Darrel Martemus | 11/6/2017 |
| 2:17-cv-02765 | Anthony May | 1/10/2018 |
| 2:19-cv-02049 | Emmett McNeel | 4/18/2019 |
| 2:19-cv-02454 | Michael Melton | 4/29/2019 |
| 2:19-cv-01437 | Ben Miller | 3/19/2019 |

| | | |
|---|---|---|
| 2:19-cv-00130 | David Minter | 1/16/2019 |
| 2:17-cv-03995 | Willie Moon Jr. | 11/10/2017 |
| 2:19-cv-00135 | Jeffry Moore | 1/16/2019 |
| 2:17-cv-04163 | Rebecca Moore | 12/15/2017 |
| 2:18-cv-04916 | Roger Mopping | 12/27/2018 |
| 2:19-cv-01924 | Cecilia Murphy | 4/22/2019 |
| 2:19-cv-01925 | Todd Northcutt | 4/22/2019 |
| 2:16-cv-00566 | Stephen Ogden | 5/6/2016 |
| 2:18-cv-01508 | Victoria Overton | 1/26/2018 |
| 2:17-cv-03339 | Shirley Parish | 10/5/2017 |
| 2:19-cv-00137 | Rebecca Patrick | 1/22/2019 |
| 2:19-cv-02447 | Cynthia Perez | 4/29/2019 |
| 2:19-cv-02448 | Linda Perry | 4/29/2019 |
| 2:17-cv-00245 | William Petersen | 2/3/2017 |
| 2:19-cv-01926 | Dana Pettiway | 4/22/2019 |
| 2:19-cv-01927 | Suzanne Piontek | 4/22/2019 |
| 2:17-cv-02695 | Karla Powell-Barbosa | 8/18/2017 |
| 2:18-cv-01372 | Charles Purdee | not served |
| 2:19-cv-00138 | William Purdy | 1/22/2019 |
| 2:19-cv-04243-DGC | Wallase Queen | 7/19/2019 |
| 2:19-cv-02457 | Philip Redden | 4/29/2019 |
| 2:19-cv-00141 | Janice Richardson | 1/22/2019 |
| 2:19-cv-00131 | June Richardson | 1/22/2019 |
| 2:19-cv-00133 | Kristina Ripatti | 1/15/2019 |
| 2:16-cv-04184 | Jeanette Robins | 12/12/2016 |
| 2:19-cv-02449 | Arron Robinson | 4/29/2019 |
| 2:19-cv-00142 | Latravia Robinson | 1/15/2019 |
| 2:18-cv-01706 | Linda Robinson | 6/13/2018 |
| 2:17-cv-02839 | Philip Robinson | 9/12/2017 |
| 2:17-cv-04287 | Susan Robinson | 12/6/2017 |
| 2:18-cv-01508 | Michael Rocker | 5/31/2018 |
| 2:17-cv-02962 | Christopher Roos | 9/7/2017 |
| 2:19-cv-02450 | Donna Rose | 4/29/2019 |
| 2:19-cv-00143 | Nina Rosengrant | 1/15/2019 |
| 2:17-cv-02963 | Clinton Rowell Jr. | 9/7/2017 |
| 2:18-cv-02060 | Whitney Russell | 7/12/2018 |
| 2:19-cv-02419 | Taqwa-Hakeem Saeed | 4/26/2019 |