# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully Submitted,

s/ Clint Reed
Clint Reed
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
713-626-9336
713-583-9460 (fax)
IVC@johnsonlawgroup.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Clint Reed
Clint Reed

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03408-DGC | Sherry Verbeeck | |
| 2:18-cv-01891-DGC | Heather Vicente | |
| 2:18-cv-02016-DGC | Osvaldo Villa | |
| 2:19-cv-00980-DGC | Linda Vukovich | |
| 2:19-cv-01034-DGC | Angela Wade | |
| 2:19-cv-03526-DGC | Carla Wade | |
| 2:19-cv-03104-DGC | Steven Wagner | |
| 2:19-cv-03537-DGC | Brockett Wagner | |
| 2:18-cv-04004-DGC | Mary Walden | |
| 2:18-cv-00239-DGC | Kevin Walker | |
| 2:19-cv-00001-DGC | William Walker | |
| 2:18-cv-01731-DGC | Brenda Walker | |
| 2:19-cv-01174-DGC | Cindy Walker | |
| 2:19-cv-00318-DGC | Dixie Wall | |
| 2:19-cv-00984-DGC | Gary Wallace | |
| 2:19-cv-02468-DGC | Virginia Walsh | |
| 2:19-cv-03498-DGC | Hugh Walters | |
| 2:18-cv-03605-DGC | Bob Wardwell | |
| 2:18-cv-02539-DGC | Charles Washington | |
| 2:19-cv-00770-DGC | Michael Washington | |
| 2:18-cv-00588-DGC | Wayne Washington | |
| 2:18-cv-01746-DGC | Sandra Washington | |
| 2:18-cv-02112-DGC | Rodney Weaver | |
| 2:18-cv-01422-DGC | Cathryn Webb | |
| 2:19-cv-00985-DGC | Sherrie Webb | |
| 2:19-cv-01169-DGC | Louis Weber | |
| 2:19-cv-00883-DGC | Michael Weeks | |
| 2:18-cv-01716-DGC | Colli Weeks | |
| 2:19-cv-01272-DGC | Dale Wegener | |
| 2:19-cv-03516-DGC | Keith Weikel | |
| 2:19-cv-01170-DGC | Scott Weinstein | |
| 2:19-cv-01198-DGC | Valina Weiss | |
| 2:19-cv-03515-DGC | Pamela Weiss | |
| 2:19-cv-02836-DGC | Amelia Weitoish | |
| 2:19-cv-00793-DGC | Linda Welborn | |
| 2:19-cv-01301-DGC | Robin Welch | |
| 2:19-cv-03489-DGC | Sharon Wentnick | |

| | | |
|---|---|---|
| 2:17-cv-02309-DGC | Steven Whitson | |
| 2:19-CV-03530-DGC | Kimberly Wiesen | |
| 2:19-cv-01077-DGC | Samuel Williams | |
| 2:19-cv-01253-DGC | Brenda Williams | |
| 2:19-cv-00971-DGC | Sandra Willis | |
| 2:19-cv-01079-DGC | Lisa Wilson | |
| 2:19-cv-01152-DGC | James Winningham | |
| 2:19-cv-04066-DGC | Kimberly Wirth | |
| 2:18-cv-01677-DGC | Catherine Wofford | |
| 2:19-cv-03500-DGC | Margaret Wolfe | |
| 2:18-cv-01687-DGC | Lisa Wood | |
| 2:19-cv-03503-DGC | Phillip Wood | |
| 2:19-cv-02874-DGC | Sandra Woychik | |
| 2:19-cv-01035-DGC | Sally Wozniak | |
| 2:18-cv-02345-DGC | PueyKwang Wozny | |
| 2:18-cv-01769-DGC | Kendra Wright | |
| 2:19-cv-00952-DGC | George Yaunches | |
| 2:19-cv-00993-DGC | Phyllis Young | |
| 2:19-cv-01019-DGC | Patricia Zangmeister | |
| 2:19-cv-03424-DGC | Carol Zimbler | |
| 2:18-cv-02141-DGC | Lois Zimmerman | |