# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03408-DGC | Sherry Verbeeck | |
| 2:18-cv-01891-DGC | Heather Vicente | |
| 2:18-cv-02016-DGC | Osvaldo Villa | |
| 2:19-cv-00980-DGC | Linda Vukovich | |
| 2:19-cv-01034-DGC | Angela Wade | |
| 2:19-cv-03526-DGC | Carla Wade | |
| 2:19-cv-03104-DGC | Steven Wagner | |
| 2:19-cv-03537-DGC | Brockett Wagner | |
| 2:18-cv-04004-DGC | Mary Walden | |
| 2:18-cv-00239-DGC | Kevin Walker | |
| 2:19-cv-00001-DGC | William Walker | |
| 2:18-cv-01731-DGC | Brenda Walker | |
| 2:19-cv-01174-DGC | Cindy Walker | |
| 2:19-cv-00318-DGC | Dixie Wall | |
| 2:19-cv-00984-DGC | Gary Wallace | |
| 2:19-cv-02468-DGC | Virginia Walsh | |
| 2:19-cv-03498-DGC | Hugh Walters | |
| 2:18-cv-03605-DGC | Bob Wardwell | |
| 2:18-cv-02539-DGC | Charles Washington | |
| 2:19-cv-00770-DGC | Michael Washington | |
| 2:18-cv-00588-DGC | Wayne Washington | |
| 2:18-cv-01746-DGC | Sandra Washington | |
| 2:18-cv-02112-DGC | Rodney Weaver | |
| 2:18-cv-01422-DGC | Cathryn Webb | |
| 2:19-cv-00985-DGC | Sherrie Webb | |
| 2:19-cv-01169-DGC | Louis Weber | |
| 2:19-cv-00883-DGC | Michael Weeks | |
| 2:18-cv-01716-DGC | Colli Weeks | |
| 2:19-cv-01272-DGC | Dale Wegener | |
| 2:19-cv-03516-DGC | Keith Weikel | |
| 2:19-cv-01170-DGC | Scott Weinstein | |
| 2:19-cv-01198-DGC | Valina Weiss | |
| 2:19-cv-03515-DGC | Pamela Weiss | |
| 2:19-cv-02836-DGC | Amelia Weitoish | |
| 2:19-cv-00793-DGC | Linda Welborn | |
| 2:19-cv-01301-DGC | Robin Welch | |
| 2:19-cv-03489-DGC | Sharon Wentnick | |

| | | |
|---|---|---|
| 2:17-cv-02309-DGC | Steven Whitson | |
| 2:19-CV-03530-DGC | Kimberly Wiesen | |
| 2:19-cv-01077-DGC | Samuel Williams | |
| 2:19-cv-01253-DGC | Brenda Williams | |
| 2:19-cv-00971-DGC | Sandra Willis | |
| 2:19-cv-01079-DGC | Lisa Wilson | |
| 2:19-cv-01152-DGC | James Winningham | |
| 2:19-cv-04066-DGC | Kimberly Wirth | |
| 2:18-cv-01677-DGC | Catherine Wofford | |
| 2:19-cv-03500-DGC | Margaret Wolfe | |
| 2:18-cv-01687-DGC | Lisa Wood | |
| 2:19-cv-03503-DGC | Phillip Wood | |
| 2:19-cv-02874-DGC | Sandra Woychik | |
| 2:19-cv-01035-DGC | Sally Wozniak | |
| 2:18-cv-02345-DGC | PueyKwang Wozny | |
| 2:18-cv-01769-DGC | Kendra Wright | |
| 2:19-cv-00952-DGC | George Yaunches | |
| 2:19-cv-00993-DGC | Phyllis Young | |
| 2:19-cv-01019-DGC | Patricia Zangmeister | |
| 2:19-cv-03424-DGC | Carol Zimbler | |
| 2:18-cv-02141-DGC | Lois Zimmerman | |