# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01889 | Kevin Sanchez | 7/2/2018 |
| 2:19-cv-04316-DGC | Stanley Schoeffler | 7/23/2019 |
| 2:18-cv-01977 | Sandra Self | 7/3/2018 |
| 2:19-cv-01928 | Ardelia Sellars | 4/19/2019 |
| 2:17-cv-04660 | Richard Seymour | 12/29/2017 |
| 2:17-cv-03946 | Karen Shanks | 11/1/2017 |
| 2:19-cv-00139 | Tyrone Shepherd | 1/16/2019 |
| 2:17-cv-02954 | Rebecca Sikes | 9/12/2017 |
| 2:17-cv-00713 | Tracy Skalley | 3/22/2017 |
| 2:16-cv-02279 | Jerry Smetak | 7/21/2016 |
| 2:16-cv-03448 | Craig Smith | 10/20/2016 |
| 2:19-cv-01863 | Ora Smith | 4/19/2019 |
| 2:19-cv-02370 | Swaby Smith | 4/25/2019 |
| 2:17-cv-04371 | Neal Stemplinger | 12/15/2017 |
| 2:17-cv-02893 | Patricia Stender | 9/8/2017 |
| 2:17-cv-03918 | DeGrant Stevenson III | 10/27/2017 |
| 2:17-cv-03192 | Monica Stevenson | 9/29/2017 |
| 2:17-cv-03286 | Gary Steward | 10/3/2017 |
| 2:19-cv-02451 | Amy Stokes | 4/29/2019 |
| 2:17-cv-00196 | Lisa Stovall | 1/30/2017 |
| 2:19-cv-00136 | Ronald Strickland | 1/17/2019 |
| 2:17-cv-03289 | Wayne Strickland | 10/5/2017 |
| 2:19-cv-02452 | Shari Sweet | 4/29/2019 |
| 2:17-cv-03988 | Laura Tanner | 11/9/2017 |
| 2:19-cv-02453 | Kimberly Terry | 4/26/2019 |
| 2:19-cv-01122 | Linda Thomas | 2/21/2019 |
| 2:19-cv-04320-DGC | William Thomas | 7/23/2019 |
| 2:18-cv-04926 | Keneth Trago Jr. | 1/11/2019 |
| 2:19-cv-01898 | Bonita Tyler | 4/18/2019 |
| 2:19-cv-00145 | Robert Vanderupwich Jr. | 1/17/2019 |
| 2:19-cv-01929 | Enrique Vasquez | 4/19/2019 |
| 2:17-cv-02344 | Robert Vaneklasen | 7/24/2017 |
| 2:17-cv-02928 | Janet VonKanel | 9/8/2017 |
| 2:19-cv-01900 | Lisa Walker | 4/19/2019 |
| 2:18-cv-02257 | Duane Watkins | 7/26/2018 |
| 2:17-cv-02924 | Krysta Weaver | 9/8/2017 |

| 2:19-cv-00230-DGC | Hazel Wehrle | 1/25/2019 |