# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Richard W Schulte
Richard W Schulte
rschulte@yourlegalhelp.com
WRIGHT & SCHULTE LLC
865 S Dixie Dr.
Vandalia, OH  45377
P:  937.435.7500
F:  937.435.7511

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Richard W Schulte
Richard W Schulte

2

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-01080 | Donovan Abbott | 4/18/2019 |
| 2:19-cv-02496 | Rhonda Andrews | 5/6/2019 |
| 2:16-cv-01333 | William Baker | 6/16/2016 |
| 2:18-cv-00016 | Sczhaun Barbosa-Woodruff | 3/12/2018 |
| 2:19-cv-02531 | Nathan Bick | 5/13/2019 |
| 2:16-cv-01131 | Deborah Block | 6/21/2016 |
| 2:17-cv-00277 | Jerry Bonner | 4/3/2017 |
| 2:19-cv-02515 | Susan Botz | 5/13/2019 |
| 2:17-cv-01601 | Nicolette Breinich | 7/10/2017 |
| 2:19-cv-01099 | Michael Brennan | 4/19/2019 |
| 2:19-cv-02529 | Kiara Browning | 5/13/2019 |
| 2:19-cv-02503 | Crystal Campbell | 5/13/2019 |
| 2:17-cv-02831 | Michael Clock | 9/8/2017 |
| 2:19-cv-02511 | Sandra Crowe | 5/6/2019 |
| 2:17-cv-02074 | Donna Davis | 8/17/2017 |
| 2:17-cv-02075 | Scotty Davis | 8/21/2017 |
| 2:19-cv-02532 | James DeTroia | 5/13/2019 |
| 2:16-cv-01331 | Carol DiFranco | 6/16/2016 & 6/21/2016 |
| 2:19-cv-02500 | Anthony Donofrio | 5/6/2019 |
| 2:19-cv-02530 | Tiffany Elliot | 5/13/2019 |
| 2:16-cv-02769 | Alan Ennis | 10/20/2016 |
| 2:19-cv-02533 | Terri Evans | 5/13/2019 |
| 2:19-cv-01065 | Ralph Faulkner Jr. | 4/18/2019 |
| 2:19-cv-02526 | Kenneth Floyd | 5/13/2019 |
| 2:19-cv-02524 | Melissa Hall | 5/13/2019 |
| 2:16-cv-02353 | John Hill Jr. | 8/2/2016 & 8/3/2016 |
| 2:17-cv-00274 | Monica Hollon | 4/3/2017 |
| 2:19-cv-01426 | Gregory Hrehocik | 4/18/2019 |
| 2:19-cv-02501 | Janis Hunt | 5/14/2019 |
| 2:19-cv-01417 | Lorraine Hunt | 4/19/2019 |
| 2:19-cv-02521 | Stacy Hyer | 5/6/2019 |
| 2:18-cv-02769 | Ramal Jackson | 9/20/2018 |
| 2:19-cv-01418 | Josephine Jeffery | 4/18/2019 |
| 2:19-cv-02534 | Gregory Jefferys | 5/14/2019 |
| 2:19-cv-01103 | Larry Johnson | 4/18/2019 |
| 2:19-cv-02512 | Michael Johnson | 5/6/2019 |

| | | |
|---|---|---|
| 2:19-cv-02518 | Carol Kalb | 5/6/2019 |
| 2:19-cv-02527 | Lisa Karlovich | 5/14/2019 |
| 2:18-cv-00346 | George Kent | 3/5/2019 |
| 2:19-cv-02516 | Dennis Klauer | 5/6/2019 |
| 2:19-cv-02525 | Russell Knudsen | 5/6/2019 |
| 2:16-cv-01334 | Karen Kornegay | 6/16/2016 |
| 2:19-cv-02513 | Carl Laule | 5/17/2019 |
| 2:17-cv-00273 | Donald Ledwell | 4/3/2017 |
| 2:19-cv-02535 | Kamesa Lee | 5/16/2019 |
| 2:18-cv-02770 | Carolyn Lewis | 9/19/2018 |
| 2:19-cv-02536 | Ralph Lindsey | 5/6/2019 |
| 2:17-cv-00276 | James Lovensheimer | 4/4/2017 |
| 2:16-cv-01121 | John Malestky | 6/16/2016 |
| 2:19-cv-02538 | Jerry Martin | 5/7/2019 |
| 2:19-cv-02523 | Kathleen May-Dahl | 5/17/2019 |
| 2:17-cv-00275 | Susan McCarthy | 4/3/2017 |
| 2:19-cv-01100 | Beotis Middlebrooks | 4/19/2019 |
| 2:19-cv-02522 | James Miller | 5/30/2019 |
| 2:17-cv-00278 | Louise Mitchell | 4/4/2017 |
| 2:19-cv-02528 | Mary Mitchell | 5/20/2019 |
| 2:19-cv-01104 | Robert Morrison | 4/18/2019 |
| 2:19-cv-02510 | Herbert Newton Jr. | 5/20/2019 |
| 2:18-cv-02771 | Kimberly Pogue | 9/19/2018 |
| 2:18-cv-01307 | Douglas Potts | 6/13/2018 |
| 2:16-cv-01332 | Audrey Rogers | 6/16/2016 |
| 2:19-cv-01072 | Anthony Scott | 4/19/2019 |
| 2:19-cv-02517 | Amanda Shaver | 5/20/2019 |
| 2:17-cv-02832 | Tammy Siler | 9/12/2017 |
| 2:19-cv-01105 | DeShawn Smith | 4/19/2019 |
| 2:19-cv-01102 | Rodney Snodgrass | 4/18/2019 |
| 2:19-cv-02504 | Jennifer Steward | 5/6/2019 |
| 2:19-cv-01101 | Michael Stover | 4/19/2019 |
| 2:18-cv-04592 | Donald Tribble | 1/4/2019 |
| 2:16-cv-02354 | Dolores Walker | 8/2/2016 & 8/3/2016 |
| 2:19-cv-02537 | Eddie Walker | 5/6/2019 |
| 2:19-cv-01098 | Hueston Walker | 4/19/2019 |
| 2:19-cv-02514 | Donald Weber | 5/6/2019 |
| 2:19-cv-02495 | Gary Whitt | 5/6/2019 |