## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-01080 | Donovan Abbott | 4/18/2019 |
| 2:19-cv-02496 | Rhonda Andrews | 5/6/2019 |
| 2:16-cv-01333 | William Baker | 6/16/2016 |
| 2:18-cv-00016 | Sczhaun Barbosa-Woodruff | 3/12/2018 |
| 2:19-cv-02531 | Nathan Bick | 5/13/2019 |
| 2:16-cv-01131 | Deborah Block | 6/21/2016 |
| 2:17-cv-00277 | Jerry Bonner | 4/3/2017 |
| 2:19-cv-02515 | Susan Botz | 5/13/2019 |
| 2:17-cv-01601 | Nicolette Breinich | 7/10/2017 |
| 2:19-cv-01099 | Michael Brennan | 4/19/2019 |
| 2:19-cv-02529 | Kiara Browning | 5/13/2019 |
| 2:19-cv-02503 | Crystal Campbell | 5/13/2019 |
| 2:17-cv-02831 | Michael Clock | 9/8/2017 |
| 2:19-cv-02511 | Sandra Crowe | 5/6/2019 |
| 2:17-cv-02074 | Donna Davis | 8/17/2017 |
| 2:17-cv-02075 | Scotty Davis | 8/21/2017 |
| 2:19-cv-02532 | James DeTroia | 5/13/2019 |
| 2:16-cv-01331 | Carol DiFranco | 6/16/2016 & 6/21/2016 |
| 2:19-cv-02500 | Anthony Donofrio | 5/6/2019 |
| 2:19-cv-02530 | Tiffany Elliot | 5/13/2019 |
| 2:16-cv-02769 | Alan Ennis | 10/20/2016 |
| 2:19-cv-02533 | Terri Evans | 5/13/2019 |
| 2:19-cv-01065 | Ralph Faulkner Jr. | 4/18/2019 |
| 2:19-cv-02526 | Kenneth Floyd | 5/13/2019 |
| 2:19-cv-02524 | Melissa Hall | 5/13/2019 |
| 2:16-cv-02353 | John Hill Jr. | 8/2/2016 & 8/3/2016 |
| 2:17-cv-00274 | Monica Hollon | 4/3/2017 |
| 2:19-cv-01426 | Gregory Hrehocik | 4/18/2019 |
| 2:19-cv-02501 | Janis Hunt | 5/14/2019 |
| 2:19-cv-01417 | Lorraine Hunt | 4/19/2019 |
| 2:19-cv-02521 | Stacy Hyer | 5/6/2019 |
| 2:18-cv-02769 | Ramal Jackson | 9/20/2018 |
| 2:19-cv-01418 | Josephine Jeffery | 4/18/2019 |
| 2:19-cv-02534 | Gregory Jefferys | 5/14/2019 |
| 2:19-cv-01103 | Larry Johnson | 4/18/2019 |
| 2:19-cv-02512 | Michael Johnson | 5/6/2019 |

| | | |
|---|---|---|
| 2:19-cv-02518 | Carol Kalb | 5/6/2019 |
| 2:19-cv-02527 | Lisa Karlovich | 5/14/2019 |
| 2:18-cv-00346 | George Kent | 3/5/2019 |
| 2:19-cv-02516 | Dennis Klauer | 5/6/2019 |
| 2:19-cv-02525 | Russell Knudsen | 5/6/2019 |
| 2:16-cv-01334 | Karen Kornegay | 6/16/2016 |
| 2:19-cv-02513 | Carl Laule | 5/17/2019 |
| 2:17-cv-00273 | Donald Ledwell | 4/3/2017 |
| 2:19-cv-02535 | Kamesa Lee | 5/16/2019 |
| 2:18-cv-02770 | Carolyn Lewis | 9/19/2018 |
| 2:19-cv-02536 | Ralph Lindsey | 5/6/2019 |
| 2:17-cv-00276 | James Lovensheimer | 4/4/2017 |
| 2:16-cv-01121 | John Malestky | 6/16/2016 |
| 2:19-cv-02538 | Jerry Martin | 5/7/2019 |
| 2:19-cv-02523 | Kathleen May-Dahl | 5/17/2019 |
| 2:17-cv-00275 | Susan McCarthy | 4/3/2017 |
| 2:19-cv-01100 | Beotis Middlebrooks | 4/19/2019 |
| 2:19-cv-02522 | James Miller | 5/30/2019 |
| 2:17-cv-00278 | Louise Mitchell | 4/4/2017 |
| 2:19-cv-02528 | Mary Mitchell | 5/20/2019 |
| 2:19-cv-01104 | Robert Morrison | 4/18/2019 |
| 2:19-cv-02510 | Herbert Newton Jr. | 5/20/2019 |
| 2:18-cv-02771 | Kimberly Pogue | 9/19/2018 |
| 2:18-cv-01307 | Douglas Potts | 6/13/2018 |
| 2:16-cv-01332 | Audrey Rogers | 6/16/2016 |
| 2:19-cv-01072 | Anthony Scott | 4/19/2019 |
| 2:19-cv-02517 | Amanda Shaver | 5/20/2019 |
| 2:17-cv-02832 | Tammy Siler | 9/12/2017 |
| 2:19-cv-01105 | DeShawn Smith | 4/19/2019 |
| 2:19-cv-01102 | Rodney Snodgrass | 4/18/2019 |
| 2:19-cv-02504 | Jennifer Steward | 5/6/2019 |
| 2:19-cv-01101 | Michael Stover | 4/19/2019 |
| 2:18-cv-04592 | Donald Tribble | 1/4/2019 |
| 2:16-cv-02354 | Dolores Walker | 8/2/2016 & 8/3/2016 |
| 2:19-cv-02537 | Eddie Walker | 5/6/2019 |
| 2:19-cv-01098 | Hueston Walker | 4/19/2019 |
| 2:19-cv-02514 | Donald Weber | 5/6/2019 |
| 2:19-cv-02495 | Gary Whitt | 5/6/2019 |