## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-00608-DGC | John Agnelly | 3/11/2016 |
| 2:17-cv-02328-DGC | Joseph Aguire | 7/21/2017 |
| 2:17-cv-00938 | Lisa Anderson-Pelton | 7/14/2017 |
| 2:17-cv-02431-DGC | Theodore Arabian | 7/28/2017 |
| 2:17-cv-00624 | Johnnie Austin | 7/14/2017 |
| 2:17-cv-00939 | John Baker | 7/14/2017 |
| 2:19-cv-01691-PHX-DGC | Orlanda Bayless | 3/27/2019 |
| 2:16-cv-00612-DGC | Jon Broecker | 3/11/2016 |
| 2:19-cv-03627-PHX-DGC | Kasey Collins | 6/20/2019 |
| 2:16-cv-00615-DGC | Ezekiel Crittendon | 3/11/2016 |
| 2:17-cv-03175-DGC | Mary Griffin | 9/29/2017 |
| 2:16-cv-00592-DGC | Gregory Hall | 3/11/2016 |
| 2:16-cv-00695 | Sandra Haller | Answer filed |
| 2:16-cv-00613-DGC | Patricia Hedge | 3/11/2016 |
| 2:17-cv-03273-DGC | Mary Massaglia | 10/4/2017 |
| 2:18-cv-01766-DGC | Steven Newburger | 6/20/2018 |
| 2:16-cv-00558-DGC | Pamela O'Neil | 3/11/2016 |
| 2:17-cv-00295-DGC | Debra Osborn | 7/13/2017 |
| 2:17-cv-00627-DGC | Michelle Rawley | 7/17/2017 |
| 2:19-cv-02097-PHX-DGC | Melissa Ruth | 4/18/2019 |
| 2:19-cv-02439-PHX-DGC | Jodi Seifrit | not served |
| 2:16-cv-00616-DGC | Darlene Smith | 3/11/2016 |
| 2:16-cv-00614-DGC | Quanita Underwood | 3/11/2016 |
| 2:18-cv-00347-DGC | Sophia Williams-Scott | 2/21/2018 |