# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01625 | Roshetta Baldwin | 6/7/2018 |
| 2:17-cv-03111 | Corrin Brown | 10/3/2017 |
| 2:18-cv-01626 | Joseph Coleman | 6/11/2018 |
| 2:17-cv-01498 | Alan Cupit | 5/22/2017 |
| 2:18-cv-00096 | Jason Davis | 1/16/2018 |
| 2:18-cv-01627-PHX-DGC | Chery Forrest | 6/11/2018 |
| 2:17-cv-04787 | Juanita King | 1/11/2018 |
| 2:17-cv-04786 | Rose Maggiacomo-Sacler | 1/11/2018 |
| 2:17-cv-01500-PHX- DGC | Sharon Mayes | 5/24/2017 |
| 2:17-CV-03112-DGC | Douglas Owen | 10/3/2017 |
| 2:17-cv-01499-DGC | Ishtarai Parker | 5/23/2017 |
| 2:18-cv-03269 | Sherry Pawlowicz | 10/23/2018 |
| 2:17-cv-03113-PHX-DGC | Sherfran Ritchis | 10/5/2017 |
| 2:18-cv-01635 | Carol Schroeder | 6/14/2018 |
| 2:17-cv-04785-DGC | Edward Wade | 1/11/2018 |
| 2:17-cv-04788-PHX- DGC | Sheila Watson | 1/11/2018 |
| 2:17-cv-01497 | Jeffery Williams Sr. | 5/23/2017 |
| 2:18-cv-01636 | Dennis Word | 6/14/2018 |