# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-02069-DGC | Mary Antoun | 9/29/2017 |
| 2:19-cv-04036-DGC | John Cronin | 7/24/2019 |
| 2:19-cv-04035-DGC | Darla Husen | 7/24/2019 |
| 2:19-cv-04047-DGC | Carol Kimbrel | 7/24/2019 |
| 2:17-cv-02760-DGC | Jon Such | 9/29/2017 |
| 2:19-cv-04046-DGC | James Vitalie | 7/24/2019 |