## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Andrew W Callahan
Andrew W. Callahan
jflint@flintlaw.com
FLINT LAW FIRM LLC
P.O. Box 189
Edwardsville, IL  62025
P:  618.288.4777
F:  618.288.2864

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Andrew W Callahan
Andrew W. Callahan

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01783-DGC | Steven Alexander | 6/16/2017 |
| 2:19-cv-00868-DGC | Pamela Atchison | 2/26/2019 |
| 2:17-cv-01737-DGC | Mary Bailey | 6/9/2017 |
| 2:19-cv-00780-DGC | Sharon Blank | 2/21/2019 |
| 2:17-cv-00798-DGC | Michael Bledsoe | 3/24/2017 |
| 2:17-cv-00047-DGC | Kevin Braden | 1/11/2017 |
| 2:19-cv-01304-PHX-DGC | Jamie Buchen | 3/20/2019 |
| 2:18-cv-01683-DGC | Seanvon Butler | 6/11/2018 |
| 2:17-cv-01736-DGC | Luis Campana | 6/9/2017 |
| 2:17-cv-04606-DGC | Candi Carroll | 12/21/2017 |
| 2:17-cv-00709-DGC | Betty Chandler | 3/22/2017 |
| 2:17-cv-00545-DGC | Lucille Conner | 3/6/2017 |
| 2:19-cv-00873-DGC | Leon Cook | 2/26/2019 |
| 2:18-cv-00101-DGC | Jeffrey Curtis | 1/16/2018 |
| 2:19-cv-00757-PHX-DGC | Annette Cyrus | 2/14/2019 |
| 2:19-cv-00998-DGC | Maria Durham | 2/28/2019 |
| 2:17-cv-03668-DGC | Brianne Emrich | 10/18/2017 |
| 2:16-cv-04250-DGC | Paige Forth | 12/29/2016 |
| 2:18-cv-02443-DGC | Elizabeth Foster | 8/17/2018 |
| 2:18-cv-02091-DGC | Daniel Godsell | 7/13/2018 |
| 2:17-cv-03158-DGC | Vevie Graham | 9/29/2017 |
| 2:19-cv-01123-PHX-DGC | Elizabeth Grimaldo | 3/12/2019 |
| 2:17-cv-00155-DGC | Carolyn Henderson | 1/20/2017 |
| 2:17-cv-04107-DGC | Judy Hill | 11/30/2017 |
| 2:18-cv-00217-DGC | Donald Isidori | 1/25/2018 |
| 2:18-cv-01550-DGC | Michael James | 5/31/2018 |
| 2:17-cv-03013-DGC | Michael Jones | 9/18/2017 |
| 2:17-cv-02210-DGC | Willie Jordan | 7/17/2017 |
| 2:17-cv-03667-DGC | Jessica Lawson | 10/19/2017 |
| 2:17-cv-00859-DGC | Randy Lough | 3/31/2017 |
| 2:17-cv-01739-DGC | Richard Manard | 6/9/2017 |
| 2:19-cv-00871-DGC | Charles Martin | 2/26/2019 |
| 2:17-cv-00050-DGC | Virginia Menken | 1/11/2017 |
| 2:18-cv-00231-DGC | George Mitchell | 1/25/2018 |
| 2:17-cv-00975-DGC | Kathy Mobley | 4/7/2017 |
| 2:18-cv-00472-DGC | Chris Patton | 2/21/2018 |

| | | |
|---|---|---|
| 2:18-cv-02554-DGC | Kevin Peterson | 8/23/2018 |
| 2:17-cv-03666-DGC | Henry Price III | 10/19/2017 |
| 2:18-cv-00569-DGC | Charles Scott | 3/1/2018 |
| 2:16-cv-04324-DGC | Carolyn Smith | 12/29/2016 |
| 2:16-cv-04031-PHX-DGC | Latonya Smith | 11/28/2016 |
| 2:18-cv-00278-DGC | Courtney Starnes | 2/6/2018 |
| 2:17-cv-00853-DGC | Donna Stewart | 3/30/2017 |
| 2:17-cv-02208-DGC | Rodney Sutton | 7/17/2017 |
| 2:17-cv-04216-DGC | Willard Taggart | 12/6/2017 |
| 2:19-cv-00842-DGC | Stephanie Williams | 2/26/2019 |
| 2:16-cv-04345-DGC | Carolyn Wilson | 12/30/2016 |