# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01783-DGC | Steven Alexander | 6/16/2017 |
| 2:19-cv-00868-DGC | Pamela Atchison | 2/26/2019 |
| 2:17-cv-01737-DGC | Mary Bailey | 6/9/2017 |
| 2:19-cv-00780-DGC | Sharon Blank | 2/21/2019 |
| 2:17-cv-00798-DGC | Michael Bledsoe | 3/24/2017 |
| 2:17-cv-00047-DGC | Kevin Braden | 1/11/2017 |
| 2:19-cv-01304-PHX-DGC | Jamie Buchen | 3/20/2019 |
| 2:18-cv-01683-DGC | Seanvon Butler | 6/11/2018 |
| 2:17-cv-01736-DGC | Luis Campana | 6/9/2017 |
| 2:17-cv-04606-DGC | Candi Carroll | 12/21/2017 |
| 2:17-cv-00709-DGC | Betty Chandler | 3/22/2017 |
| 2:17-cv-00545-DGC | Lucille Conner | 3/6/2017 |
| 2:19-cv-00873-DGC | Leon Cook | 2/26/2019 |
| 2:18-cv-00101-DGC | Jeffrey Curtis | 1/16/2018 |
| 2:19-cv-00757-PHX-DGC | Annette Cyrus | 2/14/2019 |
| 2:19-cv-00998-DGC | Maria Durham | 2/28/2019 |
| 2:17-cv-03668-DGC | Brianne Emrich | 10/18/2017 |
| 2:16-cv-04250-DGC | Paige Forth | 12/29/2016 |
| 2:18-cv-02443-DGC | Elizabeth Foster | 8/17/2018 |
| 2:18-cv-02091-DGC | Daniel Godsell | 7/13/2018 |
| 2:17-cv-03158-DGC | Vevie Graham | 9/29/2017 |
| 2:19-cv-01123-PHX-DGC | Elizabeth Grimaldo | 3/12/2019 |
| 2:17-cv-00155-DGC | Carolyn Henderson | 1/20/2017 |
| 2:17-cv-04107-DGC | Judy Hill | 11/30/2017 |
| 2:18-cv-00217-DGC | Donald Isidori | 1/25/2018 |
| 2:18-cv-01550-DGC | Michael James | 5/31/2018 |
| 2:17-cv-03013-DGC | Michael Jones | 9/18/2017 |
| 2:17-cv-02210-DGC | Willie Jordan | 7/17/2017 |
| 2:17-cv-03667-DGC | Jessica Lawson | 10/19/2017 |
| 2:17-cv-00859-DGC | Randy Lough | 3/31/2017 |
| 2:17-cv-01739-DGC | Richard Manard | 6/9/2017 |
| 2:19-cv-00871-DGC | Charles Martin | 2/26/2019 |
| 2:17-cv-00050-DGC | Virginia Menken | 1/11/2017 |
| 2:18-cv-00231-DGC | George Mitchell | 1/25/2018 |
| 2:17-cv-00975-DGC | Kathy Mobley | 4/7/2017 |
| 2:18-cv-00472-DGC | Chris Patton | 2/21/2018 |

| | | |
|---|---|---|
| 2:18-cv-02554-DGC | Kevin Peterson | 8/23/2018 |
| 2:17-cv-03666-DGC | Henry Price III | 10/19/2017 |
| 2:18-cv-00569-DGC | Charles Scott | 3/1/2018 |
| 2:16-cv-04324-DGC | Carolyn Smith | 12/29/2016 |
| 2:16-cv-04031-PHX-DGC | Latonya Smith | 11/28/2016 |
| 2:18-cv-00278-DGC | Courtney Starnes | 2/6/2018 |
| 2:17-cv-00853-DGC | Donna Stewart | 3/30/2017 |
| 2:17-cv-02208-DGC | Rodney Sutton | 7/17/2017 |
| 2:17-cv-04216-DGC | Willard Taggart | 12/6/2017 |
| 2:19-cv-00842-DGC | Stephanie Williams | 2/26/2019 |
| 2:16-cv-04345-DGC | Carolyn Wilson | 12/30/2016 |