# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully Submitted,

s/ Joseph R. Johnson
Joseph R Johnson
Babbitt & Johnson PA
1641 Worthington Rd., Ste. 100
W Palm Beach, FL 33409
561-684-2500
561-684-6308 (fax)
jjohnson@babbitt-johnson.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Joseph R. Johnson
Joseph R. Johnson

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00825-DGC | Charles Ablan | |
| 2:19-cv-03413-DGC | Laydell Akemon | |
| 2:18-cv-00322-DGC | Angela Alexander | |
| 2:17-cv-03012-DGC | Dianna Allen | |
| 2:16-cv-02219-DGC | Yvette Andalon | |
| 2:16-cv-03172-DGC | James Andrews | |
| 2:16-CV-04108-DGC | Harold Angrick | |
| 2:16-cv-03316-DGC | Paulo Araujo | |
| 2:16-CV-01764-DGC | Thomas Bak | |
| 2:18-cv-00375-DGC | Debra Baker | |
| 2:16-CV-03332-DGC | Mary Ballard | |
| 2:16-cv-03720-DGC | Curtis Balvanz | |
| 2:16-cv-02450-DGC | Lakeya Baskom | |
| 2:16-cv-03670-DGC | Lea Berger | |
| 2:16-cv-01775-DGC | Helene Bernstein | |
| 2:19-cv-02563-DGC | Devin Berry | |
| 2:18-cv-00523-DGC | Wanda Bichler | |
| 2:16-CV-00253-DGC | Pamela Bingham | |
| 2:16-cv-01677-DGC | Edward Blair | |
| 2:18-cv-01887-DGC | Cynthia Blake | |
| 2:16-cv-02200-DGC | Kyle Bois | |
| 2:16-cv-00393-DGC | Michelle Boudreau | |
| 2:17-CV-00018-DGC | Esther Brasman | |
| 2:17-cv-03170-DGC | Tamesha Brooks | |
| 2:16-cv-04331-DGC | William Brown | |
| 2:16-CV-02222-DGC | Tracy Brown | |
| 2:16-cv-01678-DGC | Jeffrey Bunch | |
| 2:16-cv-00137-DGC | Florence Bures | |
| 2:16-cv-00890-DGC | Steven Bushman | |
| 2:16-CV-02243-DGC | Alan Bushman | |
| 2:16-CV-01780-DGC | Joseph Caldwell | |
| 2:16-cv-01637-DGC | Bryan Campbell | |
| 2:19-cv-02131-DGC | Otto Carnes | |
| 2:16-CV-02384-DGC | Dwayne Carroll | |
| 2:15-CV-01738-DGC | Debra Castellano | |
| 2:18-cv-00960-DGC | Katrina Caston | |
| 2:16-cv-02255-DGC | Cassidae Chance | |
| 2:19-cv-00996-DGC | Valerie Chandler | |
| 2:16-CV-03204-DGC | Amanda Channell | |

| | | |
|---|---|---|
| 2:18-cv-00100-DGC | Meghan Chapman-Babb | |
| 2:19-cv-01789-DGC | Roger Chilton | |
| 2:19-cv-02063-DGC | Eva Clanton | |
| 2:16-cv-02701-DGC | James Clark | |
| 2:16-cv-03671-DGC | Roxanne Clayton | |
| 2:16-cv-02477-DGC | Willie Clinton | |
| 2:16-cv-02136-DGC | Russell Coats | |
| 2:18-cv-00233-DGC | Jacquelyn Cochran | |
| 2:16-cv-03638-DGC | Jennifer Coggins | |
| 2:18-cv-02367-DGC | Tiffany Cole | |
| 2:16-cv-02340-DGC | Esther Coleman | |
| 2:16-cv-03305-DGC | Shenitha Coleman | |
| 2:17-cv-03244-DGC | Patti Conard | |
| 2:17-cv-00857-DGC | Junnigh Contreras | |
| 2:16-cv-02244-DGC | Joel Corba | |
| 2:18-cv-00318-DGC | Donald Corcoran | |
| 2:16-cv-02569-DGC | Henry Cordes | |
| 2:17-cv-00460-DGC | Nicole Costanzo | |
| 2:17-cv-04109-DGC | Kisha Coward | |
| 2:16-CV-02417-DGC | Brenda Cox | |
| 2:16-cv-02166-DGC | Dorothy Cox | |
| 2:19-cv-03476-DGC | Stacey Cox | |
| 2:16-cv-03672-DGC | Florine Daniels | |
| 2:16-cv-02571-DGC | Marianna Davis Kuhn | |
| 2:17-cv-02053-DGC | Shelley Dion | |
| 2:16-cv-02252-DGC | Athena Douglas | |
| 2:19-cv-01779-DGC | Sandra Dove | |
| 2:17-cv-00023-DGC | Catherine Duda | |
| 2:15-cv-02303-DGC | Norma Dukett | |
| 2:16-cv-03673-DGC | William Dunaway | |
| 2:16-cv-02343-DGC | Michael Dutton | |
| 2:19-cv-02908-DGC | Milton Eady | |
| 2:16-cv-01464-DGC | Robert Eason | |
| 2:16-CV-03674-DGC | Vivian Edwards | |
| 2:16-cv-02785-DGC | Monica Edwards | |
| 2:16-cv-02515-DGC | Susan Eisenbrandt | |
| 2:17-cv-02061-DGC | William Elston | |
| 2:16-cv-02344-DGC | Deborah Enriquez | |
| 2:16-cv-01797-DGC | Jacqueline Estrada | |
| 2:19-cv-02774-DGC | Darnell Felder, Jr. | |
| 2:16-cv-02223-DGC | Teresa Fields | |
| 2:17-cv-00171-DGC | Aleacia Fisher | |

| 2:16-cv-01820-DGC | Louis Fletcher | |
| 2:16-cv-01819-DGC | Charles Ford | |
| 2:18-cv-01658-DGC | Karen Foster | |
| 2:19-cv-02669-DGC | Christine Frye | |
| 2:17-cv-00799-DGC | Dulce Garcia | |
| 2:19-cv-02144-DGC | Debra Garner | |
| 2:16-cv-02220-DGC | Christian Gates | |
| 2:16-CV-02254-DGC | William Gonzalez | |
| 2:16-cv-02056-DGC | Veronica Gordon | |
| 2:16-cv-01905-DGC | Bernard Gottlieb | |
| 2:18-cv-00418-DGC | Ruth Graham | |
| 2:16-cv-03047-DGC | Randy Gray | |
| 2:16-cv-02451-DGC | Linda Gualdoni | |
| 2:16-cv-00247-DGC | Michael Guarino | |
| 2:19-cv-02598-DGC | James Gurton | |
| 2:16-cv-03675-DGC | James Guy | |
| 2:16-cv-03900-DGC | Charles Hafer | |
| 2:17-cv-00076-DGC | Tara Hall | |
| 2:16-cv-01798-DGC | Judith Hall | |
| 2:16-cv-02475-DGC | Mary Hancock-Jones | |