# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00825-DGC | Charles Ablan | |
| 2:19-cv-03413-DGC | Laydell Akemon | |
| 2:18-cv-00322-DGC | Angela Alexander | |
| 2:17-cv-03012-DGC | Dianna Allen | |
| 2:16-cv-02219-DGC | Yvette Andalon | |
| 2:16-cv-03172-DGC | James Andrews | |
| 2:16-CV-04108-DGC | Harold Angrick | |
| 2:16-cv-03316-DGC | Paulo Araujo | |
| 2:16-CV-01764-DGC | Thomas Bak | |
| 2:18-cv-00375-DGC | Debra Baker | |
| 2:16-CV-03332-DGC | Mary Ballard | |
| 2:16-cv-03720-DGC | Curtis Balvanz | |
| 2:16-cv-02450-DGC | Lakeya Baskom | |
| 2:16-cv-03670-DGC | Lea Berger | |
| 2:16-cv-01775-DGC | Helene Bernstein | |
| 2:19-cv-02563-DGC | Devin Berry | |
| 2:18-cv-00523-DGC | Wanda Bichler | |
| 2:16-CV-00253-DGC | Pamela Bingham | |
| 2:16-cv-01677-DGC | Edward Blair | |
| 2:18-cv-01887-DGC | Cynthia Blake | |
| 2:16-cv-02200-DGC | Kyle Bois | |
| 2:16-cv-00393-DGC | Michelle Boudreau | |
| 2:17-CV-00018-DGC | Esther Brasman | |
| 2:17-cv-03170-DGC | Tamesha Brooks | |
| 2:16-cv-04331-DGC | William Brown | |
| 2:16-CV-02222-DGC | Tracy Brown | |
| 2:16-cv-01678-DGC | Jeffrey Bunch | |
| 2:16-cv-00137-DGC | Florence Bures | |
| 2:16-cv-00890-DGC | Steven Bushman | |
| 2:16-CV-02243-DGC | Alan Bushman | |
| 2:16-CV-01780-DGC | Joseph Caldwell | |
| 2:16-cv-01637-DGC | Bryan Campbell | |
| 2:19-cv-02131-DGC | Otto Carnes | |
| 2:16-CV-02384-DGC | Dwayne Carroll | |
| 2:15-CV-01738-DGC | Debra Castellano | |
| 2:18-cv-00960-DGC | Katrina Caston | |
| 2:16-cv-02255-DGC | Cassidae Chance | |

| | | |
|---|---|---|
| 2:19-cv-00996-DGC | Valerie Chandler | |
| 2:16-CV-03204-DGC | Amanda Channell | |
| 2:18-cv-00100-DGC | Meghan Chapman-Babb | |
| 2:19-cv-01789-DGC | Roger Chilton | |
| 2:19-cv-02063-DGC | Eva Clanton | |
| 2:16-cv-02701-DGC | James Clark | |
| 2:16-cv-03671-DGC | Roxanne Clayton | |
| 2:16-cv-02477-DGC | Willie Clinton | |
| 2:16-cv-02136-DGC | Russell Coats | |
| 2:18-cv-00233-DGC | Jacquelyn Cochran | |
| 2:16-cv-03638-DGC | Jennifer Coggins | |
| 2:18-cv-02367-DGC | Tiffany Cole | |
| 2:16-cv-02340-DGC | Esther Coleman | |
| 2:16-cv-03305-DGC | Shenitha Coleman | |
| 2:17-cv-03244-DGC | Patti Conard | |
| 2:17-cv-00857-DGC | Junnigh Contreras | |
| 2:16-cv-02244-DGC | Joel Corba | |
| 2:18-cv-00318-DGC | Donald Corcoran | |
| 2:16-cv-02569-DGC | Henry Cordes | |
| 2:17-cv-00460-DGC | Nicole Costanzo | |
| 2:17-cv-04109-DGC | Kisha Coward | |
| 2:16-CV-02417-DGC | Brenda Cox | |
| 2:16-cv-02166-DGC | Dorothy Cox | |
| 2:19-cv-03476-DGC | Stacey Cox | |
| 2:16-cv-03672-DGC | Florine Daniels | |
| 2:16-cv-02571-DGC | Marianna Davis Kuhn | |
| 2:17-cv-02053-DGC | Shelley Dion | |
| 2:16-cv-02252-DGC | Athena Douglas | |
| 2:19-cv-01779-DGC | Sandra Dove | |
| 2:17-cv-00023-DGC | Catherine Duda | |
| 2:15-cv-02303-DGC | Norma Dukett | |
| 2:16-cv-03673-DGC | William Dunaway | |
| 2:16-cv-02343-DGC | Michael Dutton | |
| 2:19-cv-02908-DGC | Milton Eady | |
| 2:16-cv-01464-DGC | Robert Eason | |
| 2:16-CV-03674-DGC | Vivian Edwards | |
| 2:16-cv-02785-DGC | Monica Edwards | |
| 2:16-cv-02515-DGC | Susan Eisenbrandt | |
| 2:17-cv-02061-DGC | William Elston | |
| 2:16-cv-02344-DGC | Deborah Enriquez | |
| 2:16-cv-01797-DGC | Jacqueline Estrada | |

| | | |
|---|---|---|
| 2:19-cv-02774-DGC | Darnell Felder, Jr. | |
| 2:16-cv-02223-DGC | Teresa Fields | |
| 2:17-cv-00171-DGC | Aleacia Fisher | |
| 2:16-cv-01820-DGC | Louis Fletcher | |
| 2:16-cv-01819-DGC | Charles Ford | |
| 2:18-cv-01658-DGC | Karen Foster | |
| 2:19-cv-02669-DGC | Christine Frye | |
| 2:17-cv-00799-DGC | Dulce Garcia | |
| 2:19-cv-02144-DGC | Debra Garner | |
| 2:16-cv-02220-DGC | Christian Gates | |
| 2:16-CV-02254-DGC | William Gonzalez | |
| 2:16-cv-02056-DGC | Veronica Gordon | |
| 2:16-cv-01905-DGC | Bernard Gottlieb | |
| 2:18-cv-00418-DGC | Ruth Graham | |
| 2:16-cv-03047-DGC | Randy Gray | |
| 2:16-cv-02451-DGC | Linda Gualdoni | |
| 2:16-cv-00247-DGC | Michael Guarino | |
| 2:19-cv-02598-DGC | James Gurton | |
| 2:16-cv-03675-DGC | James Guy | |
| 2:16-cv-03900-DGC | Charles Hafer | |
| 2:17-cv-00076-DGC | Tara Hall | |
| 2:16-cv-01798-DGC | Judith Hall | |
| 2:16-cv-02475-DGC | Mary Hancock-Jones | |