# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Stephen Barnett Murray, Jr_____
Stephen Barnett Murray, Jr.
smurrayjr@murray-lawfirm.conm
MURRAY LAW FIRM
650 Poydras St., Ste 2150
New Orleans, LA  70130
P:  504.525.8100
F:  504.584.5249

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr._____
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Stephen Barnett Murray, Jr_____
Stephen Barnett Murray, Jr.

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-02121 | Courtney Austin | 7/20/2017 |
| 2:17-cv-04452-DGC | Caleb Benson | 12/11/2017 |
| 2:17-cv-03374-DGC | Celine Bouchard | 10/12/2017 |
| 2:17-cv-00793 | John Dennis Bruce | 3/22/2017 |
| 2:16-cv-03589-DGC | Robert Bunton | 10/28/2016 |
| 2:17-cv-02327-DGC | Anthony Castro | not served |
| 2:17-cv-00240 | Sara Cesta | 1/31/2017 |
| 2:16-cv-04397-DCGC | Gary Crisp | 12/30/2016 |
| 2:17-cv-02423-DGC | Gail Dorfman | 7/27/2017 |
| 2:17-cv-01510; 2:19-cv-00307 | Marc Dubose | 5/23/2017 |
| 2:17-cv-01820-DGC | James Fairless | 6/30/2017 |
| 2:17-cv-01281 | Patrick Gallagher | 5/5/2017 |
| 2:16-cv-03587-DGC | Patricia Hemming | 10/31/2016 |
| 2:18-cv-00381-DGC | Antoinette Holden | 2/19/2018 |
| 2:17-cv-00241 | Patrick Honea | 1/31/2017 |
| 2:16-cv-00925-DGC | Jahnunnice Johnson | 4/15/2016 |
| 2:17-cv-01280 | James Mace | 5/5/2017 |
| 2:16-cv-04398-DCGC | Mary Hele Manharth | 12/30/2016 |
| 2:17-cv-02057 | Glenda McIntyre | 7/10/2017 |
| 2:17-cv-02426-DGC | Nadine Mead | 7/27/2017 |
| 2:17-cv-04702-DGC | Geraldine Mosley | 12/22/2017 |
| 2:17-cv-00795 | William Mullins | 3/22/2017 |
| 2:17-cv-02307-DGC | Veronica Munoz | 7/25/2017 |
| 2:17-cv-01162 | Ray Neal | 4/25/2017 |
| 2:16-cv-00926-DGC | Marcia Northern | 4/15/2016 |
| 2:17-cv-03193-DGC | James Pratt | 9/28/2017 |
| 2:18-cv-00044-DGC | Allan Randall | 1/12/2018 |
| 2:17-cv-02308-DGC | Randall Marvin | 7/24/2017 |
| 2:17-cv-01161 | David Ridenour | 4/24/2017 |
| 2:16-cv-04400-DCGC | Shelly Russell | 12/30/2016 |
| 2:17-cv-01413 | James Seitzer | 5/11/2017 |
| 2:16-cv-04399-DCGC | Frances Stockman | 12/30/2016 |
| 2:16-cv-04402-DCGC | James Sundquist | 12/30/2016 |
| 2:17-cv-01412 | Shawnie Wilbourn | not served |
| 2:17-cv-01036 | Sandra Wire | 4/18/2017 |

3

| 2:17-cv-03098-DGC | Paul Zajaczkowski | 9/18/2017 |