# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-02121 | Courtney Austin | 7/20/2017 |
| 2:17-cv-04452-DGC | Caleb Benson | 12/11/2017 |
| 2:17-cv-03374-DGC | Celine Bouchard | 10/12/2017 |
| 2:17-cv-00793 | John Dennis Bruce | 3/22/2017 |
| 2:16-cv-03589-DGC | Robert Bunton | 10/28/2016 |
| 2:17-cv-02327-DGC | Anthony Castro | not served |
| 2:17-cv-00240 | Sara Cesta | 1/31/2017 |
| 2:16-cv-04397-DCGC | Gary Crisp | 12/30/2016 |
| 2:17-cv-02423-DGC | Gail Dorfman | 7/27/2017 |
| 2:17-cv-01510; 2:19-cv-00307 | Marc Dubose | 5/23/2017 |
| 2:17-cv-01820-DGC | James Fairless | 6/30/2017 |
| 2:17-cv-01281 | Patrick Gallagher | 5/5/2017 |
| 2:16-cv-03587-DGC | Patricia Hemming | 10/31/2016 |
| 2:18-cv-00381-DGC | Antoinette Holden | 2/19/2018 |
| 2:17-cv-00241 | Patrick Honea | 1/31/2017 |
| 2:16-cv-00925-DGC | Jahnunnice Johnson | 4/15/2016 |
| 2:17-cv-01280 | James Mace | 5/5/2017 |
| 2:16-cv-04398-DCGC | Mary Hele Manharth | 12/30/2016 |
| 2:17-cv-02057 | Glenda McIntyre | 7/10/2017 |
| 2:17-cv-02426-DGC | Nadine Mead | 7/27/2017 |
| 2:17-cv-04702-DGC | Geraldine Mosley | 12/22/2017 |
| 2:17-cv-00795 | William Mullins | 3/22/2017 |
| 2:17-cv-02307-DGC | Veronica Munoz | 7/25/2017 |
| 2:17-cv-01162 | Ray Neal | 4/25/2017 |
| 2:16-cv-00926-DGC | Marcia Northern | 4/15/2016 |
| 2:17-cv-03193-DGC | James Pratt | 9/28/2017 |
| 2:18-cv-00044-DGC | Allan Randall | 1/12/2018 |
| 2:17-cv-02308-DGC | Randall Marvin | 7/24/2017 |
| 2:17-cv-01161 | David Ridenour | 4/24/2017 |
| 2:16-cv-04400-DCGC | Shelly Russell | 12/30/2016 |
| 2:17-cv-01413 | James Seitzer | 5/11/2017 |
| 2:16-cv-04399-DCGC | Frances Stockman | 12/30/2016 |
| 2:16-cv-04402-DCGC | James Sundquist | 12/30/2016 |
| 2:17-cv-01412 | Shawnie Wilbourn | not served |
| 2:17-cv-01036 | Sandra Wire | 4/18/2017 |

| 2:17-cv-03098-DGC | Paul Zajaczkowski | 9/18/2017 |