**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Joseph R. Johnson
Joseph R Johnson
Babbitt & Johnson PA
1641 Worthington Rd., Ste. 100
W Palm Beach, FL 33409
561-684-2500
561-684-6308 (fax)
jjohnson@babbitt-johnson.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Joseph R. Johnson
Joseph R. Johnson

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-CV-01155-DGC | Stanley Scott | |
| 2:17-cv-02211-DGC | Falene Sebandal | |
| 2:15-cv-01741-DGC | David Shackleford | |
| 2:16-cv-03719-DGC | Kimberlea Shelton | |
| 2:16-CV-03962-DGC | Louis Sherwin | |
| 2:17-CV-01294-DGC | James Shetley | |
| 2:17-cv-04673-DGC | Richard Shoemaker | |
| 2:19-cv-02461-DGC | Brenda Simmons | |
| 2:18-cv-00430-DGC | Cynthia Simpson | |
| 2:17-CV-00496-DGC | Helen Sinko | |
| 2:17-cv-03157-DGC | Shelly Sowers | |
| 2:18-cv-00216-DGC | Thomas Sparkman | |
| 2:17-cv-00693-DGC | Camillia Spradling | |
| 2:17-cv-01079-DGC | Jason Stansell | |
| 2:19-cv-02071-DGC | Patricia Strachota | |
| 2:16-CV-02572-DGC | Harold Street | |
| 2:19-CV-01647-DGC | William Sullenger | |
| 2:16-CV-01777-DGC | Michael Taylor | |
| 2:19-cv-02469-DGC | Vivian Thomas | |
| 2:17-cv-00290-DGC | Lori Thompson | |
| 2:17-cv-02292-DGC | Huston Thompson | |
| 2:16-cv-02476-DGC | Sheryl Thornburg | |
| 2:19-cv-02185-DGC | Larhon Threalkill | |
| 2:15-CV-01629-DGC | Lessie Tillman | |
| 2:16-CV-03999-DGC | Calvin Timberlake | |
| 2:17-CV-01932-DGC | Dallas Tracy | |
| 2:16-CV-02452-DGC | Jesse Trotman | |
| 2:17-cv-01177-DGC | Vincent Truslow | |
| 2:19-cv-02029-DGC | Clevon Turner | |
| 2:17-cv-00270-DGC | William Turner | |
| 2:16-cv-03677-DGC | Christopher Turner | |
| 2:16-cv-00389-DGC | Jillaine Vandervelden | |
| 2:16-cv-01425-DGC | Casey Varner | |
| 2:18-cv-00167-DGC | Layla Viveros | |
| 2:16-cv-02346-DGC | Linda Walker | |
| 2:19-cv-03479-DGC | Kimberly Wall | |
| 2:16-CV-03679-DGC | Ramie Walling | |
| 2:17-cv-01243-DGC | Nicole Waters | |
| 2:19-cv-03373-DGC | Mark Watkins | |

| | | |
|---|---|---|
| 2:16-cv-01838-DGC | William Watson | |
| 2:19-cv-02787-DGC | David Weatherly | |
| 2:17-CV-00114-DGC | Karen Webb | |
| 2:15-CV-01667-DGC | Vicki Wetzel | |
| 2:16-CV-00889-DGC | Marty Wheeler | |
| 2:16-CV-04151-DGC | Patricia White | |
| 2:17-cv-02373-DGC | Natalie Whitehurst | |
| 2:17-CV-00019-DGC | Marilyn Whiteman | |
| 2:16-CV-03048-DGC | Weldon Wiggins | |
| 2:17-CV-01933-DGC | Cindy Wilhite | |
| 2:19-cv-02604-DGC | Diana Wilkerson | |
| 2:15-CV-01956-DGC | Tamika Williams | |
| 2:19-CV-01646-DGC | Juanita Williams | |
| 2:17-CV-00703-DGC | Carla Williams | |
| 2:16-CV-01463-DGC | Jeffrey Wilson | |
| 2:16-CV-00259-DGC | Ryan Wilson | |
| 2:19-cv-02773-DGC | Nancy Wilson | |
| 2:16-CV-00394-DGC | Beau Wilt | |
| 2:16-CV-02604-DGC | Doris Winterbottom | |
| 2:17-cv-03329-DGC | Nafeesah Wise | |
| 2:19-cv-03380-DGC | Kimberly Wiser | |
| 2:19-CV-01851-DGC | Donald Witt, Sr. | |
| 2:17-cv-04279-DGC | Ronald Wolfe | |
| 2:18-cv-00423-DGC | Denicole Young | |
| 2:17-cv-03744-DGC | Siranosh Yousif | |
| 2:16-CV-03045-DGC | Deborah Zalite | |