## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

    Dated this _____ day of _____, 2019

 

                                                                                 HONORABLE DAVID G. CAMPBELL
                                                                                 Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-CV-01155-DGC | Stanley Scott | |
| 2:17-cv-02211-DGC | Falene Sebandal | |
| 2:15-cv-01741-DGC | David Shackleford | |
| 2:16-cv-03719-DGC | Kimberlea Shelton | |
| 2:16-CV-03962-DGC | Louis Sherwin | |
| 2:17-CV-01294-DGC | James Shetley | |
| 2:17-cv-04673-DGC | Richard Shoemaker | |
| 2:19-cv-02461-DGC | Brenda Simmons | |
| 2:18-cv-00430-DGC | Cynthia Simpson | |
| 2:17-CV-00496-DGC | Helen Sinko | |
| 2:17-cv-03157-DGC | Shelly Sowers | |
| 2:18-cv-00216-DGC | Thomas Sparkman | |
| 2:17-cv-00693-DGC | Camillia Spradling | |
| 2:17-cv-01079-DGC | Jason Stansell | |
| 2:19-cv-02071-DGC | Patricia Strachota | |
| 2:16-CV-02572-DGC | Harold Street | |
| 2:19-CV-01647-DGC | William Sullenger | |
| 2:16-CV-01777-DGC | Michael Taylor | |
| 2:19-cv-02469-DGC | Vivian Thomas | |
| 2:17-cv-00290-DGC | Lori Thompson | |
| 2:17-cv-02292-DGC | Huston Thompson | |
| 2:16-cv-02476-DGC | Sheryl Thornburg | |
| 2:19-cv-02185-DGC | Larhon Threalkill | |
| 2:15-CV-01629-DGC | Lessie Tillman | |
| 2:16-CV-03999-DGC | Calvin Timberlake | |
| 2:17-CV-01932-DGC | Dallas Tracy | |
| 2:16-CV-02452-DGC | Jesse Trotman | |
| 2:17-cv-01177-DGC | Vincent Truslow | |
| 2:19-cv-02029-DGC | Clevon Turner | |
| 2:17-cv-00270-DGC | William Turner | |
| 2:16-cv-03677-DGC | Christopher Turner | |
| 2:16-cv-00389-DGC | Jillaine Vandervelden | |
| 2:16-cv-01425-DGC | Casey Varner | |
| 2:18-cv-00167-DGC | Layla Viveros | |
| 2:16-cv-02346-DGC | Linda Walker | |
| 2:19-cv-03479-DGC | Kimberly Wall | |
| 2:16-CV-03679-DGC | Ramie Walling | |

| | | |
|---|---|---|
| 2:17-cv-01243-DGC | Nicole Waters | |
| 2:19-cv-03373-DGC | Mark Watkins | |
| 2:16-cv-01838-DGC | William Watson | |
| 2:19-cv-02787-DGC | David Weatherly | |
| 2:17-CV-00114-DGC | Karen Webb | |
| 2:15-CV-01667-DGC | Vicki Wetzel | |
| 2:16-CV-00889-DGC | Marty Wheeler | |
| 2:16-CV-04151-DGC | Patricia White | |
| 2:17-cv-02373-DGC | Natalie Whitehurst | |
| 2:17-CV-00019-DGC | Marilyn Whiteman | |
| 2:16-CV-03048-DGC | Weldon Wiggins | |
| 2:17-CV-01933-DGC | Cindy Wilhite | |
| 2:19-cv-02604-DGC | Diana Wilkerson | |
| 2:15-CV-01956-DGC | Tamika Williams | |
| 2:19-CV-01646-DGC | Juanita Williams | |
| 2:17-CV-00703-DGC | Carla Williams | |
| 2:16-CV-01463-DGC | Jeffrey Wilson | |
| 2:16-CV-00259-DGC | Ryan Wilson | |
| 2:19-cv-02773-DGC | Nancy Wilson | |
| 2:16-CV-00394-DGC | Beau Wilt | |
| 2:16-CV-02604-DGC | Doris Winterbottom | |
| 2:17-cv-03329-DGC | Nafeesah Wise | |
| 2:19-cv-03380-DGC | Kimberly Wiser | |
| 2:19-CV-01851-DGC | Donald Witt, Sr. | |
| 2:17-cv-04279-DGC | Ronald Wolfe | |
| 2:18-cv-00423-DGC | Denicole Young | |
| 2:17-cv-03744-DGC | Siranosh Yousif | |
| 2:16-CV-03045-DGC | Deborah Zalite | |