# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00500-DGC | George Abu | |
| 2:17-cv-03615-DGC | Maria Alarcon | |
| 2:19-cv-00501-DGC | Jessica Alexander | |
| 2:17-cv-02973-DGC | Bruce Alexander | |
| 2:17-cv-03864-DGC | Rosalie Amatore | |
| 2:19-cv-01276-DGC | Patsy Amaya | |
| 2:19-cv-00615-DGC | Leroy Andreozzi | |
| 2:17-cv-03583-DGC | Thomas Arkle, Jr. | |
| 2:18-cv-02156-DGC | Tanchanika Austin | |
| 2:17-cv-03687-DGS | Marcia Austin | |
| 2:19-cv-00619-DGC | Debra Autrey | |
| 2:17-cv-03865-DGC | Bruce Baile | |
| 2:17-cv-03590-DGC | Cynthia Bailey | |
| 2:17-cv-03985-DGC | Chaz Baldwin | |
| 2:17-cv-04481-DGC | Lori Barrett | |
| 2:19-cv-03967-DGC | Rick Battles | |
| 2:17-cv-04086-DGC | Verna Baty | |
| 2:17-cv-04543-DGC | Clarence Beaudoin | |
| 2:17-cv-03368-DGC | Evelyn Beck | |
| 2:17-cv-04572-DGC | Madeline Berrigan | |