# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-04309-DGC | William Blake | |
| 2:17-cv-03199-DGC | Glenn Blanton | |
| 2:18-cv-00367-DGC | Margaret Boswell | |
| 2:17-cv-04573-DGC | Farid Boumoumediene | |
| 2:17-cv-04682-DGC | Janice Bourn | |
| 2:17-cv-04142-DGC | Sybil Boyd | |
| 2:17-cv-04485-DGC | Thomas Boykin | |
| 2:17-cv-03589-DGC | Gladys Boykin | |
| 2:17-cv-03866-DGC | Joshua Brackens | |
| 2:17-cv-03585-DGC | James Bratcher | |
| 2:17-cv-03109-DGC | Robert Brown | |
| 2:17-cv-03672-DGC | Cheryl Brown | |
| 2:16-cv-02651-DCG | Ralph Brown | |
| 2:17-cv-03257-DGC | Merloren Butts | |
| 2:19-cv-03462-DGC | Caroline Caleb | |
| 2:19-cv-00699-DGC | Bruce Callaway | |
| 2:17-cv-04191-DGC | Nellie Campbell | |
| 2:16-cv-02667-DGC | Tara Carney | |
| 2:17-cv-03617-DGC | Judy Chaney | |
| 2:17-cv-00782-DGC | William Chaverst | |