# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

 

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-04042-DGC | Anita Cochran | |
| 2:17-cv-03593-DGC | Andrea Collins | |
| 2:17-cv-02131-DGC | Linda Compton | |
| 2:17-cv-04678-DGC | Robert Confer | |
| 2:17-cv-03793-DGC | Danielle Conyers | |
| 2:17-cv-02798-DGC | Joseph Coon | |
| 2:18-cv-03121-DGC | Melvin Cotten | |
| 2:18-cv-01858-DGC | Elvin Davis | |
| 2:17-cv-03986-DGC | Annette Davis | |
| 2:17-cv-00872-DGC | Debra Day | |
| 2:17-cv-04254-DGC | Anthony Deanda | |
| 2:17-cv-04255-DGC | Karen DeVries | |
| 2:18-cv-03267-DGC | David Dieckow | |