# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-00760-DGC | Robert Diliberto | |
| 2:17-cv-04311-DGC | Delores Dobson | |
| 2:17-cv-04272-DGC | Kitty Dorn | |
| 2:17-cv-01105-DGC | Anne Dornberger | |
| 2:17-cv-03333-DGC | Veronda Dunlap | |
| 2:18-cv-01784-DGC | John Lee Dunson | |
| 2:17-cv-03790-DGC | Lisa Durkee | |
| 2:17-cv-03804-DGC | Kimber Edmondson | |
| 2:19-cv-00715-DGC | Ada Eidson | |
| 2:17-cv-04330-DGC | Donald Ellis | |
| 2:17-cv-04043-DGC | Vicky Fail | |
| 2:17-cv-03885-DGC | Patty Fairchild | |
| 2:19-cv-03975-DGC | Justin Falls | |
| 2:17-cv-03620-DGC | William Farlow | |
| 2:19-cv-03991-DGC | Paula Felger | |
| 2:17-cv-03371-DGC | Danielle Fenderson | |
| 2:19-cv-00320-DGC | John Ferree | |