# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-03980-DGC | Michael Finui | |
| 2:17-cv-01531-DGC | Bryce Fisher | |
| 2:17-cv-04468-DGC | Dorothy Foertsch | |
| 2:17-cv-03231-DGC | Henrietta Frierson | |
| 2:17-cv-04062-DGC | Georgia Frierson | |
| 2:17-cv-03277-DGC | Darlene Gage | |
| 2:17-cv-03173-DGC | Ksanders Gamble | |
| 2:18-cv-03340-DGC | Marsha Gamble | |
| 2:17-cv-03309-DGC | Joann Games | |
| 2:17-cv-04084-DGC | Reita Gaston | |
| 2:18-cv-01452-DGC | Beverly Gibson | |
| 2:17-cv-04484-DGC | Donna Goode | |
| 2:17-cv-03216-DGC | James Gordon | |
| 2:17-cv-04114-DGC | Mark Gore | |
| 2:17-cv-04012-DGC | JaHazel Grayson | |
| 2:17-cv-04010-DGC | Rebecca Hall | |
| 2:17-cv-04190-DGC | Shrell Harris | |
| 2:17-cv-03259-DGC | Sandra Hawkins | |
| 2:19-cv-03996-DGC | Martha Holloway | |