# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02326-DGC | Marlon Holmes | |
| 2:17-cv-03841-DGC | Troy Holmes | |
| 2:19-cv-03374-DGC | Sonia Howard | |
| 2:18-cv-02460-DGC | Billy Hudson | |
| 2:17-cv-04482-DGC | Michael Hughes | |
| 2:19-cv-00410-DGC | Angela Hunt | |
| 2:17-cv-04276-DGC | Antoinette Ingenito | |
| 2:17-cv-03369-DGC | Mary Irons | |
| 2:19-cv-03384-DGC | Dan Ivy | |
| 2:18-cv-00403-DGC | Irma Jackson | |
| 2:17-cv-04253-DGC | Earnest Jackson | |
| 2:16-cv-02666-DGC | Karin Jenkins | |
| 2:17-cv-03238-DGC | Pauline Jimenez | |
| 2:18-cv-01863-DGC | Florence Johnson | |
| 2:17-cv-04143-DGC | Jerlene Johnson | |
| 2:17-cv-04063-DGC | Sheila Jones | |
| 2:17-cv-03846-DGC | Clifford Jones | |
| 2:18-cv-02686-DGC | Edward Jones | |
| 2:17-cv-00641-DGC | Linda Joseph | |