# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-00002 | Leah Alvarda | 1/5/2017 |
| 2:16-cv-01051 | Connie Bolton | 4/21/2016 |
| 2:17-CV-03035 | Chrystal Bonner | 9/15/2017 |
| 2:17-cv-01461 | Yvonne Bouknight | 5/24/2017 |
| 2:16-CV-01049 | Donna Brooks | 4/21/2016 |
| 2:16-cv-03447 | Roderick Cudmore | 10/17/2016 |
| 2:17-cv-01244 | Ben Dickerson, Jr. | 5/4/2017 |
| 2:16-cv-01288 | Jose Gonzalez | 5/5/2016 |
| 2:17-cv-01593 | Reginald Johnson | 5/30/2017 |
| 2:16-cv-03933 | Daniel Jones | 11/18/2016 |
| 2:16-cv-02940 | Bethany Jurns | 9/12/2016 |
| 2:17-CV-02662 | Patrick Lindsay | 8/15/2017 |
| 2:17-cv-01226-DGC | Kim Monroe | 5/5/2017 |
| 2:16-cv-02497 | Patricia Newcomb | 8/3/2016 |
| 2:16-cv-02495 | Sallie Rankin | 8/3/2016 |
| 2:17-cv-02369 | Jack Roberts | 7/20/2017 |
| 2:17-cv-02665 | Regina West | 8/15/2017 |