# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-03996-DGC | Thomas Keene | |
| 2:19-cv-04007-DGC | Andera King | |
| 2:18-cv-04612-DGC | Tomeka King | |
| 2:17-cv-02778-DGC | Joseph Kovach | |
| 2:17-cv-03334-DGC | Barbara Kuzma | |
| 2:17-cv-03020-DGC | Pierre Lacroze | |
| 2:18-cv-01923-DGC | Harriet Lamneck | |
| 2:17-cv-04116-DGC | John Langley | |
| 2:17-cv-01591-DGC | Katie Larson | |
| 2:17-cv-04189-DGC | Artissia Lawson | |
| 2:17-cv-03917-DGC | Troy Leatherman | |
| 2:17-cv-04222-DGC | Ronald Lee | |
| 2:17-cv-04085-DGC | Ruben Leggett | |
| 2:17-cv-03595-DGC | Anthony Lewis | |
| 2:17-cv-04223-DGC | Patrice Loudin | |
| 2:17-cv-04569-DGC | Sabrina Malone-Dixon | |