# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-03258-DGC | Richard Man | |
| 2:17-cv-03021-DGC | Irene Manuel | |
| 2:17-cv-04137-DGC | Ronald Marshall | |
| 2:19-cv-04004-DGC | Venissa Massey | |
| 2:17-cv-03674-DGC | Kevin Masterson | |
| 2:18-cv-02746-DGC | Angela Mathis | |
| 2:16-cv-02656-DGC | Gail Mattucci | |
| 2:17-cv-02971-DGC | Toni McCullum | |
| 2:19-cv-04012-DGC | Robin Meininger | |
| 2:17-cv-03202-DGC | Kari Menacher | |
| 2:17-cv-04574-DGC | Gary Micco | |
| 2:17-cv-03335-DGC | Joseph Millett | |
| 2:18-cv-00809-DGC | Kimberly Minder | |
| 2:17-cv-04269-DGC | Lizzie Minniefield | |
| 2:17-cv-04099-DGC | DeAndre Mitchell | |
| 2:17-cv-03847-DGC | Vivian Monteiro | |
| 2:17-cv-04235-DGC | Velma Moses | |