# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-00264-DGC | Heather Butler | 6/16/2016 & 6/21/2016 |
| 2:17-cv-02035-DGC | Susan Cernosek | 7/3/2017 |
| 2:18-cv-02940-DGC | Orvey Cole | 10/9/2018 |
| 2:17-cv-01712-DGC | Cherise Deaton | 6/8/2017 |
| 2:18-cv-03343-DGC | Leonard Dukes | 11/1/2018 |
| 2:17-cv-02572-DGC | Janice Green | 8/14/2017 |
| 2:17-cv-01713-DGC | Terry Hobbs | 6/12/2017 |
| 2:19-cv-02584-DGC | Harold Hoover | 5/21/2019 |
| 2:17-cv-01336-DGC | James Kennedy | 5/23/2017 |
| 2:17-cv-01306-DGC | Larry Nixon | 5/23/2017 |
| 2:19-cv-02552-DGC | Andrea Sams | 5/22/2019 |
| 2:17-cv-03256-DGC | Lisa Tuano | 10/4/2017 |