# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02655-DCG | Trent Natola | |
| 2:17-cv-03807-DGC | Eugene Neal | |
| 2:19-cv-04311-DGC | Gail Nelson | |
| 2:17-cv-02175-DGC | John Newton | |
| 2:17-cv-00868-DGC | Julia Nichols | |
| 2:19-cv-04309-DGC | Dennis Nicora | |
| 2:17-cv-03622-DGC | Marianne Nissen | |
| 2:17-cv-02784-DGC | John Ohsam | |
| 2:17-cv-03591-DGC | Angela Oliver | |
| 2:17-cv-03275-DGC | Delilah Paris | |
| 2:19-cv-00412-DGC | Howard Parry, Jr. | |
| 2:17-cv-03899-DGC | Yusef Pasha | |
| 2:17-cv-03628-DGC | Marlin Pavelek | |
| 2:18-cv-00075-DGC | Melanie Payne | |
| 2:17-cv-04188-DGC | Denise Payton-Thomas | |
| 2:17-cv-00941-DGC | Charlene Pedersen | |
| 2:19-cv-03467-DGC | Robert Perkins | |
| 2:19-cv-02569-DGC | Debra Pfeiler | |
| 2:17-cv-03803-DGC | Bridget Plair | |