# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

  Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

  Dated this _____ day of _____, 2019

                                HONORABLE DAVID G. CAMPBELL
                                Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-01387-DGC | Clarissa Alexander | 5/25/2016 & 5/26/2016 |
| 2:17-cv-04192 | Liza Allen | 12/6/2017 |
| 2:16-cv-01396-DGC | Patricia Brown | 5/25/2016 & 5/26/2016 |
| 2:19-cv-03771 | Larry Bruce | 6/25/2019 |
| 2:17-cv-04145 | Guy Cochran | 5/1/2018 |
| 2:18-cv-00964 | Jackie Colwell | 4/13/2018 |
| 2:19-cv-02859 | Anna Donahue | 9/23/2019 |
| 2:17-cv-02910 | Laurie Haffner | 9/8/2017 |
| 2:18-cv-00812 | Todd Jaeger | 4/17/2018 |
| 2:19-cv-01151 | Frank Jovenitti | 3/12/2019 |
| 2:18-cv-00811 | Susanne Koch | 4/17/2018 |
| 2:16-cv-01388 | Eva Lorfing | 5/25/2016 |
| 2:18-cv-02154 | John Luczka | 7/25/2018 |
| 2:18-cv-00813 | Raymond Mooren | 4/17/2018 |
| 2:18-cv-03366 | Franz Muller | 10/30/2018 |
| 2:18-cv-01374 | Lisa Norris | 5/22/2018 |
| 2:19-cv-02443 | Tiffany Ragan-Scott | 4/30/2019 |
| 2:18-cv-00726-DGC | Natascha Rossato | 4/2/2018 |
| 2:17-cv-00931 | Herbert Schrader | 5/23/2017 |
| 2:17-cv-00010 | Kemyhatta Tatum | 1/31/2017 |
| 2:17-cv-02573 | Emese Varga | 8/11/2017 |