# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

  Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

  Dated this _____ day of _____, 2019

                            _____
                            HONORABLE DAVID G. CAMPBELL
                            Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01239-DGC | Michelle Pomije | |
| 2:17-cv-03673-DGC | Brent Querry | |
| 2:17-cv-03791-DGC | Natalia Rebollo | |
| 2:17-cv-04267-DGC | Schwann Richardson | |
| 2:17-cv-04065-DGC | Earnestine Riley | |
| 2:19-cv-01689-DGC | Paul Rogers | |
| 2:17-cv-03276-DGC | David Rogers | |
| 2:19-cv-03379-DGC | Jonathan Romero | |
| 2:17-cv-03203-DGC | Reginald Ross | |
| 2:17-cv-04239-DGC | Mike Sackal | |
| 2:17-cv-04100-DGC | Teddy Sanders | |
| 2:19-cv-04330-DGC | Trisha Saylor | |
| 2:17-cv-04213-DGC | Debra Schultz | |
| 2:17-cv-04186-DGC | John Schultz | |
| 2:16-cv-00883-DGC | Christy Sessoms | |
| 2:19-cv-04301-DGC | Raychell Sherman | |
| 2:17-cv-04237-DGC | Dana Shultz | |
| 2:17-cv-02554-DGC | Marcella Simms | |
| 2:17-cv-03848-DGC | Brandi Sitar | |