# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:16-cv-02684-DGC | Sharon Garcia | 8/16/2016 |
| 2:19-cv-01957-DGC | Marquitta Haines | 4/9/2019 |
| 2:19-cv-01958-DGC | Kevin Hall | 4/9/2019 |
| 2:19-cv-00026-DGC | James Hollway | 1/15/2019 |
| 2:19-cv-01959-DGC | Cynthia Kinnamon | 4/9/2019 |
| 2:16-cv-04147-DGC | James Lewis | 12/6/2016 |
| 2:16-cv-01625-DGC | Cally Lutz | 6/7/2016 |
| 2:19-cv-01963-DGC | Tyrone Mortise | 4/10/2019 |
| 2:19-cv-01964-DGC | VaRawn Pinckney | 4/9/2019 |
| 2:19-cv-01965-DGC | Joe Reed | 4/9/2019 |
| 2:19-cv-01966 | Carrie Stowell | 4/10/2019 |