# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-04570-DGC | Joyce Skelton | |
| 2:17-cv-04121-DGC | Michael Skorupski | |
| 2:17-cv-03592-DGC | Brian Sloan | |
| 2:17-cv-04185-DGC | Christopher Smith | |
| 2:17-cv-04327-DGC | John Smith | |
| 2:17-cv-04683-DGC | James Smothers | |
| 2:17-cv-03370-DGC | Levi Spruell | |
| 2:17-cv-04009-DGC | Terri St Lawrence | |
| 2:17-cv-03987-DGC | Octavia Starke | |
| 2:17-cv-03682-DGC | Roy Stith | |
| 2:17-cv-03671-DGC | Lawrence Strouse | |
| 2:19-cv-04293-DGC | Sue Sturcken | |
| 2:17-cv-02496-DGC | J D Sutton | |
| 2:19-cv-04201-DGC | Sherman Sweet | |
| 2:19-cv-02650-DGC | Georgia Terrell | |
| 2:17-cv-03336-DGC | Ashuria Thomas | |