# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-04536-PHX-DGC | Allison Barthen | 1/14/2019 |
| 2:18-cv-03350-PHX-DGC | Amanda Cardet-Graham | 12/7/2018 |
| 2:16-cv-01433-PHX-DGC | Lee Ann Carnes | 5/17/2016 |
| 2:18-cv-03464-PHX-DGC | Susan Corwin | 12/10/2018 |
| 2:18-cv-03014-PHX-DGC | Carl Grunewald | 10/15/2018 |
| 2:16-cv-01134-PHX-DGC | Kevin Lenners | 5/2/2016 |
| 2:18-cv-02079-PHX-DGC | Jackline Leu | 8/22/2018 |
| 2:18-cv-03177-PHX-DGC | Kenneth Lickteig | 11/1/2018 |
| 2:18-cv-00944-PHX-DGC | Deborah McHughs | 5/8/2018 |
| 2:18-cv-04537-PHX-DGC | Saryea Murchison | 1/14/2019 |
| 2:18-cv-03182-PHX-DGC | Susan Prosise | 11/2/2018 |
| 2:18-cv-04538-PHX-DGC | Dana Roth | 1/15/2019 |
| 2:18-cv-04542-PHX-DGC | Julie Serna | 1/16/2019 |
| 2:16-cv-01404-PHX-DGC | Raymond Sutorus | 5/17/2016 |
| 2:16-cv-01316-PHX-DGC | Jason Whitmire | 5/17/2016 |