# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-04757-DGC | Kenneth Collins | |
| 2:17-cv-04141-DGC | Deanna Thomas | |
| 2:17-cv-04329-DGC | Francis Thomas | |
| 2:17-cv-04007-DGC | Murphy Trammell | |
| 2:17-cv-04470-DGC | James Urgo | |
| 2:19-cv-01416-DGC | Jahaira Valderrama | |
| 2:17-cv-03937-DGC | Michael Varney | |
| 2:17-cv-03151-DGC | Brouwer Walle | |
| 2:17-cv-04483-DGC | Eva Warren | |
| 2:17-cv-02097-DGC | John Waterman | |
| 2:17-cv-03686-DGC | Donna Weiler-Geist | |
| 2:18-cv-00213-DGC | Elvenia Wiggins | |
| 2:19-cv-04191-DGC | Yvette Wilson | |
| 2:17-cv-03921-DGC | Karen Wysinger | |
| 2:17-cv-03237-DGC | Stephen Yankun | |
| 2:17-cv-04221-DGC | Howard Zuckerman | |
| 2:17-cv-01532-DGC | Cassandra Williams | |
| 2:17-cv-04677-DGC | Otis Woods | |