# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Richard J Plezia
Richard J Plezia
efile@rplezialaw.com
RICHARD J PLEZIA & ASSOCIATES
2909 Hillcroft Ave., Ste. 575
Houston, TX  77057
P:  713.800.1151
F:  281.602.7735

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Richard J Plezia
Richard J Plezia

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-03262-DGC | Karma D. Adkins | 10/19/2018 |
| 2:18-cv-03571-DGC | Diane Arwine | 11/5/2018 |
| 2:18-cv-00054-DGC | Christopher Baldwin | not served |
| 2:18-cv-00015-DGC | Lizia Batt | not served |
| 2:18-cv-03131-DGC | Michael Bigger | 10/12/2018 |
| 2:17-cv-04174-DGC | Eugene Bowski | not served |
| 2:18-cv-00105-DGC | Don Brenner | not served |
| 2:18-cv-03242-DGC | Thomas Coley | 10/22/2018 |
| 2:18-cv-00076-DGC | Dennis Cote | not served |
| 2:17-cv-04772-DGC | Josephine Cousin | not served |
| 2:17-cv-04334-D | Peter Cruz-Chavez | not served |
| 2:18-cv-00056 | Ronique Dailey | not served |
| 2:17-cv-04154 | Robert Dombrovschi | not served |
| 2:17-cv-04177-D | James Haas | not served |
| 2:17-cv-04320-D | Edith Haddix | not served |
| 2:18-cv-02118 | Dorothy Harkleroad | not served |
| 2:18-cv-00103-DGC | Roy Harrison | not served |
| 2:18-cv-02136 | John Hazel | not served |
| 2:18-cv-02150-PHX-DGC | Tracey Heard | 9/23/2019 |
| 2:17-cv-04178-D | Susan Hobbs | not served |
| 2:17-cv-04172-PHX | Dennis Hockenberry | not served |
| 2:17-cv-04170-D | Anna Holmes | not served |
| 2:18-cv-03329 | April Hutto | 10/29/2018 |
| 2:18-cv-03133-D | Gregory Jones | 10/9/2018 |
| 2:18-cv-02139 | Mark Joseph | not served |
| 2:18-cv-01577 | Steven Kaplan | 6/12/2018 |
| 2:18-cv-02149 | Ludwig Knoester | not served |
| 2:18-cv-02155 | Louise Lettieri | not served |
| 2:18-cv-02162 | Christina Lutz | not served |
| 2:18-cv-03156-D | Nicole Mather | 10/15/2018 |
| 2:18-cv-03157-DGC | Retonio Mayes | 10/15/2018 |
| 2:18-cv-02195-DGC | Michael Miller | not served |
| 2:17-cv-04778-DGC | Earl Novendstern | not served |
| 2:17-cv-04135-DGC | Alexandra Parsley | not served |
| 2:17-cv-04767-DGC | Rita Patterson | not served |
| 2:17-cv-04310-D | Geneva Phelps | not served |

4

| | | |
|---|---|---|
| 2:18-cv-02163-DGC | Timothy Ray | not served |
| 2:18-cv-02164-DGC | Tanisha Richmond | not served |
| 2:17-cv-04169-DGC | Linda Schultz Williams | not served |
| 2:18-cv-03917 | Louis Searles | 11/13/2018 |
| 2:18-cv-03146 | Ruby Stanley | 10/9/2018 |
| 2:18-cv-00082-DGC | Harry Tarasi | not served |
| 2:18-cv-02157-DGC | Linda Tomchick | 10/16/2018 |
| 2:18-cv-02158-DGC | David Veon | 10/17/2018 |
| 2:17-cv-04370-DGC | Richard Werner | not served |