# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-03262-DGC | Karma D. Adkins | 10/19/2018 |
| 2:18-cv-03571-DGC | Diane Arwine | 11/5/2018 |
| 2:18-cv-00054-DGC | Christopher Baldwin | not served |
| 2:18-cv-00015-DGC | Lizia Batt | not served |
| 2:18-cv-03131-DGC | Michael Bigger | 10/12/2018 |
| 2:17-cv-04174-DGC | Eugene Bowski | not served |
| 2:18-cv-00105-DGC | Don Brenner | not served |
| 2:18-cv-03242-DGC | Thomas Coley | 10/22/2018 |
| 2:18-cv-00076-DGC | Dennis Cote | not served |
| 2:17-cv-04772-DGC | Josephine Cousin | not served |
| 2:17-cv-04334-D | Peter Cruz-Chavez | not served |
| 2:18-cv-00056 | Ronique Dailey | not served |
| 2:17-cv-04154 | Robert Dombrovschi | not served |
| 2:17-cv-04177-D | James Haas | not served |
| 2:17-cv-04320-D | Edith Haddix | not served |
| 2:18-cv-02118 | Dorothy Harkleroad | not served |
| 2:18-cv-00103-DGC | Roy Harrison | not served |
| 2:18-cv-02136 | John Hazel | not served |
| 2:18-cv-02150-PHX-DGC | Tracey Heard | 9/23/2019 |
| 2:17-cv-04178-D | Susan Hobbs | not served |
| 2:17-cv-04172-PHX | Dennis Hockenberry | not served |
| 2:17-cv-04170-D | Anna Holmes | not served |
| 2:18-cv-03329 | April Hutto | 10/29/2018 |
| 2:18-cv-03133-D | Gregory Jones | 10/9/2018 |
| 2:18-cv-02139 | Mark Joseph | not served |
| 2:18-cv-01577 | Steven Kaplan | 6/12/2018 |
| 2:18-cv-02149 | Ludwig Knoester | not served |
| 2:18-cv-02155 | Louise Lettieri | not served |
| 2:18-cv-02162 | Christina Lutz | not served |
| 2:18-cv-03156-D | Nicole Mather | 10/15/2018 |
| 2:18-cv-03157-DGC | Retonio Mayes | 10/15/2018 |
| 2:18-cv-02195-DGC | Michael Miller | not served |
| 2:17-cv-04778-DGC | Earl Novendstern | not served |
| 2:17-cv-04135-DGC | Alexandra Parsley | not served |
| 2:17-cv-04767-DGC | Rita Patterson | not served |
| 2:17-cv-04310-D | Geneva Phelps | not served |

| | | |
|---|---|---|
| 2:18-cv-02163-DGC | Timothy Ray | not served |
| 2:18-cv-02164-DGC | Tanisha Richmond | not served |
| 2:17-cv-04169-DGC | Linda Schultz Williams | not served |
| 2:18-cv-03917 | Louis Searles | 11/13/2018 |
| 2:18-cv-03146 | Ruby Stanley | 10/9/2018 |
| 2:18-cv-00082-DGC | Harry Tarasi | not served |
| 2:18-cv-02157-DGC | Linda Tomchick | 10/16/2018 |
| 2:18-cv-02158-DGC | David Veon | 10/17/2018 |
| 2:17-cv-04370-DGC | Richard Werner | not served |