# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01693-DGC | Dawn Alford | 6/7/2018 |
| 2:18-cv-03335 | Dawn Andrea | 10/29/2018 |
| 2:19-cv-00061-DGC | Rebecca Black | 1/14/2019 |
| 2:18-cv-01368 | LouEllen Britt | 5/22/2018 |
| 2:19-cv-04248-DGC | Clark Byarley | 7/8/2019 |
| 2:18-cv-02287-DGC | Mary Ann Carlucci | 7/31/2018 |
| 2:18-cv-03304-DGC | Lashunda Clark | 10/22/2018 |
| 2:17-cv-04519-DGC | Clara Clayburn Abdelrazea | 12/12/2017 |
| 2:18-cv-04691-DGC | Lance Cobb | 1/3/2019 |
| 2:17-cv-02923-DGC | Ajani Dorville | 9/6/2017 |
| 2:19-cv-02738-PHX-DGC | Delbert Ehlke | 5/10/2019 |
| 2:18-cv-01449-DGC | Laura Honkola | 5/31/2018 |
| 2:19-cv-01826-DGC | Myrtis Hoosier | 4/4/2019 |
| 2:17-cv-03211-DGC | Wayne James | not served |
| 2:18-cv-03348-DGC | Sara Keegan | 11/2/2018 |
| 2:18-cv-03336 | Andrea Locicero | 10/29/2018 |
| 2:16-cv-03914-DGC | Elizabeth Martin | 12/6/2016 |
| 2:18-cv-04095 | Sarah Miller | 12/5/2018 |
| 2:18-cv-02717-DGC | Nancy Moon | 9/11/2018 |
| 2:19-cv-02311-DGC | Kevin Moss | 4/22/2019 |
| 2:19-cv-02568-DGC | Mykesha Mullis Marsh | 5/1/2019 |
| 2:18-cv-00009-DGC | Stephanie Navas | 1/11/2018 |
| 2:17-cv-04110-DGC | Mindy Patton | 11/29/2017 |
| 2:17-cv-03210-DGC | Becky Rosenberry | 9/25/2017 |
| 2:19-cv-04249-PHX-DGC | Matthew Sanders | 6/27/2019 |
| 2:18-cv-03465 | Susan Savewith | 11/2/2018 |
| 2:19-cv-01825-DGC | Amy Sluka | 4/4/2019 |
| 2:19-cv-02309 | Haley Terpstra | 4/19/2019 |
| 2:19-cv-00241-DGC | Michelle Vogt | 1/24/2019 |
| 2:18-cv-02741-DGC | Shayla Wadsworth | 9/12/2018 |
| 2:18-cv-02915-DGC | Carlos Zimmerle | 9/24/2018 |
| 2:19-cv-04318-PHX-DGC | Teresa Zwolle | 6/27/2019 |