**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Joseph R. Johnson
Joseph R Johnson
Babbitt & Johnson PA
1641 Worthington Rd., Ste. 100
W Palm Beach, FL 33409
561-684-2500
561-684-6308 (fax)
jjohnson@babbitt-johnson.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Joseph R. Johnson
Joseph R. Johnson

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-02668-DGC | Aldra Hardy | |
| 2:16-cv-00261-DGC | La'Trina Harris | |
| 2:17-cv-04108-DGC | Robert Harris | |
| 2:16-cv-01821-DGC | Charlene Hayama | |
| 2:16-cv-02061-DGC | Curley Hayes | |
| 2:16-cv-04110-DGC | Anita Hemphill | |
| 2:16-cv-00630-DGC | Kim Hepler | |
| 2:19-cv-02767-DGC | Sarah Herndon | |
| 2:16-CV-03963-DGC | Robert Hilgendorf | |
| 2:16-CV-01779-DGC | Sharon Hill | |
| 2:16-CV-03352-DGC | Alonzo Holloman | |
| 2:19-cv-02917-DGC | Frank Holmes | |
| 2:16-CV-01799-DGC | Amanda Houston | |
| 2:16-cv-00256-DGC | Mary Hudson-Pierce | |
| 2:16-CV-02341-DGC | Julia Huff | |
| 2:16-CV-03794-DGC | Thomas Hutto | |
| 2:16-CV-04341-DGC | William Ivey | |
| 2:19-cv-02129-DGC | Geraldine Jackson | |
| 2:19-cv-00870-DGC | Gary Jackson | |
| 2:16-cv-03457-DGC | Cynthia Jackson | |
| 2:19-cv-03315-DGC | Chimeka Jackson | |
| 2:16-CV-03901-DGC | Debora Janes | |
| 2:16-cv-01035-DGC | Albert Johnson | |
| 2:16-cv-03304-DGC | Maggie Johnson | |
| 2:18-cv-02078-DGC | Rebecca Johnson | |
| 2:16-CV-03899-DGC | Janice Johnson | |
| 2:17-cv-04301-DGC | Sophelia Johnson-Winfrey | |
| 2:16-cv-04111-DGC | Shashawna Jones | |
| 2:16-cv-00249-DGC | Audrey Kasler | |
| 2:17-CV-01931-DGC | Carrie Kelley | |
| 2:19-cv-02814-DGC | Doris Kmieciak | |
| 2:18-cv-02393-DGC | Mary Kohn | |
| 2:17-CV-02264-DGC | Virgina Kueny | |
| 2:16-CV-02240-DGC | Jack Kunza | |
| 2:16-cv-01345-DGC | Calvin Landry | |
| 2:16-cv-02198-DGC | Janet Layman | |
| 2:17-cv-00208-DGC | Angela Layne | |
| 2:17-cv-00283-DGC | Diana Lewis | |
| 2:16-cv-01758-DGC | Elizabeth Leyva | |

| | | |
|---|---|---|
| 2:19-cv-02187-DGC | Joseph Lombardo | |
| 2:19-cv-02138-DGC | Joseph Long | |
| 2:17-CV-00021-DGC | Gerald Mantalvanos | |
| 2:16-cv-03521-DGC | David Markin | |
| 2:17-cv-02205-DGC | Marie Martin | |
| 2:16-cv-02606-DGC | Luisa Martinez | |
| 2:17-CV-01291-DGC | Gary Mason | |
| 2:17-CV-01505-DGC | Michael Mattwig | |
| 2:17-CV-01297-DGC | Theresa McClain | |
| 2:17-CV-00022-DGC | Nadine McCrady | |
| 2:16-cv-04458-DGC | Nancy Mead | |
| 2:17-cv-04607-DGC | David Medlin | |
| 2:15-cv-01644-DGC | Dawn Merritt | |
| 2:17-CV-01298-DGC | Jessica Michalko | |
| 2:18-cv-00051-DGC | Kelly Miller | |
| 2:17-cv-00418-DGC | William Mitchell | |
| 2:16-cv-03895-DGC | Rosario Montes | |
| 2:17-CV-03255-DGC | Agustin Morado, III | |
| 2:16-CV-04109-DGC | James Morgan | |
| 2:19-cv-02813-DGC | Sharon Morris | |
| 2:18-cv-00215-DGC | John Muia | |
| 2:16-CV-00617-DGC | Ashwin Narayan | |
| 2:17-CV-01165-DGC | Jo Ann Neff | |
| 2:16-cv-04323-DGC | Carolyn Nobles | |
| 2:19-cv-01823-DGC | Matthew Nolan | |
| 2:17-CV-02586-DGC | Kenneth Oakleaf | |
| 2:17-CV-01262-DGC | Carol Oddo | |
| 2:16-CV-02342-DGC | Jerry Ostap | |
| 2:19-cv-02818-DGC | Peggy Page | |
| 2:18-cv-00214-DGC | Michael Palmer | |
| 2:16-cv-00887-DGC | Latiesha Parsons | |
| 2:17-CV-01775-DGC | James Paxton | |
| 2:19-cv-02095-DGC | James Peppe | |
| 2:16-cv-01917-DGC | Regina Perez | |
| 2:16-CV-02783-DGC | Margaret Petersen | |
| 2:16-cv-02210-DGC | Barry Phares | |
| 2:17-cv-03610-DGC | Mekeda Player | |
| 2:18-cv-00182-DGC | Diane Preiss | |
| 2:16-CV-01765-DGC | Amanda Pritchett | |
| 2:16-CV-01789-DGC | Sharon Raby | |
| 2:16-CV-02239-DGC | Diane Radke | |
| 2:19-cv-02134-DGC | Brenda Ramage | |

| | | |
|---|---|---|
| 2:19-cv-01765-DGC | Sherri Reeves | |
| 2:18-cv-02662-DGC | Deborah Regel | |
| 2:18-cv-00449-DGC | Tabitha Restivo | |
| 2:17-cv-01504-DGC | Victoria Rice | |
| 2:17-cv-02566-DGC | Tami Ruebel | |
| 2:16-CV-00390-DGC | Eduardo Sanchez | |
| 2:16-cv-01648-DGC | Karen Sapp | |
| 2:19-cv-02410-DGC | Helen Schindler | |
| 2:17-cv-00020-DGC | Joseph Schlicher | |
| 2:17-CV-02374-DGC | Kathleen Schmidt | |
| 2:17-CV-01296-DGC | Joseph Schmidt | |
| 2:17-CV-00702-DGC | Kathryn Schwab | |
| 2:16-CV-01615-DGC | Susan Schwartz | |
| 2:15-cv-01722-DGC | Sandra Scott | |
| 2:16-CV-02238-DGC | Everett Scott | |