# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-02668-DGC | Aldra Hardy | |
| 2:16-cv-00261-DGC | La'Trina Harris | |
| 2:17-cv-04108-DGC | Robert Harris | |
| 2:16-cv-01821-DGC | Charlene Hayama | |
| 2:16-cv-02061-DGC | Curley Hayes | |
| 2:16-cv-04110-DGC | Anita Hemphill | |
| 2:16-cv-00630-DGC | Kim Hepler | |
| 2:19-cv-02767-DGC | Sarah Herndon | |
| 2:16-CV-03963-DGC | Robert Hilgendorf | |
| 2:16-CV-01779-DGC | Sharon Hill | |
| 2:16-CV-03352-DGC | Alonzo Holloman | |
| 2:19-cv-02917-DGC | Frank Holmes | |
| 2:16-CV-01799-DGC | Amanda Houston | |
| 2:16-cv-00256-DGC | Mary Hudson-Pierce | |
| 2:16-CV-02341-DGC | Julia Huff | |
| 2:16-CV-03794-DGC | Thomas Hutto | |
| 2:16-CV-04341-DGC | William Ivey | |
| 2:19-cv-02129-DGC | Geraldine Jackson | |
| 2:19-cv-00870-DGC | Gary Jackson | |
| 2:16-cv-03457-DGC | Cynthia Jackson | |
| 2:19-cv-03315-DGC | Chimeka Jackson | |
| 2:16-CV-03901-DGC | Debora Janes | |
| 2:16-cv-01035-DGC | Albert Johnson | |
| 2:16-cv-03304-DGC | Maggie Johnson | |
| 2:18-cv-02078-DGC | Rebecca Johnson | |
| 2:16-CV-03899-DGC | Janice Johnson | |
| 2:17-cv-04301-DGC | Sophelia Johnson-Winfrey | |
| 2:16-cv-04111-DGC | Shashawna Jones | |
| 2:16-cv-00249-DGC | Audrey Kasler | |
| 2:17-CV-01931-DGC | Carrie Kelley | |
| 2:19-cv-02814-DGC | Doris Kmieciak | |
| 2:18-cv-02393-DGC | Mary Kohn | |
| 2:17-CV-02264-DGC | Virgina Kueny | |
| 2:16-CV-02240-DGC | Jack Kunza | |
| 2:16-cv-01345-DGC | Calvin Landry | |
| 2:16-cv-02198-DGC | Janet Layman | |
| 2:17-cv-00208-DGC | Angela Layne | |

| | | |
|---|---|---|
| 2:17-cv-00283-DGC | Diana Lewis | |
| 2:16-cv-01758-DGC | Elizabeth Leyva | |
| 2:19-cv-02187-DGC | Joseph Lombardo | |
| 2:19-cv-02138-DGC | Joseph Long | |
| 2:17-CV-00021-DGC | Gerald Mantalvanos | |
| 2:16-cv-03521-DGC | David Markin | |
| 2:17-cv-02205-DGC | Marie Martin | |
| 2:16-cv-02606-DGC | Luisa Martinez | |
| 2:17-CV-01291-DGC | Gary Mason | |
| 2:17-CV-01505-DGC | Michael Mattwig | |
| 2:17-CV-01297-DGC | Theresa McClain | |
| 2:17-CV-00022-DGC | Nadine McCrady | |
| 2:16-cv-04458-DGC | Nancy Mead | |
| 2:17-cv-04607-DGC | David Medlin | |
| 2:15-cv-01644-DGC | Dawn Merritt | |
| 2:17-CV-01298-DGC | Jessica Michalko | |
| 2:18-cv-00051-DGC | Kelly Miller | |
| 2:17-cv-00418-DGC | William Mitchell | |
| 2:16-cv-03895-DGC | Rosario Montes | |
| 2:17-CV-03255-DGC | Agustin Morado, III | |
| 2:16-CV-04109-DGC | James Morgan | |
| 2:19-cv-02813-DGC | Sharon Morris | |
| 2:18-cv-00215-DGC | John Muia | |
| 2:16-CV-00617-DGC | Ashwin Narayan | |
| 2:17-CV-01165-DGC | Jo Ann Neff | |
| 2:16-cv-04323-DGC | Carolyn Nobles | |
| 2:19-cv-01823-DGC | Matthew Nolan | |
| 2:17-CV-02586-DGC | Kenneth Oakleaf | |
| 2:17-CV-01262-DGC | Carol Oddo | |
| 2:16-CV-02342-DGC | Jerry Ostap | |
| 2:19-cv-02818-DGC | Peggy Page | |
| 2:18-cv-00214-DGC | Michael Palmer | |
| 2:16-cv-00887-DGC | Latiesha Parsons | |
| 2:17-CV-01775-DGC | James Paxton | |
| 2:19-cv-02095-DGC | James Peppe | |
| 2:16-cv-01917-DGC | Regina Perez | |
| 2:16-CV-02783-DGC | Margaret Petersen | |
| 2:16-cv-02210-DGC | Barry Phares | |
| 2:17-cv-03610-DGC | Mekeda Player | |
| 2:18-cv-00182-DGC | Diane Preiss | |
| 2:16-CV-01765-DGC | Amanda Pritchett | |

| | | |
|---|---|---|
| 2:16-CV-01789-DGC | Sharon Raby | |
| 2:16-CV-02239-DGC | Diane Radke | |
| 2:19-cv-02134-DGC | Brenda Ramage | |
| 2:19-cv-01765-DGC | Sherri Reeves | |
| 2:18-cv-02662-DGC | Deborah Regel | |
| 2:18-cv-00449-DGC | Tabitha Restivo | |
| 2:17-cv-01504-DGC | Victoria Rice | |
| 2:17-cv-02566-DGC | Tami Ruebel | |
| 2:16-CV-00390-DGC | Eduardo Sanchez | |
| 2:16-cv-01648-DGC | Karen Sapp | |
| 2:19-cv-02410-DGC | Helen Schindler | |
| 2:17-cv-00020-DGC | Joseph Schlicher | |
| 2:17-CV-02374-DGC | Kathleen Schmidt | |
| 2:17-CV-01296-DGC | Joseph Schmidt | |
| 2:17-CV-00702-DGC | Kathryn Schwab | |
| 2:16-CV-01615-DGC | Susan Schwartz | |
| 2:15-cv-01722-DGC | Sandra Scott | |
| 2:16-CV-02238-DGC | Everett Scott | |