# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-02815-DGC | Paulina Bonds | 5/16/2019 |
| 2:16-cv-02549-PHX-DGC | Patsy Cecchine | 8/10/2016 |
| 2:19-cv-01137-PHX-DGC | Agatha Fields | 3/19/2019 |
| 2:19-cv-02816-DGC | Everett Griffith | 5/16/2019 |
| 2:16-cv-00274-PHX-DGC | George Hahn | 2/10/2016 |
| 2:16-cv-00129-PHX-DGC | Tammy Hesser-Schluter | 6/30/2016 |
| 2:16-cv-00275-PHX-DGC | Paul Kerbel | 2/15/2016 |
| 2:16-cv-00282-PHX-DGC | David Light | 2/17/2016 |
| 2:16-cv-00276-PHX-DGC | Concepcion Lopez | 2/17/2016 |
| 2:17-cv-00730-PHX-DGC | Violet Mondragon | 3/22/2017 |
| 2:16-cv-00322-PHX-DGC | Randy Nelson | 2/17/2016 |
| 2:19-cv-01545-PHX-DGC | Glenn Ogg | 3/25/2019 |
| 2:16-cv-00277-PHX-DGC | David Ruck | 2/17/2016 |
| 2:16-cv-00955-PHX-DGC | Tara Schneider | 4/15/2016 |
| 2:17-cv-01206-DGC | Joseph Schutz | 4/28/2017 |
| 2:16-cv-02075-PHX-DGC | William Terry | 7/5/2016 |
| 2:17-cv-00700-PHX-DGC | Diana Trevino | 3/22/2017 |