# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Gregory Dalton Bentley
Gregory Dalton Bentley
gbentley@zonieslaw.com
ZONIES LAW LLC
1700 Lincoln St., Ste. 2400
Denver, CO  80203
P:  720.464.5300
F:  720.961.9252

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Gregory Dalton Bentley
Gregory Dalton Bentley

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-CV-00191-DGC | Sandra Batkin | 1/26/2018 |
| 2:17-cv-04567-DGC | James Burke Jr. | 12/22/2017 |
| 2:19-cv-02720-DGC | Mary Daniels | 5/10/2019 |
| 2:19-cv-02367-DGC | Dean Deberry | 4/16/2019 |
| 2:16-cv-03274-DGC | Michael Donigan | Answer filed |
| 2:18-cv-01304-DGC | Shirleyann Eldridge | 5/4/2018 |
| 2:18-cv-00274-DGC | Loni Farfan | 2/1/2018 |
| 2:16-cv-01193-DGC | Gretel Infante | 4/29/2016 |
| 2:19-cv-02958-DGC | Edward Kokat | 6/4/2019 |
| 2:18-cv-00199-DGC | Tara Leach | 1/26/2018 |
| 2:17-cv-04278-DGC | Corona Petty | 12/4/2017 |
| 2:19-cv-01809-DGC | Aundria White | 4/2/2019 |