# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

---

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-CV-00191-DGC | Sandra Batkin | 1/26/2018 |
| 2:17-cv-04567-DGC | James Burke Jr. | 12/22/2017 |
| 2:19-cv-02720-DGC | Mary Daniels | 5/10/2019 |
| 2:19-cv-02367-DGC | Dean Deberry | 4/16/2019 |
| 2:16-cv-03274-DGC | Michael Donigan | Answer filed |
| 2:18-cv-01304-DGC | Shirleyann Eldridge | 5/4/2018 |
| 2:18-cv-00274-DGC | Loni Farfan | 2/1/2018 |
| 2:16-cv-01193-DGC | Gretel Infante | 4/29/2016 |
| 2:19-cv-02958-DGC | Edward Kokat | 6/4/2019 |
| 2:18-cv-00199-DGC | Tara Leach | 1/26/2018 |
| 2:17-cv-04278-DGC | Corona Petty | 12/4/2017 |
| 2:19-cv-01809-DGC | Aundria White | 4/2/2019 |