# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

---

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-04178-DGC | James Bannister | 2/26/2019 |
| 2:19-cv-00140-DGC | Ethan Cascio | 3/1/2019 |
| 2:19-cv-00146-DGC | Louella Cunningham | 3/1/2019 |
| 2:18-cv-02108-DGC | Sandra Deal | 8/17/2018 |
| 2:19-cv-00148-DGC | Henrietta Fabriguze | 3/1/2019 |
| 2:18-cv-02056-DGC | Rae Harris | 8/22/2018 |
| 2:19-cv-00151-DGC | Terry Janney | 3/4/2019 |
| 2:19-cv-00153-DGC | Reynaldo Macon | 3/1/2019 |
| 2:19-cv-00154-DGC | Connie Roblyer | 3/1/2019 |
| 2:19-cv-00773-DGC | Brian Rowinski | 3/4/2019 |
| 2:19-cv-03269-PHX-DGC | Jeffrey Struck | not served |
| 2:19-cv-00155-DGC | Wayne Wells | 2/28/2019 |