# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same.  Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

1

Respectfully Submitted,

s/ Joseph A. Osborne, Jr.
Joseph A Osborne, Jr
Osborne & Associates
433 Plaza Real Blvd., Ste. 271
Boca Raton, FL 33432
561-293-2600
561-923-8100 (fax)
josborne@realtoughlawyers.com

**ATTORNEY FOR PLAINTIFFS**

s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/ Joseph A. Osborne, Jr.
Joseph A Osborne, Jr

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01781-DGC | Christine Alaimo | |
| 2:19-cv-02254-DGC | Quennel Barfield | |
| 2:19-cv-02255-DGC | Monica Bilbro | |
| 2:19-cv-02256-DGC | Melissa Blackman | |
| 2:19-cv-00866-DGC | Nicole Bostick | |
| 2:19-cv-00797-DGC | Elaine Bracknell | |
| 2:19-cv-02257-DGC | Edward Broady | |
| 2:17-cv-01095-DGC | William Brown | |
| 2:18-cv-03402-DGC | Richard Brown | |
| 2:16-cv-02836-DGC | Deborah Burner | |
| 2:17-cv-01782-DGC | Linda Butler | |
| 2:18-cv-03263-DGC | Dale Byous | |
| 2:16-cv-03721-DGC | Paul Cannon | |
| 2:16-cv-02465-DGC | Elizabeth Coffman | |
| 2:17-cv-00796-DGC | Grace Cohan | |
| 2:18-cv-02046-DGC | Ronnie Collins | |
| 2:17-cv-04743-DGC | Crystal Crawford-McClure | |
| 2:17-cv-02968-DGC | James Crompton | |
| 2:19-cv-00798-DGC | Madeline Cruz-Camacho | |
| 2:19-cv-02258-DGC | Gregory Culbreth | |
| 2:17-cv-02654-DGC | Charles Cummings | |
| 2:19-cv-00818-DGC | LB Davis | |
| 2:19-cv-00810-DGC | James Davis, Jr. | |
| 2:17-cv-02967-DGC | Tanisha Davis | |
| 2:18-cv-01315-DGC | Donna Deese | |
| 2:18-cv-04187-DGC | Hilary Edwards | |
| 2:19-cv-00817-DGC | Mitchell Faust | |
| 2:17-cv-00656-DGC | Marcie Fierro | |
| 2:17-cv-02931-DGC | Peter Forman | |
| 2:17-cv-02147-DGC | Patricia Gillum | |
| 2:19-cv-00820-DGC | Barbara Gleason | |
| 2:17-cv-02895-DGC | Tracey Godfrey | |
| 2:17-cv-02653-DGC | James Good | |
| 2:17-cv-00854-DGC | Lewis Goodman | |
| 2:19-cv-00822-DGC | Steven Gregory | |
| 2:19-cv-02259-DGC | Zollie Griffin | |
| 2:16-cv-02293-DGC | Benny Guzman | |

| | | |
|---|---|---|
| 2:19-cv-00823-DGC | Betsy Halsall | |
| 2:19-cv-00824-DGC | Joanne Hamilton | |
| 2:17-cv-02677-DGC | Elizabeth Harmon | |
| 2:19-cv-02261-DGC | Lagone Harper | |
| 2:19-cv-02260-DGC | Donna Harris | |
| 2:18-cv-01099-DGC | Sharlina Helton | |
| 2:18-cv-01116-DGC | Anyerson Hernandez | |
| 2:17-cv-02906-DGC | John Herrera | |
| 2:17-cv-00323-DGC | Daniel Heth | |
| 2:19-cv-00799-DGC | Neal Hiatt | |
| 2:19-cv-00800-DGC | Pamela Hopkins | |
| 2:16-cv-02466-DGC | Greta Jones | |
| 2:18-cv-04188-DGC | Arthur Kennedy | |
| 2:18-cv-01118-DGC | Marc Klein | |
| 2:19-cv-00853-DGC | Kristine Knight | |
| 2:17-cv-02916-DGC | Frank Komorowski | |
| 2:17-cv-03930-DGC | Woodrow Lambert | |
| 2:17-cv-04744-DGC | Ronnie Leatherwood | |
| 2:17-cv-02966-DGC | Sean Loewer | |
| 2:17-cv-02625-DGC | Kathy Logothetis-Fisher | |
| 2:17-cv-00838-DGC | Sara Luongo | |
| 2:17-cv-02676-DGC | Stephen Mairson | |
| 2:17-cv-04078-DGC | Jackie McCreary | |
| 2:17-cv-02652-DGC | Robert McDermott, Jr. | |
| 2:17-cv-02157-DGC | Linda McNutt | |
| 2:19-cv-02522-DGC | James Miller | |
| 2:17-cv-02927-DGC | Charlene Mills-Benat | |
| 2:17-cv-04115-DGC | Sandra Mock | |
| 2:19-cv-02262-DGC | James Moore | |
| 2:19-cv-00801-DGC | Marilyn Mouse | |
| 2:19-cv-00859-DGC | Michael Nechodom | |
| 2:19-cv-02263-DGC | David Olsen | |
| 2:19-cv-00860-DGC | Morris Peoples, Jr. | |
| 2:18-cv-03468-DGC | Michael Perkins | |
| 2:17-cv-00688-DGC | Laurie Planamento | |
| 2:17-cv-00691-DGC | Cheryl Popham | |
| 2:19-cv-02264-DGC | Anthony Powers | |
| 2:17-cv-00676-DGC | Eddie Robinson, Jr. | |
| 2:17-cv-03875-DGC | Jay Rubin | |
| 2:18-cv-01353-DGC | Jose Sampedro | |
| 2:18-cv-03463-DGC | Linda Savage | |

| | | |
|---|---|---|
| 2:17-cv-00422-DGC | Jennifer Schlesinger | |
| 2:19-cv-02265-DGC | Ora Sheppard | |
| 2:18-cv-03431-DGC | Leslie Sims | |
| 2:19-cv-00861-DGC | Eugene Small | |
| 2:18-cv-03270-DGC | Ternice Smith | |
| 2:17-cv-00690-DGC | Helen Standbrook | |
| 2:17-cv-04079-DGC | Nicholas Staszko | |
| 2:17-cv-00672-DGC | Brooke Stewart | |
| 2:17-cv-02684-DGC | Joseph Taylor | |
| 2:17-cv-02666-DGC | Helena Turner | |
| 2:19-cv-00862-DGC | Anita Wagner | |
| 2:19-cv-02266-DGC | Kyle Wheeler | |
| 2:19-cv-00864-DGC | Connie Williams | |
| 2:18-cv-00956-DGC | Samuel Winter | |
| 2:16-cv-02467-DGC | Rozella Wood | |