# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:17-cv-01781-DGC | Christine Alaimo | |
| 2:19-cv-02254-DGC | Quennel Barfield | |
| 2:19-cv-02255-DGC | Monica Bilbro | |
| 2:19-cv-02256-DGC | Melissa Blackman | |
| 2:19-cv-00866-DGC | Nicole Bostick | |
| 2:19-cv-00797-DGC | Elaine Bracknell | |
| 2:19-cv-02257-DGC | Edward Broady | |
| 2:17-cv-01095-DGC | William Brown | |
| 2:18-cv-03402-DGC | Richard Brown | |
| 2:16-cv-02836-DGC | Deborah Burner | |
| 2:17-cv-01782-DGC | Linda Butler | |
| 2:18-cv-03263-DGC | Dale Byous | |
| 2:16-cv-03721-DGC | Paul Cannon | |
| 2:16-cv-02465-DGC | Elizabeth Coffman | |
| 2:17-cv-00796-DGC | Grace Cohan | |
| 2:18-cv-02046-DGC | Ronnie Collins | |
| 2:17-cv-04743-DGC | Crystal Crawford-McClure | |
| 2:17-cv-02968-DGC | James Crompton | |
| 2:19-cv-00798-DGC | Madeline Cruz-Camacho | |
| 2:19-cv-02258-DGC | Gregory Culbreth | |
| 2:17-cv-02654-DGC | Charles Cummings | |
| 2:19-cv-00818-DGC | LB Davis | |
| 2:19-cv-00810-DGC | James Davis, Jr. | |
| 2:17-cv-02967-DGC | Tanisha Davis | |
| 2:18-cv-01315-DGC | Donna Deese | |
| 2:18-cv-04187-DGC | Hilary Edwards | |
| 2:19-cv-00817-DGC | Mitchell Faust | |
| 2:17-cv-00656-DGC | Marcie Fierro | |
| 2:17-cv-02931-DGC | Peter Forman | |
| 2:17-cv-02147-DGC | Patricia Gillum | |
| 2:19-cv-00820-DGC | Barbara Gleason | |
| 2:17-cv-02895-DGC | Tracey Godfrey | |
| 2:17-cv-02653-DGC | James Good | |
| 2:17-cv-00854-DGC | Lewis Goodman | |
| 2:19-cv-00822-DGC | Steven Gregory | |
| 2:19-cv-02259-DGC | Zollie Griffin | |
| 2:16-cv-02293-DGC | Benny Guzman | |

| | | |
|---|---|---|
| 2:19-cv-00823-DGC | Betsy Halsall | |
| 2:19-cv-00824-DGC | Joanne Hamilton | |
| 2:17-cv-02677-DGC | Elizabeth Harmon | |
| 2:19-cv-02261-DGC | Lagone Harper | |
| 2:19-cv-02260-DGC | Donna Harris | |
| 2:18-cv-01099-DGC | Sharlina Helton | |
| 2:18-cv-01116-DGC | Anyerson Hernandez | |
| 2:17-cv-02906-DGC | John Herrera | |
| 2:17-cv-00323-DGC | Daniel Heth | |
| 2:19-cv-00799-DGC | Neal Hiatt | |
| 2:19-cv-00800-DGC | Pamela Hopkins | |
| 2:16-cv-02466-DGC | Greta Jones | |
| 2:18-cv-04188-DGC | Arthur Kennedy | |
| 2:18-cv-01118-DGC | Marc Klein | |
| 2:19-cv-00853-DGC | Kristine Knight | |
| 2:17-cv-02916-DGC | Frank Komorowski | |
| 2:17-cv-03930-DGC | Woodrow Lambert | |
| 2:17-cv-04744-DGC | Ronnie Leatherwood | |
| 2:17-cv-02966-DGC | Sean Loewer | |
| 2:17-cv-02625-DGC | Kathy Logothetis-Fisher | |
| 2:17-cv-00838-DGC | Sara Luongo | |
| 2:17-cv-02676-DGC | Stephen Mairson | |
| 2:17-cv-04078-DGC | Jackie McCreary | |
| 2:17-cv-02652-DGC | Robert McDermott, Jr. | |
| 2:17-cv-02157-DGC | Linda McNutt | |
| 2:17-cv-02927-DGC | Charlene Mills-Benat | |
| 2:17-cv-04115-DGC | Sandra Mock | |
| 2:19-cv-02262-DGC | James Moore | |
| 2:19-cv-00801-DGC | Marilyn Mouse | |
| 2:19-cv-00859-DGC | Michael Nechodom | |
| 2:19-cv-02263-DGC | David Olsen | |
| 2:19-cv-00860-DGC | Morris Peoples, Jr. | |
| 2:18-cv-03468-DGC | Michael Perkins | |
| 2:17-cv-00688-DGC | Laurie Planamento | |
| 2:17-cv-00691-DGC | Cheryl Popham | |
| 2:19-cv-02264-DGC | Anthony Powers | |
| 2:17-cv-00676-DGC | Eddie Robinson, Jr. | |
| 2:17-cv-03875-DGC | Jay Rubin | |
| 2:18-cv-01353-DGC | Jose Sampedro | |
| 2:18-cv-03463-DGC | Linda Savage | |
| 2:17-cv-00422-DGC | Jennifer Schlesinger | |

| | | |
|---|---|---|
| 2:19-cv-02265-DGC | Ora Sheppard | |
| 2:18-cv-03431-DGC | Leslie Sims | |
| 2:19-cv-00861-DGC | Eugene Small | |
| 2:18-cv-03270-DGC | Ternice Smith | |
| 2:17-cv-00690-DGC | Helen Standbrook | |
| 2:17-cv-04079-DGC | Nicholas Staszko | |
| 2:17-cv-00672-DGC | Brooke Stewart | |
| 2:17-cv-02684-DGC | Joseph Taylor | |
| 2:17-cv-02666-DGC | Helena Turner | |
| 2:19-cv-00862-DGC | Anita Wagner | |
| 2:19-cv-02266-DGC | Kyle Wheeler | |
| 2:19-cv-00864-DGC | Connie Williams | |
| 2:18-cv-00956-DGC | Samuel Winter | |
| 2:16-cv-02467-DGC | Rozella Wood | |