# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01037-DGC | Jaiquiesha Braylock | 4/13/2018 |
| 2:18-cv-04827-DGC | Sheldon Brown | 1/3/2019 |
| 2:18-cv-01645-DGC | Albert Burrows | 6/11/2018 |
| 2:18-cv-02428-DGC | Michael Disney | 8/17/2018 |
| 2:18-cv-02898-DGC | Maria Gonzalez | 9/24/2018 |
| 2:18-cv-01646-DGC | Ken Lashley | 6/12/2018 |
| 2:18-cv-02899-DGC | Chris Palmer | 9/24/2018 |
| 2:19-cv-00683-DGC | Jacqueline Rhodes | 2/15/19 |
| 2:18-cv-02781-DGC | Michael Coursey | 09/20/18 |
| 2:19-cv-00071-DGC | Lawrence Davis | 03/01/2019 |
| 2:19-cv-02635-PHX-DGC | Champ Walker | not served |
| 2:19-cv-02991-PHX-DGC | Bryan Wordlaw | not served |
| 2:17-cv-04346-DGC | Jean Weible | 2/7/2018 |
| 2:17-cv-02271-DGC | Renee Willianms | 7/24/2017 |
| 2:19-cv-00345-DGC | Ruth Bayko | 2/7/2019 |