## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-01781 | Susann Wessel | 6/21/2018 |
| 2:17-cv-02992 | List West | 9/18/2017 |
| 2:19-cv-01901 | Andrea Wilkins | 4/18/2019 |
| 2:16-cv-02195 | Nancy Will | 7/19/2016; 7/20/2016 |
| 2:19-cv-01930 | Betty Williams | 4/19/2019 |
| 2:19-cv-02476 | Charles Williams | 4/30/2019 |
| 2:19-cv-02420 | Reginal Williams | 4/26/2019 |
| 2:19-cv-00144 | Rubin Williams | 1/17/2019 |
| 2:19-cv-02497-DGC | William Wilson | 4/30/2019 |
| 2:19-cv-01902 | Linda Woodson | 4/19/2019 |
| 2:16-cv-02278 | Carolyn Young | 7/21/2016 |