# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00189-DGC | Betty Nichols | |
| 2:18-cv-04742-DGC (DWOP) | Curtis Johnson | 1/3/19 |
| 2:19-cv-00124-DGC | Jewell Cochran | 3/1/2019 |
| 2:18-cv-03493-DGC | Kimberly Estrella | 12/10/2018 |
| 2:19-cv-02973-DGC | Marie Gaston-Jefferson | 5/31/2019 |
| CV-19-02936-PHX-DGC | Daniel Halligan | not served |
| 2:16-cv-00148-DGC | Jay Madson | 2/17/2016 |
| 2:18-cv-00008-DGC | Carl Malone | 1/11/2018 |
| 2:17-cv-04428-DGC | Shawn Prevette | 2/5/2018 |
| 2:19-cv-02937-DGC | Olecia Swanson | not served |
| 2:17-cv-02646 | James Vaughn | 8/15/2017 |
| 2:19-cv-02636-PHX-DGC | Clifford Ramey | Not served |