# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS  			Case No.2:15-MD-02641-DGC
PRODUCTS LIABILITY LITIGATION

This Documents Relates to Plaintiff:
Susan Cernosek

Civil Case No. 2:17-cv-02035-DGC

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

This matter having come before the Court on Plaintiff's motion for substitution of party:

**IT IS ORDERED**, that Plaintiff's motion for substitution of party is **GRANTED** and the Plaintiff shall file his Amended Short Form Complaint within _____ days of this Order.

Dated _____. 2019.

                                                  Honorable David G. Campbell
                                                  United States District Court Judge
                                                  District of Arizona