UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **TRAVIS NEWTON** | * |
| | * |
| **Plaintiff,** | * |
| | * No. 2:19-cv-03960 |
| - *versus* - | * |
| | * |
| **DAVOL INC. and C. R. BARD, INC.,** | * |
| | * |
| **Defendants.** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the Plaintiff Travis Newton, and Defendants C.R. Bard, Inc. ("Bard") and Davol, Inc. ("Davol"), through their undersigned attorneys of record, that the parties have finalized their resolution of this case. Plaintiff's action against all Defendants is in all respects DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

Date: 12/2/2019

By: */s Richard B. North*

Richard B. North, Jr., Esq.
**Nelson Mullins Riley & Scarborough LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
T: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorney for Defendants C. R. Bard, Inc. and Davol Inc.*

- 2 -

Date: 12/2/2019 By: */s Melissa Fry Hague*

                                                       Melissa Fry Hague. Esq.
                                                       **Goldman Scarlato & Penny, P.C.**
161 Washington Street, Suite 1025
Conshohocken, PA 19428
T: (484) 342-0700
hague@lawgsp.com

*Attorney for Plaintiff Travis Newton*