UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **TRAVIS NEWTON** | * |
| | * |
| **Plaintiff,** | * |
| | * No. 2:19-cv-03960 |
| *- versus -* | * |
| | * |
| **DAVOL INC. and C. R. BARD, INC.,** | * |
| | * |
| **Defendants.** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that the stipulation of dismissal is **granted**. This matter (2:19-cv-03960) is dismissed with prejudice, each party to bear its own costs and fees. Dated this _____ day of _____, 20___

_____

David G. Campbell
United States District Judge