# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**AMENDED CASE MANAGEMENT ORDER NO. 42** |

Pending before the Court is the parties' stipulation to amend Case Management Order No. 42.  Doc. 21049.

**IT IS ORDERED** that the parties' stipulation to amend Case Management Order No. 42 (Doc. 21049) is **granted.**  The deadline for completing the videotaped trial testimony of key witnesses for use by counsel who will try cases after remand or transfer is extended to March 16, 2020.  **The Court will not grant further extensions to this deadline absent truly extraordinary circumstances.**

Dated this 3rd day of December, 2019.

David G. Campbell
Senior United States District Judge