# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV17-2035 PHX DGC |
| Susan Cernosek, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 21053.

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 21053) is **granted.** Wilbert Cernosek, as the Administrator of the estate of Susan Cernosek is substituted for Susan Cernosek, deceased, in this action. Plaintiff shall file an amended complaint with the clerk of Court on or before **December 6, 2019**.

Dated this 3rd day of December, 2019.

David G. Campbell
Senior United States District Judge