# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Joyce Brooks,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02968-PHX DGC<br><br>**ORDER** |
| Heather Burkett by Diana Burkett, personal representative,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01248-PHX DGC<br><br>**ORDER** |
| Christopher Coleman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02965-PHX DGC<br><br>**ORDER** |
| Candilyn Cunningham,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02973-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Billy Forsythe,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02970-PHX DGC<br><br>**ORDER** |
| Billy Groce,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-03183-PHX DGC<br><br>**ORDER** |
| Barbara Heard,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02035-PHX DGC<br><br>**ORDER** |
| Margaret Jones,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-01992-PHX DGC<br><br>**ORDER** |
| Christian Kimmel,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02969-PHX DGC<br><br>**ORDER** |
| Heather Lovell,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02967-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ruth Miller,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02947-PHX DGC<br><br>**ORDER** |
| Timothy Pulis,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02108-PHX DGC<br><br>**ORDER** |
| Erin Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02966-PHX DGC<br><br>**ORDER** |
| Daniel Tomlinson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01654-PHX DGC<br><br>**ORDER** |
| Thomas Whitehouse, Jr.,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04449-PHX DGC<br><br>**ORDER** |
| Cruse Williams,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01993-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20971.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20971) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of December, 2019.

*/s/ David G. Campbell*
_____
David G. Campbell
Senior United States District Judge