IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION                          MDL Case No. 2:15-md-02641-DGC

Anthony Costonis,

     Plaintiff(s),
v.                                            Civil Action No. 2:19-cv-02407-DGC

Bard Peripheral Vascular, Inc., and
C.R. Bard, Inc.,

     Defendants.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for: Plaintiff(s) Anthony Costonis.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

                          /s/ Douglass A. Kreis
                          Douglass A. Kreis
                          AYLSTOCK, WITKIN, KREIS &
                              OVERHOLTZ, PLLC
                          Email: DKreis@awkolaw.com
                          17 East Main Street, Suite 200
                          Pensacola, Florida 32502
                          Phone: (850) 202-1010
                          Facsimile: (850) 916-7449

                          *Counsel for Plaintiff(s)*