IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |
| Laura Goode, <br><br>  Plaintiff(s), <br>v. <br><br>Bard Peripheral Vascular, Inc., and C.R. Bard, Inc., <br><br>  Defendants. | Civil Action No. 2:19-cv-02491-DGC |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Laura Goode.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

  /s/ Douglass A. Kreis
  Douglass A. Kreis
  AYLSTOCK, WITKIN, KREIS &
    OVERHOLTZ, PLLC
  Email: DKreis@awkolaw.com
  17 East Main Street, Suite 200
  Pensacola, Florida 32502
  Phone: (850) 202-1010
  Facsimile: (850) 916-7449

  *Counsel for Plaintiff(s)*