IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-md-02641-DGC |

Larry Mace,

    Plaintiff(s),

v.                                        Civil Action No. 2:18-cv-02731-DGC

Bard Peripheral Vascular, Inc., and
C.R. Bard, Inc.,

    Defendants.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Plaintiff(s) Larry Mace.

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                  /s/ Douglass A. Kreis
                                  Douglass A. Kreis
                                  AYLSTOCK, WITKIN, KREIS &
                                        OVERHOLTZ, PLLC
                                  Email: DKreis@awkolaw.com
                                  17 East Main Street, Suite 200
                                  Pensacola, Florida 32502
                                  Phone: (850) 202-1010
                                  Facsimile: (850) 916-7449

                                  *Counsel for Plaintiff(s)*