# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Ruby Adkins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01281-PHX DGC<br><br>**ORDER** |
| Maria Alcaraz,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04133-PHX DGC<br><br>**ORDER** |
| Olivia Andre,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04126-PHX DGC<br><br>**ORDER** |
| George Arce,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04744-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia Blea,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-04033-PHX DGC<br><br>**ORDER** |
| Cheryl Bradley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-03156-PHX DGC<br><br>**ORDER** |
| Lori Bradley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-03164-PHX DGC<br><br>**ORDER** |
| Marvin Cage,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-04034-PHX DGC<br><br>**ORDER** |
| Alec Caldwell Jr. ,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-00010-PHX DGC<br><br>**ORDER** |
| Donnie Cameron,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01011-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Edna Castro,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04074-PHX DGC<br><br>**ORDER** |
| Lazeta Davis,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02822-PHX DGC<br><br>**ORDER** |
| Sara Davis,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04743-PHX DGC<br><br>**ORDER** |
| Robert DeHart,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-02945-PHX DGC<br><br>**ORDER** |
| Joseph Delucca,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03163-PHX DGC<br><br>**ORDER** |
| Crystal Douga,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01280-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephen Dyson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02811-PHX DGC<br><br>**ORDER** |
| Anthony Edwards,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02254-PHX DGC<br><br>**ORDER** |
| Diane Ellsworth,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00361-PHX DGC<br><br>**ORDER** |
| Ollie Evans,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04025-PHX DGC<br><br>**ORDER** |
| Michael Fairbanks,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03247-PHX DGC<br><br>**ORDER** |
| Carolyn Fernandez,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00577-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephen Frasier,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04145-PHX DGC<br><br>**ORDER** |
| David Fritz Jr. ,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02808-PHX DGC<br><br>**ORDER** |
| Donald Germany,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-00855-PHX DGC<br><br>**ORDER** |
| Josephine Goldman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04146-PHX DGC<br><br>**ORDER** |
| Richard Gomez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04147-PHX DGC<br><br>**ORDER** |
| Theresa Hall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03158-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| April Harkness,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01231-PHX DGC<br><br>**ORDER** |
| Jerome Harris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03878-PHX DGC<br><br>**ORDER** |
| Arturo Hernandez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04131-PHX DGC<br><br>**ORDER** |
| Britt Herring,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02809-PHX DGC<br><br>**ORDER** |
| Raymond Higgins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03995-PHX DGC<br><br>**ORDER** |
| Melvin Holmes III,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03928-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Thelma Holmes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04128-PHX DGC<br><br>**ORDER** |
| Peggy Hults,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04745-PHX DGC<br><br>**ORDER** |
| Billie Hutson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-01388-PHX DGC<br><br>**ORDER** |
| Curtis Johnson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-04742-PHX DGC<br><br>**ORDER** |
| Cheryl Jones,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-00733-PHX DGC<br><br>**ORDER** |
| Sherry Jones,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-01221-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Keels,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02920-PHX DGC<br><br>**ORDER** |
| Janna Kelvasa,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03393-PHX DGC<br><br>**ORDER** |
| Brenda King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04064-PHX DGC<br><br>**ORDER** |
| Daniel Laird,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03161-PHX DGC<br><br>**ORDER** |
| Michael Lance,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03395-PHX DGC<br><br>**ORDER** |
| Chase Landress,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00369-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Deborah Larch,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04024-PHX DGC<br><br>**ORDER** |
| Carolean Lee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04132-PHX DGC<br><br>**ORDER** |
| Eugene Lewis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04005-PHX DGC<br><br>**ORDER** |
| Harold Liebengood,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04018-PHX DGC<br><br>**ORDER** |
| Kathy Luna,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04127-PHX DGC<br><br>**ORDER** |
| Rosie Maggio,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04062-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Burnis Martin Jr.,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV18-01100-PHX DGC <br><br> **ORDER** |
| Suzan Maynard,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV19-04006-PHX DGC <br><br> **ORDER** |
| Sabra McAlpin,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV18-02821-PHX DGC <br><br> **ORDER** |
| Sharon McElroy,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV19-01282-PHX DGC <br><br> **ORDER** |
