**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Claus Anderson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02089-PHX-DGC<br><br>**ORDER** |
| Sandra Andrus,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04549-PHX DGC<br><br>**ORDER** |
| Sharon Ayers,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00231-PHX DGC<br><br>**ORDER** |
| Melisa Bahl,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00769-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Erma Bates,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-00447-PHX DGC<br><br>**ORDER** |
| Lernard Brown,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-00772-PHX DGC<br><br>**ORDER** |
| Barbara Buchanan,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV16-02090-PHX DGC<br><br>**ORDER** |
| Virginia Budinich,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV17-00236-PHX DGC<br><br>**ORDER** |
| Shiela Burks,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV18-00485-PHX DGC<br><br>**ORDER** |
| Rachel Condry,<br><br>               Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>               Defendants. | No.  CV16-03782-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tomas Cortez,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00773-PHX DGC<br><br>**ORDER** |
| Isaih County,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03174-PHX DGC<br><br>**ORDER** |
| James Craven,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00451-PHX-DGC<br><br>**ORDER** |
| James Davenport Sr.,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00442-PHX DGC<br><br>**ORDER** |
| Kathleen Dierolf,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00776-PHX DGC<br><br>**ORDER** |
| Kathleen Doggett,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02087-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| Matthew Dow,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-02150-PHX DGC<br><br>**ORDER** |
| Michael Faseler,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-03486-PHX DGC<br><br>**ORDER** |
| Carol Feldberg,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-03467-PHX DGC<br><br>**ORDER** |
| Tomica Flucker,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04232-PHX DGC<br><br>**ORDER** |
| Alan Frailich,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-02274-PHX DGC<br><br>**ORDER** |
| Charles Fridley,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-00775-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beatrice Gunter,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04224-PHX DGC<br><br>**ORDER** |
| Johnny Helton by Harlan Helton, Personal<br>Representative,<br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-02273-PHX DGC<br><br>**ORDER** |
| Denise Hengeli,<br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03780-PHX DGC<br><br>**ORDER** |
| Brad Herod Sr.,<br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00441-PHX-DGC<br><br>**ORDER** |
| Tammy Hillsburg,<br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV15-02379-PHX DGC<br><br>**ORDER** |
| Shirley Kaestel,<br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03801-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph Knight,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-02656-PHX DGC<br><br>**ORDER** |
| Renee Kobs,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-00783-PHX DGC<br><br>**ORDER** |
| Carmia Korn,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04883-PHX DGC<br><br>**ORDER** |
| William Krolls,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-02661-PHX DGC<br><br>**ORDER** |
| Mary Landsaw,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-01562-PHX DGC<br><br>**ORDER** |
| Tamela Lee,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-00784-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frederick Lewis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00270-PHX DGC<br><br>**ORDER** |
| Christy Luellen,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02772-PHX DGC<br><br>**ORDER** |
| John Martin Jr.,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01529-PHX DGC<br><br>**ORDER** |
| Angela Maynard,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04653-PHX DGC<br><br>**ORDER** |
| Audrey Morgan,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03784-PHX DGC<br><br>**ORDER** |
| Maria Muniz,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02088-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Myers,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01365-PHX DGC<br><br>**ORDER** |
| Melford C. Myrie,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03043-PHX DGC<br><br>**ORDER** |
| Sue Navratil,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01807-PHX DGC<br><br>**ORDER** |
| Wilma O'Banion,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00452-PHX-DGC<br><br>**ORDER** |
| Christina O'Dell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01528-PHX DGC<br><br>**ORDER** |
| Roosevelt Perry by Diane Perry as<br>Personal Representative,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02266-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Victoria Perry,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-04372-PHX DGC<br><br>**ORDER** |
| Robert Phillips,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00443-PHX DGC<br><br>**ORDER** |
| Armando Rodiguez,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03781-PHX DGC<br><br>**ORDER** |
| Michelle Schmude-Reynolds,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00449-PHX DGC<br><br>**ORDER** |
| Brenda Duncan Smith,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-04418-PHX DGC<br><br>**ORDER** |
| Julie A. Smith,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01621-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mike Smith by Sara Smith, Personal Representative,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00808-PHX DGC<br><br>**ORDER** |
| Aaron Sydnor III,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00233-PHX DGC<br><br>**ORDER** |
| Roberta Taylor,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02267-PHX DGC<br><br>**ORDER** |
| Deangelo Terry,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01844-PHX-DGC<br><br>**ORDER** |
| Aundrea Trotter,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02962-PHX DGC<br><br>**ORDER** |
| Barbara Verge,<br>                    Plaintiff,<br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02489-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Bobby Walker,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03073-PHX DGC<br><br>**ORDER** |
| Penny Warren,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01578-PHX DGC<br><br>**ORDER** |
| Ronald Warren,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00232-PHX DGC<br><br>**ORDER** |
| Horace Wetzell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00444-PHX-DGC<br><br>**ORDER** |
| Cameil Williams,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01622-PHX DGC<br><br>**ORDER** |
| Chester York, Jr.,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02961-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20973.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20973) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of December, 2019.

David G. Campbell

_____

David G. Campbell
Senior United States District Judge