# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Richard Cannon,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No.  CV18-03506-PHX DGC<br><br>**ORDER** |
| Franklin Conner,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No.  CV17-04387-PHX DGC<br><br>**ORDER** |
| Awillda Dawson,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No.  CV18-03628 PHX DGDC<br><br>**ORDER** |
| Michael Demotte,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No.  CV18-02782-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sharon Dixon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04498-PHX DGC<br><br>**ORDER** |
| Randy Dorff,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03737-PHX DGC<br><br>**ORDER** |
| James Grant,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04425-PHX DGC<br><br>**ORDER** |
| Gary Hamilton by Glenda F. Roberts, Administrator of the estate of Gary F. Hamilton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-01581-PHX DGC<br><br>**ORDER** |
| Derek Koonce,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04385 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Albert Morgan,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV18-04447-PHX DGC<br><br>**ORDER** |
| Jimmie Scrivner,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV18-03966 PHX DGC<br><br>**ORDER** |
| John Turner,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No.  CV16-00816-PHX DGC<br><br>**ORDER** |

  The Court has considered the amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20978.

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20978) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

  Dated this 4th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge