# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Jonathan Austin,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03645-PHX-DGC<br><br>**ORDER** |
| Lupe Ayala,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-00498-PHX-DGC<br><br>**ORDER** |
| Veronica Barard,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03646-PHX-DGC<br><br>**ORDER** |
| Keith Clem,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03654-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Clemons,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03632-PHX-DGC<br><br>**ORDER** |
| Monica Crow,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02600-PHX-DGC<br><br>**ORDER** |
| Rosalind Curry,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04638-PHX-DGC<br><br>**ORDER** |
| William Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01134-PHX-DGC<br><br>**ORDER** |
| Melissa (Dawson) Kawson,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03648-PHX-DGC<br><br>**ORDER** |
| Jacqueline Donellan,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00612-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| James Freeman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02675-PHX-DGC<br><br>**ORDER** |
| Rosa French,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03630-PHX-DGC<br><br>**ORDER** |
| Patricia C Gay,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03015-PHX-DGC<br><br>**ORDER** |
| Anthony Griffin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00928-PHX-DGC<br><br>**ORDER** |
| Jacquelyn Harvey-Raines,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01392-PHX-DGC<br><br>**ORDER** |
| Shirley Hemphill,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03649-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Pamela Hopkins,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00800-PHX-DGC<br><br>**ORDER** |
| Alice Jackson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02065-PHX-DGC<br><br>**ORDER** |
| Anna Jackson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03647-PHX-DGC<br><br>**ORDER** |
| Diana Jones,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03629-PHX-DGC<br><br>**ORDER** |
| Thelma Levitan,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01175-PHX-DGC<br><br>**ORDER** |
| Audrey Lowrance,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00977-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Nathalia Marquis,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-02440-PHX-DGC<br><br>**ORDER** |
| Phil Owens,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-01554-PHX-DGC<br><br>**ORDER** |
| Paulette Patterson,<br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-04939-PHX-DGC<br><br>**ORDER** |
| Salifou Pessouore,<br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-00147-PHX-DGC<br><br>**ORDER** |
| Geraldine Pierre,<br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-00393-PHX-DGC<br><br>**ORDER** |
| Perry Pruitt,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-03487-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| John Richard,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03635-PHX-DGC<br><br>**ORDER** |
| Teresa Robertson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04264-PHX-DGC<br><br>**ORDER** |
| Bonnie Rogers,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03652-PHX-DGC<br><br>**ORDER** |
| Mary Samuel,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04387-PHX-DGC<br><br>**ORDER** |
| Doris Stroud,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04122-PHX-DGC<br><br>**ORDER** |
| Glenda Tartt,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00782-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Prudence Tennyson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02064-PHX-DGC<br><br>**ORDER** |
| Gerald Thompson,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00353-PHX-DGC<br><br>**ORDER** |
| Sonya Thompson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02638-PHX-DGC<br><br>**ORDER** |
| Bridgett Townsend,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02683-PHX-DGC<br><br>**ORDER** |
| Joshua Tubbs,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02926-PHX-DGC<br><br>**ORDER** |
| Samuel Tyson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-04102-PHX-DGC<br><br>**ORDER** |

The Court has considered the amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20980.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20980) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of December, 2019.

David G. Campbell
Senior United States District Judge