# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **AMENDED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-00892-DGC | Carmalita Banks | 3/22/2019 |
| 2:17-cv-00037-PHX-DGC | Jamey Gurries | not served |
| 2:19-cv-02654-DGC | Timothy Leanier | not served |
| 2:17-cv-00038-PHX-DGC | Beverly Lohr | not served |
| 2:17-cv-00040-PHX-DGC | Nancy Martinez | not served |
| 2:17-cv-00042-PHX-DGC | Katrina Ross | not served |
| 2:17-cv-04571-PHX-DGC | Brian Thompson | 2/6/2018 |
| 2:17-cv-01364-PHX-DGC | James White | 6/8/2017 |
| 2:17-cv-00041-PHX-DGC | Betty Williams | not served |