# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Alexis Ameel,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-02766-PHX DGC<br><br>**ORDER** |
| Ruth Bayko,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00345-PHX DGC<br><br>**ORDER** |
| Marcia Bird,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01553-PHX DGC<br><br>**ORDER** |
| Deborah Bowman,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03200-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roosevelt Burt,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-03710-PHX DGC<br><br>**ORDER** |
| Jewell Cochran,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00124-PHX DGC<br><br>**ORDER** |
| Michael Coursey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-02781-PHX DGC<br><br>**ORDER** |
| Gary Davis,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-02684-PHX DGC<br><br>**ORDER** |
| Lawrence Davis,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00071-PHX DGC<br><br>**ORDER** |
| Kimberly Estrella,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03493-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Vincent Fazio,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01031-PHX DGC<br><br>**ORDER** |
| Daniel Halligan,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-02936-PHX DGC<br><br>**ORDER** |
| Emma Hicks,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00351-PHX DGC<br><br>**ORDER** |
| Jay Madson,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-00148-PHX DGC<br><br>**ORDER** |
| Carl Malone,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-00008-PHX DGC<br><br>**ORDER** |
| Durand Moore,<br>   Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00330-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Oakley,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04363-PHX DGC<br><br>**ORDER** |
| Kenneth Palmer,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04192-PHX DGC<br><br>**ORDER** |
| Evelyn Petty,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04427-PHX DGC<br><br>**ORDER** |
| Shawn Prevette,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04428-PHX DGC<br><br>**ORDER** |
| Clifford Ramey,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02636-PHX DGC<br><br>**ORDER** |
| Jacqueline Rhodes,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00683-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer Riddle,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV19-02721-PHX DGC<br><br>**ORDER** |
| Karen Tesch,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV17-04352-PHX DGC<br><br>**ORDER** |
| Champ Walker,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV19-02635-PHX DGC<br><br>**ORDER** |
| Jean Weible,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV17-04346-PHX DGC<br><br>**ORDER** |
| James Wilkins,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV19-00601-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Renee Williams,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02271-PHX DGC<br><br>**ORDER** |
| Bryan Wordlaw,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02991-PHX DGC<br><br>**ORDER** |
| Rolando Zuniga,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02027-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20983.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20983) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge