**Matthew S. Mokwa** (FL Bar No. 47761)
(*pro hac vice*)
**The Maher Law Firm, P.A.**
271 W. Canton Ave. Suite 1
Winter Park, FL 32789
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com

Plaintiff's Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Susan Cernosek, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

1     Wilbert Cernosek as Administrator of the Estate of Susan Cernosek, deceased.

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Texas

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Texas

7. District Court and Division in which venue would be proper absent direct filing:

    Southern District of Texas - Houston Division

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

| | | |
|---|---|---|
| ☐ | Recovery® Vena Cava Filter | |
| ☒ | G2® Vena Cava Filter | |
| ☐ | G2® Express (G2®X) Vena Cava Filter | |
| ☐ | Eclipse® Vena Cava Filter | |
| ☐ | Meridian® Vena Cava Filter | |
| ☐ | Denali® Vena Cava Filter | |
| ☐ | Other: _____ | |

11. Date of Implantation as to each product:

   5/24/2008
   _____

   _____

12. Counts in the Master Complaint brought by Plaintiff(s):

   ☑   Count I:     Strict Products Liability – Manufacturing Defect

   ☑   Count II:    Strict Products Liability – Information Defect (Failure to Warn)

   ☑   Count III:   Strict Products Liability – Design Defect

   ☑   Count IV:    Negligence - Design

   ☑   Count V:     Negligence - Manufacture

   ☑   Count VI:    Negligence – Failure to Recall/Retrofit

   ☑   Count VII:   Negligence – Failure to Warn

   ☑   Count VIII:  Negligent Misrepresentation

   ☑   Count IX:    Negligence *Per Se*

   ☑   Count X:     Breach of Express Warranty

| | | | |
|---|---|---|---|
| ☑ | Count XI: | Breach of Implied Warranty | |
| ☑ | Count XII: | Fraudulent Misrepresentation | |
| ☑ | Count XIII: | Fraudulent Concealment | |
| ☑ | Count XIV: | Violations of Applicable __Texas_____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices | |
| ☐ | Count XV: | Loss of Consortium | |
| ☒ | Count XVI: | Wrongful Death | |
| ☒ | Count XVII: | Survival | |
| ☑ | | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) | |

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this  5th  day of December, 2019.

Respectfully submitted,

By: s/ Matthew S. Mokwa
Matthew S. Mokwa (FL Bar No. 47761 )
(admitted *pro hac vice*)
**The Maher Law Firm, P.A.**
271 W. Canton Ave., Suite 1
Winter Park, FL 32789
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com

I hereby certify that on this  5th  day of  December , 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Matthew S. Mokwa