# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Marc Dubose,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-0307-PHX DGC<br><br>**ORDER** |

　　　The Court has considered the Stipulation of Dismissal without Prejudice of Marc Dubose, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21055.

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Marc Dubose (Doc. 21055) is **granted.**  The claims of Marc Dubose are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

　　　Dated this 5th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge