# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Vanessa Alexandre,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03616-PHX DGC<br><br>**ORDER** |
| Danielle Ballard,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03124-PHX DGC<br><br>**ORDER** |
| Brenda Binns,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02156-PHX DGC<br><br>**ORDER** |
| Debra Bryant,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03046-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra Buckley,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-03162-PHX DGC<br><br>**ORDER** |
| Brittnee Carlson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV16-01244-PHX DGC<br><br>**ORDER** |
| Robert Chapman,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01370-PHX DGC<br><br>**ORDER** |
| Charlotte Christenson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-03052-PHX DGC<br><br>**ORDER** |
| Gerald Copple,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV16-00306-PHX DGC<br><br>**ORDER** |
| Damon Ewan,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-02030-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carmela Garthwait,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-02519-PHX DGC<br><br>**ORDER** |
| Sarah Grantham,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-02928-PHX DGC<br><br>**ORDER** |
| Noah Guidry,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-03711-PHX DGC<br><br>**ORDER** |
| Betty Hare,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-02589-PHX DGC<br><br>**ORDER** |
| Rebecca Ibarra,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-01561-PHX DGC<br><br>**ORDER** |
| Tammy Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04046-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Benjamin Lewis,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01279-PHX DGC<br><br>**ORDER** |
| Ronald Likes,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-02991-PHX DGC<br><br>**ORDER** |
| Humberto Moya,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-02990-PHX DGC<br><br>**ORDER** |
| Linda Orange,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV16-02145-PHX DGC<br><br>**ORDER** |
| Candy Powell,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-02989-PHX DGC<br><br>**ORDER** |
| Anisha Quinteros,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-03163-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Also Sordi,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01665-PHX DGC<br><br>**ORDER** |
| Trina Westmoreland,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02349-PHX DGC<br><br>**ORDER** |
| Doug Whitlow,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02747-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20986.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20986) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge