UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | : | MDL No. 2641 |
| | : | |
| | : | JUDGE DAVID G. CAMPBELL |
| Christopher Lindow | : | |
| | : | Civil Action No.: 2:16-CV-02258 |
| Plaintiff | : | |
| | : | |
| v. | : | PROPOSED ORDER |
| | : | |
| C.R. Bard, Inc., and Bard Peripheral<br>Vascular Inc. | : | |
| | : | |
| Defendants | : | |
| | : | |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiff Christopher Lindow and Defendants concerning Civil Action No. 2:16-cv-02258, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE each party to bear its own fees and costs.

Dated _____, 2019.

                                        BY THE COURT

                                        The Honorable David G. Campbell
                                        United States District Judge