UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | : | MDL No. 2641 |
| | : | |
| | : | JUDGE DAVID G. CAMPBELL |
| Justin Groves | : | |
| | : | Civil Action No.: 2:17-CV-04789 |
| Plaintiff | : | |
| | : | |
| v. | : | STIPULATION OF DISMISSAL |
| | : | WITH PREJUDICE |
| C.R. Bard, Inc., and Bard Peripheral<br>Vascular Inc. | : | |
| | : | |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

Dated this 6th day of December, 2019.

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **NELSON, MULLINS, RILEY & SCARBOROUGH, LLP** |
| | |
| By: *Michael K. Johnson* | By: /s/*Richard B. North, Jr.* |
| Michael K. Johnson | Richard B. North |
| 444 Cedar St., Suite 1800 | 201 17th St, NW, Suite 1700, Atlantic Station |
| St. Paul, MN 55101 | Atlanta, GA 30363 |
| Tel: (612) 436-1852 | Tel: (404) 322-6000 |
| mjohnson@johnsonbecker.com | Richard.north@nelsonmullins.com |
| | |
| Attorney for Plaintiff | Attorneys for Defendants Bard Peripheral Vascular, Inc. and C.R. Bard, Inc. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                            */s/ Michael K. Johnson*
                            Michael K. Johnson
                            Johnson Becker, PLLC
                            444 Cedar Street, Suite 1800
                            St. Paul, MN 55101
                            Telephone: (612) 436-1852
                            Facsimile: (612) 436-1801
                            Email: mjohnson@johnsonbecker.com

                            *Attorneys for Plaintiff*