## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | : | MDL No. 2641 |
| | : | |
| | : | JUDGE DAVID G. CAMPBELL |
| **Justin Groves** | : | |
| | : | Civil Action No.: 2:17-CV-04789 |
| Plaintiff | : | |
| | : | |
| v. | : | **PROPOSED ORDER** |
| | : | |
| **C.R. Bard, Inc., and Bard Peripheral**<br>**Vascular Inc.** | : | |
| | : | |
| Defendants | : | |
| | : | |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiff Justin Groves and Defendants concerning Civil Action No. 2:17-cv-04789, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE each party to bear its own fees and costs.

Dated _____, 2019.

                                                **BY THE COURT**

                                                The Honorable David G. Campbell
                                                United States District Judge