# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Gase Abdalah,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01662-PHX DGC<br><br>**ORDER** |
| John Barton,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03668-PHX DGC<br><br>**ORDER** |
| Lenward Bentley,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-00142-PHX DGC<br><br>**ORDER** |
| Patricia Condon,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03772-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Andrew Creger,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03669-PHX DGC<br><br>**ORDER** |
| Kimberly McGuire,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03768-PHX DGC<br><br>**ORDER** |
| Stephanie Olson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-01749-PHX DGC<br><br>**ORDER** |
| Danny Salmon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV17-02866-PHX DGC<br><br>**ORDER** |
| Betty Schuetz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-03750-PHX DGC<br><br>**ORDER** |
| Ruth Stransky,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-01841-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gary Tillman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04050-PHX DGC<br><br>**ORDER** |
| Scott Valentine by Michelle Valentine, Successor in Interest,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00579-PHX DGC<br><br>**ORDER** |
| Deborah Villalvazo,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00654-PHX DGC<br><br>**ORDER** |
| Gerard A. Watkins Jr. ,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03777-PHX DGC<br><br>**ORDER** |
| David Wetzel,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03719-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20992.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20992) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 5th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge