IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to:<br><br>*James Frederick Stevens*<br>*2:18-cv-01926* | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff James Frederick Stevens and hereby gives Notice of Withdrawal of his Stipulation of Dismissal Without Prejudice filed on November 7, 2019 under Doc. No. 20901.

Specifically, the undersigned counsel does *not* represent Plaintiff, James Frederick Stevens, and the Stipulation of Dismissal without Prejudice was filed in error, as he represents a Plaintiff with a name almost identical to Plaintiff James Frederick Stevens.  Plaintiff James Frederick Stevens' cause of action is represented by Lopez McHugh LLP.  For that reason, the undersigned Counsel now withdraws the Stipulation of Dismissal without Prejudice filed on November 7, 2019 in the instant cause of action.

WHEREFORE, Plaintiff James Frederick Stevens requests that the previously filed Stipulation of Dismissal Without Prejudice be withdrawn and that no Order of Dismissal be issued by the Court.

Dated:  December 9, 2019

Respectfully Submitted,

*/s/ David P. Matthews*
David P. Matthews
dmatthews@thematthewslawfirm.com
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX  77098
P:  713.522.5250
F:  713.535.7184

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David P. Matthews*
David P. Matthews

2