# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Bruce Alsaker,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV-18-03750-PHX DGC<br><br>**ORDER** |
| David Banks,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV-19-02382-PHX DGC<br><br>**ORDER** |
| Billy Barnhill,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV-18-02586-PHX DGC<br><br>**ORDER** |
| Scott Bartman,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV-16-04382-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Frederick Becker,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-16-04252-PHX DGC<br><br>**ORDER** |
| Brant Bennett,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-19-01205-PHX DGC<br><br>**ORDER** |
| Sarah Beste,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-16-04269-PHX DGC<br><br>**ORDER** |
| Michael Blaylock,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-00528-PHX DGC<br><br>**ORDER** |
| John Collins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-00790-PHX DGC<br><br>**ORDER** |
| Larry Collins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-16-04254-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Compton,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-17-00129-PHX DGC<br><br>**ORDER** |
| Berda Conner by Larry Conner, Personal Representative,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-17-03781-PHX DGC<br><br>**ORDER** |
| Laura Crowley,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-16-04251-PHX DGC<br><br>**ORDER** |
| Patsy Curry,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-16-03830-PHX DGC<br><br>**ORDER** |
| Mary Dengler,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-18-00592-PHX DGC<br><br>**ORDER** |
| Ronald DeVolk,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-18-02206-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michele Dorsey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-01366-PHX DGC<br><br>**ORDER** |
| Terry Elwell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-16-04256-PHX DGC<br><br>**ORDER** |
| Antonio Epps,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-19-04285-PHX DGC<br><br>**ORDER** |
| Bryan Fanfan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-19-01206-PHX DGC<br><br>**ORDER** |
| Trenton Gifford,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-18-01321-PHX DGC<br><br>**ORDER** |
| Rochelle Goins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-03907-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Daniel Hearns,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-16-01276-PHX DGC<br><br>**ORDER** |
| Victoria Heath,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-03909-PHX DGC<br><br>**ORDER** |
| Randell S. Heling,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-01316-PHX DGC<br><br>**ORDER** |
| Rebecca Heltzel,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-18-00584-PHX DGC<br><br>**ORDER** |
| Emma Howe,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-01315-PHX DGC<br><br>**ORDER** |
| Kim Husley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-03908-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Debra Jean,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-17-01334-PHX DGC<br><br>**ORDER** |
| Homer Jobes,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-18-03065-PHX DGC<br><br>**ORDER** |
| Gloria Johnson,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-17-01365-PHX DGC<br><br>**ORDER** |
| Lasheila Johnson,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-17-03962-PHX DGC<br><br>**ORDER** |
| Charles Jones,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-18-00994-PHX DGC<br><br>**ORDER** |
| Jennifer Kahler,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV-18-01448-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Kirkland,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-03936-PHX DGC<br><br>**ORDER** |
| Louise Kirkland-Sledge,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-18-01292-PHX DGC<br><br>**ORDER** |
| Richard Koons,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-18-00860-PHX DGC<br><br>**ORDER** |
| Patricia Lee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-00127-PHX DGC<br><br>**ORDER** |
| Rosylin Mac Isaac,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-03935-PHX DGC<br><br>**ORDER** |
| Jessica MaGee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV-17-01313-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Karla Manciel,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-17-03934-PHX DGC<br><br>**ORDER** |
| David Manion,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-04048-PHX DGC<br><br>**ORDER** |
| Dionicio Martinez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-00963-PHX DGC<br><br>**ORDER** |
| Donald McGeehen,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-03334-PHX DGC |
| Douglas McNeil,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-19-00190-PHX DGC |
| Karen Miller,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-16-01096-PHX DGC |

| | |
|---|---|
| Steve Moore,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-18-00842-PHX DGC |
| Thomas Moore,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-16-03898-PHX DGC |
| Jessica Norman,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-16-04275-PHX DGC |
| Angela Novy,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-16-02853-PHX DGC |
| Wilson Palmer,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-16-04253-PHX DGC |
| Tristan Parsons,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV-17-01444-PHX DGC |

| | |
|---|---|
| Joseph Pasierb,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-16-00857-PHX DGC |
| Glenda Patrick,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-00912-PHX DGC |
| Bradley Pennington,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-18-04167-PHX DGC |
| Harry Peterson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-19-02784-PHX DGC |
| Angela Petroutsa,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-16-04255-PHX DGC |
| Clara Powell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-16-01275-PHX DGC |

| | |
|---|---|
| Terry Price,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-17-00128-PHX DGC |
| Anne Quinn,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-18-02285-PHX DGC |
| Ezell Roberts,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-17-03963-PHX DGC |
| Joyce Schipula,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-18-00993-PHX DGC |
| Norman Shedd,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-18-04049-PHX DGC |
| Jo Ann Sims,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV-17-01379-PHX DGC |

| | |
|---|---|
| Leonard Smith,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-18-04047-PHX DGC |
| Barbara Steele,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV-17-03933-PHX DGC |
| Kim Stevenson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV-19-04283-PHX DGC |
| John Threeton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV-17-03932-PHX DGC |
| Michael Van Holt,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV-19-04287-PHX DGC |
| Juanita Williams,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV-16-04240-PHX DGC |

| | |
|---|---|
| Lynwood Wilson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-17-01332-PHX DGC |
| Michael Younker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-18-04254-PHX DGC |
| Stephen Zimmerman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV-18-03064-PHX DGC |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20974.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20974) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 9th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge