# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Jaeneen Adams,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00928-PHX DGC<br><br>**ORDER** |
| Lisa Choiniere,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00189-PHX DGC<br><br>**ORDER** |
| Douglas Coffman,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00188-PHX DGC<br><br>**ORDER** |
| Cristina Curcio,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02438-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Curry Jr. ,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-02493-PHX DGC<br><br>**ORDER** |
| Donnie Diggs,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-02004-PHX DGC<br><br>**ORDER** |
| Kawanta Devon Epps,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV18-01547-PHX DGC<br><br>**ORDER** |
| Tiffany Gordon,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-03209-PHX DGC<br><br>**ORDER** |
| Nestor Griego,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-00929-PHX DGC<br><br>**ORDER** |
| John Hager,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-00930-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lamisha Hamlin,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-00931-PHX DGC<br><br>**ORDER** |
| Wesley Holley,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-00932-PHX DGC<br><br>**ORDER** |
| Stephanie Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-00184-PHX DGC<br><br>**ORDER** |
| Cody Jones,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV19-02037-PHX DGC<br><br>**ORDER** |
| Joseph Matson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-00185-PHX DGC<br><br>**ORDER** |
| Joseph Mensick,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01063-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Melody Merrihew,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-02036-PHX DGC<br><br>**ORDER** |
| Sherry Morris,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-02494-PHX DGC<br><br>**ORDER** |
| Sarah Owensby,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-02035-PHX DGC<br><br>**ORDER** |
| Mary Peoples,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-00187-PHX DGC<br><br>**ORDER** |
| Manuel Perez,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-01064-PHX DGC<br><br>**ORDER** |
| Deric Peveto,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-02406-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cloys Potts,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-00186-PHX DGC<br><br>**ORDER** |
| Robert Riley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-02007-PHX DGC<br><br>**ORDER** |
| Adnushka Rivera-Lebron,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00933-PHX DGC<br><br>**ORDER** |
| Cynthia Smith-Meeks,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-04468-PHX DGC<br><br>**ORDER** |
| Michael Szewczyk,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-00934-PHX DGC<br><br>**ORDER** |
| Ernestine Tavares,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-03971-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roger Thompson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-02005-PHX DGC<br><br>**ORDER** |
| Raheemah Wadoud,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV17-01062-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20981.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20981) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 9th day of December, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge

6