**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS )<br>PRODUCTS LIABILITY LITIGATION )<br>                                                        )<br>**This Document Applies to:**           )<br>                                                        )<br>**VIRGINIA ABLER**                      ) | No. 2:15-MD-02641-PHX-DGC<br><br>**NOTICE OF DISMISSAL**<br><br>Individual Case No. 2:19-cv-01724-DGC |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives notice she dismisses her complaint and all causes of action against all Defendants in civil action **2:19-cv-01724-DGC**.

This Notice is proper because the above-named Defendants have not filed an answer in this action.

Dated this 10th day of December 2019.

                                          **POTTS LAW FIRM, LLP**

                                          By: */s/ Nathaniel K. Scearcy*
                                          Timothy L. Sifers
                                          Nathaniel K. Scearcy
                                          THE POTTS LAW FIRM LLP
                                          1901 W. 47 Place, Suite 210
                                          Westwood, Kansas 66205
                                          P: 816-931-2230
                                          F: 816-931-7030
                                          Email: tsifers@potts-law.com
                                                       nscearcy@potts-law.com

                                          **ATTORNEYS FOR PLAINTIFF**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 10th day of December 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Nathaniel K. Scearcy*