IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to:<br><br>*Maureen Wallace*<br>*2:16-cv-00392-DGC* | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

NOW COMES Plaintiff Maureen Wallace, by and through her counsel, and hereby gives Notice of Withdrawal of her Stipulation of Dismissal Without Prejudice filed on December 2, 2019 under Doc. No. 21056.

Plaintiff was inadvertently included in two different settlements of her claims and the Stipulation of Dismissal Without Prejudice (Doc. No. 21056) should not have been filed. Therefore, Plaintiff seeks to withdraw her Stipulation of Dismissal Without Prejudice pending the resolution of the dual settlement issue.

WHEREFORE, Plaintiff Maureen Wallace requests that the previously filed Stipulation of Dismissal Without Prejudice be withdrawn and that no Order of Dismissal be issued by the Court.

Dated:  December 10, 2019

>Respectfully Submitted,
>
>*/s/ David P. Matthews*
>David P. Matthews
>dmatthews@thematthewslawfirm.com
>MATTHEWS & ASSOCIATES
>2509 Sackett St.
>Houston, TX  77098
>P:  713.522.5250
>F:  713.535.7184
>**ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ David P. Matthews*
                                                  David P. Matthews