IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to: *James Frederick Stevens* *2:18-cv-01926* | **PLAINTIFF'S AMENDED NOTICE OF WITHDRAWAL OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY CASE NUMBER 2:18-cv-01926** |

NOW COMES David P. Matthews of Matthews & Associates ("Matthews") and is filing this Notice of Withdrawal of the Stipulation of Dismissal Without Prejudice previously filed on November 7, 2019 (Doc. No. 20901) in Case Number 2:18-cv-01926 for Plaintiff James Frederick Stevens.  Matthews is filing this Notice of Withdrawal to correct the Stipulation of Dismissal that was inadvertently filed by Matthews on behalf of Plaintiff James Frederick Stevens.  This Notice of Withdrawal of the Stipulation of Dismissal Without Prejudice filed on November 7, 2019 (Doc. No. 20901) relates *only* to Plaintiff James Frederick Stevens and Case Number 2:18-cv-01926. This Notice of Withdrawal does not relate to any other Plaintiffs of Case Numbers included in the Stipulation of Dismissal Without Prejudice filed on November 7, 2019 (Doc. No. 20901).

Specifically, Matthews does *not* represent Plaintiff James Frederick Stevens and the Stipulation of Dismissal Without Prejudice in Case Number 2:18-cv-01926 was filed in error, as Matthews represents a Plaintiff named James Allen Stevens - a name almost identical to Plaintiff James Frederick Stevens.  Plaintiff James Frederick Stevens is represented by Lopez McHugh, LLP, and his cause of action, 2:18-cv-01926, was filed by Lopez McHugh, LLP.  For these reasons, Matthews files this Notice of Withdrawal of the Stipulation of Dismissal in the instant

cause of action.

WHEREFORE, David P. Matthews of Matthews & Associates requests that the Stipulation of Dismissal Without Prejudice filed on November 7, 2019 (Doc. No. 20901) be withdrawn as to *only* Plaintiff James Frederick Stevens and Case Number 2:18-cv-01926, and not the entire previously filed Stipulation of Dismissal Without Prejudice.  David P. Matthews of Matthews & Associates further requests that no Order of Dismissal be issued by the Court in Case Number 2:18-cv-01926, and that Case Number 2:18-cv-01926 be reopened with the Court.

Dated:  December 10, 2019

                Respectfully Submitted,

                */s/ David P. Matthews*
                David P. Matthews
                dmatthews@thematthewslawfirm.com
                MATTHEWS & ASSOCIATES
                2509 Sackett St.
                Houston, TX  77098
                P:  713.522.5250
                F:  713.535.7184

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                */s/ David P. Matthews*
                David P. Matthews

2

Case 2:15-md-02641-DGC   Document 21110   Filed 12/10/19   Page 3 of 3