# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Earl L. Reasner,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04587-PHX DGC<br><br>**AMENDED ORDER** |
| David E. Reece,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03938-PHX DGC<br><br>**AMENDED ORDER** |
| Jason H. Reed,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04401-PHX DGC<br><br>**AMENDED ORDER** |
| Arnold Rettzo,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-00480-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Hugh M. Rhoden,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00593-PHX DGC<br><br>**AMENDED ORDER** |
| Kagen Richards,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01147-PHX DGC<br><br>**AMENDED ORDER** |
| Jeanette L. Risko,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02841-PHX DGC<br><br>**AMENDED ORDER** |
| John H. Rivers,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03402-PHX DGC<br><br>**AMENDED ORDER** |
| James D. Roberts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03644-PHX DGC<br><br>**AMENDED ORDER** |
| Lonnie M. Robinson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02547-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Charles T. Ross,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03278-PHX DGC<br><br>**AMENDED ORDER** |
| Larry D. Royston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03423-PHX DGC<br><br>**AMENDED ORDER** |
| Nancy L. Rubin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01998-PHX DGC<br><br>**AMENDED ORDER** |
| Jered J. Salmon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-00196-PHX DGC<br><br>**AMENDED ORDER** |
| Robert A. Samuels by Barbara Samuels,<br>Personal Representative,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00658-PHX DGC<br><br>**AMENDED ORDER** |
| Julie A. Schaaf,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03784-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Tatiana A. Schiavone,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04624-PHX DGC<br><br>**AMENDED ORDER** |
| Vicki Scoggins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01479-PHX DGC<br><br>**AMENDED ORDER** |
| Naomi L. Scott,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03282-PHX DGC<br><br>**AMENDED ORDER** |
| Joseph M. Selip,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04588-PHX DGC<br><br>**AMENDED ORDER** |
| Alvin C. Senese,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03797-PHX DGC<br><br>**AMENDED ORDER** |
| Betty R. Shotwell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04589-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Bradley Simmons,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04407-PHX DGC<br><br>**AMENDED ORDER** |
| Kritin A. Sinclair,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04590-PHX DGC<br><br>**AMENDED ORDER** |
| James Singleton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03945-PHX DGC<br><br>**AMENDED ORDER** |
| Pamela M. Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00916-PHX DGC<br><br>**AMENDED ORDER** |
| Glenda L. Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01870-PHX DGC<br><br>**AMENDED ORDER** |
| Shannon Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03956-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Barbara A. Spehar,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00260-PHX DGC<br><br>**AMENDED ORDER** |
| Bart E. Stafford,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03837-PHX DGC<br><br>**AMENDED ORDER** |
| Rhonda S. Steffy,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03968-PHX DGC<br><br>**AMENDED ORDER** |
| Bill R. Stevens,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03823-PHX DGC<br><br>**AMENDED ORDER** |
| Bobby R. Stokes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03706-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Thomas Stokes,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV19-00594-PHX DGC<br><br>**AMENDED ORDER** |
| Kristina Strickland,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03802-PHX DGC<br><br>**AMENDED ORDER** |
| Michael B. Stuart,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03381-PHX DGC<br><br>**AMENDED ORDER** |
| Jeff Sumpter,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03801-PHX DGC<br><br>**AMENDED ORDER** |
| Rebecca Sundquist-Lux,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-04481-PHX DGC<br><br>**AMENDED ORDER** |
| Renika Sylvester,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No.  CV18-03383-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Margaret C. Szymanski,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04410-PHX DGC<br><br>**AMENDED ORDER** |
| Michael T. Taylor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01777-PHX DGC<br><br>**AMENDED ORDER** |
| Donald Terrell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04490-PHX DGC<br><br>**AMENDED ORDER** |
| Ella M. Tervasi,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04416-PHX DGC<br><br>**AMENDED ORDER** |
| Stephen E. Tessier,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04365-PHX DGC<br><br>**AMENDED ORDER** |
| Carrie L. Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04450-PHX DGC<br><br>**AMENDED ORDER** |

| | |
|---|---|
| Rosilyn R. Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00596-PHX DGC<br><br>**AMENDED ORDER** |
| Sharon R. Thompson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-02586-PHX DGC<br><br>**AMENDED ORDER** |
| Mike H. Thompson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03890-PHX DGC<br><br>**AMENDED ORDER** |
| Arthur E. Trayal,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01350-PHX DGC<br><br>**AMENDED ORDER** |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21108.

**IT IS HEREBY AMENDED ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21108) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 10th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge