# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Bonnie Banschbach,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV18-04007-PHX DGC<br><br>**ORDER** |
| Linda Barnett,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV18-01367-PHX DGC<br><br>**ORDER** |
| Gloria Beckford,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV18-02520-PHX DGC<br><br>**ORDER** |
| Michael Brown,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV18-03190-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Brown,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-02644-PHX DGC<br><br>**ORDER** |
| Emerson Burkheimer,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-00639-PHX DGC<br><br>**ORDER** |
| Lora Cole,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-01756-PHX DGC<br><br>**ORDER** |
| Willie Collins,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-02923-PHX DGC<br><br>**ORDER** |
| Elihu Cox,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-03404-PHX DGC<br><br>**ORDER** |
| Mary Curtis,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-03191-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Aughtry Davis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02320-PHX DGC<br><br>**ORDER** |
| Vincent Dozier,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04005-PHX DGC<br><br>**ORDER** |
| Joshua Easter,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01895-PHX DGC<br><br>**ORDER** |
| Wilford Edwards,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00079-PHX DGC<br><br>**ORDER** |
| Godfrey Fey,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03008-PHX DGC<br><br>**ORDER** |
| Rathell Gales,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04561-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeanette Glenn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04032-PHX DGC<br><br>**ORDER** |
| Harold Gumlaw,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02561-PHX DGC<br><br>**ORDER** |
| Bruce Haney,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04030-PHX DGC<br><br>**ORDER** |
| Linda Hill,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00613-PHX DGC<br><br>**ORDER** |
| Kevin Hilson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04220-PHX DGC<br><br>**ORDER** |
| Carl Hollis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04008-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Fredie Houston,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00156-PHX DGC<br><br>**ORDER** |
| Toni Hozey,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01423-PHX DGC<br><br>**ORDER** |
| Glen Jahn by Lisa Jahn, Attorney-in-fact,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01693-PHX DGC<br><br>**ORDER** |
| Rosetta Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03086-PHX DGC<br><br>**ORDER** |
| James Kneisler,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03772-PHX DGC<br><br>**ORDER** |
| Wanda Logan,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04034-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ruth Luaders,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV18-02977-PHX DGC<br><br>**ORDER** |
| Thomas Malys,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV19-00755-PHX DGC<br><br>**ORDER** |
| Robin McCulloch,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-01828-PHX DGC<br><br>**ORDER** |
| Stephanie Mills,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV16-03401-PHX DGC<br><br>**ORDER** |
| Joan Moon,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-04564-PHX DGC<br><br>**ORDER** |
| Fred Muller,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV19-02354-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra Paul,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00753-PHX DGC<br><br>**ORDER** |
| Marjorie Pfleegor,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01531-PHX DGC<br><br>**ORDER** |
| Paula Ratliff,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02321-PHX DGC<br><br>**ORDER** |
| Charlie Rich,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04033-PHX DGC<br><br>**ORDER** |
| Monica Saddler,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01543-PHX DGC<br><br>**ORDER** |
| Jimmie Saunders,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04587-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald Shadegg,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04035-PHX DGC<br><br>**ORDER** |
| Edward Short,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01369-PHX DGC<br><br>**ORDER** |
| Ronald Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03807-PHX DGC<br><br>**ORDER** |
| Susan Staten,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04952-PHX DGC<br><br>**ORDER** |
| Jill Tesell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01843-PHX DGC<br><br>**ORDER** |
| Felicia Thomas,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00325-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rickey Tyler,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04009-PHX DGC<br><br>**ORDER** |
| Kenneth Van Der Sloot,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-04016-PHX DGC<br><br>**ORDER** |
| Ralph Wagner, Jr. ,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02964-PHX DGC<br><br>**ORDER** |
| Tonya White Mountain,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01962-PHX DGC<br><br>**ORDER** |
| Annette Wilmore,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01663-PHX DGC<br><br>**ORDER** |
| Jacqueline Woods,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01939-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carrie Yarbrough,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-04229-PHX DGC<br><br>**ORDER** |
| Tamberla Young,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-00856-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20985.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20985) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 11th day of December, 2019.

David G. Campbell
Senior United States District Judge