# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Carmalita Banks,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-00892-PHX DGC |
| Jamey Gurries,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00037-PHX DGC |
| Timothy Leanier,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-02654-PHX DGC |
| Beverly Lohr,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00038-PHX DGC |

| | |
|---|---|
| Nancy Martinez,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-00040-PHX DGC |
| Katrina Ross,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-00042-PHX DGC |
| Brian Thompson,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-04571-PHX DGC |
| James White,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01364-PHX DGC |
| Betty Williams,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-00041-PHX DGC |

The Court has considered the Amended Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21083.

2

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the amended stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21083) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 11th day of December, 2019.

David G. Campbell
Senior United States District Judge