# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL |

      Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Jimmy Phillips

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **N/A**

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Tennessee

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury: Tennessee

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Tennessee

7. District Court and Division in which venue would be proper absent direct filing:
   **United States District Court- Middle District of Tennessee**

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☑ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

**08/16/2010**

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect
☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)
☑ Count III: Strict Products Liability – Design Defect
☑ Count IV: Negligence - Design
☑ Count V: Negligence - Manufacture
☑ Count VI: Negligence – Failure to Recall/Retrofit
☑ Count VII: Negligence – Failure to Warn
☑ Count VIII: Negligent Misrepresentation
☑ Count IX: Negligence *Per Se*
☑ Count X: Breach of Express Warranty
☑ Count XI: Breach of Implied Warranty
☑ Count XII: Fraudulent Misrepresentation
☑ Count XIII: Fraudulent Concealment
☑ Count XIV: Violations of Applicable **TN** (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☐ Count XV: Loss of Consortium
☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

RESPECTFULLY SUBMITTED this **18th** day of **April**, 2017.

/s/ MATTHEW R. MCCARLEY
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFF

I hereby certify that on this **18th** day of **April**, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ MATTHEW R. MCCARLEY