# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

*MDL No. 2641*
*In Re: Bard IVC Filter Products Liability Litigation*

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements set forth in the applicable Case Management Order.

## 1. CASE INFORMATION

**Caption:** Phillips v. C R Bard Incorporated et al   **Date:** 04/18/2017
**Docket No.:** 2:17-cv-01154-DGC
**Plaintiff's attorney and Contact information:**
Matthew R. McCarley
Arati C. Furness
5473 Blair Rd, Dallas, TX 75231
Phone: (214) 890-0711 / Fax: (214) 890-0712

## 2. PLAINTIFF INFORMATION

**Name:** Jimmy Phillips
**Maiden Name:**
**Address:** REDACTED   TN REDACTED   We lived here until he passed 12-2-16. I moved from there July of 2017, and moved to REDACTED TN REDACTED
**Date of birth:** REDACTED
**Social Security No.:** REDACTED
**Occupation:** Disabled
**Spouse:**
Is Spouse Making Claim for Loss of Consortium?  ☐ Yes  ☒ No

## 3. DEVICE INFORMATION

A. Filter Model (e.g., Recovery®, G2®, etc.): Bard Eclipse
B. Lot Number: GFUD2533
C. Date of Bard IVC Filter Implant: 8/16/2010
D. Attach medical evidence of product identification and operative report for filter placement.

1

E. Please check all reasons why you believe your Bard Filter was placed:
- ☑ Filter Placed After Being Diagnosed with Deep Vein Thrombosis/Pulmonary Embolism
- ☐ Filter Placed in Conjunction with or before Orthopedic Procedure
- ☐ Filter Placed in Conjunction with Trauma Situation/Motor vehicle accident
- ☐ Filter Placed in Conjunction with or before Bariatric Procedure
- ☐ Other Reason(s) for implant (explain): _____

- ☐ Unknown
- ☐ See medical records attached

F. Provide the name and address of both the doctor who implanted the Bard Filter and the hospital or medical facility at which the filter was placed:

Doctor: Dipak Ranparia, MD
323 N PRAIRIE AVE SUITE 114, INGLEWOOD, CA 90301-4502

Hospital/Medical Facility: Saint Thomas West Hospital
4220 Harding Road, Nashville, TN 37205

## 4. FAILURE MODE ALLEGED

Please check all failure mode(s) that you allege apply to your Bard Filter:
- ☐ Fracture
- ☐ Perforation of filter strut(s) into organs
- ☐ Migration of entire filter to heart
- ☑ Tilt with filter embedded in wall of the IVC
- ☐ Device unable to be retrieved
- ☐ Bleeding
- ☑ Other failure mode(s)
  If other, please describe: Perforation strut

## 5. REMOVAL INFORMATION

A. Has your Bard Filter been removed?
- ☒ Yes
- ☐ No

2

☐ Unknown

B. If your Bard <u>Filter</u> has been removed or a doctor has attempted to remove your Filter, please check <u>all</u> that apply regarding the removal or attempted removal procedure(s):

☑ Removed percutaneously
☐ Removed via an open abdominal procedure
☐ Removed via an open chest procedure
☐ Attempted but unsuccessful percutaneous removal procedure
☐ Attempted but unsuccessful open abdominal procedure
☐ Attempted but unsuccessful open chest procedure
☐ Unknown
☐ See medical records attached

C. Provide the name(s) and address(es) of both doctor(s) who removed your Bard Filter (or attempted to remove it) and the hospital or medical facility where removal/attempted removal occurred:

**Filter Removal/Attempted Removal #1**
Doctor: _Dipak Ranparia, MD_
Hospital/Medical Facility: _Saint Thomas West Hospital_
_After removal they placed another filter in its place._

**Filter Removal/Attempted Removal #2**
Doctor: _____
Hospital/Medical Facility: _____

## 6. FRACTURED STRUTS

A. Do you claim that your Bard Filter <u>fractured</u>?

☐ Yes
☒ No

If you answered YES, answer the below question in this section.

If you answered NO, skip the rest of Section 6 and go below to section 7 – "Outcome Attributed to Device."

3

B. **Are any fractured filter structs retained in your body?**
- ☐ Yes
- ☒ No
- ☐ Unknown

If yes, identify the location(s) within your body of each retained filter strut.

_____

_____

C. **Have any fractured filter struts have been removed from your body?**
- ☐ Yes
- ☒ No
- ☐ Unknown

D. **If any fractured filter strut has been removed (or a doctor has attempted to remove any struct), please check all that apply regarding the removal/attempted removal procedure(s):**
- ☐ Removed percutaneously
- ☐ Removed via an open abdominal procedure
- ☐ Removed via an open chest procedure
- ☐ Attempted but unsuccessful percutaneous removal procedure
- ☐ Attempted but unsuccessful open abdominal procedure
- ☐ Attempted but unsuccessful open chest procedure
- ☐ Other, Describe:
- ☐ Unknown

E. **Provide the name and address of both the doctor who removed (or attempted to remove) the filter strut(s) and the hospital or medical facility at which it was removed (or attempted to be removed)**

**Filter Strut Removal/Attempted Removal #1**
Doctor: N/A
Hospital/Medical Facility: N/A

**Filter Strut Removal/Attempted Removal #2**
Doctor: _____
Hospital/Medical Facility: _____

4

## 7. OUTCOME ATTRIBUTED TO DEVICE

A. Do you claim to be suffering from any bodily injuries, including psychological injuries that are above and beyond usual pain and suffering and mental anguish, related to the Filter?

☐ Yes

☐ No

If your answer is **"Yes"**, please list all symptoms and injuries you claim to have suffered:

_____

_____

Of the injuries/symptoms you listed above, which do you claim to be suffering from at the current time:

_____

_____

\*\*\*

Plaintiff reserves the right to supplement any and all responses upon the receipt of additional information.

| | |
|---|---|
| 4-5-19 | *Amanda M. Steele* |
| Date | Signature of Plaintiff |
| | |
| 4-5-19 | *Amanda M. Steele* |
| Date | Signature of Plaintiff – Spouse (signature only necessary if Loss of Consortium is alleged) |

5