# Exhibit C

**From:** Sean Kirwin
**Sent:** Mon, 20 May 2019 09:20:58
**To:** afurness@fnlawfirm.com; mccarley@fnlawfirm.com; jgallentine@beusgilbert.com; karin.scheehle@gknet.com; Marilyn Wass; moconnor@beusgilbert.com
**Cc:** FILTER PPF PFS; Richard North
**Subject:** Jimmy Phillips v. C. R. Bard, Inc., et al., Case No. MDL-15-02641PHX-DGC - Letter Requesting Voluntary Dismissal
**Sensitivity:** Normal
**Attachments:**
Bard Filter MDL - Letter Requesting Dismissal of Jimmy Phillips Complain....pdf

---

Dear Counsel:

Please see the attached correspondence in the above-referenced case.  Hardcopies are being sent to your respective offices via U.S. Mail.

Kind regards,
Sean



NELSON MULLINS

SEAN KIRWIN   ATTORNEY
sean.kirwin@nelsonmullins.com

ATLANTIC STATION | SUITE 1700
201 17TH STREET NW | ATLANTA, GA 30363
т 404.322.6233   ғ 404.322.6050

NELSONMULLINS.COM   VCARD   VIEW BIO

 **NELSON MULLINS**

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Atlantic Station
201 17th Street, NW | Suite 1700
Atlanta, GA 30363
T 404.322.6000  F 404.322.6050
nelsonmullins.com

Sean M. Kirwin
T 404.322.6233
sean.kirwin@nelsonmullins.com

May 20, 2019

**VIA EMAIL AND U.S. MAIL**

Mark O'Connor
BEUS GILBERT, PLLC
701 N. 44th Street
Phoenix, Arizona 85008
moconnor@beusgilbert.com

Ramon Lopez
LOPEZ McHUGH, LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

Matthew McCarley
Arati Furness
FEARS NACHAWATI LAW FIRM
4925 Greenville Ave.
Suite 715
Dallas, Texas 75206
mccarley@fnlawfirm.com
afurness@fnlawfirm.com

> **Re:**   **Voluntary Dismissal of *Jimmy Phillips v. C. R. Bard, Inc., et al.*, Civil Action No.: MDL-15-02641-PHX-DGC (United States District Court for the District of Arizona)**

Dear Counsel,

This firm represents C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced civil action. You filed a complaint in the MDL on behalf of Jimmy Phillips ("your client") on April 18, 2017. We also received your client's Plaintiff Profile Form ("PPF").

We note that an investigation undertaken by the defendants has revealed that your client died before the complaint was filed. According to the PPF filed on his behalf, your client passed away on December 2, 2016. The complaint was filed in his name about four months later, however, on April 18, 2017. As we are sure you are aware, the Court dismissed a very similar case on May 31, 2016, reasoning that a complaint filed in the name of a deceased party is a legal nullity. (ECF No. 1978).

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

EXHIBIT C, Page 2

BEUS GILBERT, PLLC
LOPEZ McHUGH, LLP
FEARS NACHAWATI LAW FIRM
May 20, 2019
Page 2

Because the complaint filed in the name of your deceased client is a legal nullity, we ask that you dismiss it. If you will not voluntarily dismiss this case, we will file a motion to dismiss it and seek sanctions in connection with the motion. Please file the appropriate documents with the court at your earliest convenience, but no later than 30 days from the date of this letter.

Sincerely yours,

Sean M. Kirwin

**Attorney for C.R. Bard, Inc. and**
**Bard Peripheral Vascular, Inc.**