Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT & MCCALL, LLC
Two North Twentieth Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
Email: adegaris@degarislaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV16-01295—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Julie Borck and James Borck, | |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Julie Borck and James Borck and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs.

| | |
|---|---|
| By: <u>Annesley H. DeGaris</u><br>Annesley H. DeGaris (ASB-9182-a63a)<br>DeGaris, Wright & McCall, LLC<br>Two North Twentieth Street, Suite 1030<br>Birmingham, AL 35203<br>Telephone: (205) 558-9000;<br>Facsimile: (205) 588-5231<br>Email: adegaris@degarislaw.com<br><br>*Counsel for Plaintiffs*<br><br>Dated: December 12, 2019 | By: <u>Richard B. North, Jr.</u><br>Richard B. North, Jr., Esq.<br>Nelson Mullins Riley & Scarborough LLC<br>Atlantic Station<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Email: Richard.north@nelsonmullins.com<br><br>*Counsel for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*<br><br>Dated: December 12, 2019 |

2