**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL 15-2641-PHX-DGC |
| | No. CV16-01295—PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Julie Borck and James Borck, | |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

The Court has considered the Stipulation of Dismissal without Prejudice between Plaintiffs Julie Borck and James Borck and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice is **granted**. The claims of Julie Borck and James Borck are dismissed in their entirety without prejudice to the re-filing of the same, and the parties are to bear their own costs.

Dated this _____ day of December, 2019

_____
Honorable David G. Campbell
Senior Unites States District Judge

1