# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES

TO: Brenda Orcutt-Smit,

    Plaintiff,

v.

C.R. Bard Inc. and Bard Peripheral
Vascular, Inc.

    Defendants.

MDL No.: 2641

Civil Action No. 2:19-cv-04031

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THIS DOCKET ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel, on behalf of the Plaintiff, hereby provide notice of the dismissal of the above-captioned case as to this docket number only 2:19-cv-04031 against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. without prejudice and without costs.

| | |
|---|---|
| By: /s/ William H Barfield<br>McDonald Worley<br>William H. Barfield, Esq.<br>1770 Saint James Place, suite 100<br>Houston, Texas 77056<br>713-523-5500<br>bill@mcdonaldworley.com | By: Richard B North, Jr.<br>Nelson Mullins Riley & Scarborough LLC<br>Richard B. North, Jr., Esq.<br>Atlantic Station<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>404-322-6000<br>richard.north@nelsonmullins.com |
| *Counsel for Plaintiff*<br>*Brenda Orcutt-Smit* | *Counsel for Defendants C.R. Bard Inc.*<br>*And Bard Peripheral*<br>*Vascular, Inc.* |
| Dated: December 11, 2019 | Dated: December 11, 2019 |

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter:

McDonald Worley
William H. Barfield, Esq.
1770 Saint James Place, suite 100
Houston, Texas 77056
713-523-5500

*Counsel for Plaintiff Brenda Orcutt-Smit*

Nelson Mullins Riley & Scarborough LLC
Richard B. North, Jr., Esq.
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000

*Counsel for Defendants C.R. Bard Inc. And Bard Peripheral Vascular, Inc*