# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| William Skinner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00151-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of William Skinner, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20994.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of William Skinner (Doc. 20994) is **granted.** The claims of William Skinner are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of December, 2019.

_____
David G. Campbell
Senior United States District Judge