# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Donald Alley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01029-PHX DGC<br><br>**ORDER** |
| Jennifer Berry,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00680-PHX DGC<br><br>**ORDER** |
| Charles Billingsley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-02785-PHX DGC<br><br>**ORDER** |
| Sam Biscotto,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01309-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer Borch,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03365-PHX DGC<br><br>**ORDER** |
| John Borzell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00973-PHX DGC<br><br>**ORDER** |
| Chance Bothe,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02945-PHX DGC<br><br>**ORDER** |
| Sherry Davis,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02942-PHX DGC<br><br>**ORDER** |
| James Dennis,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02550-PHX DGC<br><br>**ORDER** |
| Niall Devlin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00678-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Leslie DeYoung,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01058-PHX DGC<br><br>**ORDER** |
| Lisa Dougherty,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01108-PHX DGC<br><br>**ORDER** |
| Jonelle Duncan,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-00979-PHX DGC<br><br>**ORDER** |
| Dianette Feliciano,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00677-PHX DGC<br><br>**ORDER** |
| Laura Garritano,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03146-PHX DGC<br><br>**ORDER** |
| Stephanie Grygiel,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-00160-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Anna Haga,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-04019-PHX DGC<br><br>**ORDER** |
| Larry Jackson,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-00160-PHX DGC<br><br>**ORDER** |
| Odelia Jetmore,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-02944-PHX DGC<br><br>**ORDER** |
| Willie Jones,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-00316-PHX DGC<br><br>**ORDER** |
| Danielle Knapp,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV16-01488-PHX DGC<br><br>**ORDER** |
| Michelle Lazzaro,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-01692-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bonnie Liggett,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02943-PHX DGC<br><br>**ORDER** |
| Michelle Maleport,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-04278-PHX DGC<br><br>**ORDER** |
| Laura Massey,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00226-PHX DGC<br><br>**ORDER** |
| Kathryn Ratcliff,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00821-PHX DGC<br><br>**ORDER** |
| Nichole Sanders,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03071-PHX DGC<br><br>**ORDER** |
| Dovie Small, by Joanne Roberts, next of kin,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02946-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christina Smalls,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02377-PHX DGC<br><br>**ORDER** |
| Gregory Tinsley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00317-PHX DGC<br><br>**ORDER** |
| Derricka Williams by Nancy Williams, Personal Representative,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02384-PHX DGC<br><br>**ORDER** |
| Thomas Wilson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03546-PHX DGC<br><br>**ORDER** |
| Fred Winkler,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01174-PHX DGC<br><br>**ORDER** |
| Donna Zwart,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-04277-PHX DGC<br><br>**ORDER** |

6

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20991.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20991) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of December, 2019.

_____
David G. Campbell
Senior United States District Judge