# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Lynette Thaxton,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03210-PHX DGC<br><br>**ORDER** |
| Diorene Thomas,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03409-PHX DGC<br><br>**ORDER** |
| Cynthia Thompson,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-04140-PHX DGC<br><br>**ORDER** |
| Dominique Thompson,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-04141-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph Trammell,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03782-PHX DGC<br><br>**ORDER** |
| Jessica Trout,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04143-PHX DGC<br><br>**ORDER** |
| Estil Tuimminello,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04228-PHX DGC<br><br>**ORDER** |
| Neil Uhlhorn,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04236-PHX DGC<br><br>**ORDER** |
| Daniel Vasquez,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04150-PHX DGC<br><br>**ORDER** |
| Seren Verret,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01603-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jacqueline Volny,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03766-PHX DGC<br><br>**ORDER** |
| Carol Wadhwani,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03042-PHX DGC<br><br>**ORDER** |
| Sarah Watkins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03044-PHX DGC<br><br>**ORDER** |
| Garry Weatherford,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03779-PHX DGC<br><br>**ORDER** |
| Prentice Worley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-04151-PHX DGC<br><br>**ORDER** |
| Amy Wrench,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02394-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nicole Zanelotti,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01602-PHX DGC<br><br>**ORDER** |
| Carolyn Warren,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-03043-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21000.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21000) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge