**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Warren Arnold,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-03410-PHX DGC<br><br>**ORDER** |
| Lolita Begay,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-03788-PHX DGC<br><br>**ORDER** |
| Renneaka Bobo,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-01813-PHX DGC<br><br>**ORDER** |
| Carol Boutin,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-00715-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Traynell Bowdry,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-03194-PHX DGC<br><br>**ORDER** |
| Margaret Brazeale,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-03789-PHX DGC<br><br>**ORDER** |
| Cora Browning by Teresa Browning,<br>Guardian,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-00516-PHX DGC<br><br>**ORDER** |
| Dena Brumfield,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00416-PHX DGC<br><br>**ORDER** |
| James Callaway,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-01079-PHX DGC<br><br>**ORDER** |
| Melissa Carter,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-01218-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Antonio Childs,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04594-PHX DGC<br><br>**ORDER** |
| Lon Conley,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-03787-PHX DGC<br><br>**ORDER** |
| George Conner,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-00336-PHX DGC<br><br>**ORDER** |
| Sara Dozier,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-02541-PHX DGC<br><br>**ORDER** |
| Patricia Driscoll-Shaw,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-00895-PHX DGC<br><br>**ORDER** |
| Preston Fleischmann,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-03790-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jill Fox,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02540-PHX DGC<br><br>**ORDER** |
| Derick Gerideau,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00411-PHX DGC<br><br>**ORDER** |
| Brenda Glant,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00716-PHX DGC<br><br>**ORDER** |
| Louise Greene,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00011-PHX DGC<br><br>**ORDER** |
| Jacqueline Hamilton,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. , | No. CV16-01885-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Raymond Harbin,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-01219-PHX DGC<br><br>**ORDER** |
| Carlos Hernandez,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00602-PHX DGC<br><br>**ORDER** |
| Theresia Howard,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02343-PHX DGC<br><br>**ORDER** |
| Jai Jackson,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00552-PHX DGC<br><br>**ORDER** |
| Robert Jacobsen,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-00896-PHX DGC<br><br>**ORDER** |
| Evan Laufer,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00519-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Teresa Lockwood,<br><br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV16-01814-PHX DGC<br><br>**ORDER** |
| Sandra Lord,<br><br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV16-02539-PHX DGC<br><br>**ORDER** |
| Robert McDonald, Jr. by Robert<br>McDonald, Sr., Guardian,<br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV17-00897-PHX DGC<br><br>**ORDER** |
| Yolanda Medina,<br><br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV16-00520-PHX DGC<br><br>**ORDER** |
| Louis Mitchell,<br><br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV17-01342-PHX DGC<br><br>**ORDER** |
| Joyce Murphy,<br><br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV16-03785-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rudolph Nicholson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00717-PHX DGC<br><br>**ORDER** |
| Niko Patten,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01984-PHX DGC<br><br>**ORDER** |
| Harold Perritt,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00521-PHX DGC<br><br>**ORDER** |
| Robert Phillip,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-03911-PHX DGC<br><br>**ORDER** |
| Julie Ponder,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-01806-PHX DGC<br><br>**ORDER** |
| Darrell Poole,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-00718-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Brian Potts,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-03786-PHX DGC<br><br>**ORDER** |
| William Richendollar,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01983-PHX DGC<br><br>**ORDER** |
| Lisa Robles,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00553-PHX DGC<br><br>**ORDER** |
| Kevin Rought,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00334-PHX DGC<br><br>**ORDER** |
| Everett Sakosko,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01315-PHX DGC<br><br>**ORDER** |
| Fiordalisa Salcedo,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00621-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gloria Salome,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-03464-PHX DGC<br><br>**ORDER** |
| Osbie Savage,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-01043-PHX DGC<br><br>**ORDER** |
| John Skogen,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-01448-PHX DGC<br><br>**ORDER** |
| Helen Smith,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-04124-PHX DGC<br><br>**ORDER** |
| Ricky Swan,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-01518-PHX DGC<br><br>**ORDER** |
| Vincent Thomas,<br><br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-01221-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Johnnie Tiptjew,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03198-PHX DGC<br><br>**ORDER** |
| Carl Turner,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-00102-PHX DGC<br><br>**ORDER** |
| David Turner,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00554-PHX DGC<br><br>**ORDER** |
| Terri Sue Utter,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-01520-PHX DGC<br><br>**ORDER** |
| Brockett Wagner,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00555-PHX DGC<br><br>**ORDER** |
| DeWitt Webster,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02304-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael White,<br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV16-03196-PHX DGC<br><br>**ORDER** |
| Shanice Williams,<br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV16-00556-PHX DGC<br><br>**ORDER** |
| Joseph Yarrington,<br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV16-00557-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20990.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20990) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of December, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge