# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Donna Adams,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03738-PHX DGC<br><br>**ORDER** |
| Sharon Alexander,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03857-PHX DGC<br><br>**ORDER** |
| Constance Allbritton,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02998-PHX DGC<br><br>**ORDER** |
| Ronald Amundson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02999-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gloria Anderson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04247-PHX DGC<br><br>**ORDER** |
| Sally Anderson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04250-PHX DGC<br><br>**ORDER** |
| Christina Bacon,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03000-PHX DGC<br><br>**ORDER** |
| Donald Bailey,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03763-PHX DGC<br><br>**ORDER** |
| Francis Baldwin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04155-PHX DGC<br><br>**ORDER** |
| William Bartlett,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03778-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Holly Battenfeld,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03001-PHX DGC<br><br>**ORDER** |
| Jack Bethea,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03002-PHX DGC<br><br>**ORDER** |
| Ronald Biggerstaff,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03846-PHX DGC<br><br>**ORDER** |
| Steven Blankenship,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03863-PHX DGC<br><br>**ORDER** |
| Mark Bond,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01459-PHX DGC<br><br>**ORDER** |
| Robbie Brittman,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04255-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roy Brown,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04158-PHX DGC<br><br>**ORDER** |
| Patricia Bruno,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04159-PHX DGC<br><br>**ORDER** |
| Paul Bryant,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04160-PHX DGC<br><br>**ORDER** |
| Tameka Burton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02395-PHX DGC<br><br>**ORDER** |
| Melonie Buzzard,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04161-PHX DGC<br><br>**ORDER** |
| Mark Calderone,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03867-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joyce Caligan,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-03872-PHX DGC<br><br>**ORDER** |
| George Campagnoni,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-03211-PHX DGC<br><br>**ORDER** |
| Carla Carroll,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-01881-PHX DGC<br><br>**ORDER** |
| Michael Caver,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-03003-PHX DGC<br><br>**ORDER** |
| Linda Cebula,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-03004-PHX DGC<br><br>**ORDER** |
| Frances Childress,<br><br>                  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-01882-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gail Church,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04162-PHX DGC<br><br>**ORDER** |
| Judith Clouser,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03005-PHX DGC<br><br>**ORDER** |
| Patricia Cogar,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03740-PHX DGC<br><br>**ORDER** |
| Mary Cox,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03877-PHX DGC<br><br>**ORDER** |
| Linda Craig,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02397-PHX DGC<br><br>**ORDER** |
| Annie Crawford,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04163-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susan Daddario,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03883-PHX DGC<br><br>**ORDER** |
| Jawarrena Davis,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03230-PHX DGC<br><br>**ORDER** |
| Linda Del Valle,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02675-PHX DGC<br><br>**ORDER** |
| Mark Delaney,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03914-PHX DGC<br><br>**ORDER** |
| Connie Dobson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04262-PHX DGC<br><br>**ORDER** |
| Steve Douglas,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03006-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Vivian Drew,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03917-PHX DGC<br><br>**ORDER** |
| Shayna Duffaut (Sorby) ,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02479-PHX DGC<br><br>**ORDER** |
| Donna Duncan,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03918-PHX DGC<br><br>**ORDER** |
| Charles Dunlap,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04166-PHX DGC<br><br>**ORDER** |
| Danny Fasolo,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03744-PHX DGC<br><br>**ORDER** |
| Olga Flores,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03919-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Darryl Floyd,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03780-PHX DGC<br><br>**ORDER** |
| Eric Fodor,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03007-PHX DGC<br><br>**ORDER** |
| Amanda Frankland,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03785-PHX DGC<br><br>**ORDER** |
| Kathy Gary,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03920-PHX DGC<br><br>**ORDER** |
| David Gibson, Jr. ,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03922-PHX DGC<br><br>**ORDER** |
| Jerri Gordon,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03008-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dale Goynes,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03924-PHX DGC<br><br>**ORDER** |
| Karren Graham,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-04265-PHX DGC<br><br>**ORDER** |
| Tammy Graves,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-04170-PHX DGC<br><br>**ORDER** |
| Eddie Green,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03009-PHX DGC<br><br>**ORDER** |
| Carey Grimmage,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03213-PHX DGC<br><br>**ORDER** |
| Daniel Guenther,<br><br>          Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03773-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christopher Hannawa,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-04171-PHX DGC<br><br>**ORDER** |
| Lisa Harrington,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-02393-PHX DGC<br><br>**ORDER** |
| Kim Harrison,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-03784-PHX DGC<br><br>**ORDER** |
| Timothy Harrison,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-03010-PHX DGC<br><br>**ORDER** |
| Scott Hatcher,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-02502-PHX DGC<br><br>**ORDER** |
| Ginger Henley,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-03949-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lisle Hicks,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03931-PHX DGC<br><br>**ORDER** |
| Wilma Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03748-PHX DGC<br><br>**ORDER** |
| Martha Hinchman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03952-PHX DGC<br><br>**ORDER** |
| Christeen Hinton,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04172-PHX DGC<br><br>**ORDER** |
| Tammy Hipps,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04271-PHX DGC<br><br>**ORDER** |
| Emily Hoffman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03011-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Holland,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04175-PHX DGC<br><br>**ORDER** |
| Diana Holt,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03934-PHX DGC<br><br>**ORDER** |
| Sam Hood,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04176-PHX DGC<br><br>**ORDER** |
| Anne Hubbard,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03964-PHX DGC<br><br>**ORDER** |
| Harriet Humes,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03012-PHX DGC<br><br>**ORDER** |
| Billie Inzar,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04178-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dena Jester,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03945-PHX DGC<br><br>**ORDER** |
| Joyce Johnson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03212-PHX DGC<br><br>**ORDER** |
| Justin Johnston,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04180-PHX DGC<br><br>**ORDER** |
| Terry Keaton,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03948-PHX DGC<br><br>**ORDER** |
| Vicky Keiffer,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03973-PHX DGC<br><br>**ORDER** |
| Rose Kelly,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02677-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rose Kelly,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03013-PHX DGC<br><br>**ORDER** |
| John Kemp,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03974-PHX DGC<br><br>**ORDER** |
| Jeremy Kempa,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03031-PHX DGC<br><br>**ORDER** |
| Timothy Kimmerling,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03032-PHX DGC<br><br>**ORDER** |
| Elizabeth Kosko,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04280-PHX DGC<br><br>**ORDER** |
| Deborah Kreuter,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03034-PHX DGC<br><br>**ORDER** |

15

| | |
|---|---|
| Shana Langley,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03765-PHX DGC<br><br>**ORDER** |
| Leona LeBlanc,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03036-PHX DGC<br><br>**ORDER** |
| Micheline Lee,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03977-PHX DGC<br><br>**ORDER** |
| James Litchfield,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03978-PHX DGC<br><br>**ORDER** |
| Santa Lopez,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-03037-PHX DGC<br><br>**ORDER** |
| Jerry Mace, Sr. ,<br><br>           Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-04184-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Diane Makosky,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03206-PHX DGC<br><br>**ORDER** |
| Charlotte Mathis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03985-PHX DGC<br><br>**ORDER** |
| Charlotte Mathis,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03983-PHX DGC<br><br>**ORDER** |
| Robert McDowell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03720-PHX DGC<br><br>**ORDER** |
| April McGlothin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04002-PHX DGC<br><br>**ORDER** |
| Pearlina McMillian,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01604-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Milburn,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04281-PHX DGC<br><br>**ORDER** |
| Travis Montgomery,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01588-PHX DGC<br><br>**ORDER** |
| Joan Morneau,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02493-PHX DGC<br><br>**ORDER** |
| Lela Neely,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03038-PHX DGC<br><br>**ORDER** |
| Harold Nelson,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03997-PHX DGC<br><br>**ORDER** |
| Kristine Nelson,<br><br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04009-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Edward Netz,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-03039-PHX DGC<br><br>**ORDER** |
| Patricia Newman,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-03776-PHX DGC<br><br>**ORDER** |
| Richard Norman,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-04017-PHX DGC<br><br>**ORDER** |
| Elizabeth Ollis,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-04282-PHX DGC<br><br>**ORDER** |
| Brenda Orcutt-Smith,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-04031-PHX DGC<br><br>**ORDER** |
| Peter Ott,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-04020-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kay Palmer,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03966-PHX DGC<br><br>**ORDER** |
| Eva Parker,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04187-PHX DGC<br><br>**ORDER** |
| Ben Patrick,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03723-PHX DGC<br><br>**ORDER** |
| Ronald Pennington,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04039-PHX DGC<br><br>**ORDER** |
| David Pino,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03040-PHX DGC<br><br>**ORDER** |
| Jeffrey Piotter,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04087-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Pandora Porter,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01605-PHX DGC<br><br>**ORDER** |
| Mylus Powell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04072-PHX DGC<br><br>**ORDER** |
| Robert Przykucki,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03736-PHX DGC<br><br>**ORDER** |
| Glenn Rapanos,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04286-PHX DGC<br><br>**ORDER** |
| Lisa Reynolds,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04075-PHX DGC<br><br>**ORDER** |
| Charlotte Ritchie,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02676-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Hazel Rivera,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-04194-PHX DGC<br><br>**ORDER** |
| Alfred Roberts,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-04288-PHX DGC<br><br>**ORDER** |
| Dawn Robinson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-04094-PHX DGC<br><br>**ORDER** |
| Terry Rowe,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-04290-PHX DGC<br><br>**ORDER** |
| Donna Sanchez,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-04190-PHX DGC<br><br>**ORDER** |
| Loretta Sanford,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-03767-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeanie Sankitts,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-03224-PHX DGC<br><br>**ORDER** |
| Carmen Santana,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-04291-PHX DGC<br><br>**ORDER** |
| Travis Schilling,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-04197-PHX DGC<br><br>**ORDER** |
| Erin Sechrest,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-02398-PHX DGC<br><br>**ORDER** |
| Sandra Sell,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-04292-PHX DGC<br><br>**ORDER** |
| Virginia Settlemyre,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-04202-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kathryn Sharp,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04205-PHX DGC<br><br>**ORDER** |
| James Sieloff,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04206-PHX DGC<br><br>**ORDER** |
| Sue Simpson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03229-PHX DGC<br><br>**ORDER** |
| Chelsea Sipes,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03207-PHX DGC<br><br>**ORDER** |
| Stephanie Sitlington,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03735-PHX DGC<br><br>**ORDER** |
| Melissa Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01883-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| George Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04135-PHX DGC<br><br>**ORDER** |
| Julie A. Smith,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02228-PHX DGC<br><br>**ORDER** |
| George Spees,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03208-PHX DGC<br><br>**ORDER** |
| Chico Stephens,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04211-PHX DGC<br><br>**ORDER** |
| Sallie Sticklin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04208-PHX DGC<br><br>**ORDER** |
| Rhonda Stockstill,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03209-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lanie Strunk,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04210-PHX DGC<br><br>**ORDER** |
| Sean Sullivan,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04297-PHX DGC<br><br>**ORDER** |
| Labreesha Taylor,<br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04214-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20999.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20999) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of December, 2019.

_David G. Campbell_

David G. Campbell
Senior United States District Judge