# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Kevin Sanchez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01889-PHX DGC<br><br>**ORDER** |
| Stanley Schoeffler,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04316-PHX DGC<br><br>**ORDER** |
| Sandra Self,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01977-PHX DGC<br><br>**ORDER** |
| Ardelia Sellars,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01928-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Seymour,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04660-PHX DGC<br><br>**ORDER** |
| Karen Shanks,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03946-PHX DGC<br><br>**ORDER** |
| Tyrone Shepherd,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00139-PHX DGC<br><br>**ORDER** |
| Rebecca Sikes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02954-PHX DGC<br><br>**ORDER** |
| Tracy Skalley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00713-PHX DGC<br><br>**ORDER** |
| Jerry Smetak,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02279-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Craig Smith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-03448-PHX DGC<br><br>**ORDER** |
| Ora Smith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01863-PHX DGC<br><br>**ORDER** |
| Swaby Smith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02370-PHX DGC<br><br>**ORDER** |
| Neal Stemplinger,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04371-PHX DGC<br><br>**ORDER** |
| Patricia Stender,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02893-PHX DGC<br><br>**ORDER** |
| DeGrant Stevenson III,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03918-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Monica Stevenson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03192-PHX DGC<br><br>**ORDER** |
| Gary Stewart,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03286-PHX DGC<br><br>**ORDER** |
| Amy Stokes,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02451-PHX DGC<br><br>**ORDER** |
| Lisa Stovall,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00196-PHX DGC<br><br>**ORDER** |
| Ronald Strickland,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00136-PHX DGC<br><br>**ORDER** |
| Wayne Strickland,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03289-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shari Sweet,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02452-PHX DGC<br><br>**ORDER** |
| Laura Tanner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03988-PHX DGC<br><br>**ORDER** |
| Kimberly Terry,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02453-PHX DGC<br><br>**ORDER** |
| Linda Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01122-PHX DGC<br><br>**ORDER** |
| William Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04320-PHX DGC<br><br>**ORDER** |
| Keneth Trago Jr. ,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04926-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bonita Tyler,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01898-PHX DGC<br><br>**ORDER** |
| Robert Vanderupwich Jr. ,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00145-PHX DGC<br><br>**ORDER** |
| Enrique Vasquez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01929-PHX DGC<br><br>**ORDER** |
| Robert Vaneklasen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02344-PHX DGC<br><br>**ORDER** |
| Janet VonKanel,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02928-PHX DGC<br><br>**ORDER** |
| Lisa Walker,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01900-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Duane Watkins,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02257-PHX DGC<br><br>**ORDER** |
| Krysta Weaver,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02924-PHX DGC<br><br>**ORDER** |
| Hazel Wehrle,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00230-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21005.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21005) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge