# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| John Agnelly,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-00608-PHX DGC<br><br>**ORDER** |
| Joseph Aguire,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02328-PHX DGC<br><br>**ORDER** |
| Lisa Anderson-Pelton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-00938-PHX DGC<br><br>**ORDER** |
| Theodore Arabian,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02431-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Johnnie Austin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00624-PHX DGC<br><br>**ORDER** |
| John Baker,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00939-PHX DGC<br><br>**ORDER** |
| Orlanda Bayless,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01691-PHX DGC<br><br>**ORDER** |
| Jon Broecker,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00612-PHX DGC<br><br>**ORDER** |
| Kasey Collins,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03627-PHX DGC<br><br>**ORDER** |
| Ezekiel Crittendon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00615-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Griffin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03175-PHX DGC<br><br>**ORDER** |
| Gregory Hall,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00592-PHX DGC<br><br>**ORDER** |
| Sandra Haller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00695-PHX DGC<br><br>**ORDER** |
| Patricia Hedge,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00613-PHX DGC<br><br>**ORDER** |
| Mary Massaglia,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03273-PHX DGC<br><br>**ORDER** |
| Steven Newburger,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01766-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| Pamela O'Neil,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00558-PHX DGC<br><br>**ORDER** |
| Debra Osborn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00295-PHX DGC<br><br>**ORDER** |
| Michelle Rawley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00627-PHX DGC<br><br>**ORDER** |
| Melissa Ruth,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02097-PHX DGC<br><br>**ORDER** |
| Jodi Seifrit,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02439-PHX DGC<br><br>**ORDER** |
| Darlene Smith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00616-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Quanita Underwood,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00614-PHX DGC<br><br>**ORDER** |
| Sophia Williams-Scott,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00347-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21007.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21007) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge