# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Roshetta Baldwin,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV18-01625-PHX DGC<br><br>**ORDER** |
| Corrin Brown,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03111-PHX DGC<br><br>**ORDER** |
| Joseph Coleman,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV18-01626-PHX DGC<br><br>**ORDER** |
| Alan Cupit,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-01498-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jason Davis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00096-PHX DGC<br><br>**ORDER** |
| Chery Forrest,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01627-PHX DGC<br><br>**ORDER** |
| Juanita King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04787-PHX DGC<br><br>**ORDER** |
| Rose Maggiacomo-Sackler,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04786-PHX DGC<br><br>**ORDER** |
| Sharon Mayes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01500-PHX DGC<br><br>**ORDER** |
| Douglas Owen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03112-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ishtarai Parker,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01499-PHX DGC<br><br>**ORDER** |
| Sherry Pawlowicz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03269-PHX DGC<br><br>**ORDER** |
| Sherfran Ritchis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03113-PHX DGC<br><br>**ORDER** |
| Carol Schroeder,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01635-PHX DGC<br><br>**ORDER** |
| Edward Wade,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04785-PHX DGC<br><br>**ORDER** |
| Sheila Watson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04788-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeffery Williams Sr.,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-01497-PHX DGC<br><br>**ORDER** |
| Dennis Word,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01636-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21008.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21008) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge