**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Donovan Abbott,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01080-PHX DGC<br><br>**ORDER** |
| Rhonda Andrews,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02496-PHX DGC<br><br>**ORDER** |
| William Baker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01333-PHX DGC<br><br>**ORDER** |
| Sczhaun Barbosa-Woodruff,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-00016-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nathan Bick,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02531-PHX DGC<br><br>**ORDER** |
| Deborah Block,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01131-PHX DGC<br><br>**ORDER** |
| Jerry Bonner,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00277-PHX DGC<br><br>**ORDER** |
| Susan Botz,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02515-PHX DGC<br><br>**ORDER** |
| Nicolette Breinich,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01601-PHX DGC<br><br>**ORDER** |
| Michael Brennan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01099-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kiara Browning,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02529-PHX DGC<br><br>**ORDER** |
| Crystal Campbell,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02503-PHX DGC<br><br>**ORDER** |
| Michael Clock,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02831-PHX DGC<br><br>**ORDER** |
| Sandra Crowe,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02511-PHX DGC<br><br>**ORDER** |
| Donna Davis,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02074-PHX DGC<br><br>**ORDER** |
| Scotty Davis,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02075-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James DeTroia,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02532-PHX DGC<br><br>**ORDER** |
| Carol DiFranco,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01331-PHX DGC<br><br>**ORDER** |
| Anthony Donofrio,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02500-PHX DGC<br><br>**ORDER** |
| Tiffany Elliot,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02530-PHX DGC<br><br>**ORDER** |
| Alan Ennis,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02769-PHX DGC<br><br>**ORDER** |
| Terri Evans,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02533-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ralph Faulkner Jr.,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01065-PHX DGC<br><br>**ORDER** |
| Kenneth Floyd,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02526-PHX DGC<br><br>**ORDER** |
| Melissa Hall,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02524-PHX DGC<br><br>**ORDER** |
| John Hill Jr.,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02353-PHX DGC<br><br>**ORDER** |
| Monica Hollon,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00274-PHX DGC<br><br>**ORDER** |
| Gregory Hrehocik,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01426-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Janis Hunt,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02501-PHX DGC<br><br>**ORDER** |
| Lorraine Hunt,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01417-PHX DGC<br><br>**ORDER** |
| Stacy Hyer,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02521-PHX DGC<br><br>**ORDER** |
| Ramal Jackson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-02769-PHX DGC<br><br>**ORDER** |
| Josephine Jeffery,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01418-PHX DGC<br><br>**ORDER** |
| Gregory Jefferys,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02534-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Larry Johnson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01103-PHX DGC<br><br>**ORDER** |
| Michael Johnson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02512-PHX DGC<br><br>**ORDER** |
| Carol Kalb,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02518-PHX DGC<br><br>**ORDER** |
| Lisa Karlovich,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02527-PHX DGC<br><br>**ORDER** |
| George Kent,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00346-PHX DGC<br><br>**ORDER** |
| Dennis Klauer,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02516-PHX DGC<br><br>**ORDER** |

| Russell Knudsen, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-02525-PHX DGC **ORDER** |
|---|---|
| Karen Kornegay, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV16-01334-PHX DGC **ORDER** |
| Carl Laule, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-02513-PHX DGC **ORDER** |
| Donald Ledwell, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV17-00273-PHX DGC **ORDER** |
| Kamesa Lee, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-02535-PHX DGC **ORDER** |
| Carolyn Lewis, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV18-02770-PHX DGC **ORDER** |

| | |
|---|---|
| Ralph Lindsey,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02536-PHX DGC<br><br>**ORDER** |
| James Lovensheimer,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00276-PHX DGC<br><br>**ORDER** |
| John Malestky,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01121-PHX DGC<br><br>**ORDER** |
| Jerry Martin,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02538-PHX DGC<br><br>**ORDER** |
| Kathleen May-Dahl,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02523-PHX DGC<br><br>**ORDER** |
| Susan McCarthy,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00275-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beotis Middlebrooks,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01100-PHX DGC<br><br>**ORDER** |
| James Miller,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02522-PHX DGC<br><br>**ORDER** |
| Louise Mitchell,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00278-PHX DGC<br><br>**ORDER** |
| Mary Mitchell,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02528-PHX DGC<br><br>**ORDER** |
| Robert Morrison,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01104-PHX DGC<br><br>**ORDER** |
| Herbert Newton Jr. ,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02510-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kimberly Pogue,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-02771-PHX DGC<br><br>**ORDER** |
| Douglas Potts,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01307-PHX DGC<br><br>**ORDER** |
| Audrey Rogers,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01332-PHX DGC<br><br>**ORDER** |
| Anthony Scott,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01072-PHX DGC<br><br>**ORDER** |
| Amanda Shaver,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02517-PHX DGC<br><br>**ORDER** |
| Tammy Siler,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02832-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| DeShawn Smith,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01105-PHX DGC<br><br>**ORDER** |
| Rodney Snodgres,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01102-PHX DGC<br><br>**ORDER** |
| Jennifer Steward,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02504-PHX DGC<br><br>**ORDER** |
| Michael Stover,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01101-PHX DGC<br><br>**ORDER** |
| Donald Tribble,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-04592-PHX DGC<br><br>**ORDER** |
| Dolores Walker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02354-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Eddie Walker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02537-PHX DGC<br><br>**ORDER** |
| Hueston Walker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01098-PHX DGC<br><br>**ORDER** |
| Donald Weber,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02514-PHX DGC<br><br>**ORDER** |
| Gary Whitt,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-02495-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21006.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21006) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

David G. Campbell
Senior United States District Judge