# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Leah Alvarda,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00002-PHX DGC<br><br>**ORDER** |
| Connie Bolton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-01051-PHX DGC<br><br>**ORDER** |
| Chrystal Bonner,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03035-PHX DGC<br><br>**ORDER** |
| Yvonne Bouknight,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01461-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna Brooks,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-01049-PHX DGC<br><br>**ORDER** |
| Roderick Cudmore,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-03447-PHX DGC<br><br>**ORDER** |
| Ben Dickerson, Jr. ,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01244-PHX DGC<br><br>**ORDER** |
| Jose Gonzalez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-01288-PHX DGC<br><br>**ORDER** |
| Reginald Johnson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01593-PHX DGC<br><br>**ORDER** |
| Daniel Jones,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-03933-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bethany Jurns,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02940-PHX DGC<br><br>**ORDER** |
| Patrick Lindsay,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02662-PHX DGC<br><br>**ORDER** |
| Kim Monroe,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01226-PHX DGC<br><br>**ORDER** |
| Patricia Newcomb,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02497-PHX DGC<br><br>**ORDER** |
| Sallie Rankin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02495-PHX DGC<br><br>**ORDER** |
| Jack Roberts,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02369-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Regina West,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02665-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21024.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21024) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of December, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

4