# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Clarissa Alexander,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-01387-PHX DGC<br><br>**ORDER** |
| Liza Allen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04192-PHX DGC<br><br>**ORDER** |
| Patricia Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-01396-PHX DGC<br><br>**ORDER** |
| Larry Bruce,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-03771-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Guy Cochran,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04145-PHX DGC<br><br>**ORDER** |
| Jackie Colwell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00964-PHX DGC<br><br>**ORDER** |
| Anna Donahue,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02859-PHX DGC<br><br>**ORDER** |
| Laurie Haffner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02910-PHX DGC<br><br>**ORDER** |
| Todd Jaeger,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00812-PHX DGC<br><br>**ORDER** |
| Frank Jovenitti,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01151-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susanne Koch,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00811-PHX DGC<br><br>**ORDER** |
| Eva Lorfing,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-01388-PHX DGC<br><br>**ORDER** |
| John Luczka,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02154-PHX DGC<br><br>**ORDER** |
| Raymond Mooren,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-00813-PHX DGC<br><br>**ORDER** |
| Franz Muller,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03366-PHX DGC<br><br>**ORDER** |
| Lisa Norris,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01374-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tiffany Ragan-Scott,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02443-PHX DGC<br><br>**ORDER** |
| Natascha Rossato,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00726-PHX DGC<br><br>**ORDER** |
| Herbert Schrader,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00931-PHX DGC<br><br>**ORDER** |
| Kemyhatta Tatum,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00010-PHX DGC<br><br>**ORDER** |
| Emese Varga,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02573-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21031.

4

5

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21031) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 18th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge