# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Sharon Garcia,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02684-PHX DGC<br><br>**ORDER** |
| Marquitta Haines,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01957-PHX DGC<br><br>**ORDER** |
| Kevin Hall,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01958-PHX DGC<br><br>**ORDER** |
| James Hollway,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00026-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia Kinnamon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01959-PHX DGC<br><br>**ORDER** |
| James Lewis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04147-PHX DGC<br><br>**ORDER** |
| Cally Lutz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01625-PHX DGC<br><br>**ORDER** |
| Tyrone Mortise,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01963-PHX DGC<br><br>**ORDER** |
| VaRawn Pinckney,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01964-PHX DGC<br><br>**ORDER** |
| Joe Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01965-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carrie Stowell,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-01966-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21033.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21033) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 18th day of December, 2019.

*David G. Campbell*
———————————————
David G. Campbell
Senior United States District Judge