# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Allison Barthen,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04536-PHX-DGC<br><br>**ORDER** |
| Amanda Cardet-Graham,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03350-PHX-DGC<br><br>**ORDER** |
| Lee Ann Carnes,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-01433-PHX-DGC<br><br>**ORDER** |
| Susan Corwin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03464-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Carl Grunewald,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03014-PHX-DGC<br><br>**ORDER** |
| Kevin Lenners,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-01134-PHX-DGC<br><br>**ORDER** |
| Jackline Leu,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02079-PHX-DGC<br><br>**ORDER** |
| Kenneth Lickteig,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03177-PHX-DGC<br><br>**ORDER** |
| Deborah McHughs,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00944-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Saryea Murchison,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04537-PHX-DGC<br><br>**ORDER** |
| Susan Prosise,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03182-PHX-DGC<br><br>**ORDER** |
| Dana Roth,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04538-PHX-DGC<br><br>**ORDER** |
| Julie Serna,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04542-PHX-DGC<br><br>**ORDER** |
| Raymond Sutorus,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01404-PHX-DGC<br><br>**ORDER** |
| Jason Whitmire,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01316-PHX-DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21035.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21035) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 18th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge