# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Julie Borck and James Borck,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-1295-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Julie Borck and James Borck, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21120.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Julie Borck and James Borck (Doc. 21120) is **granted.** The claims of Julie Borck and James Borck are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge