# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Dawn Alford,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01693-PHX DGC<br><br>**ORDER** |
| Dawn Andrea,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03335-PHX DGC<br><br>**ORDER** |
| Rebecca Black,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00061-PHX DGC<br><br>**ORDER** |
| LouEllen Britt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01368-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Clark Byarley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04248-PHX DGC<br><br>**ORDER** |
| Mary Ann Carlucci,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02287-PHX DGC<br><br>**ORDER** |
| Lashunda Clark,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03304-PHX DGC<br><br>**ORDER** |
| Clara Clayburn Abdelrazea,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04519-PHX DGC<br><br>**ORDER** |
| Lance Cobb,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04691-PHX DGC<br><br>**ORDER** |
| Ajani Dorville,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02923-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Delbert Ehlke,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02738-PHX DGC<br><br>**ORDER** |
| Laura Honkola,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01449-PHX DGC<br><br>**ORDER** |
| Anthonia Kitchen, Administratrix of Myrtis Hoosier,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01826-PHX DGC<br><br>**ORDER** |
| Wayne James,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03211-PHX DGC<br><br>**ORDER** |
| Sara Keegan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03348-PHX DGC<br><br>**ORDER** |
| Andrea Locicero,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03336-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Elizabeth Martin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-03914-PHX DGC<br><br>**ORDER** |
| Sarah Miller,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04095-PHX DGC<br><br>**ORDER** |
| Nancy Moon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02717-PHX DGC<br><br>**ORDER** |
| Kevin Moss,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02311-PHX DGC<br><br>**ORDER** |
| Mykesha Mullis Marsh,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02568-PHX DGC<br><br>**ORDER** |
| Stephanie Navas,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00009-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mindy Patton,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04110-PHX DGC<br><br>**ORDER** |
| Becky Rosenberry,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03210-PHX DGC<br><br>**ORDER** |
| Matthew Sanders,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04249-PHX DGC<br><br>**ORDER** |
| Susan Savetwith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-03465-PHX DGC<br><br>**ORDER** |
| Amy Sluka,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01825-PHX DGC<br><br><br>**ORDER** |
| Haley Terpstra,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02309-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michelle Vogt,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00241-PHX DGC<br><br>**ORDER** |
| Shayla Wadsworth,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02741-PHX DGC<br><br>**ORDER** |
| Carlos Zimmerle,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02915-PHX DGC<br><br>**ORDER** |
| Teresa Zwolle,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04318-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21038.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21038) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge