UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2641 |
| | : | |
| Averil Carnegie, | : | |
| Plaintiff(s), | : | Civil Action No.: 2:18-cv-04841 |
| vs. | : | |
| C.R. Bard, et al., | : | |
| Defendant(s). | : | |

**ORDER**

IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and Zeola Brown-Jackson, on behalf of the Estate of Averil Carnegie, is substituted as Plaintiff in the above referenced action.

This the _____ day of _____ , 2019.

_____
David G. Campbell
Senior United States District Judge