# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Karma D. Adkins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03262-PHX DGC<br><br>**ORDER** |
| Diane Arwine,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03571-PHX DGC<br><br>**ORDER** |
| Christopher Baldwin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00054-PHX DGC<br><br>**ORDER** |
| Lizia Batt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00015-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Bigger,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-03131-PHX DGC<br><br>**ORDER** |
| Eugene Bowski,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04174-PHX DGC<br><br>**ORDER** |
| Don Brenner,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-00105-PHX DGC<br><br>**ORDER** |
| Thomas Coley,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-03242-PHX DGC<br><br>**ORDER** |
| Dennis Cote,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-00076-PHX DGC<br><br>**ORDER** |
| Josephine Cousin by Michelle Taylor, Power of Attorney,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04772-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Peter Cruz-Chavez,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV17-04334-PHX DGC<br><br>**ORDER** |
| Ronique Dailey,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV18-00056-PHX DGC<br><br>**ORDER** |
| Robert Dombrovschi,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV17-04154-PHX DGC<br><br>**ORDER** |
| James Haas,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV17-04177-PHX DGC<br><br>**ORDER** |
| Edith Haddix,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV17-04320-PHX DGC<br><br>**ORDER** |
| Dorothy Harkleroad,<br><br>                   Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                   Defendants. | No. CV18-02118-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roy Harrison,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00103-PHX DGC<br><br>**ORDER** |
| John Hazel,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02136-PHX DGC<br><br>**ORDER** |
| Tracey Heard,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02150-PHX DGC<br><br>**ORDER** |
| Susan Hobbs,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04178-PHX DGC<br><br>**ORDER** |
| Dennis Hockenberry,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04172-PHX DGC<br><br>**ORDER** |
| Anna Holmes,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04170-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| April Hutto,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03329-PHX DGC<br><br>**ORDER** |
| Gregory Jones,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03133-PHX DGC<br><br>**ORDER** |
| Mark Joseph,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02139-PHX DGC<br><br>**ORDER** |
| Steven Kaplan,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01577-PHX DGC<br><br>**ORDER** |
| Ludwig Knoester,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02149-PHX DGC<br><br>**ORDER** |
| Louise Lettieri,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02155-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christina Lutz,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-02162-PHX DGC<br><br>**ORDER** |
| Nicole Mather,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03156-PHX DGC<br><br>**ORDER** |
| Retonio Mayes,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03157-PHX DGC<br><br>**ORDER** |
| Michael Miller,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-02195-PHX DGC<br><br>**ORDER** |
| Earl Novendstern,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04778-PHX DGC<br><br>**ORDER** |
| Alexandra Parsley,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04135-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rita Patterson,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-04767-PHX DGC<br><br><br>**ORDER** |
| Geneva Phelps,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-04310-PHX DGC<br><br><br>**ORDER** |
| Timothy Ray,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02163-PHX DGC<br><br><br>**ORDER** |
| Tanisha Richmond,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02164-PHX DGC<br><br><br>**ORDER** |
| Linda Schultz Williams,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-04169-PHX DGC<br><br><br>**ORDER** |
| Louis Searles,<br><br>    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-03917-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Ruby Stanley,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03146-PHX DGC<br><br><br>**ORDER** |
| Harry Tarasi,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00082-PHX DGC<br><br><br>**ORDER** |
| Linda Tomchick,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02157-PHX DGC<br><br><br>**ORDER** |
| David Veon,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02158-PHX DGC<br><br><br>**ORDER** |
| Richard Werner,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04370-PHX DGC<br><br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21037.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21037) is **granted.** The claims

of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of December, 2019.

David G. Campbell
Senior United States District Judge