# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Paulina Bonds,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02815-PHX-DGC<br><br>**ORDER** |
| Patsy Cecchine,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02549-PHX-DGC<br><br>**ORDER** |
| Agatha Fields,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01137-PHX-DGC<br><br>**ORDER** |
| Everett Griffith,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02816-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| George Hahn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00274-PHX-DGC<br><br>**ORDER** |
| Tammy Hesser-Schluter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00129-PHX-DGC<br><br>**ORDER** |
| Paul Kerbel,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00275-PHX-DGC<br><br>**ORDER** |
| David Light,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00282-PHX-DGC<br><br>**ORDER** |
| Concepcion Lopez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-00276-PHX-DGC<br><br>**ORDER** |
| Violet Mondragon,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00730-PHX-DGC<br><br>**ORDER** |

| | | |
|---|---|---|
| Randy Nelson,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV16-00322-PHX-DGC<br><br>**ORDER** |
| Glenn Ogg,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV19-01545-PHX-DGC<br><br>**ORDER** |
| David Ruck,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV16-00277-PHX-DGC<br><br>**ORDER** |
| Tara Schneider,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV16-00955-PHX-DGC<br><br>**ORDER** |
| Joseph Schutz,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV17-01206-PHX-DGC<br><br>**ORDER** |
| William Terry,<br>　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　Defendants. | | No. CV16-02075-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Diana Trevino,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-00700-PHX-DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21042.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21042) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of December, 2019.

_____
David G. Campbell
Senior United States District Judge