# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| James Bannister,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04178-PHX DGC<br><br>**ORDER** |
| Ethan Cascio,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00140-PHX DGC<br><br>**ORDER** |
| Louella Cunningham,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00146-PHX DGC<br><br>**ORDER** |
| Sandra Deal,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02108-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Henrietta Fabriguze,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00148-PHX DGC<br><br>**ORDER** |
| Rae Harris,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02056-PHX DGC<br><br>**ORDER** |
| Terry Janney,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00151-PHX DGC<br><br>**ORDER** |
| Reynaldo Macon,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00153-PHX DGC<br><br>**ORDER** |
| Connie Roblyer,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00154-PHX DGC<br><br>**ORDER** |
| Brian Rowinski,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00773-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeffrey Struck,<br><br>                  Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-03269-PHX DGC<br><br>**ORDER** |
| Wayne Wells,<br><br>                  Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                  Defendants. | No. CV19-00155-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21044.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21044) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of December, 2019.

*David G. Campbell*

_____
David G. Campbell
Senior United States District Judge