# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Sandra Batkin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00191-PHX DGC<br><br>**ORDER** |
| James Burke Jr.,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04567-PHX DGC<br><br>**ORDER** |
| Mary Daniels,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-02720-PHX DGC<br><br>**ORDER** |
| Dean Deberry,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-02367-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Donigan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-03274-PHX DGC<br><br>**ORDER** |
| Shirleyann Eldridge,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01304-PHX DGC<br><br>**ORDER** |
| Loni Farfan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00274-PHX DGC<br><br>**ORDER** |
| Gretel Infante,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-01193-PHX DGC<br><br>**ORDER** |
| Edward Kokat,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02958-PHX DGC<br><br>**ORDER** |
| Tara Leach,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00199-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Corona Petty, by Jeanette Hankins, Administrator,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04278-PHX DGC<br><br>**ORDER** |
| Aundria White,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01809-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21043.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21043) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of December, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge