Robert J. McLaughlin, Esq. #6272701
Hart McLaughlin & Eldridge, LLC
22 West Washington, Suite 1600
Chicago, IL 60602
(312) 955-0545
(312) 971-9243 (Fax)
rmclaughlin@hmelegal.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TERRANCE TRADER, | Case No. 2:19-cv-00311-DGC |
| Plaintiff, | (Lead Case 2:15-md-02641-DGC) |
| v. | |
| C.R. BARD, INC., et al. | |
| Defendant | |

### RULE 41(a)(1)(A)(ii) STIPULATION TO VOLUNTARILY DISMISS

Now come the parties, Plaintiff, TERRENCE TRADER, by and through his attorney Robert J. McLaughlin of Hart, McLaughlin & Eldridge, LLC, and Defendant, C.R. BARD, INC., by and through its attorney Sean Kirwin of Nelson Mullins who hereby stipulate to a voluntarily dismissal of this action pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO STIPULATED:

Dated: December 31, 2019                Respectfully submitted,

                                        Hart McLaughlin and Eldridge, LLC

                                        /s/ Robert J. McLaughlin
                                        Attorneys for Plaintiff
                                        Robert J. McLaughlin, Esq. #6272701
                                        Hart McLaughlin & Eldridge, LLC
                                        22 West Washington, Suite 1600
                                        Chicago, IL 60602
                                        (312) 955-0545
                                        (312) 971-9243 (Fax)

| | |
|---|---|
| 1 | rmclaughlin@hmelegal.com |
| 2 | Nelson Mullins |
| 3 | |
| 4 | /s/ Richard North |
|   | Attorneys for Defendant |
| 5 | Richard North, Esq. |
|   | Nelson Mullins |
| 6 | 201 17th Street NW, Suite 1700 |
|   | Atlanta, GA 30363 |
| 7 | (404) 322-6000 |
|   | (404) 322-6050 (Fax) |
| 8 | Richard.north@nelsonmullins.com |