# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TERRANCE TRADER, | Case No. 2:19-cv-00311-DGC |
| Plaintiff, | (Lead Case 2:15-md-02641-DGC) |
| v. | |
| C.R. BARD, INC., et al. | |
| Defendant | |

## ORDER OF DISMISSAL

The Court has considered the Stipulation to Voluntarily Dismiss between the above Plaintiff and Defendants. (Doc. 003).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulation to Voluntarily Dismiss of the above Plaintiff (Doc. 0003) is **granted.** The claims of the Plaintiff are dismissed in their entirety without prejudice, and the parties are to bear their own costs.

Dated this ___ day of _____, 20__.

_____

Honorable David G. Campbell