**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Earl Allen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02455-PHX DGC<br><br>**ORDER** |
| Anthony Appolonia,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00901-PHX DGC<br><br>**ORDER** |
| Athanasios Athanasopoulos,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-04913-PHX DGC<br><br>**ORDER** |
| Kathryn Ball,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02456-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christopher Barnett,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01640-PHX DGC<br><br>**ORDER** |
| Laphael Battle,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04756-PHX DGC<br><br>**ORDER** |
| Frederick Beagle,<br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01914-PHX DGC<br><br>**ORDER** |
| Travis Beal,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-02958-PHX DGC<br><br>**ORDER** |
| Melissa Beckham,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01915-PHX DGC<br><br>**ORDER** |
| Selwyn Belanger,<br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02421-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kenneth Bender,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01916-PHX DGC<br><br>**ORDER** |
| Maryory Benitez,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02133-PHX DGC<br><br>**ORDER** |
| Russell Benson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02537-PHX DGC<br><br>**ORDER** |
| Jaime Blair,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00085-PHX DGC<br><br>**ORDER** |
| Michael Blevins,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-04183-PHX DGC<br><br>**ORDER** |
| Gerardo Borbolla,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01430-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John Bower,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02374-PHX DGC<br><br>**ORDER** |
| Judy Boyd,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03183-PHX DGC<br><br>**ORDER** |
| David Boyea,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04861-PHX DGC<br><br>**ORDER** |
| Marc Brackens,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-04244-PHX DGC<br><br>**ORDER** |
| Louie Brackett by Brenda Brackett,<br>Guardian,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00086-PHX DGC<br><br>**ORDER** |
| Pamela Brandy,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01861-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna Britt,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-00514-PHX DGC<br><br>**ORDER** |
| Shantel Brockman-Brown,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-02718-PHX DGC<br><br>**ORDER** |
| Kelly Burroughs,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-00087-PHX DGC<br><br>**ORDER** |
| Gibson Cameron,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02445-PHX DGC<br><br>**ORDER** |
| Nathaniel Cameron,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV16-02954-PHX DGC<br><br>**ORDER** |
| Richard Cameron,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-02959-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charletta Carpenter,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02071-PHX DGC<br><br>**ORDER** |
| Curtis Cassell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03318-PHX DGC<br><br>**ORDER** |
| Blanca Castillo,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01860-PHX DGC<br><br>**ORDER** |
| Brandi Chargois,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02231-PHX DGC<br><br>**ORDER** |
| Bridgette Cherasard,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01517-PHX DGC<br><br>**ORDER** |
| James Clark,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02417-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Cobb,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04251-PHX DGC<br><br>**ORDER** |
| Darryl Coleman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01435-PHX DGC<br><br>**ORDER** |
| Teresa Coleman,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01373-PHX DGC<br><br>**ORDER** |
| Cynthia Collins,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03582-PHX DGC<br><br>**ORDER** |
| Mary Cook,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03876-PHX DGC<br><br>**ORDER** |
| Adam Cowell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01390-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia Cummins,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-04912-PHX DGC<br><br>**ORDER** |
| Verla Cunningham,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04242-PHX DGC<br><br>**ORDER** |
| Bobby Curtis,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04377-PHX DGC<br><br>**ORDER** |
| Ben Czyrny,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-04317-PHX DGC<br><br>**ORDER** |
| Chauncey Davis,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02135-PHX DGC<br><br>**ORDER** |
| Valarie Davis-Parris,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00090-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lilia De Anda,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00091-PHX DGC<br><br>**ORDER** |
| Betsie Deane,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-03288-PHX DGC<br><br>**ORDER** |
| Joseph DeLaurentis,<br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-04246-PHX DGC<br><br>**ORDER** |
| Susan Devine,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01566-PHX DGC<br><br>**ORDER** |
| John DiGiorgio,<br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00092-PHX DGC<br><br>**ORDER** |
| Austin Drake,<br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00109-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| George Drakes,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01394-PHX DGC<br><br>**ORDER** |
| Michael Edging,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-02960-PHX DGC<br><br>**ORDER** |
| Rodney Edwards,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02446-PHX DGC<br><br>**ORDER** |
| Dennis Ellis,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03919-PHX DGC<br><br>**ORDER** |
| Charles Falco,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02418-PHX DGC<br><br>**ORDER** |
| Mark Felten,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02347-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Maria Flores,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-01462-PHX DGC<br><br>**ORDER** |
| Jeremy Frazier,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV18-02901-PHX DGC<br><br>**ORDER** |
| Steve Frey,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV17-04144-PHX DGC<br><br>**ORDER** |
| Robert Fuller,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-04319-PHX DGC<br><br>**ORDER** |
| Ryne Gassaway,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-02348-PHX DGC<br><br>**ORDER** |
| Kenneth Gee,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV19-02413-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Doris Gettridge,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV19-02415-PHX DGC<br><br>**ORDER** |
| William Gilbert,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-04914-PHX DGC<br><br>**ORDER** |
| Kristie Glass,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV19-01864-PHX DGC<br><br>**ORDER** |
| Jerry Gore,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV19-02371-PHX DGC<br><br>**ORDER** |
| Tommie Gregory,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV19-02414-PHX DGC<br><br>**ORDER** |
| David Greist,<br><br>     Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-04923-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Deanna Grotheer,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01810-PHX DGC<br><br>**ORDER** |
| Joan Hall,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00129-PHX DGC<br><br>**ORDER** |
| Danielle Hamrick,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02229-PHX DGC<br><br>**ORDER** |
| Melvin Hancock,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00111-PHX DGC<br><br>**ORDER** |
| Fiera Harper,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01896-PHX DGC<br><br>**ORDER** |
| Fredrick Harrison,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00120-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Daniel Hartmann,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01917-PHX DGC<br><br>**ORDER** |
| Neal Hayward,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04038-PHX DGC<br><br>**ORDER** |
| Tonya Hernandez,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04752-PHX DGC<br><br>**ORDER** |
| Julie Herring,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00876-PHX DGC<br><br>**ORDER** |
| Charronda Hines,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04171-PHX DGC<br><br>**ORDER** |
| Julia Hornbaker,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01918-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carolyn Hudson,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-02961-PHX DGC<br><br>**ORDER** |
| Jessie Jackson,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01436-PHX DGC<br><br>**ORDER** |
| Priscilla James,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01951-PHX DGC<br><br>**ORDER** |
| Shanikqua Jefferson,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04465-PHX DGC<br><br>**ORDER** |
| Lisa Jenks,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-02475-PHX DGC<br><br>**ORDER** |
| Janie Jonas,<br><br>             Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-02719-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gail Kellingsworth,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02416-PHX DGC<br><br>**ORDER** |
| Deborah Keyes,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01919-PHX DGC<br><br>**ORDER** |
| Whelan King,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02143-PHX DGC<br><br>**ORDER** |
| James Kittle,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04246-PHX DGC<br><br>**ORDER** |
| William Kreis III,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-02721-PHX DGC<br><br>**ORDER** |
| Jolanda Kuzmanic,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01920-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Agnes Lambert,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02477-PHX DGC<br><br>**ORDER** |
| Margaret Lane,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-02894-PHX DGC<br><br>**ORDER** |
| Timothy Lauer,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00113-PHX DGC<br><br>**ORDER** |
| William Lawrence,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-01025-PHX DGC<br><br>**ORDER** |
| Lashon Lee,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01921-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mister Lee,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01897-PHX DGC<br><br>**ORDER** |
| Adbue Lemar,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00513-PHX DGC<br><br>**ORDER** |
| Gloria Leonard-Witten,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00121-PHX DGC<br><br>**ORDER** |
| Barbara LeShore,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01922-PHX DGC<br><br>**ORDER** |
| Michael Lewis,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02280-PHX DGC<br><br>**ORDER** |
| Carmen Madrid,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00112-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dominic Mangiardi,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-01923-PHX DGC<br><br>**ORDER** |
| Curtis Marshman,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02369-PHX DGC<br><br>**ORDER** |
| Darrel Martemus,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-04050-PHX DGC<br><br>**ORDER** |
| Anthony May,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-02765-PHX DGC<br><br>**ORDER** |
| Emmett McNeel,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02049-PHX DGC<br><br>**ORDER** |
| Michael Melton,<br>　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02454-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ben Miller,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-01437-PHX DGC<br><br>**ORDER** |
| David Minter,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00130-PHX DGC<br><br>**ORDER** |
| Willie Moon Jr. ,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-03995-PHX DGC<br><br>**ORDER** |
| Jeffry Moore,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-00135-PHX DGC<br><br>**ORDER** |
| Rebecca Moore,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04163-PHX DGC<br><br>**ORDER** |
| Roger Mopping,<br><br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-04916-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cecilia Murphy,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01924-PHX DGC<br><br>**ORDER** |
| Todd Northcutt,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01925-PHX DGC<br><br>**ORDER** |
| Stephen Ogden,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00566-PHX DGC<br><br>**ORDER** |
| Victoria Overton,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00150-PHX DGC<br><br>**ORDER** |
| Shirley Parish,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03339-PHX DGC<br><br>**ORDER** |
| Rebecca Patrick,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00137-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia Perez,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02447-PHX DGC<br><br>**ORDER** |
| Linda Perry,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02448-PHX DGC<br><br>**ORDER** |
| William Petersen,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-00245-PHX DGC<br><br>**ORDER** |
| Dana Pettiway,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-01926-PHX DGC<br><br>**ORDER** |
| Suzanne Piontek,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-01927-PHX DGC<br><br>**ORDER** |
| Karla Powell-Barbosa,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-02695-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Purdee,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01372-PHX DGC<br><br>**ORDER** |
| William Purdy,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00138-PHX DGC<br><br>**ORDER** |
| Wallase Queen,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-04243-PHX DGC<br><br>**ORDER** |
| Philip Redden,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02457-PHX DGC<br><br>**ORDER** |
| Janice Richardson,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00141-PHX DGC<br><br>**ORDER** |
| June Richardson,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00131-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kristina Ripati,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-00133-PHX DGC<br><br>**ORDER** |
| Jeanette Robins,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV16-04184-PHX DGC<br><br>**ORDER** |
| Arron Robinson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-02449-PHX DGC<br><br>**ORDER** |
| Latravia Robinson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV19-00142-PHX DGC<br><br>**ORDER** |
| Linda Robinson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV18-01706-PHX DGC<br><br>**ORDER** |
| Philip Robinson,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No. CV17-02839-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susan Robinson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04287-PHX DGC<br><br>**ORDER** |
| Michael Rocker,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-01508-PHX DGC<br><br>**ORDER** |
| Christopher Roos,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-02962-PHX DGC<br><br>**ORDER** |
| Donna Rose,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02450-PHX DGC<br><br>**ORDER** |
| Nina Rosengrant,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00143-PHX DGC<br><br>**ORDER** |
| Clinton Rowell Jr. ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-02963-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Whitney Russell,<br><br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV18-02060-PHX DGC<br><br>**ORDER** |
| Taqwa-Hakeem Saeed,<br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No. CV19-02419-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21003.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21003) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of December, 2019.

_David G. Campbell_

David G. Campbell
Senior United States District Judge