# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to:<br>Christopher Lindow,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  MDL 15-2641-PHX DGC<br><br>No. CV16-02258-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of Christopher Lindow, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21089.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Christopher Lindow in the above matter (Doc. 21089) is **granted.**  The claims of the Plaintiff are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 23rd day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge