# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Jaiquiesha Braylock,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-01037-PHX DGC<br><br>**ORDER** |
| Sheldon Brown,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-04827-PHX DGC<br><br>**ORDER** |
| Albert Burrows,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-01645-PHX DGC<br><br>**ORDER** |
| Michael Disney,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No.  CV18-02428-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Maria Gonzalez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02898-PHX DGC<br><br>**ORDER** |
| Ken Lashley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01646-PHX DGC<br><br>**ORDER** |
| Chris Palmer,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02899-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21048.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21048) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 27th day of December, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge