# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Courtney Austin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02121-PHX DGC<br><br>**ORDER** |
| Caleb Benson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04452-PHX DGC<br><br>**ORDER** |
| Celine Bouchard,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03374-PHX DGC<br><br>**ORDER** |
| John Dennis Bruce,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-00793-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Bunton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-03589-PHX DGC<br><br>**ORDER** |
| Anthony Castro,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02327-PHX DGC<br><br>**ORDER** |
| Sara Cesta,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-00240-PHX DGC<br><br>**ORDER** |
| Gary Crisp,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV16-04397-PHX DGC<br><br>**ORDER** |
| Gail Dorfman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-02423-PHX DGC<br><br>**ORDER** |
| Marc Dubose,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV17-01510-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Fairless,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-01820-PHX DGC<br><br>**ORDER** |
| Patrick Gallagher,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-01281-PHX DGC<br><br>**ORDER** |
| Patricia Hemming,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV16-03587-PHX DGC<br><br>**ORDER** |
| Antoinette Holden,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-00381-PHX DGC<br><br>**ORDER** |
| Patrick Honea,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV17-00241-PHX DGC<br><br>**ORDER** |
| Jahnunnice Johnson,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV16-00925-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Mace,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV17-01280-PHX DGC<br><br>**ORDER** |
| Mary Hele Manharth,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04398-PHX DGC<br><br>**ORDER** |
| Glenda McIntyre,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-02057-PHX DGC<br><br>**ORDER** |
| Nadine Mead,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-02426-PHX DGC<br><br>**ORDER** |
| Geraldine Mosley,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-04702-PHX DGC<br><br>**ORDER** |
| William Mullins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-00795-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Veronica Munoz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02307-PHX DGC<br><br>**ORDER** |
| Ray Neal,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01162-PHX DGC<br><br>**ORDER** |
| Marcia Northern,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00926-PHX DGC<br><br>**ORDER** |
| James Pratt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03193-PHX DGC<br><br>**ORDER** |
| Allan Randall,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00044-PHX DGC<br><br>**ORDER** |
| Randall Marvin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02308-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David Ridenour,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01161-PHX DGC<br><br>**ORDER** |
| Shelly Russell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04400-PHX DGC<br><br>**ORDER** |
| James Seitzer,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01413-PHX DGC<br><br>**ORDER** |
| Frances Stockman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04399-PHX DGC<br><br>**ORDER** |
| James Sundquist,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04402-PHX DGC<br><br>**ORDER** |
| Shawnie Wilbourn,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01412-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra Wire,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01036-PHX DGC<br><br>**ORDER** |
| Paul Zajaczkowski,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-03098-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21016.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21016) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 27th day of December, 2019.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge