Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
| | **THE PARTIES' JOINT REPORT ON THE SETTLEMENT STATUS OF CASES** |

Pursuant to Case Management Order No. 42 (Docs. 164343 & 20954), the parties submit this monthly report concerning the settlement status of cases pending in this MDL. Since the date of the last report, December 2, 2019, there have been very few changes. The principal changes involve a small number of corrections identified by the parties in the days after the December 2nd submission, and also a change-in-status for a small number of cases that have settled since the last report. As a consequence, the parties are re-submitting those exhibits from the December 2nd report that have not changed, and amended exhibits for those that have changed.

The Exhibits are as follows:

**Amended Exhibit "A"** – A list of those cases formerly on Track 1 that have not been dismissed, and that are now ready for remand by the Judicial Panel of Multidistrict Litigation ("JPML").

**Amended Exhibit "B"** – A list of those direct-filed cases formerly on Track 1 that have not been dismissed, and that are now ready for transfer.

**Amended Exhibit "C"** – A list of a small number of cases that were mistakenly place in Track 1 in earlier reports, even though they were not settled at that time, and should have been placed in Track 2. Those cases have recently been settled, and the parties respectfully request that they be held in abeyance with the other settled Track 2 cases until May 1, 2020.

**Amended Exhibit "D"** – A list of those cases formerly in Track 2 which have now been settled, and should be held in abeyance until May 1, 2020.

**Amended Exhibit "E"** – A list of those cases formerly in Track 2 which have not been settled and are now ready for remand to the JPML.

**Amended Exhibit "F"** – A list of those direct-filed cases formerly in Track 2 which have not been settled, and are now ready for transfer.

**Amended Exhibit "G"** – A list of those cases otherwise ripe for remand or transfer, except for the fact that they have never been served on the defendants.

1    **Amended Exhibit "H"** – A list of those cases otherwise ripe for remand or transfer,

2    except for the fact that they have deficiencies in the profile forms.

3    **Exhibit "I"** – A list of those cases otherwise ripe for remand or transfer, except for

4    the fact that diversity of citizenship (and hence no federal jurisdiction) apparently exists.

5    **Amended Exhibit "J"** – A list of those cases that are still pending, but are duplicate

6    filings by plaintiffs that have already settled.

7    **Exhibit "K"** – A list of those cases where a plaintiff has multiple cases filed on the

8    list of cases to be remanded or transferred.

9    **Exhibit "L"** – A list of those cases in which the plaintiffs did not identify a venue

10   in the complaint.

11   As in the past, the Defendants also request that the remand/transfer order for these

12   cases specifically preserve their right to challenge venue and person jurisdiction upon

13   remand, as the Court did in the previous remand/transfer order. (Doc. 19899).

14   Respectfully submitted, this 2nd day of January, 2020.

15   LOPEZ McHUGH, LLP                    NELSON MULLINS RILEY &
                                          SCARBOROUGH LLP
16

17   By: *s/ Ramon Rossi Lopez*          By: *s/ Richard B. North*
         Ramon Rossi Lopez                   Richard B. North, Jr. (admitted *pro hac vice*)
18       (admitted *pro hac vice*)           Georgia Bar No. 545599
         CA Bar No. 86361                    Matthew B. Lerner (admitted *pro hac vice*)
19       LOPEZ MCHUGH LLP                    Georgia Bar No. 446986
         100 Bayview Circle, Suite 5600      NELSON MULLINS RILEY &
20       Newport Beach, California 92660     SCARBOROUGH LLP
                                             201 17th Street, NW / Suite 1700
21       Mark S. O'Connor (011029)           Atlanta, GA  30363
         BEUS GILBERT PLLC
22       701 N 44th Street                   James R. Condo (005867)
         Phoenix, Arizona 85008              Kristine L. Gallardo (033975)
23                                           SNELL & WILMER L.L.P.
                                             One Arizona Center
24       Attorneys for Plaintiffs            400 E. Van Buren, Suite 1900
                                             Phoenix, Arizona  85004-2202
25
                                             Attorneys for C. R. Bard, Inc. and Bard
26                                           Peripheral Vascular, Inc.

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

     I hereby certify that on January 2, 2020 the foregoing was electronically filed with

3

the Clerk of Court using the CM/ECF system which will automatically send email

4

notification of such filing to all attorneys of record.

5

6

                         /s/ Richard B. North                 

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28