**EXHIBIT A**
**Direct Filed Cases to be Remanded**

| Case Caption | Current Civil Action | Originating Civil Action | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Martha Amy Christiansen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00645-PHX-DGC | CV-16-00645-PHX-DGC | 3:15-cv-00228-JWS | USDC AK | Atkinson Conway & Gagnon, Inc |
| Michael L. Shinn and Jennifer A. Shinn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00596-PHX-DGC | CV-16-00596-PHX-DGC | 3:15-cv-06041-LB | USDC CA, Northern District | Dalimonte Rueb Stoller, LLP |
| Susan M. Hans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00546-PHX-DGC | CV-16-00546-PHX-DGC | 3:15-cv-02627-JM-JMA | USDC CA, Southern District | Dalimonte Rueb Stoller, LLP |
| ~~Casey Wyatt v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01628-PHX-DGC~~ | ~~CV-15-01628-PHX-DGC~~ | ~~614CV1853OR28GJK~~ | ~~USDC FL, Middle District~~ | ~~Babbitt & Johnson, PA~~ |
| Lisa Schweska and Daniel P. Schweska v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court for the District of Arizona, Phoenix Division, CV-15-01879-PHX-DGC | CV-15-01879-PHX-DGC | 3:15-cv-03193-SEM-TSH | USDC IL, Central District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Originating Civil Action | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Ernest Winland and Carol Jo Winland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court for the District of Arizona, Phoenix Division, CV-15-01878-PHX-DGC | CV-15-01878-PHX-DGC | 2:15-cv-02144-CSB-EIL | USDC IL, Central District | Dalimonte Rueb Stoller, LLP |
| Debra P. Rodrigue and Mark A. Rodrigue v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02462-PHX-DGC | CV-15-02462-PHX-DGC | 2:15-cv-5920 | USDC LA, Eastern District | Dalimonte Rueb Stoller, LLP |
| Ava E. Langford and David R. Brown v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00687-PHX-DGC | CV-16-00687-PHX-DGC | 4:15-cv-01749-NNC | USDC MO, Eastern District | Dalimonte Rueb Stoller, LLP |
| George Leus v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01623-PHX-DGC | CV-15-01623-PHX-DGC | 4:13-cv-00585 | USDC MO, Western District | Babbitt & Johnson, PA |
| Melissa M. Duran and Ronnie J. Duran v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00610-PHX-DGC | CV-16-00610-PHX-DGC | 1:15-cv-01159 | USDC NM | Dalimonte Rueb Stoller, LLP |
| Donald Epps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01881-PHX-DGC | CV-15-01881-PHX-DGC | 2:15-cv-01210-GMN-GWF | USDC NV | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Originating Civil Action | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Angela Voigt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona Phoenix Division, CV-15-01915-PHX-DGC | CV-15-01915-PHX-DGC | 6:15-cv-00239-SPS | USDC OK, Eastern District | Dalimonte Rueb Stoller, LLP |
| Claudette Y. Mears v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01899-PHX-DGC | CV-15-01899-PHX-DGC | 1:15-cv-01253-JEJ | USDC PA, Middle District | Dalimonte Rueb Stoller, LLP |
| Robert Peery v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01883-PHX-DGC | CV-15-01883-PHX-DGC | 1:15-cv-01153-JDB-EGB | USDC TN, Western District | Dalimonte Rueb Stoller, LLP |
| Pharris Morgan and Billy C. Morgan, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01925-PHX-DGC | CV-15-01925-PHX-DGC | 6:15-cv-00603-MHS-JDL | USDC TX, Eastern District | Martin Baughman, PLLC |