**AMENDED EXHIBIT B**
**(deletions in red)**
**Direct Filed Cases Formerly on Track 1, Which Have Not Been Dismissed and Are Ripe to be Transferred**

**(NOTE:  This group of cases include some cases that have not been served, some cases with profile form deficiencies, some cases with jurisdictional issues and some cases that are duplicates.  Each sub-category will be identified below.)**

**Cases Which Have Not Been Served on Defendants**

| Case Caption | Current Civil Action | Date Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| Karen M. Collins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00525-PHX-DGC | CV-19-00525-PHX-DGC | 1/30/2019 | Not answered in complaint | Freese & Goss PLLC |
| Joseph P. McTommoney, Jr. and Deborah S. McTommoney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02618-PHX-DGC | CV-18-02618-PHX-DGC | 8/20/2018 | USDC FL, Southern District | Blizzard Law, PLLC |
| Mary B. Sekera v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00789-PHX-DGC | CV-16-00789-PHX-DGC | 3/23/2016 | USDC IL, Northern District | Dalimonte Rueb Stoller, LLP |

**Plaintiffs Who Have/Had More Than One Complaint Pending But
Whose Duplicate Case Has Been Settled And Dismissed**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Alea Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04578-PHX-DGC | CV-17-04578-PHX-DGC | USDC MO, Western District | Marc J Bern & Partners LLP |
| Betty Holland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03147-PHX-DGC | CV-16-03147-PHX-DGC | USDC NC, Eastern District | Allen & Nolte, PLLC |
| Clifford Geter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01726-PHX-DGC | CV-15-01726-PHX-DGC | USDC MS, Southern District | Freese & Goss PLLC |
| Derrick Hardnett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01336-PHX-DGC | CV-18-01336-PHX-DGC | USDC LA, Middle District | Nelson Bumgardner Albritton, PC |
| Donal H. Kehl, as Personal Representative of the Estate of Lou A. Kehl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03773-PHX-DGC | CV-18-03773-PHX-DGC | USDC WI, Eastern District | Freese & Goss PLLC |
| Donald Shadegg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03538-PHX-DGC | CV-19-03538-PHX-DGC | USDC NE | Seideman Law Firm, PC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Glenda L. Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03474-PHX-DGC | CV-19-03474-PHX-DGC | USDC GA, Northern District | Dalimonte Rueb Stoller, LLP |
| Hilda Garcia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01352-PHX-DGC | CV-19-01352-PHX-DGC | USDC IL, Northern District | Miller Firm LLC |
| Jerry Lee Black v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00194-PHX-DGC | CV-19-00194-PHX-DGC | USDC NC, Western District | Dalimonte Rueb Stoller, LLP |
| Juanita Coller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03470-PHX-DGC | CV-19-03470-PHX-DGC | USDC FL, Middle District | Dalimonte Rueb Stoller, LLP |
| Kawanta Epps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00110-PHX-DGC | CV-19-00110-PHX-DGC | USDC VA, Eastern District | Bertram & Graf LLC |
| Lisa Evette Falconer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03544-PHX-DGC | CV-18-03544-PHX-DGC | USDC CA, Eastern District | Richard J Plezia & Associates |
| Maria Alarcon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00197-PHX-DGC | CV-17-00197-PHX-DGC | USDC CA, Central District | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Nancy E. Brown and James Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00135-PHX-DGC | CV-18-00135-PHX-DGC | USDC IL, Central District | OLeary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC |
| Nancy Wiggins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00147-PHX-DGC | CV-19-00147-PHX-DGC | USDC OK, Western District | Bertram & Graf LLC |
| Patrick Martin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02135-PHX-DGC | CV-16-02135-PHX-DGC | Not answered in complaint | Pro se |
| Pearlina McMillian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02674-PHX-DGC | CV-19-02674-PHX-DGC | USDC NC, Eastern District | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Ralph Vernom Wagner, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02790-PHX-DGC | CV-17-02790-PHX-DGC | USDC TN, Middle District | Law Offices of Henry S Queener, III |

**Plaintiffs Who Have More Than One Complaint Presently Pending**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Alexandra Parsley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01575-PHX-DGC | CV-18-01575-PHX-DGC | USDC WA, Eastern District | Miller Firm LLC |
| Antonio Johan Epps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01636-PHX-DGC | CV-19-01636-PHX-DGC | USDC GA, Middle District | Fears Nachawati Law Firm |
| Brenda Ohl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00284-PHX-DGC | CV-19-00284-PHX-DGC | USDC PA, Middle District | Dalimonte Rueb Stoller, LLP |
| Carlos Zimmerle and Evenzia Zimmerle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03254-PHX-DGC | CV-18-03254-PHX-DGC | USDC TX, Western District | Fears Nachawati Law Firm |
| Darryl Fiset v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03081-PHX-DGC | CV-19-03081-PHX-DGC | USDC OK, Northern District | Driggs, Bills & Day, PLLC |
| Farid Boumediene v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03214-PHX-DGC | CV-16-03214-PHX-DGC | USDC MA | Fitzgerald Law Group |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| James Douglas Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01235-PHX-DGC | CV-19-01235-PHX-DGC | USDC MI, Eastern District | Martin Baughman, PLLC |
| James Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02290-PHX-DGC | CV-17-02290-PHX-DGC | USDC MI, Eastern District | Toriseva Law |
| Joseph F. Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02699-PHX-DGC | CV-19-02699-PHX-DGC | USDC TX, Eastern District | Fears Nachawati Law Firm |
| Kristen Rosengrant and David Acevedo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02696-PHX-DGC | CV-19-02696-PHX-DGC | USDC NC, Middle District | Fears Nachawati Law Firm |
| Kyle Wheeler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00099-PHX-DGC | CV-19-00099-PHX-DGC | USDC VA, Eastern District | Fears Nachawati Law Firm |
| Lagone Harper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00182-PHX-DGC | CV-19-00182-PHX-DGC | USDC IL, Northern District | Fears Nachawati Law Firm |
| Lorella N. Hammond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02104-PHX-DGC | CV-16-02104-PHX-DGC | Not answered in complaint | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Lorella N. Hammond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00183-PHX-DGC | CV-17-00183-PHX-DGC | USDC TN, Western District | Fleming, Nolen, & Jez LLP |
| Maria Fritz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00576-PHX-DGC | CV-18-00576-PHX-DGC | USDC WI, Western District | Wagstaff & Cartmell LLP |
| Mister JC Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02909-PHX-DGC | CV-19-02909-PHX-DGC | USDC CA, Eastern District | McEwen Law Firm, Ltd |
| Patricia C. Gay and Frankie Gay v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03628-PHX-DGC | CV-19-03628-PHX-DGC | USDC GA, Southern District | Ferrer, Poirot & Wansbrough |
| Rachel Caruth and Logan Scholl v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03167-PHX-DGC | CV-16-03167-PHX-DGC | USDC IN, Northern District | Tuttle Law Firm |
| Raymond Lee Mitchell and Betty A. Mitchell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00163-PHX-DGC | CV-19-00163-PHX-DGC | USDC KY, Eastern District | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Robert Tucker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03621-PHX-DGC | CV-19-03621-PHX-DGC | USDC CA, Central District | Dalimonte Rueb Stoller, LLP |
| Ronald Ragsdale v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04305-PHX-DGC | CV-19-04305-PHX-DGC | USDC AR, Eastern District | Marc J Bern & Partners LLP |
| Ronald Ragsdale v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04222-PHX-DGC | CV-19-04222-PHX-DGC | USDC AR, Eastern District | Marc J Bern & Partners LLP |
| Sabrina Dixon and Reginald Dixon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV18-04885-PHX-DGC | CV-18-04885-PHX-DGC | USDC VA, Eastern District | Gallagher Law Firm |
| Virginia Abler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01724-PHX-DGC | CV-19-01724-PHX-DGC | USDC FL, Middle District | Potts Law Firm, LLP |

**Cases in Which No Federal Jurisdiction Exists**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Roderick L. Tunstall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02382-PHX-DGC | CV-16-02382-PHX-DGC | USDC NJ | Babbitt & Johnson, PA |
| Leon Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03574-PHX-DGC | CV-19-03574-PHX-DGC | USDC NJ | Dalimonte Rueb Stoller, LLP |
| Kanina Sanders v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04019-PHX-DGC | CV-17-04019-PHX-DGC | USDC NJ | Osborne & Francis Law Firm, PLLC |

**Cases for Which Defendants Have Received No PPF or for Which the PPF is Deficient**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Kelly McCoy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03466-PHX-DGC | CV-18-03466-PHX-DGC | USDC NY, Northern District | Freese & Goss PLLC |
| Edmund Outland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04120-PHX-DGC | CV-17-04120-PHX-DGC | USDC MD | Marc J Bern & Partners LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Cassandra Waller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04266-PHX-DGC | CV-17-04266-PHX-DGC | USDC VA, Eastern District | Marc J Bern & Partners LLP |
| James Schwirian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04331-PHX-DGC | CV-17-04331-PHX-DGC | USDC PA, Western District | Marc J Bern & Partners LLP |
| Kathy Cooper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03971-PHX-DGC | CV-19-03971-PHX-DGC | USDC PA, Eastern District | Marc J Bern & Partners LLP |
| Magic Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03982-PHX-DGC | CV-19-03982-PHX-DGC | USDC MI, Eastern District | Marc J Bern & Partners LLP |
| David Padgett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04306-PHX-DGC | CV-19-04306-PHX-DGC | USDC AL, Southern District | Marc J Bern & Partners LLP |
| Christina Spencer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04300-PHX-DGC | CV-19-04300-PHX-DGC | USDC DC | Marc J Bern & Partners LLP |
| Mary Stanridge v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04296-PHX-DGC | CV-19-04296-PHX-DGC | USDC AL, Northern District | Marc J Bern & Partners LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Anthony Tran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04196-PHX-DGC | CV-19-04196-PHX-DGC | USDC CA, Central District | Marc J Bern & Partners LLP |
| Katherine Green v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03994-PHX-DGC | CV-19-03994-PHX-DGC | USDC FL, Middle District | Marc J Bern & Partners LLP |
| Rosa Ortiz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04229-PHX-DGC | CV-19-04229-PHX-DGC | USDC CO | Marc J Bern & Partners LLP |
| Scott Robert Hennager v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03878-PHX-DGC | CV-17-03878-PHX-DGC | USDC MT | Murray Law Firm |

**Remaining Formerly Track 1 Cases to be Transferred**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Robert Leonard Kieser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01074-PHX-DGC | CV-18-01074-PHX-DGC | USDC MO, Western District | Babbitt & Johnson, PA |
| Margaret Willard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04574-PHX-DGC | CV-16-04574-PHX-DGC | USDC GA, Northern District | Blizzard Law, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Jaime M. Barrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, United States District Court, District of Arizona, Phoenix Division, CV-16-00126-PHX-DGC | CV-16-00126-PHX-DGC | USDC TN, Eastern District | Dalimonte Rueb Stoller, LLP |
| Anna M. Hoyle and Kyle B. Hoyle v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01157-PHX-DGC | CV-16-01157-PHX-DGC | USDC TX, Northern District | Dalimonte Rueb Stoller, LLP |
| Ruth E. Delbrugge v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00534-PHX-DGC | CV-16-00534-PHX-DGC | USDC HI | Dalimonte Rueb Stoller, LLP |
| John M. Evers and Sara J. Evers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00321-PHX-DGC | CV-16-00321-PHX-DGC | USDC IN, Northern District | Dalimonte Rueb Stoller, LLP |
| Estate of Michelle L. Grant and Steve Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00899-PHX-DGC | CV-16-00899-PHX-DGC | USDC OH, Northern District | Dalimonte Rueb Stoller, LLP |
| Rebecca L. Haremaker and Werner P. Haremaker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00788-PHX-DGC | CV-16-00788-PHX-DGC | USDC IL, Central District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Dawn M. Hendrickson and Stephen E. Hendrickson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00318-PHX-DGC | CV-16-00318-PHX-DGC | USDC WA, Western District | Dalimonte Rueb Stoller, LLP |
| Julian E. Johnson, III as the Administrator of the Estate of Merrel P. Johnson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01153-PHX-DGC | CV-16-01153-PHX-DGC | USDC MS, Northern District | Dalimonte Rueb Stoller, LLP |
| Sheila Kennedy v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-16-00742-PHX-DGC | CV-16-00742-PHX-DGC | USDC FL, Southern District | Dalimonte Rueb Stoller, LLP |
| Karin N. Lisowski and Ronald M. Lisowski v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00906-PHX-DGC | CV-16-00906-PHX-DGC | USDC NY, Eastern District | Dalimonte Rueb Stoller, LLP |
| Paula E. Mallory and Thomas Mallory v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00319-PHX-DGC | CV-16-00319-PHX-DGC | USDC OH, Southern District | Dalimonte Rueb Stoller, LLP |
| Linda R. Mills and James B. Mills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00320-PHX-DGC | CV-16-00320-PHX-DGC | USDC TX, Southern District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Carla Ogidiagba and Gabriel Ogidiagba v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01155-PHX-DGC | CV-16-01155-PHX-DGC | USDC TX, Northern District | Dalimonte Rueb Stoller, LLP |
| Thomas P. Torpey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00151-PHX-DGC | CV-16-00151-PHX-DGC | USDC PA, Eastern District | Dalimonte Rueb Stoller, LLP |
| Adam T. Tran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00535-PHX-DGC | CV-16-00535-PHX-DGC | USDC CA, Southern District | Dalimonte Rueb Stoller, LLP |
| Sylvia Brito and Victor Brito v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00900-PHX-DGC | CV-16-00900-PHX-DGC | USDC IL, Northern District | Dalimonte Rueb Stoller, LLP |
| Janice L. Blakley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00317-PHX-DGC | CV-16-00317-PHX-DGC | USDC TX, Western District | Dalimonte Rueb Stoller, LLP |
| Michael Gill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00025-PHX-DGC | CV-16-00025-PHX-DGC | USDC CA, Central District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Jennifer L. Lentz and Daniel P. Lentz v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00903-PHX-DGC | CV-16-00903-PHX-DGC | USDC TX, Northern District | Dalimonte Rueb Stoller, LLP |
| Farah E. Radjewski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00187-PHX-DGC | CV-16-00187-PHX-DGC | USDC FL, Middle District | Dalimonte Rueb Stoller, LLP |
| Jodi Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00143-PHX-DGC | CV-16-00143-PHX-DGC | USDC PA, Middle District | Dalimonte Rueb Stoller, LLP |
| Angela VanCleve and Kevin VanCleve v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-01154-PHX-DGC | CV-16-01154-PHX-DGC | USDC TX, Northern District | Dalimonte Rueb Stoller, LLP |
| Nannette Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-15-02635-PHX-DGC | CV-15-02635-PHX-DGC | USDC TX, Northern District | Dalimonte Rueb Stoller, LLP |
| Thomas OFlaherty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02030-PHX-DGC | CV-19-02030-PHX-DGC | USDC CA, Northern District | Flint Law Firm LLC |
| Lynn Rund v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03597-PHX-DGC | CV-17-03597-PHX-DGC | USDC CA, Central District | Marc J Bern & Partners LLP |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Anthony Carmichael v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03981-PHX-DGC | CV-19-03981-PHX-DGC | USDC NC, Eastern District | Marc J Bern & Partners LLP |
| Angela Overlander v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04307-PHX-DGC | CV-19-04307-PHX-DGC | USDC MD | Marc J Bern & Partners LLP |
| April Woods v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04186-PHX-DGC | CV-19-04186-PHX-DGC | USDC GA, Southern District | Marc J Bern & Partners LLP |
| David Orozco v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04231-PHX-DGC | CV-19-04231-PHX-DGC | USDC NV | Marc J Bern & Partners LLP |
| Bernard Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03689-PHX-DGC | CV-17-03689-PHX-DGC | USDC GA, Southern District | Marc J Bern & Partners LLP |
| Nicole Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00402-PHX-DGC | CV-18-00402-PHX-DGC | USDC VA, Eastern District | Marc J Bern & Partners LLP |
| Dana Daniels v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-00333-PHX-DGC | CV-16-00333-PHX-DGC | USDC KS | Martin Baughman, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Nikie Konecki as Administrator of the Estate of Margaret A. McWilliams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01235-PHX-DGC | CV-17-01235-PHX-DGC | USDC TX, Western District | Martin Baughman, PLLC |
| Cynthia Houston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00320-PHX-DGC | CV-18-00320-PHX-DGC | USDC TX, Eastern District | Martin Baughman, PLLC |
| Evelyn Cater v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00159-PHX-DGC | CV-19-00159-PHX-DGC | USDC GA, Northern District | McEwen Law Firm, Ltd |
| Constance A. Hamby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00158-PHX-DGC | CV-19-00158-PHX-DGC | USDC AL, Middle District | McEwen Law Firm, Ltd |
| ~~Ronnie Duran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00315-PHX-DGC~~ | ~~CV-19-00315-PHX-DGC~~ | ~~USDC TX, Southern District~~ | ~~McEwen Law Firm, Ltd~~ |
| Julia Walker and Gary Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01504-PHX-DGC | CV-19-01504-PHX-DGC | USDC FL, Middle District | McEwen Law Firm, Ltd |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Kyle Pryor v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03839-PHX-DGC | CV-19-03839-PHX-DGC | USDC MO, Eastern District | McSweeney Langevin, LLC |
| Shelia Sloan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02525-PHX-DGC | CV-16-02525-PHX-DGC | USDC KY, Western District | Pro se |
| Lori Angus and Richard Angus v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04347-PHX-DGC | CV-16-04347-PHX-DGC | USDC NC, Western District | Toriseva Law |
| Michael Candelaria and Kathryn Candelaria v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04349-PHX-DGC | CV-16-04349-PHX-DGC | USDC NM | Toriseva Law |
| Patrick Clark and Louis Clark v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District, District of Arizona, Phoenix Division, CV-17-02289-PHX-DGC | CV-17-02289-PHX-DGC | USDC NY, Southern District | Toriseva Law |
| Salvatore DeAngelo and Barbara DeAngelo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04353-PHX-DGC | CV-16-04353-PHX-DGC | USDC MT | Toriseva Law |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| D. Jean Grey and George Grey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03883-PHX-DGC | CV-16-03883-PHX-DGC | USDC CA, Southern District | Toriseva Law |
| Leslie Uphaus v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02298-PHX-DGC | CV-17-02298-PHX-DGC | USDC MI, Eastern District | Toriseva Law |
| Terri Bartis, as Executrix of the Estate of Esther Bartis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04348-PHX-DGC | CV-16-04348-PHX-DGC | USDC CT | Toriseva Law |
| Jianhong Cao v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02288-PHX-DGC | CV-17-02288-PHX-DGC | USDC WA, Western District | Toriseva Law |
| Marilyn Glasscock and Marcus Glasscock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04354-PHX-DGC | CV-16-04354-PHX-DGC | USDC TX, Northern District | Toriseva Law |
| Darrin Meister and Melissa Meister v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03884-PHX-DGC | CV-16-03884-PHX-DGC | USDC MN | Toriseva Law |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Elizabeth Train v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03880-PHX-DGC | CV-16-03880-PHX-DGC | USDC NY, Southern District | Toriseva Law |
| Duane Wick and Kathy Gibson Wick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04357-PHX-DGC | CV-16-04357-PHX-DGC | USDC MS, Southern District | Toriseva Law |
| Michael L. Warner and Jennifer Warner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02300-PHX-DGC | CV-17-02300-PHX-DGC | USDC FL, Northern District | Toriseva Law |
| Robert Buran v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03879-PHX-DGC | CV-16-03879-PHX-DGC | USDC NV | Toriseva Law |
| Laura M. Koerber as Personal Representative of the Estate of James Leonard Koerber v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02294-PHX-DGC | CV-17-02294-PHX-DGC | USDC WI, Eastern District | Toriseva Law |
| Pearl Palmeri and Terry Palmeri v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02296-PHX-DGC | CV-17-02296-PHX-DGC | USDC MS, Southern District | Toriseva Law |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Megan Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02297-PHX-DGC | CV-17-02297-PHX-DGC | USDC CA, Southern District | Toriseva Law |
| Jenalee Hinds v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04355-PHX-DGC | CV-16-04355-PHX-DGC | USDC OH, Northern District | Toriseva Law |
| Terrance Carrington v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02080-PHX-DGC | CV-17-02080-PHX-DGC | USDC CA, Central District | Wilshire Law Firm |