**AMENDED EXHIBIT E**
**JPML Transferred Cases That Have Not Settled and are Now Ripe for Remand**
(deletions in red)

| Caption | Current Civil Action | Original Civil Action Number | Transferee Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Cheryl Rouse v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-15-02227-PHX-DGC | CV-15-02227-PHX-DGC | 5:15-cv-04569-BLF | USDC CA, Northern District | CA | Law Office of Carlyle Varlack |
| Karen Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02302-PHX-DGC | CV-15-02302-PHX-DGC | 1:15-cv-09020 | USDC IL, Northern District | WI | Bernstein Liebhard LLP |
| Karen Rocourt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01796-PHX-DGC | CV-18-01796-PHX-DGC | 1:18-cv-01484 | USDC MD | MD | Law Office Of Barry R Glazer, PC |
| ~~Joshua Hicks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-16-03309-PHX-DGC~~ | ~~CV-16-03309-PHX-DGC~~ | ~~2:16-cv-00472~~ | ~~USDC ME~~ | ~~PA~~ | ~~Fitzgerald Law Group~~ |
| ~~Ronetta Juniel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03860-PHX-DGC~~ | ~~CV-16-03860-PHX-DGC~~ | ~~2:16-cv-00474~~ | ~~USDC ME~~ | ~~TX~~ | ~~Fitzgerald Law Group~~ |

| Caption | Current Civil Action | Original Civil Action Number | Transferee Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| ~~Ivan Rapp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03652-PHX-DGC~~ | ~~CV-16-03652-PHX-DGC~~ | ~~2:16-cv-00509~~ | ~~USDC ME~~ | ~~TX~~ | ~~Fitzgerald Law Group~~ |
| ~~Ellen Reed v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03653-PHX-DGC~~ | ~~CV-16-03653-PHX-DGC~~ | ~~2:16-cv-00510~~ | ~~USDC ME~~ | ~~NJ~~ | ~~Fitzgerald Law Group~~ |
| ~~Deborah Fahnestock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02749-PHX-DGC~~ | ~~CV-16-02749-PHX-DGC~~ | ~~2:16-cv-00234~~ | ~~USDC ME~~ | ~~MO~~ | ~~Lewis Saul & Associates, PC~~ |
| Tommy Lee Beal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02648-PHX-DGC | CV-15-02648-PHX-DGC | 5:15-cv-00143 | USDC NC, Western District | NC | Cory Watson, PC |
| Michael D. Stringer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00988-PHX-DGC | CV-16-00988-PHX-DGC | 2:16-CV-00913-SDW-LDW | USDC NJ | TX | Napoli Shkolnik & Associates, PLLC |

| Caption | Current Civil Action | Original Civil Action Number | Transferee Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Pamela Spencer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02751-PHX-DGC | CV-16-02751-PHX-DGC | 2:16-cv-02573 | USDC NJ | GA | Seeger Weiss LLP |
| Nancy Townsend, Individually and as Personal Representative of Isaac Townsend (Deceased) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02824-PHX-DGC | CV-16-02824-PHX-DGC | 2:16-cv-02577 | USDC NJ | NV | Seeger Weiss LLP |
| Kathryn Treinavicz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02752-PHX-DGC | CV-16-02752-PHX-DGC | 2:16-cv-02574 | USDC NJ | OH | Seeger Weiss LLP |
| Samuel Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02753-PHX-DGC | CV-16-02753-PHX-DGC | 2:16-cv-02576 | USDC NJ | AL | Seeger Weiss LLP |
| Audrey R. Keegan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-2463-PHX-DGC | CV-15-02642-PHX-DGC | 1:15-cv-02152-JEJ | USDC PA, Middle District | PA | Cory Watson, PC |

| Caption | Current Civil Action | Original Civil Action Number | Transferee Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Nancy Elizabeth Kunsak v. Allegheny General Hospital, Bard Peripheral Vascular, Inc. of C. R. Bard, Inc. Division, Benza M.D., Raymond L., C. R. Bard, Inc., and Kiproff M.D., Paul M, United States District Court, District of Arizona, Phoenix Division, CV-17-00555-PHX-DGC | CV-17-00555-PHX-DGC | 2:17-cv-00186 | USDC PA, Western District | PA | Allied Legal Partners |
| Peter Johnston and Lyndsay Johnston, Individually and as Parent and Legal guardians of Ryan Johnston, Hannah Johnson, Olivia Johnson and Vivian Johnston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04089-PHX-DGC | CV-16-04089-PHX-DGC | 1:16-cv-00578 | USDC RI | RI | Tarro & Marotti Law Firm, LLC |
| Albert Miller v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01639-PHX-DGC | CV-15-01639-PHX-DGC | 3:15-cv-00533 | USDC TN, Middle District | TN | Fears Nachawati Law Firm |
| Thomas Eaker and Priscilla Eaker v. C. R. Bard, Inc., et al., United States District Court, District of Arizona, Phoenix Division, CV-15-02573-PHX-DGC | CV-15-02573-PHX-DGC | 6:15-CV-00952-MHS-JDL | USDC TX, Eastern District | MN | McSweeney Langevin, LLC |

| Caption | Current Civil Action | Original Civil Action Number | Transferee Venue | Implant State | Plaintiff Counsel |
|---|---|---|---|---|---|
| Randall A. Lauhoff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00507-PHX-DGC | CV-16-00507-PHX-DGC | 2:16-cv-00004 | USDC TX, Southern District | TX | Snapka Law Firm |
| Kevin Michael Powell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02234-PHX-DGC | CV-16-02234-PHX-DGC | 6:16-cv-00026 | USDC VA, Western District | VA | Randall J Trost, PC |