# AMENDED EXHIBIT G
(deletions in red)
Direct-Filed Cases Which Have Not Been Served on Defendants

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| ~~Richard Dabbs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04654-PHX-DGC~~ | ~~CV-18-04654-PHX-DGC~~ | ~~12/12/2018~~ | ~~Not answered in complaint~~ | ~~Padberg, Corrigan & Appelbaum~~ |
| ~~Ronnie Beachum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04653-PHX-DGC~~ | ~~CV-18-04653-PHX-DGC~~ | ~~12/12/2018~~ | ~~Not answered in complaint~~ | ~~Padberg, Corrigan & Appelbaum~~ |
| ~~Rickey Scott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04063-PHX-DGC~~ | ~~CV-19-04063-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC AL, Southern District~~ | ~~Kelley/Uustal, PLC~~ |
| Luckky Fergison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00682-PHX-DGC | CV-19-00682-PHX-DGC | 2/1/2019 | USDC CA, Northern District | McGlynn, Glisson & Mouton |
| ~~Timothy Miller v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01115-PHX-DGC~~ | ~~CV-16-01115-PHX-DGC~~ | ~~4/19/2016~~ | ~~USDC CA, Northern District~~ | ~~McSweeney Langevin, LLC~~ |
| Bruce Ramsbottom v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00464-PHX-DGC | CV-18-00464-PHX-DGC | 2/9/2018 | USDC FL, Middle District | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| Debra Jaramillo-Toriz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04877-PHX-DGC | CV-18-04877-PHX-DGC | 12/26/2018 | USDC FL, Middle District | Wendt Law Firm, PC |
| Ross A. Grey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04030-PHX-DGC | CV-17-04030-PHX-DGC | 11/1/2017 | USDC FL, Middle District | Napoli Shkolnik & Associates, PLLC |
| ~~Melissa Jeanne Kacou Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04110-PHX-DGC~~ | ~~CV-19-04110-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC FL, Southern District~~ | ~~Kelley/Uustal, PLC~~ |
| ~~James Ronnie Webb v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01723-PHX-DGC~~ | ~~CV-18-01723-PHX-DGC~~ | ~~6/6/2018~~ | ~~USDC GA, Northern District~~ | ~~Fenstersheib Law Group, PA~~ |
| Steven Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04083-PHX-DGC | CV-17-04083-PHX-DGC | 11/6/2017 | USDC GA, Northern District | Napoli Shkolnik & Associates, PLLC |
| Brandon McCormick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00244-PHX-DGC | CV-17-00244-PHX-DGC | 1/25/2017 | USDC GA, Southern District | Goss Law Firm, PC |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| ~~Lauren Kent v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04076-PHX-DGC~~ | ~~CV-19-04076-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC GA, Southern District~~ | ~~Kelley/Uustal, PLC~~ |
| Ruth Wade v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01147-PHX-DGC | CV-18-01147-PHX-DGC | 4/16/2018 | USDC IL, Northern District | Costello, McMahon, Burke & Murphy, Ltd |
| Darleen Collins and Richard Collins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04088-PHX-DGC | CV-19-04088-PHX-DGC | 5/31/2019 | USDC IN, Northern District | Fears Nachawati Law Firm |
| Delores Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03990-PHX-DGC | CV-17-03990-PHX-DGC | 10/30/2017 | USDC IN, Southern District | Napoli Shkolnik & Associates, PLLC |
| Nancy Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04402-PHX-DGC | CV-18-04402-PHX-DGC | 12/5/2018 | USDC KS | McGlynn, Glisson & Mouton |
| Kristi G. Bailey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04029-PHX-DGC | CV-17-04029-PHX-DGC | 11/1/2017 | USDC KY, Eastern District | Napoli Shkolnik & Associates, PLLC |
| Larenda F. Whitaker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00008-PHX-DGC | CV-17-00008-PHX-DGC | 1/3/2017 | USDC KY, Western District | Bryant Law Center, PSC |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| Michaele A. Edmondson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00009-PHX-DGC | CV-17-00009-PHX-DGC | 1/3/2017 | USDC KY, Western District | Bryant Law Center, PSC |
| ~~Gunther Vacek v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04051-PHX-DGC~~ | ~~CV-19-04051-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC MA~~ | ~~Kelley/Uustal, PLC~~ |
| ~~John Coles v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03891-PHX-DGC~~ | ~~CV-19-03891-PHX-DGC~~ | ~~5/30/2019~~ | ~~USDC MI, Western District~~ | ~~Meshbesher & Spence, Ltd~~ |
| Leona Nigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04059-PHX-DGC | CV-19-04059-PHX-DGC | 5/31/2019 | USDC MI, Western District | Kelley/Uustal, PLC |
| ~~Terrence Lee Kutz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01268-PHX-DGC~~ | ~~CV-18-01268-PHX-DGC~~ | ~~4/25/2018~~ | ~~USDC MN~~ | ~~Meshbesher & Spence, Ltd~~ |
| Thomas Orest and Margaret Louis Orest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04095-PHX-DGC | CV-17-04095-PHX-DGC | 11/7/2017 | USDC MN | Napoli Shkolnik & Associates, PLLC |
| ~~Penni Hendrickson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04073-PHX-DGC~~ | ~~CV-19-04073-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC MO, Western District~~ | ~~Kelley/Uustal, PLC~~ |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| Richard Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03386-PHX-DGC | CV-17-03386-PHX-DGC | 10/2/2017 | USDC MO, Western District | Law Offices of Baird Brown |
| ~~Regina Yarborough v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04651-PHX-DGC~~ | ~~CV-18-04651-PHX-DGC~~ | ~~12/12/2018~~ | ~~USDC MS, Northern District~~ | ~~Padberg, Corrigan & Appelbaum~~ |
| Luke Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00722-PHX-DGC | CV-19-00722-PHX-DGC | 2/4/2019 | USDC MS, Southern District | Kirkendall Dwyer LLP |
| Russell S. Perry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02831-PHX-DGC | CV-18-02831-PHX-DGC | 9/10/2018 | USDC MS, Southern District | Fears Nachawati Law Firm |
| ~~Penny Graboyes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04079-PHX-DGC~~ | ~~CV-18-04079-PHX-DGC~~ | ~~11/15/2018~~ | ~~USDC NV~~ | ~~Padberg, Corrigan & Appelbaum~~ |
| Agnes Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00138-PHX-DGC | CV-17-00138-PHX-DGC | 1/17/2017 | USDC NY, Southern District | Napoli Shkolnik & Associates, PLLC |
| Maurice Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02699-PHX-DGC | CV-18-02699-PHX-DGC | 8/25/2018 | USDC NY, Western District | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| ~~Richard Bull, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01997-PHX-DGC~~ | ~~CV-19-01997-PHX-DGC~~ | ~~3/26/2019~~ | ~~USDC NY, Western District~~ | ~~McSweeney Langevin, LLC~~ |
| Lori Haye v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01046-PHX-DGC | CV-19-01046-PHX-DGC | 2/14/2019 | USDC OH, Northern District | Fenstersheib Law Group, PA |
| Rodney Hall v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00355-PHX-DGC | CV-19-00355-PHX-DGC | 1/23/2019 | USDC OH, Northern District | Kirkendall Dwyer LLP |
| ~~Douglas J. Dohan v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04069-PHX-DGC~~ | ~~CV-19-04069-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC PA, Eastern District~~ | ~~Kelley/Uustal, PLC~~ |
| Jeanette McFarland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01511-PHX-DGC | CV-19-01511-PHX-DGC | 3/5/2019 | USDC PA, Western District | Napoli Shkolnik, PLLC |
| Charles Finch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01533-PHX-DGC | CV-19-01533-PHX-DGC | 3/5/2019 | USDC SC | Napoli Shkolnik, PLLC |
| Jeffrey Ellis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00681-PHX-DGC | CV-19-00681-PHX-DGC | 2/1/2019 | USDC TN, Middle District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| Lisa Rampley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01045-PHX-DGC | CV-19-01045-PHX-DGC | 2/14/2019 | USDC TX, Eastern District | Fenstersheib Law Group, PA |
| ~~Bryon Rieken v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04061-PHX-DGC~~ | ~~CV-19-04061-PHX-DGC~~ | ~~5/31/2019~~ | ~~USDC TX, Northern District~~ | ~~Kelley/Uustal, PLC4069~~ |
| Franky Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04070-PHX-DGC | CV-19-04070-PHX-DGC | 5/31/2019 | USDC TX, Northern District | Kelley/Uustal, PLC |
| Eli Greenbaum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00592-PHX-DGC | CV-17-00592-PHX-DGC | 2/27/2017 | USDC TX, Western District | Daniels & Tredennick, LLP |
| ~~Charles Andrews v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00972-PHX-DGC~~ | ~~CV-18-00972-PHX-DGC~~ | ~~3/29/2018~~ | ~~USDC VA, Eastern District~~ | ~~Brenes Law Group PC~~ |
| David Breeden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01535-PHX-DGC | CV-19-01535-PHX-DGC | 3/5/2019 | USDC VA, Eastern District | Napoli Shkolnik, PLLC |
| Norman Rose v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04083-PHX-DGC | CV-19-04083-PHX-DGC | 5/31/2019 | USDC WA, Western District | Kelley/Uustal, PLC |

7

| Case Caption | Current Civil Action | Complaint Filed | Transferee Court | Plaintiff Counsel |
|---|---|---|---|---|
| ~~Robert Heitzler v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01352-PHX-DGC~~ | ~~CV-16-01352-PHX-DGC~~ | ~~5/5/2016~~ | ~~USDC WI, Western District~~ | ~~Brenes Law Group PC~~ |
| Darlene Lewis and Randolph Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03429-PHX-DGC | CV-16-03429-PHX-DGC | 10/7/2016 | USDC WV, Northern District | Lomurro Law |
| Richard Fatony and Patricia Fatony v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04252-PHX-DGC | CV-19-04252-PHX-DGC | 5/31/2019 | USDC WV, Southern District | Fears Nachawati Law Firm |