# AMENDED EXHIBIT H
### (deletions in red)
### Direct-Filed Cases for Which Defendants Have Received No PPF or for Which the PPF is Deficient

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| <span style="color:red">Ronnie Beachum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04653-PHX-DGC</span> | <span style="color:red">CV-18-04653-PHX-DGC</span> | <span style="color:red">Not answered in complaint</span> | <span style="color:red">Padberg, Corrigan & Appelbaum</span> |
| <span style="color:red">Richard Dabbs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04654-PHX-DGC</span> | <span style="color:red">CV-18-04654-PHX-DGC</span> | <span style="color:red">Not answered in complaint</span> | <span style="color:red">Padberg, Corrigan & Appelbaum</span> |
| Sandra Clifton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02181-PHX-DGC | CV-19-02181-PHX-DGC | USDC AL, Northern District | Gray & White |
| Charles Upton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02681-PHX-DGC | CV-18-02681-PHX-DGC | USDC AL, Northern District | McGlynn, Glisson & Mouton |
| Carolyn S. Hatcher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03678-PHX-DGC | CV-19-03678-PHX-DGC | USDC AL, Southern District | Goss Law Firm, PC |
| Richard Chazel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04150-PHX-DGC | CV-18-04150-PHX-DGC | USDC AR, Western District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Scottie C. Wolford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01250-PHX-DGC | CV-19-01250-PHX-DGC | USDC AR, Western District | Napoli Shkolnik, PLLC |
| Nelson Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03126-PHX-DGC | CV-18-03126-PHX-DGC | USDC CA, Central District | McGlynn, Glisson & Mouton |
| Patricia Condojani v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01509-PHX-DGC | CV-18-01509-PHX-DGC | USDC CO | McGlynn, Glisson & Mouton |
| Sherry Lynn Black-Goodrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00406-PHX-DGC | CV-18-00406-PHX-DGC | USDC FL, Middle District | Fears Nachawati Law Firm |
| Eboni Gray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04041-PHX-DGC | CV-19-04041-PHX-DGC | USDC FL, Middle District | Fears Nachawati Law Firm |
| Stephanie Smith v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02267-PHX-DGC | CV-19-02267-PHX-DGC | USDC FL, Middle District | Kirkendall Dwyer LLP |
| Kathy Phelps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04870-PHX-DGC | CV-18-04870-PHX-DGC | USDC FL, Middle District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Ricky Schrader v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02132-PHX-DGC | CV-19-02132-PHX-DGC | USDC FL, Middle District | McGlynn, Glisson & Mouton |
| Iarzella Dennard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01539-PHX-DGC | CV-19-01539-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik, PLLC |
| Kenneth I. Holbrook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01234-PHX-DGC | CV-19-01234-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik, PLLC |
| Samuel Plant v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03885-PHX-DGC | CV-19-03885-PHX-DGC | USDC FL, Middle District | Wendt Law Firm, PC |
| Edward Walton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. United States District Court, District of Arizona, Phoenix Division, CV-19-02290-PHX-DGC | CV-19-02290-PHX-DGC | USDC FL, Southern District | Fears Nachawati Law Firm |
| Cecilia Burkhardt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04138-PHX-DGC | CV-18-04138-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton |
| ~~John Alan Carbutt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04140-PHX-DGC~~ | ~~CV-18-04140-PHX-DGC~~ | ~~USDC FL, Southern District~~ | ~~McGlynn, Glisson & Mouton~~ |

3

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Prudence Peterson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02090-PHX-DGC | CV-18-02090-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton |
| Tobias Hartry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03962-PHX-DGC | CV-19-03962-PHX-DGC | USDC GA, Middle District | Fenstersheib Law Group, PA |
| Mark Dills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01512-PHX-DGC | CV-19-01512-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik, PLLC |
| Anthony Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01467-PHX-DGC | CV-19-01467-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik, PLLC |
| Nancy Harmon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00721-PHX-DGC | CV-19-00721-PHX-DGC | USDC GA, Southern District | McGlynn, Glisson & Mouton |
| Linda Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03935-PHX-DGC | CV-18-03935-PHX-DGC | USDC IA, Northern District | McGlynn, Glisson & Mouton |
| Ben Anderson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03676-PHX-DGC | CV-19-03676-PHX-DGC | USDC IL, Northern District | Goss Law Firm, PC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Karen Jandula v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02305-PHX-DGC | CV-19-02305-PHX-DGC | USDC IL, Northern District | McGlynn, Glisson & Mouton |
| Daniel Person v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03189-PHX-DGC | CV-19-03189-PHX-DGC | USDC IN, Northern District | Wilshire Law Firm |
| Joanie Hansford, as Administrator of the Estate of Michele Hansford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01526-PHX-DGC | CV-19-01526-PHX-DGC | USDC KS | Napoli Shkolnik, PLLC |
| Reba Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01457-PHX-DGC | CV-19-01457-PHX-DGC | USDC KY, Western District | Napoli Shkolnik, PLLC |
| Daniel R. Melton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03680-PHX-DGC | CV-19-03680-PHX-DGC | USDC LA, Eastern District | Goss Law Firm, PC |
| ~~Michele Coren v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00353-PHX-DGC~~ | ~~CV-17-00353-PHX-DGC~~ | ~~USDC MA~~ | ~~Sweeney Merrigan Law, LLP~~ |
| Kandy Carpenter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01525-PHX-DGC | CV-19-01525-PHX-DGC | USDC MI, Eastern District | Napoli Shkolnik, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Vivian Esther George v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02306-PHX-DGC | CV-18-02306-PHX-DGC | USDC MO, Western District | Fears Nachawati Law Firm |
| Lisa Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02001-PHX-DGC | CV-19-02001-PHX-DGC | USDC MO, Western District | McGlynn, Glisson & Mouton |
| Sandra Risner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02136-PHX-DGC | CV-19-02136-PHX-DGC | USDC MS, Northern District | McGlynn, Glisson & Mouton |
| <span style="color:red">Regina Yarborough v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04651-PHX-DGC</span> | <span style="color:red">CV-18-04651-PHX-DGC</span> | <span style="color:red">USDC MS, Northern District</span> | <span style="color:red">Padberg, Corrigan & Appelbaum</span> |
| Tarvey Ward and Shuri Ward v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03864-PHX-DGC | CV-19-03864-PHX-DGC | USDC MS, Southern District | Fears Nachawati Law Firm |
| Travis Newton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03960-PHX-DGC | CV-19-03960-PHX-DGC | USDC MS, Southern District | Goldman Scarlato & Penny, PC |
| Jeremy Gates v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01498-PHX-DGC | CV-19-01498-PHX-DGC | USDC NC, Western District | Napoli Shkolnik, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Nicolas R. Garon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01238-PHX-DGC | CV-19-01238-PHX-DGC | USDC NH | Napoli Shkolnik & Associates, PLLC |
| Alfred Payne, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01973-PHX-DGC | CV-19-01973-PHX-DGC | USDC NM | McGlynn, Glisson & Mouton |
| Dominic S. Colucci and Jennifer M. Colucci v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04924-PHX-DGC | CV-18-04924-PHX-DGC | USDC NV | Fears Nachawati Law Firm |
| Michael Campobasso v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01575-PHX-DGC | CV-19-01575-PHX-DGC | USDC NV | McGlynn, Glisson & Mouton |
| Clyde Solomon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01466-PHX-DGC | CV-19-01466-PHX-DGC | USDC NY, Eastern District | Napoli Shkolnik, PLLC |
| Christopher Beasock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01465-PHX-DGC | CV-19-01465-PHX-DGC | USDC NY, Northern District | Napoli Shkolnik, PLLC |
| Yvette Carr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04141-PHX-DGC | CV-18-04141-PHX-DGC | USDC NY, Southern District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| ~~Steven Simon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02074-PHX-DGC~~ | ~~CV-19-02074-PHX-DGC~~ | ~~USDC NY, Southern District~~ | ~~McGlynn, Glisson & Mouton~~ |
| Deborah S. Hamby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01449-PHX-DGC | CV-19-01449-PHX-DGC | USDC NY, Western District | Napoli Shkolnik, PLLC |
| Jessie Pruitt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03869-PHX-DGC | CV-19-03869-PHX-DGC | USDC OH, Northern District | Fears Nachawati Law Firm |
| Gary Kolson v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04115-PHX-DGC | CV-19-04115-PHX-DGC | USDC OH, Northern District | Fenstersheib Law Group, PA |
| Kimberly Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02828-PHX-DGC | CV-18-02828-PHX-DGC | USDC OH, Northern District | Napoli Shkolnik & Associates, PLLC |
| Jeramey Kohar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01780-PHX-DGC | CV-19-01780-PHX-DGC | USDC OH, Southern District | McGlynn, Glisson & Mouton |
| Edward Schaab v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02133-PHX-DGC | CV-19-02133-PHX-DGC | USDC OH, Southern District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Verlin Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01811-PHX-DGC | CV-18-01811-PHX-DGC | USDC OK, Eastern District | McGlynn, Glisson & Mouton |
| Scott Stafford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04079-PHX-DGC | CV-19-04079-PHX-DGC | USDC OK, Western District | Fears Nachawati Law Firm |
| Michael Dillon v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03673-PHX-DGC | CV-19-03673-PHX-DGC | USDC OK, Western District | Goss Law Firm, PC |
| Rudy Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01497-PHX-DGC | CV-19-01497-PHX-DGC | USDC OK, Western District | Napoli Shkolnik, PLLC |
| Justin Ubel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02073-PHX-DGC | CV-19-02073-PHX-DGC | USDC PA, Eastern District | McGlynn, Glisson & Mouton |
| ~~Marie Ryan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04169-PHX-DGC~~ | ~~CV-18-04169-PHX-DGC~~ | ~~USDC PA, Middle District~~ | ~~McGlynn, Glisson & Mouton~~ |
| Justin Ard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03672-PHX-DGC | CV-19-03672-PHX-DGC | USDC SC | Goss Law Firm, PC |

9

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| William Mayberry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04089-PHX-DGC | CV-19-04089-PHX-DGC | USDC TN, Middle District | Fears Nachawati Law Firm |
| Christopher Hartney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02322-PHX-DGC | CV-19-02322-PHX-DGC | USDC TN, Western District | Fears Nachawati Law Firm |
| Larry Hinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04082-PHX-DGC | CV-19-04082-PHX-DGC | USDC TN, Western District | Fears Nachawati Law Firm |
| Kim Whitaker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02075-PHX-DGC | CV-19-02075-PHX-DGC | USDC TX, Eastern District | McGlynn, Glisson & Mouton |
| Bruce R. Cunningham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01236-PHX-DGC | CV-19-01236-PHX-DGC | USDC TX, Eastern District | Napoli Shkolnik, PLLC |
| Kristin Babcock and Chad Babcock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00407-PHX-DGC | CV-18-00407-PHX-DGC | USDC TX, Northern District | Fears Nachawati Law Firm |
| Ashley Covington v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-04040-PHX-DGC | CV-19-04040-PHX-DGC | USDC TX, Northern District | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Alejandro G. Santana and Maria Santana v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02264-PHX-DGC | CV-18-02264-PHX-DGC | USDC TX, Southern District | Fears Nachawati Law Firm |
| Melissa Sepeda v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01585-PHX-DGC | CV-18-01585-PHX-DGC | USDC TX, Southern District | McGlynn, Glisson & Mouton |
| Olga LQ Garza v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02639-PHX-DGC | CV-19-02639-PHX-DGC | USDC TX, Western District | Fears Nachawati Law Firm |
| Elizabeth Mello v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00104-PHX-DGC | CV-19-00104-PHX-DGC | USDC TX, Western District | McSweeney Langevin, LLC |
| Lawrence W Divers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03677-PHX-DGC | CV-19-03677-PHX-DGC | USDC VA, Western District | Goss Law Firm, PC |
| Shannon Wickert v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02067-PHX-DGC | CV-19-02067-PHX-DGC | USDC WA, Western District | McGlynn, Glisson & Mouton |
| Angela Rhodes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02135-PHX-DGC | CV-19-02135-PHX-DGC | USDC WV, Southern District | McGlynn, Glisson & Mouton |