**EXHIBIT I**
**Direct-Filed Cases for Which No Federal Jurisdiction Is Proper**

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Richard St. John Barela v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02466-PHX-DGC | CV-17-02466-PHX-DGC | Not answered in complaint | Fears Nachawati Law Firm |
| Robin Morgan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04774-PHX-DGC | CV-18-04774-PHX-DGC | Not answered in complaint | McSweeney Langevin, LLC |
| Gloria Arino v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00529-PHX-DGC | CV-18-00529-PHX-DGC | USDC AZ | Cory Watson, PC |
| Joseph Caputo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02878-PHX-DGC | CV-18-02878-PHX-DGC | USDC AZ | McSweeney Langevin, LLC |
| Deborah Coleman and Ronald Gray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03926-PHX-DGC | CV-19-03926-PHX-DGC | USDC AZ | Goldman Scarlato & Penny, PC |
| Phillip Colombo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03829-PHX-DGC | CV-16-03829-PHX-DGC | USDC AZ | Wendt Law Firm, PC |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| James Dew and Carol Dew v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01698-PHX-DGC | CV-17-01698-PHX-DGC | USDC AZ | Gallon, Takacs, Boissoneault & Schaffer, CO, LPA |
| Hugh Fraser and Eleanor Fraser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01670-PHX-DGC | CV-19-01670-PHX-DGC | USDC AZ | Cowper Law LLP - Los Angeles |
| John Hager, Jr. v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00740-PHX-DGC | CV-19-00740-PHX-DGC | USDC AZ | McSweeney Langevin, LLC |
| Howard Highfill and Jeanette Highfill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01897-PHX-DGC | CV-17-01897-PHX-DGC | USDC AZ | Cory Watson, PC |
| Jeanne Hunt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00011-PHX-DGC | CV-19-00011-PHX-DGC | USDC AZ | McSweeney Langevin, LLC |
| Michael Parr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04797-PHX-DGC | CV-18-04797-PHX-DGC | USDC AZ | McSweeney Langevin, LLC |
| William Rivera v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03759-PHX-DGC | CV-19-03759-PHX-DGC | USDC AZ | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Kenneth Wantland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03673-PHX-DGC | CV-18-03673-PHX-DGC | USDC AZ | McGlynn, Glisson & Mouton |
| Donald Wright v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00051-PHX-DGC | CV-19-00051-PHX-DGC | USDC AZ | McSweeney Langevin, LLC |
| Kent Hoeft v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03571-PHX-DGC | CV-16-03571-PHX-DGC | USDC CA, Central District | Gomez Trial Attorneys |
| Christine McKinney, as Surviving Spouse of the Estate of Randall McKinney, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01797-PHX-DGC | CV-19-01797-PHX-DGC | USDC CA, Eastern District | McGlynn, Glisson & Mouton |
| William Ford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04792-PHX-DGC | CV-18-04792-PHX-DGC | USDC CT | McSweeney Langevin, LLC |
| Shane Tice v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00832-PHX-DGC | CV-16-00832-PHX-DGC case transferred in from USDC NJ 3:15-cv-08669-MAS-LHG | USDC NJ | Rheingold, Giuffra, Ruffo & Plotkin LLP |
| Carmen Alvarez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03403-PHX-DGC | CV-19-03403-PHX-DGC | USDC NJ | McSweeney Langevin, LLC |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Mostafa Badawi and Fahmi Badawi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01853-PHX-DGC | CV-17-01853-PHX-DGC | USDC NJ | Schneider Hammers LLC |
| Edgar Barbot v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04906-PHX-DGC | CV-18-04906-PHX-DGC | USDC NJ | McSweeney Langevin, LLC |
| Kenneth Beaulieu v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02589-PHX-DGC | CV-17-02589-PHX-DGC | USDC NJ | Wendt Law Firm, PC |
| Nichole Boggans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02764-PHX-DGC | CV-17-02764-PHX-DGC | USDC NJ | Goss Law Firm, PC |
| Jennifer Bounassi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04084-PHX-DGC | CV-19-04084-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Shawn Cahill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04117-PHX-DGC | CV-19-04117-PHX-DGC | USDC NJ | Fenstersheib Law Group, PA |
| Theressa Campbell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02658-PHX-DGC | CV-19-02658-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Charles Carruth v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01039-PHX-DGC | CV-19-01039-PHX-DGC | USDC NJ | Fenstersheib Law Group, PA |
| Sandora Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03610-PHX-DGC | CV-19-03610-PHX-DGC | USDC NJ | Goss Law Firm, PC |
| Deana Cheek v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04936-PHX-DGC | CV-18-04936-PHX-DGC | USDC NJ | McSweeney Langevin, LLC |
| Joseph Cornellier v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02953-PHX-DGC | CV-18-02953-PHX-DGC | USDC NJ | Lomurro Law |
| Alexander Doughty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03624-PHX-DGC | CV-19-03624-PHX-DGC | USDC NJ | Goss Law Firm, PC |
| Mark Gain v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04769-PHX-DGC | CV-18-04769-PHX-DGC | USDC NJ | McSweeney Langevin, LLC |
| Maria M. Garcia and Angel Garcia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01806-PHX-DGC | CV-18-01806-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Christine Gober v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02900-PHX-DGC | CV-17-02900-PHX-DGC | USDC NJ | Wendt Law Firm, PC |
| Richard M. Hand and Barbara Hand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00401-PHX-DGC | CV-18-00401-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Robin Hickmond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01222-PHX-DGC | CV-17-01222-PHX-DGC | USDC NJ | Miller Firm LLC |
| Brian Hinchey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02757-PHX-DGC | CV-19-02757-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Lee Hood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02044-PHX-DGC | CV-19-02044-PHX-DGC | USDC NJ | McGlynn, Glisson & Mouton |
| Teyrance Jackson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03879-PHX-DGC | CV-19-03879-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Arthur B. Kubofcik and Yevkine Kubofcik v. C. R. Bard, Inc., Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02331-PHX-DGC | CV-19-02331-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Joyce L. Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04120-PHX-DGC | CV-19-04120-PHX-DGC | USDC NJ | Schneider Hammers LLC |
| Rodney Lyons v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04830-PHX-DGC | CV-18-04830-PHX-DGC | USDC NJ | Kirkendall Dwyer LLP |
| Janice Masiejczyk v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04800-PHX-DGC | CV-18-04800-PHX-DGC | USDC NJ | Kirkendall Dwyer LLP |
| Donna L. Moore and Daniel Moore v. C. R. Bard, Inc. and bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02601-PHX-DGC | CV-16-02601-PHX-DGC | USDC NJ | Locks Law Firm |
| Celeste C. Paige v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02672-PHX-DGC | CV-19-02672-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| LaToya D. Pierce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01728-PHX-DGC | CV-17-01728-PHX-DGC | USDC NJ | OConnor, Acciani & Levy LPA |
| Robert Pierro and Anne Bizzarro-Pierro v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02798-PHX-DGC | CV-16-02798-PHX-DGC | USDC NJ | Rheingold, Giuffra, Ruffo & Plotkin LLP |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Shakina C. Rainey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02702-PHX-DGC | CV-18-02702-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Michelle Raub v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03884-PHX-DGC | CV-19-03884-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Damien Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04023-PHX-DGC | CV-19-04023-PHX-DGC | USDC NJ | Wendt Law Firm, PC |
| Carol Rogers v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03882-PHX-DGC | CV-19-03882-PHX-DGC | USDC NJ | Wendt Law Firm, PC |
| Debra Rose v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04733-PHX-DGC | CV-18-04733-PHX-DGC | USDC NJ | McSweeney Langevin, LLC |
| Dorothy Schmidling and George Schmidling v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03022-PHX-DGC | CV-17-03022-PHX-DGC | USDC NJ | Lomurro Law |
| Steve Serrano v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03549-PHX-DGC | CV-19-03549-PHX-DGC | USDC NJ | Schneider Hammers LLC |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Beverly Stokes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04294-PHX-DGC | CV-16-04294-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Dennis Trocciola v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04874-PHX-DGC | CV-18-04874-PHX-DGC | USDC NJ | McGlynn, Glisson & Mouton |
| Kenneth R. VanLuvender and Cynthia VanLuvender v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02355-PHX-DGC | CV-19-02355-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| Sonya J. Wallace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04095-PHX-DGC | CV-19-04095-PHX-DGC | USDC NJ | Schneider Hammers LLC |
| Cheryl Ann Washington v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01274-PHX-DGC | CV-19-01274-PHX-DGC | USDC NJ | Napoli Shkolnik, PLLC - Melville |
| Erika Weining v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02956-PHX-DGC | CV-19-02956-PHX-DGC | USDC NJ | Goldman Scarlato & Penny, PC |
| Latanyia Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02954-PHX-DGC | CV-19-02954-PHX-DGC | USDC NJ | Goldman Scarlato & Penny, PC |

| Case Caption | Current Civil Action | Transferor or Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Sharlene Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03196-PHX-DGC | CV-18-03196-PHX-DGC | USDC NJ | Fears Nachawati Law Firm |
| David Bunsick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02908-PHX-DGC | CV-18-02908-PHX-DGC | USDC PA, Eastern District | McGlynn, Glisson & Mouton |