# AMENDED EXHIBIT J
### Direct-Filed Plaintiffs Who Have Settled And Have More Than One Complaint Pending

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Angela Asberry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01468-PHX-DGC | CV-19-01468-PHX-DGC | USDC IA, Southern District | Napoli Shkolnik, PLLC - Melville |
| Lenward Bentley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01540-PHX-DGC | CV-19-01540-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik, PLLC - Melville |
| Robert Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01002-PHX-DGC | CV-19-01002-PHX-DGC | USDC AL, Middle District | Fenstersheib Law Group, PA |
| Jessica Calhoun v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04241-PHX-DGC | CV-19-04241-PHX-DGC | USDC GA, Northern District | Fears Nachawati Law Firm |
| Nickie Camp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03957-PHX-DGC | CV-19-03957-PHX-DGC | USDC MO, Western District | Goldman Scarlato & Penny, PC |
| Amanda Mae Carroll v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00767-PHX-DGC | CV-17-00767-PHX-DGC | USDC MN | Murphy Law Firm LLC |
| David Cox v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00367-PHX-DGC | CV-19-00367-PHX-DGC | USDC WV, Northern District | McGlynn, Glisson & Mouton |
| Darryl Allen Fiset (a/k/a Darryl A. Furman) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00198-PHX-DGC | CV-19-00198-PHX-DGC | USDC OK, Northern District | Dalimonte Rueb Stoller, LLP - Boston, MA |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Maria Fritz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02824-PHX-DGC | CV-18-02824-PHX-DGC | USDC WI, Eastern District | Napoli Shkolnik & Associates, PLLC - NY |
| Donna Harris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01956-PHX-DGC | CV-19-01956-PHX-DGC | USDC TX, Southern District | McSweeney Langevin, LLC |
| Sandra Harvey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02045-PHX-DGC | CV-19-02045-PHX-DGC | USDC GA, Southern District | McGlynn, Glisson & Mouton |
| Ginger Henley and Glen Henley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03968-PHX-DGC | CV-16-03968-PHX-DGC | USDC MO, Western District | Paglialunga & Harris, PS |
| Brittany Hughes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01471-PHX-DGC | CV-19-01471-PHX-DGC | USDC AL, Northern District | Napoli Shkolnik, PLLC - Melville |
| Billie Inzar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04248-PHX-DGC | CV-16-04248-PHX-DGC | USDC NC, Eastern District | Sanders Phillips Grossman LLC |
| Shiray Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04404-PHX-DGC | CV-18-04404-PHX-DGC | USDC GA, Northern District | McGlynn, Glisson & Mouton |
| Paula Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03683-PHX-DGC | CV-17-03683-PHX-DGC | USDC WA, Eastern District | McGlynn, Glisson & Mouton |
| Lynda Kendrick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00995-PHX-DGC | CV-19-00995-PHX-DGC | USDC FL, Middle District | Fenstersheib Law Group, PA |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Sonya Legg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00694-PHX-DGC | CV-19-00694-PHX-DGC | USDC IN, Northern District | Fenstersheib Law Group, PA |
| James Litchfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01460-PHX-DGC | CV-19-01460-PHX-DGC | USDC TX, Southern District | Napoli Shkolnik, PLLC - Melville |
| Johnnie Maye v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00731-PHX-DGC | CV-19-00731-PHX-DGC | USDC MI, Eastern District | Hare, Wynn, Newell & Newton, LLP |
| Marcus Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02152-PHX-DGC | CV-19-02152-PHX-DGC | USDC MO, Western District | McGlynn, Glisson & Mouton |
| Andrea VanWinkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04297-PHX-DGC | CV-16-04297-PHX-DGC | USDC OK, Eastern District | Gruber & Gruber |
| ~~Jackie L. Satterfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03573-PHX-DGC~~ | ~~CV-19-03573-PHX-DGC~~ | ~~USDC AR, Western District~~ | ~~Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA~~ |
| Erin Sechrest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04732-PHX-DGC | CV-18-04732-PHX-DGC | USDC FL, Middle District | McSweeney Langevin, LLC |
| Brittni Shaw v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03079-PHX-DGC | CV-19-03079-PHX-DGC | USDC IA, Southern District | Wilshire Law Firm |
| Latisha Stapleton v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03925-PHX-DGC | CV-17-03925-PHX-DGC | USDC MO, Western District | Murphy Law Firm LLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Frank Tolerico v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02829-PHX-DGC | CV-18-02829-PHX-DGC | USDC CA, Central District | Napoli Shkolnik & Associates, PLLC - NY |
| Carolyn Warren v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03835-PHX-DGC | CV-19-03835-PHX-DGC | USDC AL, Middle District | Goss Law Firm, PC |
| Kimberly Wiesen v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01967-PHX-DGC | CV-19-01967-PHX-DGC | USDC MO, Western District | Kirkendall Dwyer LLP |