# EXHIBIT K
## Direct-Filed Plaintiffs Who Have More Than One Complaint Pending To Be Remanded

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| William Barron v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02863-PHX-DGC | CV-17-02863-PHX-DGC | USDC FL, Middle District | Gomez Trial Attorneys |
| William K. Barron, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02894-PHX-DGC | CV-19-02894-PHX-DGC | USDC FL, Middle District | Schneider Hammers LLC |
| Amy Eggers and Mark Eggers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04231-PHX-DGC | CV-18-04231-PHX-DGC | USDC MN | Meshbesher & Spence, Ltd |
| Amy L. Eggers and Mark Eggers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01803-PHX-DGC | CV-18-01803-PHX-DGC | USDC MN | Fears Nachawati Law Firm |
| Gary Evans v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04078-PHX-DGC | CV-19-04078-PHX-DGC | USDC FL, Middle District | Fears Nachawati Law Firm |
| Gary Lee Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03292-PHX-DGC | CV-18-03292-PHX-DGC | USDC FL, Middle District | Waters & Kraus, LLP - Dallas, TX |
| John Levendoski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03460-PHX-DGC | CV-19-03460-PHX-DGC | USDC NM | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| John R. Levendoski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03986-PHX-DGC | CV-19-03986-PHX-DGC | USDC NM | James, Vernon & Weeks PA |
| Nekesha Kashay Lowery v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04650-PHX-DGC | CV-18-04650-PHX-DGC | | Nations Law Firm - Houston, TX |
| Nekesha Lowery v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03269-PHX-DGC | CV-16-03269-PHX-DGC | USDC KY, Western District | Murphy Law Firm LLC |
| Larry Mace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02731-PHX-DGC | CV-18-02731-PHX-DGC | USDC MO, Western District | Florin Roebig, PA |
| Larry Mace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01993-PHX-DGC | CV-19-01993-PHX-DGC | USDC MO, Western District | McGlynn, Glisson & Mouton |
| Chris Norman and Maria Norman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03693-PHX-DGC | CV-19-03693-PHX-DGC | USDC FL, Southern District | Schneider Hammers LLC |
| Christopher Norman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01975-PHX-DGC | CV-19-01975-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton |
| Carlton B. Raynor Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04148-PHX-DGC | CV-19-04148-PHX-DGC | USDC NV | Murphy Law Firm LLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Carlton Raynor, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04314-PHX-DGC | CV-19-04314-PHX-DGC | USDC IL, Northern District | Dalimonte Rueb Stoller, LLP - Phoenix, AZ |
| Mary Self v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02562-PHX-DGC | CV-18-02562-PHX-DGC | USDC LA, Eastern District | Wendt Law Firm, PC |
| Mary Self v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02247-PHX-DGC | CV-19-02247-PHX-DGC | USDC LA, Middle District | Dalimonte Rueb Stoller, LLP - Boston, MA |
| Lois Jean Shobert v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02411-PHX-DGC | CV-19-02411-PHX-DGC | USDC NJ | McGlynn, Glisson & Mouton |
| Lois Shobert v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03729-PHX-DGC | CV-19-03729-PHX-DGC | USDC OK, Eastern District | Schneider Hammers LLC |
| Edward Lee Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01630-PHX-DGC | CV-19-01630-PHX-DGC | USDC TX, Western District | Martin Baughman, PLLC |
| Edward Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03903-PHX-DGC | CV-19-03903-PHX-DGC | USDC TX, Western District | Fenstersheib Law Group, PA |
| Larry Gene Tatom v. C. R. Bard, Inc. and Bard Peripehral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04801-PHX-DGC | CV-17-04801-PHX-DGC | USDC TX, Eastern District | Martin Baughman, PLLC |
| Larry Tatom v. C. R. Bard, Inc. and Bard Peripehral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01139-PHX-DGC | CV-18-01139-PHX-DGC | USDC TX, Eastern District | McGlynn, Glisson & Mouton |