**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA**

| | |
|---|---|
| PENNY M. GRABOYES,<br><br>    Plaintiff,<br><br>  v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) MDL Case No. 2:15-md-02641-DGC<br>)<br>) Civil Action No.  CV-18-04079-PHX-DGC<br>)<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  January 3, 2020    /s/ Richard B. North, Jr.
                *Attorney's signature*

                Richard B. North, Jr. (Ga. Bar No. 545599)
                *Printed Name and bar number*

                Nelson Mullins Riley & Scarborough, LLP
                201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                *Address*

                richard.north@nelsonmullins.com
                *E-mail address*

                (404) 322-6155
                *Telephone number*

                (404) 322-6050
                *FAX number*