**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES RONNIE WEBB, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C. R. BARD, INC. and BARD PERIPHERAL ) <br> VASCULAR, INC., ) <br> ) <br> Defendants. ) | MDL Case No. 2:15-md-02641-DGC <br><br> Civil Action No. CV-18-01723-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  January 3, 2020   /s/ Richard B. North, Jr.
                                             *Attorney's signature*

                                         Richard B. North, Jr. (Ga. Bar No. 545599)
                                         *Printed Name and bar number*

                                         Nelson Mullins Riley & Scarborough, LLP
                                         201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                         *Address*

                                         richard.north@nelsonmullins.com
                                         *E-mail address*

                                         (404) 322-6155
                                         *Telephone number*

                                         (404) 322-6050
                                         *FAX number*