# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Charles Ablan,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-00825-PHX DGC<br><br>**ORDER** |
| Laydell Akemon,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-03413-PHX DGC<br><br>**ORDER** |
| Angela Alexander,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00322-PHX DGC<br><br>**ORDER** |
| Dianna Allen,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-03012-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Yvette Andalon,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02219-PHX DGC<br><br>**ORDER** |
| James Andrews,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-03172-PHX DGC<br><br>**ORDER** |
| Harold Angrick,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-04108-PHX DGC<br><br>**ORDER** |
| Paulo Araujo,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-03316-PHX DGC<br><br>**ORDER** |
| Thomas Bak,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01764-PHX DGC<br><br>**ORDER** |
| Debra Baker,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV18-00375-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Ballard,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV16-03332-PHX DGC<br><br>**ORDER** |
| Curtis Balvanz,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV16-03720-PHX DGC<br><br>**ORDER** |
| Lakeya Baskom,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV16-02450-PHX DGC<br><br>**ORDER** |
| Lea Berger,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV16-03670-PHX DGC<br><br>**ORDER** |
| Helene Bernstein,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV16-01775-PHX DGC<br><br>**ORDER** |
| Devin Berry,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                        Defendants. | No.  CV19-02563-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wanda Bichler, | No.  CV18-00523-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Pamela Bingham, | No.  CV16-00253-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Edward Blair, | No.  CV16-01677-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Cynthia Blake, | No.  CV18-01887-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Kyle Bois, | No.  CV16-02200-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Michelle Boudreau, | No.  CV16-00393-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Esther Brasman,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>          Defendants. | No.  CV17-00018-PHX DGC<br><br>**ORDER** |
| Tamesha Brooks,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>          Defendants. | No.  CV17-03170-PHX DGC<br><br>**ORDER** |
| William Brown,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>          Defendants. | No.  CV16-04331-PHX DGC<br><br>**ORDER** |
| Tracy Brown,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>          Defendants. | No.  CV16-02222-PHX DGC<br><br>**ORDER** |
| Florence Bures,<br><br>          Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>          Defendants. | No.  CV16-00137-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven Bushman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-00890-PHX DGC<br><br>**ORDER** |
| Alan Bushman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-02243-PHX DGC<br><br>**ORDER** |
| Joseph Caldwell,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-01780-PHX DGC<br><br>**ORDER** |
| Bryan Campbell,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-01637-PHX DGC<br><br>**ORDER** |
| Otto Carnes,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV19-02131-PHX DGC<br><br>**ORDER** |
| Dwayne Carroll,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-02384-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Debra Castellano,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV15-01738-PHX DGC<br><br>**ORDER** |
| Katrina Caston,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00960-PHX DGC<br><br>**ORDER** |
| Cassidae Chance,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02255-PHX DGC<br><br>**ORDER** |
| Valerie Chandler,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00996-PHX DGC<br><br>**ORDER** |
| Amanda Channell,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03204-PHX DGC<br><br>**ORDER** |
| Meghan Chapman-Babb,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00100-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Roger Chilton,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV19-01789-PHX DGC<br><br>**ORDER** |
| Eva Clanton,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV19-02063-PHX DGC<br><br>**ORDER** |
| James Clark,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-02701-PHX DGC<br><br>**ORDER** |
| Roxanne Clayton,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-03671-PHX DGC<br><br>**ORDER** |
| Willie Clinton,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-02477-PHX DGC<br><br>**ORDER** |
| Russell Coats,<br><br>            Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>            Defendants. | No.  CV16-02136-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jacquelyn Cochran,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-00233-PHX DGC<br><br>**ORDER** |
| Jennifer Coggins,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-03638-PHX DGC<br><br>**ORDER** |
| Tiffany Cole,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-02367-PHX DGC<br><br>**ORDER** |
| Esther Coleman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-02340-PHX DGC<br><br>**ORDER** |
| Shenitha Coleman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-03305-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patti Conard,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV17-03244-PHX DGC<br><br>**ORDER** |
| Junnigh Contreras,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV17-00857-PHX DGC<br><br>**ORDER** |
| Joel Corba,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV16-02244-PHX DGC<br><br>**ORDER** |
| Donald Corcoran,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV18-00318-PHX DGC<br><br>**ORDER** |
| Henry Cordes,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV16-02569-PHX DGC<br><br>**ORDER** |
| Nicole Costanzo,<br><br>             Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>             Defendants. | No.  CV17-00460-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kisha Coward,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV17-04109-PHX DGC<br><br>**ORDER** |
| Brenda Cox,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02417-PHX DGC<br><br>**ORDER** |
| Dorothy Cox,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02166-PHX DGC<br><br>**ORDER** |
| Stacey Cox,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV19-03476-PHX DGC<br><br>**ORDER** |
| Florine Daniels,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-03672-PHX DGC<br><br>**ORDER** |
| Marianna Davis Kuhn,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02571-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shelley Dion,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-02053-PHX DGC<br><br>**ORDER** |
| Athena Douglas,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-02252-PHX DGC<br><br>**ORDER** |
| Sandra Dove,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV19-01779-PHX DGC<br><br>**ORDER** |
| Catherine Duda,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-00023-PHX DGC<br><br>**ORDER** |
| Norma Dukett,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV15-02303-PHX DGC<br><br>**ORDER** |
| William Dunaway,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-03673-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Dutton,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02343-PHX DGC<br><br>**ORDER** |
| Milton Eady,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV19-02908-PHX DGC<br><br>**ORDER** |
| Robert Eason,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01464-PHX DGC<br><br>**ORDER** |
| Vivian Edwards,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-03674-PHX DGC<br><br>**ORDER** |
| Monica Edwards,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-02785-PHX DGC<br><br>**ORDER** |
| Susan Eisenbrandt,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants.t | No.  CV16-02515-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Elston,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02061-PHX DGC<br><br>**ORDER** |
| Deborah Enriquez,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02344-PHX DGC<br><br>**ORDER** |
| Jacqueline Estrada,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01797-PHX DGC<br><br>**ORDER** |
| Darnell Felder, Jr ,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02774-PHX DGC<br><br>**ORDER** |
| Teresa Fields,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02223-PHX DGC<br><br>**ORDER** |
| Aleacia Fisher,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00171-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Louis Fletcher,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01820-PHX DGC<br><br>**ORDER** |
| Charles Ford,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01819-PHX DGC<br><br>**ORDER** |
| Karen Foster,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV18-01658-PHX DGC<br><br>**ORDER** |
| Christine Frye,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV19-02669-PHX DGC<br><br>**ORDER** |
| Dulce Garcia,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV17-00799-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Debra Garner,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02144-PHX DGC<br><br>**ORDER** |
| Christian Gates,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02220-PHX DGC<br><br>**ORDER** |
| William Gonzalez,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02254-PHX DGC<br><br>**ORDER** |
| Veronica Gordon,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02056-PHX DGC<br><br>**ORDER** |
| Bernard Gottlieb,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01905-PHX DGC<br><br>**ORDER** |
| Ruth Graham,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00418-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Randy Gray,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03047-PHX DGC<br><br>**ORDER** |
| Linda Gualdoni,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02451-PHX DGC<br><br>**ORDER** |
| Michael Guarino,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00247-PHX DGC<br><br>**ORDER** |
| James Gurton,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02598-PHX DGC<br><br>**ORDER** |
| James Guy,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03675-PHX DGC<br><br>**ORDER** |
| Charles Hafer,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03900-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tara Hall,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-00076-PHX DGC<br><br>**ORDER** |
| Judith Hall,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. , | No.  CV16-01798-PHX DGC<br><br>**ORDER** |
| Mary Jones-Hancock<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-02475-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21015.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21015) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 30th day of December, 2019.

David G. Campbell
Senior United States District Judge