Gregory N. McEwen (MN 0273843)
MCEWEN LAW FIRM, LTD.
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile: (651) 223-5790
Email: gmcewen@mcewenlaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. 2:19-cv-02909-DGC |
| Mister JC Lee, | |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mister JC Lee and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear their own costs.

| | |
|---|---|
| By: */s/ Gregory N. McEwen*<br>Gregory N. McEwen (#0273843)<br>McEwen Law Firm, Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN 55076<br>Telephone: (651) 224-3833<br>Email: gmcewen@mcewenlaw.com | By: */s/ Richard B. North*<br>Richard B. North, Jr., Esq.<br>Nelson Mullins Riley & Scarborough, LLC<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Email: Richard.north@nelsonmullins.com |
| *Counsel for Plaintiff* | *Counsel for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |
| Dated: January 6, 2020 | Dated: January 6, 2020 |