**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. 2:19-cv-02909-DGC |
| Mister JC Lee, | |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiff Mister JC Lee and Defendants concerning Civil Action No. 2:19-cv-02909, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

Dated: _____, 2020.

BY THE COURT:

_____
The Hon. David G. Campbell
United States District Judge