James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jcondo@swlaw.com
       kgallardo@swlaw.com
Attorneys for Defendants Bard Peripheral
Vascular, Inc. and C.R. Bard, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lauro Vargas Caldera,<br><br>        Plaintiff,<br><br>    v.<br><br>Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al.,<br><br>        Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Civil Action No. CV-19-04266-PHX-DGC<br><br>**NOTICE OF APPEARANCE** |

James R. Condo and Kristine L. Gallardo of the law firm Snell & Wilmer L.L.P. hereby enter an appearance as counsel of record for Defendants Bard Peripheral Vascular, Inc. and C. R. Bard, Inc. The address, telephone number, and other contact information of counsel are listed above.

DATED this 6th day of January, 2020.

SNELL & WILMER L.L.P.


By: *s/Kristine L. Gallardo*
James R. Condo
Kristine L. Gallardo
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Defendants Bard
Peripheral Vascular, Inc. and C.R.
Bard, Inc., et al.*

4826-4410-9232

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/Kathy Sprinkle*

4826-4410-9232