1   James R. Condo (#005867)
    Kristine L. Gallardo (#033975)
2   SNELL & WILMER L.L.P.
    One Arizona Center
3   400 E. Van Buren, Suite 1900
    Phoenix, Arizona  85004-2202
4   Telephone:  602.382.6000
    Facsimile:  602.382.6070
5   E-Mail: jcondo@swlaw.com
         kgallardo@swlaw.com
6   *Attorneys for Defendants Bard Peripheral*
    *Vascular, Inc. and C.R. Bard, Inc., et al.*
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ARIZONA

10

11  Bruce Vollick,

12                        Plaintiff,

13        v.

14  Bard Peripheral Vascular, Inc. and C. R.
    Bard, Inc., et al.,

15

16                        Defendants.

MDL Case No. 2:15-md-02641-DGC

Civil Action No. CV-17-02588-PHX-DGC

**NOTICE OF APPEARANCE**

17        James R. Condo and Kristine L. Gallardo of the law firm Snell & Wilmer L.L.P.

18  hereby enter an appearance as counsel of record for Defendants Bard Peripheral Vascular,

19  Inc. and C. R. Bard, Inc.  The address, telephone number, and other contact information of

20  counsel are listed above.

21        DATED this 6th day of January, 2020.

22                                            SNELL & WILMER L.L.P.

23

24                                            By: *s/Kristine L. Gallardo*
                                                  James R. Condo
25                                                Kristine L. Gallardo
                                                  One Arizona Center
26                                                400 E. Van Buren, Suite 1900
                                                  Phoenix, Arizona  85004-2202
27                                                *Attorneys for Defendants Bard*
                                                  *Peripheral Vascular, Inc. and C.R.*
28                                                *Bard, Inc., et al.*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

4836-0086-9296

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/Kathy Sprinkle*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4836-0086-9296