# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Harper Faulkner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00899-PHX DGC<br><br>**ORDER** |
| Pamela Faulkner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00610-PHX DGC<br><br>**ORDER** |
| Frank Fehmel,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00912-PHX DGC<br><br>**ORDER** |
| Barbara Ferguson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02682-PHX DGC<br><br>**ORDER** |

1

| | |
|---|---|
| James Fields,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01165-PHX DGC<br><br>**ORDER** |
| Susan Fillers,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03816-PHX DGC<br><br>**ORDER** |
| Matt Fisher,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00886-PHX DGC<br><br>**ORDER** |
| Dianna Fiskin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02883-PHX DGC<br><br>**ORDER** |
| Jacqueline Flatt,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01673-PHX DGC<br><br>**ORDER** |
| Nina Flores,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00769-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Scott Fogel,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02971-PHX DGC<br><br>**ORDER** |
| Judy Folkman,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01135-PHX DGC<br><br>**ORDER** |
| Michael Foltz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01204-PHX DGC<br><br>**ORDER** |
| Effie Fontenot,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01166-PHX DGC<br><br>**ORDER** |
| Judy Ford,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01038-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ann Forkey,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01938-PHX DGC<br><br>**ORDER** |
| Barbara Forte,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00177-PHX DGC<br><br>**ORDER** |
| Brian Forwerck,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02125-PHX DGC<br><br>**ORDER** |
| Maliaka Foster,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02907-PHX DGC<br><br>**ORDER** |
| Michelle Fountain,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00881-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Fox,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01327-PHX DGC<br><br>**ORDER** |
| Julia Frampton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03874-PHX DGC<br><br>**ORDER** |
| Eugenia French,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03016-PHX DGC<br><br>**ORDER** |
| Carol Freudenberg,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02200-PHX DGC<br><br>**ORDER** |
| Louie Fugate,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02921-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Karen Fugett,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01665-PHX DGC<br><br>**ORDER** |
| Martha Funderburk,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03440-PHX DGC<br><br>**ORDER** |
| Christi Gallagher,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01071-PHX DGC<br><br>**ORDER** |
| Anna Gallegos,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03436-PHX DGC<br><br>**ORDER** |
| Jeffrey Gambrell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00909-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Solimar Garcia,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04591-PHX DGC<br><br>**ORDER** |
| Jose Garcia,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03431-PHX DGC<br><br>**ORDER** |
| Olimpia Garza,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01364-PHX DGC<br><br>**ORDER** |
| Victoria Gaunt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02256-PHX DGC<br><br>**ORDER** |
| Kenya Gaynor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00432-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nancy Geary,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01112-PHX DGC<br><br>**ORDER** |
| Wayne Gehring,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02966-PHX DGC<br><br>**ORDER** |
| Michael Giambrocono,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01503-PHX DGC<br><br>**ORDER** |
| Frederick Gibson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-04212-PHX DGC<br><br>**ORDER** |
| Judy Gibson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01712-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Gilbert,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03192-PHX DGC<br><br>**ORDER** |
| Tammy Gill,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00762-PHX DGC<br><br>**ORDER** |
| Lee Gillard,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01852-PHX DGC<br><br>**ORDER** |
| Ardella Gillis,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02117-PHX DGC<br><br>**ORDER** |
| Carolyn Glover,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01753-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Elsa Goff,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01299-PHX DGC<br><br>**ORDER** |
| Phillip Goins,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01865-PHX DGC<br><br>**ORDER** |
| Thomas Golden,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00950-PHX DGC<br><br>**ORDER** |
| Anita Gonzalez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02110-PHX DGC<br><br>**ORDER** |
| Beulah Gordon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03411-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tracy Gordon,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03101-PHX DGC<br><br>**ORDER** |
| Jennifer Gosche,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00331-PHX DGC<br><br>**ORDER** |
| Henry Gradney,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00758-PHX DGC<br><br>**ORDER** |
| Leslie Grady,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01673-PHX DGC<br><br>**ORDER** |
| Walter H Graham,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02185-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lindsey Graham,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. , | No. CV19-03049-PHX DGC<br><br>**ORDER** |
| Rachel Granados,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01396-PHX DGC<br><br>**ORDER** |
| Roy Graves,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04080-PHX DGC<br><br>**ORDER** |
| Angelica Green,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01178-PHX DGC<br><br>**ORDER** |
| Annette Green,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02184-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Beth Green,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01220-PHX DGC<br><br>**ORDER** |
| Jennifer Green,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04085-PHX DGC<br><br>**ORDER** |
| Susan Greenwalt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02509-PHX DGC<br><br>**ORDER** |
| Michael Griffin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03310-PHX DGC<br><br>**ORDER** |
| Jason Griffin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03504-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Griffith,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01771-PHX DGC<br><br>**ORDER** |
| Susan Grimes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03326-PHX DGC<br><br>**ORDER** |
| Gregory Guiteras,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02495-PHX DGC<br><br>**ORDER** |
| Susan Gunter,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03802-PHX DGC<br><br>**ORDER** |
| Sara Gunther,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00756-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Ann Gwynn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03412-PHX DGC<br><br>**ORDER** |
| Ronnie Hadley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02677-PHX DGC<br><br>**ORDER** |
| Roger Hagan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02587-PHX DGC<br><br>**ORDER** |
| Gregory Hager,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00178-PHX DGC<br><br>**ORDER** |
| Gabriel Haick,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03506-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rodney Haigis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02972-PHX DGC<br><br>**ORDER** |
| Tamra Hale,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02968-PHX DGC<br><br>**ORDER** |
| Daniel Hall,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00197-PHX DGC<br><br>**ORDER** |
| Sharon Halverson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01194-PHX DGC<br><br>**ORDER** |
| Clifton Hamilton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01700-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bernice Hanemann,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01010-PHX DGC<br><br>**ORDER** |
| William Hardiman,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01747-PHX DGC<br><br>**ORDER** |
| Christopher Hargrove,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03494-PHX DGC<br><br>**ORDER** |
| Deidre Harlow,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03177-PHX DGC<br><br>**ORDER** |
| Jesse Harness,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00225-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christine Harp,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01203-PHX DGC<br><br>**ORDER** |
| Donald Harper,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02505-PHX DGC<br><br>**ORDER** |
| Marty Harris,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03400-PHX DGC<br><br>**ORDER** |
| Jerri Harris,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00745-PHX DGC<br><br>**ORDER** |
| Kimberly Harris,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02426-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sara Hartfield,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01255-PHX DGC<br><br>**ORDER** |
| Sandra Harvey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03868-PHX DGC<br><br>**ORDER** |
| Robert Hasson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00895-PHX DGC<br><br>**ORDER** |
| Stephen Hatfield,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03060-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20995.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20995) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 3rd day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge