IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

In Re: BARD IVC FILTERS  MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiffs:

NANCY E. BROWN
Civil Action No. 2:18-cv-00135-DGC

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.  It is further agreed that the non-suit will only apply to docket number 2:18-cv-00135-DGC.  This dismissal does not affect case number 2:18-cv-03499-DGC.

Dated this 6th day of January, 2020.

    Respectfully submitted,

**O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC**

*/s/  Michael J. Quillin*
Michael J. Quillin
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., 23rd Fl, PH 1-A
St. Louis, MO 63117
(314) 405-9000
quillin@osclaw.com
*Counsel for Plaintiff(s)*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
201 17th Street, NW. Suite 1700
Atlanta, GA 30363
Tel. (404) 322-6000
Fax (404) 332-6397
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Michael J. Quillin*
Michael J. Quillin