# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Lubrenda Head,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00272-PHX DGC<br><br>**ORDER** |
| Sara Heard,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01069-PHX DGC<br><br>**ORDER** |
| Deanna Heck,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01476-PHX DGC<br><br>**ORDER** |
| Donna Heckstall,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02289-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Hedger,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03492-PHX DGC<br><br>**ORDER** |
| Samuel Helm,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00732-PHX DGC<br><br>**ORDER** |
| Yolanda Henderson,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01374-PHX DGC<br><br>**ORDER** |
| Christopher Henry,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02444-PHX DGC<br><br>**ORDER** |
| Andrea Yarborough, personal representative of the estate of Augelique Henson,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-04690-PHX DGC<br><br>**ORDER** |
| Matthew Herman,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-03186-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Luis Hernandez,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01130-PHX DGC<br><br>**ORDER** |
| Randall Herndon,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00953-PHX DGC<br><br>**ORDER** |
| Melvena Herrington,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01083-PHX DGC<br><br>**ORDER** |
| Gerald Higgins,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02100-PHX DGC<br><br>**ORDER** |
| Mary Higgins,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02024-PHX DGC<br><br>**ORDER** |
| David Hildebrandt,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00982-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jermaine Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-04600-PHX DGC<br><br>**ORDER** |
| Betty Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00767-PHX DGC<br><br>**ORDER** |
| Kenyatta Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00940-PHX DGC<br><br>**ORDER** |
| Lisa Hill,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-01768-PHX DGC<br><br>**ORDER** |
| Richard Hilpert,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00960-PHX DGC<br><br>**ORDER** |
| Connie Hilt,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-01905-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald Hockensmith,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01960-PHX DGC<br><br>**ORDER** |
| Lane Holmes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03198-PHX DGC<br><br>**ORDER** |
| Antwan Horton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03521-PHX DGC<br><br>**ORDER** |
| Dave Hottell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03439-PHX DGC<br><br>**ORDER** |
| Janice Hubert,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02873-PHX DGC<br><br>**ORDER** |
| Jennifer Hudson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01239-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gary Huett,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02045-PHX DGC<br><br>**ORDER** |
| David Huffman,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00872-PHX DGC<br><br>**ORDER** |
| Michael Hull,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00447-PHX DGC<br><br>**ORDER** |
| Tethel Humphrey,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04305-PHX DGC<br><br>**ORDER** |
| Carol Hunt,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00398-PHX DGC<br><br>**ORDER** |
| Nakia Hunter,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01240-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Anita Hunt-Nelson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-00149-PHX DGC<br><br>**ORDER** |
| Randall Hutson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01459-PHX DGC<br><br>**ORDER** |
| Dwayne Haysmith,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-01395-PHX DGC<br><br>**ORDER** |
| Elida Infante,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-02974-PHX DGC<br><br>**ORDER** |
| James Irby,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-02409-PHX DGC<br><br>**ORDER** |
| Valerie Isbell,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-01434-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carrie Ivy,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-01082-PHX DGC<br><br>**ORDER** |
| William Izor,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-03495-PHX DGC<br><br>**ORDER** |
| Rick Jabari,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-00872-PHX DGC<br><br>**ORDER** |
| Dover Jackson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-01607-PHX DGC<br><br>**ORDER** |
| James Jackson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-00929-PHX DGC<br><br>**ORDER** |
| Edna Jackson,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-03427-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michelle James,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01249-PHX DGC<br><br>**ORDER** |
| William Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01328-PHX DGC<br><br>**ORDER** |
| Deborah Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01363-PHX DGC<br><br>**ORDER** |
| Ronald Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03505-PHX DGC<br><br>**ORDER** |
| Stalina Johnson,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03532-PHX DGC<br><br>**ORDER** |
| Edward Johnston,<br><br>                Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01832-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jacey Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00752-PHX DGC<br><br>**ORDER** |
| Gwendolyn Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01219-PHX DGC<br><br>**ORDER** |
| Nicole Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00903-PHX DGC<br><br>**ORDER** |
| Nicole Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01305-PHX DGC<br><br>**ORDER** |
| Patricia Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00809-PHX DGC<br><br>**ORDER** |
| Tiffany Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01125-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Veronica Jones,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01685-PHX DGC<br><br>**ORDER** |
| Tammy Jones,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03377-PHX DGC<br><br>**ORDER** |
| Paula Jordan,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00386-PHX DGC<br><br>**ORDER** |
| Ruth Ann Jordan,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00987-PHX DGC<br><br>**ORDER** |
| Randy Joseph,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03513-PHX DGC<br><br>**ORDER** |
| Tamra Joshi,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01218-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kailonia Junkins,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV18-01668-PHX DGC<br><br>**ORDER** |
| Myra Karlson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV19-02583-PHX DGC<br><br>**ORDER** |
| Louis Katz,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV19-01166-PHX DGC<br><br>**ORDER** |
| Racal Kawaauhau,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV19-01128-PHX DGC<br><br>**ORDER** |
| Cherie Keck,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV18-01666-PHX DGC<br><br>**ORDER** |
| Donald A Kelsey,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV18-01959-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Kidd,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-01682-PHX DGC<br><br>**ORDER** |
| Frances Kirk,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV17-01805-PHX DGC<br><br>**ORDER** |
| Diana Knapp,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV18-01694-PHX DGC<br><br>**ORDER** |
| April Knight,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-00779-PHX DGC<br><br>**ORDER** |
| Taunya Knight,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-01337-PHX DGC<br><br>**ORDER** |
| Amanda Knight,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No. CV19-03502-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Malia Knowles-Jones,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04093-PHX DGC<br><br>**ORDER** |
| Jamie Kobert,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01610-PHX DGC<br><br>**ORDER** |
| Michael Kohan,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00970-PHX DGC<br><br>**ORDER** |
| Leroy Koths,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02023-PHX DGC<br><br>**ORDER** |
| Rachel Krommendyk,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03430-PHX DGC<br><br>**ORDER** |
| Kim Krueger,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03057-PHX DGC<br><br>**ORDER** |
| Patricia Kurtz,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03070-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wilfred Ladner,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01334-PHX DGC<br><br>**ORDER** |
| Jeremy Lafferty,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-01270-PHX DGC<br><br>**ORDER** |
| Robert Lagrua,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01718-PHX DGC<br><br>**ORDER** |
| Truman Lamb,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-02488-PHX DGC<br><br>**ORDER** |
| Ronald Lang,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00965-PHX DGC<br><br>**ORDER** |
| Linda Lanier,<br><br>              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00981-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| George Laperriere,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV19-01329-PHX DGC<br><br>**ORDER** |
| Angela Larcom,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV19-01011-PHX DGC<br><br>**ORDER** |
| Paul Lautzenhiser,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV18-02172-PHX DGC<br><br>**ORDER** |
| Amber Lawson,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV19-03048-PHX DGC<br><br>**ORDER** |
| Janet Layne,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV18-01890-PHX DGC<br><br>**ORDER** |
| Shawn Lazer,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV19-01326-PHX DGC<br><br>**ORDER** |
| Teresa Leanza,<br><div style="text-align:center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div style="text-align:center">Defendants.</div> | No. CV19-00774-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20996.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20996) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 3rd day of January, 2020.

David G. Campbell
Senior United States District Judge