# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Rhonda Lee,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02181-PHX DGC<br><br>**ORDER** |
| Sherri Lee,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03226-PHX DGC<br><br>**ORDER** |
| Joan Leese,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01874-PHX DGC<br><br>**ORDER** |
| Harlan Lehman,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01696-PHX DGC<br><br>**ORDER** |
| Mary Leo,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00962-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| David Lesperance,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01511-PHX DGC<br><br>**ORDER** |
| Renee Leveque,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01726-PHX DGC<br><br>**ORDER** |
| Linda Levers,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03061-PHX DGC<br><br>**ORDER** |
| James Lewis,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01224-PHX DGC<br><br>**ORDER** |
| Karyn Lewis,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01207-PHX DGC<br><br>**ORDER** |
| Paula Lewis,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02911-PHX DGC<br><br>**ORDER** |
| Christian Licciardi,<br><br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01271-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jason Lightfoot,<br>                    Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00896-PHX DGC<br><br>**ORDER** |
| Julio Lima,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01033-PHX DGC<br><br>**ORDER** |
| Jessica Liston,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01167-PHX DGC<br><br>**ORDER** |
| Jerry Livingston,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03870-PHX DGC<br><br>**ORDER** |
| Tressie Lomenick,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02654-PHX DGC<br><br>**ORDER** |
| Norma Longoria,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01653-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Erika Lopez, | No. CV19-01175-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |
| Gloria Lopez, | No. CV18-00941-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |
| Tomas Lopez, | No. CV19-03499-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |
| Mike Lopour, | No. CV18-01381-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |
| Sheri Love, | No. CV18-01671-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |
| Carolyn Lowe, | No. CV18-01092-PHX DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, et al., | |
| Defendants. | |

| | |
|---|---|
| Virginia Luberto,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01293-PHX DGC<br><br>**ORDER** |
| Brett Lucas,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01556-PHX DGC<br><br>**ORDER** |
| Christopher Lykes,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03535-PHX DGC<br><br>**ORDER** |
| Georgetta Lynne,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01314-PHX DGC<br><br>**ORDER** |
| William Lyon,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-03783-PHX DGC<br><br>**ORDER** |
| Donald MacAskill,<br><br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01664-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patrick M Macke,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00942-PHX DGC<br><br>**ORDER** |
| Jorge Maduro,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03520-PHX DGC<br><br>**ORDER** |
| Raylene Maldonado,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00760-PHX DGC<br><br>**ORDER** |
| John Malone,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04876-PHX DGC<br><br>**ORDER** |
| Vanessa Manning,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01161-PHX DGC<br><br>**ORDER** |
| Boysie March,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01798-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Marks,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01650-PHX DGC<br><br>**ORDER** |
| Susan Marshall,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02498-PHX DGC<br><br>**ORDER** |
| Gary Martin,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00910-PHX DGC<br><br>**ORDER** |
| Jeannine Martin,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01397-PHX DGC<br><br>**ORDER** |
| Tammy Martin,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02899-PHX DGC<br><br>**ORDER** |
| Michael Martinez,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00994-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Esperanza Martoch,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03511-PHX DGC<br><br>**ORDER** |
| Mary Maslayak,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01862-PHX DGC<br><br>**ORDER** |
| Reginald Mathis,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03469-PHX DGC<br><br>**ORDER** |
| Gregory McAdams,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01554-PHX DGC<br><br>**ORDER** |
| Gloria Davis-McArthur, executor of the<br>estate of Harold McArthur,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03072-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph McCann,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-03425-PHX DGC<br><br>**ORDER** |
| Sherry McCauley,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-03071-PHX DGC<br><br>**ORDER** |
| Monroe McClain,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00776-PHX DGC<br><br>**ORDER** |
| Eugene McCleveland,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04146-PHX DGC<br><br>**ORDER** |
| Natalia McCormack,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-00584-PHX DGC<br><br>**ORDER** |
| Gary McCormick,<br><br>              Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00975-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kristy McCorvey,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03721-PHX DGC<br><br>**ORDER** |
| Dawn McDonald,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01294-PHX DGC<br><br>**ORDER** |
| Kym McGee,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01815-PHX DGC<br><br>**ORDER** |
| Cheryl McGinnis,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01168-PHX DGC<br><br>**ORDER** |
| Martin McGlothan,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01674-PHX DGC<br><br>**ORDER** |
| Shauncey McGowan,<br><br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-01599-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William McMillian,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00885-PHX DGC<br><br>**ORDER** |
| Monica McNeely-Peterson,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01217-PHX DGC<br><br>**ORDER** |
| Thomas McNeil,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00891-PHX DGC<br><br>**ORDER** |
| Deborah Middleton,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02126-PHX DGC<br><br>**ORDER** |
| Susan Miller,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02124-PHX DGC<br><br>**ORDER** |
| Talitha Miller,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01750-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Zenia Miller,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01017-PHX DGC<br><br>**ORDER** |
| Terry Miller,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03510-PHX DGC<br><br>**ORDER** |
| Joseph Mitchell,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00844-PHX DGC<br><br>**ORDER** |
| Darren Mooneyham,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01754-PHX DGC<br><br>**ORDER** |
| Betty Mooneyhan,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02755-PHX DGC<br><br>**ORDER** |
| Carlton Moore,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00165-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Doris Moore,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01502-PHX DGC<br><br>**ORDER** |
| Larry Morgan,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-00497-PHX DGC<br><br>**ORDER** |
| Roy Morgan III,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00714-PHX DGC<br><br>**ORDER** |
| Mary Moriwaki,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03384-PHX DGC<br><br>**ORDER** |
| Robert Morris,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01425-PHX DGC<br><br>**ORDER** |
| Dennis Morris,<br><br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03490-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rodney Morton,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00900-PHX DGC<br><br>**ORDER** |
| Ann Mueller,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04591-PHX DGC<br><br>**ORDER** |
| Donald Mullins,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00914-PHX DGC<br><br>**ORDER** |
| Peggy Mullins,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00044-PHX DGC<br><br>**ORDER** |
| Joshua Jordan Mulqueen,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01377-PHX DGC<br><br>**ORDER** |
| Orndary Murphy,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01225-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joni Murray,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-03067-PHX DGC<br><br>**ORDER** |
| Keith Murray,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-02872-PHX DGC<br><br>**ORDER** |
| Dawud A. Mustafa Sr. ,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-03749-PHX DGC<br><br>**ORDER** |
| Janet Nachman,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-03731-PHX DGC<br><br>**ORDER** |
| Keith Nagle,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-04181-PHX DGC<br><br>**ORDER** |
| Otis Needham,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-02248-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tyler Newman,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01177-PHX DGC<br><br>**ORDER** |
| Stephen Nitzsche,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-01918-PHX DGC<br><br>**ORDER** |
| Stephen Noll,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00948-PHX DGC<br><br>**ORDER** |
| Ronald Noone,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03801-PHX DGC<br><br>**ORDER** |
| William Nowell,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03523-PHX DGC<br><br>**ORDER** |
| Jean Nowlin,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03069-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Adam Obrecht,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02025-PHX DGC<br><br>**ORDER** |
| Michael O'Connor,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01242-PHX DGC<br><br>**ORDER** |
| Ronald Oddy,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02119-PHX DGC<br><br>**ORDER** |
| Brenda Ohl,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02015-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20998.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20998) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 6th day of January, 2020.

David G. Campbell
Senior United States District Judge