# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Joseph Olsen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02044-PHX DGC<br><br>**ORDER** |
| Linda Orick,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01978-PHX DGC<br><br>**ORDER** |
| Carrie Osborne,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03102-PHX DGC<br><br>**ORDER** |
| Charles Osbourn,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04132-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeanne Padilla,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-03477-PHX DGC<br><br>**ORDER** |
| Melinda Page,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02833-PHX DGC<br><br>**ORDER** |
| Amie Palmer,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01247-PHX DGC<br><br>**ORDER** |
| Jennifer Panetto,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00915-PHX DGC<br><br>**ORDER** |
| Linda Parker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02113-PHX DGC<br><br>**ORDER** |
| Patricia L. Parker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03123-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Amber Parnell,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03056-PHX DGC<br><br>**ORDER** |
| Kathleen Pasternak,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01855-PHX DGC<br><br>**ORDER** |
| Vicki Patton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01491-PHX DGC<br><br>**ORDER** |
| Don Pava,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01740-PHX DGC<br><br>**ORDER** |
| Ronald Pearson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00064-PHX DGC<br><br>**ORDER** |
| Robert Perman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01945-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| Robert Perry,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03046-PHX DGC<br><br>**ORDER** |
| Toshiba Person,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-00951-PHX DGC<br><br>**ORDER** |
| Jeffrey Pfalzgraf,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-02144-PHX DGC<br><br>**ORDER** |
| Jane Pflaum,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01005-PHX DGC<br><br>**ORDER** |
| LaTanya Pickett,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03509-PHX DGC<br><br>**ORDER** |
| Robin Pitts,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01081-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ruth Pleasant,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-03347-PHX DGC<br><br>**ORDER** |
| Anna Plymesser,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04098-PHX DGC<br><br>**ORDER** |
| William Powell,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-00059-PHX DGC<br><br>**ORDER** |
| Teresa Paterson as executor for LaDona Powers, deceased,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04157-PHX DGC<br><br>**ORDER** |
| Laura Power,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03662-PHX DGC<br><br>**ORDER** |
| Ian Preece,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00973-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Judith Price,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01477-PHX DGC<br><br>**ORDER** |
| Orville Price,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01667-PHX DGC<br><br>**ORDER** |
| Lester Proctor,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01893-PHX DGC<br><br>**ORDER** |
| Linda Pryor,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01589-PHX DGC<br><br>**ORDER** |
| Nova Putney,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-03255-PHX DGC<br><br>**ORDER** |
| Tammy Quitman,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV19-03047-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronald Ragsdale,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01054-PHX DGC<br><br>**ORDER** |
| Kelly Ralabate,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03525-PHX DGC<br><br>**ORDER** |
| Loleta Ramos,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01900-PHX DGC<br><br>**ORDER** |
| Jeanette Randall,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01126-PHX DGC<br><br>**ORDER** |
| JoAnn Rapp,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-02490-PHX DGC<br><br>**ORDER** |
| Colleen Ravert,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01993-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dolores Reardon,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02109-PHX DGC<br><br>**ORDER** |
| Tammy Redd,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01074-PHX DGC<br><br>**ORDER** |
| Billie Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01745-PHX DGC<br><br>**ORDER** |
| Deborah Reed,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00911-PHX DGC<br><br>**ORDER** |
| Rafik Refaat,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02608-PHX DGC<br><br>**ORDER** |
| Glynn Reine,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02895-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carla Renner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03017-PHX DGC<br><br>**ORDER** |
| Anita Reynolds,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01872-PHX DGC<br><br>**ORDER** |
| William Rhodall,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01984-PHX DGC<br><br>**ORDER** |
| James Richeson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01655-PHX DGC<br><br>**ORDER** |
| Dwight Ricketts,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00495-PHX DGC<br><br>**ORDER** |
| Tim Ring,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00889-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Francisco Rivera,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00949-PHX DGC<br><br>**ORDER** |
| Tony Rivera,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02145-PHX DGC<br><br>**ORDER** |
| Gilberto Rivera,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-03066-PHX DGC<br><br>**ORDER** |
| Willie Robins,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02785-PHX DGC<br><br>**ORDER** |
| Catherine Robinson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01070-PHX DGC<br><br>**ORDER** |
| Heather Robinson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-03181-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christina Rodriguez,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00255-PHX DGC<br><br>**ORDER** |
| Jorge Roman,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-04953-PHX DGC<br><br>**ORDER** |
| Lindarose Rondina,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03030-PHX DGC<br><br>**ORDER** |
| Patricia Rose,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-02786-PHX DGC<br><br>**ORDER** |
| Kristen Rosengrant,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01648-PHX DGC<br><br>**ORDER** |
| Howard Rosenstein,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV18-02507-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Francis Ross,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03019-PHX DGC<br><br>**ORDER** |
| Corey Rossetto,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01702-PHX DGC<br><br>**ORDER** |
| Kristen Royse,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04456-PHX DGC<br><br>**ORDER** |
| David Rubinson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03517-PHX DGC<br><br>**ORDER** |
| Shirley Kay Ruehle,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01770-PHX DGC<br><br>**ORDER** |
| Delorise Runnels,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01378-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Amira Sabanovic,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03432-PHX DGC<br><br>**ORDER** |
| Ernesto Sanchez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02011-PHX DGC<br><br>**ORDER** |
| Mario Sanchez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03029-PHX DGC<br><br>**ORDER** |
| Deborah Sanders,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00969-PHX DGC<br><br>**ORDER** |
| Sabrina Sanders,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00861-PHX DGC<br><br>**ORDER** |
| Greg Sanders,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03433-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Megan Sardis,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01711-PHX DGC<br><br>**ORDER** |
| Susan Saulnier,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00961-PHX DGC<br><br>**ORDER** |
| Jacob Savoy,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01950-PHX DGC<br><br>**ORDER** |
| Vicki Schaeffer,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-03890-PHX DGC<br><br>**ORDER** |
| Patti Schandelmeier,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00959-PHX DGC<br><br>**ORDER** |
| Greg Schempp,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01467-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Schneider,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01691-PHX DGC<br><br>**ORDER** |
| Gena Schneider,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-04132-PHX DGC<br><br>**ORDER** |
| Rachel Scholl,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01246-PHX DGC<br><br>**ORDER** |
| Amanda Schrader,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03725-PHX DGC<br><br>**ORDER** |
| Elissa Schwartz,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03519-PHX DGC<br><br>**ORDER** |
| Douglas Seals,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-04236-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jennifer Seavers,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04510-PHX DGC<br><br>**ORDER** |
| Linda Seay,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00882-PHX DGC<br><br>**ORDER** |
| Philip Sehenuk,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01489-PHX DGC<br><br>**ORDER** |
| Floyd Serr,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03198-PHX DGC<br><br>**ORDER** |
| Britney Seville,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01302-PHX DGC<br><br>**ORDER** |
| Lewanna Sexton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01164-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gary Sharp,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-01751-PHX DGC<br><br>**ORDER** |
| Karen Sharp,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-00983-PHX DGC<br><br>**ORDER** |
| Charles Sharpe,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-02190-PHX DGC<br><br>**ORDER** |
| Nancy Shearer,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-01669-PHX DGC<br><br>**ORDER** |
| Raynell McCarthy, as personal representative of the estate of Pauline Shields,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-02950-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Shockley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00314-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21001.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21001) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

*David G. Campbell*
———————————————
David G. Campbell
Senior United States District Judge