**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Sherry Verbeeck,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03408-PHX DGC<br><br>**ORDER** |
| Heather Vicente,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-01891-PHX DGC<br><br>**ORDER** |
| Osvaldo Villa,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02016-PHX DGC<br><br>**ORDER** |
| Linda Vukovich,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00980-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Angela Wade,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01034-PHX DGC<br><br>**ORDER** |
| Carla Wade,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03526-PHX DGC<br><br>**ORDER** |
| Steven Wagner,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03104-PHX DGC<br><br>**ORDER** |
| Brockett Wagner,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03537-PHX DGC<br><br>**ORDER** |
| Mary Walden,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-04004-PHX DGC<br><br>**ORDER** |
| Kevin Walker,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00239-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Walker,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00001-PHX DGC<br><br>**ORDER** |
| Brenda Walker,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01731-PHX DGC<br><br>**ORDER** |
| Cindy Walker,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01174-PHX DGC<br><br>**ORDER** |
| Dixie Wall,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00318-PHX DGC<br><br>**ORDER** |
| Gary Wallace,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00984-PHX DGC<br><br>**ORDER** |
| Virginia Walsh,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02468-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Hugh Walters,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03498-PHX DGC<br><br>**ORDER** |
| Bob Wardwell,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-03605-PHX DGC<br><br>**ORDER** |
| Charles Washington,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02539-PHX DGC<br><br>**ORDER** |
| Michael Washington,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00770-PHX DGC<br><br>**ORDER** |
| Wayne Washington,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00588-PHX DGC<br><br>**ORDER** |
| Sandra Washington,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01746-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Rodney Weaver,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02112-PHX DGC<br><br>**ORDER** |
| Cathryn Webb,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01422-PHX DGC<br><br>**ORDER** |
| Sherrie Webb,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00985-PHX DGC<br><br>**ORDER** |
| Louis Weber,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01169-PHX DGC<br><br>**ORDER** |
| Michael Weeks,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00883-PHX DGC<br><br>**ORDER** |
| Colli Weeks,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01716-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dale Wegener,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-01272-PHX DGC<br><br>**ORDER** |
| Keith Weikel,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-03516-PHX DGC<br><br>**ORDER** |
| Scott Weinstein,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-01170-PHX DGC<br><br>**ORDER** |
| Valina Weiss,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-01198-PHX DGC<br><br>**ORDER** |
| Pamela Weiss,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-03515-PHX DGC<br><br>**ORDER** |
| Amelia Weitoish,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>　　　　　　　　Defendants. | No. CV19-02836-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Welborn,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00793-PHX DGC<br><br>**ORDER** |
| Robin Welch,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01301-PHX DGC<br><br>**ORDER** |
| Sharon Wentnick,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03489-PHX DGC<br><br>**ORDER** |
| Steven Whitson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02309-PHX DGC<br><br>**ORDER** |
| Kimberly Wiesen,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03530-PHX DGC<br><br>**ORDER** |
| Brenda Williams,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01253-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra Willis,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00971-PHX DGC<br><br>**ORDER** |
| Lisa Wilson,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01079-PHX DGC<br><br>**ORDER** |
| James Winningham,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01152-PHX DGC<br><br>**ORDER** |
| Kimberly Wirth,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-04066-PHX DGC<br><br>**ORDER** |
| Catherine Wofford,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01677-PHX DGC<br><br>**ORDER** |
| Margaret Wolfe,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-03500-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lisa Wood,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01687-PHX DGC<br><br>**ORDER** |
| Phillip Wood,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03503-PHX DGC<br><br>**ORDER** |
| Sandra Woychik,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02874-PHX DGC<br><br>**ORDER** |
| Sally Wozniak,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01035-PHX DGC<br><br>**ORDER** |
| PueyKwang Wozny,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02345-PHX DGC<br><br>**ORDER** |
| Kendra Wright,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01769-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| George Yaunches,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00952-PHX DGC<br><br>**ORDER** |
| Phyllis Young,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00993-PHX DGC<br><br>**ORDER** |
| Patricia Zangmeister,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01019-PHX DGC<br><br>**ORDER** |
| Carol Zimbler,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-03424-PHX DGC<br><br>**ORDER** |
| Lois Zimmerman,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-02141-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21004.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21004) is **granted.** The claims

of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

David G. Campbell
Senior United States District Judge