# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| George Abu,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00500-PHX DGC<br><br>**ORDER** |
| Jessica Alexander,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00501-PHX DGC<br><br>**ORDER** |
| Bruce Alexander,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02973-PHX DGC<br><br>**ORDER** |
| Rosalie Amatore,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03864-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patsy Amaya,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01276-PHX DGC<br><br>**ORDER** |
| Leroy Andreozzi,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00615-PHX DGC<br><br>**ORDER** |
| Thomas Arkle, Jr.,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03583-PHX DGC<br><br>**ORDER** |
| Tanchanika Austin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02156-PHX DGC<br><br>**ORDER** |
| Marcia Austin,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-03687-PHX DGC<br><br>**ORDER** |
| Debra Autrey,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00619-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bruce Baile,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03865-PHX DGC<br><br>**ORDER** |
| Cynthia Bailey,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03590-PHX DGC<br><br>**ORDER** |
| Chaz Baldwin,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-03985-PHX DGC<br><br>**ORDER** |
| Lori Barrett,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-04481-PHX DGC<br><br>**ORDER** |
| Rick Battles,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV19-03967-PHX DGC<br><br>**ORDER** |
| Verna Baty,<br>      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>      Defendants. | No. CV17-04086-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Clarence Beaudoin,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04543-PHX DGC<br><br>**ORDER** |
| Evelyn Beck,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03368-PHX DGC<br><br>**ORDER** |
| Madeline Berrigan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04572-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21018.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21018) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge