# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Joseph Olsen,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02044-PHX DGC<br><br>**ORDER** |
| Morgan Shoff,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00796-PHX DGC<br><br>**ORDER** |
| Laura Short,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-01009-PHX DGC<br><br>**ORDER** |
| Nathan Short,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03508-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joel Shorter,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-02717-PHX DGC<br><br>**ORDER** |
| Anita Shropshire,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-00663-PHX DGC<br><br>**ORDER** |
| Gregory Shrum,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-02948-PHX DGC<br><br>**ORDER** |
| Jacob Shugart,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-01433-PHX DGC<br><br>**ORDER** |
| Tommy Shugart,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-03107-PHX DGC<br><br>**ORDER** |
| Juan Sierra,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-01050-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Natasha Simmons,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03106-PHX DGC<br><br>**ORDER** |
| Adam Simon,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03313-PHX DGC<br><br>**ORDER** |
| Virginia Singer,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00887-PHX DGC<br><br>**ORDER** |
| Dmitry Sklyar,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01672-PHX DGC<br><br>**ORDER** |
| Barbara Smalls,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03438-PHX DGC<br><br>**ORDER** |
| Michelle Smedley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01504-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-01831-PHX DGC<br><br>**ORDER** |
| Robert Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-03117-PHX DGC<br><br>**ORDER** |
| Birdie Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-00763-PHX DGC<br><br>**ORDER** |
| Carol Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-00904-PHX DGC<br><br>**ORDER** |
| Claudette Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV18-01737-PHX DGC<br><br>**ORDER** |
| Constance Smith,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV16-03360-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Glenda Smith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01878-PHX DGC<br><br>**ORDER** |
| Marion Smith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01808-PHX DGC<br><br>**ORDER** |
| Eaxie Smith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03534-PHX DGC<br><br>**ORDER** |
| Howard Smith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03434-PHX DGC<br><br>**ORDER** |
| Susan Smith,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-03175-PHX DGC<br><br>**ORDER** |
| Cynthia Meeks,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-01073-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wade Snyder,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01475-PHX DGC<br><br>**ORDER** |
| Trudy Sobocienski,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02022-PHX DGC<br><br>**ORDER** |
| Wayne Soller,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-01325-PHX DGC<br><br>**ORDER** |
| Sloan Solomon,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-00941-PHX DGC<br><br>**ORDER** |
| Oscar Soto,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-00496-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jeree Spikes,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-01656-PHX DGC<br><br>**ORDER** |
| Rodney Spitzer,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01837-PHX DGC<br><br>**ORDER** |
| Jacqueline Spratley-Burns,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-03305-PHX DGC<br><br>**ORDER** |
| James St. Clair,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03497-PHX DGC<br><br>**ORDER** |
| Lisann St. Clair,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03108-PHX DGC<br><br>**ORDER** |
| Christopher St. Clair,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV19-03185-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James E Stackhouse Jr,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01086-PHX DGC<br><br>**ORDER** |
| Robert Stahl,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01681-PHX DGC<br><br>**ORDER** |
| Melissa Stahl,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00781-PHX DGC<br><br>**ORDER** |
| Shirlee Staley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01936-PHX DGC<br><br>**ORDER** |
| Lorene Stanton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01896-PHX DGC<br><br>**ORDER** |
| Karen Stark,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01495-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Danny Starkey,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00991-PHX DGC<br><br>**ORDER** |
| Ryan Stearns,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02093-PHX DGC<br><br>**ORDER** |
| Steven Stearns,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02014-PHX DGC<br><br>**ORDER** |
| Deborah A. Stec,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01911-PHX DGC<br><br>**ORDER** |
| Garry Steed,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00890-PHX DGC<br><br>**ORDER** |
| Eugene Steffey,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01230-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Stevens,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01479-PHX DGC<br><br>**ORDER** |
| William Stewart,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01603-PHX DGC<br><br>**ORDER** |
| Robert Stewart,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01015-PHX DGC<br><br>**ORDER** |
| Penny Stewart,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01510-PHX DGC<br><br>**ORDER** |
| William Storgion,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02722-PHX DGC<br><br>**ORDER** |
| Darrell Stotts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02121-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ajelon Straws,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03325-PHX DGC<br><br>**ORDER** |
| Launa Street,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01037-PHX DGC<br><br>**ORDER** |
| Tammie Stricklan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02173-PHX DGC<br><br>**ORDER** |
| Stephen Stringer,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00483-PHX DGC<br><br>**ORDER** |
| Marilyn Sutherland,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02252-PHX DGC<br><br>**ORDER** |
| Wanda Swindle,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01982-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Constance Taft,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00905-PHX DGC<br><br>**ORDER** |
| Virginia Tait,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03028-PHX DGC<br><br>**ORDER** |
| Otto Talamantez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03493-PHX DGC<br><br>**ORDER** |
| Rebecka Tanner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00408-PHX DGC<br><br>**ORDER** |
| Maria Tapia,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-01336-PHX DGC<br><br>**ORDER** |
| Melissa Taylor,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01758-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronald L Teichmer,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01160-PHX DGC<br><br>**ORDER** |
| Frances Tester,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03022-PHX DGC<br><br>**ORDER** |
| Charles Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02439-PHX DGC<br><br>**ORDER** |
| Virgil Thomas,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00944-PHX DGC<br><br>**ORDER** |
| Elliotte Thomas Jr. ,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03099-PHX DGC<br><br>**ORDER** |
| Jeff Thompson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00978-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Deborah Thompson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01377-PHX DGC<br><br>**ORDER** |
| Kathleen Thompson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-01243-PHX DGC<br><br>**ORDER** |
| Joseph Thornton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03059-PHX DGC<br><br>**ORDER** |
| Herbert Tidrick,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01932-PHX DGC<br><br>**ORDER** |
| Sharon Tiedemann,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03507-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Todd,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-01202-PHX DGC<br><br>**ORDER** |
| John Tokarski,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00860-PHX DGC<br><br>**ORDER** |
| Marilyn Tomlin,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02876-PHX DGC<br><br>**ORDER** |
| Brenda Towers,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03014-PHX DGC<br><br>**ORDER** |
| Roosevelt Townsend,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01812-PHX DGC<br><br>**ORDER** |
| Richard Townsend,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03023-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Angel Trenkle,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01018-PHX DGC<br><br>**ORDER** |
| Robert Tucker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04557-PHX DGC<br><br>**ORDER** |
| Casundra Turner,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00785-PHX DGC<br><br>**ORDER** |
| Paul Turrieta,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-02797-PHX DGC<br><br>**ORDER** |
| Mary Tuttle,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01990-PHX DGC<br><br>**ORDER** |
| Bonnie Valdez,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00908-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dave Van Asch,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02029-PHX DGC<br><br>**ORDER** |
| Kandy Van Wagner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01698-PHX DGC<br><br>**ORDER** |
| Jana Vanos,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01678-PHX DGC<br><br>**ORDER** |
| Crystal VanStory,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02936-PHX DGC<br><br>**ORDER** |
| Mary Vautrin,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-02236-PHX DGC<br><br>**ORDER** |
| David Vazquez,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00974-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21002.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21002) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge