# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michael Finui,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03980-PHX DGC<br><br>**ORDER** |
| Bryce Fisher,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01531-PHX DGC<br><br>**ORDER** |
| Dorothy Foertsch,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04468-PHX DGC<br><br>**ORDER** |
| Henrietta Frierson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03231-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Georgia Frierson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04062-PHX DGC<br><br>**ORDER** |
| Darlene Gage,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03277-PHX DGC<br><br>**ORDER** |
| Ksanders Gamble,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03173-PHX DGC<br><br>**ORDER** |
| Marsha Gamble,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03340-PHX DGC<br><br>**ORDER** |
| Joann Games,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03309-PHX DGC<br><br>**ORDER** |
| Reita Gaston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04084-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Beverly Gibson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01452-PHX DGC<br><br>**ORDER** |
| Donna Goode,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04484-PHX DGC<br><br>**ORDER** |
| James Gordon,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03216-PHX DGC<br><br>**ORDER** |
| Mark Gore,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04114-PHX DGC<br><br>**ORDER** |
| JaHazel Grayson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04012-PHX DGC<br><br>**ORDER** |
| Rebecca Hall,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04010-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Shrell Harris,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04190-PHX DGC<br><br>**ORDER** |
| Sandra Hawkins,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03259-PHX DGC<br><br>**ORDER** |
| Martha Holloway,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03996-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21022.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21022) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge