IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE BARD IVC FILTERS** : | | |
| **PRODUCTS LIABILITY LITIGATION** : | **MDL NO. MD-15-02641-PHX-DGC** | |
| : | **CIVIL ACTION NO. 2:18-cv-04808** | |
| : | | |
| : | | |
| : | | |
| **Clifton Powell v. C.R. Bard, Inc. et al.** : | **MOTION** | |
| : | | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Clifton Powell, by and through his attorneys respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

1. The lawsuit was directly filed in this MDL on December 19, 2018. In his filed Short Form Complaint, Plaintiff inadvertently failed to include the transferor venue.

2. Subsequent to the filing of his original lawsuit, Plaintiff learned of this inadvertent clerical error. Upon discovery, Plaintiff seeks leave of this Court to amend his Short Form Complaint to include the transferor venue.

3. Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. The only change is to correct the scrivener's error in the Short Form Complaint in the above captioned matter. No party will be prejudiced by this change. It is hereby requested that this Motion for Leave to File Amended Short Form Complaint be granted.

Dated: January 8, 2020

**MCSWEENEY/LANGEVIN**

/s/ David M. Langevin

2116 2nd Ave S.

Minneapolis, MN 55404

612-746-4646

Email: david@westrikeback.com