**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Clifton Powell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Kentucky

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Kentucky

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Kentucky

7. District Court and Division in which venue would be proper absent direct filing:

U.S.D.C. for the Eastern District of Kentucky

8. Defendants (check Defendants against whom Complaint is made):

☒ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

-2-

  ☐ G2® Express (G2®X) Vena Cava Filter

  ☐ Eclipse® Vena Cava Filter

 X ☐ Meridian® Vena Cava Filter

  ☐ Denali® Vena Cava Filter

  ☐ Other: _____

11. Date of Implantation as to each product:

4/11/2012 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

 X Count I: Strict Products Liability – Manufacturing Defect

 X Count II: Strict Products Liability – Information Defect (Failure to Warn)

 X Count III: Strict Products Liability – Design Defect

 X Count IV: Negligence - Design

 X Count V: Negligence - Manufacture

 X Count VI: Negligence – Failure to Recall/Retrofit

 X Count VII: Negligence – Failure to Warn

 X Count VIII: Negligent Misrepresentation

 X Count IX: Negligence *Per Se*

 X Count X: Breach of Express Warranty

 X Count XI: Breach of Implied Warranty

 X Count XII: Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 8 th day of January, 2020.

                                                  MCSWEENEY/LANGEVIN LLC

                                                  By: /s/ David M. Langevin

                                                      David M. Langevin
                                                      Rhett A. McSweeney
                                                      2116 2nd Avenue South
                                                      Minneapolis, MN 55404
                                                      Attorneys for Plaintiff(s)