IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE BARD IVC FILTERS** : | | |
| **PRODUCTS LIABILITY LITIGATION** : | **MDL NO. MD-15-02641-PHX-DGC** | |
| : | **CIVIL ACTION NO. 2:18-cv-04774** | |
| **Robin Morgan v. C.R. Bard, Inc. et al.** : | **MOTION** | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Robin Morgan, by and through her attorneys respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

1. The lawsuit was directly filed in this MDL on December 19, 2018. In her filed Short Form Complaint, Plaintiff inadvertently failed to include the transferor venue. Plaintiff also seeks to amend the pleadings to no longer include C. R. Bard, Inc. as named-defendant.

2. Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. No party will be prejudiced by this change. It is hereby requested that this Motion for Leave to File Amended Short Form Complaint be granted.

Dated: January 8, 2020

**MCSWEENEY/LANGEVIN**

/s/ David M. Langevin
2116 2nd Ave S.
Minneapolis, MN 55404
Telephone: 612-746-4646
Email: dave@westrikeback.com