**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **IN RE BARD IVC FILTERS** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL NO. MD-15-02641-PHX-DGC** |
| | : | **CIVIL ACTION NO. 2:18-cv-04774** |
| | : | |
| | : | |
| | : | |
| **Robin Morgan v. C.R. Bard, Inc. et al.** | : | **PROPOSED ORDER** |
| | : | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to Amend Short Form Complaint in the above captioned matter.

SO ORDERED this_____day of_____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT