**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Robin Morgan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   New Jersey

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

U.S.D.C. for the District of New Jersey

8. Defendants (check Defendants against whom Complaint is made):

  ☐ C.R. Bard Inc.

  ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

  ☒ Diversity of Citizenship

  ☐ Other: _____

  a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

  _____

  _____

  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

  ☐ Recovery® Vena Cava Filter

  ☐ G2® Vena Cava Filter

|   |   |   |
|---|---|---|
| | € | G2® Express (G2®X) Vena Cava Filter |
| | € | Eclipse® Vena Cava Filter |
| X | € | Meridian® Vena Cava Filter |
| | € | Denali® Vena Cava Filter |
| | € | Other: _____ |

11. Date of Implantation as to each product:

12/11/2013
_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

 X Count I:  Strict Products Liability – Manufacturing Defect

 X Count II: Strict Products Liability – Information Defect (Failure to Warn)

 X Count III: Strict Products Liability – Design Defect

 X Count IV: Negligence - Design

 X Count V: Negligence - Manufacture

 X Count VI: Negligence – Failure to Recall/Retrofit

 X Count VII: Negligence – Failure to Warn

 X Count VIII: Negligent Misrepresentation

 X Count IX: Negligence *Per Se*

 X Count X: Breach of Express Warranty

 X Count XI: Breach of Implied Warranty

 X Count XII: Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this  8   th day of   January  , 2020.

                                            MCSWEENEY/LANGEVIN LLC

                                            By: /s/ David M. Langevin

                                                David M. Langevin
                                                Rhett A. McSweeney
                                                2116 2nd Avenue South
                                                Minneapolis, MN 55404
                                                Attorneys for Plaintiff(s)