**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Marlon Holmes,<br><br>Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-02326-PHX DGC<br><br>**ORDER** |
| Troy Holmes,<br><br>Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03841-PHX DGC<br><br>**ORDER** |
| Sonia Howard,<br><br>Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-03374-PHX DGC<br><br>**ORDER** |
| Billy Hudson,<br><br>Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-02460-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Hughes,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04482-PHX DGC<br><br>**ORDER** |
| Angela Hunt,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00410-PHX DGC<br><br>**ORDER** |
| Antoinette Ingenito,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04276-PHX DGC<br><br>**ORDER** |
| Mary Irons,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03369-PHX DGC<br><br>**ORDER** |
| Dan Ivy,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03384-PHX DGC<br><br>**ORDER** |
| Irma Jackson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00403-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Earnest Jackson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04253-PHX DGC<br><br>**ORDER** |
| Karin Jenkins,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV16-02666-PHX DGC<br><br>**ORDER** |
| Pauline Jimenez,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03238-PHX DGC<br><br>**ORDER** |
| Florence Johnson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-01863-PHX DGC<br><br>**ORDER** |
| Jerlene Johnson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04143-PHX DGC<br><br>**ORDER** |
| Sheila Jones,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04063-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Clifford Jones,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03846-PHX DGC<br><br>**ORDER** |
| Edward Jones,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02686-PHX DGC<br><br>**ORDER** |
| Linda Joseph,<br><br>        Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-00641-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21023.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21023) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge