# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-4841 PHX DGC |
| Averil Carnegie, | |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular Inc., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution of party. Doc. 21153

**IT IS ORDERED** that Plaintiffs' motion for substitution of party (Doc. 21153) is **granted.** Zoela Brown-Jackson, on behalf of the estate of Averil Carnegie, is substituted for Averil Carnegie, deceased, in this action. Plaintiff shall file an amended complaint with the clerk of Court on or before **January 15, 2020**.

Dated this 8th day of January, 2020.

David G. Campbell
Senior United States District Judge