# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Debra Tinlin, et al.,<br>           Plaintiff,<br>v.<br><br>C.R. Bard Incorporated, et al.,<br>           Defendants. | No.  CV16-00263-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of Debra Tinlin and James Frances Tinlin, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21182.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Debra Tinlin and James Francis Tinlin (Doc. 21182) is **granted.**  The claims of Debra Tinlin and James Frances Tinlin are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge