# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-4774 PHX DGC |
| Robin Morgan, <br><br> Plaintiff, <br><br> v. <br><br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br><br> Defendants. | **ORDER** |

Plaintiff has filed a motion for leave to file amended complaint. Doc. 21213.

**IT IS ORDERED** that Plaintiff's motion for leave to file amended complaint (Doc. 21213) is **granted.** Plaintiff shall file the amended complaint on or before **January 13, 2020.**

Dated this 9th day of January, 2020.

David G. Campbell
Senior United States District Judge