# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Trent Natola,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02655-PHX DGC<br><br>**ORDER** |
| Eugene Neal,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03807-PHX DGC<br><br>**ORDER** |
| Gail Nelson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04311-PHX DGC<br><br>**ORDER** |
| John Newton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02175-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Julia Nichols,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-00868-PHX DGC<br><br>**ORDER** |
| Dennis Nicora,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04309-PHX DGC<br><br>**ORDER** |
| Marianne Nissen,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03622-PHX DGC<br><br>**ORDER** |
| John Ohsam,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-02784-PHX DGC<br><br>**ORDER** |
| Angela Oliver,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03591-PHX DGC<br><br>**ORDER** |
| Delilah Paris,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV17-03275-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John Parry as administrator of the estate of Howard Parry, Jr., deceased,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-00412-PHX DGC<br><br>**ORDER** |
| Yusef Pasha,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03899-PHX DGC<br><br>**ORDER** |
| Marlin Paveleck,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03628-PHX DGC<br><br>**ORDER** |
| Melanie Payne,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-00075-PHX DGC<br><br>**ORDER** |
| Denise Payton-Thomas,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04188-PHX DGC<br><br>**ORDER** |
| Charlene Pedersen,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-00941-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Perkins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03467-PHX DGC<br><br>**ORDER** |
| Debra Pfeiler,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-02569-PHX DGC<br><br>**ORDER** |
| Bridget Plair,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03803-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21030.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21030) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

David G. Campbell
Senior United States District Judge