# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Nancy E. Brown,<br>         Plaintiff,<br>v.<br><br>C.R. Bard Incorporated, et al.,<br>         Defendants. | No.  CV18-0135-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Nancy E. Brown, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21191.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Nancy E. Brown (Doc. 21191) is **granted.**  The claims of Nancy E. Brown are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 9th day of January, 2020.

*David G. Campbell*
_____
David G. Campbell
Senior United States District Judge