# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER <u>PRODUCTS LIABILITY LITIGATION</u> | MDL No. 2641 |
| This Document Relates to: | |
| Newton v. Davol Inc. et al | Civil Action No. 2:19-cv-03960 |

## **ORDER**

**IT IS ORDERED** that the stipulation of dismissal is **granted**. This matter (2:19-cv-03960) is dismissed with prejudice, each party to bear its own costs and fees. Dated this _____ day of _____, 20___

_____

David G. Campbell
United States District Judge