# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Michelle Pomije,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01239-PHX DGC<br><br>**ORDER** |
| Brent Querry,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03673-PHX DGC<br><br>**ORDER** |
| Natalia Rebollo,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03791-PHX DGC<br><br>**ORDER** |
| Schwann Richardson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04267-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Earnestine Riley,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-04065-PHX DGC<br><br>**ORDER** |
| Paul Rogers,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-01689-PHX DGC<br><br>**ORDER** |
| David Rogers,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-03276-PHX DGC<br><br>**ORDER** |
| Jonathan Romero,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV19-03379-PHX DGC<br><br>**ORDER** |
| Reginald Ross,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-03203-PHX DGC<br><br>**ORDER** |
| Mike Sackal,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No. CV17-04239-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Teddy Sanders,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04100-PHX DGC<br><br>**ORDER** |
| Trisha Saylor,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04330-PHX DGC<br><br>**ORDER** |
| Debra Schultz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04213-PHX DGC<br><br>**ORDER** |
| John Schultz,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04186-PHX DGC<br><br>**ORDER** |
| Christy Sessoms,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00883-PHX DGC<br><br>**ORDER** |
| Raychell Sherman,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04301-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Dana Shultz,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04237-PHX DGC<br><br>**ORDER** |
| Marcella Simms,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-02554-PHX DGC<br><br>**ORDER** |
| Brandi Sitar,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-03848-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21032.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21032) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge