# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Joyce Skelton,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04570-PHX DGC<br><br>**ORDER** |
| Michael Skorupski,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04121-PHX DGC<br><br>**ORDER** |
| Brian Sloan,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-03592-PHX DGC<br><br>**ORDER** |
| John Smith,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04327-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Smothers,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04683-PHX DGC<br><br>**ORDER** |
| Levi Spruell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03370-PHX DGC<br><br>**ORDER** |
| Terri St Lawrence,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04009-PHX DGC<br><br>**ORDER** |
| Octavia Starke,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03987-PHX DGC<br><br>**ORDER** |
| Roy Stith,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03682-PHX DGC<br><br>**ORDER** |
| Lawrence Strouse,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03671-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sue Sturcken,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04293-PHX DGC<br><br>**ORDER** |
| J D Sutton,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02496-PHX DGC<br><br>**ORDER** |
| Sherman Sweet,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-04201-PHX DGC<br><br>**ORDER** |
| Georgia Terrell,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02650-PHX DGC<br><br>**ORDER** |
| Ashuria Thomas,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03336-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21034.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21034) is **granted.** The claims

of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

David G. Campbell
Senior United States District Judge