# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Scott Robert Hennager,<br>            Plaintiff,<br>v.<br>C. R. Bard, Inc., a New Jersey Corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation,<br>            Defendants. | No. CV-17-3878-PHX-DGC<br><br>**ORDER** |

Defendants have filed a motion to dismiss Plaintiff Scott Robert Hennager's complaint. Doc. 20966. Plaintiff has not filed a response to the motion and the time for doing so has passed. Plaintiff Scott Robert Hennager filed this lawsuit for personal injuries he allegedly sustained from a Bard IVC filter. Plaintiff is deceased and, accordingly, Plaintiff's counsel filed a notice of suggestion of death with the Court on October 17, 2018. Doc. 12982.

The Federal Rules of Civil Procedure require the Court to dismiss an action by a deceased plaintiff if no motion is made to substitute that deceased plaintiff for a proper party within 90 days of the Notice of Suggestion of Death. Fed. R. Civ. P. 25(a)(1). Because more than 90 days have passed since the Plaintiff's Notice of Suggestion of Death

was filed, and no substitution has been requested, the Court will grant Defendants' motion to dismiss.

**IT IS ORDERED:**

1. Defendants' motion to dismiss Plaintiff Scott Robert Hennager' complaint (Doc. 20966) is **granted**.

2. The Clerk is directed to terminate this member case.

Dated this 9th day of January, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge