# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jackie L. Satterfield, | ) |
| Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| v. | ) Civil Action No. CV-19-03573-PHX-DGC |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  January 10, 2020    /s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed Name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail address*

(404) 322-6155
*Telephone number*

(404) 322-6050
*FAX number*