# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Kenneth Collins,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04757-PHX DGC<br><br>**ORDER** |
| Deanna Thomas,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04141-PHX DGC<br><br>**ORDER** |
| Francis Thomas,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04329-PHX DGC<br><br>**ORDER** |
| Murphy Trammell,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04007-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Urgo,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04470-PHX DGC<br><br>**ORDER** |
| Jahaira Valderrama,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01416-PHX DGC<br><br>**ORDER** |
| Michael Varney,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03937-PHX DGC<br><br>**ORDER** |
| Brouwer Walle,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03151-PHX DGC<br><br>**ORDER** |
| Eva Warren,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04483-PHX DGC<br><br>**ORDER** |
| John Waterman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-02097-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna Geist,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03686-PHX DGC<br><br>**ORDER** |
| Elvenia Wiggins,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00213-PHX DGC<br><br>**ORDER** |
| Yvette Wilson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-04191-PHX DGC<br><br>**ORDER** |
| Karen Wysinger,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03921-PHX DGC<br><br>**ORDER** |
| Stephen Yankun,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-03237-PHX DGC<br><br>**ORDER** |
| Howard Zuckerman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04221-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cassandra Williams,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01532-PHX DGC<br><br>**ORDER** |
| Otis Woods,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04677-PHX DGC<br><br>**ORDER** |

　　　　The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21036.

　　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21036) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

　　　　Dated this 8th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　_David G. Campbell_
　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

4