# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Robert Diliberto,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00760-PHX DGC<br><br>**ORDER** |
| Delores Dobson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04311-PHX DGC<br><br>**ORDER** |
| Kitty Dorn,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04272-PHX DGC<br><br>**ORDER** |
| Anne Dornberger,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01105-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Veronda Dunlap,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03333-PHX DGC<br><br>**ORDER** |
| John Lee Dunson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-01784-PHX DGC<br><br>**ORDER** |
| Lisa Durkee,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-3790-PHX DGC<br><br>**ORDER** |
| Kimber Edmondson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-3804-PHX DGC<br><br>**ORDER** |
| Ada Eidson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00715-PHX DGC<br><br>**ORDER** |
| Donald Ellis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04330-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Vicky Fail,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04043-PHX DGC<br><br>**ORDER** |
| Patty Fairchild,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03885-PHX DGC<br><br>**ORDER** |
| Justin Falls,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03975-PHX DGC<br><br>**ORDER** |
| William Farlow,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03620-PHX DGC<br><br>**ORDER** |
| Paula Fegler,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03991-PHX DGC<br><br>**ORDER** |
| Danielle Fenderson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03371-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| John Ferre,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00320-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21021.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21021) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 8th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge

4