**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce Ramsbottom, | ) |
|       Plaintiff, | ) MDL Case No. 2:15-md-02641-DGC |
| v. | ) Civil Action No. CV-18-00464-PHX-DGC |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., | ) |
|       Defendants. | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  January 10, 2020          /s/ Richard B. North, Jr.
                                                 *Attorney's signature*

                                                 Richard B. North, Jr. (Ga. Bar No. 545599)
                                                 *Printed Name and bar number*

                                                 Nelson Mullins Riley & Scarborough, LLP
                                                 201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                                 *Address*

                                                 richard.north@nelsonmullins.com
                                                 *E-mail address*

                                                 (404) 322-6155
                                                 *Telephone number*

                                                 (404) 322-6050
                                                 *FAX number*