**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

In Re: Bard IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MDL No. 2:15-MD-02641-PHX-DGC

_____

This Document Relates to Plaintiffs:

CHRISTOPHER NORMAN
Civil Action No. 2:19-cv-03693-DGC

_____

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEARBY STIPULATED AND AGREED, by and between the undersigned

parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed

without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will

only apply to docket number 2:19-cv-03693-DGC. This dismissal does not affect case number

2:19-cv-01975-DGC, which shall remain in suit.

Dated this 10ᵗʰ day of January, 2020.

Respectfully submitted,

**SCHNEIDER HAMMERS LLC**

By: /s/: Robert M. Hammers, Jr.
Robert M. Hammers, Jr.
5555 Glenridge Connector
Suite 975
Atlanta, GA 30342
rob@schneiderhammers.com
Tel. 770-394-0047
Fax. 404-600-2626
*Attorneys for Plaintiffs*

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

By: /s/: Richard B. North, Jr.
Richard B. North, Jr.
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
Tel. 404-322-6000
Fax. 404-332-6397
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically transmitted the attached

document to the Clerk's Office using CM/ECF System which will automatically send email

notification of such filing to all attorneys of record.


/s/:Robert M. Hammers, Jr.
Robert M. Hammers, Jr.