1

2

3

**IN THE UNITED STATES DISTRICT COURT**

4

**FOR THE DISTRICT OF ARIZONA**

5

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

6

**SHORT FORM COMPLAINT**
**FOR DAMAGES FOR INDIVIDUAL**

7

**CLAIMS**

8

Plaintiff(s) named below, for their Complaint against Defendants named below,

9

incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

10

Plaintiff(s) further show the Court as follows:

11

1.     Plaintiff/Deceased Party:

12

William Ford

13

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

14

consortium claim:

15

N/A

16

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian,

17

conservator):

18

N/A

19

4.     Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

20

the time of implant:

21

New Jersey

22

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of New Jersey - Newark Division

8. Defendants (check Defendants against whom Complaint is made):

☐ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

1    X  €       G2® Express (G2®X) Vena Cava Filter

2       €       Eclipse® Vena Cava Filter

3       €       Meridian® Vena Cava Filter

4       €       Denali® Vena Cava Filter

5       €       Other:  _____

6    11.   Date of Implantation as to each product:

7        6/16/2010
        _____

8        _____

9    12.   Counts in the Master Complaint brought by Plaintiff(s):

10       X       Count I:        Strict Products Liability – Manufacturing Defect

11       X       Count II:      Strict Products Liability – Information Defect (Failure to

12               Warn)

13       X       Count III:     Strict Products Liability – Design Defect

14       X       Count IV:     Negligence - Design

15       X       Count V:       Negligence - Manufacture

16       X       Count VI:     Negligence – Failure to Recall/Retrofit

17       X       Count VII:    Negligence – Failure to Warn

18       X       Count VIII:   Negligent Misrepresentation

19       X       Count IX:     Negligence *Per Se*

20       X       Count X:       Breach of Express Warranty

21       X       Count XI:     Breach of Implied Warranty

22       X       Count XII:    Fraudulent Misrepresentationmber 16, 2010

1   ☒   Count XIII:   Fraudulent Concealment

2   ☒   Count XIV:   Violations of Applicable (Insert State)

3   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

4   Practices

5   ☐   Count XV:   Loss of Consortium

6   ☐   Count XVI:   Wrongful Death

7   ☐   Count XVII:  Survival

8   ☒   Punitive Damages

9   ☐   Other(s):   _____ (please state the facts supporting

10   this Count in the space immediately below)

11   _____

12   _____

13   _____

14   _____

15   _____

16   RESPECTFULLY SUBMITTED this__10_th day of __January____, 2020.

17   MCSWEENEY/LANGEVIN LLC

18   By: /s/ David M. Langevin _____

19   David M. Langevin
    Rhett A. McSweeney

20   2116 2nd Avenue South
    Minneapolis, MN 55404

21   Attorneys for Plaintiff(s)

22