# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Carmen Alvarez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    NA

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New Jersey

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

District of New Jersey, Camden Division

8. Defendants (check Defendants against whom Complaint is made):

  ☐ C.R. Bard Inc.

  ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

  ☒ Diversity of Citizenship

  ☐ Other: _____

  a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

  _____

  _____

  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

  ☐ Recovery® Vena Cava Filter

  ☒ G2® Vena Cava Filter

-2-

€   G2® Express (G2®X) Vena Cava Filter

€   Eclipse® Vena Cava Filter

€   Meridian® Vena Cava Filter

€   Denali® Vena Cava Filter

€   Other: _____

11. Date of Implantation as to each product:

06/11/2008
_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Manufacturing Defect

    X    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

    X    Count III:    Strict Products Liability – Design Defect

    X    Count IV:    Negligence - Design

    X    Count V:    Negligence - Manufacture

    X    Count VI:    Negligence – Failure to Recall/Retrofit

    X    Count VII:    Negligence – Failure to Warn

    X    Count VIII:    Negligent Misrepresentation

    X    Count IX:    Negligence *Per Se*

    X    Count X:    Breach of Express Warranty

    X    Count XI:    Breach of Implied Warranty

    X    Count XII:    Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 10th day of January, 2020.

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)

-4-