1
2
3                    **IN THE UNITED STATES DISTRICT COURT**
4                          **FOR THE DISTRICT OF ARIZONA**
5  IN RE BARD IVC FILTERS              No. MD-15-02641-PHX-DGC
   PRODUCTS LIABILITY LITIGATION
6                                      **SHORT FORM COMPLAINT**
                                       **FOR DAMAGES FOR INDIVIDUAL**
7                                      **CLAIMS**

8      Plaintiff(s) named below, for their Complaint against Defendants named below,

9  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

10 Plaintiff(s) further show the Court as follows:

11     1.    Plaintiff/Deceased Party:
12           Deana Cheek

13     2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of
14           consortium claim:
15           NA

16     3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian,
17           conservator):
18           NA

19     4.    Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at
20           the time of implant:
21           New Jersey

22

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

District of New Jersey, Camden Division

8. Defendants (check Defendants against whom Complaint is made):

☐ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

- ☐  G2® Express (G2®X) Vena Cava Filter
- ☐  Eclipse® Vena Cava Filter
- ☐  Meridian® Vena Cava Filter
- ☒  Denali® Vena Cava Filter
- ☐  Other: _____

11. Date of Implantation as to each product:

02/15/2014_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒  Count I:     Strict Products Liability – Manufacturing Defect
- ☒  Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- ☒  Count III:   Strict Products Liability – Design Defect
- ☒  Count IV:    Negligence - Design
- ☒  Count V:     Negligence - Manufacture
- ☒  Count VI:    Negligence – Failure to Recall/Retrofit
- ☒  Count VII:   Negligence – Failure to Warn
- ☒  Count VIII:  Negligent Misrepresentation
- ☒  Count IX:    Negligence *Per Se*
- ☒  Count X:     Breach of Express Warranty
- ☒  Count XI:    Breach of Implied Warranty
- ☒  Count XII:   Fraudulent Misrepresentationmber 16, 2010

| | | |
|---|---|---|
| ☒ | Count XIII: | Fraudulent Concealment |
| ☒ | Count XIV: | Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 10th day of January, 2020.

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)