# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Mark Gain

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New Jersey

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of New Jersey - Camden Division

8. Defendants (check Defendants against whom Complaint is made):

☐ C.R. Bard Inc.

☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

  ☐ G2® Express (G2®X) Vena Cava Filter

X ☐ Eclipse® Vena Cava Filter

  ☐ Meridian® Vena Cava Filter

  ☐ Denali® Vena Cava Filter

  ☐ Other: _____

11. Date of Implantation as to each product:

7/27/2012_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

 ☒ Count I: Strict Products Liability – Manufacturing Defect

 ☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

 ☒ Count III: Strict Products Liability – Design Defect

 ☒ Count IV: Negligence - Design

 ☒ Count V: Negligence - Manufacture

 ☒ Count VI: Negligence – Failure to Recall/Retrofit

 ☒ Count VII: Negligence – Failure to Warn

 ☒ Count VIII: Negligent Misrepresentation

 ☒ Count IX: Negligence *Per Se*

 ☒ Count X: Breach of Express Warranty

 ☒ Count XI: Breach of Implied Warranty

 ☒ Count XII: Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII: Fraudulent Concealment

☒ Count XIV: Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 10th day of January, 2020.

MCSWEENEY/LANGEVIN LLC

By: /s/ David M. Langevin
_____

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)