# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT<br>FOR DAMAGES FOR INDIVIDUAL<br>CLAIMS** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Debra Rose

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    New Jersey

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

New Jersey

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of New Jersey - Trenton Division

8. Defendants (check Defendants against whom Complaint is made):

   ☐ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☒ G2® Vena Cava Filter

-2-

⃝   G2® Express (G2®X) Vena Cava Filter

⃝   Eclipse® Vena Cava Filter

⃝   Meridian® Vena Cava Filter

⃝   Denali® Vena Cava Filter

⃝   Other: _____

11. Date of Implantation as to each product:

2/16/2007
_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:      Strict Products Liability – Manufacturing Defect

☒   Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☒   Count III:    Strict Products Liability – Design Defect

☒   Count IV:     Negligence - Design

☒   Count V:      Negligence - Manufacture

☒   Count VI:     Negligence – Failure to Recall/Retrofit

☒   Count VII:    Negligence – Failure to Warn

☒   Count VIII:   Negligent Misrepresentation

☒   Count IX:     Negligence *Per Se*

☒   Count X:      Breach of Express Warranty

☒   Count XI:     Breach of Implied Warranty

☒   Count XII:    Fraudulent Misrepresentationmber 16, 2010

☒ Count XIII:   Fraudulent Concealment

☒ Count XIV:   Violations of Applicable (Insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s):    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this 10th day of December, 2020.

                                      MCSWEENEY/LANGEVIN LLC

                                      By: /s/ David M. Langevin

                                        David M. Langevin
                                        Rhett A. McSweeney
                                        2116 2nd Avenue South
                                        Minneapolis, MN 55404
                                        Attorneys for Plaintiff(s)