# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

---

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:19-cv-04186-DGC | April Woods | N/A |
| 2:17-cv-04266-DGC | Cassandra Waller | N/A |
| 2:19-cv-04196-DGC | Anthony Tran | N/A |
| 2:18-cv-00402-PHX-DGC | Nicole Thomas | N/A |
| 2:19-cv-04296-DGC | Mary Stanridge | N/A |
| 2:19-cv-04300-DGC | Christina Spencer | N/A |
| 2:17-cv-04331-DGC | James Schwirian | N/A |
| 2:17-cv-03597-DGC | Lynn Rund | N/A |
| 2:19-cv-04306-DGC | David Padgett | N/A |
| 2:19-cv-04307-DGC | Angela Overlander | N/A |
| 2:17-cv-04120-DGC | Edmund Outland | N/A |
| 2:19-cv-04229-DGC | Rosa Ortiz | N/A |
| 2:19-cv-04231-DGC | David Orozco | N/A |
| 2:19-cv-03994-DGC | Katherine Green | N/A |
| 2:19-cv-03971-DGC | Kathy Cooper | N/A |
| 2:19-cv-03982-DGC | Magic Cook | N/A |
| 2:19-cv-03981-DGC | Anthony Carmichael | N/A |