## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

    Dated this _____ day of _____, 2019

 

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer Filed (If applicable) |
|---|---|---|
| 2:18-cv-02731-DGC | Larry Mace | N/A |
| 2:18-cv-02754-DGC | Virgina Gunter | N/A |
| 2:19-cv-02491-DGC | Laura Goode | N/A |
| 2:18-cv-02701-DGC | Margaret Dowling | N/A |
| 2:19-cv-02407-DGC | Anthony Costonis | N/A |
| 2:18-cv-01952-DGC | Maria Baker | N/A |