# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Karen M. Collins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No.  CV19-00525-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Karen M. Collins, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21224.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Karen M. Collins (Doc. 21224) is **granted.**  The claims of Karen M. Collins are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 10th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge