# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**This document relates to Plaintiff:**

**ANDREA VAN WINKLE**
**Civil Action No.: 2:16-cv-04297-DGC**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Andrea Van Winkle, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

It is further agreed that the voluntary dismissal will only apply to docket number 2:16-cv-04297-DGC and will not have any effect on any other cases filed in regard to Plaintiff Andrea Van Winkle with different docket numbers.

Respectfully Submitted

By:   */s/ William B. Curtis*
William B. Curtis, *admitted pro hac vice*
(TX SBN: 00783918)
Curtis Law Group
12225 Greenville Ave., Suite 750
Dallas, TX 75243
T: (214) 890-1000
F: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2020, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                      */s/ William B. Curtis*
                                         William B. Curtis