# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Travis Newton,<br>　　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　　Defendants. | No. CV19-03960-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of Travis Newton, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21230.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Travis Newton (Doc. 21230) is **granted.** The claims of Travis Newton are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 10th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge