# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Bernadette Di Sciascio,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-3737-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Bernadette Di Sciascio, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21070.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Bernadette Di Sciascio (Doc. 21070) is **granted.** The claims of Bernadette Di Sciascio are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 10th day of January, 2020.

David G. Campbell
Senior United States District Judge