IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD
IVC FILTERS PRODUCTS LIABILITY          2:15-md-02641-DGC
LITIGATION MDL                          MDL No: 2641

This Document Relates to Plaintiff(s):

Gary Kolson

Civil Case # 2:19-CV-04115-PHXDGC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Gary Kolson, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment.

Dated: 01/10/2020.

    Respectfully Submitted,

    */s/ Robert J. Fenstersheib*
    Robert J. Fenstersheib
    Florida Bar #307300
    Fenstersheib Law Group, P.A.
    520 Hallandale Beach Blvd.
    Hallandale, FL 33009
    P: (954) 456-2488
    F: (954) 212-2757
    Email: rjf@fenstersheib.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 01/10/2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Additionally, I certify that on 01/10/2020 service was also made to the non-CM/ECF participant that was a party to this suit.

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com