IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD
IVC FILTERS PRODUCTS LIABILITY
LITIGATION MDL

2:15-md-02641-DGC
MDL No: 2641

This Document Relates to Plaintiff(s):

Tobias Hartry

Civil Case # 2:19-CV-03962-PHXDGC

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Tobias Hartry, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment.

Dated: 01/10/2020.

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on 01/10/2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Additionally, I certify that on 01/10/2020 service was also made to the non-CM/ECF participant that was a party to this suit.

            */s/ Robert J. Fenstersheib*
            Robert J. Fenstersheib
            Florida Bar #307300
            Fenstersheib Law Group, P.A.
            520 Hallandale Beach Blvd.
            Hallandale, FL 33009
            P: (954) 456-2488
            F: (954) 212-2757
            Email: rjf@fenstersheib.com