UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-MD-02641-DGC<br>MDL No: 2641 |

This Document Pertains to:                         )
Civil Action No. 2:18-cv-04650        )
                                                                 )
Nekesha Kashay Lowery,                    )
                                                                 )
                     Plaintiff,        )
v.                                                              )
                                                                 )
C.R. Bard Incorporated, et al.              )
                                                                 )
                    Defendants,     )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Comes now, Plaintiff Nekesha Kashay Lowery, and Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Nekesha Kashay Lowery in the above-referenced action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed without prejudice.

Plaintiff and Defendants, respectively, will bear their own costs.

Respectfully submitted,

THE NATIONS LAW FIRM

/s/ Howard L. Nations
Howard L. Nations
Texas State Bar No.14823000
3131 Briarpark Dr., Suite 208
Houston, Texas 77042-3795
meshclaims@howardnations.com
(713) 807-8400
(713) 807-8423 (Facsimile)

COUNSEL FOR PLAINTIFF

NELSON MULLINS RILEY
  & SCARBOROUGH, LLC


/s/ Richard B. North, Jr.
Richard B. North, Jr.
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
richard.north@nelsonmullins.com
(404) 322-6000
(404) 322-6050 (Facsimile)

COUNSEL FOR DEFENDANTS