# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Terrence Trader,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard Incorporated, et al.,<br>　　　　　　Defendants. | No.  CV19-00311-PHX DGC<br><br>**ORDER** |

The Court has considered the parties' Stipulation to Voluntarily Dismiss. Doc. 21161.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation to voluntarily dismiss Terrance Trader (Doc. 21161) is **granted.**  The claims of Terrance Trader are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 10th day of January, 2020.

David G. Campbell
Senior United States District Judge