IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff(s):

Cindy McElroy

Civil Case # 2:19-cv-04209-DSG

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Cindy McElroy, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment and in conjunction with MDL 2641 Scheduling Conferences held on August 23, 2016, and December 9, 2016.

It is further agreed that this notice will only apply to docket number 2:19-cv-04209-DSG and will not have any effect on any other pleading actions with different docket numbers filed in regards to Plaintiff, Cindy McElroy.

Dated: 01/10/2020

Respectfully Submitted,

/s/ David M. Langevin
David M. Langevin, #329563
Rhett A. McSweeney, #269542

McSweeney/Langevin  
2116 Second Avenue South  
Minneapolis, MN 55404  
Phone: (612) 542-4646  
Fax: (612) 454-2678  
dave@westrikeback.com  
ram@westrikeback.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on 1/10/2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Additionally, I certify that on 1/10/2020 service was also made to the non-CM/ECF participant that was a party to this suit.

/s/ David M. Langevin  
David M. Langevin, #329563  
Rhett A. McSweeney, #269542  
McSweeney/Langevin  
2116 Second Avenue South  
Minneapolis, MN 55404  
Phone: (612) 542-4646  
Fax: (612) 454-2678  
dave@westrikeback.com  
ram@westrikeback.com  
*Attorneys for Plaintiff*