# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-MD-02641-DGC<br>MDL No: 2641 |
| This Document Pertains to:<br>Civil Action No. 2:18-cv-04650<br><br>Nekesha Kashay Lowery,<br><br>             Plaintiff,<br>v.<br><br>C.R. Bard Incorporated, et al.<br><br>             Defendants, | |

## ORDER

Having considered the Stipulation of Dismissal without Prejudice of Plaintiff Nekesha Kashay Lowery and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. [Doc. 21289]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff Nekesha Kashay Lowery are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020.

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge