IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff:

Shawn Cahill

Civil Case # 2:19-CV-04117-PHX-DGC

## **ORDER**

Upon agreement of the parties:

1. This action is Voluntarily Dismissed Without Prejudice by the Plaintiff, Shawn Cahill.

2. Defendant, C.R. Bard, Inc., et al, agrees that this dismissal is filed with the intention of Plaintiff refiling his case in New Jersey State Court. Defendants agree to waive defenses based on New Jersey statutes of limitation and repose.

It is hereby ORDERED.


SIGNED _____, 2020.


_____
JUDGE PRESIDING