IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD<br>IVC FILTERS PRODUCTS LIABILITY<br>LITIGATION MDL | 2:15-md-02641-DGC<br>MDL No: 2641 |

This Document Relates to Plaintiff:

Charles Carruth

Civil Case # 2:19-CV-01039-PHX-DGC

## **ORDER**

Upon agreement of the parties:

1. This action is Voluntarily Dismissed Without Prejudice by the Plaintiff, Charles Carruth.

2. Defendant, C.R. Bard, Inc., et al, agrees that this dismissal is filed with the intention of Plaintiff refiling his case in New Jersey State Court. Defendants further agree the date of filing in New Jersey State Court will relate back to the date of filing in this MDL, February 14, 2019.

It is hereby ORDERED.


SIGNED _____, 2020.


_____
JUDGE PRESIDING