IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|

This Document Relates to Plaintiff(s)

Alfred Payne, Jr.

Civil Case #: 2:19-cv-01973-DGC

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Alred Payne, Jr. ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:19-cv-01973-DGC filed on March 26, 2019.  The Short Form Complaint was served on or forwarded to the Bard Defendants on March 27, 2019.

        Respectfully submitted,

        **McGLYNN, GLISSON & MOUTON**

Dated:   January 10, 2020        By: /s/Amanda L. Washington
        Amanda L. Washington, LA #34811
        340 Florida Street
        Baton Rouge, LA 70801
        Telephone:  225-344-3555
        Fax:  225-344-3666
        amanda@mcglynnglisson.com
        **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Amanda L. Washington
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone: 225-344-3555
Fax: 225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**