IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | MDL Case No. 2:15-MD-02641-DGC<br>Civil Action No. 2:18-cv-03292-DGC |

This Document Relates to Plaintiff(s)

Civil Action No.  2:18-cv-03292-DGC

Gary Lee Evans

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated this 10th day of January, 2020.

| | |
|---|---|
| By:*/s/ Leslie MacLean*<br>Leslie MacLean<br>Waters & Kraus, LLP<br>3141 Hood Street, Suite 700<br>Dallas, TX 75219<br>Telephone: (214) 357-6244<br>Facsimile: (214) 357-7252<br>lmaclean@waterskraus.com<br>*Attorney for Plaintiff* | By:  */s/ Richard B. North, Jr.*<br>Richard B. North, Jr.<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17TH Street, NW, Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 332-6397<br>richard.north@nelsonmullins.com<br>*Attorneys for Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that this 10th day of January, 2020, a copy of the foregoing Stipulation of Dismissal Without Prejudice was transmitted electronically to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Leslie MacLean*
Sally R. Bage