# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|

This Document Relates to Plaintiff(s)

Shannon Wickert_____

Civil Case #: 2:19-cv-02067-DGC_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Shannon Wickert ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:19-cv-02067-DGC filed on March 28, 2019.  The Short Form Complaint was served on or forwarded to the Bard Defendants on March 29, 2019.

                Respectfully submitted,

                **McGLYNN, GLISSON & MOUTON**

Dated:   January 10, 2020           By: /s/Amanda L. Washington
                                            Amanda L. Washington, LA #34811
                                            340 Florida Street
                                            Baton Rouge, LA 70801
                                            Telephone:  225-344-3555
                                            Fax:  225-344-3666
                                            amanda@mcglynnglisson.com
                                            **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Amanda L. Washington
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**