# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filters Products Liability Litigation | |
| Billie Inzar,<br>    Plaintiff,<br>v.<br>C.R Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>    Defendants. | MDL No.: 15-2641-PHX-DGC<br><br>Civil Action No. 2:16-cv-04248-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO THIS DOCKET ONLY** |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Billie Inzar, hereby dismisses all claims in this matter without prejudice against all Defendants in this action, Civil Action No. 2:16-cv-04248-DGC, only. This stipulation shall not affect the lawsuit filed by Billie Inzar in the MDL No. 2641 in the United States District Court for the District of Arizona, bearing Case No. 1:19-cv-04178-PHX-DGC, as this was a dual filed case by other counsel. All parties shall bear their own costs.

By: /s/ Randi Kassan
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
516-741-5600
rkassan@thesandersfirm.com

*Counsel for Plaintiffs*

Dated: January 10, 2020

By: /s/ Richard North
Richard North, Esq.
NELSON MULLINS RILEY & SCARBOROUGH LLC
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, GA 30363
404-322-6000
Richard.north@nelsonmullins.com

*Counsel for Defendants*

Dated: January 10, 2020