# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Ginger Henley,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-3968-PHX DGC<br><br>**ORDER** |

　　　The Court has considered the Stipulation of Dismissal without Prejudice of Ginger Henley, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21305.

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Ginger Henley (Doc. 21305) is **granted.** The claims of Ginger Henley are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

　　　Dated this 13th day of January, 2020.

_____
David G. Campbell
Senior United States District Judge