# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **IN RE BARD IVC FILTERS** | ) | **No. 2:15-MD-02641-PHX-DGC** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **This Document Applies to:** | ) | |
| | ) | **Individual Case No.  2:19-cv-03894-DGC** |
| **BETTY BROOKS** | ) | |

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff hereby gives notice the she dismisses her complaint and all causes of action against all Defendants in civil action **2:19-cv-03894-DGC**.

This Notice is proper because the above-named Defendants have not filed an answer in this action.

Dated this 13th day of January 2020.

**WENDT LAW FIRM, P.C.**

By: */s/ Samuel M. Wendt*
Samuel M. Wendt MO#53573
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

**ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October 2019, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing.

*/s/ Nathaniel K. Scearcy*