# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation This document relates to: | No.  MDL 15-2641-PHX DGC |
| Timothy Peter O'Flaherty, Plaintiff, v. C.R. Bard, et al., Defendants. | No.  CV19-02030-PHX DGC **ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Timothy Peter O'Flaherty, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21272.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Timothy Peter O'Flaherty (Doc. 21272) is **granted.** The claims of Timothy Peter O'Flaherty are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of January, 2020.

David G. Campbell
Senior United States District Judge