IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to Plaintiff: Carolyn Warren, Civil Action No.: 19-cv-03835 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Carolyn Warren, by and through undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants, with each party to bear its own costs.

Respectfully Submitted,

s/ Peter E. Goss
Peter E. Goss
pgoss@goss-lawfirm.com
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
816-336-1300
816-336-1310 (fax)

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     s/ *Peter E. Goss*
                                                     Peter E. Goss