# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | No. CV18-4792 PHX DGC |
| William Ford, <br>       Plaintiff, <br> v. <br> C.R. Bard, Inc. and Bard Peripheral Vascular Inc., <br>       Defendants. | **ORDER** |

Plaintiff has filed a motion for leave to file amended complaint. Doc. 21258.

**IT IS ORDERED** that Plaintiff's motion for leave to file amended complaint (Doc. 21258) is **granted.** Plaintiff shall file the amended complaint with the Clerk of Court on or before **January 17, 2020.**

Dated this 13th day of January, 2020.

David G. Campbell
Senior United States District Judge