# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Mark Gain,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc. and Bard Peripheral Vascular Inc.,<br>　　　　Defendants. | No. MDL15-2641-PHX-DGC<br><br><br>No. CV18-4769 PHX DGC<br><br><br>**ORDER** |

Plaintiff has filed a motion for leave to file amended complaint. Doc. 21263.

**IT IS ORDERED** that Plaintiff's motion for leave to file amended complaint (Doc. 21263) is **granted.** Plaintiff shall file the amended complaint with the Clerk of Court on or before **January 17, 2020.**

Dated this 13th day of January, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge