# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| April Woods,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04186-PHX DGC<br><br>**ORDER** |
| Cassandra Waller,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04266-PHX DGC<br><br>**ORDER** |
| Anthony Tran,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV19-04196-PHX DGC<br><br>**ORDER** |
| Nicole Thomas,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-00402-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Stanridge,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04296-PHX DGC<br><br>**ORDER** |
| Christina Spencer,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04300-PHX DGC<br><br>**ORDER** |
| James Schwirian,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04331-PHX DGC<br><br>**ORDER** |
| Lynn Rund,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03597-PHX DGC<br><br>**ORDER** |
| David Padgett,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04306-PHX DGC<br><br>**ORDER** |
| Angela Overlander,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04307-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Edmund Outland,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04120-PHX DGC<br><br>**ORDER** |
| Rosa Ortiz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04229-PHX DGC<br><br>**ORDER** |
| David Orozco,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04231-PHX DGC<br><br>**ORDER** |
| Katherine Green,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03994-PHX DGC<br><br>**ORDER** |
| Kathy Cooper,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03971-PHX DGC<br><br>**ORDER** |
| Magic Cook,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03982-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Anthony Carmichael,<br>            Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03981-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21269.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21269) is **granted.** The claims of the above Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of January, 2020.

*David G. Campbell*
———————————————
David G. Campbell
Senior United States District Judge

4