**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

In Re: Bard IVC FILTERS             MDL No. 2:15-MD-02641-PHX-DGC
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiffs:

WILLIAM K. BARRON, JR.
Civil Action No. 2:19-cv-02894-DGC

_____

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEARBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 2:19-cv-02894-DGC. This dismissal does not affect case number 2:17-cv-02863-DGC, which shall remain in suit.

Dated this 13th day of January, 2020.

                         Respectfully submitted,

                         **SCHNEIDER HAMMERS LLC**

                         By: /s/: Robert M. Hammers, Jr.
                         Robert M. Hammers, Jr.
                         5555 Glenridge Connector
                         Suite 975
                         Atlanta, GA 30342
                         rob@schneiderhammers.com
                         Tel. 770-394-0047
                         Fax. 404-600-2626
                         *Attorneys for Plaintiffs*

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: /s/: Richard B. North, Jr.
Richard B. North, Jr.
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
Tel. 404-322-6000
Fax. 404-332-6397
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/:Robert M. Hammers, Jr.
Robert M. Hammers, Jr.
