Paul L. Stoller (No. 016773)
Ashley Crowell (No. 027286)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com
ashley@drlawllp.com

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
| This Document Applies to: | (AZ Member Case – 2:19-cv-04314-DGC) |
| Carlton Raynor, Sr. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carlton Raynor, Sr., gives notice that he dismisses his Complaint and all causes of action *without prejudice* as against all Defendants in civil action 2:19-cv-04314-DGC *only*. This filing does not affect Plaintiff's complaint or claims in Individual CV-19-04148-PHX-DGC.

Defendants have not filed an answer or motion for summary judgment; therefore, this Notice is proper under Rule 41(a)(1)(A)(i).

/ / /

/ / /

/ / /

1    DATED this 13th day of January 2020.

2                                            **DALIMONTE RUEB STOLLER, LLP**

3

4                                            By:/s/ Paul L. Stoller
                                             John A. Dalimonte
5                                            Paul L. Stoller
                                             Ashley Crowell
6
                                             *Attorneys for Plaintiff*
7

8                                  **CERTIFICATE OF SERVICE**

9          I hereby certify that on this 13th day of January 2020, I electronically transmitted the

10   attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

11   Notice of Electronic Filing.

12                                           /s/ Donna M. Berrios

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28