1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-PHX-DGC |
|---|---|
| This Document Applies to: | (AZ Member Case - CV-17-03999-PHX-DGC) |
| Altschuh, Henry  v. C.R. Bard, Inc., et al. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

9
10
11
12
13

    The parties having submitted their Stipulation for Dismissal Without Prejudice, and

14

good cause appearing,

15

    **IT IS ORDERED** dismissing the Complaint in civil action No. CV-17-03999-

16

PHX-DGC *without prejudice* as to all claims and all defendants.

17
18
19
20
21
22
23
24
25
26
27
28