David W. Bauman
(Admitted Pro Hac Vice, MO Bar No. 52481)
**PADBERG CORRIGAN & APPELBAUM**
1926 Chouteau Avenue
St. Louis, MO 63103
Telephone: (314) 621-2900
dave@padberglaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>Regina Yarborough v. C.R. Bard, Inc., et al. | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case – CV-18-04651-PHX-DGC)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Regina Yarborough, and Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action are dismissed *without prejudice* against all Defendants in civil action CV-18-04651-PHX-DGC.

DATED this 13th day of January 2020.

| | |
|---|---|
| Padberg Corrigan & Appelbaum<br><br>By: /*s*/ David W. Bauman<br>―――――――――<br>*Attorney for Plaintiff* | NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>By: /*s*/ Matthew B. Lerner<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br><br>James R. Condo<br>Kristine L. Gallardo<br>SNELL & WILMER L.L.P.<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/David W. Bauman