IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>Regina Yarborough v. C.R. Bard, Inc., et al. | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case - CV-18-04651-PHX-DGC)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

The parties having submitted their Stipulation for Dismissal Without Prejudice, and good cause appearing,

**IT IS ORDERED** dismissing the Complaint in civil action No. CV-18-04651-PHX-DGC *without prejudice* as to all claims and all defendants.