# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Aldra Hardy,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02668-PHX DGC<br><br>**ORDER** |
| La'Trina Harris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00261-PHX DGC<br><br>**ORDER** |
| Robert Harris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04108-PHX DGC<br><br>**ORDER** |
| Charlene Hayama,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01821-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Curley Hayes,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-02061-PHX DGC<br><br>**ORDER** |
| Anita Hemphill,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-04110-PHX DGC<br><br>**ORDER** |
| Kim Hepler,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-00630-PHX DGC<br>**ORDER** |
| Catherine Taylor, administrator of the estate of Sarah Herndon, deceased,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV19-02767-PHX DGC<br><br>**ORDER** |
| Robert Hilgendore,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-03963-PHX DGC<br><br>**ORDER** |
| Sharon Hill,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-01779-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Alonzo Holloman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-03352-PHX DGC<br><br>**ORDER** |
| Frank Holmes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02917-PHX DGC<br><br>**ORDER** |
| Amanda Houston,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01799-PHX DGC<br><br>**ORDER** |
| Mary Hudson-Pierce,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00256-PHX DGC<br><br>**ORDER** |
| Julia Huff,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02341-PHX DGC<br><br>**ORDER** |
| Thomas Hutto,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-03794-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Ivey,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-04341-PHX DGC<br><br>**ORDER** |
| Geraldine Jackson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-02129-PHX DGC<br><br>**ORDER** |
| Gary Jackson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00870-PHX DGC<br><br>**ORDER** |
| Cynthia Jackson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-03457-PHX DGC<br><br>**ORDER** |
| Chimeka Jackson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-03315-PHX DGC<br><br>**ORDER** |
| Debora Janes,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-03901-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Albert Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-01035-PHX DGC<br><br>**ORDER** |
| Maggie Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03304-PHX DGC<br><br>**ORDER** |
| Rebecca Johnson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02078-PHX DGC<br><br>**ORDER** |
| Janice Johnson,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-03899-PHX DGC<br><br>**ORDER** |
| Sophelia Johnson-Winfrey,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04301-PHX DGC<br><br>**ORDER** |
| Shashawna Jones,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-04111-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Audrey Kasler,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-00249-PHX DGC<br><br>**ORDER** |
| Carrie Kelley,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01931-PHX DGC<br><br>**ORDER** |
| Doris Kmieciak,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02814-PHX DGC<br><br>**ORDER** |
| Mary Kohn,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02393-PHX DGC<br><br>**ORDER** |
| Virginia Kueny,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02264-PHX DGC<br><br>**ORDER** |
| Jack Kunza,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02240-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Calvin Landry,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01345-PHX DGC<br><br>**ORDER** |
| Janet Layman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-02198-PHX DGC<br><br>**ORDER** |
| Angela Layne,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00208-PHX DGC<br><br>**ORDER** |
| Diana Lewis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00283-PHX DGC<br><br>**ORDER** |
| Elizabeth Leyva,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01758-PHX DGC<br><br>**ORDER** |
| Joseph Lombardo,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02187-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Joseph Long,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02138-PHX DGC<br><br>**ORDER** |
| Gerald Mantalvanos,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00021-PHX DGC<br><br>**ORDER** |
| David Markin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-03521-PHX DGC<br><br>**ORDER** |
| Marie Martin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02205-PHX DGC<br><br>**ORDER** |
| Luisa Martinez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02606-PHX DGC<br><br>**ORDER** |
| Gary Mason,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01291-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Mattwig,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01505-PHX DGC<br><br>**ORDER** |
| Theresa McClain,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01297-PHX DGC<br><br>**ORDER** |
| Nadine McCrady,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00022-PHX DGC<br><br>**ORDER** |
| Nancy Mead,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04458-PHX DGC<br><br>**ORDER** |
| David Medlin,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-04607-PHX DGC<br><br>**ORDER** |
| Dawn Merritt,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV15-01644-PHX DGC<br><br>**ORDER** |

9

| | |
|---|---|
| Jessica Michalko,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01298-PHX DGC<br><br>**ORDER** |
| Kelly Miller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00051-PHX DGC<br><br>**ORDER** |
| William Mitchell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00418-PHX DGC<br><br>**ORDER** |
| Rosario Montes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-03895-PHX DGC<br><br>**ORDER** |
| Agustin Morado, III,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03255-PHX DGC<br><br>**ORDER** |
| James Morgan,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04109-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Sharon Morris,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-02813-PHX DGC<br><br>**ORDER** |
| John Muia,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV18-00215-PHX DGC<br><br>**ORDER** |
| Ashwin Narayan,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-00617-PHX DGC<br><br>**ORDER** |
| Jo Ann Neff,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV17-01165-PHX DGC<br><br>**ORDER** |
| Carolyn Nobles,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04323-PHX DGC<br><br>**ORDER** |
| Matthew Nolan,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV19-01823-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kenneth Oakleaf,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02568-PHX DGC<br><br>**ORDER** |
| Carol Oddo,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01262-PHX DGC<br><br>**ORDER** |
| Jerry Ostap,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-02342-PHX DGC<br><br>**ORDER** |
| Peggy Page,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02818-PHX DGC<br><br>**ORDER** |
| Michael Palmer,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00214-PHX DGC<br><br>**ORDER** |
| Latiesha Parsons,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00887-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| James Paxton,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01775-PHX DGC<br><br>**ORDER** |
| James Peppe,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-02095-PHX DGC<br><br>**ORDER** |
| Regina Perez,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-01917-PHX DGC<br><br>**ORDER** |
| Margaret Petersen,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02783-PHX DGC<br><br>**ORDER** |
| Barry Phares,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02210-PHX DGC<br><br>**ORDER** |
| Mekeda Player,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03610-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Diane Preiss,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV18-00182-PHX DGC  **ORDER** |
| Amanda Pritchett,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV16-01765-PHX DGC  **ORDER** |
| Sharon Raby,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV16-01789-PHX DGC  **ORDER** |
| Diane Radke,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV16-02239-PHX DGC  **ORDER** |
| Brenca Ramage,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV19-02134-PHX DGC  **ORDER** |
| Sherri Reeves,                      Plaintiff, v.  C.R. Bard, et al.,                      Defendants. | No. CV19-01765-PHX DGC  **ORDER** |

| | |
|---|---|
| Deborah Regel,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02662-PHX DGC<br><br>**ORDER** |
| Tabitha Restivo,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00449-PHX DGC<br><br>**ORDER** |
| Jodi Ann Faragoi, executor of the estate of Victoria Rice,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01504-PHX DGC<br><br>**ORDER** |
| Tami Ruebel,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-02566-PHX DGC<br><br>**ORDER** |
| Betty Mestre, as plenary guardian of Eduardo Sanchez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-00390-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Karen Sapp,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-01648-PHX DGC<br><br>**ORDER** |
| Helen Schindler,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-02410-PHX DGC<br><br>**ORDER** |
| Joseph Schlicher,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00020-PHX DGC<br><br>**ORDER** |
| Kathleen Schmidt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02374-PHX DGC<br><br>**ORDER** |
| Joseph Schmidt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01296-PHX DGC<br><br>**ORDER** |
| Kathryn Schwab,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00702-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Susan Schwartz,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-01615-PHX DGC<br><br>**ORDER** |
| Sandra Scott,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV15-01722-PHX DGC<br><br>**ORDER** |
| Everett Scott,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV16-02238-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21041.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21041) is **granted.**  The claims of the above Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of January, 2020.

_David G. Campbell_

David G. Campbell
Senior United States District Judge