IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
|---|---|

This Document Relates to Plaintiff(s)

Patricia Condojani

Civil Case #: 2:18-cv-01509-DGC

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Patricia Condojani ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:18-cv-01509-DGC filed on May 17, 2018.  The Short Form Complaint was served on or forwarded to the Bard Defendants on June 11, 2018.

                                                                      Respectfully submitted,

                                        **McGLYNN, GLISSON & MOUTON**

Dated:   January 15, 2020        By: /s/Amanda L. Washington
                                             Amanda L. Washington, LA #34811
                                             340 Florida Street
                                             Baton Rouge, LA 70801
                                             Telephone:  225-344-3555
                                             Fax:  225-344-3666
                                             amanda@mcglynnglisson.com
                                             **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>January 15, 2020</u>, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Amanda L. Washington</u>
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**