David Bauman
*Licensed in Missouri and Illinois*
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA  02109
833-443-7529
david.bauman@drlawllp.com

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC <br><br> Concerning Cindy Reiber (AZ Member Case No. 2:17-cv-03033-DGC) <br><br> **NOTICE OF CHANGE OF FIRM AFFILIATION** |

**NOTICE IS HEREBY GIVEN** that effective December 15, 2019, David Bauman is no longer affiliated with Padberg Corrigan & Appelbaum.  Effective immediately, all filings, correspondence, and contacts should be addressed as follows:

> David Bauman
> DALIMONTE RUEB STOLLER, LLP
> 85 Devonshire Street, Suite 1000
> Boston, MA  02109
> 833-443-7529
> david.bauman@drlawllp.com

Dated: January 15, 2020.        **DALIMONTE RUEB STOLLER, LLP**

By: */s/David Bauman*
    David Bauman
    *Licensed in Missouri and Illinois*

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Donna M. Berrios