UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

|  |  |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

|  |  |
|---|---|
| DONALD EPPS<br>Plaintiff<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:15-cv-01881-DGC |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

    Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiff Donald Epps and in the above captioned matter.

Date: January 15, 2020

                                          Respectfully submitted,

                                          /s/ John A. Dalimonte
                                          John A. Dalimonte, Esquire
                                          DALIMONTE RUEB STOLLER LLP
                                          Admitted Pro Hac Vice
                                          Massachusetts BBO No. 554554
                                          85 Devonshire Street, Suite 1000
                                          Boston, MA 02109
                                          (833) 443-7529
                                          Email: john@drlawllp.com

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this 15th day of January, 2020.

                                                                /s/ John A. Dalimonte
                                                                John A. Dalimonte, Esquire