UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

|  |  |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

|  |  |
|---|---|
| SHEILA KENNEDY<br>Plaintiff<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:16-cv-00742-DGC |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

    Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiff Sheila Kennedy and in the above captioned matter.

Date: January 15, 2020

Respectfully submitted,

/s/ John A. Dalimonte  
John A. Dalimonte, Esquire  
DALIMONTE RUEB STOLLER LLP  
Admitted Pro Hac Vice  
Massachusetts BBO No. 554554  
85 Devonshire Street, Suite 1000  
Boston, MA 02109  
(833) 443-7529  
Email: john@drlawllp.com

Certificate of Service

I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this 15th day of January, 2020.

/s/ John A. Dalimonte  
John A. Dalimonte, Esquire