UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Case No: 2:15-md-02641-DGC<br>MDL No. 2641 |

This Document relates to:

| | |
|---|---|
| LESLIE UPHAUS<br>Plaintiff<br><br>v.<br><br>C.R. BARD, INC. and<br>BARD PERIPHERAL VASCULAR, INC.,<br>Defendants | Case No: 2:17-cv-02298-DGC |

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

Please enter my appearance in the above referenced matter as attorney of record on behalf of the plaintiff Leslie Uphaus and in the above captioned matter.

Date: January 15, 2020

Respectfully submitted,

/s/ John A. Dalimonte
John A. Dalimonte, Esquire
DALIMONTE RUEB STOLLER LLP
Admitted Pro Hac Vice
Massachusetts BBO No. 554554
85 Devonshire Street, Suite 1000
Boston, MA 02109
(833) 443-7529
Email: john@drlawllp.com

Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been served upon all parties of record electronically on this 15th day of January, 2020.

                                              /s/ John A. Dalimonte
                                              John A. Dalimonte, Esquire