IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALEA TAYLOR
Case No. 2:17-cv-04578-DGC

MDL Case No. 2:15-md-02641-DGC

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against the defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| __/s/ Debra J. Humphrey_____. | _/s/ Richard B. North Jr._____. |
| Debra J. Humphrey | Richard B. North, Jr. |
| MARC J. BERN & PARTNERS LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| One Grand Central Place | |
| 60 East 42nd Street, Suite 950 | Atlantic Station |
| New York, New York 10165 | 201 17th Street, NW, Suite 1700 |
| Tel: (212) 702-5000 | Atlanta, GA 30363 |
| Fax: (212) 818-0164 | Tel: (404) 322-6000 |
| dhumphrey@bernllp.com | Fax: (404) 322-6050 |
| *Attorneys for Plaintiff* | Richard.north@nelsonmullins.com |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2020, I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Debra J. Humphrey
Debra Humphrey