# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2019

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff | Date Answer or Notice of Appearance Filed (If applicable) |
|---|---|---|
| 2:18-cv-04587-DGC | Earl L. Reasner | N/A |
| 2:18-cv-03938-DGC | David E. Reece | N/A |
| 2:18-cv-04401-DGC | Jason H. Reed | N/A |
| 2:17-cv-00480-PHX-DGC | Arnold Rettzo | 02/22/2017 |
| 2:19-cv-00593 | Hugh M. Rhoden | N/A |
| 2:17-cv-01147 | Kagen Richards | 05/23/2017 |
| 2:18-cv-02841-DGC | Jeanette L. Risko | 09/19/2018 |
| 2:17-cv-03402-DGC | John H. Rivers | 11/01/2017 |
| 2:17-cv-03644-DGC | James D. Roberts | 12/04/2017 |
| 2:19-cv-02547-PHX-DGC | Lonnie M. Robinson | N/A |
| 2:18-cv-03278-DGC | Charles T. Ross | 10/23/2018 |
| 2:17-cv-03423-DGC | Larry D. Royston | 11/01/2017 |
| 2:17-cv-01998-DGC | Nancy L. Rubin | 07/10/2017 |
| 2:16-cv-00196-DGC | Jered J. Salmon | 02/17/2016 |
| 2:19-cv-00658-DGC | Robert A. Samuels (Barbara Samuels, Personal Rep) | N/A |
| 2:18-cv-03784-DGC | Julie A. Schaaf | N/A |
| 2:18-cv-04624-DGC | Tatiana A. Schiavone | 01/15/2019 |
| 2:19-cv-01479-PHX-DGC | Vicki Scoggins | N/A |
| 2:18-cv-03283-DGC | Naomi L. Scott | 10/23/2018 |
| 2:18-cv-04588-DGC | Joseph M. Selip | N/A |
| 2:18-cv-03797-DGC | Alvin C. Senese | 01/16/2019 |
| 2:18-cv-04589-DGC | Betty R. Shotwell | N/A |
| 2:17-cv-04407-DGC | Bradley Simmons | 02/06/2018 |
| 2:18-cv-04590-DGC | Kritin A. Sinclair | N/A |
| 2:18-cv-03945-DGC | James Singleton | N/A |
| 2:18-cv-01870-PHX-DGC | Glenda L. Smith | 08/31/2018 |
| 2:18-cv-03956-DGC | Shannon Smith | N/A |
| 2:17-cv-00260-DGC | Barbara A. Spehar | 02/03/2017 |
| 2:17-cv-03837-DGC | Bart E. Stafford | 10/27/2017 |
| 2:18-cv-03968-DGC | Rhonda S. Steffy | N/A |
| 2:18-cv-03823-DGC | Bill R. Stevens | 01/17/2019 |
| 2:17-cv-03706-DGC | Bobby R. Stokes | 11/29/2017 |
| 2:19-cv-00594 | Thomas Stokes | N/A |
| 2:18-cv-03802-DGC | Kristina Strickland | 01/17/2019 |

| | | |
|---|---|---|
| 2:18-cv-03381-DGC | Michael B. Stuart | 10/30/2018 |
| 2:18-cv-03801-DGC | Jeff Sumpter | 01/17/2019 |
| 2:18-cv-04481-DGC | Rebecca Sundquist-Lux | N/A |
| 2:18-cv-03383-DGC | Renika Sylvester | 11/01/2018 |
| 2:18-cv-04410-DGC | Margaret C. Szymanski | N/A |
| 2:16-cv-01777-PHX-DGC | Michael T. Taylor | 06/27/2016 |
| 2:18-cv-04490-DGC | Donald Terrell | N/A |
| 2:18-cv-04416-DGC | Ella M. Tervasi | N/A |
| 2:17-cv-04365-DGC | Stephen E. Tessier | 02/05/2018 |
| 2:18-cv-04450-DGC | Carrie L. Thomas | N/A |
| 2:19-cv-00596-DGC | Rosilyn R. Thomas | N/A |
| 2:16-cv-02586-DGC | Sharon R. Thompson | 08/15/2016 |
| 2:18-cv-03890-DGC | Mike H. Thompson | N/A |
| 2:18-cv-01350-PHX-DGC | Arthur E. Trayal | 05/16/2018 |