IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to:<br><br>*Pamela M. Smith*<br>*2:17-cv-00916* | PLAINTIFF'S NOTICE OF WITHDRAWAL OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ONLY CASE NUMBER 2:17-cv-00916 |

NOW COMES David P. Matthews of Matthews & Associates ("Matthews") and is filing this Notice of Withdrawal of the Amended Stipulation of Dismissal Without Prejudice previously filed on December 10, 2019 (Doc. No. 21108) in Case Number 2:17-cv-00916 for Plaintiff Pamela M. Smith.  Matthews is filing this Notice of Withdrawal to correct the Amended Stipulation of Dismissal that was inadvertently filed by Matthews on behalf of Plaintiff Pamela M. Smith.  This Notice of Withdrawal of the Amended Stipulation of Dismissal Without Prejudice filed on December 10, 2019 (Doc. No. 21108) relates *only* to Plaintiff Pamela M. Smith and Case Number 2:17-cv-00916. This Notice of Withdrawal does not relate to any other Plaintiffs of Case Numbers included in the Amended Stipulation of Dismissal Without Prejudice filed on December 10, 2019 (Doc. No. 21108).

Specifically, Matthews does *not* represent Plaintiff Pamela M. Smith and the Amended Stipulation of Dismissal Without Prejudice in Case Number 2:17-cv-00916 was filed in error.  Plaintiff Pamela M. Smith is represented by Wendt Law Firm PC, and cause of action, 2:17-cv-00916, was filed by Wendt Law Firm PC.  For these reasons, Matthews files this Notice of Withdrawal of the Amended Stipulation of Dismissal Without Prejudice in the instant cause of action.

WHEREFORE, David P. Matthews of Matthews & Associates requests that the

Amended Stipulation of Dismissal Without Prejudice filed on December 10, 2019 (Doc. No. 21108) be withdrawn as to *only* Plaintiff Pamela M. Smith and Case Number 2:17-cv-00916, and not the entire previously filed Stipulation of Dismissal Without Prejudice. David P. Matthews of Matthews & Associates further requests that no Order of Dismissal be issued by the Court in Case Number 2:17-cv-00916, and that Case Number 2:17-cv-00916 be reopened with the Court.  Dated:  January 16, 2020

        Respectfully Submitted,

        */s/ David P. Matthews*
        David P. Matthews
        dmatthews@thematthewslawfirm.com
        MATTHEWS & ASSOCIATES
        2509 Sackett St.
        Houston, TX  77098
        P:  713.522.5250
        F:  713.535.7184

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ David P. Matthews*
        David P. Matthews