**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

BERNARD TAYLOR
Case No. 2:17-cv-03689-DGC

MDL Case No. 2:15-md-02641-DGC

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against the defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

__/s/ *Debra J. Humphrey*_____.
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com
*Attorneys for Plaintiff*

/s/  *Richard B. North, Jr.*_____.
Richard B. North, Jr.
NELSON MULLINS RILEY &
SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Tel: (404) 322-6000
Fax: (404) 322-6050
Richard.north@nelsonmullins.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th of January, 2020 I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Debra J. Humphrey
Debra Humphrey