## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| BERNARD TAYLOR Civil Action No. 2:17-cv-03689-DGC | |

Considering the Stipulation of Dismissal Without Prejudice of Plaintiff BERNARD TAYLOR. Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation of dismissal without prejudice of Plaintiff Bernard Taylor (Doc. _____) is **granted**. All claims of Plaintiff Bernard Taylor against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:17-cv-03689-DGC) is hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ of _____, 2020.

HONORABLE DAVID G. CAMPBELL
Senior United States District Judge