**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

---

In Re: Bard IVC Filters Products Liability
Litigation

---

Marjorie Shinault,

      Plaintiff,

v.

C.R Bard, Inc. and Bard Peripheral Vascular,
Inc.,

      Defendants.

MDL No.: 15-2641-PHX-DGC

Civil Action No. 2:16-cv-03925-DGC

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Marjorie Shinault, hereby

dismisses all claims in this matter without prejudice against all Defendants in this action, Civil

Action No. 2:16-cv-03925-DGC. All parties shall bear their own costs.


By:  /s/ Randi Kassan
    Randi Kassan, Esq.
    SANDERS PHILLIPS GROSSMAN,
    LLC
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    516-741-5600
    rkassan@thesandersfirm.com

    *Counsel for Plaintiff*


Dated: January 16, 2020

By:  /s/ Richard North
    Richard North, Esq.
    NELSON MULLINS RILEY &
    SCARBOROUGH LLC
    Atlantic Station
    201 17th Street NW, Suite 1700
    Atlanta, GA 30363
    404-322-6000
    Richard.north@nelsonmullins.com

    *Counsel for Defendants*


Dated:  January 16, 2020