IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **RONALD RAGSDALE,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,**<br><br>                    **Defendant.** | **Case No. 2:19-cv-04222-DGC**<br><br><br>**MDL No. 2641** |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Ronald Ragsdale ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses. It is further agreed that the non-suit will only apply to docket number 2:19-cv-04305-DGC. This dismissal does not affect case number 2:19-cv-04222-DGC, which shall remain in suit.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: January 14, 2020

/s/*Debra J. Humphrey*
Debra J. Humphrey
*Attorney for Plaintiff*
MARC J. BERN & PARTNERS, LLP
60 East 42nd Street, #950
New York, New York 10165
Tel: (212) 702-5000
Dhumphrey@bernllp.com

Respectfully submitted,

/s/ *Richard B. North*
Richard B. North
*Attorney for Defendants*
NELSON MULLINS, LLP
Atlantic Station, 201 17th Street NW
Atlanta, GA 30363
Tel: (404) 322-6233
Richard.North@nelsonmullins.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Debra J. Humphrey*
Debra J. Humphrey
