IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
| This Document Relates to Plaintiff | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| RONALD RAGSDALE Civil Action No. 2:19-cv-04222-DGC | |

Considering the Stipulation of Dismissal Without Prejudice of Plaintiff RONALD RAGSDALE. Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the stipulation of dismissal without prejudice of Plaintiff Ronald Ragsdale (Doc. _____) is **granted**. All claims of Plaintiff Ronald Ragsdale against Defendant C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., in Civil Action MDL 15-02641 (Member Case 2:19-cv-04222-DGC) is hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.

Dated this _____ of _____, 2020.

                                              HONORABLE DAVID G. CAMPBELL
                                              Senior United States District Judge