**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

RONALD RAGSDALE Case
No. 2:19-cv-04305-DGC

MDL Case No. 2:15-md-02641-DGC

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed without prejudice against the defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| /s/ *Debra J. Humphrey* | /s/ *Richard B. North, Jr.* |
| Debra J. Humphrey | Richard B. North, Jr. |
| MARC J. BERN & PARTNERS LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| One Grand Central Place | Atlantic Station |
| 60 East 42nd Street, Suite 950 | 201 17th Street, NW, Suite 1700 |
| New York, New York 10165 | Atlanta, GA 30363 |
| Tel: (212) 702-5000 | Tel: (404) 322-6000 |
| Fax: (212) 818-0164 | Fax: (404) 322-6050 |
| dhumphrey@bernllp.com | Richard.north@nelsonmullins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th of January, 2020 I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Debra J. Humphrey
Debra Humphrey