IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Ronald Ragsdale,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04222-PHX DGC<br><br>**ORDER** |
| Ronald Ragsdale,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04305-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulations of Dismissal without Prejudice of Ronald Ragsdale, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Docs. 21393, 21394.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulations of dismissal without prejudice of Ronald Ragsdale (Docs. 21393, 21394) are **granted.**  The claims of Ronald Ragsdale are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of January, 2020.

David G. Campbell
Senior United States District Judge