# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
|---|---|
| Marjorie Shinault,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03925-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Marjorie Shinault, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21391.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Marjorie Shinault (Doc. 21391) is **granted.**  The claims of Marjorie Shinault are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 17th day of January, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge