**AMENDED EXHIBIT B**
**Direct Filed Cases Formerly on Track 1, Which Have Not Been Dismissed and Are Ripe to be Transferred**

| Case Caption | Current Civil Action | Date Filed | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Joe Burriola v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01975-PHX-DGC | CV-17-01975-PHX-DGC | 6/22/2017 | USDC IA, Southern District | Murphy Law Firm LLC |
| Joy Denton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04111-PHX-DGC | CV-17-04111-PHX-DGC | 11/8/2017 | USDC IA, Southern District | Nelson Bumgardner Albritton, PC |
| Adam King v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01739-PHX-DGC | CV-16-01739-PHX-DGC | 6/2/2016 | USDC IA, Southern District | Schneider Hammers LLC |
| Pamela Lara v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04796-PHX-DGC | CV-18-04796-PHX-DGC | 1/9/2019 | USDC IA, Southern District | Kirkendall Dwyer LLP |
| Kathleen Dolan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01147-PHX-DGC | CV-19-01147-PHX-DGC | 2/20/2019 | USDC IA, Southern District | Fenstersheib Law Group, PA |
| Keith Lucas v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04108-PHX-DGC | CV-19-04108-PHX-DGC | 5/31/2019 | USDC IA, Southern District | Fenstersheib Law Group, PA |

| Case Caption | Current Civil Action | Date Filed | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| David M. Blum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00344-PHX-DGC | CV-19-00344-PHX-DGC | 1/22/2019 | USDC IA, Southern District | Schneider Hammers LLC |