**AMENDED EXHIBIT C**
**Cases Erroneously Assigned to Track 1**

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Kirk Allred v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01410-PHX-DGC | CV-19-01410-PHX-DGC | Johnston Law Group |
| Diana M. Angle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01502-PHX-DGC | CV-19-01502-PHX-DGC | Johnston Law Group |
| Thomas Bateman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01415-PHX-DGC | CV-19-01415-PHX-DGC | Johnston Law Group |
| Farid Boumediene v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03214-PHX-DGC | CV-16-03214-PHX-DGC | Fitzgerald Law Group |
| Ashley Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01499-PHX-DGC | CV-19-01499-PHX-DGC | Johnston Law Group |
| Michael Callahan and Priscilla Callahan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02304-PHX-DGC | CV-15-02304-PHX-DGC | Weitz & Luxenberg, PC |
| Larry Carpenter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03249-PHX-DGC | CV-19-03249-PHX-DGC | Johnston Law Group |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Jason Chesla v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01406-PHX-DGC | CV-19-01406-PHX-DGC | Johnston Law Group |
| Samuel Cole v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01413-PHX-DGC | CV-19-01413-PHX-DGC | Johnston Law Group |
| Michael Corey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-01412-PHX-DGC | CV-19-01412-PHX-DGC | Johnston Law Group |
| Loren Eleazer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01411-PHX-DGC | CV-19-01411-PHX-DGC | Johnston Law Group |
| Jacqueline Freedman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01404-PHX-DGC | CV-19-01404-PHX-DGC | Johnston Law Group |
| Dianne Gaskin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00350-PHX-DGC | CV-17-00350-PHX-DGC | Sweeney Merrigan Law, LLP |
| Gina Geary v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01503-PHX-DGC | CV-19-01503-PHX-DGC | Johnston Law Group |
| Lorella Hammond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03086-PHX-DGC | CV-18-03086-PHX-DGC | Baron & Budd PC - Dallas, TX |
| Amanda Harvey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01402-PHX-DGC | CV-19-01402-PHX-DGC | Johnston Law Group |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Carlton Ray Hughes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00884-PHX-DGC | CV-19-00884-PHX-DGC | Johnston Law Group |
| Steven Jackman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01414-PHX-DGC | CV-19-01414-PHX-DGC | Johnston Law Group |
| Holly James v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01510-PHX-DGC | CV-19-01510-PHX-DGC | Johnston Law Group |
| Patrick Lewis Jamison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01508-PHX-DGC | CV-19-01508-PHX-DGC | Johnston Law Group |
| Frances Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01403-PHX-DGC | CV-19-01403-PHX-DGC | Johnston Law Group |
| Edwin Lasecki, as Administrator of the Estate of Jean Lasecki v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01408-PHX-DGC | CV-19-01408-PHX-DGC | Johnston Law Group |
| Shirley Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03250-PHX-DGC | CV-19-03250-PHX-DGC | Johnston Law Group |
| Christine Lorthe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02446-PHX-DGC | CV-15-02446-PHX-DGC | Babbitt & Johnson, PA |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Mary Patricia Lowe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01505-PHX-DGC | CV-19-01505-PHX-DGC | Johnston Law Group |
| Claudete May v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01500-PHX-DGC | CV-19-01500-PHX-DGC | Johnston Law Group |
| Chani McCoy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01908-PHX-DGC | CV-18-01908-PHX-DGC | Baron & Budd PC - Dallas, TX |
| Danny Lee Moore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01501-PHX-DGC | CV-19-01501-PHX-DGC | Johnston Law Group |
| Elizabeth Sallee Stanton Nagle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00919-PHX-DGC | CV-19-00919-PHX-DGC | Saunders & Walker, PA |
| Pankaj Patel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01506-PHX-DGC | CV-19-01506-PHX-DGC | Johnston Law Group |
| Janet Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01405-PHX-DGC | CV-19-01405-PHX-DGC | Johnston Law Group |
| Jimmy Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02270-PHX-DGC | CV-19-02270-PHX-DGC | Johnston Law Group |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Willie Reed v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02271-PHX-DGC | CV-19-02271-PHX-DGC | Johnston Law Group |
| Edward Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02433-PHX-DGC | CV-18-02433-PHX-DGC | Johnston Law Group |
| Elouise Scott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02763-PHX-DGC | CV-18-02763-PHX-DGC | Baron & Budd PC - Dallas, TX |
| Brenda Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01388-PHX-DGC | CV-17-01388-PHX-DGC | Baron & Budd PC - Dallas, TX |
| Lacharla Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02268-PHX-DGC | CV-19-02268-PHX-DGC | Johnston Law Group |
| Lisa Smullen v. C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and Christian Mottas, United States District Court for the District of Arizona, Phoenix Division, CV-15-01900-PHX-DGC | CV-15-01900-PHX-DGC | Babbitt & Johnson, PA |
| William Tapinekis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01509-PHX-DGC | CV-19-01509-PHX-DGC | Johnston Law Group |
| Joel Whyms v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01409-PHX-DGC | CV-19-01409-PHX-DGC | Johnston Law Group |

| Case Caption | Current Civil Action | Plaintiff Counsel |
| --- | --- | --- |
| Casey Wyatt v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01628-PHX-DGC | CV-15-01628-PHX-DGC | Babbitt & Johnson, PA |
| Danny Maiden, on Behalf of the Estate of Linda Sue Maiden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-19-02690-PHX-DGC | CV-19-02690-PHX-DGC | Johnston Law Group |
| James Nolin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02269-PHX-DGC | CV-19-02269-PHX-DGC | Johnston Law Group |