**AMENDED EXHIBIT H**
**Direct-Filed Cases for Which Defendants Have Received No PPF or for Which the PPF is Deficient**

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Kelly McCoy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03466-PHX-DGC | CV-18-03466-PHX-DGC | USDC NY, Northern District | Freese & Goss PLLC |
| Kristi G. Bailey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04029-PHX-DGC | CV-17-04029-PHX-DGC | USDC KY, Eastern District | Napoli Shkolnik & Associates, PLLC |
| David Breeden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01535-PHX-DGC | CV-19-01535-PHX-DGC | USDC VA, Eastern District | Napoli Shkolnik, PLLC |
| Charles Finch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01533-PHX-DGC | CV-19-01533-PHX-DGC | USDC SC | Napoli Shkolnik, PLLC |
| Ross A. Grey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04030-PHX-DGC | CV-17-04030-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik & Associates, PLLC |
| Jeanette McFarland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01511-PHX-DGC | CV-19-01511-PHX-DGC | USDC PA, Western District | Napoli Shkolnik, PLLC |
| Thomas Orest and Margaret Louis Orest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04095-PHX-DGC | CV-17-04095-PHX-DGC | USDC MN | Napoli Shkolnik & Associates, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
|---|---|---|---|
| Agnes Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00138-PHX-DGC | CV-17-00138-PHX-DGC | USDC NY, Southern District | Napoli Shkolnik & Associates, PLLC |
| Steven Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04083-PHX-DGC | CV-17-04083-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik & Associates, PLLC |
| Delores Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03990-PHX-DGC | CV-17-03990-PHX-DGC | USDC IN, Southern District | Napoli Shkolnik & Associates, PLLC |
| John C. Barr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04315-PHX-DGC | CV-19-04315-PHX-DGC | USDC IL, Southern District | Dalimonte Rueb Stoller, LLP |
| Ronnie Beachum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04653-PHX-DGC | CV-18-04653-PHX-DGC | Not answered in complaint | Padberg, Corrigan & Appelbaum |
| Christopher Beasock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01465-PHX-DGC | CV-19-01465-PHX-DGC | USDC NY, Northern District | Napoli Shkolnik, PLLC |
| Sherry Lynn Black-Goodrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00406-PHX-DGC | CV-18-00406-PHX-DGC | USDC FL, Middle District | Fears Nachawati Law Firm |
| Cecilia Burkhardt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04138-PHX-DGC | CV-18-04138-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
| --- | --- | --- | --- |
| Michael Campobasso v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01575-PHX-DGC | CV-19-01575-PHX-DGC | USDC NV | McGlynn, Glisson & Mouton |
| Kandy Carpenter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01525-PHX-DGC | CV-19-01525-PHX-DGC | USDC MI, Eastern District | Napoli Shkolnik, PLLC |
| Reba Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01457-PHX-DGC | CV-19-01457-PHX-DGC | USDC KY, Western District | Napoli Shkolnik, PLLC |
| Dominic S. Colucci and Jennifer M. Colucci v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04924-PHX-DGC | CV-18-04924-PHX-DGC | USDC NV | Fears Nachawati Law Firm |
| Bruce R. Cunningham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01236-PHX-DGC | CV-19-01236-PHX-DGC | USDC TX, Eastern District | Napoli Shkolnik, PLLC |
| Iarzella Dennard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01539-PHX-DGC | CV-19-01539-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik, PLLC |
| Mark Dills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01512-PHX-DGC | CV-19-01512-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
| --- | --- | --- | --- |
| Nicolas R. Garon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01238-PHX-DGC | CV-19-01238-PHX-DGC | USDC NH | Napoli Shkolnik & Associates, PLLC |
| Jeremy Gates v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01498-PHX-DGC | CV-19-01498-PHX-DGC | USDC NC, Western District | Napoli Shkolnik, PLLC |
| Deborah S. Hamby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01449-PHX-DGC | CV-19-01449-PHX-DGC | USDC NY, Western District | Napoli Shkolnik, PLLC |
| Joanie Hansford, as Administrator of the Estate of Michele Hansford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01526-PHX-DGC | CV-19-01526-PHX-DGC | USDC KS | Napoli Shkolnik, PLLC |
| Nancy Harmon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00721-PHX-DGC | CV-19-00721-PHX-DGC | USDC GA, Southern District | McGlynn, Glisson & Mouton |
| Rudy Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01497-PHX-DGC | CV-19-01497-PHX-DGC | USDC OK, Western District | Napoli Shkolnik, PLLC |
| Kenneth I. Holbrook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01234-PHX-DGC | CV-19-01234-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik, PLLC |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
| --- | --- | --- | --- |
| Anthony Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01467-PHX-DGC | CV-19-01467-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik, PLLC |
| Karen Jandula v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02305-PHX-DGC | CV-19-02305-PHX-DGC | USDC IL, Northern District | McGlynn, Glisson & Mouton |
| Linda Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03935-PHX-DGC | CV-18-03935-PHX-DGC | USDC IA, Northern District | McGlynn, Glisson & Mouton |
| Lisa Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02001-PHX-DGC | CV-19-02001-PHX-DGC | USDC MO, Western District | McGlynn, Glisson & Mouton |
| Jeramey Kohar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01780-PHX-DGC | CV-19-01780-PHX-DGC | USDC OH, Southern District | McGlynn, Glisson & Mouton |
| Verlin Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01811-PHX-DGC | CV-18-01811-PHX-DGC | USDC OK, Eastern District | McGlynn, Glisson & Mouton |
| Elizabeth Mello v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00104-PHX-DGC | CV-19-00104-PHX-DGC | USDC TX, Western District | McSweeney Langevin, LLC |
| Daniel Person v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03189-PHX-DGC | CV-19-03189-PHX-DGC | USDC IN, Northern District | Wilshire Law Firm |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
| --- | --- | --- | --- |
| Prudence Peterson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02090-PHX-DGC | CV-18-02090-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton |
| Angela Rhodes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02135-PHX-DGC | CV-19-02135-PHX-DGC | USDC WV, Southern District | McGlynn, Glisson & Mouton |
| Sandra Risner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02136-PHX-DGC | CV-19-02136-PHX-DGC | USDC MS, Northern District | McGlynn, Glisson & Mouton |
| Kimberly Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02828-PHX-DGC | CV-18-02828-PHX-DGC | USDC OH, Northern District | Napoli Shkolnik & Associates, PLLC |
| Alejandro G. Santana and Maria Santana v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02264-PHX-DGC | CV-18-02264-PHX-DGC | USDC TX, Southern District | Fears Nachawati Law Firm |
| Edward Schaab v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02133-PHX-DGC | CV-19-02133-PHX-DGC | USDC OH, Southern District | McGlynn, Glisson & Mouton |
| Ricky Schrader v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02132-PHX-DGC | CV-19-02132-PHX-DGC | USDC FL, Middle District | McGlynn, Glisson & Mouton |
| Melissa Sepeda v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01585-PHX-DGC | CV-18-01585-PHX-DGC | USDC TX, Southern District | McGlynn, Glisson & Mouton |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel |
| --- | --- | --- | --- |
| Stephanie Smith v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02267-PHX-DGC | CV-19-02267-PHX-DGC | USDC FL, Middle District | Kirkendall Dwyer LLP |
| Clyde Solomon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01466-PHX-DGC | CV-19-01466-PHX-DGC | USDC NY, Eastern District | Napoli Shkolnik, PLLC |
| Scott Stafford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04079-PHX-DGC | CV-19-04079-PHX-DGC | USDC OK, Western District | Fears Nachawati Law Firm |
| Justin Ubel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02073-PHX-DGC | CV-19-02073-PHX-DGC | USDC PA, Eastern District | McGlynn, Glisson & Mouton |
| Edward Walton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. United States District Court, District of Arizona, Phoenix Division, CV-19-02290-PHX-DGC | CV-19-02290-PHX-DGC | USDC FL, Southern District | Fears Nachawati Law Firm |
| Kim Whitaker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02075-PHX-DGC | CV-19-02075-PHX-DGC | USDC TX, Eastern District | McGlynn, Glisson & Mouton |
| Scottie C. Wolford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01250-PHX-DGC | CV-19-01250-PHX-DGC | USDC AR, Western District | Napoli Shkolnik, PLLC |