**AMENDED EXHIBIT J**
**Direct-Filed Plaintiffs Who Have Settled And Have More Than One Complaint Pending**

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Maria Alarcon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00197-PHX-DGC | CV-17-00197-PHX-DGC | Martin Baughman, PLLC |
| Jerry Lee Black v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00194-PHX-DGC | CV-19-00194-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Juanita Coller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03470-PHX-DGC | CV-19-03470-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Leon Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03574-PHX-DGC | CV-19-03574-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Antonio Johan Epps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01636-PHX-DGC | CV-19-01636-PHX-DGC | Fears Nachawati Law Firm |
| Hilda Garcia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01352-PHX-DGC | CV-19-01352-PHX-DGC | Miller Firm LLC |
| Lorella N. Hammond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02104-PHX-DGC | CV-16-02104-PHX-DGC | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Plaintiff Counsel |
| --- | --- | --- |
| Lorella N. Hammond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00183-PHX-DGC | CV-17-00183-PHX-DGC | Fleming, Nolen, & Jez LLP |
| Derrick Hardnett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01336-PHX-DGC | CV-18-01336-PHX-DGC | Nelson Bumgardner Albritton, PC |
| Lagone Harper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00182-PHX-DGC | CV-19-00182-PHX-DGC | Fears Nachawati Law Firm |
| Donald H. Kehl, as Personal Representative of the Estate of Lou A. Kehl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03773-PHX-DGC | CV-18-03773-PHX-DGC | Freese & Goss PLLC |
| Sabrina Dixon and Reginald Dixon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV18-04885-PHX-DGC | CV-18-04885-PHX-DGC | Gallagher Law Firm |
| Patrick Martin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02135-PHX-DGC | CV-16-02135-PHX-DGC | Pro se |
| Pearlina McMillian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02674-PHX-DGC | CV-19-02674-PHX-DGC | Beasley, Allen, Crow, Methvin, Portis & Miles, PC |
| Raymond Lee Mitchell and Betty A. Mitchell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00163-PHX-DGC | CV-19-00163-PHX-DGC | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Brenda Ohl v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00284-PHX-DGC | CV-19-00284-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Alexandra Parsley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01575-PHX-DGC | CV-18-01575-PHX-DGC | Miller Firm LLC |
| Kristen Rosengrant and David Acevedo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02696-PHX-DGC | CV-19-02696-PHX-DGC | Fears Nachawati Law Firm |
| Rachel Caruth and Logan Scholl v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03167-PHX-DGC | CV-16-03167-PHX-DGC | Tuttle Law Firm |
| Donald Shadegg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03538-PHX-DGC | CV-19-03538-PHX-DGC | Seideman Law Firm, PC |
| Glenda L. Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03474-PHX-DGC | CV-19-03474-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Joseph F. Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02699-PHX-DGC | CV-19-02699-PHX-DGC | Fears Nachawati Law Firm |
| Robert Tucker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03621-PHX-DGC | CV-19-03621-PHX-DGC | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Plaintiff Counsel |
| --- | --- | --- |
| Ralph Vernom Wagner, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02790-PHX-DGC | CV-17-02790-PHX-DGC | Law Offices of Henry S Queener, III |
| Kyle Wheeler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00099-PHX-DGC | CV-19-00099-PHX-DGC | Fears Nachawati Law Firm |
| Carlos Zimmerle and Evenzia Zimmerle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03254-PHX-DGC | CV-18-03254-PHX-DGC | Fears Nachawati Law Firm |
| Stanford Young v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03311-PHX-DGC | CV-19-03311-PHX-DGC | Potts Law Firm, LLP |
| Angela Asberry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01468-PHX-DGC | CV-19-01468-PHX-DGC | Napoli Shkolnik, PLLC |
| Lenward Bentley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01540-PHX-DGC | CV-19-01540-PHX-DGC | Napoli Shkolnik, PLLC |
| Robert Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01002-PHX-DGC | CV-19-01002-PHX-DGC | Fenstersheib Law Group, PA |
| Jessica Calhoun v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04241-PHX-DGC | CV-19-04241-PHX-DGC | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| David Cox v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00367-PHX-DGC | CV-19-00367-PHX-DGC | McGlynn, Glisson & Mouton |
| Darryl Allen Fiset (a/k/a Darryl A. Furman) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00198-PHX-DGC | CV-19-00198-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Maria Fritz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02824-PHX-DGC | CV-18-02824-PHX-DGC | Napoli Shkolnik & Associates, PLLC |
| Donna Harris v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01956-PHX-DGC | CV-19-01956-PHX-DGC | McSweeney Langevin, LLC |
| Sandra Harvey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02045-PHX-DGC | CV-19-02045-PHX-DGC | McGlynn, Glisson & Mouton |
| Shiray Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04404-PHX-DGC | CV-18-04404-PHX-DGC | McGlynn, Glisson & Mouton |
| Paula Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03683-PHX-DGC | CV-17-03683-PHX-DGC | McGlynn, Glisson & Mouton |
| James Litchfield v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01460-PHX-DGC | CV-19-01460-PHX-DGC | Napoli Shkolnik, PLLC |

| Case Caption | Current Civil Action | Plaintiff Counsel |
|---|---|---|
| Marcus Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02152-PHX-DGC | CV-19-02152-PHX-DGC | McGlynn, Glisson & Mouton |
| Erin Sechrest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04732-PHX-DGC | CV-18-04732-PHX-DGC | McSweeney Langevin, LLC |
| Brittni Shaw v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03079-PHX-DGC | CV-19-03079-PHX-DGC | Wilshire Law Firm |
| Kimberly Wiesen v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01967-PHX-DGC | CV-19-01967-PHX-DGC | Kirkendall Dwyer LLP |
| Nickie Camp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03957-PHX-DGC | CV-19-03957-PHX-DGC | Goldman Scarlato & Penny, PC |
| John Hager, Jr. v. C. R. Bard, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00740-PHX-DGC | CV-19-00740-PHX-DGC | McSweeney Langevin, LLC |
| Robin Hickmond v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01222-PHX-DGC | CV-17-01222-PHX-DGC | Miller Firm LLC |
| Sharon Jones Executor deceased Wanda P Jones v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00679-PHX-DGC | CV-19-00679-PHX-DGC | McEwen Law Firm, Ltd |