**AMENDED EXHIBIT L**
**Direct-Filed Cases for which no Transferor Venue was Named in the Complaint**

| Case Caption | Current Civil Action | Residence | Implant Facility State | Plaintiff Counsel |
|---|---|---|---|---|
| James Bradburn, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03394-PHX-DGC | CV-18-03394-PHX-DGC | CA | CA | Padberg, Corrigan & Appelbaum |
| Donald Fine and Michelle Fine v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03395-PHX-DGC | CV-18-03395-PHX-DGC | IN | FL | Padberg, Corrigan & Appelbaum |
| Melissa Belisle v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01188-PHX-DGC | CV-16-01188-PHX-DGC | KY | KY | Gomez Trial Attorneys |
| Michael Bull v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02702-PHX-DGC | CV-19-02702-PHX-DGC | CA | CA | Fears Nachawati Law Firm |
| Teresa Byrne v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02098-PHX-DGC | CV-16-02098-PHX-DGC | WV | WV | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Residence | Implant Facility State | Plaintiff Counsel |
|---|---|---|---|---|
| Justo Camarena, Jr. and Irma Nunez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02101-PHX-DGC | CV-16-02101-PHX-DGC | CA | CA | Fears Nachawati Law Firm |
| Mary Cooper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02102-PHX-DGC | CV-16-02102-PHX-DGC | TX | FL | Fears Nachawati Law Firm |
| David Dilbeck v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02103-PHX-DGC | CV-16-02103-PHX-DGC | TN | VA | Fears Nachawati Law Firm |
| Michael Fitzpatrick v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01189-PHX-DGC | CV-16-01189-PHX-DGC | KY | KY | Gomez Trial Attorneys |
| Randy Garrett and Deanna Garrett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02122-PHX-DGC | CV-16-02122-PHX-DGC | GA | GA | Fears Nachawati Law Firm |
| Victavia Hill and David Hill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02123-PHX-DGC | CV-16-02123-PHX-DGC | GA | GA | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Residence | Implant Facility State | Plaintiff Counsel |
|---|---|---|---|---|
| Venessa Hinojosa v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02124-PHX-DGC | CV-16-02124-PHX-DGC | TX | TX | Fears Nachawati Law Firm |
| Kevin Leary and Audrey Leary v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02128-PHX-DGC | CV-16-02128-PHX-DGC | NY | NY | Fears Nachawati Law Firm |
| Jack Lyle and Kathi Lyle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02129-PHX-DGC | CV-16-02129-PHX-DGC | TX | TX | Fears Nachawati Law Firm |
| Lina Lynch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02130-PHX-DGC | CV-16-02130-PHX-DGC | GA | GA | Fears Nachawati Law Firm |
| Tiffany McRae v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02708-PHX-DGC | CV-17-02708-PHX-DGC | TN | TN | Paglialunga & Harris, PS |