# Giselle Cornejo

| | |
|---|---|
| **From:** | Maria Turner <maria.turner@nelsonmullins.com> |
| **Sent:** | Tuesday, January 14, 2020 11:41 AM |
| **To:** | David Rheingold |
| **Cc:** | Richard North; Giselle Cornejo |
| **Subject:** | RE: Bard IVC Filter- Robert Pierro- 2:16-cv-02798 |

Yes—at the Court's request, Exhibits B and F were combined, so I'm not sure which letter will ultimately be cited in the report- but the case is on that list.

**From:** David Rheingold <drheingold@Rheingoldlaw.com>
**Sent:** Tuesday, January 14, 2020 11:38 AM
**To:** Maria Turner <maria.turner@nelsonmullins.com>
**Cc:** Richard North <richard.north@nelsonmullins.com>; Giselle Cornejo <gcornejo@Rheingoldlaw.com>
**Subject:** FW: Bard IVC Filter- Robert Pierro- 2:16-cv-02798

Maria:

Just to confirm, does this email mean by "updating" that Pierro is now on Exh F?

Thanks

Dave


DAVID B. RHEINGOLD

**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**

551 Fifth Avenue, 29th Floor, New York, NY 10176   drheingold@rheingoldlaw.com
tel  212-684-1880 | 800-349-0004 I fax  212-689-8156  | http://www.rheingoldlaw.com




We constantly blog about litigation updates and interesting verdicts.
Follow us on:



This e-mail and any document(s) accompanying this transmittal contains information from Rheingold, Giuffra, Ruffo & Plotkin, LLC, that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (212) 684-1880 or by return e-mail.

**From:** Maria Turner [mailto:maria.turner@nelsonmullins.com]
**Sent:** Tuesday, January 14, 2020 10:54 AM
**To:** Richard North <richard.north@nelsonmullins.com>; David Rheingold <drheingold@Rheingoldlaw.com>
**Subject:** RE: Bard IVC Filter- Robert Pierro- 2:16-cv-02798

Hi David-

Our dbase was midcoded.  I double checked the complaint and have updated both the dbase and the exhibit.

Thanks,
Maria



**MARIA BRANCH TURNER**   **PARALEGAL COORDINATOR**
maria.turner@nelsonmullins.com

**ATLANTIC STATION | SUITE 1700**
**201 17TH STREET NW | ATLANTA, GA 30363**
T 404.322.6184   F 404.322.6093
**NELSONMULLINS.COM**

Begin forwarded message:

> **From:** David Rheingold <drheingold@Rheingoldlaw.com>
> **Date:** January 14, 2020 at 10:02:49 AM EST
> **To:** Richard North <richard.north@nelsonmullins.com>
> **Cc:** Giselle Cornejo <gcornejo@Rheingoldlaw.com>, "RLopez@lopezmchugh.com" <RLopez@lopezmchugh.com>, "Mark O'Connor (BG)" <moconnor@beusgilbert.com>, Jessica Galentine <jgallentine@beusgilbert.com>, Julia Reed Zaic' <julia@hrzlaw.com>, Christina Natale <Christina@heardlawfirm.com>, "mwass@lopezmchugh.com" <mwass@lopezmchugh.com>
> **Subject: Bard IVC Filter- Robert Pierro- 2:16-cv-02798**
>
> ◄External Email► - From: drheingold@Rheingoldlaw.com
>
> Richard,
>
> Our client Robert Pierro (2:16-cv-02798) is currently listed in Amended Exhibit I, along with other cases lacking federal jurisdiction. Our client is an NJ resident, but we only filed against Bard Peripheral Vascular. We believe diversity of citizenship exists in this case. We request that Pierro be moved to Exhibit F and it's remand venue be listed as District Court of New Jersey.
>
> Feel free to call.
>
> Best,

Dave

DAVID B. RHEINGOLD

**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**

551 Fifth Avenue, 29th Floor, New York, NY 10176  drheingold@rheingoldlaw.com
tel  212-684-1880 | 800-349-0004 I fax  212-689-8156  | http://www.rheingoldlaw.com



We constantly blog about litigation updates and interesting verdicts.
Follow us on:

   

This e-mail and any document(s) accompanying this transmittal contains information from Rheingold, Giuffra, Ruffo & Plotkin, LLC, that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (212) 684-1880 or by return e-mail.

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.