# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Elouisea Jane Al-Shami,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV18-00522-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of Elouisea Jane Al-Shami, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21360.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of Elouisea Jane Al-Shami (Doc. 21360) is **granted.**  The claims of Elouisea Jane Al-Shami are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 21st day of January, 2020.

David G. Campbell
Senior United States District Judge