James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBITS** |

COME NOW DEFENDANTS and file corrected exhibits to the parties' joint report.

On January 17, 2020, in accordance with the Court's January 6, 2020 docket-entry Order [Doc. 21193], and further extensions granted by the Court, the parties submitted a joint memorandum addressing the issues raised by the Court relating to the parties' January 2, 2020 Joint Report of the Settlement Status of cases [Doc. 21167].

Due to clerical errors, the exhibits were misnamed and EX B did not include all cases intended.

The following is a list of the properly name exhibits:

EX A- JPML transferred cases which are ripe for remand

1        EX B- direct filed cases which are ripe for transfer

2        EX C- cases previously identified erroneously as TR1 which are now settled

3 and should remain TR2 until May 1, 2020

4        EX D- cases that have now settled and should remain in TR2 until May 1,

5 2020

6        EX G- cases which have not been served on defendants

7        EX H- cases for which defendants have received no PPF or for which the PPF

8 is deficient

9        EX I- cases for which no federal jurisdiction is proper

10        EX J-- plaintiffs who filed more than one complaint, whose settled complaint

11 has been dismissed

12        EX K- plaintiffs who have more than one complaint pending

13        EX L- cases for which no transferor venue was named in the complaint

15 Respectfully submitted, this 21st day of January, 2020.

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: *s/ Richard B. North*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo (005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North