**AMENDED EXHIBIT A**
**JPML Transferred Cases Which Are Ripe for Remand**

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Nancy Elizabeth Kunsak v. Allegheny General Hospital, Bard Peripheral Vascular, Inc. of C. R. Bard, Inc. Division, Benza M.D., Raymond L., C. R. Bard, Inc., and Kiproff M.D., Paul M, United States District Court, District of Arizona, Phoenix Division, CV-17-00555-PHX-DGC | CV-17-00555-PHX-DGC | GD-16-001744 | USDC PA, Western District | Allied Legal Partners |
| Martha Amy Christiansen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00645-PHX-DGC | CV-16-00645-PHX-DGC | 3:15-cv-00228-JWS | USDC AK | Atkinson Conway & Gagnon, Inc |
| George Leus v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01623-PHX-DGC | CV-15-01623-PHX-DGC | 4:13-cv-00585 | USDC MO, Western District | Babbitt & Johnson, PA |
| Karen Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02302-PHX-DGC | CV-15-02302-PHX-DGC | 1:15-cv-09020 | USDC IL, Northern District | Bernstein Liebhard LLP |
| Tommy Lee Beal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02648-PHX-DGC | CV-15-02648-PHX-DGC | 5:15-cv-00143 | USDC NC, Western District | Cory Watson, PC |

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Audrey R. Keegan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-2463-PHX-DGC | CV-15-02642-PHX-DGC | 1:15-cv-02152-JEJ | USDC PA, Middle District | Cory Watson, PC |
| Susan M. Hans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00546-PHX-DGC | CV-16-00546-PHX-DGC | 3:15-cv-02627-JM-JMA | USDC CA, Southern District | Dalimonte Rueb Stoller, LLP |
| Michael L. Shinn and Jennifer A. Shinn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00596-PHX-DGC | CV-16-00596-PHX-DGC | 3:15-cv-06041-LB | USDC CA, Southern District | Dalimonte Rueb Stoller, LLP |
| Lisa Schweska and Daniel P. Schweska v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court for the District of Arizona, Phoenix Division, CV-15-01879-PHX-DGC | CV-15-01879-PHX-DGC | 3:15-cv-03193-SEM-TSH | USDC IL, Central District | Dalimonte Rueb Stoller, LLP |
| Ernest Winland and Carol Jo Winland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court for the District of Arizona, Phoenix Division, CV-15-01878-PHX-DGC | CV-15-01878-PHX-DGC | 2:15-cv-02144-CSB-EIL | USDC IL, Central District | Dalimonte Rueb Stoller, LLP |
| Debra P. Rodrigue and Mark A. Rodrigue v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02462-PHX-DGC | CV-15-02462-PHX-DGC | 2:15-cv-5920 | USDC LA, Eastern District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Ava E. Langford and David R. Brown v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00687-PHX-DGC | CV-16-00687-PHX-DGC | 4:15-cv-01749-NNC | USDC MO, Eastern District | Dalimonte Rueb Stoller, LLP |
| Melissa M. Duran and Ronnie J. Duran v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00610-PHX-DGC | CV-16-00610-PHX-DGC | 1:15-cv-01159 | USDC NM | Dalimonte Rueb Stoller, LLP |
| Donald Epps v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01881-PHX-DGC | CV-15-01881-PHX-DGC | 2:15-cv-01210-GMN-GWF | USDC NY, Southern District | Dalimonte Rueb Stoller, LLP |
| Angela Voigt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona Phoenix Division, CV-15-01915-PHX-DGC | CV-15-01915-PHX-DGC | 6:15-cv-00239-SPS | USDC OK, Eastern District | Dalimonte Rueb Stoller, LLP |
| Claudette Y. Mears v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01899-PHX-DGC | CV-15-01899-PHX-DGC | 1:15-cv-01253-JEJ | USDC PA, Middle District | Dalimonte Rueb Stoller, LLP |
| Robert Peery v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01883-PHX-DGC | CV-15-01883-PHX-DGC | 1:15-cv-01153-JDB-EGB | USDC TN, Western District | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Albert Miller v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01639-PHX-DGC | CV-15-01639-PHX-DGC | 3:15-cv-00533 | USDC TN, Middle District | Fears Nachawati Law Firm |
| Karen Rocourt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-18-01796-PHX-DGC | CV-18-01796-PHX-DGC | 24-C-18-002590 | USDC MD | Law Office Of Barry R Glazer, PC |
| Cheryl Rouse v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-15-02227-PHX-DGC | CV-15-02227-PHX-DGC | 5:15-cv-04569-BLF | USDC CA, Northern District | Law Office of Carlyle Varlack |
| Pharris Morgan and Billy C. Morgan, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01925-PHX-DGC | CV-15-01925-PHX-DGC | 6:15-cv-00603-MHS-JDL | USDC TX, Eastern District | Martin Baughman, PLLC |
| Thomas Eaker and Priscilla Eaker v. C. R. Bard, Inc., et al., United States District Court, District of Arizona, Phoenix Division, CV-15-02573-PHX-DGC | CV-15-02573-PHX-DGC | 6:15-CV-00952-MHS-JDL | USDC TX, Eastern District | McSweeney Langevin, LLC |
| Michael D. Stringer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00988-PHX-DGC | CV-16-00988-PHX-DGC | 2:16-CV-00913-SDW-LDW | USDC NJ | Napoli Shkolnik & Associates, PLLC |

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Kevin Michael Powell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02234-PHX-DGC | CV-16-02234-PHX-DGC | 6:16-cv-00026 | USDC VA, Western District | Randall J Trost, PC |
| Samuel Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02753-PHX-DGC | CV-16-02753-PHX-DGC | 2:16-cv-02576 | USDC NJ | Seeger Weiss LLP |
| Pamela Spencer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02751-PHX-DGC | CV-16-02751-PHX-DGC | 2:16-cv-02573 | USDC NJ | Seeger Weiss LLP |
| Nancy Townsend, Individually and as Personal Representative of Isaac Townsend (Deceased) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02824-PHX-DGC | CV-16-02824-PHX-DGC | 2:16-cv-02577 | USDC NJ | Seeger Weiss LLP |
| Kathryn Treinavicz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02752-PHX-DGC | CV-16-02752-PHX-DGC | 2:16-cv-02574 | USDC NJ | Seeger Weiss LLP |
| Randall A. Lauhoff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00507-PHX-DGC | CV-16-00507-PHX-DGC | 2:16-cv-00004 | USDC TX, Southern District | Snapka Law Firm |

| Case Caption | Current Civil Action | Original Civil Action Number | Transferor Venue | Plaintiff Counsel |
|---|---|---|---|---|
| Peter Johnston and Lyndsay Johnston, Individually and as Parent and Legal guardians of Ryan Johnston, Hannah Johnson, Olivia Johnson and Vivian Johnston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04089-PHX-DGC | CV-16-04089-PHX-DGC | 1:16-cv-00578 | USDC RI | Tarro & Marotti Law Firm, LLC |
| Theda Banks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01071-PHX-DGC | CV-17-01071-PHX-DGC | 3:17-cv-00193 | USDC LA, Middle District | Carter Law Group, LLC |
| Denise Crawford and Gregory Crawford v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03526-PHX-DGC | CV-16-03526-PHX-DGC | 1:16-cv-03657 | USDC GA, Northern District | Orlando Firm, PC |
| Shane Tice v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00832-PHX-DGC | CV-16-00832-PHX-DGC | 3:15-cv-08669-MAS-LHG | USDC NJ | Rheingold, Giuffra, Ruffo & Plotkin LLP |