**AMENDED EXHIBIT G**
**Cases Which Have Not Been Served on Defendants**

| Case Caption | Current Civil Action | Complaint Filed | Plaintiff Counsel |
|---|---|---|---|
| Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02716-PHX-DGC | CV-19-02716-PHX-DGC | 4/29/2019 | Bruera Law Firm, PLLC |
| Joseph P. McTommoney, Jr. and Deborah S. McTommoney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02618-PHX-DGC | CV-18-02618-PHX-DGC | 8/20/2018 | Blizzard Law, PLLC |
| Darleen Collins and Richard Collins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04088-PHX-DGC | CV-19-04088-PHX-DGC | 5/31/2019 | Fears Nachawati Law Firm |
| Richard Fatony and Patricia Fatony v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04252-PHX-DGC | CV-19-04252-PHX-DGC | 5/31/2019 | Fears Nachawati Law Firm |
| Darlene Lewis and Randolph Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03429-PHX-DGC | CV-16-03429-PHX-DGC | 10/7/2016 | Lomurro Law |
| Leona Nigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04059-PHX-DGC | CV-19-04059-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |

| Case Caption | Current Civil Action | Complaint Filed | Plaintiff Counsel |
|---|---|---|---|
| Richard Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03386-PHX-DGC | CV-17-03386-PHX-DGC | 10/2/2017 | Law Offices of Baird Brown |
| Norman Rose v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04083-PHX-DGC | CV-19-04083-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Franky Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04070-PHX-DGC | CV-19-04070-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Douglas J. Dohan v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04069-PHX-DGC | CV-19-04069-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Penni Hendrickson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04073-PHX-DGC | CV-19-04073-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Melissa Jeanne Kacou Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04110-PHX-DGC | CV-19-04110-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Lauren Kent v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04076-PHX-DGC | CV-19-04076-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |

| Case Caption | Current Civil Action | Complaint Filed | Plaintiff Counsel |
|---|---|---|---|
| Bryon Rieken v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04061-PHX-DGC | CV-19-04061-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Rickey Scott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04063-PHX-DGC | CV-19-04063-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |
| Gunther Vacek v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04051-PHX-DGC | CV-19-04051-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC |