**AMENDED EXHIBIT I**
**Cases for Which no Federal Jurisdiction Is Proper**

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Roderick L. Tunstall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02382-PHX-DGC | CV-16-02382-PHX-DGC | NJ | Babbitt & Johnson, PA |
| Hugh Fraser and Eleanor Fraser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01670-PHX-DGC | CV-19-01670-PHX-DGC | AZ | Cowper Law LLP |
| Donna Butterfield, as Personal Representative of Priscilla Grainger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00395-PHX-DGC | CV-19-00395-PHX-DGC | NJ | Miller Firm LLC |
| Gloria Arino v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00529-PHX-DGC | CV-18-00529-PHX-DGC | AZ | Cory Watson, PC |
| Mostafa Badawi and Fahmi Badawi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01853-PHX-DGC | CV-17-01853-PHX-DGC | NJ | Schneider Hammers LLC |
| Richard St. John Barela v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02466-PHX-DGC | CV-17-02466-PHX-DGC | AZ | Fears Nachawati Law Firm |
| Kenneth Beaulieu v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02589-PHX-DGC | CV-17-02589-PHX-DGC | NJ | Wendt Law Firm, PC |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Nichole Boggans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02764-PHX-DGC | CV-17-02764-PHX-DGC | NJ | Goss Law Firm, PC |
| Jennifer Bounassi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04084-PHX-DGC | CV-19-04084-PHX-DGC | NJ | Fears Nachawati Law Firm |
| David Bunsick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02908-PHX-DGC | CV-18-02908-PHX-DGC | NJ | McGlynn, Glisson & Mouton |
| Theressa Campbell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02658-PHX-DGC | CV-19-02658-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Sandora Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03610-PHX-DGC | CV-19-03610-PHX-DGC | NJ | Goss Law Firm, PC |
| Deborah Coleman and Ronald Gray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03926-PHX-DGC | CV-19-03926-PHX-DGC | AZ | Goldman Scarlato & Penny, PC |
| Phillip Colombo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03829-PHX-DGC | CV-16-03829-PHX-DGC | AZ | Wendt Law Firm, PC |
| Alexander Doughty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03624-PHX-DGC | CV-19-03624-PHX-DGC | NJ | Goss Law Firm, PC |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Maria M. Garcia and Angel Garcia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01806-PHX-DGC | CV-18-01806-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Christine Gober v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02900-PHX-DGC | CV-17-02900-PHX-DGC | NJ | Wendt Law Firm, PC |
| Richard M. Hand and Barbara Hand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00401-PHX-DGC | CV-18-00401-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Howard Highfill and Jeanette Highfill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01897-PHX-DGC | CV-17-01897-PHX-DGC | AZ | Cory Watson, PC |
| Brian Hinchey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02757-PHX-DGC | CV-19-02757-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Kent Hoeft v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03571-PHX-DGC | CV-16-03571-PHX-DGC | AZ | Gomez Trial Attorneys |
| Lee Hood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02044-PHX-DGC | CV-19-02044-PHX-DGC | NJ | McGlynn, Glisson & Mouton |
| Jeanne Hunt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00011-PHX-DGC | CV-19-00011-PHX-DGC | AZ | McSweeney Langevin, LLC |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Teyrance Jackson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03879-PHX-DGC | CV-19-03879-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Arthur B. Kubofcik and Yevkine Kubofcik v. C. R. Bard, Inc., Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02331-PHX-DGC | CV-19-02331-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Joyce L. Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04120-PHX-DGC | CV-19-04120-PHX-DGC | NJ | Schneider Hammers LLC |
| Christine McKinney, as Surviving Spouse of the Estate of Randall McKinney, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01797-PHX-DGC | CV-19-01797-PHX-DGC | AZ | McGlynn, Glisson & Mouton |
| Donna L. Moore and Daniel Moore v. C. R. Bard, Inc. and bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02601-PHX-DGC | CV-16-02601-PHX-DGC | NJ | Locks Law Firm |
| Celeste C. Paige v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02672-PHX-DGC | CV-19-02672-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Michael Parr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04797-PHX-DGC | CV-18-04797-PHX-DGC | AZ | McSweeney Langevin, LLC |
| LaToya D. Pierce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01728-PHX-DGC | CV-17-01728-PHX-DGC | NJ | OConnor, Acciani & Levy LPA |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Shakina C. Rainey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02702-PHX-DGC | CV-18-02702-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Michelle Raub v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03884-PHX-DGC | CV-19-03884-PHX-DGC | NJ | Fears Nachawati Law Firm |
| William Rivera v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03759-PHX-DGC | CV-19-03759-PHX-DGC | AZ | Fears Nachawati Law Firm |
| Damien Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04023-PHX-DGC | CV-19-04023-PHX-DGC | NJ | Wendt Law Firm, PC |
| Carol Rogers v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03882-PHX-DGC | CV-19-03882-PHX-DGC | NJ | Wendt Law Firm, PC |
| Steve Serrano v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03549-PHX-DGC | CV-19-03549-PHX-DGC | NJ | Schneider Hammers LLC |
| Beverly Stokes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04294-PHX-DGC | CV-16-04294-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Kenneth R. VanLuvender and Cynthia VanLuvender v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02355-PHX-DGC | CV-19-02355-PHX-DGC | NJ | Fears Nachawati Law Firm |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Sonya J. Wallace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04095-PHX-DGC | CV-19-04095-PHX-DGC | NJ | Schneider Hammers LLC |
| Kenneth Wantland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03673-PHX-DGC | CV-18-03673-PHX-DGC | AZ | McGlynn, Glisson & Mouton |
| Cheryl Ann Washington v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01274-PHX-DGC | CV-19-01274-PHX-DGC | NJ | Napoli Shkolnik, PLLC |
| Erika Weining v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02956-PHX-DGC | CV-19-02956-PHX-DGC | AZ | Goldman Scarlato & Penny, PC |
| Latanyia Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02954-PHX-DGC | CV-19-02954-PHX-DGC | NJ | Goldman Scarlato & Penny, PC |
| Sharlene Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03196-PHX-DGC | CV-18-03196-PHX-DGC | NJ | Fears Nachawati Law Firm |
| Joseph Cornellier v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02953-PHX-DGC | CV-18-02953-PHX-DGC | NJ | Lomurro Law |
| Dorothy Schmidling and George Schmidling v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03022-PHX-DGC | CV-17-03022-PHX-DGC | NJ | Lomurro Law |

| Case Caption | Current Civil Action | Residence | Plaintiff Counsel |
|---|---|---|---|
| Dennis Trocciola v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04874-PHX-DGC | CV-18-04874-PHX-DGC | NJ | McGlynn, Glisson & Mouton |