**AMENDED EXHIBIT K**
**Plaintiffs Who Have More Than One Complaint Pending**

| Case Caption | Current Civil Action | Plaintiff Counsel |
| --- | --- | --- |
| Amy Eggers and Mark Eggers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04231-PHX-DGC | CV-18-04231-PHX-DGC | Meshbesher & Spence, Ltd |
| Amy L. Eggers and Mark Eggers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01803-PHX-DGC | CV-18-01803-PHX-DGC | Fears Nachawati Law Firm |
| James Douglas Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01235-PHX-DGC | CV-19-01235-PHX-DGC | Martin Baughman, PLLC |
| James Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02290-PHX-DGC | CV-17-02290-PHX-DGC | Toriseva Law |
| Sonya Legg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01507-PHX-DGC | CV-19-01507-PHX-DGC | Napoli Shkolnik, PLLC |
| Sonya Legg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00694-PHX-DGC | CV-19-00694-PHX-DGC | Fenstersheib Law Group, PA |
| Alisha Martin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03604-PHX-DGC | CV-19-03604-PHX-DGC | Dalimonte Rueb Stoller, LLP |
| Mary Self v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02247-PHX-DGC | CV-19-02247-PHX-DGC | Dalimonte Rueb Stoller, LLP |

| Case Caption | Current Civil Action | Plaintiff Counsel |
| --- | --- | --- |
| Mary Self v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02562-PHX-DGC | CV-18-02562-PHX-DGC | Wendt Law Firm, PC |
| Larry Tatom v. C. R. Bard, Inc. and Bard Peripehral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01139-PHX-DGC | CV-18-01139-PHX-DGC | McGlynn, Glisson & Mouton |
| Larry Gene Tatom v. C. R. Bard, Inc. and Bard Peripehral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04801-PHX-DGC | CV-17-04801-PHX-DGC | Martin Baughman, PLLC |
| Frank J. Tolerico v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01297-PHX-DGC | CV-19-01297-PHX-DGC | Napoli Shkolnik, PLLC |
| Frank Tolerico v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02829-PHX-DGC | CV-18-02829-PHX-DGC | Napoli Shkolnik & Associates, PLLC |