| | |
|---|---|
| **From:** | Arati Furness |
| **To:** | Richard North; Matt Brown; gaudreaur@gtlaw.com |
| **Cc:** | Darren McDowell; Eric Przybysz; Jerald Davis; Christina Natale; rlopez@lopezmchugh.com; Matthew Lopez; Maria Turner |
| **Subject:** | IVC Bard - proposed joint status report modifications |
| **Date:** | Monday, January 20, 2020 1:47:25 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |
| **Importance:** | High |

Richard, since the last version of the exhibit list was circulated, we have corrected the issues specified below.  Please accept this email as our second request for a meet and confer.

- These cases were previously identified on Exhibit G as having service issues.  They have since been corrected and accordingly request that these cases be moved to Exhibit F.

    | | |
    |---|---|
    | Collins, Darleen Sue | CV-19-04088-PHX-DGC |
    | Fatony, Richard Wayne | CV-19-04252-PHX-DGC |
    | Perry, Russell Seward | CV-18-02831-PHX-DGC |
    | Walker, Maurice | CV-18-02699-PHX-DGC |

- Additionally, we have served PPF on the following cases previously listed on Exhibit H and request those also be moved to Exhibit F.

    | | |
    |---|---|
    | Babcock, Kristin | CV-18-00407-PHX-DGC |
    | Black-Goodrow, Sherry Lynn | CV-18-00406-PHX-DGC |
    | Colucci, Dominic S | CV-18-04924-PHX-DGC |
    | Garza, Olga LQ | CV-19-02639-PHX-DGC |
    | George, Vivian Esther | CV-18-02306-PHX-DGC |
    | Gray, Eboni | CV-19-04041-PHX-DGC |
    | Hartney, Christopher | CV-19-02322-PHX-DGC |
    | Mayberry, William | CV-19-04089-PHX-DGC |
    | Pruitt, Jessie | CV-19-03869-PHX-DGC |
    | Santana, Alejandro G | CV-18-02264-PHX-DGC |
    | Stafford, Scott | CV-19-04079-PHX-DGC |
    | Walton, Edward | CV-19-02290-PHX-DGC |
    | Ward, Tarvey | CV-19-03864-PHX-DGC |

**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711

Mass Torts Dept: (972) 402-5909

Direct: (214) 461-6217

www.fnlawfirm.com



*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

---

**From:** Arati Furness
**Sent:** Thursday, January 9, 2020 3:20 PM
**To:** 'Richard North' <richard.north@nelsonmullins.com>; 'Matt Brown' <Matt.Brown@nelsonmullins.com>; 'gaudreaur@gtlaw.com' <gaudreaur@gtlaw.com>
**Cc:** Darren McDowell <dmcdowell@fnlawfirm.com>; Eric Przybysz <ericp@fnlawfirm.com>; Jerald Davis <jeraldd@fnlawfirm.com>; 'Christina Natale' <Christina@heardlawfirm.com>; 'rlopez@lopezmchugh.com' <rlopez@lopezmchugh.com>; 'Matthew Lopez' <mlopez@lopezmchugh.com>; 'Maria Turner' <maria.turner@nelsonmullins.com>
**Subject:** RE: Bard IVC - Exhibit I

The following case was inadvertently left off our list of Exhibit "I" cases.   This case is also to be included in our meet and confer.

LaToya D. Pierce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,  United States District Court, District of Arizona, Phoenix Division, CV-17-01728-PHX-DGC


**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Mass Torts Dept: (972) 402-5909
Direct: (214) 461-6217

www.fnlawfirm.com

*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**From:** Arati Furness
**Sent:** Thursday, January 9, 2020 1:51 PM
**To:** 'Richard North' <richard.north@nelsonmullins.com>; Matt Brown <Matt.Brown@nelsonmullins.com>; gaudreaur@gtlaw.com
**Cc:** Darren McDowell <dmcdowell@fnlawfirm.com>; Eric Przybysz <ericp@fnlawfirm.com>; Jerald Davis <jeraldd@fnlawfirm.com>; Christina Natale <Christina@heardlawfirm.com>; rlopez@lopezmchugh.com; Matthew Lopez <mlopez@lopezmchugh.com>; Maria Turner <maria.turner@nelsonmullins.com>
**Subject:** RE: Bard IVC - Exhibit I

Thanks, Richard. When are you available for a meet and confer regarding the cases on Exhibit I?  We want to re-file these cases in state court for settlement purposes, and we believe it's in everyone's best interest for Bard not to oppose this course of action.


**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Mass Torts Dept: (972) 402-5909
Direct: (214) 461-6217
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**From:** Richard North <richard.north@nelsonmullins.com>
**Sent:** Thursday, January 9, 2020 1:12 PM
**To:** Arati Furness <afurness@fnlawfirm.com>; Matt Brown <Matt.Brown@nelsonmullins.com>; gaudreaur@gtlaw.com
**Cc:** Darren McDowell <dmcdowell@fnlawfirm.com>; Eric Przybysz <ericp@fnlawfirm.com>; Jerald Davis <jeraldd@fnlawfirm.com>; Christina Natale <Christina@heardlawfirm.com>; rlopez@lopezmchugh.com; Matthew Lopez <mlopez@lopezmchugh.com>; Maria Turner <maria.turner@nelsonmullins.com>
**Subject:** RE: Bard IVC - Exhibit I

Respectfully, I do not understand your email.  The fact that cases are still in active negotiation is of no bearing at the moment.  Judge Campbell has previously ordered that all cases not actually settled

as of now must be remanded/transferred.  We cannot hold cases still being negotiated in abeyance any longer, and if there is no federal jurisdiction in any of those cases, we are obligated to point that out.

Richard

**From:** Arati Furness <afurness@fnlawfirm.com>
**Sent:** Thursday, January 9, 2020 1:53 PM
**To:** Richard North <richard.north@nelsonmullins.com>; Matt Brown <Matt.Brown@nelsonmullins.com>; gaudreaur@gtlaw.com
**Cc:** Darren McDowell <dmcdowell@fnlawfirm.com>; Eric Przybysz <ericp@fnlawfirm.com>; Jerald Davis <jeraldd@fnlawfirm.com>; Christina Natale <Christina@heardlawfirm.com>; rlopez@lopezmchugh.com; Matthew Lopez <mlopez@lopezmchugh.com>
**Subject:** Bard IVC - Exhibit I
**Importance:** High

◄**External Email**► - From: afurness@fnlawfirm.com

Hi Mr. North,

Can we set up a time to discuss our cases listed on Exhibit "I"?  These cases should not be listed in Exhibit I we are still in active negotiations.  If any objections are raised by the PSC, please considered these included.   Also note there are a few cases listed below that were erroneously included in "D" that are not settled and should be listed instead on Exhibit "F".

**EXHIBIT I**
Richard St. John Barela, CV-17-02466-PHX-DGC
William Rivera, CV-19-03759-PHX-DGC
Jennifer Bounassi, CV-19-04084-PHX-DGC
Theressa Campbell, CV-19-02658-PHX-DGC
Maria M. Garcia and Angel Garcia, CV-18-01806-PHX-DGC
Richard M. Hand and Barbara Hand, CV-18-00401-PHX-DGC
Brian Hinchey, CV-19-02757-PHX-DGC
Teyrance Jackson, CV-19-03879-PHX-DGC
Arthur B. Kubofcik and Yevkine Kubofcik, CV-19-02331-PHX-DGC
Celeste C. Paige, CV-19-02672-PHX-DGC
Shakina C. Rainey, CV-18-02702-PHX-DGC
Michelle Raub, CV-19-03884-PHX-DGC
Beverly Stokes, CV-16-04294-PHX-DGC
Kenneth R. VanLuvender and Cynthia VanLuvender, CV-19-02355-PHX-DGC
Sharlene Williams, CV-18-03196-PHX-DGC

**EXHIBIT D**

Vickie Lynn Lambert, CV-19-02333-PHX-DGC
Bruce B. Coleman, CV-19-02759-PHX-DGC
Stanley J. Williams, CV-19-04254-PHX-DGC

**Arati C. Furness**
Attorney
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Main: (214) 890-0711
Mass Torts Dept: (972) 402-5909
Direct: (214) 461-6217
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.