**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph P. McTommoney and Deborah S. McTommoney,<br><br>               Plaintiffs,<br><br>               v.<br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     MDL Case No. 2:15-md-02641-DGC<br><br>     Civil Action No.  CV-18-02618-PHX-DGC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  January 23, 2020

/s/ Richard B. North, Jr.
*Attorney's signature*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed Name and bar number*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail address*

(404) 322-6155
*Telephone number*

(404) 322-6050
*FAX number*