IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal without Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A without prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety without prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 24th day of January, 2020.

| | |
|---|---|
| *s/*Christopher K. Johnston | *s/*Richard B. North, Jr. |
| Christopher Kyle Johnson. Esq. | Richard B. North, Jr. |
| Law Offices of | richard.north@nelsonmullins.com |
| Christopher K. Johnston | NELSON MULLINS RILEY & |
| 268 Ponce de León Ave., Ste. 1020 | SCARBOROUGH LLP |
| San Juan, PR 00918 | 201 17th St. NW, Ste. 1700 |
| (844) 345-3784 | Atlanta, GA 30363 |
| kyle@masstortslaw.com | P: 404.322.6000 |
| | F: 404.332.6397 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/*Christopher K. Johnston
Christopher Kyle Johnson. Esq

**EXHIBIT A**

| Plaintiff's Name | Member Case Number |
|---|---|
| Beverly Raye Allen-Brown | 2:18-cv-02415-DGC |
| Kirk Allred | 2:19-cv-01410-DGC |
| Diana M Angle | 2:19-cv-01502-DGC |
| Janet Baird | 2:17-cv-03978-DGC |
| Giles Bartosch | 2:18-cv-00058-DGC |
| Thomas Bateman | 2:19-cv-01415-DGC |
| Joseph Bell | 2:18-cv-02411-DGC |
| Kenneth Bird | 2:17-cv-04153-DGC |
| Samuel Dwayne Black | 2:18-cv-02413-DGC |
| Larry Carpenter | 2:19-cv-03249-DGC |
| Jason Chesla | 2:19-cv-01406-DGC |
| Samuel Cole | 2:19-cv-01413-DGC |
| Michael Corey | 2:19-cv-01412-DGC |
| Edith Cruz | 2:18-cv-02432-DGC |
| Kathy Douglas | 2:17-cv-04536-DGC |
| Loren Eleazer | 2:19-cv-01411-DGC |
| Jacqueline Freedman | 2:19-cv-01404-DGC |
| Gina Geary | 2:19-cv-01503-DGC |
| Barbara Gee | 2:18-cv-02424-DGC |
| Amanda Harvey | 2:19-cv-01402-DGC |
| Shonda Evette Haywood | 2:18-cv-00603-DGC |
| Carlton Hughes | 2:19-cv-00884-DGC |
| Steven Jackman | 2:19-cv-01414-DGC |
| Patrick Jamison | 2:19-cv-01508-DGC |
| Frances Jordan | 2:19-cv-01403-DGC |
| Alysia Kinner- Whatley | 2:17-cv-04134-DGC |
| Jean Lasecki | 2:19-cv-01408-DGC |
| Mary Lowe | 2:19-cv-01505-DGC |
| David MacEachern | 2:17-cv-02497-DGC |
| Linda Sue Maiden | 2:19-cv-02690-DGC |
| Claudete May | 2:19-cv-01500-DGC |
| Steven McKenzie | 2:17-cv-04117-DGC |
| Tanessa McKnight | 2:18-cv-00070-DGC |
| Tonia Michalski | 2:18-cv-00600-DGC |
| Danny Lee Moore | 2:19-cv-01501-DGC |
| Timothy L Morrison Jr | 2:18-cv-02419-DGC |
| James Nolin | 2:19-cv-02269-DGC |
| Charles Osbourn | 2:17-cv-04132-DGC |

| | |
|---|---|
| Pankaj Patel | 2:19-cv-01506-DGC |
| Willie Reed | 2:19-cv-02271-DGC |
| Luz Reyes | 2:18-cv-02396-DGC |
| Edward Robinson | 2:18-cv-02433-DGC |
| Rafael Severino | 2:18-cv-02412-DGC |
| Abdel Hameed Shehadeh | 2:18-cv-00768-DGC |
| William Tapinekis | 2:19-cv-01509-DGC |
| Joel Whyms | 2:19-cv-01409-DGC |
| Ashley Brown | 2:19-cv-01499-DGC |
| Shirley Lewis | 2:19-cv-03250-DGC |
| Carlos Martinez | 2:18-cv-00595-DGC |
| Janet Phillips | 2:19-cv-01405-DGC |
| Jimmy Phillips | 2:19-cv-02270-DGC |
| Lacharla Smith | 2:19-cv-02268-DGC |
| Holly James | 2:19-cv-01510-DGC |