# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Having considered the Stipulation of Dismissal without Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

**EXHIBIT A**

| Plaintiff's Name | Member Case Number |
|---|---|
| Beverly Raye Allen-Brown | 2:18-cv-02415-DGC |
| Kirk Allred | 2:19-cv-01410-DGC |
| Diana M Angle | 2:19-cv-01502-DGC |
| Janet Baird | 2:17-cv-03978-DGC |
| Giles Bartosch | 2:18-cv-00058-DGC |
| Thomas Bateman | 2:19-cv-01415-DGC |
| Joseph Bell | 2:18-cv-02411-DGC |
| Kenneth Bird | 2:17-cv-04153-DGC |
| Samuel Dwayne Black | 2:18-cv-02413-DGC |
| Larry Carpenter | 2:19-cv-03249-DGC |
| Jason Chesla | 2:19-cv-01406-DGC |
| Samuel Cole | 2:19-cv-01413-DGC |
| Michael Corey | 2:19-cv-01412-DGC |
| Edith Cruz | 2:18-cv-02432-DGC |
| Kathy Douglas | 2:17-cv-04536-DGC |
| Loren Eleazer | 2:19-cv-01411-DGC |
| Jacqueline Freedman | 2:19-cv-01404-DGC |
| Gina Geary | 2:19-cv-01503-DGC |
| Barbara Gee | 2:18-cv-02424-DGC |
| Amanda Harvey | 2:19-cv-01402-DGC |
| Shonda Evette Haywood | 2:18-cv-00603-DGC |
| Carlton Hughes | 2:19-cv-00884-DGC |
| Steven Jackman | 2:19-cv-01414-DGC |
| Patrick Jamison | 2:19-cv-01508-DGC |
| Frances Jordan | 2:19-cv-01403-DGC |
| Alysia Kinner- Whatley | 2:17-cv-04134-DGC |
| Jean Lasecki | 2:19-cv-01408-DGC |
| Mary Lowe | 2:19-cv-01505-DGC |
| David MacEachern | 2:17-cv-02497-DGC |
| Linda Sue Maiden | 2:19-cv-02690-DGC |
| Claudete May | 2:19-cv-01500-DGC |
| Steven McKenzie | 2:17-cv-04117-DGC |
| Tanessa McKnight | 2:18-cv-00070-DGC |
| Tonia Michalski | 2:18-cv-00600-DGC |
| Danny Lee Moore | 2:19-cv-01501-DGC |
| Timothy L Morrison Jr | 2:18-cv-02419-DGC |
| James Nolin | 2:19-cv-02269-DGC |
| Charles Osbourn | 2:17-cv-04132-DGC |

| | |
|---|---|
| Pankaj Patel | 2:19-cv-01506-DGC |
| Willie Reed | 2:19-cv-02271-DGC |
| Luz Reyes | 2:18-cv-02396-DGC |
| Edward Robinson | 2:18-cv-02433-DGC |
| Rafael Severino | 2:18-cv-02412-DGC |
| Abdel Hameed Shehadeh | 2:18-cv-00768-DGC |
| William Tapinekis | 2:19-cv-01509-DGC |
| Joel Whyms | 2:19-cv-01409-DGC |
| Ashley Brown | 2:19-cv-01499-DGC |
| Shirley Lewis | 2:19-cv-03250-DGC |
| Carlos Martinez | 2:18-cv-00595-DGC |
| Janet Phillips | 2:19-cv-01405-DGC |
| Jimmy Phillips | 2:19-cv-02270-DGC |
| Lacharla Smith | 2:19-cv-02268-DGC |
| Holly James | 2:19-cv-01510-DGC |