# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filters Products Liability Litigation | |
| Michael Milholland and Sherry Milholland,<br><br>    Plaintiffs,<br><br>v.<br><br>C.R Bard, Inc., and Bard Peripheral Vascular, Inc.,<br><br>    Defendants. | MDL No.: 15-2641-PHX-DGC<br><br>Civil Action No. 2:18-cv-01002-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiffs, Michael Milholland and Sherry Milholland, hereby dismiss all claims in this matter without prejudice against all Defendants in this action, Civil Action No. 2:18-cv-01002-DGC. All parties shall bear their own costs.

| | |
|---|---|
| By: /s/ Randi Kassan<br>Randi Kassan, Esq.<br>SANDERS PHILLIPS GROSSMAN, LLC<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>516-741-5600<br>rkassan@thesandersfirm.com<br><br>*Counsel for Plaintiffs*<br><br>Dated: January 27, 2020 | By: /s/ Richard North<br>Richard North, Esq.<br>NELSON MULLINS RILEY & SCARBOROUGH LLC<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363<br>404-322-6000<br>Richard.north@nelsonmullins.com<br><br>*Counsel for Defendants*<br><br>Dated: January 27, 2020 |