5473 Blair Road
Dallas, TX 75231
www.fnlawfirm.com

**FEARS NACHAWATI**
— L A W  F I R M —

972-402-5746 // Phone
214-890-0712 // Fax
afurness@fnlawfirm.com

January 27, 2020

*Via CM/ECF*

Honorable David G. Campbell
United State Distric Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 58
Phoenix, AZ 85003

**RE:**     Bard IVC Filters Products Liability Litigation

Your Honor,

    We are writing to make the court aware of some issues addressed in our letters dated January 21, 2020.  Upon conferencing with Defense counsel, the previously requested changes have been made and we request the Court to disregard Plaintiffs previous correspondence.

    We hope this letter will clarify any recent confusion and apologize for any inconveniences.

                                     Very truly yours,
                                     FEARS │ NACHAWATI, PLLC

                                     Arati C. Furness
                                     Attorney at Law