**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX PHX DGC |
| Beverly Raye Allen-Brown,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02415-PHX DGC<br><br>**ORDER** |
| Kirk Allred,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01410-PHX DGC<br><br>**ORDER** |
| Diana M Angle,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01502-PHX DGC<br><br>**ORDER** |
| Janet Baird,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-03978-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Thomas Bateman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01415-PHX DGC<br><br>**ORDER** |
| Joseph Bell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02411-PHX DGC<br><br>**ORDER** |
| Kenneth Bird,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04153-PHX DGC<br><br>**ORDER** |
| Larry Carpenter,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03249-PHX DGC<br><br>**ORDER** |
| Jason Chesla,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01406-PHX DGC<br><br>**ORDER** |
| Samuel Cole,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01413-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael Corey,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01412-PHX DGC<br><br>**ORDER** |
| Kathy Douglas,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04536-PHX DGC<br><br>**ORDER** |
| Loren Eleazer,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01411-PHX DGC<br><br>**ORDER** |
| Jacqueline Freedman,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01404-PHX DGC<br><br>**ORDER** |
| Gina Geary,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01503-PHX DGC<br><br>**ORDER** |
| Barbara Gee,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02424-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Amanda Harvey,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01402-PHX DGC<br><br>**ORDER** |
| Shonda Evette Haywood,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00603-PHX DGC<br><br>**ORDER** |
| Carlton Hughes,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-00884-PHX DGC<br><br>**ORDER** |
| Steven Jackman,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01414-PHX DGC<br><br>**ORDER** |
| Patrick Jamison,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01508-PHX DGC<br><br>**ORDER** |
| Frances Jordan,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01403-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Alysia Kinner-Whatley,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-04134-PHX DGC<br><br>**ORDER** |
| Jean Lasecki,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01408-PHX DGC<br><br>**ORDER** |
| Mary Lowe,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01505-PHX DGC<br><br>**ORDER** |
| David MacEachern,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02497-PHX DGC<br><br>**ORDER** |
| Linda Sue Maiden,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02690-PHX DGC<br><br>**ORDER** |
| Claudete May,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01500-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven McKenzie,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV17-04117-PHX DGC<br><br>**ORDER** |
| Tanessa McKnight,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV18-00070-PHX DGC<br><br>**ORDER** |
| Tonia Michalski,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV18-00600-PHX DGC<br><br>**ORDER** |
| Danny Lee Moore,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV19-01501-PHX DGC<br><br>**ORDER** |
| Timothy L Morrison Jr,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV18-02419-PHX DGC<br><br>**ORDER** |
| James Nolin,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No. CV19-02269-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Pankaj Patel,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01506-PHX DGC<br><br>**ORDER** |
| Willie Reed,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02271-PHX DGC<br><br>**ORDER** |
| Luz Reyes,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02396-PHX DGC<br><br>**ORDER** |
| Edward Robinson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02433-PHX DGC<br><br>**ORDER** |
| Rafael Severino,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02412-PHX DGC<br><br>**ORDER** |
| Abdel Hameed Shehadeh,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00768-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| William Tapinekis,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01509-PHX DGC<br><br>**ORDER** |
| Joel Whyms,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01409-PHX DGC<br><br>**ORDER** |
| Ashley Brown,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01499-PHX DGC<br><br>**ORDER** |
| Shirley Lewis,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-03250-PHX DGC<br><br>**ORDER** |
| Janet Phillips,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-01405-PHX DGC<br><br>**ORDER** |
| Jimmy Phillips,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02270-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Lacharla Smith,<br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV19-02268-PHX DGC<br><br>**ORDER** |
| Holly James,<br>                      Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                      Defendants. | No. CV19-01510-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21419.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 21419) is **granted.** The claims of the above Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 31st day of January, 2020.

_David G. Campbell_

David G. Campbell
Senior United States District Judge