Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
  SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' JOINT REPORT ON THE SETTLEMENT STATUS OF CASES** |

Pursuant to Case Management Order No. 42 (Docs. 164343 & 20954), the parties submit this monthly report concerning the settlement status of cases pending in this MDL. Since the date of the last amended report (Doc. 21410) filed on January 21, 2020, there have been very few changes. The only changes are as follows:

### I.  EXHIBIT D

The following additional case has settled, and should be added to Exhibit D (Doc. 21410-4), which lists "Cases That Have Now Settled and Should Remain in Track 2 until May 1, 2020":

| Caption | Transferee jurisdiction | PL Counsel |
|---|---|---|
| Ashley Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division CV-16-01852-PHX-DGC | W.D.Mich. | Bohrer Brady LLC |

### II.  EXHIBIT G

The following cases that were previously listed on Exhibit G (cases which have never been served on the defendants) have now been served on defendants and, therefore, should be remanded and/or transferred to the Courts indicated below:

| Caption | Transferee jurisdiction | PL Counsel |
|---|---|---|
| Darleen Collins and Richard Collins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04088-PHX-DGC | USDC IN, Northern District | Fears Nachawati Law Firm |
| Richard Fatony and Patricia Fatony v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04252-PHX-DGC | USDC WV, Southern District | Fears Nachawati Law Firm |
| Joseph P. McTommoney, Jr. and Deborah S. McTommoney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02618-PHX-DGC | USDC FL, Southern District | Blizzard Law, PLLC |
| Richard Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03386-PHX-DGC | USDC MO, Western District | Law Offices of Baird Brown |

### III. EXHIBIT H

The following case was previously listed on Exhibit H (no PPF or deficient PPF) has now been dismissed:

| Caption | PL Counsel |
|---|---|
| Scott Stafford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04079-PHX-DGC, | Fears Nachawati Law Firm |

The following cases were also previously listed on Exhibit H (no PPF or deficient PPF):

| Caption | Transferee jurisdiction | PL Counsel |
|---|---|---|
| Ronnie Beachum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04653-PHX-DGC | USDC NJ | Dalimonte Rueb Stoller, LLP |

The PPF in the *Beachum* case has now been served and the case therefore should be remanded and/or transferred to the above-referenced Court.

### II. EXHIBIT I

The defendants have learned that two cases were erroneously listed on Exhibit I as cases where diversity jurisdiction does not exist. The plaintiffs' counsel in those two cases have brought it to the defendants' attention that, while the plaintiffs in those cases are indeed residents of Arizona, only C. R. Bard, Inc. is listed as a defendant. Accordingly, diversity of citizenship appears to exist in those cases, and they should be "transferred" to the District of Arizona. The specific cases are the following:

| Caption | Plaintiffs Law Firm | Reason why Diversity Exists |
|---|---|---|
| Jeanne Hunt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00011-PHX-DGC | McSweeney Langevin, LLC | Plaintiff is resident of Arizona. **Case names only C.R. Bard, Inc.** |

| Caption | Plaintiffs Law Firm | Reason why Diversity Exists |
|---|---|---|
| Michael Parr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04797-PHX-DGC | McSweeney Langevin, LLC | Plaintiff is resident of Arizona. **Case names only C.R. Bard, Inc.** |

As in the past, the defendants also request that the remand/transfer order for these cases specifically preserve their right to challenge venue and person jurisdiction upon remand, as the Court did in the previous remand/transfer order. (Doc. 19899).

Respectfully submitted, this 3rd day of February, 2020.

LOPEZ McHUGH, LLP

By: *s/ Ramon Rossi Lopez*
   Ramon Rossi Lopez
   (admitted *pro hac vice*)
   CA Bar No. 86361
   LOPEZ MCHUGH LLP
   100 Bayview Circle, Suite 5600
   Newport Beach, California 92660

   Mark S. O'Connor (011029)
   BEUS GILBERT PLLC
   701 N 44th Street
   Phoenix, Arizona 85008

   Attorneys for Plaintiffs

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Richard B. North*
   Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
   NELSON MULLINS RILEY & SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
   Atlanta, GA  30363

   James R. Condo (005867)
   Kristine L. Gallardo (033975)
   SNELL & WILMER L.L.P.
   One Arizona Center
   400 E. Van Buren, Suite 1900
   Phoenix, Arizona  85004-2202

   Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2020 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Richard B. North