1  David W. Bauman
   (Admitted Pro Hac Vice, MO Bar No. 52481)
2  **DALIMONTE RUEB STOLLER, LLP**
   85 Devonshire Street, Suite 1000
3  Boston, MA 02109
   (833) 443-7529
4  david.bauman@drlawllp.com

5  *Address for service of process*

6  IN THE UNITED STATES DISTRICT COURT

7  FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to:<br><br>Cindy Reiber v. C.R. Bard, Inc., et al. | No. 2:15-MD-02641-PHX-DGC<br><br>(AZ Member Case – CV-17-03033-PHX-DGC)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
|---|---|

Plaintiff Cindy Reiber, and Defendants C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action are dismissed *without prejudice* against all Defendants in civil action CV-17-03033-PHX-DGC.

DATED this 5th day of February 2020.

| DALIMONTE RUEB STOLLER, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: */s/ David W. Bauman*<br>    David W. Bauman *(Pro Hac Vice)*<br>*Attorney for Plaintiff* | By: */s/ Matthew B. Lerner*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br><br>James R. Condo<br>Kristine L. Gallardo<br>Snell & Wilmer L.L.P.<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David W. Bauman

-2-