**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to Plaintiff(s): <br><br> <u>David Ray Ash & Eva Ash</u> | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**MDL No. 2641**

**JUDGE DAVID G. CAMPBELL**

**Civil Action No.:** 17-CV-01218

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

Date: 02/06/2020

**BORGESS LAW, LLC**

By: */s/ Pamela A. Borgess*
Pamela A. Borgess (OH 0072789)
6800 W. Central Ave., Ste. E
Toledo, OH 43617
Telephone: (567) 455-599
pborgess@BorgessLaw.com
*Attorney for Plaintiffs*

**NELSON, MULLINS, RILEY & SCARBOROUGH, LLP**

By: */s/ Matthew B. Lerner*
Richard B. North (GA 545599)
Matthew B. Lerner (GA 446986)
201 17th St., NW, Ste. 1700, Atlantic Station
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
*Attorneys for Defendants Bard Peripheral Vascular, Inc. and C.R. Bard, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2020, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Pamela A. Borgess* _____
Pamela A. Borgess (0072789)
*Attorney for Plaintiffs*