## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2641** |
| | **JUDGE DAVID G. CAMPBELL** |
| This Document Relates to Plaintiff(s): | |
| Michelle & Russ Winter | **Civil Action No.:** 17-CV-01218 |
| | **PROPOSED ORDER** |

Based upon the filed Stipulation for Dismissal with Prejudice between Plaintiffs Michelle and Russ Winter and Defendants concerning Civil Action No. 19-cv-02817, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE each party to bear its own fees and costs.

DATED this _____ day of _____, 2020.

**BY THE COURT**

_____
The Honorable David G. Campbell
United States District Judge