1   Ramon Rossi Lopez (admitted *pro hac vice*)
    California Bar No. 86361
2   LOPEZ MCHUGH LLP
    100 Bayview Circle, Ste. 5600
3   Newport Beach, CA 92660
    Telephone: (949) 737-1501
4   rlopez@lopezmchugh.com

5   *Attorney for Plaintiffs Patricia J. Geberth and*
    *Roy J. Geberth*

6
    Richard B. North, Jr. (admitted *pro hac vice*)
7   Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
8   Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH LLP
9   Atlantic Station
    201 17th Street, NW, Suite 1700
10  Atlanta, GA  30363
    Telephone: (404) 322-6000
11  richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com

12
    *Attorneys for Defendants*
13  *C. R. Bard, Inc. and*
    *Bard Peripheral Vascular, Inc.*

14

15

16                **IN THE UNITED STATES DISTRICT COURT**

                      **FOR THE DISTRICT OF ARIZONA**
17

18  IN RE: Bard IVC Filters Products Liability     MDL No. 2:15-md-02641-PHX-DGC
    Litigation

19  This document relates to

20  *Geberth v. C. R. Bard and Bard*              **STIPULATION OF DISMISSAL**
    *Peripheral Vascular, Inc.*                    **WITHOUT PREJUDICE**
21  *Case No. CV-16-03333-PHX-DGC*

22

23          Plaintiffs Patricia J. Geberth and Roy J. Geberth ("Plaintiffs")  and Defendants C. R.

24  Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their

25  undersigned   counsel,   and   pursuant   to   Federal   Rules   of   Civil   Procedure

26  41(a)(1)(A)(ii),  hereby stipulate to the dismissal of *Geberth v. C. R. Bard and Bard*

27  *Peripheral Vascular, Inc., Case No. 2:16-cv-00263-DGC* without prejudice. Each party to

28  bear their own fees and costs.

1

2  Dated: February 6, 2020                Respectfully submitted,

3                                         s/ *Ramon Rossi Lopez*
                                          Ramon Rossi Lopez
4                                         rlopez@lopezmchugh.com
                                          LOPEZ MCHUGH LLP
5                                         100 Bayview Circle, Ste. 5600
                                          Newport Beach, CA  92660
6                                         P:  949.737-1501
                                          F:  949.737.1504
7
                                          Attorney for Plaintiffs
8

9                                         s/ *Richard B. North, Jr.*
                                          Richard B. North, Jr.
10                                        Matthew B. Lerner
                                          richard.north@nelsonmullins.com
11                                        matthew.lerner@nelsonmullins.com
                                          NELSON MULLINS RILEY & SCARBOROUGH LLP
12                                        201 17th St. NW, Ste. 1700
                                          Atlanta, GA  30363
13                                        P:  404.322.6000
                                          F:  404.332.6397
14
                                          Attorney for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -