```
1   Ramon Rossi Lopez - rlopez@lopezmchugh.com
    (California Bar Number 86361; admitted pro hac vice)
2   Lopez McHugh LLP
    100 Bayview Circle, Suite 5600
3   Newport Beach, California  92660
    949-812-5771
4
    Mark S. O'Connor (011029) – moconnor@beusgilbert.com
5   Beus Gilbert McGroder PLLC
    701 North 44th Street
6   Phoenix, Arizona  85008
    480-429-3000
7
    *Co-Lead/Liaison Counsel for Plaintiffs*
8
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **MOTION TO FILE UNDER SEAL** |

Plaintiffs' Co-Lead Counsel and the PEC respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal their Recommendation in accordance with this Court's sealed minute entry (Doc. 21432).

RESPECTFULLY SUBMITTED this 6th day of February 2020.

        BEUS GILBERT MCGRODER PLLC

        By:*/s/ Mark S. O'Connor*
           Mark S. O'Connor
           701 North 44th Street
           Phoenix, Arizona 85008

        LOPEZ McHUGH LLP
           Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
           100 Bayview Circle, Suite 5600
           Newport Beach, California 92660

        *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 6th day of February 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

              */s/ Jessica Gallentine*