# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michelle and Russ Winter,<br>              Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV19-02817-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of Michelle and Russ Winter, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21435.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Michelle and Russ Winter (Doc. 21435) is **granted.** The claims of Michelle and Russ Winter are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 7th day of February, 2020.

_____
David G. Campbell
Senior United States District Judge