IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>_____<br><br>This Document Relates to All Actions | No. 2:15-MD-02641-DGC |

**JOINDER OF BLANKENSHIP LAW FIRM
IN THE RESPONSE OF FREESE & GOSS AND MATTHEWS & ASSOCIATES
IN OPPOSITION TO THE MOTION TO FILE UNDER SEAL FILED BY
PLAINTIFFS' CO-LEAD COUNSEL AND THE PEC**

  COMES NOW, Blankenship Law Firm, on its own behalf and as the legal representative for plaintiffs with claims filed in the Bard IVC Filter MDL hereby joins in the relief and arguments set forth in the "Response in Opposition to the Motion to File Under Seal filed by Plaintiffs' Co-Lead Counsel and the PEC" filed by Freese & Goss and Matthews & Associates (Doc. 21442).

  Dated:  February 13, 2020.

                Respectfully submitted,

                _____
                William F. Blankenship III
                Texas Bar No. 90001483
                bill@blankenshiplaw.com
                Blankenship Law Firm
                3500 Maple Avenue, Suite 1100
                Dallas, Texas 75219
                (214) 361-7500
                (214) 361-7505 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2020, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

_____
William F. Blankenship III