1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL-15-2641-PHX-DGC |
|---|---|
| | **ORDER** |

Having considered the Plaintiff's Motion to File Under Seal,

IT IS HEREBY ORDERED that the Plaintiff's Motion to File Under Seal is GRANTED.

DATED this day _____ of _____, 20_____.

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge