AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

This document relates to:

IN RE:  Bard IVC Filters Products Liability Litigation
Case No. 2:15-md-02641-DGC

Casey Wyatt )
*Plaintiff* )
v. ) Case No.   2:15-cv-1628-DGC
C. R. Bard, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Casey Wyatt                                                                                                              .

Date:  02/26/2020

/s/ Ramon Rossi Lopez
*Attorney's signature*

Ramon Rossi Lopez (CA Bar 86361 - admitted PHV)
*Printed name and bar number*

LOPEZ McHUGH LLP
100 Bayview Circle, Ste., 5600
Newport Beach, CA  92660
*Address*

rlopez@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Marilyn B. Wass</u>