AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Arizona

This document relates to:

Dean Becker
*Plaintiff*

v.

C. R. Bard, et al.
*Defendant*

IN RE: Bard IVC Filters Products Liability Litigation
Case No 2:15-cv-md-02641-DGC

Case No.   2:15-cv-02155-DGC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dean Becker.

Date:   02/26/2020

/s/ Ramon Rossi Lopez
*Attorney's signature*

Ramon Rossi Lopez (CA 86361 - Admitted PHV)
*Printed name and bar number*

LOPEZ McHUGH LLP
100 Bayview Circle, Ste., 5600
Newport Beach, CA  92660
*Address*

rlopez@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Marilyn B. Wass