# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL-15-2641-PHX-DGC |
|---|---|
| | **ORDER** |

    Having considered the Plaintiff's Motion to File Under Seal their Response to Addendum to Recommendation to Appoint Common Benefit Fee and Costs Committee,

    IT IS HEREBY ORDERED that the Plaintiff's Motion to File Under Seal is GRANTED.

    DATED this day ____ of _____, 20____.

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge