James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY** |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through counsel, hereby give notice that on March 10, 2020, they served on Plaintiffs, via U.S. Mail and email, the following:

- Defendants' Amended Notice of Videotaped Trial Preservation Deposition of Andrzej Chanduszko.

1    DATED this 10th day of March, 2020.

2

3                                    s/Richard B. North, Jr.
                                     Richard B. North, Jr.
4                                    Georgia Bar No. 545599
                                     Matthew B. Lerner
5                                    Georgia Bar No. 446986
                                     NELSON MULLINS RILEY & SCARBOROUGH, LLP
6                                    Atlantic Station
                                     201 17th Street, NW / Suite 1700
7                                    Atlanta, GA  30363
                                     PH: (404) 322-6000
8                                    FX: (404) 322-6050
                                     richard.north@nelsonmullins.com
9                                    matthew.lerner@nelsonmullins.com

10                                   James R. Condo (#005867)
                                     Kristine L. Gallardo (#033975)
11                                   SNELL & WILMER L.L.P.
                                     One Arizona Center
12                                   400 E. Van Buren
                                     Phoenix, AZ 85004-2204
13                                   PH: (602) 382-6000
                                     JCondo@swlaw.com
14                                   KGallardo@swlaw.com

15                                   **Attorneys for Defendants C. R. Bard, Inc. and
                                     Bard Peripheral Vascular, Inc.**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

3       I HEREBY CERTIFY that on March 10, 2020, I electronically filed the foregoing

4   document with the Clerk of the Court using the ECF System for filing and transmittal of a

5   Notice of Electronic Filing to all ECF registrants in this matter.

6

7                                       s/Richard B. North, Jr.
                                        Richard B. North
8                                       Georgia Bar No. 446986
                                        NELSON MULLINS RILEY & SCARBOROUGH, LLP
9                                       Atlantic Station
                                        201 17th Street, NW / Suite 1700
10                                      Atlanta, GA  30363
                                        PH: (404) 322-6000
11                                      FX: (404) 322-6050
                                        richard.north@nelsonmullins.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000