# EXHIBIT 1

# CERTIFICATE OF DEATH

New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

REV (8/13)

No. 4458872

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | <<<John Richard Levendoski>>> |
| IF FEMALE, MAIDEN NAME | <<<>>> |
| DATE OF DEATH | November 14, 2019 |
| TIME OF DEATH | 10:08 PM |
| SEX | Male |
| SOCIAL SECURITY NUMBER | [redacted] |
| MARITAL STATUS | Widowed |
| SURVIVING SPOUSE | <<<>>> |
| DATE OF BIRTH | [redacted], 1942 |
| BIRTH PLACE | South Amboy, New Jersey |
| SERVED IN U.S. ARMED FORCES | Yes |
| DECEDENT'S RACE | White |
| TRIBE | <<<>>> |
| HISPANIC | No |
| DECEDENT'S RESIDENCE COUNTY | Chaves |
| DECEDENT'S RESIDENCE STATE | New Mexico |
| MOTHER'S FULL MAIDEN NAME | <<<Josephine Foti>>> |
| FATHER'S FULL NAME | <<<John Andrew Levendoski>>> |
| METHOD OF DISPOSITION | Cremation |
| DISPOSITION LOCATION | Ballard Funeral Home and Crematory |
| FUNERAL SERVICE FACILITY | Ballard Funeral Home & Crematory |
| COUNTY OF DEATH | Chaves |
| PLACE OF DEATH | Eastern New Mexico Medical Center |
| TYPE OF PLACE | Hospital-Inpatient |
| NAME OF PERSON CERTIFYING CAUSE OF DEATH | <<<Jite Tobore Adeniran MD>>> Signature Electronically Authenticated |
| MANNER OF DEATH | Natural |

## CAUSE OF DEATH

PART I. Events such as diseases, injuries, or complications that directly caused the death.

a. Cardiorespiratory arrest

b. NSTEMI

c. Acute Hypoxic respiratory failure secondary to bilateral pneumonia

d. <<<>>>

PART II. Other significant conditions contributing to death.

<<<>>>

File Number: 2019-015896
File Date: November 21, 2019
Order Number: 20191108321

*Renee Valencia*, State Registrar

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Bureau of Vital Records and Health Statistics, Department of Health.

DATE ISSUED: Nov-21-2019



WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIIFICAR ESTE CERTIFICADO.