# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*John R. Levendoski v. C. R. Bard Inc., et al.,*<br>*Civil Action No. 2:19-cv-03986-DGC* | NO. 2:15-MD-02641-DGC<br><br>**NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF JOHN R. LEVENDOSKI** |

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter, John R. Levendoski, is believed to have died on November 14, 2019.

The undersigned counsel is in the process of contacting Mr. Levendoski's surviving adult daughter, Cinder Urban, so that arrangements can be made for appointment of a personal representative or other person authorized to file a motion pursuant to Fed. R. Civ. P. 25(a)(l). The undersigned counsel will then seek an Order substituting the personal representative as plaintiff in the above-captioned matter in the place and stead of Decedent John R. Levendoski.

- 1 -

Dated: March 9, 2020.

**JAMES, VERNON & WEEKS, P.A.**

By: /s/Wes S. Larsen_____
Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
Email: wes@jvwlaw.net
Attorney for Plaintiff (admitted Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Wes S. Larsen_____

- 2 -