# EXHIBIT 3

> State of New Mexico
> County of Chaves
> FILED FOR RECORD
>
> DEC 18 2019
>
> [signature] PROBATE CLERK DEPUTY

4B-306. Letters of administration. (no will).
[For use with Rule 1B-304 NMRA]

STATE OF NEW MEXICO
IN THE PROBATE COURT
__Chaves__ COUNTY

IN THE MATTER OF THE ESTATE OF       No. __PB2019007__
__John Levendoski__, DECEASED.

### LETTERS OF ADMINISTRATION
### (NO WILL)

TO WHOM IT MAY CONCERN:

Notice is now given that __Cinder Urban__ (name of personal representative) has been appointed to serve as the personal representative of the estate of __John Levendoski__, and has qualified as the personal representative of the estate of the decedent by filing with the court a statement of acceptance of the duties of that office.

The personal representative has all of the powers and authorities provided by law and specifically, by Section 45-3-715 NMSA 1978.

Issued this __19__ day of __December__, __2019__.

Dave Kunko
Clerk of the Probate Court

By: __[signature]__
Deputy Clerk

Said Letters are in full force and effect as of this date.
(Seal)

### USE NOTE

See NMSA 1978, Section 45-3-103 and NMSA 1978, Section 45-3-601 for issuance of letters.
[Approved, effective September 15, 2000; as amended by Supreme Court Order No. 07-8300-005, effective March 1, 2007; 4B-106 recompiled and amended as 4B-306 by Supreme Court Order No. 18-8300-014, effective for all cases pending or filed on or after December 31, 2018.]

STATE OF NM. COUNTY OF CHAVES
CERTIFIED THIS __19__ DAY OF __DEC__ 20__19__ AS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
DAVID KUNKO-PROBATE CLERK
__[signature]__ DEPUTY
Page __2__ of __5__