# EXHIBIT 4

1

2

3

4

5

6

7                           IN THE UNITED STATES DISTRICT COURT

8                              FOR THE DISTRICT OF ARIZONA

9
     IN RE BARD IVC FILTERS PRODUCTS                    NO. 2:15-MD-02641-DGC
10   LIABILITY LITIGATION
                                                        **ORDER**
11

12   This Document Relates To:
     *John R. Levendoski v. C. R. Bard Inc., et al.,*
13   *Civil Action No. 2:19-cv-03986-DGC*

14

15

16          Considering the foregoing Motion to Substitute Party-Plaintiff and exhibits:

17          IT IS ORDERED that the Plaintiff's Motion to Substitute Party-Plaintiff is hereby

18   GRANTED, and that Cinder Urban, as Personal Representative of the Estate of her deceased

19   father, John Levendoski, be substituted as the proper Party-Plaintiff herein.

20

21          Phoenix, Arizona, this _____ day of _____, 2020.

22

23

24          _____
            Honorable David G. Campbell
25          UNITED STATES DISTRICT COURT JUDGE

                                            - 1 -