IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

This Document Relates to:

Plaintiff **JAMES M. MALLINSON**, Civil Case # 2:17-cv-00801-DGC
Plaintiff **QIANA MONIQUE MCGHEE**, Civil Case # 2:19-cv-1690-DGC
Plaintiff **PHILIP R. PURDY**, Civil Case # 2:17-cv-00811-DGC
Plaintiff **BILL M. SEIDENSCHWARZ,** Civil Case # 2:17-cv-00264-DGC

## NOTICE OF ADDRESS CHANGE

COMES NOW, Sean T. Keith, notifying the court of change of address information. Please update my contact to, Keith Law Group, PLLC., Regions Bank Building, Suite 108, 5050 W. Northgate Road, Rogers, AR 72758. Email: sean@keithlawgroup.com, Phone: (479) 335-1355.

Dated:  March 16, 2020                    Respectfully submitted,

By:    /s/ Sean T. Keith
       Sean T. Keith, ABA 93158
       Keith Law Group, PLLC.
       Regions Bank Building, Ste. 108
       5050 W. Northgate Road, Rogers, AR 72758
       Ph. (479) 335-1355/Fax (479) 244-2889
       sean@keithlawgroup.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I filed the foregoing via the Court's electronic filing system, which shall send notice of the filing and a copy thereof to all counsel of record.

/s/ Sean T. Keith
Sean T. Keith