UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>Billy Stillwell v. C.R. Bard Inc. et al<br>2:18-cv-04834 | ) MDL No. 2641<br>)<br>) HON. JUDGE DAVID G. CAMPBELL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Billy Stillwell.

Dated: March 23, 2020

Respectfully submitted,

*/s/David M. Langevin*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 23, 2020

Respectfully submitted,

*/s/ David M. Langevin*
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff