UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | Case No. MD-15-02641-PHX-DGC<br>MDL No. 2641 |
| This Document Relates to Plaintiff:<br>Billy Stillwell,<br>　　　　Plaintiff,<br>v.<br>C.R. Bard Inc., and Bard Peripheral Vascular, Inc.<br>　　　　Defendants. | Case No. 2:18-cv-04834<br><br>**Motion to Substitute Party Plaintiff** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Billy Stillwell and files this motion to substitute his surviving next of kin, Pauline Stillwell, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Billy Stillwell filed the present action in the United States District Court of the District of Arizona on December 20, 2018.

2. Plaintiff Billy Stillwell died on May 5, 2019.

3. On March 23, 2020, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 21474. Plaintiff's counsel recently learned the death of Mr. Stillwell after filing the lawsuit and after submitting a Plaintiff Profile Form in connection with this case.

4. Pauline Stillwell, wife of Billy Stillwell, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Billy Stillwell and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Pauline Stillwell as the proper party plaintiff in this action.

Respectfully submitted this 23rd day of March, 2020.

/s/ David M. Langevin
David M. Langevin, #329563
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 23, 2020

/s/ David M. Langevin
David M. Langevin