UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2641 |
| | : | |
| | : | JUDGE DAVID G. CAMPBELL |
| Billy Stillwell , | : | |
| Plaintiff(s), | : | |
| vs. | : | Civil Action No.: 2:18-cv-04834 |
| C.R. Bard Inc. et al , | : | |
| Defendant(s). | : | |

**ORDER**

  IT IS ORDER that the Motion to Substitute the Plaintiff is GRANTED, and Pauline Stillwell, on behalf of the Estate of Billy Stillwell, is substituted as Plaintiff in the above referenced action.

This the _____ day of _____ , 2020.

                  _____
                  Judge David G. Campbell