Matthew R. McCarley
Texas Bar No. 24041426
**Fears Nachawati PLLC**
5473 Blair Rd.
Dallas, TX 75231
214-890-0711
Fax: 214-890-0712
mccarley@fnlawfirm.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to:<br><br>*Giwerowski v. C R Bard Incorporated et al.,* 2:19-cv-00252-DGC | No. MDL-15-2641-PHX-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eric Giwerowski by through his undersigned counsel, hereby gives notice that the above-captioned action, Case No. 2:19-cv-00252-DGC, is voluntarily dismissed without prejudice, against all defendants.

Dated: March 25, 2020

                                                      Respectfully Submitted,

                                      By:   */s/ Matthew R. McCarley*
                                                  Matthew R. McCarley
                                                  Texas Bar No. 24041426
                                                  **Fears Nachawati PLLC**
                                                  5473 Blair Rd.
                                                  Dallas, TX 75231
                                                  214-890-0711
                                                  Fax: 214-890-0712
                                                  mccarley@fnlawfirm.com

                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2020, a copy of the foregoing pleading was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                                   */s/ Matthew R. McCarley*
                                                   Matthew R. McCarley