IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This Document Relates to:<br><br>**TIFFANY ORT**<br><br>PLAINTIFF<br><br>v.<br><br>**C.R. BARD INC. and BARD PERIPHERAL VASCULAR, INC.,**<br><br>DEFENDANTS | Case No. 2:17-cv-00048<br><br>**NOTICE OF APPEARANCE FOR ASHTON ROSE SMITH** |

**PLEASE TAKE NOTICE** that Ashton Rose Smith of Moore Law Group, PLLC hereby enters an appearance as co-counsel for Plaintiff in the above-referenced action. Please serve said co-counsel with all pleadings and notices in this action using the contact information below:

> Ashton Rose Smith
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> P:  502-717-4080
> F:  502-717-4086
> Email: ashton@moorelawgroup.com

Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated: March 27, 2020

/s/ *Ashton Rose Smith*
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
P:  (502) 717-4080
ashton@moorelawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2020 I electronically filed the foregoing document with the Clerk of the U.S. District Court, District of Arizona, using the CM/ECF system, which will send notification of such filing to all parties.

                                                               /s/ *Ashton Rose Smith*
                                                              *Counsel for Plaintiff*