# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:   Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

Pending before the Court are Defendants' motions to seal (Doc. 21437, 21451), Plaintiffs' motion to seal response (Doc. 21457), Plaintiffs' motion for leave to file surreply (Doc. 21448), and Plaintiffs' motion for extension of time (Doc. 21460).

**IT IS ORDERED:**

1. The parties' motions to seal (Docs. 21437, 21451, 21457) are **granted**. The Clerk of Court is directed to accept these documents for filing under seal.

2. Plaintiff's motion for leave to file surreply (Doc. 21448) is **granted**.

3. Plaintiff's motion for extension of time (Doc. 21460) is **granted**.

Dated this 30th day of March, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge