# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filter Products Liability Litigation, | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

The Court, having reviewed The Parties' Stipulation for Extension of Time to File Updated Report Concerning the Status of Profile Forms and Service of Process for Select Cases (Doc. __ ) and good cause appearing,

**IT IS ORDERED:**

The joint updated report concerning the status of profile forms and service of process shall be filed on April 13, 2020.

Dated this ____ day of April, 2020.

_____
David G. Campbell
United States District Judge