IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2641 |
| This Document Relates to: | No. 2:16-cv-04004-DGC |
| Sheryl Kae v. C.R. Bard, et al. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sheryl Kae, by and through their undersigned counsel, and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to Plaintiff's voluntary dismissal of this action with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

STIPULATED TO BY:

*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr., (TN Bar No. 22891)(PHV)
Anthony Orlandi (TN Bar No. 33988)(PHV)
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite. 200
Nashville, TN 37203
Tel. (615) 254-8801
Fax. (615) 255-5419
Email: joeyl@bsjfirm.com
Email: aorlandi@bsjfirm.com

*Attorneys for Plaintiff*

*/s/ Richard B. North, Jr.* (by JPL with permission)

Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLC -
Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email: richard.north@nelsonmullins.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the foregoing was sent to the following through this Court's electronic filing system on this the 7th day of April, 2020.

Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLC - Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email: richard.north@nelsonmullins.com

                                                    */s/ Joe P. Leniski, Jr.*
                                                    Joe P. Leniski, Jr.