IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: BARD IVC FILTER | ) | MDL No. 2641 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | No. 2:16-cv-04004-DGC |
| This Document Relates to: | ) | |
| | ) | |
| Sheryl Kae v. C.R. Bard, et al. | ) | |

**ORDER**

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice is **granted**. This matter

(2:16cv04004) is dismissed with prejudice, each party to bear its own costs and fees.


DATED this _____ day of _____, 20__.


_____

David G. Campbell
United States District Judge