Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' UPDATED REPORT CONCERNING THE STATUS OF PROFILE FORMS AND SERVICE OF PROCESS FOR SELECT CASES** |

In an order dated March 4, 2020, 2020 (Doc. 21461), the Court ordered (1) that cases that have yet to be served on the Defendants be served on or before March 18, 2020; and (2) that Plaintiffs who had provided no Plaintiffs' Profile Form ("PPF") or a deficient PPF submit a complete PPF on or before March 18th also.  In turn, the Court instructed the parties to file an updated report advising whether the service and/or PPF deficiencies had been corrected in each case.

In compliance with the March 4th order, the Defendants still have not been served in the following cases:

| CASE CAPTION | CASE NUMBER |
| --- | --- |
| Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02716-PHX-DGC |
| Melissa Jeanne Kacou Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04110-PHX-DGC |
| Gunther Vacek v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04051-PHX-DGC |

Further, in compliance with that same order, the Defendants have still not received PPF's from Plaintiffs in the following cases:

| CASE CAPTION | CASE NUMBER |
| --- | --- |
| Angela Rhodes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02135-PHX-DGC |
| Daniel Person v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-03189-PHX-DGC |
| Edward Schaab v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02133-PHX-DGC |

| CASE CAPTION | CASE NUMBER |
|---|---|
| Elizabeth Mello v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-00104-PHX-DGC |
| Jeramey Kohar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01780-PHX-DGC |
| Justin Ubel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02073-PHX-DGC |
| Karen Jandula v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02305-PHX-DGC |
| Kelly McCoy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-18-03466-PHX-DGC |
| Linda Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-18-03935-PHX-DGC |
| Lisa Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02001-PHX-DGC |
| Nancy Harmon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-00721-PHX-DGC |
| Prudence Peterson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-18-02090-PHX-DGC |
| Ricky Schrader v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02132-PHX-DGC |
| Sandra Risner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-02136-PHX-DGC |

The parties note that several of the cases referenced in the March 4th order have been settled, and were identified as settled in the March 2nd notice to the Court. The parties respectfully request that those cases be held in abeyance with other settled cases until May 2020. Those cases include the following:

| CASE CAPTION | CASE NUMBER |
|---|---|
| John C. Barr v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04315-PHX-DGC | CV-19-04315-PHX-DGC |
| Dominic S. Colucci and Jennifer M. Colucci v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04924-PHX-DGC | CV-18-04924-PHX-DGC |
| Verlin Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01811-PHX-DGC | CV-18-01811-PHX-DGC |
| Edward Walton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. United States District Court, District of Arizona, Phoenix Division, CV-19-02290-PHX-DGC | CV-19-02290-PHX-DGC |
| Kim Whitaker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02075-PHX-DGC | CV-19-02075-PHX-DGC |

The remaining Plaintiffs identified in the March 4th order have now corrected the previous deficiencies, and their cases are ripe for remand or transfer. Attached as Exhibit "A" is a list of those direct-filed cases ready to be transferred to the jurisdictions identified in the short form complaints. The Defendants note that diversity jurisdiction is absent in the *Beachum* case.

Respectfully submitted, this 13th day of April, 2019.

LOPEZ McHUGH, LLP

By: *s/ Ramon Rossi Lopez*
Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Richard B. North*
Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

| | |
|---|---|
| Mark S. O'Connor (011029)<br>BEUS GILBERT PLLC<br>701 N 44th Street<br>Phoenix, Arizona 85008<br><br>*Attorneys for Plaintiffs* | James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

    /s/ Richard B. North