# EXHIBIT A
# PLAINTIFFS WHOSE DEFICIENCIES HAVE BEEN CURED

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Ronnie Beachum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04653-PHX-DGC | CV-18-04653-PHX-DGC | NJ resident – No diversity jurisdiction | Padberg, Corrigan & Appelbaum | PPF served |
| Rickey Scott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04063-PHX-DGC | USDC AL, Southern District | Kelley/Uustal, PLC | Complaint Served |
| Scottie C. Wolford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01250-PHX-DGC | USDC AR, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Sherry Lynn Black-Goodrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00406-PHX-DGC | CV-18-00406-PHX-DGC | USDC FL, Middle District | Fears Nachawati Law Firm | PPF served |
| Stephanie Smith v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02267-PHX-DGC | CV-19-02267-PHX-DGC | USDC FL, Middle District | Kirkendall Dwyer LLP | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Iarzella Dennard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01539-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Ross A. Grey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-04030-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Kenneth I. Holbrook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01234-PHX-DGC | USDC FL, Middle District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Cecilia Burkhardt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04138-PHX-DGC | CV-18-04138-PHX-DGC | USDC FL, Southern District | McGlynn, Glisson & Mouton | PPF served |
| Mark Dills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01512-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Anthony Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01467-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik & Associates, PLLC | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Steven Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-04083-PHX-DGC | USDC GA, Northern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Lauren Kent v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04076-PHX-DGC | USDC GA, Southern District | Kelley/Uustal, PLC | Complaint Served |
| Delores Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-03990-PHX-DGC | USDC IN, Southern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Joanie Hansford, as Administrator of the Estate of Michele Hansford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01526-PHX-DGC | USDC KS | Napoli Shkolnik & Associates, PLLC | PPF served |
| Kristi G. Bailey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-04029-PHX-DGC | USDC KY, Eastern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Reba Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01457-PHX-DGC | USDC KY, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Kandy Carpenter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01525-PHX-DGC | USDC MI, Eastern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Leona Nigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04059-PHX-DGC | USDC MI, Western District | Kelley/Uustal, PLC | Complaint Served |
| Thomas Orest and Margaret Louis Orest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-04095-PHX-DGC | USDC MN | Napoli Shkolnik & Associates, PLLC | PPF served |
| Penni Hendrickson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04073-PHX-DGC | USDC MO, Western District | Kelley/Uustal, PLC | Complaint Served |
| Jeremy Gates v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01498-PHX-DGC | USDC NC, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Nicolas R. Garon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01238-PHX-DGC | USDC NH | Napoli Shkolnik & Associates, PLLC | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Michael Campobasso v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01575-PHX-DGC | CV-19-01575-PHX-DGC | USDC NV | McGlynn, Glisson & Mouton | PPF served |
| Clyde Solomon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01466-PHX-DGC | USDC NY, Eastern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Christopher Beasock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01465-PHX-DGC | USDC NY, Northern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Agnes Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-17-00138-PHX-DGC | USDC NY, Southern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Deborah S. Hamby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01449-PHX-DGC | USDC NY, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Kimberly Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-18-02828-PHX-DGC | USDC OH, Northern District | Napoli Shkolnik & Associates, PLLC | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Scott Stafford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04079-PHX-DGC | CV-19-04079-PHX-DGC | USDC OK, Western District | Fears Nachawati Law Firm | Dismissed without prejudice |
| Rudy Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01497-PHX-DGC | USDC OK, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Douglas J. Dohan v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04069-PHX-DGC | USDC PA, Eastern District | Kelley/Uustal, PLC | Complaint Served |
| Jeanette McFarland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01511-PHX-DGC | USDC PA, Western District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Charles Finch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01533-PHX-DGC | USDC SC | Napoli Shkolnik & Associates, PLLC | PPF served |
| Bruce R. Cunningham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01236-PHX-DGC | USDC TX, Eastern District | Napoli Shkolnik & Associates, PLLC | PPF served |

| Case Caption | Current Civil Action | Transferee Court | Plaintiff Counsel | Status |
|---|---|---|---|---|
| Franky Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04070-PHX-DGC | USDC TX, Northern District | Kelley/Uustal, PLC | Complaint Served |
| Bryon Rieken v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04061-PHX-DGC | USDC TX, Northern District | Kelley/Uustal, PLC | Complaint Served |
| Alejandro G. Santana and Maria Santana v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02264-PHX-DGC | CV-18-02264-PHX-DGC | USDC TX, Southern District | Fears Nachawati Law Firm | PPF served |
| Melissa Sepeda v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01585-PHX-DGC | CV-18-01585-PHX-DGC | USDC TX, Southern District | McGlynn, Glisson & Mouton | PPF served |
| David Breeden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-01535-PHX-DGC | USDC VA, Eastern District | Napoli Shkolnik & Associates, PLLC | PPF served |
| Norman Rose v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | CV-19-04083-PHX-DGC | USDC WA, Western District | Kelley/Uustal, PLC | Complaint Served |