# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Norman Rose, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., | ) | Civil Action No.  CV-19-04083-PHX-DGC |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

     Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.


Date:  April 13, 2020

/s/ Richard B. North, Jr.
*Signature of the attorney or unrepresented party*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed Name*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail Address*

(404) 322-6155
*Telephone number*