UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**UNOPPOSED AMENDMENT TO THE PARTIES' UPDATED REPORT CONCERNING THE STATUS OF PROFILE FORMS AND SERVICE OF PROCESS FOR SELECT CASES** |

In an order dated March 4, 2020, (Doc. 21461), the Court ordered (1) that cases that have yet to be served on the Defendants be served on or before March 18, 2020; and (2) that Plaintiffs who had provided no Plaintiffs' Profile Form ("PPF") or a deficient PPF submit a complete PPF on or before March 18th also. In turn, the Court instructed the parties to file an updated report advising whether the service and/or PPF deficiencies had been corrected in each case.

The Parties' Updated Report Concerning the Status of Profile Forms and Service of Process for Select Cases [D.E. 21499] and Exhibit A thereto, Plaintiffs Whose Deficiencies Have Been Cured [D.E. 21499-1], filed April 13, 2020, reflected that Defendants had not been served in the following case:

| | |
|---|---|
| Melissa Jeanne Kacou Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division | No. CV-19-04110-PHX-DGC |

Due to an inadvertent omission, service in the above case was not completed until April 14, 2020. **The Plaintiff has since corrected the deficiency in service, and the case is ripe for remand and transfer.** Counsel for the Plaintiff has contacted Defendants' counsel with respect to this Amendment, and has been advised that Defendants acknowledge that service on the case identified herein has been

accomplished and that Defendants do not object this amendment to the status report and Exhibit A thereto.

WHEREFORE, Plaintiff respectfully requests that the Parties' Updated Report Concerning the Status of Profile Forms and Service of Process for Select Cases be amended to reflect that deficiencies in the matter of *Melissa Jeanne Kacou, Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc.,* Case No. CV-19-04110-PHX-DGC have been cured, and that Exhibit A to the Updated Report further be amended to include the foregoing Plaintiff.

RESPECTFULLY SUBMITTED this 14th day of April, 2020.

**KELLEY | UUSTAL**

By: */s/Catherine C. Darlson*
Catherine C. Darlson*
Florida Bar No. 112440
500 North Federal Highway
Second Floor
Fort Lauderdale, FL 33301
ccd@kulaw.com
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Catherine C. Darlson*
Catherine C. Darlson
Florida Bar No. 112440