UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| James Wesley Jordan, IV, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., <br><br>　　　　Defendants. | MDL Case No. 2:15-md-02641-DGC <br><br> Civil Action No. CV-19-04110-PHX-DGC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　　Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date: April 15, 2020

/s/ Richard B. North, Jr.
*Signature of the attorney or unrepresented party*

Richard B. North, Jr. (Ga. Bar No. 545599)
*Printed Name*

Nelson Mullins Riley & Scarborough, LLP
201 17th St., NW, Suite 1700, Atlantic Station, Atlanta, GA 30363
*Address*

richard.north@nelsonmullins.com
*E-mail Address*

(404) 322-6155
*Telephone number*