IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Gunther Vacek v. C.R. Bard, Inc., et al.,*<br>Civil Action No. 2:19-cv-04051-DGC | No. MD 15-02641-PHX-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

By and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Gunther Vacek, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as to all defendants.

Dated: April 15, 2020.

                                      Respectfully submitted,

                                      **KELLEY | UUSTAL**

By: */s/ Catherine C. Darlson*
    Catherine C. Darlson
    Florida Bar No. 112440
    500 North Federal Highway
    Suite 200
    Fort Lauderdale, FL 33301
    ccd@kulaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Catherine C. Darlson*
Catherine C. Darlson
Florida Bar No. 112440
