# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>ORDER |

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that the following items were produced to Richard North, Esq., attorney for Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., via e-mail on April 17, 2020:

1. Plaintiff Franky Williams Profile Sheet

Date: <u>April 20, 2020</u>　　　　　　　　　MARTIN BAUGHMAN PLLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　　　Ben C. Martin, Esq.
　　　　　　　　　　　　　　　　　　　　　TX SBN: 13052400
　　　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, Suite 1230
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　　214-761-6614 – phone
　　　　　　　　　　　　　　　　　　　　　214-744-7590 – facsimile
　　　　　　　　　　　　　　　　　　　　　bmartin@martinbaughman.com
　　　　　　　　　　　　　　　　　　　　　eservice@martinbaughman.com