IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Leona Nigh v. C.R. Bard, Inc., et al.,*<br>Civil Action No. 2:19-cv-04059-DGC | No. MD 15-02641-PHX-DGC |

**ORDER GRANTING MOTION FOR LEAVE**
**TO WITHDRAW AS COUNSEL FOR PLAINTIFF LEONA NIGH**

THIS MATTER came before the Court on Kelley Uustal, PLC and Catherine C. Darlson's Motion for Leave to Withdraw as Counsel for Plaintiff. The Court, having reviewed the Motion and the Certification of Counsel therein, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion for Leave to Withdraw is hereby GRANTED. Kelley Uustal, PLC, 500 North Federal Highway Suite 200, Fort Lauderdale, Florida 33301, and attorney Catherine C. Darlson shall be removed as counsel for Leona Nigh.

DATED this ____ day of _____ 2020.

_____
Hon. David G. Campbell
UNITED STATES DISTRICT JUDGE