# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filter Products Liability Litigation | No. MDL 15-2651 PHX DGC |
| Sheryl Kae, | No. CV16-4004 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

Pending before the Court is a stipulation of dismissal with prejudice of Sheryl Kae, CV16-4004 PHX DGC. Doc. 21488.

**IT IS ORDERED** that the stipulation of dismissal with prejudice of Sheryl Kae is **granted.**

Dated this 27th day of April, 2020.

David G. Campbell
Senior United States District Judge