1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9
10

In Re:  Bard IVC Filter Products
Liability Litigation

No. MDL 15-02641 PHX DGC

11
12

Leona Nigh,

No. CV19-04059 PHX DGC

13

Plaintiff,

**ORDER TO SHOW CAUSE**

14

v.

15

C.R. Bard, Inc., et al.,

16

Defendants.

17
18
19

Pursuant to Local Rule of Civil Procedure 83.3, attorney Catherine C. Darlson with

20

the law firm of Kelley Uustal, PLC has filed a motion to withdraw as counsel for Plaintiff

21

Leona Nigh.  Doc. 21514.  The Court will grant the motion and require Ms. Nigh, by

22

**May 20, 2020**, to show good cause why this case should not be dismissed for failure to

23

prosecute.  *See* Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.

24

1992).

25

Counsel has made multiple attempts to communicate with Ms. Nigh over the last

26

several months but has received no response.  *Id.* at 2.  Before filing the present motion,

27

counsel sent Ms. Nigh notices advising her that counsel would have no choice but to seek

28

to withdraw from the case should Ms. Nigh continue to fail to communicate with counsel.

*Id.*  Counsel also informed Ms. Nigh about the status of her case, including the need to comply with existing Court orders and the possibility for sanctions.  The Court finds good cause to grant the motion to withdraw.

**IT IS ORDERED:**

1.    The motion to withdraw as counsel (Doc. 21514) is **granted**.  Attorney Catherine C. Darlson and the law firm of Kelley Uustal, PLC are withdrawn as counsel of record for Plaintiff Leona Nigh.

2.    The Clerk of Court shall mail a copy of this Order to Plaintiff Leona Nigh at the following address:  12440 Cabin Drive NE, Belding, MI 48809.

3.    On or before **May 20, 2020**, Plaintiff shall file a response to this Order showing good cause why her case should not be dismissed for failure to prosecute.  If Plaintiff fails to respond to this Order by **May 20, 2020**, her case will be dismissed without further order of the Court.

Dated this 29th day of April, 2020.

David G. Campbell
Senior United States District Judge