# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION<br><br>This relates to all cases | MDL15-2641 PHX DGC<br><br>**ORDER** |

The parties have filed a joint motion to extend the deadline for Track 2 cases. Doc. 21515. The Court has considered the motion and will grant the requested extension.

**IT IS ORDERED** that the parties' joint motion to extend deadline for Track 2 cases (Doc. 21515) is **granted**. The deadline relating to Track 2 cases in Case Management Order No. 42 (Doc. 16343 at 6-7) is extended from May 1, 2020 to **November 2, 2020.**

Dated this 4th day of May, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge