# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filter Products Liability Litigation | No. MDL 15-2641 PHX DGC |
| Charles Thomas, Jr., | No. CV18-3319 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

Pending before the Court is a stipulation of dismissal without prejudice of Charles Thomas, Jr., CV18-3319 PHX DGC. Doc. 19808.

**IT IS ORDERED** that the stipulation of dismissal without prejudice of Charles Thomas, Jr. (Doc. 19808) is **granted.**

Dated this 4th day of May, 2020.

David G. Campbell
Senior United States District Judge