IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To : <br>    TRACEY LYNN KERNS and <br>    ROGER KERNS, JR. | MDL NO. 2641 <br><br> No.   CV-17-01219-DGC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tracey Lynn Kerns and Roger Kerns, Jr., by and through their undersigned counsel, and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to Plaintiff's voluntary dismissal of this action with prejudice.   Each party will bear its own costs, expenses and attorneys' fees.

STIPULATED TO BY:

/s/ *Chad A. Swanson*
Chad A. Swanson (IA Bar No. AT0007770)
Dutton, Daniels, Hines, Kalkhoff,
Cook & Swanson, P.L.C.
3151 Brockway Road
P. O. Box 810
Waterloo, IA 50704
Tel.   (319) 234-4471
Fax.   (319) 234-8029
Email: cswanson@duttonfirm.com

*Attorneys for Plaintiffs*

/s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough LLC
- Atlanta, GA
Atlantic Station
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
404-322-6000
Fax: 404-322-6050
Email:   richard.north@nelsonmullins.com

*Attorneys for Defendants*