IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To :<br>   TRACEY LYNN KERNS and<br>   ROGER KERNS, JR. | MDL NO. 2641<br><br>No.  CV-17-01219-DGC |

## ORDER

**IT IS ORDERED** that the Stipulation of Dismissal With Prejudice is **granted**. This matter (2:17cv01219) is dismissed with prejudice, each party to bear its own costs and fees.

DATED this _____ day of _____, 2020.