# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filter Products Liability Litigation | No. MDL 15-2651 PHX DGC |
| Tracey Lynn Kerns and Roger Kerns, Jr., <br> Plaintiffs, <br> v. <br> C.R. Bard, Inc., et al., <br> Defendants. | No. CV17-01219 PHX DGC <br><br> **ORDER** |

Pending before the Court is a stipulation of dismissal with prejudice of Tracey Lynn Kerns and Roger Kerns, Jr., CV17-01219 PHX DGC.  Doc. 21520.

**IT IS ORDERED** that the stipulation of dismissal with prejudice of Tracey Lynn Kerns and Roger Kerns, Jr. (Doc. 21520) is **granted**, each party to bear its own costs and attorneys' fees**.**

Dated this 8th day of June, 2020.

David G. Campbell
Senior United States District Judge