# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Bard IVC Filter Products Liability Litigation<br>Salifou Pessouore,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard, Inc., et al.,<br>　　　　　Defendants. | No. MDL 15-2641 PHX DGC<br><br>No. CV18-00147 PHX DGC<br><br>**ORDER** |

　　　　The Court has received a letter from Salifou Pessouore stating that he understands his case against Defendants has been dismissed, but that he knows nothing of a settlement and has not been able to obtain any helpful information from his attorney. Mr. Pessouore's case was filed by attorney John Thomas Kirtley, III on January 16, 2018, and was dismissed pursuant to an amended stipulation of the parties dated December 5, 2019 (Doc. 20980) and signed by attorney Kirtley. And yet Mr. Pessouore says that he has received no information about a settlement, and it appears that he has received no compensation. The Court's staff contacted attorney Kirtley, and was told that this case was transferred to attorney David Matthews of Matthews & Associates and the law firm of Freese & Goss for settlement purposes. No substitution of counsel has occurred.

　　　　By June 26, 2020, attorney Kirtley, attorney David Matthews, and the firm of Freese & Goss shall file a joint memorandum explaining: (1) which attorney is responsible for this case, (2) why no substitution of counsel has been filed, (3) which attorney authorized the

dismissal of this case and why, (4) what communications occurred with Mr. Pessouore before the dismissal, (5) whether Mr. Pessouore ever agreed to a settlement and received settlement compensation, and (6) any other information relevant to this issue.

Dated this 15th day of June, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge