Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO AMEND CASE MANAGEMENT ORDER NO. 46**<br><br>**(Filed *Ex Parte*; Under Seal Expedited Consideration Requested)** |
|---|---|

Plaintiffs' Co-Lead Counsel and Co-Chairs of the Common Benefit Fee and Cost Committee ("the Fee Committee") respectfully seek an amendment of Case Management Order No. 46 (Doc. 21480) ("CMO 46"). Upon the Fee Committee undertaking its work at the direction of the Co-Chairs and after consultation with the Special Master, it was agreed additional protocols are necessary. Therefore, Plaintiffs' Co-Lead Counsel and Co-Chairs of the Fee Committee hereby submit the attached proposed amended CMO 46.

RESPECTFULLY SUBMITTED this 22nd day of June 2020.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*

Mark S. O'Connor
701 North 44th Street
Phoenix, Arizona 85008

LOPEZ McHUGH LLP
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*