# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **In Re:  Bard IVC Filter Products Liability Litigation** | § § § § | **No. MDL 15-2641 PHX DGC** |
| **SALIFOU PESSOUORE,**<br>                    Plaintiff, | § § § § | **No. CV18-00147PHX DGC** |
| v. | § § | |
| **C.R. BARD, INC. et al.,**<br>                    Defendants. | § § § | |

## ORDER

Upon consideration of Ferrer, Poirot & Wansbrough, Freese & Goss, PLLC, and Matthews & Associates' Motion to Seal Counsel's Joint Memorandum Regarding Salifou Pessouore, and for good case shown, the Motion to Seal is **GRANTED**.

.