1  Tim K. Goss (08222660)
   FREESE & GOSS, PLLC
2  3500 Maple Avenue, Suite 1100
   Dallas, TX 75219
3  Telephone: 214-761-6610
   tim@freesandgoss.com
4
   David P. Matthews (13206200)
5  MATTHEWS & ASSOCIATES
   2509 Sackett Street
6  Houston, TX 77098
   Telephone: 713-522-5250
7  dmatthews@dmlawfirm.com
   *Attorneys for Plaintiffs*
8
   James R. Condo (#005867)
9  Kristine L. Gallardo (033975)
   SNELL & WILMER L.L.P.
10 One Arizona Center
   400 E. Van Buren, Suite 1900
11 Phoenix, AZ 85004-2202
   Telephone: 602.382.6000
12 Facsimile: 602.382.6070
   jcondo@swlaw.com
13 kgallardo@swlaw.com

14 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
15 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
16 NELSON MULLINS RILEY &
       SCARBOROUGH LLP
17 201 17th Street, NW / Suite 1700
   Atlanta, GA 30363
18 Telephone: 404.322.6000
   Facsimile: 404.322.6050
19 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
20
   *Attorneys for Defendants C. R. Bard, Inc. and*
21 *Bard Peripheral Vascular, Inc*

22            IN THE UNITED STATES DISTRICT COURT

23                    FOR THE DISTRICT OF ARIZONA

24 | IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **JOINT MOTION AND INCORPORATED MEMORANDUM TO SEAL THE PARTIES' RESPONSE TO THE COURT'S JUNE 29, 2020 ORDER** |

Plaintiffs and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby respectfully move this Court for an order, pursuant to the Stipulated Protective Order (Doc. 268), Federal Rule of Civil Procedure 26(c)(1)(G), and Local Civil Rule 5.6 sealing the Parties' Response to the Court's June 29, 2020 Order. The Parties' Response contains details and terms of a confidential settlement agreement reached between the parties. Accordingly, there is good cause to grant Bard's Unopposed Motion to Seal.

## ARGUMENT AND CITATION OF AUTHORITY

**A. The Parties' Response Is "Confidential Information" Pursuant to the Stipulation for Protective Order, and Therefore They Should Be Sealed for Good Cause**

The Court has entered a Stipulated Protective Order to protect public disclosure of "Confidential Information" that is suitable for protection under Federal Rule of Civil Procedure 26(c). Stipulated Protective Order (Doc. 269 ¶¶ 1, 2.) Federal Rule of Civil Procedure 26(c)(1)(G) provides that the Court may, for good cause, "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." "The Ninth Circuit Court of Appeals recognizes the authority of district courts to protect confidential settlement agreements." *Alcaide v. Thomas*, No. CV-11-01162-JAT-JFM, 2015 WL 6087560, at *3 (D. Ariz. Oct. 16, 2015) (*citing Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002)).

In *Alcaide*, the court concluded that because a settlement agreement was attached to "a nondispositive filing, the 'good cause' standard of Fed. R. Civ. P. 26(c) applies." *Id*. The court concluded that because confidentiality was part of the bargained for settlement, "[b]alancing the competing interests involved and considering the lessened presumption of public access, the promotion of settlement agreements outweighs the public need for access in this case." *Id*.

Here, as in *Alcaide*, the terms of the parties' settlement agreement are not being filed with a dispositive motion. And, in an effort to fully address the Court's concerns in its June 29, 2020 Order, the parties included details in their joint response that they otherwise would not have made public, and, indeed, could not have made public pursuant to the terms of the

settlement agreement. As a result, the parties respectfully request that the Court grant their Joint Motion to Seal.

### **CONCLUSION**

For the foregoing reasons, the parties have met the good cause standard for protection of their settlement information pursuant to Rule 26(c). Accordingly, the parties request that the Court grant their Joint Motion to Seal.

DATED this 8th day of July, 2020.

    /s/ Tim K. Goss
Tim K. Goss (08222660)
FREESE & GOSS, PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219
Telephone: 214-761-6610
tim@freesandgoss.com

David P. Matthews (13206200)
MATTHEWS & ASSOCIATES
2509 Sackett Street
Houston, TX 77098
Telephone: 713-522-5250
dmatthews@mattheslawfirm.com

**Attorneys for Plaintiffs**

    /s/ Richard B. North, Jr.
Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363

James R. Condo
Kristine L. Gallardo
SNELL & WILMER LLP
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 3 -