IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

Upon consideration of the parties' Joint Motion to Seal and material submitted in support, and for good cause shown, the motion is hereby granted. The Parties' Response to the Court's June 29, 2020 Order, pursuant to Federal Rule of Civil Procedure 26(c), warrants protection from public disclosure for a non-dispositive motion. Accordingly, the Parties' Response to the Court's June 29, 2020 Order is hereby sealed.