Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona  85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**RESPONSE OF PLAINTIFFS' LEADERSHIP TO THE COURT'S JUNE 29, 2020 ORDER (DOC. 21527)** |

On June 29, 2020, the Court entered an Order (Doc. 21527, herein after "Order"), expressing concerns that cases were being "dismissed without being settled," and that the parties to those cases were continuing settlement discussions "outside the confines of the MDL." After consultation with the Plaintiffs' Executive Committee, Plaintiffs' Co-Lead Counsel, Ramon Lopez and Mark O'Connor, contacted Defendants' Lead Counsel, Richard North, to discuss the facts, circumstances and questions addressed in said Order.

Mr. North explained that, to the best of his knowledge, this matter arose from terms and conditions relating to confidential settlement agreements between Defendants and two Plaintiffs' law firms—Freese & Goss, PLLC and Matthews & Associates—and did not involve the PEC or Plaintiffs' Co-Lead Counsel.  Mr. North confirmed none of these issues involved Plaintiffs' Co-Lead Counsel, nor the PEC.  Mr. North also advised he had discussed the Order and the Court's specific questions therein with counsel from these

two Plaintiffs' firms.  Accordingly, Mr. North and Messrs. Lopez and O'Connor agreed Defense counsel and counsel of these two Plaintiffs' firms had the exclusive and joint responsibility to substantively respond to the Order.

On July 7, 2020, Mr. North provided Plaintiffs' leadership with a courtesy copy of a draft of the proposed joint filing in response to the Order, which confirmed the information set forth above.  The proposed draft joint filing also confirmed that the subject matter, substantive facts and knowledge of the events in question are outside the purview and responsibility of the PEC and/or Plaintiffs' Co-Lead Counsel.

Plaintiffs' Co-Lead Counsel will of course comply should the Court require further assistance or inquiry of them.

RESPECTFULLY SUBMITTED this 8th day of July 2020.

BEUS GILBERT MCGRODER PLLC

By:/s/ *Mark S. O'Connor*
    Mark S. O'Connor
    701 North 44th Street
    Phoenix, Arizona 85008

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of July 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                          */s/ Jessica Gallentine*