DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** July 15, 2020 |
| **Case Number:** MD-15-02641-PHX-DGC | |
| **IN RE:** Bard IVC Filters Products Liability Litigation | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mark O'Connor, David Matthews, Tim Goss | James Condo, Elizabeth Helm, Richard North, Russell Gaudreau |

**TELEPHONIC CONFERENCE:**

Discussion held regarding the status of cases that were dismissed due to settlement. Further discussion is held regarding Track 2 cases. The Court sets deadlines that will be entered in a separate order. Order to follow.

Courtroom Deputy: Christine Boucher
Court Reporter: Patricia Lyons

Start: 10:03 a.m.
End: 10:41 a.m.
Total: 38 min.