IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No.: MDL 2:15-02641-PHX-DGC |
| Nancy E. Kunsak v. Paul M. Kiproff, M.D., et al. | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Nancy E. Kunsak, by and through her Counsel, Robert S. Richman, Esq., R. Hagen Starz, Esq., and Allied Legal Partners, and pursuant to Federal Rule of Civil Procedure 41(1)A, hereby dismisses the above-captioned civil action with prejudice by stipulation of the parties.

Respectfully submitted,

| ALLIED LEGAL PARTNERS | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ Robert S. Richman<br>Robert S. Richman, Esq.<br>PA ID: 88673 | By: /s/ Jessica L. Gold<br>Jessica L. Gold, Esq.<br>NY ID: 4712634 |
| 220 Grant Street, 4th Floor<br>Pittsburgh, Pennsylvania 15219-2123 | 445 Hamilton Avenue<br>White Plains, New York 10601-1807 |
| By: /s/ R. Hagen Starz<br>R. Hagen Starz, Esq.<br>PA ID: 91210 | By: /s/ Katie S. Wright<br>Katie S. Wright, Esq.<br>TX ID: 24095732 |
| 220 Grant Street, 4th Floor<br>Pittsburgh, Pennsylvania 15219-2123 | 2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201-2794 |

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: /s/ Richard B. North, Jr.
     Richard B. North, Jr., Esq.
     GA ID: 545599

     Atlantic Station
     201 17th Street, NW, Suite 1700
     Atlanta, Georgia 30363-1099

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's herein Notice of Voluntary Dismissal was served on all parties of record this 16th day of July, 2020, via electronic service:

| | |
|---|---|
| Jessica L. Gold, Esq. | Katie S. Wright, Esq. |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| 200 Park Avenue | 2200 Ross Avenue, Suite 5200 |
| New York, New York 10166-0005 | Dallas, Texas 75201-2794 |
| E: goldj@gtlaw.com | E: wrightka@gtlaw.com |

Richard B. North, Jr., Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
E: richard.north@nelsonmullins.com

ALLIED LEGAL PARTNERS

By:   /s/ Robert S. Richman
      Robert S. Richman, Esquire
      PA ID: 88673
      OH ID: 0099362

      220 Grant Street, 4th Floor
      Pittsburgh, Pennsylvania 15219-2123