IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-DGC |
| This document relates to Plaintiffs:<br><br>*Sandra Olio v. C.R. Bard, Inc.* No. 2-19-cv-03739<br><br>*Deborah St. John v. C.R. Bard, Inc.* No. 2-19-cv-03951 | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL** |

### NOTICE OF WITHDRAWAL AND SUBSTITUION OF PLAINTIFF'S COUNSEL

PLEASE TAKE NOTE THAT pursuant to LRCiv 83.3(b)(4) Brandon L. Rich of Driggs, Bills & Day, PLLC, withdraws as counsel of record for Plaintiffs in the above referenced actions and that Taylor W. Williams of Driggs, Bills & Day, PC, is substituted as counsel for Plaintiffs in the schedule of action attached hereto as Exhibit A.

//

//

//

//

RESPECTFULLY SUBMITTED this 16th day of July, 2020.

/s/ *Brandon L. Rich (with consent)*
Brandon L. Rich, WA #49181
Driggs, Bills & Day, PLLC
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 607-9098
brich@lawdbd.com

/s/ *Taylor W. Williams*
Taylor W. Williams, UT # 17348
Driggs, Bills & Day, PC
737 E. Winchester St.
Salt Lake City, UT 84107
(801) 308-9179
twilliams@advocates.com.
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

>  /s/ Taylor W. Williams
>  Taylor W. Williams
>  Driggs, Bills & Day, PC
>  737 E. Winchester St. 84107
>  Salt Lake City, UT 84107
>  (801) 308-9179
>  twilliams@advocates.com

**EXHIBIT A**

Sandra Olio v. C.R. Bard, Inc. No.
2-19-cv-03739

Deborah St. John v. C.R. Bard, Inc.
No. 2-19-cv-03951