# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN Re:  Bard IVC Filter Products Liability Litigation<br>_____<br>Nancy K. Kunsak,<br><br>                    Plaintiff,<br><br>v.<br><br>Paul M. Kiproff, M.D., et al.<br><br>                    Defendants. | No. MDL15-2641 PHX DGC<br><br>No.  CV17-0555 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice of the above matter.  Doc. 21541.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 21541) is **granted.**  The Clerk of Court is directed to terminate this individual matter.

Dated this 17th day of July, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge