# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:  Bard IVC Filter Products Liability Litigation § § § § | No. MDL 15-2641 PHX DGC |
| REBECCA COOKE, § Plaintiff, § § v. § § C.R. BARD, INC. et al., § Defendants. § | No. CV19-00629 PHX DGC |

## ORDER

Upon consideration of Matthews & Associates' Motion to Seal Counsel's Joint Memorandum Regarding Rebecca Cooke, and for good case shown, the Motion to Seal is **GRANTED**.

.