**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  BARDIVC FILTERS § | |
| PRODUCTS LIABILITY LITIGATION § | |
| § | |
| THIS DOCUMENT RELATES TO: § | MDL Case No:  2:15-md-02641-DGC |
| § | MDL No:  2641 |
| The Cases Listed on the attached § | |
| Exhibit A § | |

**NOTICE OF CHANGE OF ADDRESS**

TO:   CLERK OF COURT AND ALL OTHER PARTIES:

Pursuant to Local Rule 83.3, the undersigned counsel hereby gives notice of the following changes. This notice applies to the list of cases attached hereto as Exhibit A:

Previous Information:

>A. Layne Stackhouse
>**SHRADER & ASSOCIATES, L.L.P.**
>3900 Essex Lane, Suite 390
>Houston, TX  77027
>TEL:  (713)782-0000
>FAX: (713-571-9605
>layne@shraderlaw.com

Current/Updated Information:

>A. Layne Stackhouse
>**SHRADER & ASSOCIATES, L.L.P.**
>9 Greenway Plaza, Suite 2300
>Houston, TX  77046
>TEL:  (713)782-0000
>FAX: (713-571-9605
>layne@shraderlaw.com

Dated: July 22, 2020

>**SHRADER & ASSOCIATES, L.LP.**
>
>/s/A. Layne Stackhouse
>A. Layne Stackhouse (*admitted pro hac vice*)
>layne@shraderlaw.com

9 Greenway Plaza, Suite 2300
Houston, TX  77046
TEL:  (713)782-0000
FAX:  (713)571-9605

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/A. Layne Stackhouse
A. Layne Stackhouse

**EXHIBIT A**

| LAST NAME | FIRST NAME | JURISDICTION | CIVIL ACTION NO. |
|---|---|---|---|
| Shea | Eileen | USDC District of Arizona | No. 2:16-cv-03088-DGC |
| Lambert | Hughey | USDC District of Arizona | No. 2:17-cv-01085-DGC |
| Shaw | Billy | USDC District of Arizona | No. 2:18-cv-04120-DGC |
| Pinegar | Timothy | USDC District of Arizona | No. 2:16-cv-03071-DGC |
| Reynolds | Linda | USDC District of Arizona | No. 2:17-cv-00072-DGC |
| Hans | Jennifer | USDC District of Arizona | No. 2:17-cv-04013-DGC |
| Brock | Johnnie | USDC District of Arizona | No. 2:17-cv-03900-DGC |
| Moreno | Guadalupe | USDC District of Arizona | No. 2:16-cv-04315-DGC |
| Moses | Margaret | USDC District of Arizona | No. 2:17-cv-00161-DGC |
| Smothermon | Linda | USDC District of Arizona | No. 2:18-cv-01451-DGC |
| Jones | Dorothy | USDC District of Arizona | No. 2:18-cv-00196-DGC |
| Boyd | Dawn | USDC District of Arizona | No. 2:18-cv-02319-DGC |
| Rodriguez | Michael | USDC District of Arizona | No. 2:17-cv-02305-DGC |
| Williams | Wendi | USDC District of Arizona | No. 2:18-cv-01713-DGC |
| Jones | Paula | USDC District of Arizona | No. 2:17-cv-03881-DGC |
| Gutierrez | Daniel | USDC District of Arizona | No. 2:17-cv-04726-DGC |
| Sherman | Nitasha | USDC District of Arizona | No. 2:18-cv-00585-DGC |
| Carrington | Jerry | USDC District of Arizona | No. 2:18-cv-02040-DGC |
| Lewis | Donald | USDC District of Arizona | No. 2:17-cv-00813-DGC |
| Taylor | Shannon | USDC District of Arizona | No. 2:17-cv-00821-DGC |
| Mendoza | Sandy | USDC District of Arizona | No. 2:18-cv-01191-DGC |
| Miller | Charmaine | USDC District of Arizona | No. 2:18-cv-02952-DGC |
| Thacker | Bonnie | USDC District of Arizona | No. 2:17-cv-03903-DGC |