David A. Wenner, Esq. (AZ #009886)
**SNYDER AND WENNER, P.C.**
8800 N. Gainey Center Drive, Ste 265
Scottsdale, Arizona 85258
Telephone (602) 224-0005
Facsimile (602) 381-8997
Email: jen@snyderwenner.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Relates to Plaintiff: Rick Shaw<br><br>Case No.: 2:18-cv-01593-DGC | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF CHANGE OF LAW FIRM ADDRESS** |

PLEASE TAKE NOTICE that plaintiff's counsel undersigned has changed his address to:

**Snyder & Wenner, P.C.**
**8800 North Gainey Center Drive, Suite 265**
**Scottsdale, Arizona 85258**

The telephone number, facsimile number and email addresses will remain the same.

Counsel undersigned requests that all further orders, pleadings, correspondence and communications be directed to him in accordance with this revised information.

RESPECTFULLY SUBMITTED,

**SNYDER AND WENNER, P.C.**

By /s/ David A. Wenner
_____
David A. Wenner, Esq.
8800 N Gainey Center Drive, Ste 265
Scottsdale, AZ 85258
*Attorneys for Plaintiff*

1

I hereby certify that on this 29th day of July, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David A. Wenner
_____
David A. Wenner