1  Ramon Rossi Lopez (admitted *pro hac vice*)
   (CA Bar No. 86361)
2  LOPEZ McHUGH LLP
   100 Bayview Circle, Suite 5600
3  Newport Beach, CA 92660
   rlopez@lopezmchugh.com
4
   Mark S. O'Connor (011029)
5  BEUS GILBERT MCGRODER PLLC
   701 N 44th Street
6  Phoenix, AZ 85008
   Telephone: 480.429-3019
7  moconnor@beusgilbert.com

8  James R. Condo (#005867)
   Kristine L. Gallardo (033975)
9  SNELL & WILMER L.L.P.
   One Arizona Center
10 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202
11 Telephone:  602.382.6000
   Facsimile:  602.382.6070
12 jcondo@swlaw.com
   kgallardo@swlaw.com
13
14 Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
15 Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
16 NELSON MULLINS RILEY &
      SCARBOROUGH LLP
17 201 17th Street, NW / Suite 1700
   Atlanta, GA  30363
18 Telephone: 404.322.6000
   Facsimile: 404.322.6050
19 richard.north@nelsonmullins.com
   matthew.lerner@nelsonmullins.com
20
   *Attorneys for Defendants C. R. Bard, Inc. and
21 Bard Peripheral Vascular, Inc*

22                      UNITED STATES DISTRICT COURT

23                            DISTRICT OF ARIZONA

24 | IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC |
|---|---|
| | **THE PARTIES' JOINT REPORT IN RESPONSE TO THE COURT'S JULY 16, 2020 ORDER** |

In an order dated July 17, 2020 (Doc. 21540), the Court directed the parties to submit a joint report identifying the Track 2 cases that are subject to settlement and the date by which settlements must be completed under those agreements. The order also directed the parties to identify those Track 2 cases ready for remand or transfer. The Plaintiffs' Co-Lead Counsel and counsel for the defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard"), are submitting this report in response to the Court's instructions.

Attached as Exhibit "A" is a list of Track 2 cases that are subject to settlement agreements, and the dates by which those settlements must be completed.

Attached as Exhibit "B" is a list of the remaining cases that are now ripe for transfer. The lists include all of the information about those cases set forth in the July 1, order. All of these actions were directly filed in this MDL, and hence, none of the cases need to be remanded to the Judicial Panel on Multidistrict Litigation ("JPML").

The Defendants wish to note that there are remaining issues regarding the first nine (9) cases on the list. The following cases are duplicate filings by plaintiffs who have already settled and dismissed their other cases:

**Sonya Legg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-01507-PHX-DGC

**Robert Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-01002-PHX-DGC

**Glenda L. Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-03474-PHX-DGC

**Michael VanHolt v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc**., USDC, District of Arizona, Phoenix Division, CV-19-03925-PHX-DGC

**Robert W. Dostie v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-17-01406-PHX-DGC

**Bernardette McBride v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-02819-PHX-DGC

**Judith Clouser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-01199-PHX-DGC

**David Hildebrandt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-03690-PHX-DGC

In the following cases, the Plaintiffs have not submitted a Plaintiff's Profile Form:

**Ricky Schrader v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-02132-PHX-DGC

**Daniel Person v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**, United States District Court, District of Arizona, Phoenix Division, CV-19-03189-PHX-DGC

**Elizabeth Mello v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-00104-PHX-DGC

In the following case, the Plaintiff has neither served the complaint on the Defendants or submitted a Profile Form:

**Leona Nigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-04059-PHX-DGC

In the following case, the Plaintiff has never served the complaint on the Defendants:

**Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc**., United States District Court, District of Arizona, Phoenix Division, CV-19-02716-PHX-DGC

In the following case, the plaintiff is a citizen of Arizona and Bard Peripheral Vascular, Inc. (an Arizona corporation) is a named defendant, such that diversity jurisdiction does not exist.

**LaToya D. Pierce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**, United States District Court, District of Arizona, Phoenix Division, CV-17-01728-PHX-DGC

The parties also note that the Easton case on Exhibit "B" is designated to remain in the District of Arizona. However, diversity of citizenship exists in that case, as the Plaintiff is a citizen of Idaho who had a filter implanted in Arizona.

The parties are separately filing the joint proposed report for the districts receiving transfers, and the stipulated designation of record to be sent with transferred cases. The parties will also provide the Clerk of Court with a ZIP file containing the documents identified in the designation of record, and Word-formatted versions of the documents requested by the Court.

DATED this 6th day of August, 2020.

/s/ Ramon Rossi Lopez

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com


Mark S. O'Connor (011029)
BEUS GILBERT MCGRODER PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

**Attorneys for Plaintiffs**


/s/ Richard B. North, Jr.

Richard B. North, Jr.
Matthew B. Lerner
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363

James R. Condo
Kristine L. Gallardo
SNELL & WILMER LLP
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202

**Attorneys for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.**