# EXHIBIT B
# CASES WHICH ARE RIPE FOR TRANSFER

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Legg, Sonya L | CV-19-01507-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Sonya Legg v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01507-PHX-DGC | USDC IN, Northern District |
| Brown, Robert E | CV-19-01002-PHX-DGC | 2/13/2019 | Fenstersheib Law Group, PA | Robert Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01002-PHX-DGC | USDC AL, Middle District |
| Smith, Glenda Ledford (GA) | CV-19-03474-PHX-DGC | 5/24/2019 | Dalimonte Rueb Stoller, LLP - Phoenix, AZ | Glenda L. Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03474-PHX-DGC | USDC GA, Northern District |
| VanHolt, Michael I | CV-19-03925-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Michael VanHolt v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03925-PHX-DGC | USDC WI, Eastern District |
| Dostie, Jr, Robert William | CV-17-01406-PHX-DGC | 5/6/2017 | Nations Law Firm | Robert W. Dostie v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01406-PHX-DGC | USDC NH |
| McBride, Bernardette Sherman | CV-19-02819-PHX-DGC | 5/3/2019 | Napoli Shkolnik, PLLC - Melville | Bernardette McBride v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02819-PHX-DGC | USDC AZ |
| Clouser, Judith E | CV-19-01199-PHX-DGC | 2/21/2019 | Potts Law Firm, LLP | Judith Clouser v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01199-PHX-DGC | USDC MI, Western District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Hildebrandt, David K | CV-19-03690-PHX-DGC | 5/29/2019 | Potts Law Firm, LLP | David Hildebrandt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03690-PHX-DGC | USDC MN |
| Schrader, Ricky | CV-19-02132-PHX-DGC | 4/1/2019 | McGlynn, Glisson & Mouton | Ricky Schrader v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02132-PHX-DGC | USDC FL, Middle District |
| Person, Daniel | CV-19-03189-PHX-DGC | 5/16/2019 | Wilshire Law Firm | Daniel Person v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03189-PHX-DGC | USDC IN, Northern District |
| Mello, Elizabeth | CV-19-00104-PHX-DGC | 1/8/2019 | McSweeney Langevin, LLC | Elizabeth Mello v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00104-PHX-DGC | USDC TX, Western District |
| Nigh, Leona | CV-19-04059-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Leona Nigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04059-PHX-DGC | USDC MI, Western District |
| Tapper, Louise (Deceased) | CV-19-02716-PHX-DGC | 4/29/2019 | Bruera Law Firm, PLLC | Margie Cornelius, as Personal Representative of the Estate of Louise Tapper v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02716-PHX-DGC | USDC FL, Middle District |
| Pierce, LaToya D | CV-17-01728-PHX-DGC | 6/5/2017 | OConnor, Acciani & Levy LPA | LaToya D. Pierce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01728-PHX-DGC | NO JURIS- previously reported a settling |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Ball, David L | CV-17-01681-PHX-DGC | 5/31/2017 | OConnor, Acciani & Levy LPA | David L. Ball and Ida Ball v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01681-PHX-DGC | USDC AL, Northern District |
| Scott, Rickey | CV-19-04063-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Rickey Scott v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04063-PHX-DGC | USDC AL, Southern District |
| Norton, Nicholas Blake | CV-17-01900-PHX-DGC | 6/19/2017 | OConnor, Acciani & Levy LPA | Nicholas Blake Norton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01900-PHX-DGC | USDC AL, Southern District |
| Rundel, Rita | CV-19-04235-PHX-DGC | 5/31/2019 | Gallagher & Kennedy, PA - Phoenix, AZ | Rita Rundel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04235-PHX-DGC | USDC AR, Eastern District |
| Wolford, Scottie C | CV-19-01250-PHX-DGC | 2/22/2019 | Napoli Shkolnik, PLLC - Melville | Scottie C. Wolford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01250-PHX-DGC | USDC AR, Western District |
| Howard, Shirley Ann | CV-17-01734-PHX-DGC | 6/5/2017 | OConnor, Acciani & Levy LPA | Shirley Ann Howard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01734-PHX-DGC | USDC AR, Western District |
| Easton, Lonnie | CV-19-04274-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Lonnie Easton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04274-PHX-DGC | USDC AZ |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Bergquist, Chleora Kay | CV-19-03942-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Chleora Kay Bergquist v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03942-PHX-DGC | USDC CA, Northern District |
| Deeds, Alvis Edwards | CV-19-04272-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Alvis Edwards Deeds v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04272-PHX-DGC | USDC CO |
| Wilkins, LisaMonique | CV-19-03932-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | LisaMonique Wilkins v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, Wilkins CV-19-03932-PHX-DGC | USDC DC |
| Subryan, Nicole A | CV-17-01729-PHX-DGC | 6/5/2017 | OConnor, Acciani & Levy LPA | Nicole A. Subryan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01729-PHX-DGC | USDC DC |
| Skinner, Debra Ann | CV-17-02409-PHX-DGC | 7/19/2017 | OConnor, Acciani & Levy LPA | Debra Ann Skinner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02409-PHX-DGC | USDC DC |
| Olio, Sandra L | CV-19-03739-PHX-DGC | 5/29/2019 | Driggs Bills & Day, PC - Salt Lake City | Sandra Olio v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03739-PHX-DGC | USDC FL, Middle District |
| Christiansen, Sloan A (Deceased) | CV-19-03951-PHX-DGC | 5/30/2019 | Driggs Bills & Day, PC - Salt Lake City | Deborah StJohn, Personal Representative for Sloan Christiansen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03951-PHX-DGC | USDC FL, Middle District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Black-Goodrow, Sherry Lynn | CV-18-00406-PHX-DGC | 2/5/2018 | Fears Nachawati Law Firm | Sherry Lynn Black-Goodrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00406-PHX-DGC | USDC FL, Middle District |
| Felder, Robert Lee | CV-19-03728-PHX-DGC | 5/29/2019 | Kreindler & Kreindler LLP - Boston, MA | Robert Felder and Laura Felder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03728-PHX-DGC | USDC FL, Middle District |
| Young, Tammy Lynn (FL) | CV-19-03989-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Tammy L. Young v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03989-PHX-DGC | USDC FL, Middle District |
| Grey, Ross A | CV-17-04030-PHX-DGC | 11/1/2017 | Napoli Shkolnik & Associates, PLLC - NY | Ross A. Grey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04030-PHX-DGC | USDC FL, Middle District |
| Holbrook, Kenneth Ivan | CV-19-01234-PHX-DGC | 2/22/2019 | Napoli Shkolnik, PLLC - Melville | Kenneth I. Holbrook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01234-PHX-DGC | USDC FL, Middle District |
| Dennard, Iarzella Marthe | CV-19-01539-PHX-DGC | 3/6/2019 | Napoli Shkolnik, PLLC - Melville | Iarzella Dennard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01539-PHX-DGC | USDC FL, Middle District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Jordan, IV, James Wesley | CV-19-04110-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Melissa Jeanne Kacou Permanent Legal Guardian on behalf of James Wesley Jordan, IV, v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04110-PHX-DGC | USDC FL, Southern District |
| Lucarelli, Jr, Edmund | CV-18-03675-PHX-DGC | 11/1/2018 | McGlynn, Glisson & Mouton | Edmund Lucarelli, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03675-PHX-DGC | USDC FL, Southern District |
| Peterson, Prudence | CV-18-02090-PHX-DGC | 7/3/2018 | McGlynn, Glisson & Mouton | Prudence Peterson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02090-PHX-DGC | USDC FL, Southern District |
| Mounsey, Theresa Melvin | CV-17-02415-PHX-DGC | 7/19/2017 | OConnor, Acciani & Levy LPA | Theresa Melvin Mounsey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02415-PHX-DGC | USDC FL, Southern District |
| Burgos, Carmen Delia | CV-19-02898-PHX-DGC | 5/7/2019 | Reich & Binstock LLP | Carmen Burgos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02898-PHX-DGC | USDC FL, Southern District |
| Rogers, Steven | CV-17-04083-PHX-DGC | 11/6/2017 | Napoli Shkolnik & Associates, PLLC - NY | Steven Rogers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04083-PHX-DGC | USDC GA, Northern District |
| Jackson, Anthony | CV-19-01467-PHX-DGC | 3/4/2019 | Napoli Shkolnik, PLLC - Melville | Anthony Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01467-PHX-DGC | USDC GA, Northern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Dills, Mark Daniel | CV-19-01512-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Mark Dills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01512-PHX-DGC | USDC GA, Northern District |
| Kent, Lauren | CV-19-04076-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Lauren Kent v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04076-PHX-DGC | USDC GA, Southern District |
| Harmon, Nancy | CV-19-00721-PHX-DGC | 2/4/2019 | McGlynn, Glisson & Mouton | Nancy Harmon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00721-PHX-DGC | USDC GA, Southern District |
| Jenkins, Linda (IA) | CV-18-03935-PHX-DGC | 11/7/2018 | McGlynn, Glisson & Mouton | Linda Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03935-PHX-DGC | USDC IA, Northern District |
| McKittrick, Troy | CV-19-03231-PHX-DGC | 5/17/2019 | Seideman Law Firm, PC | Troy McKittrick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03231-PHX-DGC | USDC IL, Central District |
| Jandula, Karen | CV-19-02305-PHX-DGC | 4/10/2019 | McGlynn, Glisson & Mouton | Karen Jandula v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02305-PHX-DGC | USDC IL, Northern District |
| West, Richard Jason (Deceased) | CV-19-03303-PHX-DGC | 5/21/2019 | Princenthal & May, LLC | Richard West v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03303-PHX-DGC | USDC IL, Northern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Watson, Delores | CV-17-03990-PHX-DGC | 10/30/2017 | Napoli Shkolnik & Associates, PLLC - NY | Delores Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03990-PHX-DGC | USDC IN, Southern District |
| Fisher, Adam Kyle | CV-17-02805-PHX-DGC | 8/21/2017 | OConnor, Acciani & Levy LPA | Adam Fisher and Tracey Fisher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02805-PHX-DGC | USDC IN, Southern District |
| Hansford, Michelle (Deceased) | CV-19-01526-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Joanie Hansford, as Administrator of the Estate of Michele Hansford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01526-PHX-DGC | USDC KS |
| Bailey, Kristi G | CV-17-04029-PHX-DGC | 11/1/2017 | Napoli Shkolnik & Associates, PLLC - NY | Kristi G. Bailey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04029-PHX-DGC | USDC KY, Eastern District |
| Steinhoff, Phyllis Rae | CV-19-03965-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Phyllis Steinhoff v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03965-PHX-DGC | USDC KY, Western District |
| Carter, Reba | CV-19-01457-PHX-DGC | 3/4/2019 | Napoli Shkolnik, PLLC - Melville | Reba Carter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01457-PHX-DGC | USDC KY, Western District |
| Palmer, Michael J | CV-19-04227-PHX-DGC | 5/31/2019 | Gallagher & Kennedy, PA - Phoenix, AZ | Michael J. Palmer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04227-PHX-DGC | USDC LA, Eastern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Melancon, Sr, Wayne Francis | CV-17-01733-PHX-DGC | 6/5/2017 | OConnor, Acciani & Levy LPA | Wayne Francis Melancon, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01733-PHX-DGC | USDC LA, Eastern District |
| Houle, Marc J | CV-17-01705-PHX-DGC | 6/2/2017 | OConnor, Acciani & Levy LPA | Marc Houle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01705-PHX-DGC | USDC MA |
| Carpenter, Kandy | CV-19-01525-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Kandy Carpenter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01525-PHX-DGC | USDC MI, Eastern District |
| Orest, Thomas | CV-17-04095-PHX-DGC | 11/7/2017 | Napoli Shkolnik & Associates, PLLC - NY | Thomas Orest and Margaret Louis Orest v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04095-PHX-DGC | USDC MN |
| Gardner, Naomi | CV-19-04294-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Naomi Gardner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04294-PHX-DGC | USDC MO, Eastern District |
| Hendrickson, Penni | CV-19-04073-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Penni Hendrickson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04073-PHX-DGC | USDC MO, Western District |
| Spencer, Kathy Lucille | CV-19-03944-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Kathy Spencer v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03944-PHX-DGC | USDC MO, Western District |

9

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Johnson, Lisa (MO) | CV-19-02001-PHX-DGC | 3/26/2019 | McGlynn, Glisson & Mouton | Lisa Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02001-PHX-DGC | USDC MO, Western District |
| Mobley, Sarah Rosalie | CV-17-02239-PHX-DGC | 7/11/2017 | OConnor, Acciani & Levy LPA | Sarah Rosalie Mobley and Kenneth Mobley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02239-PHX-DGC | USDC MO, Western District |
| Risner, Sandra | CV-19-02136-PHX-DGC | 4/1/2019 | McGlynn, Glisson & Mouton | Sandra Risner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02136-PHX-DGC | USDC MS, Northern District |
| Maresh, Shari Alaine | CV-19-01632-PHX-DGC | 3/10/2019 | Martin Baughman, PLLC | Shari Alaine Maresh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01632-PHX-DGC | USDC NC, Eastern District |
| Allsbury, Kristine Louise | CV-19-03781-PHX-DGC | 5/29/2019 | Martin Baughman, PLLC | Kristine Allsbury v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03781-PHX-DGC | USDC NC, Middle District |
| Gates, Jeremy | CV-19-01498-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Jeremy Gates v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01498-PHX-DGC | USDC NC, Western District |
| Garon, Nicolas R | CV-19-01238-PHX-DGC | 2/22/2019 | Napoli Shkolnik & Associates, PLLC - NY | Nicolas R. Garon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01238-PHX-DGC | USDC NH |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Bastian, Buntricia | CV-19-00369-PHX-DGC | 1/24/2019 | Martin Baughman, PLLC | Buntricia Bastian v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00369-PHX-DGC | USDC NV |
| Campobasso, Michael | CV-19-01575-PHX-DGC | 3/7/2019 | McGlynn, Glisson & Mouton | Michael Campobasso v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01575-PHX-DGC | USDC NV |
| Cuyler, Carolyn Sue | CV-17-01704-PHX-DGC | 6/2/2017 | OConnor, Acciani & Levy LPA | Carolyn S. Cuyler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01704-PHX-DGC | USDC NV |
| Carenza, Kevin | CV-19-03979-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Kevin Carenza v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03979-PHX-DGC | USDC NY, Eastern District |
| Solomon, Clyde | CV-19-01466-PHX-DGC | 3/4/2019 | Napoli Shkolnik, PLLC - Melville | Clyde Solomon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01466-PHX-DGC | USDC NY, Eastern District |
| Beasock, Christopher | CV-19-01465-PHX-DGC | 3/4/2019 | Napoli Shkolnik, PLLC - Melville | Christopher Beasock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01465-PHX-DGC | USDC NY, Eastern District |
| Dillard, Jr, Jimmy Reed | CV-19-04273-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Jimmy Dillard, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04273-PHX-DGC | USDC NY, Northern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Spencer, Marie | CV-19-04053-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Marie Spencer v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04053-PHX-DGC | USDC NY, Southern District |
| Roberts, Agnes | CV-17-00138-PHX-DGC | 1/17/2017 | Napoli Shkolnik & Associates, PLLC - NY | Agnes Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00138-PHX-DGC | USDC NY, Southern District |
| Cleveland, Gloria | CV-19-04179-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Gloria Cleveland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04179-PHX-DGC | USDC NY, Western District |
| Hamby, Deborah S | CV-19-01449-PHX-DGC | 3/4/2019 | Napoli Shkolnik, PLLC - Melville | Deborah S. Hamby v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01449-PHX-DGC | USDC NY, Western District |
| Roberts, Kimberly | CV-18-02828-PHX-DGC | 9/10/2018 | Napoli Shkolnik & Associates, PLLC - NY | Kimberly Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02828-PHX-DGC | USDC OH, Northern District |
| Butler, Sherrie Lynn | CV-17-01142-PHX-DGC | 4/18/2017 | OConnor, Acciani & Levy LPA | Sherrie L. Butler and Brenden Butler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01142-PHX-DGC | USDC OH, Northern District |
| Kohar, Jeramey | CV-19-01780-PHX-DGC | 3/18/2019 | McGlynn, Glisson & Mouton | Jeramey Kohar v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01780-PHX-DGC | USDC OH, Southern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Schaab, Edward | CV-19-02133-PHX-DGC | 4/1/2019 | McGlynn, Glisson & Mouton | Edward Schaab v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02133-PHX-DGC | USDC OH, Southern District |
| Williams, Keyon Phillip | CV-17-00606-PHX-DGC | 3/1/2017 | OConnor, Acciani & Levy LPA | Keyon Phillip Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00606-PHX-DGC | USDC OH, Southern District |
| Bryant, Keith L | CV-17-01703-PHX-DGC | 6/2/2017 | OConnor, Acciani & Levy LPA | Keith L. Bryant v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01703-PHX-DGC | USDC OH, Southern District |
| Johnson, Jessica Jean | CV-17-01706-PHX-DGC | 6/2/2017 | OConnor, Acciani & Levy LPA | Jessica J. Johnson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01706-PHX-DGC | USDC OH, Southern District |
| Silas, Adlen June | CV-17-01707-PHX-DGC | 6/2/2017 | OConnor, Acciani & Levy LPA | Adlen J. Silas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01707-PHX-DGC | USDC OH, Southern District |
| Savage, Tina M | CV-17-01731-PHX-DGC | 6/5/2017 | OConnor, Acciani & Levy LPA | Tina M. Savage and Michael Savage v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01731-PHX-DGC | USDC OH, Southern District |
| Evans, III, William Dennie | CV-17-01816-PHX-DGC | 6/13/2017 | OConnor, Acciani & Levy LPA | William D. Evans, III and April M. Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01816-PHX-DGC | USDC OH, Southern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Wilburn, Lillie Elizabeth | CV-17-02555-PHX-DGC | 8/1/2017 | OConnor, Acciani & Levy LPA | Lillie Elizabeth Wilburn and Marshall Wilburn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02555-PHX-DGC | USDC OH, Southern District |
| Headley, Rudy | CV-19-01497-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Rudy Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01497-PHX-DGC | USDC OK, Western District |
| Murphy, William | CV-19-04233-PHX-DGC | 5/31/2019 | Gallagher & Kennedy, PA - Phoenix, AZ | William Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04233-PHX-DGC | USDC PA, Eastern District |
| Dohan, Douglas J. | CV-19-04069-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Douglas J. Dohan v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04069-PHX-DGC | USDC PA, Eastern District |
| Ubel, Justin | CV-19-02073-PHX-DGC | 3/28/2019 | McGlynn, Glisson & Mouton | Justin Ubel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02073-PHX-DGC | USDC PA, Eastern District |
| Evans, Rachel | CV-19-04225-PHX-DGC | 5/31/2019 | Gallagher & Kennedy, PA - Phoenix, AZ | Rachel Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04225-PHX-DGC | USDC PA, Middle District |
| Hufnagle, Clinton Elliott | CV-19-03244-PHX-DGC | 5/17/2019 | Seideman Law Firm, PC | Clinton Hufnagle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03244-PHX-DGC | USDC PA, Middle District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| McFarland, Jeanette | CV-19-01511-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Jeanette McFarland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01511-PHX-DGC | USDC PA, Western District |
| Roberts, James O | CV-19-03625-PHX-DGC | 5/28/2019 | McGowan, Hood, & Felder, LLC - Rock Hill, SC | James O. Roberts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03625-PHX-DGC | USDC SC |
| Finch, Charles Ronald | CV-19-01533-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | Charles Finch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01533-PHX-DGC | USDC SC |
| Cunningham, Bruce R | CV-19-01236-PHX-DGC | 2/22/2019 | Napoli Shkolnik, PLLC - Melville | Bruce R. Cunningham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01236-PHX-DGC | USDC TX, Eastern District |
| Williams, Franky | CV-19-04070-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Franky Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04070-PHX-DGC | USDC TX, Northern District |
| Rieken, Bryon Kelly | CV-19-04061-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Bryon Rieken v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04061-PHX-DGC | USDC TX, Northern District |
| Hall, Dale Anthony | CV-19-04058-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Dale Anthony Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04058-PHX-DGC | USDC TX, Northern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Santana, Alejandro G | CV-18-02264-PHX-DGC | 7/18/2018 | Fears Nachawati Law Firm | Alejandro G. Santana and Maria Santana v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02264-PHX-DGC | USDC TX, Southern District |
| Shutter, James | CV-19-03345-PHX-DGC | 5/21/2019 | Gallagher & Kennedy, PA - Phoenix, AZ | James Shutter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03345-PHX-DGC | USDC TX, Southern District |
| Sepeda, Melissa Jane | CV-18-01585-PHX-DGC | 5/24/2018 | McGlynn, Glisson & Mouton | Melissa Sepeda v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01585-PHX-DGC | USDC TX, Southern District |
| Smith, Edward Lee (TX) | CV-19-01630-PHX-DGC | 3/10/2019 | Martin Baughman, PLLC | Edward Lee Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01630-PHX-DGC | USDC TX, Western District |
| Wand, Charles Henry | CV-19-02098-PHX-DGC | 3/29/2019 | Martin Baughman, PLLC | Charles Wand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02098-PHX-DGC | USDC TX, Western District |
| Allsopp, Robert John | CV-19-04049-PHX-DGC | 5/30/2019 | Martin Baughman, PLLC | Robert John Allsopp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04049-PHX-DGC | USDC TX, Western District |
| Clarke, Peggy Sue | CV-19-03727-PHX-DGC | 5/29/2019 | Kreindler & Kreindler LLP - Boston, MA | Peggy Clarke v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03727-PHX-DGC | USDC VA, Eastern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Breeden, David S | CV-19-01535-PHX-DGC | 3/5/2019 | Napoli Shkolnik, PLLC - Melville | David Breeden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01535-PHX-DGC | USDC VA, Eastern District |
| Quarmon, Benjamin Kwame | CV-17-00335-PHX-DGC | 2/2/2017 | OConnor, Acciani & Levy LPA | Benjamin Quarmon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00335-PHX-DGC | USDC VA, Eastern District |
| Dalton, Johnie W | CV-19-04268-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Johnie Dalton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04268-PHX-DGC | USDC VA, Western District |
| Rose, Norman E | CV-19-04083-PHX-DGC | 5/31/2019 | Kelley/Uustal, PLC | Norman Rose v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division,CV-19-04083-PHX-DGC | USDC WA, Western District |
| Kuester, Kelly | CV-19-02904-PHX-DGC | 5/7/2019 | Reich & Binstock LLP | Kelly Kuester v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02904-PHX-DGC | USDC WI, Eastern District |
| Snyder, Jody Marie | CV-17-03272-PHX-DGC | 9/21/2017 | OConnor, Acciani & Levy LPA | Jody Marie Snyder and William John Snyder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03272-PHX-DGC | USDC WI, Western District |
| Adkins, Chasity | CV-19-04261-PHX-DGC | 5/31/2019 | Martin Baughman, PLLC | Chasity Adkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04261-PHX-DGC | USDC WV, Southern District |

| Plaintiff | Current Civil Action | Date Filed | PL Firm | Caption | Transferor Venue |
|---|---|---|---|---|---|
| Rhodes, Angela | CV-19-02135-PHX-DGC | 4/1/2019 | McGlynn, Glisson & Mouton | Angela Rhodes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02135-PHX-DGC | USDC WV, Southern District |