Mark S. O'Connor (011029)
BEUS GILBERT MCGRODER PLLC
701 North 44th St.
Phoenix, AZ 85008
Telephone: (480) 429-3000
moconnor@beusgilbert.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**THE PARTIES' NOTICE OF FILING SUBMISSION REGARDING TRANSFER OF CERTAIN CASES**<br><br>(Assigned to the Honorable David G. Campbell) |

1  Pursuant to Case Management Order No. 47 (Doc. 21540 at 4), the Plaintiffs and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby submit the attached report for the Court's consideration regarding certain of the MDL cases in Track 2 that are ready for transfer.

The following materials are attached:

Exhibit "A" – A list of pertinent orders to be attached to the report provided to the transferor courts, referenced as "Exhibit 1" in the joint proposed report, and to be attached to the stipulated designation of record to be sent with transferred cases, referenced as "Exhibit A" in the stipulated designation of record;

Exhibit "B" – A list of exhibits admitted at the bellwether trials (excluding case-specific medical records) and documents deemed no longer subject to the Protective Order, referenced as "Exhibit 2" in the joint proposed report;

Exhibit "C" – A joint proposed report of the MDL by the parties; and

Exhibit "D" – A stipulated designation of record to be sent with transferred cases.

The parties stand ready to address any questions the Court may have.

RESPECTFULLY SUBMITTED this 6th day of August, 2020.

| BEUS GILBERT MCGRODER PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: /s/ *Mark O'Connor* (with permission)<br>Mark S. O'Connor (011029)<br>701 North 44th St.<br>Phoenix, AZ 85008<br><br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By: /s/ *Richard B. North, Jr.*<br>Richard B. North, Jr. (*pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (*pro hac vice*)<br>Georgia Bar No. 446986<br>Atlantic Station<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004-2204<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |