# Exhibit A

# EXHIBIT 1

## MDL Orders

| CASE MANAGEMENT ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 10/30/2015 | 248 | Case Management Order No. 1 re Leadership Counsel Appointments |
| 11/16/2016 | 4016 | Amended Case Management Order No. 1 re Leadership Counsel Appointments |
| 03/21/2017 | 5285 | Second Amended Case Management Order No. 1 re Plaintiff Leadership Team |
| 02/04/2019 | 15098 | Third Amended Case Management Order No. 1 re Plaintiff Leadership Team |
| 10/30/2015 | 249 | Case Management Order No. 2 re Setting Deadlines, First Phase of Discovery |
| 12/01/2015 | 314 | Case Management Order No. 3 re Non-waiver Order Pursuant to Rule 502(d) |
| 12/17/2015 | 363 | Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 3/17/2016 | 1108 | Amended Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 4/20/2016 | 1485 | Second Amended Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 12/17/2015 | 365 | Case Management Order No. 5 re Plaintiff and Defendant Profile Forms |
| 03/03/2016 | 927 | Amended Case Management Order No. 5 re Plaintiff and Defendant Profile Forms |
| 12/18/2015 | 372 | Case Management Order No. 6 re Rules to Establishing Common Benefit Fee |
| 01/05/2016 | 401 | Case Management Order No. 7 re Stipulations Concerning Redactions |
| 02/02/2016 | 519 | Case Management Order No. 8 re Second Phase of Discovery |
| 03/31/2016 | 1259 | Case Management Order No. 9 re Electronically Stored Information and production protocol |

| **CASE MANAGEMENT ORDERS** |
| **Date Filed** | **Docket No** | **Docket Text** |
| --- | --- | --- |
| 04/01/2016 | 1319 | Case Management Order No. 10 re Second Phase Discovery, Bellwether, ESI, FDA, Deposition, and Privilege Log |
| 05/05/2016 | 1662 | Case Management Order No. 11 re Bellwether Selection Process |
| 05/05/2016 | 1663 | Case Management Order No. 12 re Joint Record Collection |
| 06/21/2016 | 2238 | Case Management Order No. 13 re ESI, FDA Warning Letter and Designations |
| 06/21/2016 | 2239 | Case Management Order No. 14 re Deposition Protocols |
| 08/25/2016 | 3214 | Case Management Order No. 15 re Lexecon Waivers, ESI Discovery, Multi-plaintiff Actions, and Deceased Plaintiffs |
| 08/25/2016 | 3215 | Case Management Order No. 16 re Deadlines Related to Barraza |
| 12/02/2016 | 4141 | Amended Case Management Order No. 16 re Deadlines Related to Barraza |
| 09/14/2016 | 3372 | Case Management Order No. 17 re Protective Order and Expedited ESI Production |
| 11/16/2016 | 4015 | Amended Case Management Order No. 17 re Protective Order and Redactions of Material from Expedited ESI Production |
| 10/17/2016 | 3685 | Case Management Order No. 18 re Adjusted Discovery Schedule |
| 12/13/2016 | 4311 | Case Management Order No. 19 re ESI and Bellwether Selection |
| 12/22/2016 | 4335 | Case Management Order No. 20 re Discovery Deadlines for Discovery Group 1 and Bellwether Group 1 |
| 02/06/2017 | 4866 | Case Management Order No. 21 re Discovery Protocols for Discovery Group 1 |
| 02/17/2017 | 5007 | Case Management Order No. 22 re Setting Deadlines |
| 05/05/2017 | 5770 | Case Management Order No. 23 re Expert Deposition Deadlines, Bellwether Case Selection, Preemption Motion for Summary Judgment, and Mature Cases |
| 05/19/2017 | 5881 | Case Management Order No. 23 re Discovery Protocols for Bellwether Group 1 |
| 05/19/2017 | 5883 | Amended Case Management Order No. 24 re Discovery Protocols for Bellwether Group 1 |
| 06/06/2017 | 6227 | Case Management Order No. 25 re Bellwether Group 1 Amended Discovery Schedule |

| **CASE MANAGEMENT ORDERS** |
| --- | --- | --- |
| **Date Filed** | **Docket No** | **Docket Text** |
| 07/17/2017 | 6799 | Case Management Order No. 26 re Depositions of Dr. Henry and Dr. Altonaga, Communications among Plaintiffs' Experts, and Bellwether Trial Issues |
| 10/10/2017 | 8113 | Case Management Order No. 27 re Privilege Issues, Bellwether Trial Schedule, Plaintiffs' Motion for Partial Summary Judgment, and Recusal Unnecessary |
| 11/21/2017 | 8871 | Case Management Order No. 28 re Booker Bellwether Trial Schedule, and Mature Cases |
| 12/21/2017 | 9415 | Case Management Order No. 29 re Booker Bellwether Trial Schedule, Motion to Certify Appeal, and *Cisson* Motion Briefing |
| 01/23/2018 | 9775 | Case Management Order No. 30 re Motions Hearings, Motions in Limine, and Punitive Damages in Booker |
| 03/02/2018 | 10323 | Case Management Order No. 31 re Booker Trial |
| 05/07/2018 | 11011 | Case Management Order No. 32 re Jones Trial |
| 06/01/2018 | 11320 | Case Management Order No. 33 re Mulkey as Next Bellwether Selection, and Mulkey Trial Schedule |
| 06/28/2018 | 11659 | Case Management Order No. 34 re Next 3 Bellwether Trials, Kruse Trial Schedule, Use of Dr. Kandarpa at Trial, Sixth Bellwether Tinlin, Disposition of SNF Cases, and Remand of Mature Cases |
| 07/13/2018 | 11871 | Case Management Order No. 35 re September, November and May Bellwether Trials, and Hyde September Bellwether Trial Schedule |
| 08/02/2018 | 12061 | Case Management Order No. 36 re Tinlin Bellwether Pre-trial Schedule |
| 10/04/2018 | 12830 | Case Management Order No. 37 re Hyde Trial |
| 10/05/2018 | 12853 | Case Management Order No. 38 re Future Bellwether Trials, February and May Bellwether Trials, Motion to Seal Trial Exhibits, Settlement Talks and Remand, and SNF Cases |
| 10/16/2018 | 12971 | Case Management Order No. 39 re Tinlin Bellwether Case |
| 11/08/2018 | 13329 | Case Management Order No. 40 re Mulkey Bellwether Trial |
| 02/08/2019 | 15176 | Case Management Order No. 41 re Tinlin Trial, SNF Cases, Remand of Mature Cases, and Possible Settlement Procedures |

| CASE MANAGEMENT ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 03/21/2019 | 16343 | Case Management Order No. 42 re Tinlin Trial, SNF Cases, Duplicative Cases, Settlement Procedures and Remand or Transfer |
| 05/02/2019 | 17494 | Case Management Order No. 43 re Tinlin Trial, Common Benefit Fund Fee and Expense Accounts, Closing Date for New Cases and Remand or Transfer, and SNF Cases |
| 05/16/2019 | 17777 | Case Management Order No. 44 re Common Benefit Fund Accounts |
| 05/31/2019 | 18079 | Case Management Order No. 45 re MDL Closure |
| 08/20/2019 | 19899 | Suggestion of Remand and Transfer Order |
| 10/17/2019 | 20672 | Suggestion of Remand and Transfer Order (Second) |
| 03/20/2020 | 21472 | Second Amended Suggestion of Remand and Transfer Order (Third) |
| 07/16/2020 | 21540 | Case Management Order No. 47 re Track 2 cases and dismissals |

| DISCOVERY ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 10/30/2015 | 249 | Case Management Order No. 2 re Setting Deadlines, First Phase of Discovery |
| 02/02/2016 | 519 | Case Management Order No. 8 re Second Phase of Discovery |
| 03/31/2016 | 1259 | Case Management Order No. 9 re Electronically Stored Information and production protocol |
| 04/01/2016 | 1319 | Case Management Order No. 10 re Second Phase Discovery, Bellwether, ESI, FDA, Deposition, and Privilege Log |
| 05/05/2016 | 1663 | Case Management Order No. 12 re Joint Record Collection |
| 06/21/2016 | 2238 | Case Management Order No. 13 re ESI, FDA Warning Letter and Designations |
| 06/21/2016 | 2239 | Case Management Order No. 14 re Deposition Protocols |
| 08/25/2016 | 3214 | Case Management Order No. 15 re Lexecon Waivers, ESI Discovery, Multi-plaintiff Actions, and Deceased Plaintiffs |
| 08/29/2016 | 3272 | Order re Deposition of Jim Beasley |

| **DISCOVERY ORDERS** |
| --- | --- | --- |
| **Date Filed** | **Docket No** | **Docket Text** |
| 09/06/2016 | 3312 | Order re discovery disputes concerning Plaintiffs' communications with FDA |
| 09/06/2016 | 3313 | Order re Plaintiffs' communications with NBC or other media outlets and admissibility at trial |
| 09/06/2016 | 3314 | Order re Plaintiffs' third party funding arrangements |
| 09/14/2016 | 3372 | Case Management Order No. 17 re Protective Order and Expedited ESI Production |
| 11/16/2016 | 4015 | Amended Case Management Order No. 17 re Protective Order and Redactions of Material from Expedited ESI Production |
| 09/16/2016 | 3398 | Order re ESI generated by foreign entities that sell filters abroad |
| 10/17/2016 | 3685 | Case Management Order No. 18 re Adjusted Discovery Schedule |
| 12/13/2016 | 4311 | Case Management Order No. 19 re ESI and Bellwether Selection |
| 12/22/2016 | 4335 | Case Management Order No. 20 re Discovery Deadlines for Discovery Group 1 and Bellwether Group 1 |
| 12/24/2016 | 4339 | Order re proposed depositions of and interrogatories to Plaintiffs' counsel |
| 02/06/2017 | 4865 | Order re discovery dispute on ex parte communications with treating physicians and depositions of treating physicians and sales representatives |
| 02/06/2017 | 4866 | Case Management Order No. 21 re Discovery Protocols for Discovery Group 1 |
| 05/05/2017 | 5770 | Case Management Order No. 23 re Expert Deposition Deadlines, Bellwether Case Selection, Preemption Motion for Summary Judgment, and Mature Cases |
| 05/19/2017 | 5881 | Case Management Order No. 23 re Discovery Protocols for Bellwether Group 1 |
| 05/19/2017 | 5883 | Amended Case Management Order No. 24 re Discovery Protocols for Bellwether Group 1 |
| 06/06/2017 | 6227 | Case Management Order No. 25 re Bellwether Group 1 Amended Discovery Schedule |
| 07/17/2017 | 6799 | Case Management Order No. 26 re Depositions of Dr. Henry and Dr. Altonaga, Communications among Plaintiffs' Experts, and Bellwether Trial Issues |

5

| DISCOVERY AND PRIVILEGE ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 12/01/2015 | 314 | Case Management Order No. 3 re Non-waiver Order Pursuant to Rule 502(d) |
| 02/11/2016 | 699 | Order re Motion for Protective Order concerning Dr. John Lehmann's December 15, 2004, report as protected work product |
| 07/25/2016 | 2813 | Order re Plaintiffs' Motion to Compel (Privilege Log Issues) |
| 02/06/2017 | 4865 | Order re discovery dispute on ex parte communications with treating physicians and depositions of treating physicians and sales representatives |
| 07/17/2017 | 6799 | Case Management Order No. 26 re Depositions of Dr. Henry and Dr. Altonaga, Communications among Plaintiffs' Experts, and Bellwether Trial Issues |
| 10/10/2017 | 8113 | Case Management Order No. 27 re Privilege Issues, Bellwether Trial Schedule, Plaintiffs' Motion for Partial Summary Judgment, and Recusal Unnecessary |
| 10/20/2017 | 8315 | Order that Plaintiffs need not produce the withheld expert communications or provide a privilege log on these communications to Defendants. |

| DAUBERT ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 12/21/2017 | 9428 | Order re Motion to Disqualify Plaintiffs' Expert Thomas Kinney, M.D. |
| 12/21/2017 | 9432 | Order re Motion to Disqualify Plaintiffs' Experts Drs. Resnick, Vogelzang, and Desai |
| 12/22/2017 | 9433 | Order re Motion to Exclude Plaintiffs' Experts Drs. Parisian and Kessler |
| 12/22/2017 | 9434 | Order re Motion to Exclude Plaintiffs' Experts Drs. Kinney, Roberts, and Kalva |
| 01/22/2018 | 9770 | Order re Motion to Exclude Plaintiffs' Expert Dr. Eisenberg |
| 01/22/2018 | 9771 | Order re Motion to Exclude Plaintiffs' Expert Dr. Muehrcke |
| 01/22/2018 | 9772 | Order re Motion to Exclude Plaintiffs' Expert Dr. Hurst |

| DAUBERT ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 01/22/2018 | 9773 | Order re Motion to Exclude Plaintiffs' Expert Dr. Betensky |
| 02/06/2018 | 9991 | Order re Motion to Exclude Bard's Expert Dr. Grassi |
| 02/08/2018 | 10051 | Order re Motion to Exclude Plaintiffs' Expert Dr. McMeeking |
| 02/08/2018 | 10052 | Order re Motion to Exclude Plaintiffs' Expert Dr. Ritchie |
| 02/12/2018 | 10072 | Order re Motion to Exclude Plaintiffs' Experts Drs. Garcia and Streiff |
| 02/21/2018 | 10230 | Order re Motion to Exclude Bard's Experts Drs. Grassi and Morris |
| 02/21/2018 | 10231 | Order re Motion to Exclude Bard's Expert Dr. Morris |
| 04/16/2019 | 16992 | Order re Motion to Exclude Plaintiffs' Expert Dr. McMeeking |
| 04/23/2019 | 17285 | Order re Motion to Exclude Bard's Expert Dr. Morris |

| MOTIONS IN LIMINE ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 01/23/2018 | 9775 | Case Management Order No. 30 re Motions Hearings, Motions in Limine, and Punitive Damages in Booker |
| 01/26/2018 | 9861 | Joint Stipulation re prohibiting raising certain issues in the presence of the jury for Booker Bellwether case |
| 01/29/2018 | 9881 | Order re admissibility of (1) pre-market clearance of Bard IVC filters by FDA and (2) the lack of FDA Enforcement Action against Bard |
| 02/15/2018 | 10075 | Order re Motions in Limine re Photographs of Mike Randall, Dr. Kinney work for Bard, Benevolent Activities, Evidence Not Produced in Complaint Files, Prior Judicial Opinions, Adverse Impact of a Plaintiff's Verdict, Informed Consent Form, Dr. Kang Social Media Posts, Personal Traits of Employees and Witnesses for Booker Bellwether case |
| 02/22/2018 | 10235 | Order re Parties' Joint Stipulation re prohibiting raising certain issues in the presence of the jury for Booker Bellwether case |
| 03/01/2018 | 10258 | Order re Motions in Limine re Recovery® Filter Complications, Recovery® Filter Development, FDA Warning Letter, IVC Filter as Lifesaving Devices, IVC filters are Gold Standard, Nonparties |

| MOTIONS IN LIMINE ORDERS |||
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| | | at Fault, Statements from Associations and Other Groups, FDA Consent for Warnings or Recalls for Booker Bellwether case |
| 03/09/2018 | 10382 | Order re Plaintiff's use of the depositions of Drs. Moritz, Rogers, and Stein at trial |
| 03/19/2018 | 10489 | Order re Simon Nitinol Filter complication evidence |
| 04/18/2018 | 10819 | Order re reconsideration motions relating to Recovery® Filter Evidence and cephalad Migration Deaths for Jones Bellwether case |
| 04/27/2018 | 10920 | Order re Plaintiff's motion for reconsideration of Court Order excluding evidence of Recovery® Filter Cephalad Migration Deaths for Jones Bellwether case |
| 05/03/2018 | 10947 | Order re Motions in Limine re (1) Case Specific Medical Issues (2) Relatives receipt of IVC Filters, (3) Experts Retained In Other Litigation, (4) Attorney Advertising, (5) Other Lawsuits for Jones Bellwether case |
| 05/08/2018 | 11041 | Order re cephalad migration deaths for Jones Bellwether case |
| 05/15/2018 | 11082 | Order re reconsideration of Recovery migration deaths |
| 05/29/2018 | 11256 | Order re cephalad migration, Recovery filter and deaths and FDA evidence for Jones Bellwether case |
| 09/04/2018 | 12507 | Order re SIR Guidelines and IFU for Hyde Bellwether case |
| 09/07/2018 | 12533 | Order re cephalad migration deaths, SNF as reasonable alternative design, personal opinions of Dr. Muehrcke, informed consent, FDA evidence, Surgeon General's Call to Action, and falling accidents for Hyde Bellwether case |
| 04/23/2019 | 17285 | Order re medical care as an intervening cause of injury for Tinlin Bellwether case |
| 04/26/2019 | 17401 | Order re Ms. Tinlin's IVC Size, unrelated medical conditions, rates of filter complications, retrievable filter sales versus SNF sales, social security benefits, cephalad migration deaths, FDA warning letter, crisis communications plan, and patient at Dr. Muehrcke's hospital for Tinlin Bellwether case |

| DEPOSITION DESIGNATION ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 03/07/2018 | 10348 | Order re deposition designations for Booker Bellwether case |
| 03/12/2018 | 10403 | Order re deposition designations for Booker Bellwether case |
| 03/14/2018 | 10438 | Order re deposition designations for Booker Bellwether case |
| 03/19/2018 | 10486 | Order re deposition designations for Booker Bellwether case |
| 03/21/2018 | 10497 | Order re deposition designations for Booker Bellwether case |
| 03/26/2018 | 10524 | Order re deposition designations for Booker Bellwether case |
| 05/01/2018 | 10922 | Order re deposition designations for Jones Bellwether case |
| 05/10/2018 | 11064 | Order re deposition designations for Jones Bellwether case |
| 05/11/2018 | 11073 | Order re deposition designations for Jones Bellwether case |
| 05/14/2018 | 11080 | Order re deposition designations for Jones Bellwether case |
| 05/31/2018 | 11313 | Order re deposition designations for Jones Bellwether case |
| 08/27/2018 | 12357 | Order re deposition designations for Hyde Bellwether case |
| 09/04/2018 | 12508 | Order re deposition designations for Hyde Bellwether case |
| 09/12/2018 | 12590 | Order re deposition designations for Hyde Bellwether case |
| 09/13/2018 | 12595 | Order re deposition designations for Hyde Bellwether case |
| 09/17/2018 | 12598 | Order re deposition designations for Hyde Bellwether case |
| 04/26/2019 | 17386 | Order re deposition designations for Tinlin Bellwether case |
| 05/03/2019 | 17513 | Order re deposition designations for Tinlin Bellwether case |
| 05/07/2019 | 17582 | Order re deposition designations for Tinlin Bellwether case |

| MISCELLANEOUS ORDERS | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 11/10/2015 | 269 | Amended Stipulated Protective Order re Confidentiality |
| 11/22/2017 | 8872 | Order re Bard's Motion for Summary Judgment on Preemption Grounds |
| 11/22/2017 | 8874 | Order re Bard's Motion for Summary Judgment for Booker Bellwether case |

| \  | MISCELLANEOUS ORDERS | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 03/12/2018 | 10404 | Order re Bard's Motion for Summary Judgment for Jones Bellwether case |
| 03/30/2018 | 10587 | Order re final trial preparation and setting Final Pretrial Conference for Jones Bellwether case. |
| 06/01/2018 | 11321 | Order re final trial preparation and setting Final Pretrial Conference for Mulkey Bellwether case. |
| 06/28/2018 | 11659 | Order re final trial preparation and setting Final Pretrial Conference for Kruse Bellwether case. |
| 07/13/2018 | 11871 | Order re final trial preparation and setting Final Pretrial Conference for Hyde Bellwether case. |
| 07/26/2018 | 12007 | Order re Bard's Motion for Summary Judgment for Hyde Bellwether case |
| 08/02/2018 | 12061 | Order re final trial preparation for Tinlin Bellwether case. |
| 08/17/2018 | 12202 | Order re Bard's Motion for Summary Judgment for Kruse Bellwether case |
| 09/12/2018 | 12589 | Order re Preemption of Negligence Per Se for Hyde Bellwether case |
| 09/13/2018 | 12593 | Order re reconsideration of Order denying Wisconsin Government Rules Rebuttable Presumption of Non-Defect for Hyde Bellwether case |
| 10/05/2018 | 12853 | Order re amended schedule for final trial preparation and setting Final Pretrial Conference for Mulkey and Tinlin Bellwether cases. |
| 10/16/2018 | 12971 | Order re amended schedule for final trial preparation and setting Final Pretrial Conference for Tinlin Bellwether case. |
| 04/16/2019 | 17008 | Order re Bard's Motion for Summary Judgment for Tinlin Bellwether case |
| 05/31/2019 | 18038 | Order re Plaintiffs Steering Committee's Motion to Modify Case Management Order No. 6 to Increase the Common Benefit Assessments |

| **MASTER AND SHORT-FORM PLEADINGS** | | |
|---|---|---|
| **Date Filed** | **Docket No** | **Docket Text** |
| 10/30/2015 | 249 | Case Management Order No. 2 re Setting Deadlines, First Phase of Discovery |
| 12/17/2015 | 363 | Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 3/17/2016 | 1108 | Amended Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 4/20/2016 | 1485 | Second Amended Case Management Order No. 4 re Master Complaint, Responsive Pleadings, Short Form Complaint, Waiver, and Answer |
| 12/17/2015 | 364 | Master Complaint for Damages for Individual Claims |
| 11/30/2015 | 303-2 | Master Short Form Complaint for Damages for Individual Claims |
| 12/17/2015 | 366 | Defendants' Answer to Plaintiffs' Master Complaint |
| 12/17/2015 | 365 | Case Management Order No. 5 re Plaintiff and Defendant Profile Forms |
| 03/03/2016 | 927 | Amended Case Management Order No. 5 re Plaintiff and Defendant Profile Forms |
| 03/18/2016 | 1153-1 | Plaintiff Fact Sheet |
| 03/18/2016 | 1153-2 | Defendant Fact Sheet |