# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | No. MDL15-2641-PHX-DGC |
| THIS DOCUMENT RELATES TO: | |
| Rebecca Cooke, | No. CV-19-0629-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion to seal. Doc. 21546.

**IT IS ORDERED** that Plaintiff's motion to seal (Doc. 21546) is **granted**. The Clerk of Court is directed to file (Doc. 21547) under seal.

Dated this 20th day of August, 2020.

_____
David G. Campbell
Senior United States District Judge