**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTER ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates To: ) <br> JAMES W. MCLEOD, JR. ) <br> ) <br> ) <br> ) | MDL NO. 2641 <br><br> No. 2:18-cv-02386-DGC |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff James W. McLeod, Jr., by and through his undersigned counsel, and Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated ("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to the Plaintiff's voluntary dismissal of this action without prejudice. Each party will bear its own costs, expenses and attorney's fees.

Date: August 25, 2020

STIPULATED TO BY:

| | |
|---|---|
| */s/ Samuel Mason Wendt* <br> Samuel Mason Wendt (MO Bar No. 53573) <br> Wendt Law Firm P.C. <br> 4717 Grand Avenue, Suite 130 <br> Kansas City, MO 64112 <br> Tel.  (816) 531-4415 <br> Fax.  (816) 531-2507 <br> Email: sam@wendtlaw.com <br><br> *Attorney for Plaintiffs* | */s/ Richard B. North, Jr.* <br> Richard B. North, Jr. <br> Nelson Mullins Riley & Scarborough LLC – Atlantic Station <br> 201 17th St. NW, Ste 1700 <br> Atlanta, GA 30363 <br> Tel.  (404) 322-6000 <br> Fax. (404) 322-6050 <br> Email: richard.north@nelsonmullins.com <br><br> *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                                 */s/Samuel M. Wendt*
                                                                                 Samuel M. Wendt