IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTER<br>PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates To:<br>JAMES W. MCLEOD, JR. | MDL NO. 2641<br><br>No. 2:18-cv-02386-DGC |

## ORDER

**IT IS ORDERED** that the Stipulation of Dismissal without Prejudice is granted.

This matter is dismissed without prejudice, each party to bear its own costs and fees.


DATED: _____                    _____
                                          HONORABLE DAVID G. CAMPBELL
                                          Senior United States District Judge