IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL No. 02641

This Document Relates to Plaintiff: William D. Evans III and April M. Evans

Civil Case No: 2:17-cv-01816

## SUGGESTION OF DEATH OF WILLIAM D. EVANS III

Plaintiffs William D. Evans III and April M. Evans, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 25, hereby suggests upon the record the death of Plaintiff, William D. Evans III. Upon information and belief, Plaintiff William D. Evans II died on or about March 5, 2020. The Death Certificate is attached hereto as Exhibit "A."

Date: August 27, 2020

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile:  513-241-7197
Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 27th day of August, 2020. Parties may access this filing through the Court's system.

*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*