# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filter Products Liability Litigation | No. MDL15-2641 PHX DGC |
| Alix Y. Rosario Nunez,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard Incorporated, et al.<br><br>Defendants. | No. CV17-01880 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal as to Plaintiff Alix Y. Rosario Nunez, only.  Doc. 21561.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 21561) is **granted.**  The Clerk of Court is directed to terminate this matter as to Plaintiff Alix Y. Rosario Nunez, only.  Each party to bear its own costs and attorneys' fees.

Dated this 28th day of August, 2020.

David G. Campbell
Senior United States District Judge