1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Xavier<br><br>Block, 2:17-cv-04173-DGC | No. MD-15-02641-PHX-DGC |

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY
AND AMEND THE COMPLAINT**

Plaintiff Xavier Block, by and through undersigned counsel, and pursuant to

FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Pamela Edwards, Legal

Guardian and Power of Attorney of Xavier Block, as Plaintiff by way of an Amended

Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as

follows:

1. Plaintiff Xavier Block was implanted with a Bard IVC Filter and subsequently

    discovered injuries in 2017. Plaintiff retained undersigned counsel, who filed a

    Complaint on her behalf against the Defendants for Xavier Block's IVC Filter-

    related injuries.

2. This case is part of a settlement with Bard.

3. Plaintiff Xavier Block is quadriplegic, and Pamela Edwards is his Legal Guardian

    and Power of Attorney.

4. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as

    Exhibit 1, which substitutes Pamela Edwards, Legal Guardian of Xavier Block, as

1

Plaintiff.

5. The guardianship paper of Xavier Block is attached as Exhibit A to the Amended Short Form Complaint.

6. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: 08/28/2020                                     Respectfully Submitted,

                                                      /s/ Marlene J. Goldenberg
                                                      Stuart L. Goldenberg *(pro hac vice)*
                                                      Marlene J. Goldenberg *(pro hac vice)*
                                                      **GOLDENBERGLAW, PLLC**
                                                      800 LaSalle Avenue, Suite 2150
                                                      Minneapolis, MN 55402
                                                      Tel:    (612) 333-4662
                                                      slgoldenberg@goldenberglaw.com
                                                      mjgoldenberg@goldenberglaw.com

                                                      *Attorneys for Plaintiffs*

2