## **GENERAL DURABLE POWER OF ATTORNEY**

**KNOW ALL PERSONS** by these presents, that I, **XAVIER BLOCK,** the undersigned principal, with a residence at 9807 Harvard, Kansas City, Missouri 64134, hereby make, constitute and appoint my mother, **PAMELA CHERITA EDWARDS,** of 9807 Harvard, Kansas City, Missouri 64134, to be my true and lawful attorney in fact, for me and in my stead and in my name, with full power to perform all acts and duties that are lawfully given to said attorney in fact as specified by this document.

My attorney in fact shall be authorized:

1. To execute instruments in my name and for my use of any kind or character whatsoever, involving any property or transaction or rights in which I am now, or hereinafter become involved with.

2. To sign, endorse, cash and deposit any and all leases, checks, drafts, note, or money orders and to make withdrawals and deposits from any and all checking, savings and other bank accounts.

3. To receive and collect money or other items of value now or hereinafter due to me and to settle, compromise or adjust all debts and claims now or hereinafter owing to me including tax refunds and credits.

4. To sign, file and create any and all tax returns including tangible, federal and state income tax returns, to pay any tax, interest or penalty, to receive funds and to represent me before the Internal Revenue Service as my attorney in fact.

5. To purchase, pledge, liquidate, borrow against or maintain a claim against any and all insurance policies of any kind whatsoever.

6. To pay any and all expenses incurred on my behalf, to take possession of all personal and real property and to provide for its maintenance, insurance, storage and safekeeping.

7. To represent, institute, prosecute, defend, compromise or otherwise dispose of any claim, lawsuit or other action in my behalf.

8. To arrange provisions for my personal care, support and maintenance in my best interest, including admission to nursing homes, living facilities, hospitals, retirement homes, extended care facilities or similar facilities.

This power may be accepted and relied upon by anyone to whom it is presented until such person either receives written notice of revocation by me or has actual knowledge of my death. This instrument may be executed in counterparts.

The rights, powers and authority granted herein to my attorney in fact are granted according to the provisions of the Kansas Uniform Durable Power of Attorney Act, K.S.A. 1983 Supp. 58-610 et seq.. This Power of Attorney shall not be affected by subsequent disability or incapacity of myself, the principal of this document.

I hereby give and grant unto my said attorney herein named full power and authority to do and perform all and every lawful act and thing whatsoever that may be necessary to be done, as fully and to all intents and purposes as I might or could do if personally present, and hereby ratify and confirm all that my said attorney shall lawfully do, or cause to be done hereunder.

**IN WITNESS WHEREOF**, I have and hereunto set my hand this _13_ day of _FEBRUARY_, 2008.

_Xavier Block_
XAVIER BLOCK

STATE OF KANSAS        )
                       )ss.
COUNTY OF WYANDOTTE    )

On this _13_ day of February, 2008, before me, a Notary Public, personally appeared **Xavier Block** who is known to me to be the person named above and who executed the foregoing instrument and acknowledged that she executed the same as her free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the day and year last above written.

JOY ROBERTS
My Appt. Exp. 3/17/09
NOTARY PUBLIC
STATE OF KANSAS

_Joy Roberts_
NOTARY PUBLIC