**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Xavier Block, 2:17-cv-04173-DGC | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER** |

Plaintiff has requested that Pamela Edwards be substituted as Plaintiff of record on behalf of her disabled son, Xavier Block. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. \_\_\_\_) is **GRANTED.** The Clerk of Court is directed to substitute Pamela Edwards as Plaintiff of record in Case No. 2:17-cv-04173-DGC.

Dated this \_\_\_ day of_____ , 2020.

1