**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Joe Hayward, 2:17-cv-01246-DGC | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Joe Hayward and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Joe Hayward Jr. be substituted as Plaintiff of record on behalf of his deceased father, Joe Hayward. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** The Clerk of Court is directed to substitute Joe Hayward Jr. as Plaintiff of record in Case No. 2:17-cv-01246-DGC.

Dated this ___ day of _____ , 2020.

1