**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Donna Michel, 2:17-cv-01245-DGC | No. MD-15-02641-PHX-DGC |

### PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Plaintiff Donna Michel, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Stephen Sheldon, Expected Administrator of the Estate of Donna Michel, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Donna Michel was implanted with a Bard IVC Filter and subsequently discovered injuries in 2017. Plaintiff retained undersigned counsel, who filed a Complaint on her behalf against the Defendants for Donna Michel's IVC Filter-related injuries.

2. This case is part of a settlement with Bard.

3. Plaintiff Donna Michel unexpectedly passed away April 7, 2019.

4. Stephen Sheldon is the Expected Administrator of the Estate of Donna Michel.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

1

motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Stephen Sheldon, Expected Administrator of the Estate of Donna Michel, as Plaintiff.

7. The death certificate of Donna Michel is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Donna Michel was filed contemporaneously herewith.

9. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: 08/28/2020

Respectfully Submitted,

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*