1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff Stephen Sheldon, as Expected Administrator of the Estate of Donna Michel, 2:17-cv-01245-DGC | **FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Donna Michel

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   Stephen Sheldon

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Stephen Sheldon, as Expected Personal Representative of the Estate of Donna Michel

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   New Jersey

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   New Jersey

6. Plaintiff's current state(s) of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of New Jersey

8. Defendants against whom Complaint is made:

☒   C.R. Bard, Inc.

☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other:

a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☐   G2® Vena Cava Filter

☐   G2® Express (G2®X) Vena Cava Filter

☒   Eclipse® Vena Cava Filter

☐     Meridian® Vena Cava Filter

☐     Denali® Vena Cava Filter

☐     Other: _____

11. Date of Implantation as to each product: <u>10/3/2013</u>_____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:     Strict Products Liability — Manufacturing Defect

☒     Count II:     Strict Products Liability — Information Defect (Failure to Warn)

☒     Count III:     Strict Products Liability — Design Defect

☒     Count IV:     Negligence — Design

☒     Count V:     Negligence — Manufacture

☒     Count VI:     Negligence — Failure to Recall/Retrofit

☒     Count VII:     Negligence — Failure to Warn

☒     Count VIII:     Negligent Misrepresentation

☒     Count IX:     Negligence *Per Se*

☒     Count X:     Breach of Express Warranty

☒     Count XI:     Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:     Fraudulent Concealment

☒  Count XIV:   Violations of Applicable Maryland Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☒  Count XV:   Loss of Consortium

☐  Count XVI:  Wrongful Death

☒  Count XVII:  Survival

☒  Punitive Damages

☐  Other(s):_____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒  Yes

☐  No

Respectfully submitted this August 27, 2020.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:     (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*