# EXHIBIT A

# STATE OF NEW JERSEY

A0014339256

# CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20190020151

**DECEASED NAME**
DONNA E MICHEL

**DATE OF BIRTH**

**SEX**
FEMALE

**DATE OF DEATH**
04/07/2019

**PLACE OF DEATH**
STAFFORD TOWNSHIP

**COUNTY OF DEATH**
OCEAN

**RESIDENCE ADDRESS**

**SOCIAL SECURITY NUMBER**

**MUNICIPALITY OF RESIDENCE**
STAFFORD TOWNSHIP

**COUNTY OF RESIDENCE**
OCEAN

**DOMESTIC STATUS**
MARRIED

**SURVIVING SPOUSE/PARTNER**
(Name given at birth or on birth certificate)
JOHN MICHEL

**MANNER OF DEATH:** NATURAL

**CAUSE OF DEATH:**
PANCREATIC CANCER

**DATE ISSUED:** APRIL 8, 2019

**DATE FILED WITH REGISTRAR:** 04/08/2019

**AMENDED DATE:**

**ISSUED BY:**
Lacey Township
Christine M Repetti, Deputy Registrar

This is to certify that the above is correctly copied from a record on file in my office.
Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD: VOID IF ALTERED