# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| This Document Relates to Plaintiff Cierra White, as Expected Administrator of the Estate of Clifford Noel, Jr., 2:17-cv-01350-DGC | **FIRST AMENDED SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Clifford Noel, Jr.

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   Cierra White

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Cierra White, as Expected Personal Representative of the Estate of Clifford Noel, Jr.

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Pennsylvania

1

6. Plaintiff's current state(s) of residence:

   <u>Pennsylvania</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>United States District Court for the District of Pennsylvania</u>

8. Defendants against whom Complaint is made:

   ☒   C.R. Bard, Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other:

   a.   Other allegations of jurisdiction and venue not expressed in Master Complaint:

   <u>N/A</u>

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

   ☐   Recovery® Vena Cava Filter

   ☐   G2® Vena Cava Filter

   ☐   G2® Express (G2®X) Vena Cava Filter

   ☐   Eclipse® Vena Cava Filter

☐      Meridian® Vena Cava Filter

☒      Denali® Vena Cava Filter

☐      Other: _____

11. Date of Implantation as to each product: <u>8/17/2015</u>

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:        Strict Products Liability — Manufacturing Defect

☒      Count II:       Strict Products Liability — Information Defect (Failure to

        Warn)

☒      Count III:      Strict Products Liability — Design Defect

☒      Count IV:       Negligence — Design

☒      Count V:        Negligence — Manufacture

☒      Count VI:       Negligence — Failure to Recall/Retrofit

☒      Count VII:      Negligence — Failure to Warn

☒      Count VIII:     Negligent Misrepresentation

☒      Count IX:       Negligence *Per Se*

☒      Count X:        Breach of Express Warranty

☒      Count XI:       Breach of Implied Warranty

☒      Count XII:      Fraudulent Misrepresentation

☒      Count XIII:     Fraudulent Concealment

3

☒     Count XIV:   Violations of Applicable Maryland Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count XV:    Loss of Consortium

☐     Count XVI:  Wrongful Death

☒     Count XVII:  Survival

☒     Punitive Damages

☐     Other(s):_____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒     Yes

☐     No

Respectfully submitted this August 28, 2020.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:    (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*