# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Joe Hayward, | No. CV17-01246 PHX DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution and suggestion of death of Joe Hayward. Doc. 21567. Plaintiff has requested that Joe Hayward Jr. be substituted as Plaintiff of record on behalf of Joe Hayward. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion for substitution (Doc. 21567) is **granted.** The Clerk of Court is directed to substitute Joe Hayward Jr. as Plaintiff of record in Case No. CV17-01246-PHX DGC.

Dated this 1st day of September, 2020.

David G. Campbell
Senior United States District Judge