# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
| Clifford Noel, Jr., | No. CV17-01350 PHX DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for substitution and suggestion of death of Clifford Noel, Jr. Doc. 21569. Plaintiff has requested that Cierra White be substituted as Plaintiff of record on behalf of Clifford Noel, Jr.

**IT IS ORDERED** that Plaintiff's motion for substitution (Doc. 21569) is **granted.** The Clerk of Court is directed to substitute Cierra White as Plaintiff of record in Case No. CV17-01350-PHX DGC.

Dated this 1st day of September, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge