# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, <br><br> Xavier Block, <br><br>           Plaintiff, <br><br> vs. <br><br> C.R. Bard, Inc., et al., <br><br>           Defendants. | No. MDL 15-02641-PHX-DGC <br><br> No. CV18-04173 PHX DGC <br><br> **ORDER** |

Pending before the Court is Plaintiff's motion for substitution and suggestion of death of Xavier Block. Doc. 21563. Plaintiff has requested that Pamela Edwards be substituted as Plaintiff of record on behalf of Xavier Block.

**IT IS ORDERED** that Plaintiff's motion for substitution (Doc. 21563) is **granted.** The Clerk of Court is directed to substitute Pamela Edwards as Plaintiff of record in Case No. CV18-04173-PHX DGC.

Dated this 1st day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge