# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>Donna Michel,<br>      Plaintiff,<br>vs.<br>C.R. Bard, Inc., et al.,<br>      Defendants. | No. MDL 15-02641-PHX-DGC<br><br>No. CV17-01245 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's motion for substitution and suggestion of death of Donna Michel. Doc. 21568. Plaintiff has requested that Stephen Sheldon be substituted as Plaintiff of record on behalf of Donna Michel. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion for substitution (Doc. 21568) is **granted.** The Clerk of Court is directed to substitute Stephen Sheldon as Plaintiff of record in Case No. CV17-01245-PHX DGC.

Dated this 1st day of September, 2020.

David G. Campbell
Senior United States District Judge