Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs, by and through counsel, hereby give notice that on September 2, 2020, they served on Defendants via U.S. mail and email Plaintiffs' Notice of Videotaped Trial Preservation Deposition of Rebecca Betensky, Ph.D.

DATED this 2nd day of September 2020.

                                            BEUS GILBERT MCGRODER PLLC

                                            By:*/s/ Mark S. O'Connor*
                                                Mark S. O'Connor
                                                701 North 44th Street
                                                Phoenix, Arizona 85008

                                            LOPEZ McHUGH LLP
                                                Ramon Rossi Lopez (CA Bar No. 86361)
                                                (admitted *pro hac vice*)
                                                100 Bayview Circle, Suite 5600
                                                Newport Beach, California 92660

                                            *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jessica Gallentine