Ramon Rossi Lopez (admitted *pro hac vice*)
California Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Ste. 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
rlopez@lopezmchugh.com

*Attorney for Plaintiffs Abbie Hill and Steven Nickerson*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to<br>*Hill and Nickerson v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-16-01970-PHX-DGC* | **AMENDED STIPULATION OF DISMISSAL OF ONE PARTY WITH PREJUDICE** |

Plaintiff Stephen Nickerson ("Plaintiff")  and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Stephen Nickerson from *Abbie Hill and Stephen Nickerson v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:17-cv-0001880-DGC* <u>with</u> prejudice. Each party to bear their own fees and costs.

.

1
2   Dated: September 2, 2020          Respectfully submitted,
3
                                      s/ *Ramon Rossi Lopez*
4                                     Ramon Rossi Lopez
                                      rlopez@lopezmchugh.com
5                                     LOPEZ MCHUGH LLP
                                      100 Bayview Circle, Ste. 5600
6                                     Newport Beach, CA  92660
                                      P:  949.737-1501
7                                     F:  949.737.1504

8                                     Attorney for Plaintiffs

9
                                      s/ *Richard B. North, Jr.*
10                                    Richard B. North, Jr.
                                      Matthew B. Lerner
11                                    richard.north@nelsonmullins.com
                                      matthew.lerner@nelsonmullins.com
12                                    NELSON MULLINS RILEY & SCARBOROUGH LLP
                                      201 17th St. NW, Ste. 1700
13                                    Atlanta, GA  30363
                                      P:  404.322.6000
14                                    F:  404.332.6397

15                                    Attorney for Defendants

16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 2, 2020, the foregoing Amended Stipulation to dismiss all claims with prejudice of plaintiff Stephen Nickerson in this matter was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*s/ Ramon Rossi Lopez*
Ramon Rossi Lopez