IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MDL-2641 PHX DGC |
| Stephen Nickerson,<br>        Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>        Defendants | No. CV16-01970 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' amended stipulation of dismissal as to Plaintiff Stephen Nickerson, only.  Doc. _____.

**IT IS** ORDERED that the stipulation of dismissal (Doc _____) is **granted.**  The Clerk of the Court is directed to terminate this matter as to Plaintiff Stephen Nickerson, only.  Each party to bear its own costs and attorneys' fees.

Dated this ____ day of September, 2020.

_____
David G. Campbell
Senior United States District Judge