# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Stephen Nickerson, <br>        Plaintiff, <br> v. <br> C. R. Bard Incorporated, et al. <br>        Defendants | No. CV16-01970 PHX DGC <br><br> **ORDER** |

Pending before the Court is the parties' amended stipulation of dismissal with prejudice as to Plaintiff Stephen Nickerson, only.  Doc. 21576.

**IT IS ORDERED:**

1. The amended stipulation of dismissal with prejudice (Doc 21576) is **granted.** The Clerk of the Court is directed to terminate this matter as to Plaintiff Stephen Nickerson, only.  Each party to bear its own costs and attorneys' fees.

2. The Clerk of Court is further directed to file under seal the stipulation of dismissal filed as to Plaintiff Stephen Nickerson at Doc. 21574.  Doc. 21574 was filed in error and contains sensitive information not relevant to this case.

Dated this 3rd day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge