# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filter Products Liability Litigation | No. MDL15-2641-PHX-DGC |
| James W. McLeod, Jr.<br><br>Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., et al.,<br><br>Defendants. | No. CV-18-02386-PHX-DGC<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties filed a stipulation to dismiss this case without prejudice on August 25, 2020. Doc. 21558. By **September 11, 2020**, the parties shall file a joint memorandum with the Court (not to exceed 3 pages) explaining why this case should be dismissed without prejudice and not with prejudice. *See* Doc. 21540 (CMO 47).

Dated this 3rd day of September, 2020.

David G. Campbell
Senior United States District Judge