Ramon Rossi Lopez (admitted *pro hac vice*)
California Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Ste. 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
rlopez@lopezmchugh.com

*Attorney for Plaintiffs Brett Waliczek and Elizabeth Waliczek*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to<br>*Waliczek v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-16-00115-PHX-DGC* | **STIPULATION OF DISMISSAL OF ONE PARTY WITH PREJUDICE** |

Plaintiff Elizabeth Walizcek ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Elizabeth Walizcek from *Brett Waliczek and Elizabeth Waliczek v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:16-cv-00115-DGC* <u>with</u> prejudice. Each party to bear their own fees and costs.
.

1
2  Dated: September 8, 2020              Respectfully submitted,
3                                        s/ *Ramon Rossi Lopez*
                                         Ramon Rossi Lopez
4                                        rlopez@lopezmchugh.com
                                         LOPEZ MCHUGH LLP
5                                        100 Bayview Circle, Ste. 5600
                                         Newport Beach, CA  92660
6                                        P:  949.737-1501
                                         F:  949.737.1504
7
                                         Attorney for Plaintiffs
8
9                                        s/ *Richard B. North, Jr.*
                                         Richard B. North, Jr.
10                                       Matthew B. Lerner
                                         richard.north@nelsonmullins.com
11                                       matthew.lerner@nelsonmullins.com
                                         NELSON MULLINS RILEY & SCARBOROUGH LLP
12                                       201 17th St. NW, Ste. 1700
                                         Atlanta, GA  30363
13                                       P:  404.322.6000
                                         F:  404.332.6397
14
                                         Attorney for Defendants
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2020, the foregoing Amended Stipulation to dismiss all claims with prejudice of plaintiff Elizabeth Walizcek in this matter was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                *s/ Ramon Rossi Lopez*
                                                Ramon Rossi Lopez