IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MDL-2641 PHX DGC |
| Elizabeth Waliczek,<br>　　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　　Defendants | No. CV16-00115 PHX DGC<br><br>**ORDER** |

　　　Pending before the Court is the parties' amended stipulation of dismissal as to Plaintiff Elizabeth Waliczek, only. Doc. _____.

　　　**IT IS** ORDERED that the stipulation of dismissal (Doc _____) is **granted.** The Clerk of the Court is directed to terminate this matter as to Plaintiff Elizabeth Walizcek, only. Each party to bear its own costs and attorneys' fees.

　　　Dated this ____ day of September, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　David G. Campbell
　　　　　　　　　　　　　　　　　Senior United States District Judge