1  Ramon Rossi Lopez (admitted *pro hac vice*)
   California Bar No. 86361
2  LOPEZ MCHUGH LLP
   100 Bayview Circle, Ste. 5600
3  Newport Beach, CA 92660
   Telephone: (949) 737-1501
4  rlopez@lopezmchugh.com

5  *Attorneys for Plaintiffs Hiram Hagins and Melanie Swanson*

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  Matthew B. Lerner (admitted *pro hac vice*)
   Georgia Bar No. 446986
8  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
9  201 17th Street, NW, Suite 1700
   Atlanta, GA  30363
10 Telephone: (404) 322-6000
   richard.north@nelsonmullins.com
11 matthew.lerner@nelsonmullins.com

12 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
13 *Bard Peripheral Vascular, Inc.*

14

15 **IN THE UNITED STATES DISTRICT COURT**

16 **FOR THE DISTRICT OF ARIZONA**

17 
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to *Hagins and Swanson v. C. R. Bard and Bard Peripheral Vascular, Inc.* Case No. CV-18-03342-PHX-DGC | **STIPULATION OF DISMISSAL OF ONE PARTY WITH PREJUDICE** |

22    Plaintiff Melanie Swanson ("Plaintiff") and Defendants C. R. Bard, Inc. and
23 Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned
24 counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby
25 stipulate to the dismissal of Melanie Swanson from *Hiram Hagins and Melanie*
26 *Swanson v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:18-cv-*
27 *03342-DGC* with prejudice. Each party to bear their own fees and costs.
28    .

Dated: September 8, 2020

Respectfully submitted,

s/ *Ramon Rossi Lopez*
Ramon Rossi Lopez
rlopez@lopezmchugh.com
LOPEZ MCHUGH LLP
100 Bayview Circle, Ste. 5600
Newport Beach, CA  92660
P:  949.737-1501
F:  949.737.1504

Attorney for Plaintiffs

s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Matthew B. Lerner
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

Attorney for Defendants

- 2 -

# **CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2020, the foregoing Amended Stipulation to dismiss all claims with prejudice of plaintiff Melanie Swanson in this matter was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*s/ Ramon Rossi Lopez*
Ramon Rossi Lopez