IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. 2:15-MDL-2641 PHX DGC |
| Melanie Swanson,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants | No. CV18-03342 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' amended stipulation of dismissal as to Plaintiff Melanie Swanson, only. Doc. _____.

**IT IS** ORDERED that the stipulation of dismissal (Doc _____) is **granted.** The Clerk of the Court is directed to terminate this matter as to Plaintiff Melanie Swanson, only. Each party to bear its own costs and attorneys' fees.

Dated this ____ day of September, 2020.

_____<br>
David G. Campbell<br>
Senior United States District Judge