# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Elizabeth Waliczek,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants | No. CV16-00115 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Elizabeth Waliczek.  Doc. 21581.

**IT IS ORDERED:**

1.    The stipulation of dismissal with prejudice (Doc 21581) is **granted.**  The Clerk of the Court is directed to terminate this matter as to Plaintiff Elizabeth Waliczek. Each party to bear its own costs and attorneys' fees.

Dated this 9th day of September, 2020.

David G. Campbell
Senior United States District Judge