# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Hiram Hagins and Melanie Swanson,<br><br>          Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>          Defendants | No. CV18-03342 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' amended stipulation of dismissal with prejudice as to Plaintiff Melanie Swanson, only.  Doc. 21582.

**IT IS ORDERED:**

1. The amended stipulation of dismissal with prejudice (Doc 21582) is **granted.** The Clerk of the Court is directed to terminate this matter as to Plaintiff Melanie Swanson, only.  Each party to bear its own costs and attorneys' fees.

Dated this 9th day of September, 2020.

David G. Campbell
Senior United States District Judge