# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Velma Denise Flores,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>            Defendants | No. CV19-4217 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' amended stipulation of dismissal as to Plaintiff Velma Denise Flores, only.  Doc. 21580.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 21580) is **granted.**  The Clerk of the Court is directed to terminate this matter as to Plaintiff Velma Denise Flores, only.  Each party to bear its own costs and attorneys' fees.

Dated this 9th day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge