Ramon Rossi Lopez (admitted *pro hac vice*)
California Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Ste. 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs Reagan Jobe and Lisa Jobe*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to<br>*Jobe v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-16-01886-PHX-DGC* | **STIPULATION OF DISMISSAL OF ONE PARTY WITH PREJUDICE** |

Plaintiff Lisa Jobe ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Lisa Jobe from *Regan Jobe and Lisa Jobe v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:16-cv-01886-DGC* with prejudice. Each party to bear their own fees and costs.

.

| | |
|---|---|
| Dated: September 10, 2020 | Respectfully submitted, |
| | s/ *Ramon Rossi Lopez* |
| | Ramon Rossi Lopez |
| | rlopez@lopezmchugh.com |
| | LOPEZ MCHUGH LLP |
| | 100 Bayview Circle, Ste. 5600 |
| | Newport Beach, CA  92660 |
| | P:  949.737-1501 |
| | F:  949.737.1504 |
| | |
| | Attorney for Plaintiffs |
| | |
| | s/ *Richard B. North, Jr.* |
| | Richard B. North, Jr. |
| | Matthew B. Lerner |
| | richard.north@nelsonmullins.com |
| | matthew.lerner@nelsonmullins.com |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 201 17th St. NW, Ste. 1700 |
| | Atlanta, GA  30363 |
| | P:  404.322.6000 |
| | F:  404.332.6397 |
| | |
| | Attorney for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 10, 2020, the foregoing Amended Stipulation to dismiss all claims with prejudice of plaintiff Lisa Jobe in this matter was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*s/ Ramon Rossi Lopez*
Ramon Rossi Lopez