1  Samuel Mason Wendt (admitted *pro hac vice*)
2  WENDT LAW FIRM P.C.
   4717 Grand Avenue, Suite 130
3  Kansas City, MO 64112
   Telephone: (816) 531-4415
4  Fax: (816) 531-2507
   sam@wendtlaw.com
5  *Attorneys for Plaintiffs*

6  Richard B. North, Jr. (admitted *pro hac vice*)
   Georgia Bar No. 545599
7  NELSON MULLINS RILEY & SCARBOROUGH LLP
   Atlantic Station
8  201 17th Street, NW, Suite 1700
   Atlanta, GA 30363
9  Telephone: (404) 322-6000
   Fax: (404) 322-6050
10 richard.north@nelsonmullins.com

11 *Attorneys for Defendants*
   *C. R. Bard, Inc. and*
12 *Bard Peripheral Vascular, Inc.*

13            **IN THE UNITED STATES DISTRICT COURT**

14               **FOR THE DISTRICT OF ARIZONA**

15

16 | IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |

17 **THE PARTIES' JOINT RESPONSE TO THE COURT'S SEPTEMBER 3, 2020 ORDER**

18

19 (Assigned to the Honorable David G. Campbell)

20 This Document Relates To:
   JAMES W. MCLEOD, JR.          CV-18-02386-PHX-DGC

21

22            On September 3, 2020, the Court issued an order directing the parties to explain why

23 this case should be dismissed without prejudice, rather than with prejudice, under Fed. R.

24 Civ. P. 41. See Doc. 21578.   The parties are therefore providing the Court with this

25 explanation.

26            This individual plaintiff, James W. McLeod, Jr., retained two separate law firms to

27 represent him regarding his IVC filter claim.  Those law firms were the Wendt Law Firm,

28 P.C. and Baron & Budd, P.C.  The Wendt Law Firm filed this lawsuit on Mr. McLeod's

1    behalf, while Baron & Budd did not actually file suit.  However, Mr. McLeod settled his

2    claim as a part of Baron & Budd's inventory settlement with the defendants.  Under the

3    terms of that settlement, Mr. McLeod has already signed a release of his claims.  This action

4    filed by the Wendt firm is therefore essentially duplicative of the already-settled claim, and

5    the Wendt Law Firm dismissed the action accordingly.  The Wendt Law Firm filed the

6    dismissal without prejudice, since the plaintiff is currently being represented by Baron &

7    Budd for the settlement of his claim.

8         As previously noted, Mr. McLeod has already signed a release of his claims.  No

9    tolling agreement is associated with this case or its dismissal.

10        If the Court has any additional questions or concerns, the parties will of course be

11   happy to address them.

12        RESPECTFULLY SUBMITTED this 10th day of September, 2020.

13   BEUS GILBERT MCGRODER PLLC          NELSON MULLINS RILEY &
                                        SCARBOROUGH, LLP
14

15   By: /s/ Samuel Mason Wendt (with      By: /s/ Richard B. North, Jr.
         permission)                           Richard B. North, Jr. (pro hac vice)
16       Samuel Mason Wendt (pro hac vice)     Georgia Bar No. 545599
         Missouri Bar No. 53573                Atlantic Station
17       Wendt Law Firm P.C.                   201 17th Street, N.W., Suite 1700
         4717 Grand Avenue, Suite 130          Atlanta, GA 30363
18       Kansas City, MO 64112                 Tel.  (404) 322-6000
         Tel. (816) 531-4415                   Fax  (404) 322-6050
19       Fax (816) 531-2507                    Email: richard.north@nelsonmullins.com
         Email: sam@wendtlaw.com
20                                             Attorneys for C. R. Bard, Inc. and Bard
         Attorney for Plaintiffs               Peripheral Vascular, Inc.
21

22

23

24

25

26

27

28