IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL No. 02641

This Document Relates to Plaintiff: William D. Evans III and April M. Evans

Civil Case No: 2:17-cv-01816

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT UNDER SEAL [Dkt Nos 21559 AND 21560]**

Plaintiff April M. Evans, by and through undersigned counsel hereby requests the Court maintain under seal the Suggestion of death of William D. Evans III filed August 27, 2020 (Dkt. No. 21559) and the Redaction of Death Certificate of William D. Evans III filed August 27, 2020 (Dkt. No. 21560), because the documents contain personal identifying information protected from disclosure pursuant to pursuant to Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiff respectfully request the Court grant the instant motion and maintain documents 21559 and 21560 under seal without prejudice.

Date: September 10, 2020

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA
*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile:  513-241-7197
Email: bdl@oal-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 10th day of September, 2020. Parties may access this filing through the Court's system.

      */s/ Barry D. Levy*
      Barry D. Levy – (OH 0018986)
      *Attorney for Plaintiff*