# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC
MDL No. 02641

This Document Relates to Plaintiff: William D. Evans III and April M. Evans

Civil Case No: 2:17-cv-01816

## ORDER GRANTING
## PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT
## UNDER SEAL [Dkt Nos 21559 AND 21560]

Upon motion by Plaintiff April M. Evans, and for good cause shown, the Court hereby grants Plaintiffs' Motion to Maintain Document Under Seal [Dkt Nos 21559 and 21560].

IT IS THEREFORE ORDERED that Dkt No. 21559, Suggestion of Death of William D. Evans III and Dkt. No. 21560, Redaction of Death Certificate of William D. Evans III shall be sealed.

.       SO ORDERED this ____ day of _____, 2020.

_____
HONORABLE JUDGE RICHARD L. YOUNG
United States District Court
Southern District of Indiana