# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Lisa Jobe,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants | No. CV16-01886 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Lisa Jobe, only.  Doc. 21587.

**IT IS ORDERED:**

1. The stipulation of dismissal with prejudice (Doc 21587) is **granted.**  The Clerk of the Court is directed to terminate this matter as to Plaintiff Lisa Jobe, only.  Each party to bear its own costs and attorneys' fees.

Dated this 10th day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge