# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| James W. McLeod, Jr., <br> Plaintiff, <br> v. <br> C. R. Bard Incorporated, et al. <br> Defendants | No. CV18-02386 PHX DGC <br><br> **ORDER** |

Pending before the Court is the parties' stipulation of dismissal without prejudice as to Plaintiff James W. McLeod, Jr.  Doc. 21558.

**IT IS ORDERED:**

1. The stipulation of dismissal without prejudice (Doc 21558) is **granted.** The Clerk of the Court is directed to terminate this matter.  Each party to bear its own costs and attorneys' fees.

Dated this 11th day of September, 2020.

David G. Campbell
Senior United States District Judge