Ramon Rossi Lopez (admitted *pro hac vice*)
California Bar No. 86361
LOPEZ MCHUGH LLP
100 Bayview Circle, Ste. 5600
Newport Beach, CA 92660
Telephone: (949) 737-1501
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs Reagan Jobe and Lisa Jobe*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to<br>*Jobe v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-16-01886-PHX-DGC* | **NOTICE OF WITHDRAWAL OF STIPULATION OF DISMISSAL OF ONE PARTY WITH PREJUDICE** |

Ramon Rossi Lopez of Lopez McHugh LLP hereby files this Notice of Withdrawal of Stipulation of One Party With Prejudice filed on September 9, 2020 (Doc. No. 21583) in Case Number 2:16-cv-01668-DGC and relating to plaintiff Jaleesa Jobe, only.

Specifically, the Stipulation was filed in error as plaintiff Jaleesa Jobe was terminated from the action on September 23, 2016 when an Amended Complaint (Doc. No. 3491) was filed.

WHEREFORE, Ramon Rossi Lopez requests that the Stipulation of Dismissal of One Party filed on September 9, 2020 (Doc. No. 21583) be withdrawn and further requests that no order of Dismissal be issued by the Court.

Dated: September 18, 2020          Respectfully submitted,

                                                s/ *Ramon Rossi Lopez*
                                              Ramon Rossi Lopez
                                              rlopez@lopezmchugh.com
                                              LOPEZ MCHUGH LLP
                                              100 Bayview Circle, Ste. 5600
                                              Newport Beach, CA  92660
                                              P:  949.737-1501
                                              F:  949.737.1504

                                              Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2020, the foregoing Notice of Withdrawal of Stipulation to Dismiss One Party With Prejudice in this matter was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

*s/ Ramon Rossi Lopez*
Ramon Rossi Lopez
