Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| This document relates to *Lopez v. C. R. Bard and Bard Peripheral Vascular, Inc.* Case No. CV-17-01880-PHX-DGC | ***EX PARTE* MOTION TO SEAL PREVIOUSLY FILED DOCUMENT** |

Plaintiff's Counsel moves this Court, pursuant to Local Civil Rule 5.6 and respectfully requests that the previously filed Stipulation to Dismiss (Doc. No. 21561) be permanently sealed.  The Stipulation was inadvertently filed with a confidential document attached at page 3 which warrants protection from public disclosure.

RESPECTFULLY SUBMITTED this 18th day of September 2020.

LOPEZ McHUGH LLP

By:*/s/ Ramon Rossi Lopez*
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Marilyn B. Wass