Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
| This document relates to *Lopez v. C. R. Bard and Bard Peripheral Vascular, Inc.* Case No. CV-17-01880-PHX-DGC | **ORDER GRANTING PLAINTIFF'S MOTION SEAL** |

Upon motion by Plaintiffs, and for good cause shown, the Court hereby grants Plaintiffs' Motion to Seal previously filed document (Doc. No. 21561.)

IT IS THEREFOR ORDERED that Doc. No. 21561 shall be maintained under seal.

Dated this _____ day of September, 2020.

_____

David G. Campbell
Senior United States District Judge