# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>Marenda McCall and Edward McCall,<br>　　　　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>　　　　　　　　　　Defendants. | MDL No. 2:15-md-02641- DGC<br><br>Civil Action No. 2:17-cv-02446-DGC |

## **SUGGESTION OF DEATH**

Plaintiff Marenda McCall, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court that this case has been part of a settlement with Bard and of the death of Plaintiff Edward McCall, which occurred on September 19, 2016. Plaintiff respectfully informs this Court that a Motion for Termination of the deceased spouse as a party is being filed concurrently so that the appropriate settlement documents may be executed.

DATED: <u>September 21, 2020</u>　　　　　　BY PLAINTIFFS' ATTORNEY,

　　　　　　　　　　　　　　　　　　　<u>By: /s/ Stuart L. Goldenberg</u>
　　　　　　　　　　　　　　　　　　　Stuart L. Goldenberg
　　　　　　　　　　　　　　　　　　　Marlene J. Goldenberg
　　　　　　　　　　　　　　　　　　　GOLDENBERGLAW, PLLC
　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue, Suite 2150
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Phone: 612-333-4662

mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 21st Day of September, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*