# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

13008730

| FILING DATE | 05/01/2018 | CERTIFICATE OF DEATH STATE OF MISSISSIPPI | STATE FILE NUMBER | 123-2018-006018 |
|---|---|---|---|---|

| 1. DECEDENT'S LEGAL NAME | 2. GENDER | 3a. HOUR OF DEATH | 3b. DATE OF DEATH |
|---|---|---|---|
| SOPHIA HAYNES CLARK | FEMALE | 16:35 | 04/28/2018 |

**4. RACE:** ☒ Black or African American

| 5a. AGE AT LAST BIRTHDAY | 6. DATE OF BIRTH | 7. BIRTH PLACE |
|---|---|---|
| 69 Years | 1948 | MISSISSIPPI |

**8. PLACE OF DEATH:** ☒ Decedent's home

| 9b. CITY, TOWN OR LOCATION OF DEATH | 9c. ZIP CODE | 9d. COUNTY OF DEATH |
|---|---|---|
| VICKSBURG | 39180 | WARREN |

**10. DECEDENT'S EDUCATION:** ☒ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)

**11. MARITAL STATUS AT TIME OF DEATH:** ☒ Married

**12. SURVIVING SPOUSE:** SAM CLARK

**13. WAS DECEASED EVER IN US ARMED FORCES?** NO

**14. DECEDENT OF HISPANIC ORIGIN?** ☒ No, not Spanish/Hispanic/Latino

| 15. SOCIAL SECURITY NUMBER | 16a. USUAL OCCUPATION | 16b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|
| 4288 | CONTRACT SPECIALIST | US CORP OF ENGINEERS |

| 17a. RESIDENCE - STATE | 17b. COUNTY | 17c. CITY OR TOWN | 17d. ZIP CODE | 17f. INSIDE CITY LIMITS |
|---|---|---|---|---|
| MISSISSIPPI | WARREN | VICKSBURG | 39180 | YES |

| 18. FATHER'S OR PARENT'S NAME | 19. MOTHER'S OR PARENT'S NAME |
|---|---|
| MARSHALL HAYNES | JESSIE ALLEN |

| 20a. INFORMANT - NAME | 20b. RELATIONSHIP TO DECEDENT | 20c. MAILING ADDRESS |
|---|---|---|
| SAM CLARK | HUSBAND | VICKSBURG, MS 39180 |

| 21a. DISPOSITION OF BODY | 21b. CEMETERY/CREMATORY | 21c. LOCATION | 22a. FUNERAL DIRECTOR |
|---|---|---|---|
| BURIAL | CEDAR HILL CEMETERY | VICKSBURG, MS | ELECTRONICALLY SIGNED BY EMMA P. ADAMS / FD-1783 |

| 22b. FUNERAL HOME | 22c. FUNERAL HOME LICENSE NUMBER | 22d. MAILING ADDRESS |
|---|---|---|
| LAKEVIEW MEMORIAL FUNERAL HOME (75L) | FE 500 | VICKSBURG, MS 39180 |

| 23a. PERSON WHO PRONOUNCED DEATH | 23b. PRONOUNCED DEAD | 23c. PRONOUNCED DEAD (Time) |
|---|---|---|
| TIFFANIE TURNER RN | 04/28/2018 | 17:10 |

| 24a. NAME OF CERTIFYING PHYSICIAN OR CORONER | 24b. MAILING ADDRESS |
|---|---|
| DOUG HUSKEY | P.O. BOX 820061, VICKSBURG, MS 39182 |

**25e.** ELECTRONICALLY SIGNED BY DOUG HUSKEY, CMEI
**25f. TITLE:** WARREN COUNTY CORONER
**25g. DATE SIGNED:** 04/28/2018

**26. CAUSE OF DEATH PART I:**
(a) IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF ENDOMETRIUM — Interval: MONTHS

**28a. AUTOPSY:** NO
**28b. AUTOPSY FINDINGS AVAILABLE:** NO
**29. WAS CASE REFERRED TO MEDICAL EXAMINER?** YES

**30. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ No

**31. IF FEMALE:** (no box checked visibly)

Mississippi State Department of Health — Revised 07/01/2017 — Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

5/8/2018

Judy Moulder
**STATE REGISTRAR**

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**