Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:    (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below,
incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*.
Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Sam Clark

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of
    consortium claim:

    ~~Sophia Clark~~

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

4. Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

   Mississippi

6. Plaintiff's current state(s) of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Southern District of Mississippi

8. Defendants against whom Complaint is made:

   ☒   C.R. Bard, Inc.

   ☒   Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

       N/A

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐   Recovery® Vena Cava Filter

☒   G2® Vena Cava Filter

☐   G2® Express (G2®X) Vena Cava Filter

☐   Eclipse® Vena Cava Filter

☐   Meridian® Vena Cava Filter

☐   Denali® Vena Cava Filter

☐   Other: _____

11. Date of Implantation as to each product:

04/24/2008 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:     Strict Products Liability — Manufacturing Defect

☒   Count II:    Strict Products Liability — Information Defect (Failure to Warn)

☒   Count III:   Strict Products Liability — Design Defect

☒   Count IV:    Negligence — Design

☒   Count V:     Negligence — Manufacture

☒   Count VI:    Negligence — Failure to Recall/Retrofit

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

3

☒     Count VII:     Negligence — Failure to Warn

☒     Count VIII:    Negligent Misrepresentation

☒     Count IX:      Negligence *Per Se*

☒     Count X:       Breach of Express Warranty

☒     Count XI:      Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:    Fraudulent Concealment

☒     Count XIV:   Violations of Applicable Mississippi Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☒     ~~Count XV:~~    ~~Loss of Consortium~~

☐     Count XVI:   Wrongful Death

☐     Count XVII:  Survival

☒     Punitive Damages

☐     Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

Respectfully submitted this September 21, 2020.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:   (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

I hereby certify that on September 21, 2020, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic filing.

*/s/ Marlene J. Goldenberg*

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

5