# STATE OF TENNESSEE
## Office of Vital Records



TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | Gerald Lewis Collis |
| 2. SEX | Male |
| 3. DATE OF DEATH | July 12, 2017 |
| 4. TIME OF DEATH | 9:50 AM |
| 5a. AGE-Last Birthday (Years) | 74 |
| 6. DATE OF BIRTH | 1942 |
| 7. BIRTHPLACE | Columbus, Indiana |
| 8a. PLACE OF DEATH | Decedent's home |
| 8c. CITY OR TOWN | Maryville |
| 8d. COUNTY OF DEATH | Blount |
| 9. MARITAL STATUS | Married |
| 10. SURVIVING SPOUSE | Susan Elizabeth Rohr |
| 11a. DECEDENT'S USUAL OCCUPATION | Coordinator |
| 11b. KIND OF BUSINESS/INDUSTRY | Museum |
| 12. SOCIAL SECURITY NUMBER | 0713 |
| 13a. RESIDENCE-STATE | Tennessee |
| 13b. COUNTY | Blount |
| 13c. CITY OR TOWN | Maryville |
| 13e. INSIDE CITY LIMITS | No |
| 13f. ZIP CODE | 37803 |
| 14. WAS DECEDENT EVER IN US ARMED FORCES? | Yes |
| 15. DECEDENT'S EDUCATION | Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) |
| 16. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino |
| 17. DECEDENT'S RACE | White |
| 18. FATHER'S NAME | Not Available |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Not Available |
| 20a. INFORMANT'S NAME | Susan Elizabeth Collis |
| 20b. RELATIONSHIP TO DECEDENT | Wife |
| 20c. MAILING ADDRESS | Maryville, TN 37803 |
| 21a. METHOD OF DISPOSITION | Burial |
| 21b. PLACE OF DISPOSITION | Tennessee Veterans Cemetery |
| 21c. LOCATION | Knoxville, TN |
| 22a. SIGNATURE OF FUNERAL DIRECTOR | Robert Caldwell, Jr. |
| 22b. LICENSE NUMBER | 4405 |
| 22c. SIGNATURE OF EMBALMER | David Compton |
| 22d. LICENSE NUMBER | 6312 |
| 23a. NAME AND ADDRESS OF FUNERAL HOME | Smith Funeral & Cremation Service, Maryville, Tennessee 37803 |
| 23b. LICENSE NUMBER OF FUNERAL HOME | 108 |
| 24. REGISTRAR'S SIGNATURE | Selena Norton S.R. |
| 25. DATE FILED | July 26, 2017 |
| 26. CERTIFIER | PHYSICIAN |
| 27b. LICENSE NUMBER | 34071 |
| 27c. DATE SIGNED | 7-18-17 |
| 27d. NAME AND ADDRESS | UT Hospice, 4435 Valley View Drive Suite 104 Knoxville, TN 37917 |

### 28. PART I. Chain of events
a. acute and chronic respiratory failure
b. End stage COPD

### PART II. Other significant conditions contributing to death
Parkinson's disease, bladder cancer, ASHD

| Field | Value |
|---|---|
| 29a. WAS AN AUTOPSY PERFORMED? | No |
| 30. MANNER OF DEATH | Natural |
| 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | Probably |

PH-1659 (Rev. 10/2011)  RDA 1399

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

09265777

Lori B. Ferranti, PhD, MSN, MBA, RN
State Registrar/Asst. Commissioner

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER


09265777

Date Issued: JUL 27 2017



## CERTIFICATION OF VITAL RECORD