**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff Susan Collis, 2:17-cv-01209-DGC | No. MD-15-02641-PHX-DGC<br><br>**[PROPOSED] ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Gerald Collis and Motion to Terminate Plaintiff (Doc. _____). Plaintiff has requested that Gerald Collis be terminated as Plaintiff of record. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** The Clerk of Court is directed to terminate Gerald Collis as Plaintiff of record in Case No. 2:17-cv-01209-DGC.

Dated this ___ day of _____, 2020.

1