# STATE OF NORTH CAROLINA
## TRANSYLVANIA COUNTY
### REGISTER OF DEEDS
### CINDY M OWNBEY

Book 104 Page 244

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**N.C. VITAL RECORDS**
**CERTIFICATE OF DEATH**

2018900391
DTH 104 244

REGISTRATION DISTRICT NO. 08870
LOCAL NO.
COUNTY OF DEATH: Transylvania

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Edward
- 1b. MIDDLE: Ray
- 1c. LAST: McCall
- 1d. SUFFIX:
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE:

- 2. SEX: M
- 3a. AGE-LAST BIRTHDAY (Yrs): 60
- 4. DATE OF BIRTH: 1958
- 5. BIRTHPLACE: Transylvania NC
- 6. DATE OF DEATH: September 19, 2018

**PLACE OF DEATH** — Inpatient
- 7c. FACILITY NAME: Transylvania Regional Hospital
- 7d. CITY OR TOWN: Brevard
- 7e. COUNTY OF DEATH: Transylvania

- 8. MARITAL STATUS: Married
- 9. SURVIVING SPOUSE: Marenda Jones
- 10a. DECEDENT'S USUAL OCCUPATION: Sub-Contractor
- 10b. KIND OF BUSINESS/INDUSTRY: Construction

- 11. SOCIAL SECURITY NUMBER: 6955
- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Transylvania
- 12c. CITY OR TOWN: Brevard
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 28712

- 17. FATHER/PARENT NAME: Ray Bert McCall
- 18. MOTHER/PARENT NAME: Ruth Pressley

- 19a. INFORMANT'S NAME: Marenda McCall
- 19b. RELATIONSHIP TO DECEDENT: Spouse
- 19c. MAILING ADDRESS: Brevard, NC 28712

- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: A Simple Cremation, Inc
- 20c. LOCATION: Candler, NC

- 21c. NAME OF EMBALMER: Not Embalmed

- 22. NAME AND ADDRESS OF FUNERAL HOME: A Simple Cremation, Inc. Candler, NC 28715

**23. Part I. Chain of events**
- a. IMMEDIATE CAUSE: LUNG CANCER

- 25. MANNER OF DEATH: Natural
- 27. TIME OF DEATH: 0045
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Yes

- 33a. SIGNATURE AND TITLE OF CERTIFIER: [signed]
- 33b. LICENSE NUMBER: NC9701563
- 33c. DATE SIGNED: 9/19/18
- 33d. NAME AND ADDRESS OF CERTIFIER: LANA J. RIEMANN MD 1266 AVL HWY BREVARD NC 28712
- 35. DATE FILED: 09-20-2018

---

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, TRANSYLVANIA COUNTY, N.C. IN BOOK 104 PAGE 244. WITNESS MY HAND AND SEAL THIS 21st OF SEPTEMBER, 2018.

CINDY M OWNBEY, REGISTER OF DEEDS
BY: [signed] D'Ann McCall
ASSISTANT/DEPUTY REGISTER OF DEEDS

WARNING: THE ABOVE RED SEAL CONTAINS HEAT REACTIVE INK THAT SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED