# STATE OF MICHIGAN
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CERTIFICATE OF DEATH



*I HEREBY CERTIFY this to be a true and correct copy of the original on file with the office of COUNTY CLERK. This Certified Copy VALID Only When SEAL and RED SIGNATURE Are Affixed.*

STATE FILE NUMBER: MUSKEGON COUNTY CLERK

| Field | Value |
|---|---|
| 1. Decedent's Name | Georgia Kay Smith |
| 2. Date of Birth | [redacted] 1946 |
| 3. Sex | Female |
| 4. Date of Death | December 14, 2019 |
| 5. Name at Birth or Other Name Used for Personal Business | Georgia Kay Romans |
| 6a. Age - Last Birthday (Years) | 73 |
| 7a. Location of Death | [redacted] 49442 |
| 7b. City, Village or Township of Death | Muskegon Twp |
| 7c. County of Death | Muskegon |
| 8a. Current Residence - State | Michigan |
| 8b. County | Muskegon |
| 8c. Locality | Muskegon Twp |
| 8e. ZIP Code | 49442 |
| 9. Birthplace | Muskegon, Michigan |
| 10. Social Security Number | [redacted]0371 |
| 11. Decedent's Education | High school graduate |
| 12. Race | White |
| 13a. Ancestry | Irish, Other North European |
| 13b. Hispanic Origin | No |
| 14. Ever in the U.S. Armed Forces? | No |
| 15. Usual Occupation | Homemaker |
| 16. Kind of Business or Industry | Own Home |
| 17. Marital Status | Married |
| 18. Name of Surviving Spouse | Richard Alan Smith |
| 19. Father's Name | George R. Romans |
| 20. Mother's Name Before First Married | Irene Tisdale |
| 21a. Informant's Name | Richard Alan Smith |
| 21b. Relationship to Decedent | Husband |
| 21c. Mailing Address | [redacted] Muskegon, Michigan 49442 |
| 22. Method of Disposition | Cremation |
| 23a. Place of Disposition | Phoenix Crematory Services |
| 23b. Location | Muskegon Heights, Michigan |
| 24. Signature of Mortuary Science Licensee | Dale R Clock |
| 25. License Number | 4501006296 |
| 26. Name and Address of Funeral Facility | Clock Funeral Home Inc. Muskegon Chapel, [redacted] Muskegon, Michigan 49441 |
| 27a. Certifier | Certifying Physician — Gerald A. Harriman, DO |
| 28a. Actual or Presumed Time of Death | 05:49 AM |
| 28b. Pronounced Dead On | December 14, 2019 |
| 28c. Time Pronounced Dead | 06:18 AM |
| 29. Medical Examiner Contacted | No |
| 30. Place of Death | Home under Hospice |
| 27b. Date Signed | December 19, 2019 |
| 27c. License Number | 5101009348 |
| 34. Name and Address of Certifying Physician | Gerald A. Harriman, DO, Harbor Hospice, 1050 W. Western Ave Suite 400, Muskegon, Michigan 49441 |
| 35a. Registrar's Signature | Nancy A. Waters |
| 35b. Date Filed | December 19, 2019 |

**Cause of Death:**
- a. Inanition — months
- b. Dementia — years

| Field | Value |
|---|---|
| 37. Did Tobacco Use Contribute to Death? | No |
| 39. Manner of Death | Natural |
| 40a. Was an Autopsy Performed? | No |
| 40b. Were Autopsy Findings Available Prior to Completion of Cause of Death? | Not Applicable |

SP03722816

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED.