Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel:    (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| | **AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by Reference *[Doc. 364]*. Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Richard Smith

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   ~~Georgia Smith~~

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

4.  Plaintiff's/Deceased Party's state(s) of residence at the time of implant:

    Michigan

5.  Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

    Michigan

6.  Plaintiff's current state(s) of residence:

    Michigan

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Western District of Michigan

8.  Defendants against whom Complaint is made:

    ☒    C.R. Bard, Inc.

    ☒    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other:

    a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

        N/A

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☒ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

03/28/2011 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:      Strict Products Liability — Manufacturing Defect

☒ Count II:     Strict Products Liability — Information Defect (Failure to Warn)

☒ Count III:    Strict Products Liability — Design Defect

☒ Count IV:     Negligence — Design

☒ Count V:      Negligence — Manufacture

☒ Count VI:     Negligence — Failure to Recall/Retrofit

GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

3

☒     Count VII:     Negligence — Failure to Warn

☒     Count VIII:    Negligent Misrepresentation

☒     Count IX:      Negligence *Per Se*

☒     Count X:       Breach of Express Warranty

☒     Count XI:      Breach of Implied Warranty

☒     Count XII:     Fraudulent Misrepresentation

☒     Count XIII:    Fraudulent Concealment

☒     Count XIV:    Violations of Applicable Michigan Law Prohibiting

        Consumer Fraud and Unfair and Deceptive Trade Practices

~~☒     Count XV:     Loss of Consortium~~

☐     Count XVI:    Wrongful Death

☐     Count XVII:   Survival

☒     Punitive Damages

☐     Other(s): _____ (please state the facts supporting

        this Count in the space immediately below)

_____

_____

_____

_____

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662

4

13. Jury Trial demanded for all issues so triable?

&boxtimes;  Yes

&square;  No

Respectfully submitted this September 21, 2020.

/s/ Marlene J. Goldenberg
Stuart L. Goldenberg *(pro hac vice)*
Marlene J. Goldenberg *(pro hac vice)*
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel: (612) 333-4662
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

   I hereby certify that on September 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing.

      */s/ Marlene J. Goldenberg*

**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662