# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-md-02641- DGC |
| | Civil Action No. 2:18-cv-00850-DGC |
| Sam Clark and Sophie Clark, <br> Plaintiffs, <br> v. <br> C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., <br> Defendants. | |

## SUGGESTION OF DEATH

Plaintiff Sam Clark, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court that this case has been part of a settlement with Bard and of the death of Plaintiff Sophie Clark, which occurred on April 28, 2018. Plaintiff respectfully informs this Court that a Motion for Termination of the deceased spouse as a party is being filed concurrently so that the appropriate settlement documents may be executed.

DATED: September 21, 2020

BY PLAINTIFFS' ATTORNEY,

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662

mjgoldenberg@goldenberglaw.com  
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 21st Day of September, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: /s/ Stuart L. Goldenberg  
Stuart L. Goldenberg  
Marlene J. Goldenberg  
GOLDENBERGLAW, PLLC  
800 LaSalle Avenue, Suite 2150  
Minneapolis, MN 55402  
Phone: 612-333-4662  
mjgoldenberg@goldenberglaw.com  
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*