# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Edward McCall and Susan McCall,<br>         Plaintiffs,<br>v.<br>C. R. Bard Incorporated, et al.<br>         Defendants | No. CV17-02446 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Edward McCall and Motion to Terminate Plaintiff.  Doc. 21602.  Plaintiff has requested that Edward McCall (only) be terminated as Plaintiff of record.  Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion to dismiss Edward McCall (only) (Doc. 21602) is **granted.**  The Clerk of Court is directed to terminate Edward McCall as Plaintiff of record in Case No. CV17-02446.

Dated this 23rd day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge