# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Sam Clark and Sophie Clark,<br>    Plaintiffs,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants | No. CV18-00850 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Sophie Clark and Motion to Terminate Plaintiff. Doc. 21600. Plaintiff has requested that Sophie Clark (only) be terminated as Plaintiff of record. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion to dismiss Sophie Clark (only) (Doc. 21600) is **granted.** The Clerk of Court is directed to terminate Sophie Clark as Plaintiff of record in Case No. CV18-00850.

Dated this 23rd day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge