# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Richard Smith and Georgia Smith,<br>　　　　Plaintiffs,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　　Defendants | No. CV17-02442 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Georgia Smith and Motion to Terminate Plaintiff. Doc. 21603. Plaintiff has requested that Georgia Smith (only) be terminated as Plaintiff of record. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion to dismiss Georgia Smith (only) (Doc. 21603) is **granted.** The Clerk of Court is directed to terminate Georgia Smith as Plaintiff of record in Case No. CV17-02442.

Dated this 23rd day of September, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge