# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Susan Collis and Gerald Collis,<br>  Plaintiffs,<br>v.<br>C. R. Bard Incorporated, et al.<br>  Defendants | No. CV17-01209 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Gerald Collis and Motion to Terminate Plaintiff.  Doc. 21601.  Plaintiff has requested that Gerald Collis (only) be terminated as Plaintiff of record.  Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion to dismiss Gerald Collis (only) (Doc. 21601) is **granted.**  The Clerk of Court is directed to terminate Gerald Collis as Plaintiff of record in Case No. CV17-01209.

Dated this 23rd day of September, 2020.

David G. Campbell
Senior United States District Judge