James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND APPOINT FUND ADMINISTRATOR**<br><br>(Assigned to the Honorable David G. Campbell) |

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., in response to the Plaintiffs' Motion to Establish Qualified Settlement Fund and Appoint Fund Administrator (Doc No. 21609), hereby gives notice that it does not oppose the Plaintiffs' motion.

1     RESPECTFULLY SUBMITTED this 1st day of October, 2020.

NELSON MULLINS RILEY &
SCARBOROUGH, LLP

By: /s/ *Richard B. North, Jr.*
    Richard B. North, Jr. (*pro hac vice*)
    Georgia Bar No. 545599
    Matthew B. Lerner (*pro hac vice*)
    Georgia Bar No. 446986
    Atlantic Station
    201 17th Street, NW / Suite 1700
    Atlanta, GA 30363

    James R. Condo (005867)
    Kristine L. Gallardo (033975)
    SNELL & WILMER L.L.P.
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2204

    *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*