UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>Motion to Withdraw |

1. Christian Williams and **DominaLaw Group pc llo** and its lawyers, David A. Domina, Nebraska Bar No. 11043, and Christian T. Williams, Bar No. 25002, respectfully move the Court for leave to withdraw from this case. Movants request leave as the MDL proceeding continues to send court notifications regarding developments in the case, and movants no longer represent anyone related to the proceeding.

2. **DominaLaw Group pc llo** and its lawyers were permitted to withdraw from the underlying District Court case pending in Nebraska Federal Court at Case No. 8:20-cv-00122-LSC-CRZ. A true, accurate and genuine copy of the Order granting leave to withdraw is included.

3. **DominaLaw Group pc llo** and its lawyers respectfully request the Court grant leave to withdraw without need of a hearing. A complete record is waived.

October 2, 2020.

                                               */s/ Christian Williams*
                                               Christian Williams, NSBA #25002
                                               Domina Law Group pc llo
                                               2425 South 144th Street
                                               Omaha, NE 68144
                                               (402) 493-4100
                                               cwilliams@dominalaw.com

10C7992