# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | 2:15-MD-02641-DGC<br>MDL 2461 |

THIS DOCUMENT RELATES TO:

Marie Elizabeth Drew and Andrew   )
Leland Drew,                                             )
                                                                     )
        *Plaintiffs*,                                    )
                                                                     )
V.                                                               )   CIVIL ACTION NO. 2:17-cv-01405-DGC
                                                                     )
C.R. Bard, Inc. and Bard Peripheral   )
Vascular, Inc.,                                         )
                                                                     )
        Defendants.                                 )

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of all claims of Alfred Leland Drew,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Alfred Leland Drew against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. 2:17-cv-01405-DGC are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs. The claims of Marie Drew herein continue in full force and effect.

_____
JUDGE, UNITED STATES DISTRICT COURT