# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Marie Elizabeth Drew and Alfred Leland Drew, Plaintiffs, v. C. R. Bard Incorporated, et al. Defendants. | No. CV17-01405 PHX DGC  **ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice of Alfred Leland Drew **only**.  Doc. 21618.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice of Alfred Leland Drew only (Doc. 21618) is **granted.**  The Clerk of Court is directed to terminate Alfred Leland Drew **only** in Case No. CV17-01405.

Dated this 8th day of October, 2020.

David G. Campbell
Senior United States District Judge