# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Ronald Jarecke and Joetta Jarecke,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>Defendants. | No. CV16-01290 PHX DGC<br><br>**ORDER** |

Pending before the Court is Plaintiffs' counsel's motion to withdraw as attorneys of record.  Doc. 21616.  This case was dismissed on March 5, 2020.

**IT IS ORDERED** that Plaintiffs' counsel's motion to withdraw as attorneys of record in this matter (Doc. 21616) is **granted.**  The Clerk of Court is directed to remove Christian T. Williams, David A. Domina and Domina Law Group as counsel of record in this matter.

Dated this 8th day of October, 2020.

David G. Campbell
Senior United States District Judge