# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-2461 PHX DGC<br>2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO:

Frank George Sulligan and
Deborah Elaine Sulligan,

       *Plaintiffs,*

V.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

       Defendants.

No. CV16-02683 PHX DGC

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of all claims of Deborah Elaine Sulligan,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Alfred Leland Drew against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. CV16-02683 PHX DGC (2:16-cv-02683-DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs. The claims of Frank George Sulligan herein continue in full force and effect.

_____
JUDGE, UNITED STATES DISTRICT COURT