**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>   PRODUCTS LIABILITY LITIGATION | MDL15-2461 PHX DGC<br>2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO:

Clarence Charles Rowe, Jr. and
Glynda Michelle Rowe,

      *Plaintiffs,*

V.                                                No. CV18-01946 PHX DGC

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

      *Defendants.*

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

Come now, Plaintiffs Clarence Charles Rowe, Jr. and Glynda Michelle Rowe, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Glynda Michelle Rowe in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs. All claims by Clarence Charles Rowe, Jr. remain in full force and effect.

Date:  October 9, 2020

Respectfully submitted,

 /s/ *Howard L. Nations*
Howard L. Nations
THE NATIONS LAW FIRM
9703 Richmond Ave., Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Fax: (713) 807-8423

ATTORNEYS FOR PLAINTIFF


 /s/ *with express permission /Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

ATTORNEYS FOR DEFENDANTS