# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-2461 PHX DGC<br>2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO:

Clarence Charles Rowe, Jr. and
Glynda Michelle Rowe,

      *Plaintiffs,*

V.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

      Defendants.

No. CV18-01946 PHX DGC

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of all claims of Glynda Michelle Rowe,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Glynda Michelle Rowe against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. CV18-01946 PHX DGC (2:18-cv-01946-DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs. The claims of Clarence Charles Rowe, Jr. herein continue in full force and effect.

_____
JUDGE, UNITED STATES DISTRICT COURT