IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-2461 PHX DGC<br>2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO:

Charles Leroy Walker and
Patty Sue Walker,

   *Plaintiffs,*

V.                 No. CV17-04133 PHX DGC

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

   Defendants.

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE**

Come now, Plaintiffs Charles Leroy Walker and Patty Sue Walker, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Patty Sue Walker in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs. All claims by Charles Leroy Walker remain in full force and effect.

Date: October 9, 2020

Respectfully submitted,

/s/ *Howard L. Nations*
Howard L. Nations
THE NATIONS LAW FIRM
9703 Richmond Ave., Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Fax: (713) 807-8423

ATTORNEYS FOR PLAINTIFF


/s/ *with express permission /Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

ATTORNEYS FOR DEFENDANTS