# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MDL15-2461 PHX DGC<br>2:15-md-02641-DGC |

THIS DOCUMENT RELATES TO:

Charles Leroy Walker and
Patty Sue Walker,

      *Plaintiffs,*

V.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

      Defendants.

No. CV17-04133 PHX DGC

## ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of all claims of Patty Sue Walker,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Patty Sue Walker against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in Civil Action No. CV17-04133 PHX DGC (2:17-cv-04133-DGC) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs. The claims of Charles Leroy Walker herein continue in full force and effect.

_____
JUDGE, UNITED STATES DISTRICT COURT