1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:   Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| | **ORDER** |

Pending before the Court are motions to seal.  Docs. 21590 and 21594.  The documents requested to be sealed contain sensitive personal information and shall be sealed by the Court.

**IT IS ORDERED** that the Clerk of Court shall accept for filing under seal the documents on the Court's docket at 21559 and 21561.

Dated this 12th day of October, 2020.

David G. Campbell
Senior United States District Judge