# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Charles Leroy Walker and Patty Sue Walker,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>Defendants. | No. CV17-04133 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice of Patty Sue Walker **only**.  Doc. 21624.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice of Patty Sue Walker only (Doc. 21624) is **granted.**  The Clerk of Court is directed to terminate Patty Sue Walker **only** in Case No. CV17-04133.

Dated this 12th day of October, 2020.

David G. Campbell
Senior United States District Judge