1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:   Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Clarence Charles Rowe, Jr. and Glynda Michelle Rowe, | No. CV18-01946 PHX DGC |
| Plaintiffs, | |
| v. | **ORDER** |
| C. R. Bard Incorporated, et al. | |
| Defendants. | |

Pending before the Court is the parties' stipulation of dismissal with prejudice of Glynda Michelle Rowe **only**.  Doc. 21623.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice of Glynda Michelle Rowe only (Doc. 21623) is **granted.**  The Clerk of Court is directed to terminate Glynda Michelle Rowe **only** in Case No. CV18-01946.

Dated this 12th day of October, 2020.

David G. Campbell
Senior United States District Judge