# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Frank George Sulligan and Deborah Elaine Sulligan,<br><br>        Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>        Defendants. | No. CV16-02683 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice of Deborah Elaine Sulligan **only**.  Doc. 21622.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice of Deborah Elaine Sulligan only (Doc. 21622) is **granted.**  The Clerk of Court is directed to terminate Deborah Elaine Sulligan **only** in Case No. CV16-02683.

Dated this 12th day of October, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge