**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Leona Nigh,<br>         Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>         Defendants. | No. CV19-04059 PHX DGC<br>**ORDER** |

Pending before the Court is Kelley Uustal, PLC and Catherine C. Darlson's motion for leave to withdraw as counsel for Plaintiff Leona Nigh.  Doc. 21514.

**IT IS ORDERED** that the motion for leave to withdraw as counsel for Plaintiff Leona Nigh (Doc. 21514) is **granted.**  The Clerk of Court is directed to remove Kelley Uustal, PLC and Catherine C. Darlson as counsel of record for Plaintiff Nigh.  Plaintiff Nigh's contact information is:  Leona Nigh, 12440 Cabin Drive NE, Belding, MI 48809.

Dated this 13th day of October, 2020.

David G. Campbell
Senior United States District Judge