UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION,<br><br>------------------------------<br><br>SHERR-UNA BOOKER,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., a subsidiary and/or Division of defendant C.R. Bard, Inc., an Arizona corporation,<br><br>　　　　　Defendants - Appellants. | No. 18-16349<br><br>D.C. Nos. 2:15-md-02641-DGC, 2:16-cv-00474-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered August 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7