Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona  85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO FILE UNDER SEAL**<br><br>**(Filed *Ex Parte*)** |
|---|---|

Plaintiffs' Co-Lead Counsel and the PEC respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal their Notice to the Court regarding Amended Case Management Order No. 46 as Amended Case Management Order No. 46 is itself sealed.

RESPECTFULLY SUBMITTED this 16th day of October 2020.

                BEUS GILBERT MCGRODER PLLC

                By:*/s/ Mark S. O'Connor*
                    Mark S. O'Connor
                    701 North 44th Street
                    Phoenix, Arizona 85008

                LOPEZ McHUGH LLP
                    Ramon Rossi Lopez (CA Bar No. 86361)
                    (admitted *pro hac vice*)
                    100 Bayview Circle, Suite 5600
                    Newport Beach, California 92660

                *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*