IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases (See Exhibit A) | ) No. MD-15-02641-PHX-DGC<br>)<br>) **STIPULATION OF DISMISSAL WITH**<br>) **PREJUDICE**<br>) |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

RESPECTFULLY SUBMITTED October 20, 2020.

By:   */s/ Richard S. Lewis*
      Richard S. Lewis
      Steven Rotman

|   |   |
|---|---|
| 1 | HAUSFELD LLP |
| 2 | 1700 K Street NW, Suite 650 |
|   | Washington, DC 20006 |
| 3 | Telephone:  (202) 540-7200 |
|   | Facsimile: (202) 540-7201 |
| 4 | Email: rslewis@hausfeld.com |
|   |            srotman@hausfeld.com |
| 5 |   |
| 6 | and |
| 7 | Rachel Abrams |
|   | LEVIN SIMES LLP |
| 8 | 1700 Montgomery Street, Suite 250 |
|   | San Francisco, CA 94111 |
| 9 | Telephone:  (415) 426-3000 |
|   | Facsimile:  (415) 426-3001 |
| 10 | Email:  rabrams@levinsimes.com |
| 11 |   |
|   | **ATTORNEYS FOR PLAINTIFFS** |
| 12 |   |
| 13 | /s/ Richard B. North, Jr. |
|   | Richard B. North, Jr. |
| 14 | NELSON MULLINS RILEY & |
|   | SCARBOROUGH LLP |
| 15 | 201 17TH St. NW, Ste. 1700 |
|   | Atlanta, GA 30363 |
| 16 | Telephone:  (404) 322-6000 |
| 17 | Facsimile:  (404) 332-6397 |
|   | Email: Richard.north@nelsonmullins.com |
| 18 |   |
| 19 | **ATTORNEY FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


*/s/ Richard S. Lewis*

Richard S. Lewis

2