# EXHIBIT A

**MDL NO. 2:15-md-02641-PHX-DGC**

| MEMBER CASE NUMBER | FULL NAME OF PLAINTIFF(S) |
|---|---|
| 2:18-cv-02352-DGC | DESIRRE MCCLURG |
| 2:16-cv-00953-DGC | CINDY MCKINZIE, JEFF M. EDWARDS, JOHN EDWARDS and SARAH TOWNLEY |
| 2-19-cv-00028-DGC | CHRISTOPHER SMITH |
| 2:16-cv-02619-DGC | MARIE E. WARD |
| 2:19-cv-02050-DGC | GERALDINE WHITE-DUBREUIL |
| 2:19-cv-02051-DGC | SUSAN YOURKAWITCH |