IN THE UNITED STATES DISTRICT COURT

FOR THE OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to all Cases<br>(See Exhibit A) | ) No. MD-15-02641-PHX-DGC<br>)<br>) **[PROPOSED] ORDER ON**<br>) **STIPULATION OF DISMISSAL WITH**<br>) **PREJUDICE**<br>) |

Considering the parties' Stipulation of Dismissal with Prejudice of all claims of Plaintiffs identified in Exhibit A, attached,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of identified Plaintiffs on attached Exhibit A against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

Date: _____

_____
David G. Campbell
Senior United States District Judge

# EXHIBIT A

## MDL NO. 2:15-md-02641-PHX-DGC

| MEMBER CASE NUMBER | FULL NAME OF PLAINTIFF(S) |
|---|---|
| 2:18-cv-02352-DGC | DESIRRE MCCLURG |
| 2:16-cv-00953-DGC | CINDY MCKINZIE, JEFF M. EDWARDS, JOHN EDWARDS and SARAH TOWNLEY |
| 2-19-cv-00028-DGC | CHRISTOPHER SMITH |
| 2:16-cv-02619-DGC | MARIE E. WARD |
| 2:19-cv-02050-DGC | GERALDINE WHITE-DUBREUIL |
| 2:19-cv-02051-DGC | SUSAN YOURKAWITCH |