# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Desirre McClurg,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02352-PHX DGC<br><br>**ORDER** |
| Cindy McKinzie, Administrator on behalf of Florence Edwards, Jeff M. Edwards, John Edwards, and Sarah Townley,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-00953-PHX DGC<br><br>**ORDER** |
| Christopher Smith,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00028-PHX DGC<br><br>**ORDER** |
| Marie E. Ward,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02619-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Geraldine White-Debreuil,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02050-PHX DGC<br><br>**ORDER** |
| Susan Yourkawitch,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02051-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21637.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21637) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge