# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Andrew Daniel and Nichole Daniel,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-03756-PHX DGC<br><br>**ORDER** |
| Ann Brosnihan,<br>        Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-04095-PHX DGC<br><br>**ORDER** |
| Charlene Luther,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02054-PHX DGC<br><br>**ORDER** |
| Rosemarie Rossano,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-02213-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Malcolm Freeney,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-04595-PHX DGC<br><br>**ORDER** |
| Brinda Holloway Slaughter,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03034-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21638.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21638) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 20th day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge

2