## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____ , 2020

_____
HONORABLE DAVID G. CAMPBELL
Senior United States District Judge

**EXHIBIT A**

| Plaintiff's Name | Member Case Number |
|---|---|
| Alexander, Gregg | 2:17-cv-02495-DGC |
| Ashley, Drema | 2:17-cv-01619-DGC |
| Carter, Barbara L. | 2:19-cv-02392-DGC |
| Cathcart, Krystal | 2:16-cv-01379-DGC |
| Davis, Cathy | 2:17-cv-02366-DGC |
| Deschaine, Philip | 2:17-cv-00192-DGC |
| Ehlers, Willard | 2:16-cv-03926-DGC |
| Figueroa, Katie | 2:19-cv-03193-DGC |
| Hilbert, William | 2:19-cv-02396-DGC |
| Hobbs, Rockie | 2:17-cv-04644-DGC |
| Hoggard, Earl | 2:19-cv-02776-DGC |
| Jefferson, Emma | 2:19-cv-02777-DGC |
| Johnson, Joceylayn | 2:16-cv-00605-DGC |
| Johnson, Nellie | 2:19-cv-00306-DGC |
| Kelly, Martina | 2:18-cv-04758-DGC |
| King, Linda | 2:16-cv-00034-DGC |
| Leitch, Richard | 2:16-cv-03861-DGC |
| Long, John | 2:18-cv-00346-DGC |
| Mahon, James | 2:18-cv-02254-DGC |
| McFerren, Sydney | 2:19-cv-01306-DGC |
| Morton, Olanda | 2:16-cv-03744-DGC |
| Mullins, Columus | 2:18-cv-01120-DGC |
| Palmer, Bruce | 2:16-cv-03741-DGC |
| Prophet, LaTasha | 2:16-cv-03945-DGC |
| Raphael, Steve | 2:19-cv-00305-DGC |
| Rook, Juliann P. | 2:18-cv-00668-DGC |
| Sanders, Arlene | 2:19-cv-00204-DGC |
| Vallee, Patricia | 2:18-cv-03091-DGC |
| Vaughn, Kristofer | 2:18-cv-03676-DGC |
| Wells, Rita | 2:17-cv-01156-DGC |
| White, Robert | 2:17-cv-00982-DGC |
| Williams, Samuel | 2:18-cv-00185-DGC |
| Yeary, William | 2:17-cv-02841-DGC |
| Young, Alice | 2:19-cv-02778-DGC |