1
2
3
4

Marilyn T. McGoldrick
THORNTON LAW FIRM LLP – BOSTON, MA
1 Lincoln St., 25th Fl.
Boston, MA 02111
P: 617.720.1333
F: 617.720.2445
mmcgoldrick@tenlaw.com

5
6

*Attorney for Plaintiffs Chattman Walters
and Ruth Walters*

7
8
9

Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404.322.6000
F: 404.332.6050
richard.north@nelsonmullins.com

10
11
12

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE DISTRICT OF ARIZONA**

15
16
17
18

| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to the cases listed on the Exhibit attached hereto. | MDL NO. 2:15-md-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |
| --- | --- |

19
20
21
22

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

23
24
25
26

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

27
28

1       WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby

2   respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with

3   prejudice to the re-filing of same and order that these parties are to bear their own costs.

4       Respectfully submitted this 21st day of October, 2020.

5

6   *s/* Marilyn T McGoldrick              *s/*Richard B. North, Jr.
    Marilyn T. McGoldrick                 Richard B. North, Jr.

7   THORNTON LAW FIRM LLP – BOSTON,    NELSON MULLINS RILEY & SCARBOROUGH
    MA                                     LLP

8   1 Lincoln St., 25th Fl.                 201 17th St. NW, Ste. 1700
    Boston, MA 02111                   Atlanta, GA 30363
    P: 617.720.1333                    P: 404.322.6000

9   F: 617.720.2445                    F: 404.332.6050
    mmcgoldrick@tenlaw.com            richard.north@nelsonmullins.com

10

11   ***Attorneys for Plaintiffs***              ***Attorneys for Defendants C. R. Bard, Inc.***
                                         ***and Bard Peripheral Vascular Inc.***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**EXHIBIT A**

2

| Plaintiff's Name | Member Case Number |
|---|---|
| Walters, Chattman, et al. | 2:18-cv-01735 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Richard B. North, Jr.*
Richard B. North, Jr.