IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This Document Relates to:<br><br>Chattman Walters and Ruth Walters v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.<br>CV-18-01735-PHX-DGC | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs Chattman Walters and Ruth Walters and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs Chattman Walters and Ruth Walters are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020.