Kelly E. Reardon
REARDON LAW FIRM PC
160 Hempstead St.
New London, CT 06320
P: 860-442-0444
F: 860-444-6445
kreardon@reardonlaw.com

*Attorney for Plaintiff Matthew Orefice*

Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404.322.6000
F: 404.332.6050
richard.north@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to the cases listed on the Exhibit attached hereto. | MDL NO. 2:15-md-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

COME NOW, Plaintiff, Matthew Orefice, whose case is listed on Exhibit A attached hereto ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

1   WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the case listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 21st day of October, 2020.

| | |
|---|---|
| *s/*Kelly E. Reardon<br>REARDON LAW FIRM PC<br>160 Hempstead St.<br>New London, CT 06320<br>P: 860-442-0444<br>F: 860-444-6445<br>Email: kreardon@reardonlaw.com | *s/*Richard B. North, Jr.<br>Richard B. North, Jr.<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: 404.322.6000<br>F: 404.332.6050<br>richard.north@nelsonmullins.com |
| ***Attorneys for Plaintiff Matthew Orefice*** | ***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*** |

## EXHIBIT A

| Plaintiff's Name | Member Case Number |
|---|---|
| 2:18-cv-01033-DGC | Matthew Orefice |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                *s/ Richard B. North, Jr.*
                                Richard B. North, Jr.