1
2
3
4
5
6
7                              IN THE UNITED STATES DISTRICT COURT
8                                    FOR THE DISTRICT OF ARIZONA

9  | IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
   |---|---|
10 | This Document Relates to: | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
11 | | |
12 | Matthew Orefice v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. CV-18-01033-PHX-DGC | |
13

14         Having considered the Stipulation of Dismissal with Prejudice of the Plaintiff Matthew

15  Orefice and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

16         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the

17  Plaintiff Matthew Orefice are dismissed in their entirety with prejudice to the re-filing of

18  same, and the parties are to bear their own costs.

19         Dated this _____ day of _____, 2020.

20
21
22
23
24
25
26
27
28