**Exhibit A**

Gerry Brondou v. Bard Peripheral Vascular, Inc.
Civil Action No.: CV-16-01693-PHX-DGC

Jeremy Malloy v. Bard Peripheral Vascular, Inc.
Civil Action No.: CV-16-01692-PHX-DGC