# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL 15-2641-PHX DGC |

Pending before the Court is Plaintiffs' co-lead counsel's motion to seal. Doc. 21635.

**IT IS ORDERED** that Plaintiffs' co-lead counsel's motion to seal (Doc. 21635) is **granted.** The Clerk of Court shall accept for filing under seal the document lodged on the Court's docket as Doc. 21636.

Dated this 21st day of October, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge