# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX-DGC |
| Gregg Alexander and Pamela Alexander,<br>              Plaintiffs,<br>v.<br>C.R. Bard Incorporated, et al.,<br>              Defendants. | No. CV17-02495-PHX-DGC<br><br>**ORDER** |
| Larry Joe Prather, Sr.,<br>              Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>              Defendants. | No. CV17-01619-PHX-DGC<br><br>**ORDER** |
| Barbara Camille Elmore, as Personal Reprseentative of Barbara L. Carter, deceased,<br>              Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>              Defendants. | No. CV19-02392-PHX-DGC<br><br>**ORDER** |
| Krystal Cathcart,<br>              Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>              Defendants. | No. CV16-01376-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cathy Davis and Jay W. Davis, Sr.,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV17-02366-PHX-DGC<br><br>**ORDER** |
| Philip Deschaine and Joyce Deschaine,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV17-00192-PHX-DGC<br><br>**ORDER** |
| Williard Ehlers,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV16-03926-PHX-DGC<br><br>**ORDER** |
| Katie Maxine Figueroa Cabrera,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV19-03193-PHX-DGC<br><br>**ORDER** |
| William Hilbert and Judy Hilbert,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV19-02396-PHX-DGC<br><br>**ORDER** |
| Rockie Hobbs,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV17-04644-PHX-DGC<br><br>**ORDER** |
| Earl Hoggard,<br>            Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>            Defendants. | No. CV19-02776-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Emma Jefferson,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV19-02777-PHX-DGC<br><br>**ORDER** |
| Joceylayn Johnson,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV16-00605-PHX-DGC<br><br>**ORDER** |
| Nellie Johnson and Joe Johnson,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV19-00306-PHX-DGC<br><br>**ORDER** |
| Martina Kelly,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV18-04758-PHX-DGC<br><br>**ORDER** |
| Linda King,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV16-00034-PHX-DGC<br><br>**ORDER** |
| Richard Leitch,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV16-03861-PHX-DGC<br><br>**ORDER** |
| John Long,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV18-00346-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| James Mahon,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV18-02254-PHX-DGC<br><br>**ORDER** |
| Sydney McFerren,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>        Defendants. | No. CV19-01306-PHX-DGC<br><br>**ORDER** |
| Olanda Morton,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>       Defendants. | No. CV16-03744-PHX-DGC<br><br>**ORDER** |
| Columus Mullins and Christine Mullins,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>       Defendants. | No. CV18-01120-PHX-DGC<br><br>**ORDER** |
| Bruce Palmer and Irene Palmer,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>       Defendants. | No. CV16-03741-PHX-DGC<br><br>**ORDER** |
| Latasha Prophet,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>       Defendants. | No. CV16-03945-PHX-DGC<br><br>**ORDER** |
| Steve Raphael,<br>        Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>       Defendants. | No. CV19-00305-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Paul A. Anderson, as personal representative of the estate of Juliann P. Rook,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV18-00668-PHX-DGC<br><br>**ORDER** |
| Arlean Sanders,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV19-00240-PHX-DGC<br><br>**ORDER** |
| Patricia Vallee,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV18-03061-PHX-DGC<br><br>**ORDER** |
| Kristofer Vaughn,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV18-03676-PHX-DGC<br><br>**ORDER** |
| Rita Wells,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV17-01156-PHX-DGC<br><br>**ORDER** |
| Robert White,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV17-00982-PHX-DGC<br><br>**ORDER** |
| Samuel Williams,<br>　　　　　Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>　　　　　Defendants. | No. CV18-00185-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| William Yeary,<br>             Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>             Defendants. | No.  CV17-02841-PHX-DGC<br><br>**ORDER** |
| Alice Young,<br>             Plaintiff,<br>v.<br>C.R. Bard Incorporated, et al.,<br>             Defendants. | No. CV19-02778-PHX-DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21641.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21641) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 21st day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge

6