IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC<br>MDL NO. 2:15-ind-02641-DGC |
| This document relates to the cases listed on the Exhibit attached hereto.<br>Clark et. al. v. CR Bard, et. al. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs whose case MDL NO. 2:15-ind-02641-DGC and the cases listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

The parties settled MDL NO. 2:15-ind-02641-DGC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this __th day of ___, 2020.

                                                *s/*Richard B. North, Jr.
                                                Richard B. North, Jr.
                                                richard.north@nelsonmullins.com
                                                NELSON MULLINS RILEY &
                                                SCARBOROUGH LLP
                                                201 17th St. NW, Ste. 1700
                                                Atlanta, GA 30363
                                                P: 404.322.6000

                              F: 404.332.6397
*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*

*/s/Ernesto Sigmon*
**Ernesto Sigmon**
Sigmon Law, PLLC
esigmon@esigmon.com
416 West Saulnier Street
Houston, Texas 77019
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on _____10-22-20_____, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      *s/Ernesto Sigmon*

2