**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC<br>MDL NO. 2:15-ind-02641-DGC |
| This document relates to the cases listed on the Exhibit attached hereto.<br>Clark et. al. v. CR Bard, et. al. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020