# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to:<br>Chattman Walters and Ruth Walters,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  MDL 15-2641-PHX DGC<br><br>No. CV18-01735-PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21643.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21643) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 22nd day of October, 2020.

David G. Campbell
Senior United States District Judge