**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC<br>Civil Action: 2:18-cv-02349-DGC |
|---|---|
| This document relates to<br>*Caroline Beckett v. C R Bard Incorporated, et al.* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Caroline Beckett ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the present action with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the present action in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 22nd day of October, 2020.

*s/ Michael J. Modl*
Michael J. Modl
AXLEY BRYNELSON, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703
Telephone: (608) 257-5661
Facsimile: (608) 257-5444
E-mail: mmodl@axley.com

*Attorneys for Plaintiff*

*s/*Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404.322.6000
F: 404.332.6397

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               *s/ Michael J. Modl*
                                               Michael J. Modl
                                               AXLEY BRYNELSON, LLP