**EXHIBIT A**

Tonya Abbott v. CR BARD, Inc.
Civil Action No.: 2:17-cv-00318

James Dew v. CR BARD, Inc.
Civil Action No.: 2:17-cv-01698

Cynthia Roshong v. CR BARD, Inc.
Civil Action No.: 2:18-cv-01994

David Ryals v. CR BARD, Inc.
Civil Action No.: 2:18-cv-4553