# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Robert Mahek and Susans Mahek,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-00086-PHX DGC<br><br>**ORDER** |
| Jason Picaro and Melisa Picaro,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-04183-PHX DGC<br><br>**ORDER** |
| Julie Griego,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03378-PHX DGC<br><br>**ORDER** |
| Patricia Dempsey and Jack Dempsey,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00808-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Elizabeth Nagle,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00919-PHX DGC<br><br>**ORDER** |
| Roseann Noble and Herman Noble,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-02676-PHX DGC<br><br>**ORDER** |
| Thomas Patton and Tammy Patton,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04144 PHX DGC<br><br>**ORDER** |
| Ervin Grigsby<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br><br>　　　　Defendants. | No. CV18-04170 PHX DGC<br><br>**ORDER** |

　　　The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21642.

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21642) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

　　　Dated this 22nd day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge