**FILED**

OCT 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION, _____ DORIS JONES, Plaintiff-Appellant, v. C. R. BARD, INC., a New Jersey corporation; BARD PERIPHERAL VASCULAR, INC., a subsidiary and/or Division of defendant C.R. Bard, Inc., an Arizona corporation, Defendants-Appellees. | No. 18-16461 D.C. Nos.  2:15-md-02641-DGC   2:16-cv-00782-DGC District of Arizona, Phoenix ORDER |

Before: GRABER, HURWITZ, and MILLER, Circuit Judges.

The panel has unanimously voted to deny appellant's petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc is **DENIED**.