# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to: *Dreesman, et al v. C R Bard Incorporated, et al.* 2:19-cv-04164-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Fred Dreesman and Kay Dreesman ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the above-entitled action with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the above-entitled action in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 23rd day of October, 2020.

| | |
|---|---|
| *s/*Melanie H. Muhlstock<br>Melanie H. Muhlstock<br>mmuhlstock@yourlawyer.com<br>PARKER WAICHMAN LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>P: 516.466.6500<br>F: 516.466.6665<br><br>*Attorneys for Plaintiffs* | *s/*Richard B. North, Jr.<br>Richard B. North, Jr.<br>richard.north@nelsonmullins.com<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: 404.322.6000<br>F: 404.332.6397<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    *s/*Melanie H. Muhlstock