# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to:<br><br>*Dreesman, et al v. C R Bard Incorporated, et al.*<br>2:19-cv-04164-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of Plaintiffs Fred Dreesman and Kay Dreesman ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs in the above-entitled action are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
Honorable David G Campbell

1