## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>　　　　PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV17-02406 PHX DGC |
| Kyle Douglas Bell and<br>Heather Michelle Bell,<br><br>　　　　　　*Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>　　　　　　Defendants. | **STIPULATION OF<br>PARTIAL DISMISSAL** |

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Come now, Plaintiffs Kyle Douglas Bell and Heather Michelle Bell, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Heather Michelle Bell in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs. All claims by Kyle Douglas Bell remain in full force and effect.

-1-

Date:   October 23, 2020

Respectfully submitted,

 /s/ *Howard L. Nations*
Howard L. Nations
THE NATIONS LAW FIRM
9703 Richmond Ave., Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Fax: (713) 807-8423

ATTORNEYS FOR PLAINTIFF


 /s/ *with express permission /Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

ATTORNEYS FOR DEFENDANTS