# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV17-02406 PHX DGC |
| Kyle Douglas Bell and<br>Heather Michelle Bell,<br><br>　　　　*Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>　　　　Defendants. | **ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of Heather Michelle Bell **only**.

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of Heather Michelle Bell only is **granted**. The Clerk of Court is directed to terminate Heather Michelle Bell **only** in Case No. CV17-02406.

　　　　Dated this _____ day of October, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID G. CAMPBELL
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE