# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC<br>Case No: 2:16-cv-02730-DGC |
| This document relates to Plaintiff(s)<br>Bethany v. C R Bard Incorporated, et al. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Karen Bethany ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

The parties reached a settlement in this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the case with prejudice to the re-filing of same.  Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 23rd day of October, 2020.

| | |
|---|---|
| *s/* Brian Keith Jackson<br>Brian Keith Jackson<br>**RILEY & JACKSON, P.C.**<br>3530 Independence Drive<br>Birmingham, Alabama 35209<br>P: (205) 879-5000<br>F: (205) 879-5901<br>kj@rileyjacksonlaw.com<br>*Attorneys for Plaintiff* | s/Richard B. North, Jr.<br>Richard B. North, Jr.<br>richard.north@nelsonmullins.com<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: 404.322.6000<br>F: 404.332.6397<br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/* Brian Keith Jackson
Brian Keith Jackson
