IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC<br>Case No: 2:16-cv-02730-DGC |
|---|---|
| This document relates to Plaintiff(s)<br>Bethany v. C R Bard Incorporated, et al. | **STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiff and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 23rd day of October, 2020.