IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to:<br><br>Ashley Carter<br><br>v.<br><br>C.R. Bard Inc. and<br>Bard Peripheral Vascular, Inc. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action Number: 2:16-cv-01852-DGC |

NOW INTO COURT, comes Plaintiff, Ashley Carter, and Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), who file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of this case with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss this case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this _____ day of _____, 2020.

/s/ Scott E. Brady
Scott E. Brady (#24976)
scott@bohrerbrady.com
Philip Bohrer (#14089)
phil@bohrerbrady.com
BOHRER BRADY, LLC.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

**Attorneys for Plaintiff,
Ashley Carter**

/s/ Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
201 17th Street NW
Suite 1700
Atlanta, Georgia  30363
Telephone: (404) 322-6000
Facsimile: (404) 332-6397

**Attorneys for Defendants CR Bard,
Inc. and Bard Peripheral Vascular**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2020, I served the foregoing on counsel for defendant by email and/or First Class U.S. Mail, postage prepaid and properly addressed.

                                       /s/ Scott E. Brady