# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to: Ashley Carter v. C.R. Bard Inc. and Bard Peripheral Vascular, Inc. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action Number: 2:16-cv-01852-DGC |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff, Ashely Carter, are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

THUS DONE AND SIGNED on this _____ day of _____, 2020

_____
Honorable David G. Campbell

1