Mark S. O'Connor (011029)
BEUS GILBERT McGRODER PLLC
701 North 44th St.
Phoenix, AZ 85008
Telephone: (480) 429-3000
moconnor@beusgilbert.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC  **JOINT PROPOSED REPORT REGARDING CASES WHICH HAVE PREVIOUSLY BEEN DISMISSED, BUT WHERE THE PLAINTIFFS HAVE OPTED OUT OF THE SETTLEMENT AGREEMENT**  (Assigned to the Honorable David G. Campbell) |

Pursuant to the Court's order dated July 16, 2020 (Doc. 21540), the parties are submitting a list of all cases that have previously been dismissed in this MDL under a settlement agreement, but where the plaintiff has subsequently "opted out" of the settlement agreement.

**I. THE "OPT OUTS"**

Out of the approximately 4,347 cases dismissed without prejudice from the MDL (subject to a tolling agreement), there are presently only 101 plaintiffs who were originally part of a settlement agreement and dismissed their cases, but who have now "opted out" of the settlement. 2 of those plaintiffs' cases were transferred to this Court by the Judicial Panel of Multidistrict Litigation ("JPML"), and 99 of those plaintiffs' cases were directly filed in this MDL. The Court has previously indicated that it will vacate the dismissals of these cases, and transfer or remand the cases to the appropriate court. Pursuant to the Court's direction, the parties are attaching as Exhibit "A" a list of those cases to be included in a Suggestion of Remand to be sent to the MDL. Attached as Exhibit "B" is a list of those cases to be transferred to other jurisdictions pursuant to 28 U.S.C. sec. 1404. As directed by the Court, the parties are separately filing the documents to accompany the remands and transfers.

**II. OTHER CASES WITHOUT A FINALIZED SETTLEMENT**

In addition to the plaintiffs who have opted out of the settlement, there are a number of additional plaintiffs whose cases have been dismissed, but who have yet to sign a release. Those plaintiffs fall into a number of different categories, as follows:

- By the count of the plaintiffs' counsel, 99 plaintiffs are **still considering the settlement amount** allocated to them.
- 43 plaintiffs are **deceased**, and the plaintiffs' counsel have been unable to identify any known heirs.
- 78 plaintiffs have been completely **unresponsive** to numerous inquiries from the plaintiffs' counsel.
- The plaintiffs' attorneys have been **unable to locate** 107 of the plaintiffs.

1 | The parties seek direction from the Court as to how it would like to treat plaintiffs in these categories. Those plaintiffs have not opted out of the settlement, but the possibility exists that they may in the future. The parties would respectfully request a brief telephonic conference with the Court to discuss how these plaintiffs should be handled.

RESPECTFULLY SUBMITTED this 23rd day of October, 2020.

| LOPEZ MCHUGH LLP | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: /s/ *Ramon Rossi Lopez* (with permission)<br>　　Ramon Rossi Lopez(_86361)<br>　　(admitted *pro hac* vice)<br>　　100 Bayview Circle, Suite 5600<br>　　Newport Beach, CA 92660<br><br>　　Mark S. O'Connor (011029)<br>　　701 North 44th St.<br>　　Phoenix, AZ 85008<br>　　BEUS GILBERT McGroder PLLC<br><br>*Co-Lead/Liaison Counsel for Plaintiffs* | By: /s/ *Richard B. North, Jr.*<br>　　Richard B. North, Jr. (*pro hac vice*)<br>　　Georgia Bar No.545599<br>　　Matthew B. Lerner (*pro hac vice*)<br>　　Georgia Bar No.446986<br>　　Atlantic Station<br>　　201 17th Street, NW / Suite 1700<br>　　Atlanta, GA  30363<br><br>　　James R. Condo (005867)<br>　　Kristine L. Gallardo (033975)<br>　　SNELL & WILMER L.L.P.<br>　　One Arizona Center<br>　　400 E. Van Buren<br>　　Phoenix, AZ 85004-2204<br><br>*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |