**EXHIBIT A**
**JPML Filed Cases to be Remanded**

| Case Caption | Current Civil Action | Originating Civil Action | Member Case Opened | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|---|
| Tamika Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01956-PHX-DGC | CV-15-01956-PHX-DGC | 1:15-cv-03045-AT | 9/30/2015 | USDC GA, Northern District | Aylstock Witkin Kreis & Overholtz PLLC |
| Yusef S. Pasha and Gerri Stewart Pasha v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, CV-17-03899-PHX-DGC | CV-17-03899-PHX-DGC | 1:17-cv-07878 | 11/17/2017 | USDC NY, Southern District | Marc J Bern & Associates LLP |