**EXHIBIT B**
**Direct Filed Cases to be Transferred**

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Hugh M. Rhoden, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00593-PHX-DGC | CV-19-00593-PHX-DGC | 1/30/2019 | Not answered in complaint | Freese & Goss PLLC |
| Donald Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03501-PHX-DGC | CV-19-03501-PHX-DGC | 5/24/2019 | USDC AL, Northern District | Johnson Law Group |
| Albert Johnson and Tracie Johnson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01035-PHX-DGC | CV-16-01035-PHX-DGC | 4/13/2016 | USDC AL, Northern District | Lowe Law Group |
| Russell Coats v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02136-PHX-DGC | CV-16-02136-PHX-DGC | 6/29/2016 | USDC AL, Northern District | Babbitt & Johnson, PA |
| Vincent Wayne Thomas v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01221-PHX-DGC | CV-16-01221-PHX-DGC | 4/26/2016 | USDC AL, Southern District | Shaw Cowart, LLP |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| James Paxton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01775-PHX-DGC | CV-17-01775-PHX-DGC | 6/7/2017 | USDC AR, Eastern District | Babbitt & Johnson, PA |
| Rodney Sutton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02208-PHX-DGC | CV-17-02208-PHX-DGC | 7/10/2017 | USDC AR, Western District | Flint Law Firm LLC |
| Cindy D. Wilhite v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01933-PHX-DGC | CV-17-01933-PHX-DGC | 6/21/2017 | USDC AR, Western District | Babbitt & Johnson, PA |
| Robert Vanderupwich v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00145-PHX-DGC | CV-19-00145-PHX-DGC | 1/9/2019 | USDC CA, Central District | Bertram & Graf LLC |
| Junnigh Contreras v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00857-PHX-DGC | CV-17-00857-PHX-DGC | 3/22/2017 | USDC CA, Central District | Babbitt & Johnson, PA |
| Juanita L. Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01646-PHX-DGC | CV-19-01646-PHX-DGC | 3/11/2019 | USDC CA, Central District | Babbitt & Johnson, PA |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Micheline Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03977-PHX-DGC | CV-19-03977-PHX-DGC | 5/30/2019 | USDC CA, Eastern District | McDonald Worley, PC |
| Joseph Olsen v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02044-PHX-DGC | CV-18-02044-PHX-DGC | 6/29/2018 | USDC CA, Eastern District | Johnson Law Group |
| Tammy Encalade v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04558-PHX-DGC | CV-18-04558-PHX-DGC | 12/7/2018 | USDC CA, Eastern District | Freese & Goss PLLC |
| Elizabeth Leyva and Juan Leyva v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01758-PHX-DGC | CV-16-01758-PHX-DGC | 6/3/2016 | USDC CA, Southern District | Lowe Law Group |
| Christopher L. Forbes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00464-PHX-DGC | CV-19-00464-PHX-DGC | 1/29/2019 | USDC CT | Freese & Goss PLLC |
| Mary Dengler and Thomas Dengler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00592-PHX-DGC | CV-18-00592-PHX-DGC | 2/22/2018 | USDC CT | Niemeyer, Grebel & Kruse LLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Louis Floyd Fletcher and Roxanne Fletcher v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01820-PHX-DGC | CV-16-01820-PHX-DGC | 6/8/2016 | USDC DE | Babbitt & Johnson, PA |
| Curtis E. Coleman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03698-PHX-DGC | CV-17-03698-PHX-DGC | 10/11/2017 | USDC FL, Middle District | Freese & Goss PLLC |
| Kim M. Hepler v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00630-PHX-DGC | CV-16-00630-PHX-DGC | 3/7/2016 | USDC FL, Middle District | Lowe Law Group |
| Eileen Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01343-PHX-DGC | CV-18-01343-PHX-DGC | 5/1/2018 | USDC FL, Middle District | Ferrer, Poirot & Wansbrough |
| Sean Loewer and Christina Suero v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02966-PHX-DGC | CV-17-02966-PHX-DGC | 8/31/2017 | USDC FL, Middle District | Osborne & Francis Law Firm, PLLC |
| Franklin Conner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04387-PHX-DGC | CV-17-04387-PHX-DGC | 11/29/2017 | USDC FL, Middle District | Freese & Goss PLLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Helen Bernstein v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01775-PHX-DGC | CV-16-01775-PHX-DGC | 6/7/2016 | USDC FL, Middle District | Babbitt & Johnson, PA |
| Janet V. Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01233-PHX-DGC | CV-19-01233-PHX-DGC | 2/22/2019 | USDC FL, Middle District | Wagstaff & Cartmell LLP |
| Neal Hiatt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00799-PHX-DGC | CV-19-00799-PHX-DGC | 2/7/2019 | USDC FL, Northern District | Osborne & Francis Law Firm, PLLC |
| David MacEachern v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02497-PHX-DGC | CV-17-02497-PHX-DGC | 7/26/2017 | USDC FL, Northern District | Johnston Law Group |
| Antoine J. Chery v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03523-PHX-DGC | CV-18-03523-PHX-DGC | 10/26/2018 | USDC FL, Southern District | Freese & Goss PLLC |
| Louis L. Sherwin and Lisa Sherwin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03962-PHX-DGC | CV-16-03962-PHX-DGC | 11/15/2016 | USDC FL, Southern District | Babbitt & Johnson, PA |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Benjamin Dukes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03629-PHX-DGC | CV-18-03629-PHX-DGC | 10/31/2018 | USDC GA, Northern District | Freese & Goss PLLC |
| Edna Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03427-PHX-DGC | CV-18-03427-PHX-DGC | 10/24/2018 | USDC GA, Northern District | Johnson Law Group |
| Sophelia Johnson-Winfrey and Gerald S. Winfrey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04301-PHX-DGC | CV-17-04301-PHX-DGC | 11/27/2017 | USDC GA, Northern District | Babbitt & Johnson, PA |
| John Jett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03634-PHX-DGC | CV-18-03634-PHX-DGC | 10/31/2018 | USDC GA, Northern District | Freese & Goss PLLC |
| Sarah Grantham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02928-PHX-DGC | CV-18-02928-PHX-DGC | 9/18/2018 | USDC GA, Southern District | Allen & Nolte, PLLC |
| Robert Kirkland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03936-PHX-DGC | CV-17-03936-PHX-DGC | 10/25/2017 | USDC GA, Southern District | Niemeyer, Grebel & Kruse LLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Jerry A. Ostap and Nadine Ostap v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02342-PHX-DGC | CV-16-02342-PHX-DGC | 7/14/2016 | USDC IL, Northern District | Babbitt & Johnson, PA |
| Frank Zeledon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04423-PHX-DGC | CV-18-04423-PHX-DGC | 12/5/2018 | USDC IL, Northern District | Freese & Goss PLLC |
| Bill R. Stevens v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03823-PHX-DGC | CV-18-03823-PHX-DGC | 11/5/2018 | USDC IL, Southern District | Freese & Goss PLLC |
| Daniel Godsell and Carolyn Godsell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02091-PHX-DGC | CV-18-02091-PHX-DGC | 7/3/2018 | USDC IN, Northern District | Flint Law Firm LLC |
| Darrin Foy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00443-PHX-DGC | CV-19-00443-PHX-DGC | 1/29/2019 | USDC KS | Freese & Goss PLLC |
| Dianne M Milton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00662-PHX-DGC | CV-19-00662-PHX-DGC | 2/1/2019 | USDC LA, Eastern District | Freese & Goss PLLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| John Agnelly and Sue Agnelly v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00608-PHX-DGC | CV-16-00608-PHX-DGC | 3/4/2016 | USDC LA, Eastern District | Branch Law Firm |
| Michael B. Stuart v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03381-PHX-DGC | CV-18-03381-PHX-DGC | 10/19/2018 | USDC MA | Freese & Goss PLLC |
| Derick Gerideau v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00411-PHX-DGC | CV-17-00411-PHX-DGC | 2/9/2017 | USDC MD | Shaw Cowart, LLP |
| Dennis W. Nicora v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04309-PHX-DGC | CV-19-04309-PHX-DGC | 5/31/2019 | USDC MI, Eastern District | Marc J Bern & Partners LLP |
| Patricia Anne Hemming v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03587-PHX-DGC | CV-16-03587-PHX-DGC | 10/18/2016 | USDC MI, Western District | Murray Law Firm |
| Timothy Lauer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00113-PHX-DGC | CV-19-00113-PHX-DGC | 1/8/2019 | USDC MO, Eastern District | Bertram & Graf LLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Ginger Henley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03949-PHX-DGC | CV-19-03949-PHX-DGC | 5/30/2019 | USDC MO, Western District | McDonald Worley, PC |
| Stephanie Barnett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02875-PHX-DGC | CV-19-02875-PHX-DGC | 5/7/2019 | USDC MS, Northern District | Johnson Law Group |
| Albert R. Morgan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04447-PHX-DGC | CV-18-04447-PHX-DGC | 12/5/2018 | USDC MS, Northern District | Freese & Goss PLLC |
| Candace D. Haralson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00642-PHX-DGC | CV-19-00642-PHX-DGC | 1/31/2019 | USDC MS, Southern District | Freese & Goss PLLC |
| Roger N. Huffman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03488-PHX-DGC | CV-18-03488-PHX-DGC | 10/25/2018 | USDC MS, Southern District | Freese & Goss PLLC |
| Mary Mitchell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02528-PHX-DGC | CV-19-02528-PHX-DGC | 4/18/2019 | USDC NC, Eastern District | Wright & Schulte, LLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Christy Watts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03449-PHX-DGC | CV-17-03449-PHX-DGC | 10/4/2017 | USDC NC, Eastern District | Freese & Goss PLLC |
| Donald Terrell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04490-PHX-DGC | CV-18-04490-PHX-DGC | 12/6/2018 | USDC NC, Middle District | Freese & Goss PLLC |
| Latiesha Parsons v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00887-PHX-DGC | CV-16-00887-PHX-DGC | 3/31/2016 | USDC NC, Western District | Babbitt & Johnson, PA |
| Devin L. Mason v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03768-PHX-DGC | CV-18-03768-PHX-DGC | 11/2/2018 | USDC NC, Western District | Freese & Goss PLLC |
| Charles T. Ross v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03278-PHX-DGC | CV-18-03278-PHX-DGC | 10/12/2018 | USDC ND | Freese & Goss PLLC |
| Neal Hayward and Cecilia Hayward v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04038-PHX-DGC | CV-17-04038-PHX-DGC | 11/2/2017 | USDC NE | Skikos, Crawford, Skikos & Joseph, LLP |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Bradley Simpson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00098-PHX-DGC | CV-18-00098-PHX-DGC | 1/10/2018 | USDC NE | Wagstaff & Cartmell LLP |
| Orndary Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01225-PHX-DGC | CV-17-01225-PHX-DGC | 4/25/2017 | USDC NJ[1] | Johnson Law Group |
| Nestor Griego v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00929-PHX-DGC | CV-19-00929-PHX-DGC | 2/12/2019 | USDC NV | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Michael Edging v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Untied States District Court, District of Arizona, Phoenix Division, CV-17-02960-PHX-DGC | CV-17-02960-PHX-DGC | 8/31/2017 | USDC NV | Davis, Bethune & Jones, LLC |
| Patty Fairchild v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03885-PHX-DGC | CV-17-03885-PHX-DGC | 10/23/2017 | USDC NV | Marc J Bern & Partners LLP |
| Ronnie Collins v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02046-PHX-DGC | CV-18-02046-PHX-DGC | 6/29/2018 | USDC NV | Osborne & Francis Law Firm, PLLC |

---

[1] According to his complaint and Plaintiff Fact Sheet, Plaintiff Murphy resided in NJ at the time of implant and his filter was implanted at a facility located in New Brunswick, NJ and he currently resides in Atlanta, GA.

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Cecilia Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01924-PHX-DGC | CV-19-01924-PHX-DGC | 3/23/2019 | USDC NY, Eastern District | Bertram & Graf LLC |
| Shashawna Jones Benitez and Edwin Benitez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04111-PHX-DGC | CV-16-04111-PHX-DGC | 11/29/2016 | USDC NY, Eastern District | Babbitt & Johnson, PA |
| Monica Edwards v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02785-PHX-DGC | CV-16-02785-PHX-DGC | 8/18/2016 | USDC NY, Eastern District | Babbitt & Johnson, PA |
| John McGreath v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00659-PHX-DGC | CV-19-00659-PHX-DGC | 2/1/2019 | USDC NY, Western District | Freese & Goss PLLC |
| Rosalie Amatore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03864-PHX-DGC | CV-17-03864-PHX-DGC | 10/20/2017 | USDC NY, Western District | Marc J Bern & Partners LLP |
| Victoria Overton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00150-PHX-DGC | CV-18-00150-PHX-DGC | 1/16/2018 | USDC OH, Northern District | Skikos, Crawford, Skikos & Joseph, LLP |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Michael J. Mattwig v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01505-PHX-DGC | CV-17-01505-PHX-DGC | 5/17/2017 | USDC OH, Northern District | Babbitt & Johnson, PA |
| Betsie Deane v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03288-PHX-DGC | CV-17-03288-PHX-DGC | 9/22/2017 | USDC PA, Eastern District | Bertram & Graf LLC |
| Troy Holmes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03841-PHX-DGC | CV-17-03841-PHX-DGC | 10/20/2017 | USDC PA, Eastern District | Marc J Bern & Partners LLP |
| Robert Confer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04678-PHX-DGC | CV-17-04678-PHX-DGC | 12/18/2017 | USDC PA, Middle District | Marc J Bern & Partners LLP |
| James E. Henry v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00228-PHX-DGC | CV-16-00228-PHX-DGC | 1/27/2016 | USDC PA, Middle District | Freese & Goss, PLLC |
| David A. Kissinger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03074-PHX-DGC | CV-17-03074-PHX-DGC | 9/11/2017 | USDC PA, Middle District | Freese & Goss PLLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| James Ronald Morgan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04109-PHX-DGC | CV-16-04109-PHX-DGC | 11/29/2016 | USDC SC | Babbitt & Johnson, PA |
| Laura Tanner and Shane Tanner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03988-PHX-DGC | CV-17-03988-PHX-DGC | 10/30/2017 | USDC SC | Skikos, Crawford, Skikos & Joseph, LLP |
| Jasson T. Lanham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03699-PHX-DGC | CV-18-03699-PHX-DGC | 11/1/2018 | USDC SC | Freese & Goss PLLC |
| Debora L. Janes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03901-PHX-DGC | CV-16-03901-PHX-DGC | 11/9/2016 | USDC SD | Babbitt & Johnson, PA |
| Larry D. Royston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03423-PHX-DGC | CV-17-03423-PHX-DGC | 10/3/2017 | USDC TN, Eastern District | Freese & Goss PLLC |
| Barbara Buchanan and James Buchanan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02090-PHX-DGC | CV-16-02090-PHX-DGC | 6/28/2016 | USDC TN, Eastern District | Gallagher Law Firm |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Timothy Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01078-PHX-DGC | CV-19-01078-PHX-DGC | 2/15/2019 | USDC TN, Middle District | Johnson Law Group |
| Gregory Jeffreys v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02534-PHX-DGC | CV-19-02534-PHX-DGC | 4/18/2019 | USDC TN, Western District | Wright & Schulte, LLC |
| Curtisteen McNeal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03642-PHX-DGC | CV-17-03642-PHX-DGC | 10/10/2017 | USDC TN, Western District | Freese & Goss PLLC |
| Debra Cobb, as Administratix and Loss of Consortium of the Estate of Lance Cobb v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04691-PHX-DGC | CV-18-04691-PHX-DGC | 12/14/2018 | USDC TX, Eastern District | Weitz & Luxenberg, PC |
| Curley Gene Hayes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02061-PHX-DGC | CV-16-02061-PHX-DGC | 6/25/2016 | USDC TX, Northern District | Babbitt & Johnson, PA |
| Jeff Vela v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02941-PHX-DGC | CV-18-02941-PHX-DGC | 9/19/2018 | USDC TX, Northern District | Johnson Law Group |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Tina Gustin, as Personal Representative of the Estate of Beulah Gordon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03411-PHX-DGC | CV-19-03411-PHX-DGC | 5/23/2019 | USDC TX, Northern District | Johnson Law Group |
| Hal Buie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00759-PHX-DGC | CV-19-00759-PHX-DGC | 2/6/2019 | USDC TX, Northern District | Johnson Law Group |
| Alvis L. Irwin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03084-PHX-DGC | CV-17-03084-PHX-DGC | 9/11/2017 | USDC TX, Southern District | Freese & Goss PLLC |
| Alexis A. Ameel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02766-PHX-DGC | CV-16-02766-PHX-DGC | 8/17/2016 | USDC TX, Southern District | Freese & Goss PLLC |
| Calvin Timberlake and Karen Timberlake v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03999-PHX-DGC | CV-16-03999-PHX-DGC | 11/18/2016 | USDC TX, Southern District | Babbitt & Johnson, PA |
| Lonnie Mae Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02547-PHX-DGC | CV-19-02547-PHX-DGC | 4/19/2019 | USDC TX, Southern District | Freese & Goss PLLC |

| Case Caption | Current Civil Action | Complaint Filed | Transferor Court | Plaintiff Counsel |
|---|---|---|---|---|
| Kenneth Floyd v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02526-PHX-DGC | CV-19-02526-PHX-DGC | 4/18/2019 | USDC VA, Eastern District | Wright & Schulte, LLC |
| Susan Savetwith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03465-PHX-DGC | CV-18-03465-PHX-DGC | 10/25/2018 | USDC WI, Eastern District | Weitz & Luxenberg, PC |
| Terry G. Crum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00630-PHX-DGC | CV-19-00630-PHX-DGC | 1/31/2019 | USDC WI, Western District | Freese & Goss PLLC |