1   Mark S. O'Connor (#011029)
    BEUS GILBERT MCGRODER PLLC
2   701 North 44th St.
    Phoenix, AZ 85008
3   Telephone: (480) 429-3000
    moconnor@beusgilbert.com
4
    Ramon Rossi Lopez (admitted *pro hac vice*)
5   (CA Bar No. 86361)
    LOPEZ MCHUGH LLP
6   100 Bayview Circle, Suite 5600
    Newport Beach, CA 92660
7   rlopez@lopezmchugh.com

8   *Attorneys for Plaintiffs*

9   James R. Condo (#005867)
    Kristine L. Gallardo (#033975)
    SNELL & WILMER L.L.P.
10  One Arizona Center
    400 E. Van Buren, Suite 1900
11  Phoenix, AZ 85004-2204
    Telephone:  (602) 382-6000
12  jcondo@swlaw.com
    kgallardo@swlaw.com
13
    Richard B. North, Jr. (admitted *pro hac vice*)
14  Georgia Bar No. 545599
    Matthew B. Lerner (admitted *pro hac vice*)
15  Georgia Bar No. 446986
    NELSON MULLINS RILEY & SCARBOROUGH LLP
16  Atlantic Station
    201 17th Street, NW, Suite 1700
17  Atlanta, GA  30363
    Telephone: (404) 322-6000
18  richard.north@nelsonmullins.com
    matthew.lerner@nelsonmullins.com
19
    *Attorneys for Defendants*
20  *C. R. Bard, Inc. and*
    *Bard Peripheral Vascular, Inc.*
21

22              IN THE UNITED STATES DISTRICT COURT

23                 FOR THE DISTRICT OF ARIZONA

24  IN RE:  Bard IVC Filters Products Liability     No. 2:15-MD-02641-DGC
    Litigation
25                                                  **THE PARTIES' NOTICE OF
                                                    FILING SUBMISSION REGARDING
26                                                  REMAND OR TRANSFER OF
                                                    CERTAIN CASES**
27
                                                    (Assigned to the Honorable David G.
28                                                  Campbell)

1    Pursuant to Case Management Order No. 47 (Doc. 21540 at 5), the Plaintiffs and

2    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby submit the attached

3    report for the Court's consideration regarding certain of the MDL cases in Track 2 that are

4    ready for remand or transfer.

5    The following materials are attached:

6    Exhibit "A" – A list of pertinent orders to be attached to the report provided to the

7    receiving courts, referenced as "Exhibit 1" in the joint proposed report, and to be attached

8    to the stipulated designation of record to be sent with remanded or transferred cases,

9    referenced as "Exhibit A" in the stipulated designation of record;

10    Exhibit "B" – A list of exhibits admitted at the bellwether trials (excluding case-

11    specific medical records) and documents deemed no longer subject to the Protective

12    Order, referenced as "Exhibit 2" in the joint proposed report;

13    Exhibit "C" – A joint proposed report of the MDL by the parties; and

14    Exhibit "D" – A stipulated designation of record to be sent with remanded or

15    transferred cases.

16    The parties stand ready to address any questions the Court may have.

17    RESPECTFULLY SUBMITTED this 23th day of October, 2020.

18    BEUS GILBERT MCGRODER PLLC        NELSON MULLINS RILEY &
                                        SCARBOROUGH, LLP
19

20    By: /s/ *Mark O'Connor* (with permission)    By: /s/ *Richard B. North, Jr.*
         Mark S. O'Connor (011029)                    Richard B. North, Jr. (*pro hac vice*)
21       701 North 44th St.                            Georgia Bar No. 545599
         Phoenix, AZ 85008                             Matthew B. Lerner (*pro hac vice*)
22                                                     Georgia Bar No. 446986
         Ramon Rossi Lopez                             Atlantic Station
23       (admitted *pro hac vice*)                     201 17th Street, NW / Suite 1700
         CA Bar No. 86361                              Atlanta, GA 30363
24       LOPEZ MCHUGH LLP
         100 Bayview Circle, Suite 5600                James R. Condo (005867)
25       Newport Beach, CA 92660                       Kristine L. Gallardo (033975)
                                                       SNELL & WILMER L.L.P.
26       *Co-Lead/Liaison Counsel for*                 One Arizona Center
         *Plaintiffs*                                  400 E. Van Buren
27                                                     Phoenix, AZ 85004-2204

28                                                     *Attorneys for C. R. Bard, Inc. and Bard*

1

*Peripheral Vascular, Inc.*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28