# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to:<br><br>Josephine Clark and Nadia Miluska Clark,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. MDL 15-2641-PHX DGC<br><br>No. CV17-00542 PHX DGC<br><br>**ORDER** |
|---|---|

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21651.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21651) is **granted.** The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of October, 2020.

David G. Campbell
Senior United States District Judge