# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to:<br><br>Cain, Lance v. C.R. Bard Inc., et al.,<br>Case No.: 2:16-cv-00446-PHX-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Lance Cain ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of this case with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss this case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 26th day of October, 2020.

                                                    *s/Eric D. Holland*
                                                    Eric D. Holland
                                                    eholland@hollandtriallawyers.com
                                                    HOLLAND LAW FIRM
                                                    300 N. Tucker Blvd., Suite 801
                                                    St. Louis, MO 63101
                                                    P: 314-241-8111
                                                    F: 314-241-5554
                                                    ***Attorneys for Plaintiff, Lance Cain***

                                                    And

*s/*Richard B. North, Jr.
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404.322.6000
F: 404.332.6397
***Attorneys for Defendants C. R. Bard, Inc. and
Bard Peripheral Vascular Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/Eric D. Holland*
Eric D. Holland
eholland@hollandtriallawyers.com
HOLLAND LAW FIRM
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
P: 314-241-8111
F: 314-241-5554

*Attorneys for Plaintiff, Lance Cain*

2