# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Kyle Douglas Bell and Heather Michelle Bell,<br><br>                     Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV17-02406 PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of Heather Michelle Bell, **only**, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21658.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Heather Michelle Bell, **only** (Doc. 21658) is **granted.**  The claims of the Heather Michelle Bell, **only**, are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of October, 2020.

David G. Campbell
Senior United States District Judge