# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to:<br>Charles Johnson,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  MDL 15-2641-PHX DGC<br><br>No.  CV16-00473 PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiff, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21660.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiff (Doc. 21660) is **granted.**  The claims of the Plaintiff are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge