# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Arlene Anderwald and Noel Anderwald,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04459 PHX DGC<br><br>**ORDER** |
| Shevonne Carter and James Carter,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03261 PHX DGC<br><br>**ORDER** |
| Joshua Cortez,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00828 PHX DGC<br><br>**ORDER** |
| Annette Crisp,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-01470 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bunnie Benita Finley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04051 PHX DGC<br><br>**ORDER** |
| Rufus Green,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00417 PHX DGC<br><br>**ORDER** |
| Edward Huderski,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00637 PHX DGC<br><br>**ORDER** |
| Steven Lemus,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-2806 PHX DGC<br><br>**ORDER** |
| Gloria Mercer,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02934 PHX DGC<br><br>**ORDER** |
| Roberta Peach and Wells Peach,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04071 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Robertson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00812 PHX DGC<br><br>**ORDER** |
| Ann Marie Spain and Thomas Spain,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04472 PHX DGC<br><br>**ORDER** |
| Jeanne Swartz,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04488 PHX DGC<br><br>**ORDER** |
| Amy White,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04427 PHX DGC<br><br>**ORDER** |
| Roberta Williams,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00848 PHX DGC<br><br>**ORDER** |
| Barbara Woods,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-04428 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Deborah Wynn and Wilson Jerry Wynn,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01176 PHX DGC<br><br>**ORDER** |
| Darin Zech,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04491 PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21659.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21659) is **granted.** The claims of the Plaintiff are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of October, 2020.

_David G. Campbell_
David G. Campbell
Senior United States District Judge