**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Dustin Craig,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00869 PHX DGC<br><br>**ORDER** |
| Mary Ann Adomnik,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01142 PHX DGC<br><br>**ORDER** |
| Dwain Anderson and Ellen Anderson,<br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01143 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kelli Jernigan ,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01144 PHX DGC<br><br>**ORDER** |
| Rita Malott,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01145 PHX DGC<br><br>**ORDER** |
| Linda Rollins,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01146 PHX DGC<br><br>**ORDER** |
| Sharen Schaefer,<br><br>        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>        Defendants. | No.  CV16-01149 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Phyllis Young,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV16-01151 PHX DGC<br><br>**ORDER** |
| Anthony Badger,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV16-01354 PHX DGC<br><br>**ORDER** |
| April Arnold,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV16-01355 PHX DGC<br><br>**ORDER** |
| Anthony DeChristofaro,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV16-01356 PHX DGC<br><br>**ORDER** |
| Shane Reece,<br><br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No.  CV16-01360 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Christopher George and Rachel George,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-02257 PHX DGC<br><br>**ORDER** |
| Kimberly Gaskin,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV16-03270 PHX DGC<br><br>**ORDER** |
| Linda Dismuke,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-01437 PHX DGC<br><br>**ORDER** |
| Susan Parmley,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-01438 PHX DGC<br><br>**ORDER** |
| Calvin Spigner,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-01440 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Fredeswinda Reyes,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-01441 PHX DGC<br><br>**ORDER** |
| Brenda Rand,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-03141 PHX DGC<br><br>**ORDER** |
| Neri Prichard,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-03142 PHX DGC<br><br>**ORDER** |
| Amy Banks,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-03144 PHX DGC<br><br>**ORDER** |
| Patricia McCracken,<br><br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-03145 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Linda Bennett,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-03147 PHX DGC<br><br>**ORDER** |
| Conrade Thompson,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-00831 PHX DGC<br><br>**ORDER** |
| Neal Faint and Karla Faint,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-01520 PHX DGC<br><br>**ORDER** |
| David Fausett,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-01521 PHX DGC<br><br>**ORDER** |
| Jacque Thornburg,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-01522 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| John Maxwell,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-02082 PHX DGC<br><br>**ORDER** |
| Tina Serio,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-02792 PHX DGC<br><br>**ORDER** |
| Lorraine Fox,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-04134 PHX DGC<br><br>**ORDER** |
| Robert Burger,<br><br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV18-04135 PHX DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21650.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21650) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 26th day of October, 2020.

David G. Campbell
Senior United States District Judge