Richard B. North, Jr. (Admitted *pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Phone:  404.322.6000
Fax:  404.322.6050

Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Candace D. Haralson,<br><br>              Plaintiff,<br><br>      vs.<br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>              Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Case No.  CV-19-00642-PHX-DGC<br><br>**APPEARANCE OF COUNSEL** |

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  October 26, 2020         /s/ Richard B. North, Jr.
                                *Signature of the attorney or unrepresented party*

                                Richard B. North, Jr. (Ga. Bar No. 545599)
                                *Printed Name*

                                Nelson Mullins Riley & Scarborough, LLP
                                201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363
                                *Address*

                                richard.north@nelsonmullins.com
                                *E-mail Address*

                                (404) 322-6155
                                *Telephone number*