Richard B. North, Jr. (Admitted *pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Phone: 404.322.6000
Fax: 404.322.6050

Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lonnie Mae Robinson,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>　　　　　Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Case No.  CV-19-02547-PHX-DGC<br><br>**APPEARANCE OF COUNSEL** |

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

| | |
|---|---|
| Date:  October 26, 2020 | /s/ Richard B. North, Jr.<br>*Signature of the attorney or unrepresented party* |
| | Richard B. North, Jr. (Ga. Bar No. 545599)<br>*Printed Name* |
| | Nelson Mullins Riley & Scarborough, LLP<br>201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363<br>*Address* |
| | richard.north@nelsonmullins.com<br>*E-mail Address* |
| | (404) 322-6155<br>*Telephone number* |