Richard B. North, Jr. (Admitted *pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Phone:  404.322.6000
Fax:  404.322.6050

Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Zeledon,<br><br>                    Plaintiff,<br><br>        vs.<br><br>C. R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>                    Defendants. | MDL Case No. 2:15-md-02641-DGC<br><br>Case No.   CV-18-04423-PHX-DGC<br><br>**APPEARANCE OF COUNSEL** |

To:  The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

        Defendant(s) C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

Date:  <u>October 26, 2020</u>         <u>/s/ Richard B. North, Jr.</u>
                                                      *Signature of the attorney or unrepresented party*

                                                      <u>Richard B. North, Jr. (Ga. Bar No. 545599)</u>
                                                      *Printed Name*

                                                      Nelson Mullins Riley & Scarborough, LLP
                                                      <u>201 17th St., NW, Ste. 1700, Atlantic Station, Atlanta, GA 30363</u>
                                                      *Address*

                                                      <u>richard.north@nelsonmullins.com</u>
                                                      *E-mail Address*

                                                      <u>(404) 322-6155</u>
                                                      *Telephone number*