**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to:<br><br>*Mary Lou Lee v. C.R. Bard, Inc., et al.*<br>18-cv-01110-PHX-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Mary Lou Lee ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby jointly stipulate to the dismissal with prejudice to the re-filing of same of this action. Plaintiff and Defendants further stipulate that each party is to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss this action in its entirety with prejudice to the re-filing of same and order that the parties are to bear their own costs.

Respectfully submitted this 27th day of October, 2020.

| | |
|---|---|
| */s/ Kevin M. Fitzgerald*<br>Kevin M. Fitzgerald<br>FITZGERALD LAW GROUP, LLC<br>120 Exchange Street, Suite 200<br>Portland, ME 04101<br>P: (207) 874-7407<br>F: (207) 850-2120<br>Email: kfitzgerald@fitz-lawgroup.com | */s/ Richard B. North,* Jr.<br>Richard B. North, Jr.<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: (404) 322-6000<br>F: (404) 332-6397<br>Email: richard.north@nelsonmullins.com |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*** |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kevin M. Fitzgerald*
