# **EXHIBIT A**

| CASE CAPTION | CIVIL ACTION NO. |
|---|---|
| *Farid Boumediene v. C.R. Bard, Inc., et al.* | 2:16-cv-03214 |
| *Deborah Fahnestock v. C.R. Bard, Inc., et al.* | 2:16-cv-02749 |
| *Joshua Hicks v. C.R. Bard, Inc., et al.* | 2:16-cv-03309 |
| *Ronetta Juniel v. C.R. Bard, Inc., et al.* | 2:16-cv-03860 |
| *Debra McWatters v. C.R. Bard, Inc., et al.* | 2:16-cv-03246 |
| *Ivan Rapp v. v. C.R. Bard, Inc., et al.* | 2:16-cv-03652 |
| *Ellen Reed v. v. C.R. Bard, Inc., et al.* | 2:16-cv-03653 |