IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>Nicole Elizabeth Gross and Michael Alan Gross,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br>　　　　　　　　　Defendants. | 2:15-MD-02641-DGC<br><br>Civil Action No. 2:16-cv-00161-DGC<br><br>**NOTICE OF WAIVER<br>OF ELECTRONIC SERVICE** |

　　　　PLEASE TAKE NOTICE that the undersigned hereby gives notice of waiver of electronic service of documents in the multi-district litigation In Re: Bard IVC Filters Products Liability Litigation Case No. 2:15-MD-02641.

　　　　Dated:　October 27, 2020

　　　　　　　　　　　　　　　　　　　　　　**MARTIN & JONES, PLLC**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ H. Forest Horne
　　　　　　　　　　　　　　　　　　　　　　　　　H. Forest Horne, NCSB #16678
　　　　　　　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　　　　　4140 Parklake Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC  27612
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (919) 821-0005
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (919) 863-6086
　　　　　　　　　　　　　　　　　　　　　　　　　Email:  hfh@m-j.com