**Exhibit A**

| | |
|---|---|
| Bisesi vs. CR Bard Inc et al | 16-cv-1391 |
| Sorensen vs. CR Bard Inc et al | 17-cv-958 |
| Moen vs. CR Bard Inc. et al | 17-cv-13444 |
| Pfliger vs. CR Bard Inc. et al | 17-cv-1343 |
| Wickstrom vs CR Bard Inc et al | 16-cv-1038 |