# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Christine Ann Bisesi,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-01391 PHX DGC<br><br>**ORDER** |
| Stevie Sorensen,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00958 PHX DGC<br><br>**ORDER** |
| Jamelle Moen,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01344 PHX DGC<br><br>**ORDER** |
| Ashley Pfliger,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01343 PHX DGC<br><br>**ORDER** |

2

| Kari Rae Wickstrom and David Wickstrom, | No. CV16-01038 PHX DGC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| C.R. Bard, et al., | |
| Defendants. | |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21705.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21705) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 28th day of October, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge