# EXHIBIT A

**EXHIBIT A**

| Case Name | Case Number |
|---|---|
| Marion Maurer (Rep. of David Maurer - deceased) v. Bard | 2:18-cv-03983 |