# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Marion Maurer and Melvin Maurer, parents and successors in interest of David Maurer, deceased and Steve Maurer, sibling and successor in interest of David Maurer, deceased,<br><br>                               Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                               Defendants. | No.  CV18-03983 PHX DGC |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21712.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21712) is **granted.**  The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of November, 2020.

David G. Campbell
Senior United States District Judge