| | |
|---|---|
| 1 | Jason T. Brown |
| | BROWN LLC |
| 2 | 111 Town Square Pl., Ste. 400 |
| | Jersey City, NJ 07310 |
| 3 | P: 877-561-0000 |
| | F: 855-582-5297 |
| 4 | jtb@jtblawgroup.com |

*Attorney for Plaintiff Regina Baker*

Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404-322-6000
F: 404-332-6050
richard.north@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff, Regina Baker, whose case is listed on Exhibit A attached hereto ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

| | |
|---|---|
| 1 | WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the case listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs. |

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the case listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 6th day of November, 2020.

*s/* Jason T. Brown
BROWN LLC
111 Town Square Pl., Ste. 400
Jersey City, NJ 07310
P: 877-561-0000
F: 855-582-5297
jtb@jtblawgroup.com

***Attorneys for Plaintiff Regina Baker***

*s/*Richard B. North, Jr.
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404-322-6000
F: 404-332-6050
richard.north@nelsonmullins.com

***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.***

**EXHIBIT A**

| Plaintiff's Name | Member Case Number |
|---|---|
| Regina Baker | CV-18-04878-PHX-DGC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Richard B. North, Jr.*
Richard B. North, Jr.