IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Cekavic et. al. v. C.R. Bard Inc., et. al.,* 2:16-cv-02099-DGC

No. 2:15-MD-02641-DGC

## PROPOSED ORDER GRANTING DISMISSAL OF STEVEN AND LORIE CEKAVIC'S CLAIMS WITH PREJUDICE

The Court having examined the foregoing Stipulation of dismissal of Steven and Lorie Cekavic's claims in the above-captioned matter filed by the parties seeking the dismissal of Steven and Lories Cekavic's.  The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Steven and Lorie Cekavic's Claims With Prejudice is granted.

SIGNED on this _____ day of _____, 2020.

_____
JUDGE DAVID G. CAMPBELL