IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

THIS DOCUMENT RELATES TO:
*Shawn Jones v. Bard IVC Filters;* Case No.: 2:18-cv-00189-PHX-DGC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby voluntary dismisses all claims against Defendant Bard IVC Filters from the above-captioned case, with prejudice, each party to bear its own costs. This Notice does not apply to Case No. cv-18-00409-PHX-DGC, which is still pending.

**Dated this 12th day of November, 2020**

**VAN WEY, PRESBY & WILLIAMS, PLLC**

By: */s/ Kay L. Van Wey*___
Kay L. Van Wey
Brady D. Williams
12720 Hillcrest Road, Suite 600
Dallas, TX 75230
Telephone: (214) 329-1350
Facsimile: (800) 582-1042

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 12, 2020                     */s/ Kay L. Van Wey*