# **Exhibit A**[1]

| Dist. of Ariz. Case Number | First-named Plaintiff | Loss of Consortium Additional Plaintiff (if any) |
|---|---|---|
| 2:17-cv-00344 | Akers, Connie | |
| 2:16-cv-00174 | Anzaldua, Dezarae | |
| 2:16-cv-02971 | Barnes Ida Mae | |
| 2:16-cv-02603 | Bazan, Eulalio | |
| 2:18-cv-01340 | Campisi, Philip | |
| 2:19-cv-02225 | Carmody, Kathleen | |
| 2:18-cv-00833 | Carr, Virginia | |
| 2:17-cv-03123 | Davis, Michael | |
| 2:19-cv-00829 | Dequaine, Stephen | |
| 2:17-cv-00347 | Diana, Scott | |
| 2:16-cv-02626 | Dyer, Dona Jane | |
| 2:17-cv-01701 | Faries, Edwin | |
| 2:18-cv-02605 | Frank, Annmarie | |
| 2:16-cv-02680 | Goforth, Katie | |
| 2:16-cv-1017 | Grave, Elizabeth Ann | |
| 2:17-cv-03822 | Guyton, Bobby | |
| 2:17-cv-01679 | Harrison, Martha S. | |
| 2:17-cv-01888 | Hofbauer, Charles Henry | |
| 2:16-cv-03033 | Hunt, Ocie | |
| 2:16-cv-02350 | Jimenez, Paulette | |
| 2:19-cv-02800 | King, Donald | |
| 2:16-cv-00175 | Kucharski (Becker), Deborah | |
| 2:19-cv-02801 | McCann, Peter | |
| 2:16-cv-03440 | McElroy, Deborah | |
| 2:16-cv-03236 | McIntyre, Susan Perry | |
| 2:18-cv-01494 | McMurtry, Darrell | |
| 2:16-cv-00762 | Meade, Gary | |
| 2:17-cv-00376 | Merenda, Salvatore | |
| 2:19-cv-02802 | Mims, Eddie | Mims, Jean |
| 2:18-cv-04799 | O'Brien, Brian | |
| 2:17-cv-03140 | Pepe, Nicholas | Pepe, Patricia J. |
| 2:16-cv-02627 | Peterson, Trevor | Peterson, Laura L. |
| 2:15-cv-2656 | Piazza, Gary Leigh | |
| 2:17-cv-00345 | Posato, Maria | |

[1] All listed cases are against all MDL Defendants.

2056328.2

2

| 2:16-cv-02628 | Sheppard, Richard | |
|---|---|---|
| 2:18-cv-00030 | Sobeck, Joseph | Sobeck, Mary |
| 2:19-cv-03475 | Stacks, Conrad | |
| 2:17-cv-03251 | Stifflemire, Steve | Stifflemire, Mary |
| 2:16-cv-02039 | Thomas, Kwame Habann | |
| 2:19-cv-00830 | Thomas, William | |
| 2:16-cv-00386 | Van Sciver, Barbara | |
| 2:19-cv-00826 | Watts, Andrew | |

2056328.2