# EXHIBIT A
# PLAINTIFFS WHO HAVE OPTED OUT OF THE OFFERED SETTLEMENT

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Allen, George R | CV-17-03484-PHX-DGC | 10/4/2017 | USDC PA, Eastern District | Freese & Goss PLLC | George R. Allen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03484-PHX-DGC |
| Fontenot, Effie | CV-18-01166-PHX-DGC | 4/17/2018 | USDC TX, Southern District | Johnson Law Group | Effie Fontenot v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01166-PHX-DGC |
| Gallegos, Anna | CV-19-03436-PHX-DGC | 5/23/2019 | USDC NM | Johnson Law Group | Anna Gallegos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03436-PHX-DGC |
| Guiteras, Gregory | CV-18-02495-PHX-DGC | 8/7/2018 | USDC PA, Eastern District | Johnson Law Group | Gregory Guiteras v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02495-PHX-DGC |
| Izor, William | CV-19-03495-PHX-DGC | 5/24/2019 | USDC NM | Johnson Law Group | William Izor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03495-PHX-DGC |

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Liston, Jessica | CV-19-01167-PHX-DGC | 2/20/2019 | USDC OH, Southern District | Johnson Law Group | Jessica Liston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01167-PHX-DGC |
| Mathis, Reginald | CV-17-03469-PHX-DGC | 10/4/2017 | USDC GA, Southern District | Johnson Law Group | Reginald Mathis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03469-PHX-DGC |
| Mills, Stephanie | CV-16-03401-PHX-DGC | 10/6/2016 | USDC MI, Western District | Tautfest Bond, PLLC | Stephanie Mills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03401-PHX-DGC |
| Moore, Carlton Lamon | CV-19-00165-PHX-DGC | 1/10/2019 | USDC TX, Northern District | Johnson Law Group | Carlton Moore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00165-PHX-DGC |
| Ortiz, Rosa | CV-19-04229-PHX-DGC | 5/31/2019 | USDC CO | Marc J Bern & Partners LLP | Rosa Ortiz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04229-PHX-DGC |
| Perez, Manuel | CV-17-01064-PHX-DGC | 4/10/2017 | USDC CO | Aylstock, Witkin, Kreis & Overholtz, PLLC | Manuel Perez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01064-PHX-DGC |

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Pinckney, VaRawn | CV-19-01964-PHX-DGC | 3/25/2019 | USDC FL, Southern District | Perdue & Kidd, LLP | VaRawn Pickney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01964-PHX-DGC |
| Pitts, Robin | CV-19-01081-PHX-DGC | 2/15/2019 | USDC MS, Southern District | Johnson Law Group | Robin Pitts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01081-PHX-DGC |
| Schneider, Charles A | CV-18-01691-PHX-DGC | 6/4/2018 | USDC IL, Central District | Johnson Law Group | Charles Schneider v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01691-PHX-DGC |
| Smith, James B | CV-18-01831-PHX-DGC | 6/12/2018 | USDC CA, Northern District | Johnson Law Group | James Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01831-PHX-DGC |
| Tait, Virginia | CV-19-03028-PHX-DGC | 5/13/2019 | USDC FL, Middle District | Johnson Law Group | Virginia Tait v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03028-PHX-DGC |
| Vukovich, Linda | CV-19-00980-PHX-DGC | 2/13/2019 | USDC MN | Johnson Law Group | Linda Vukovich v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00980-PHX-DGC |

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Weber, III, Louis Henry | CV-19-01169-PHX-DGC | 2/20/2019 | USDC FL, Southern District | Johnson Law Group | Louis Henry Weber, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01169-PHX-DGC |
| Yaunches, George John | CV-19-00952-PHX-DGC | 2/13/2019 | USDC FL, Middle District | Johnson Law Group | George Yaunches v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00952-PHX-DGC |
| Zeledon, Frank | CV-18-04423-PHX-DGC | 12/5/2018 | USDC IL, Northern District | Freese & Goss PLLC | Frank Zeledon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04423-PHX-DGC |