# EXHIBIT C
# PLAINTIFFS OVER WHOM THE COURT HAS NO JURISDICTION

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Alaimo, Stephen | CV-18-02519-PHX-DGC | NJ | USDC NJ | Moody Law Firm, Inc. | Stephen Alaimo and Maria Alaimo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02519-PHX-DGC |
| Atkins, Clifton L | CV-18-02592-PHX-DGC | AZ | USDC NJ | Curtis Law Group | Clifton Atkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02592-PHX-DGC |
| Badawi, Mostafa | CV-17-01853-PHX-DGC | NJ | USDC NJ | Schneider Hammers LLC | Mostafa Badawi and Fahmi Badawi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01853-PHX-DGC |
| Barela, Richard St John | CV-17-02466-PHX-DGC | AZ | not listed in complaint | Fears Nachawati Law Firm | Richard St. John Barela v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02466-PHX-DGC |
| Bounassi, Jennifer | CV-19-04084-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Jennifer Bounassi v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04084-PHX-DGC |

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Bozak, Julie K | CV-16-03290-PHX-DGC | AZ | USDC AZ | Moody Law Firm, Inc. | Julie Bozak v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03290-PHX-DGC |
| Brown, Matthew Loren | CV-17-02981-PHX-DGC | AZ | USDC NJ | Curtis Law Group | Matthew Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02981-PHX-DGC |
| Campbell, Theressa Monica-Denise | CV-19-02658-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Theressa Campbell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02658-PHX-DGC |
| Dipasquale, Daniel | CV-19-03292-PHX-DGC | NJ | USDC NJ | Potts Law Firm, LLP | Daniel Dipasquale v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03292-PHX-DGC |
| Garcia, Maria M | CV-18-01806-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Maria M. Garcia and Angel Garcia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01806-PHX-DGC |

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Grainger, Priscilla | CV-19-00395-PHX-DGC | NJ | USDC NJ | Miller Firm LLC | Donna Butterfield, as Personal Representative of Priscilla Grainger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00395-PHX-DGC |
| Hand, Richard M | CV-18-00401-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Richard M. Hand and Barbara Hand v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00401-PHX-DGC |
| Hinchey, Brian | CV-19-02757-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Brian Hinchey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02757-PHX-DGC |
| Hubler, Frances M | CV-18-01821-PHX-DGC | NJ | USDC NJ | Curtis Law Group | Frances Hubler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01821-PHX-DGC |
| Jackson, Teyrance T | CV-19-03879-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Teyrance Jackson v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03879-PHX-DGC |

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Lane, John | CV-16-04216-PHX-DGC | AZ | USDC AZ | Gruber & Gruber | John Lane v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04216-PHX-DGC |
| Malloff, Glenn Geoffrey | CV-18-01651-PHX-DGC | AZ | USDC AZ | Moody Law Firm, Inc. | Glenn Malloff and Patricia Malloff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01651-PHX-DGC |
| Osborn, John | CV-18-01380-PHX-DGC | AZ | USDC AZ | Moody Law Firm, Inc. | John Osborn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01380-PHX-DGC |
| Paige, Celeste C | CV-19-02672-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Celeste C. Paige v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02672-PHX-DGC |
| Rainey, Shakina C | CV-18-02702-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Shakina C. Rainey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02702-PHX-DGC |

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Raleigh, Jeffery Ray | CV-16-04259-PHX-DGC | AZ | USDC AZ | Gruber & Gruber | Jeffery Raleigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04259-PHX-DGC |
| Raub, Michelle L | CV-19-03884-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Michelle Raub v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03884-PHX-DGC |
| Russ, Kenneth | CV-19-03795-PHX-DGC | AZ | USDC NJ | Curtis Law Group | Kenneth Russ v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03795-PHX-DGC |
| Sagastume, Jovanna Suehine | CV-17-04435-PHX-DGC | NJ | USDC NJ | Curtis Law Group | Jovanna Sagastume v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04435-PHX-DGC |
| Stokes, Beverly M | CV-16-04294-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Beverly Stokes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04294-PHX-DGC |
| Tillson, Paul A | CV-17-02185-PHX-DGC | AZ | USDC NJ | Curtis Law Group | Paul Tillson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02185-PHX-DGC |

| Plaintiff | Civil Action | Residence | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| VanLuvender, Kenneth R | CV-19-02355-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Kenneth R. VanLuvender and Cynthia VanLuvender v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02355-PHX-DGC |
| Wesson, Kim Deon | CV-19-04104-PHX-DGC | AZ | USDC NJ | Curtis Law Group | Kim Wesson v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04104-PHX-DGC |
| Williams, Sharlene | CV-18-03196-PHX-DGC | NJ | USDC NJ | Fears Nachawati Law Firm | Sharlene Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03196-PHX-DGC |
| Tice, Shane | CV-16-00832-PHX-DGC | NJ | USDC NJ | Rheingold, Giuffra, Ruffo & Plotkin LLP | Shane Tice v. Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00832-PHX-DGC |