# EXHIBIT E
# CASES WHERE COUNSEL MAY WITHDRAW

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Italiane, Frank Lane | CV-19-03348-PHX-DGC | 5/21/2019 | USDC CA, Central District | Lopez McHugh LLP | Frank Italiane v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03348-PHX-DGC |
| Meier, Jerold I | CV-17-02128-PHX-DGC | 7/5/2017 | USDC WI, Western District | Lopez McHugh LLP | Jerold Meier v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02128-PHX-DGC |
| Cash, Mark A | CV-16-03462-PHX-DGC | 10/11/2016 | USDC IN, Northern District | Lopez McHugh LLP | Mark Cash v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03462-PHX-DGC |

| Plaintiff | Civil Action | Date Complaint Filed | Transferor Venue | Plaintiffs' Firm | Caption |
|---|---|---|---|---|---|
| Armstrong, Antion | CV-18-00968-PHX-DGC | 3/28/2018 | USDC FL, Middle District | Lopez McHugh LLP | Antion Armstrong v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00968-PHX-DGC |