# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Conni Conley Akers and Keith Akers,<br><br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV17-00344 PHX DGC<br><br>**ORDER** |
| Dezarae Anzaldua,<br><br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV16-00174 PHX DGC<br><br>**ORDER** |
| Annette Barnes as representative and executor of the estate of Ida Mae Barnes,<br><br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV16-02971 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Maria Corina Bazan, on behalf of the estate of Eulalio Bazan,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02603 PHX DGC<br><br>**ORDER** |
| Philip John Campisi,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01340 PHX DGC<br><br>**ORDER** |
| Kathleen Carmody and Gregory Tsoucalas,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02225 PHX DGC<br><br>**ORDER** |
| Virginia Carr,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00833 PHX DGC<br><br>**ORDER** |
| Michael Davis and Ida Marie Davis,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03123 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Stephen Dequaine,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV19-00829 PHX DGC<br><br><br>**ORDER** |
| Scott Christopher Diana,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-00347 PHX DGC<br><br><br>**ORDER** |
| Dona Jane Dyer,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-02626 PHX DGC<br><br><br>**ORDER** |
| Edwin Anthony Faries,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-01701 PHX DGC<br><br><br>**ORDER** |
| Annmarie Frank,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV18-02605 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Sherri Goforth and William S. Goforth as attorneys in fact for Katie Goforth,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV16-02680 PHX DGC<br><br><br>**ORDER** |
| Elizabeth Ann Grave,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV16-01017 PHX DGC<br><br><br>**ORDER** |
| Bobby Guyton,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-03822 PHX DGC<br><br><br>**ORDER** |
| Martha Stoddard. Harrison,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-01679 PHX DGC<br><br><br>**ORDER** |
| Charles Henry Hofbauer and Frances Mary Hofbauer,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-01888 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Ocie Hunt and Gladys Marie Hunt,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03033 PHX DGC<br><br><br>**ORDER** |
| Paulette Jimenez,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02350 PHX DGC<br><br><br>**ORDER** |
| Donald L. King,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02800 PHX DGC<br><br><br>**ORDER** |
| Deborah Kucharski,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00175 PHX DGC<br><br><br>**ORDER** |
| Peter H. McCann,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-02801 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Deborah McElroy,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-03440 PHX DGC<br><br><br>**ORDER** |
| Susan Perry McIntyre,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-03236 PHX DGC<br><br><br>**ORDER** |
| Darrell McMurtry,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV18-01494 PHX DGC<br><br><br>**ORDER** |
| Gary Meade,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV16-00762 PHX DGC<br><br><br>**ORDER** |
| Salvatore John Merenda,<br><br>                        Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  CV17-00376 PHX DG<br><br><br>**ORDER** C |

| | |
|---|---|
| Eddie Mims and Jean Mims,<br><br>                         Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV19-02802 PHX DGC<br><br><br>**ORDER** |
| Brian L. O'Brien,<br><br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV18-04799 PHX DGC<br><br><br>**ORDER** |
| Patricia Joyce Pepe and Nicholas<br>Lawrence Pepe,<br><br>                         Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-03140 PHX DGC<br><br><br>**ORDER** |
| Laura L. Peterson and Trevor Peterson,<br><br>                         Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV16-02627 PHX DGC<br><br><br>**ORDER** |
| Gary Leigh Piazza,<br><br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV15-02656 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Maria Posato,<br><br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV17-00345 PHX DGC<br><br>**ORDER** |
| Richard Sheppard,<br><br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV16-02628 PHX DGC<br><br>**ORDER** |
| Mary J. Sobeck and Joseph E. Sobeck,<br><br>                 Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV18-00030 PHX DGC<br><br>**ORDER** |
| Conrad Stacks,<br><br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV19-03475 PHX DGC<br><br>**ORDER** |
| Mary Stifflemire and Steve Stifflemire,<br><br>                 Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV17-03251 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Kwame Thomas,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02039 PHX DGC<br><br><br>**ORDER** |
| William Thomas,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00830 PHX DGC<br><br><br>**ORDER** |
| Barbara Van Sciver,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00386 PHX DGC<br><br><br>**ORDER** |
| Andrew Watts,<br><br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00826 PHX DGC<br><br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21725.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21725) is **granted.** The claims of the Plaintiffs are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 16th day of November, 2020.

David G. Campbell
Senior United States District Judge