IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGIATION

---

THIS DOCUMENT RELATES TO:
*Calhoun v. C.R. Bard Inc., et. al.,* 2:19-cv-04241-DGC

No. 2:15-md-02641-DGC

## STIPULATION OF DISMISSAL OF PLAINTIFF JESSICA CALHOUN'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Jessica Calhoun's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Ms. Calhoun's claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

| | |
|---|---|
| /s/ Matthew R. McCarley | /s/ Richard B. North, Jr. |
| **Matthew R. McCarley** | **Richard B. North, Jr.** |
| Texas State Bar No. 24041426 | **Matthew B. Lerner** |
| **Fears Nachawati Law Firm** | **Nelson Mullins Riley & Scarborough LLP** |
| 5473 Blair Road | Atlantic Station |
| Dallas, TX 75231 | 201 17th Street, NW |
| T. (214) 890.0711 | Suite 1700 |
| F. (214) 890.0712 | Atlanta, Georgia 30363 |
| mccarley@fnlawfirm.com | T. (404) 322.6000 |
| | F. (404) 322.6397 |
| **ATTORNEY FOR PLAINTIFF JESSICA CALHOUN** | richard.north@nelsonmullins.com |
| | **ATTORNEYS FOR C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |