**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION
------------------------------------

No. 2:15-md-02641-DGC

THIS DOCUMENT RELATES TO:
*Calhoun v. C.R. Bard Inc., et. al.*, 2:19-cv-04241-DGC

## PROPOSED ORDER GRANTING DISMISSAL OF PLAINTIFF JESSICA CALHOUN'S CLAIMS WITH PREJUDICE

The Court having examined the foregoing Stipulation of dismissal of Jessica Calhoun's claims in the above-captioned matter filed by the parties seeking the dismissal of Jessica Calhoun's claims. The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Jessica Calhoun's Claims With Prejudice is granted.

SIGNED on this _____ day of _____, 2020.

_____
JUDGE DAVID G. CAMPBELL