Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs, by and through counsel, hereby give notice that on November 24, 2020, they served on Defendants via U.S. mail and email Plaintiffs' Third Amended Notice of Videotaped Trial Preservation Deposition of Rebecca Betensky, Ph.D.

DATED this 24th day of November 2020.

          BEUS GILBERT MCGRODER PLLC

          By:*/s/ Mark S. O'Connor*
            Mark S. O'Connor
            701 North 44th Street
            Phoenix, Arizona 85008

          LOPEZ McHUGH LLP
            Ramon Rossi Lopez (CA Bar No. 86361)
            (admitted *pro hac vice*)
            100 Bayview Circle, Suite 5600
            Newport Beach, California 92660

          *Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Jessica Gallentine*