FILED

NOV 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION, <br> _____ <br><br> LISA HYDE; MARK E. HYDE, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants-Appellees. | No.  18-17259 <br><br> D.C. Nos.  2:15-md-02641-DGC <br> 2:16-cv-00893-DGC <br> District of Arizona, <br> Phoenix <br><br> ORDER |

The parties' stipulated motion (Docket Entry No. 47) for voluntary dismissal is granted. This case is dismissed. *See* Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

11-23-2020/Pro Mo