| Case Name | Docket Number |
|---|---|
| Hartfield v. C. R. Bard, Inc. | 2:17-cv-00385-DGC |
| Ellis v. C. R. Bard, Inc. | 2:17-cv-01247-DGC |
| Hayward v. C.R. Bard, Inc. | 2:17-cv-01246-DGC |
| Clifton v. C.R. Bard, Inc. | 2:17-cv-02067-DGC |
| Harper v. C. R. Bard, Inc. | 2:18-cv-04171-DGC |
| Gipson v. C. R. Bard, Inc. | 2:17-cv-01348-DGC |
| Gerken v. C. R. Bard, Inc. | 2:17-cv-00389-DGC |
| Fisher v. C.R. Bard, Inc. | 2:17-cv-01845-DGC |
| Carter v. C.R. Bard, Inc. | 2:17-cv-01615-DGC |
| Williams v. C. R. Bard, Inc. | 2:16-cv-02445-DGC |
| Pilch v. C. R. Bard, Inc. | 2:17-cv-03980-DGC |
| Smith v. C. R. Bard, Inc. | 2:17-cv-02442-DGC |
| Callahan v. C. R. Bard, Inc. | 2:15-cv-02304-DGC |
| Jeffries v. C. R. Bard, Inc. | 2:17-cv-04739-DGC |
| Austin v. C. R. Bard, Inc. | 2:17-cv-00387-DGC |
| Lulie v. C. R. Bard, Inc. | 2:17-cv-00193-DGC |
| McCall v. C. R. Bard, Inc. | 2:17-cv-02446-DGC |
| Newbry v. C.R. Bard, Inc. | 2:16-cv-03586-DGC |
| Smith v. C.R. Bard, Inc. | 2:17-cv-00968-DGC |
| Sinclair v. C. R. Bard, Inc. | 2:17-cv-00681-DGC |
| Sanders v. C. R. Bard, Inc. | 2:18-cv-04061-DGC |
| Jackson v. C. R. Bard, Inc. | 2:17-cv-00677-DGC |
| England Jr. v. C. R. Bard, Inc. | 2:16-cv-02159-DGC |
| Porter Jr v. C.R. Bard, Inc. | 2:18-cv-00873-DGC |
| Robinson v. C. R. Bard, Inc. | 2:16-cv-00242-DGC |
| Bridgforth v. C. R. Bard, Inc. | 2:16-cv-01270-DGC |
| Tarver v. C.R. Bard, Inc. | 2:16-cv-04575-DGC |
| Grey v. C.R. Bard, Inc. | 2:17-cv-01846-DGC |
| Merchant v. C. R. Bard, Inc. | 2:18-cv-04125-DGC |
| Tooks v. C. R. Bard, Inc. | 2:18-cv-01158-DGC |
| Bigelow v. C.R. Bard, Inc. | 2:16-cv-03317-DGC |
| Faria v. C. R. Bard, Inc. | 2:17-cv-01351-DGC |
| Collis v. C. R. Bard, Inc. | 2:17-cv-01209-DGC |
| Clark v. C.R. Bard, Inc. | 2:18-cv-00850-DGC |
| Mendez v. C.R. Bard, Inc. | 2:17-cv-01251-DGC |
| Valerga v. C.R. Bard, Inc. | 2:17-cv-01250-DGC |
| Noel Jr. v. C. R. Bard, Inc. | 2:17-cv-01350-DGC |
| McCormick v. C. R. Bard, Inc. | 2:17-cv-00391-DGC |
| Brassard v. C. R. Bard, Inc. | 2:16-cv-00208-DGC |
| Hayes v. C. R. Bard, Inc. | 2:17-cv-00390-DGC |
| Owens v. C. R. Bard, Inc. | 2:16-cv-00241-DGC |
| Dees v. C. R. Bard, Inc. | 2:17-cv-01789-DGC |
| Roth v. C.R. Bard, Inc. | 2:17-cv-01352-DGC |
| Suiter v. C.R. Bard, Inc. | 2:17-cv-00393-DGC |
| Webb v. C. R. Bard, Inc. | 2:16-cv-02546-DGC |
| Spicer v. C. R. Bard, Inc. | 2:17-cv-00967-DGC |

| | |
|---|---|
| Michel v. C. R. Bard, Inc. | 2:17-cv-01245-DGC |
| Hardenbrook v. C. R. Bard, Inc. | 2:16-cv-00216-DGC |
| Ford v. C. R. Bard, Inc. | 2:17-cv-02066-DGC |
| Hill v. C. R. Bard, Inc. | 2:17-cv-01349-DGC |
| Brown v. C.R. Bard, Inc. | 2:17-cv-00678-DGC |
| Block v. C.R. Bard, Inc. | 2:18-cv-04173-DGC |
| Willis-Shiyyab v. C.R. Bard, Inc. | 2:18-cv-00852-DGC |
| Snype-Stewart v. C.R. Bard, Inc. | 2:16-cv-02444-DGC |
| Porath v. C.R. Bard, Inc. | 2:18-cv-02480-DGC |
| Braunstein v. C. R. Bard, Inc. | 2:17-cv-00682-DGC |
| Ulrich v. C.R. Bard Inc. | 2:18-cv-00180-DGC |
| Newkirk v. C.R. Bard, Inc. | 2:18-cv-04059-DGC |
| Larsen v. C. R. Bard, Inc. | 2:19-cv-00174-DGC |
| | |
| | |
| | |
| | |