**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641 -DGC |
| This Document Relates to: | **SUGGESTION OF DEATH** |
| Diane Garner Civil Action No.: 2:18-cv-04333-DGC | |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Diane Garner, which occurred on or about July 4, 2020. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Diane Garner's estate within the appropriate time period.

Dated: December 7, 2020                    Respectfully submitted,

                                                                **LOPEZ McHUGH LLP**

                                                    By    */s/Ramon Rossi. Lopez*
                                                                Ramon Rossi Lopez (CA Bar No. 86361)
                                                                    (admitted pro hac vice)
                                                                Matthew Ramon Lopez (CA Bar No. 263134
                                                                    (admitted pro hac vice)
                                                                100 Bayview Circle, Suite 5600
                                                                Newport Beach, California 92660

                                                                *Attorneys for Plaintiff*

_____
SUGGESTION OF DEATH

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this 7th day of December, 2020, I electronically transmitted the

3 attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

4 of a Notice of Electronic Filing.

5                                                              */s/Ramon Rossi Lopez*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22 _____
                                          SUGGESTION OF DEATH