James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone: (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**THE DEFENDANTS' SUBMISSION OF UPDATED CHARTS OF OPT-OUT CASES IDENTIFIED IN THE DECEMBER 4, 2020 REPORT**<br><br>(Assigned to the Honorable David G. Campbell) |

In the joint memorandum filed on December 4, 2020 (Doc. 21734), the parties pledged to provide the Court with an updated list of opt-outs referenced in the response to Question no. 4 set forth in the report, prior to the hearing scheduled for December 8, 2020. The Defendants are therefore submitting Exhibit A, which lists the 92 plaintiffs who had opted-out before the parties filed the October 23, 2020 report (Doc. 21663) and were identified to the Court at that time; and Exhibit B, which identifies the 48 plaintiffs who have opted-out since the October 23, 2020 report and are being identified to the Court for

the first time. The following plaintiffs were previously identified as opt-outs, but have since accepted the settlement offer:

> Albert Johnson and Tracie Johnson; CV-16-01035-PHX-DGC
> Sarah Grantham; CV-18-02928-PHX-DGC
> Dennis W. Nicora; CV-19-04309-PHX-DGC
> Patricia Anne Hemming; CV-16-03587-PHX-DGC
> Neal Hayward and Cecilia Hayward; CV-17-04038-PHX-DGC
> Ronnie Collins; CV-18-02046-PHX-DGC
> Debora L. Janes; CV-16-03901-PHX-DGC
> Gregory Jeffreys; CV-19-02534-PHX-DGC

RESPECTFULLY SUBMITTED this 8th day of December, 2020.

NELSON MULLINS RILEY & SCARBOROUGH, LLP
By: /s/ *Richard B. North, Jr.*
   Richard B. North, Jr. (*pro hac vice*)
   Georgia Bar No. 545599
   Matthew B. Lerner (*pro hac vice*)
   Georgia Bar No. 446986
   Atlantic Station
   201 17th Street, NW / Suite 1700
   Atlanta, GA 30363

   James R. Condo (005867)
   Kristine L. Gallardo (033975)
   SNELL & WILMER L.L.P.
   One Arizona Center
   400 E. Van Buren
   Phoenix, AZ 85004-2204

   *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*