# EXHIBIT B
# PLAINTIFFS WHO HAVE OPTED-OUT SINCE THE OCTOBER 23, 2020 REPORT

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 1 | Barbara Samuels personal representative deceased Robert A Samuels v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00658-PHX-DGC | CV-19-00658-PHX-DGC | Not answered in complaint | 2/1/2019 | Freese & Goss PLLC |
| 2 | James Haas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04177-PHX-DGC | CV-17-04177-PHX-DGC | Not answered in complaint | 11/14/2017 | Richard J Plezia & Associates |
| 3 | Ronnie D. Burroughs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00459-PHX-DGC | CV-19-00459-PHX-DGC | USDC AL, Middle District | 1/29/2019 | Freese & Goss PLLC |
| 4 | John Dew v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01873-PHX-DGC | CV-19-01873-PHX-DGC | USDC CA, Central District | 3/21/2019 | Blankenship Law Firm |
| 5 | Rumell Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01136-PHX-DGC | CV-19-01136-PHX-DGC | USDC CA, Central District | 2/19/2019 | Johnson Law Group |
| 6 | Mister Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01897-PHX-DGC | CV-19-01897-PHX-DGC | USDC CA, Eastern District | 3/22/2019 | Bertram & Graf LLC |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 7 | James Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01831-PHX-DGC | CV-18-01831-PHX-DGC | USDC CA, Northern District | 6/12/2018 | Johnson Law Group |
| 8 | Manuel Perez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01064-PHX-DGC | CV-17-01064-PHX-DGC | USDC CO | 4/10/2017 | Aylstock, Witkin, Kreis & Overholtz, PLLC |
| 9 | Rosa Ortiz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04229-PHX-DGC | CV-19-04229-PHX-DGC | USDC CO | 5/31/2019 | Marc J Bern & Partners LLP |
| 10 | Kemene A. Hunter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04369-PHX-DGC | CV-18-04369-PHX-DGC | USDC FL, Middle District | 12/4/2018 | Freese & Goss PLLC |
| 11 | Jose Velez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Curt, District of Arizona, Phoenix Division, CV-18-03806-PHX-DGC | CV-18-03806-PHX-DGC | USDC FL, Middle District | 11/5/2018 | Freese & Goss PLLC |
| 12 | Virginia Tait v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03028-PHX-DGC | CV-19-03028-PHX-DGC | USDC FL, Middle District | 5/13/2019 | Johnson Law Group |
| 13 | Angel Trenkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01018-PHX-DGC | CV-19-01018-PHX-DGC | USDC FL, Middle District | 2/14/2019 | Johnson Law Group |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 14 | William Shockley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00314-PHX-DGC | CV-18-00314-PHX-DGC | USDC FL, Middle District | 1/30/2018 | Johnson Law Group |
| 15 | Louis Henry Weber, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01169-PHX-DGC | CV-19-01169-PHX-DGC | USDC FL, Southern District | 2/20/2019 | Johnson Law Group |
| 16 | VaRawn Pickney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01964-PHX-DGC | CV-19-01964-PHX-DGC | USDC FL, Southern District | 3/25/2019 | Perdue & Kidd, LLP |
| 17 | Dena Jester v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03945-PHX-DGC | CV-19-03945-PHX-DGC | USDC GA, Middle District | 5/30/2019 | McDonald Worley, PC |
| 18 | John T. Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00816-PHX-DGC | CV-16-00816-PHX-DGC | USDC GA, Southern District | 3/24/2016 | Freese & Goss PLLC |
| 19 | Reginald Mathis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03469-PHX-DGC | CV-17-03469-PHX-DGC | USDC GA, Southern District | 10/4/2017 | Johnson Law Group |
| 20 | James L. Grant v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04425-PHX-DGC | CV-17-04425-PHX-DGC | USDC IA, Southern District | 11/30/2017 | Freese & Goss PLLC |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 21 | Charles Schneider v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01691-PHX-DGC | CV-18-01691-PHX-DGC | USDC IL, Central District | 6/4/2018 | Johnson Law Group |
| 22 | Kristina Boggs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02947-PHX-DGC | CV-19-02947-PHX-DGC | USDC KY, Eastern District | 5/9/2019 | Johnson Law Group |
| 23 | Joshua Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01140-PHX-DGC | CV-19-01140-PHX-DGC | USDC LA, Middle District | 2/19/2019 | Freese & Goss PLLC |
| 24 | Paulette M. Realy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04477-PHX-DGC | CV-18-04477-PHX-DGC | USDC MI, Eastern District | 12/6/2018 | Freese & Goss PLLC |
| 25 | Stephanie Mills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03401-PHX-DGC | CV-16-03401-PHX-DGC | USDC MI, Western District | 10/6/2016 | Tautfest Bond, PLLC |
| 26 | Linda Vukovich v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00980-PHX-DGC | CV-19-00980-PHX-DGC | USDC MN | 2/13/2019 | Johnson Law Group |
| 27 | Larry Mace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02731-PHX-DGC | CV-18-02731-PHX-DGC | USDC MO, Western District | 8/29/2018 | Florin Roebig, PA |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 28 | Carrie L. Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04450-PHX-DGC | CV-18-04450-PHX-DGC | USDC MS, Northern District | 12/5/2018 | Freese & Goss PLLC |
| 29 | Robin Pitts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01081-PHX-DGC | CV-19-01081-PHX-DGC | USDC MS, Southern District | 2/15/2019 | Johnson Law Group |
| 30 | Gary F. Hamilton and Glenda F. Roberts v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01581-PHX-DGC | CV-16-01581-PHX-DGC | USDC MS, Southern District | 5/23/2016 | Matthews & Associates |
| 31 | Chico Stephens v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04211-PHX-DGC | CV-19-04211-PHX-DGC | USDC NJ | 5/31/2019 | McDonald Worley, PC |
| 32 | William Izor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03495-PHX-DGC | CV-19-03495-PHX-DGC | USDC NM | 5/24/2019 | Johnson Law Group |
| 33 | Anna Gallegos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03436-PHX-DGC | CV-19-03436-PHX-DGC | USDC NM | 5/23/2019 | Johnson Law Group |
| 34 | Clevon Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02029-PHX-DGC | CV-19-02029-PHX-DGC | USDC NY, Eastern District | 3/27/2019 | Flint Law Firm LLC |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 35 | Nicole Costanzo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00460-PHX-DGC | CV-17-00460-PHX-DGC | USDC NY, Eastern District | 2/13/2017 | Lowe Law Group |
| 36 | Ann Forkey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01938-PHX-DGC | CV-18-01938-PHX-DGC | USDC NY, Northern District | 6/20/2018 | Johnson Law Group |
| 37 | Eleanor L. Vails v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-03413-PHX-DGC | CV-17-03413-PHX-DGC | USDC NY, Southern District | 10/3/2017 | Freese & Goss PLLC |
| 38 | Albert Burrows v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01645-PHX-DGC | CV-18-01645-PHX-DGC | USDC OH, Northern District | 5/31/2018 | Blankenship Law Firm |
| 39 | Carol Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00904-PHX-DGC | CV-19-00904-PHX-DGC | USDC OH, Northern District | 2/12/2019 | Johnson Law Group |
| 40 | Jessica Liston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01167-PHX-DGC | CV-19-01167-PHX-DGC | USDC OH, Southern District | 2/20/2019 | Johnson Law Group |
| 41 | George R. Allen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03484-PHX-DGC | CV-17-03484-PHX-DGC | USDC PA, Eastern District | 10/4/2017 | Freese & Goss PLLC |

| Count | Caption | Current Civil Action | Transferor Venue | Date Filed | Plaintiffs Firm |
|---|---|---|---|---|---|
| 42 | Gregory Guiteras v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02495-PHX-DGC | CV-18-02495-PHX-DGC | USDC PA, Eastern District | 8/7/2018 | Johnson Law Group |
| 43 | Priscilla James and William Fisher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District of Arizona, Phoenix Division, CV-17-01951-PHX-DGC | CV-17-01951-PHX-DGC | USDC PA, Eastern District | 6/22/2017 | Skikos, Crawford, Skikos & Joseph, LLP |
| 44 | Ben Miller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01437-PHX-DGC | CV-19-01437-PHX-DGC | USDC TX, Northern District | 3/1/2019 | Bertram & Graf LLC |
| 45 | Carlton Moore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00165-PHX-DGC | CV-19-00165-PHX-DGC | USDC TX, Northern District | 1/10/2019 | Johnson Law Group |
| 46 | James A. Barker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03656-PHX-DGC | CV-17-03656-PHX-DGC | USDC TX, Southern District | 10/10/2017 | Freese & Goss PLLC |
| 47 | Effie Fontenot v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01166-PHX-DGC | CV-18-01166-PHX-DGC | USDC TX, Southern District | 4/17/2018 | Johnson Law Group |
| 48 | Garry Weatherford v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03779-PHX-DGC | CV-19-03779-PHX-DGC | USDC VA, Western District | 5/29/2019 | McDonald Worley, PC |