| Jonathan Miller III,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV16-03394-PHX DGC <br><br> **ORDER** |
| Linda Miller,           Plaintiff, <br> v. <br><br> C.R. Bard, et al.,           Defendants. | No. CV17-00370-PHX DGC <br><br> **ORDER** |

| | |
|---|---|
| Anthony Millett,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04741-PHX DGC<br><br>**ORDER** |
| Raymond Mitchell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01222-PHX DGC<br><br>**ORDER** |
| Danielle Montgomery,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-00854-PHX DGC<br><br>**ORDER** |
| Joseph Moore Jr.,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03838-PHX DGC<br><br>**ORDER** |
| Major Morrow,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00454-PHX DGC<br><br>**ORDER** |
| Theodore Motriuk,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00066-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Debra Mulkey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00853-PHX DGC<br><br>**ORDER** |
| Luisa Neary,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04003-PHX DGC<br><br>**ORDER** |
| Harry Osborne,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03998-PHX DGC<br><br>**ORDER** |
| Michael Otting,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03154-PHX DGC<br><br>**ORDER** |
| Mark Parrish,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03979-PHX DGC<br><br>**ORDER** |
| Rosalie Parsons,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02944-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Crystal Paschall,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-03993-PHX DGC<br><br>**ORDER** |
| Michael Person,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-02559-PHX DGC<br><br>**ORDER** |
| Jane Ramsey,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-02655-PHX DGC<br><br>**ORDER** |
| Marlene Reed,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-04060-PHX DGC<br><br>**ORDER** |
| Dan'ya Richardson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01226-PHX DGC<br><br>**ORDER** |
| Eric Robinson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-03927-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| LaShonda Robinson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01904-PHX DGC<br><br>**ORDER** |
| Robert Rowell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03160-PHX DGC<br><br>**ORDER** |
| JoAnn Salinas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04288-PHX DGC<br><br>**ORDER** |
| Anthony Scatchell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04153-PHX DGC<br><br>**ORDER** |
| Edward Scott,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00065-PHX DGC<br><br>**ORDER** |
| Sherley Scott,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02810-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joanne Shaffen,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV16-03392-PHX DGC<br><br>**ORDER** |
| Gary Sharp,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV19-01279-PHX DGC<br><br>**ORDER** |
| Bradley Simpson,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-00098-PHX DGC<br><br>**ORDER** |
| Ernest Singleton,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV17-01454-PHX DGC<br><br>**ORDER** |
| Terry Snider,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-04036-PHX DGC<br><br>**ORDER** |
| Patricia Sourk,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV16-00728-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mercy Spain,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01916-PHX DGC<br><br>**ORDER** |
| James Spivey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04154-PHX DGC<br><br>**ORDER** |
| Alea Taylor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04469-PHX DGC<br><br>**ORDER** |
| Timothy Taylor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04010-PHX DGC<br><br>**ORDER** |
| Billie Tentori,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00856-PHX DGC<br><br>**ORDER** |
| Pamela Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04160-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jameelah Townsend,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01277-PHX DGC<br><br>**ORDER** |
| Roxy Tuetken,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00371-PHX DGC<br><br>**ORDER** |
| Marteka Turks,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03268-PHX DGC<br><br>**ORDER** |
| Janet Turner,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01233-PHX DGC<br><br>**ORDER** |
| Nancy Vilar,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00761-PHX DGC<br><br>**ORDER** |
| Kieran Walker,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01223-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna White by Richard White, Personal Representative,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04459-PHX DGC<br><br>**ORDER** |
| Thomas Wierenga,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02202-PHX DGC<br><br>**ORDER** |
| Nancy Wiggins,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01917-PHX DGC<br><br>**ORDER** |
| Pamela Wilburn,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02807-PHX DGC<br><br>**ORDER** |
| Betty Will,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03246-PHX DGC<br><br>**ORDER** |
| Lessie Williams,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04156-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stacia Williams,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03227-PHX DGC<br><br>**ORDER** |
| Adam Wornica,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-00269-PHX DGC<br><br>**ORDER** |
| John Wright,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02255-PHX DGC<br><br>**ORDER** |
| Elizabeth Zummo,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02256-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20972.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20972) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge