# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nedra Hartfield,<br>　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　Defendants. | No. CV17-00385-PHX DGC<br><br>**ORDER** |
| Anthony Ellis,<br>　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　Defendants. | No. CV17-01247 PHX DGC<br><br>**ORDER** |
| Joe Hayward, Jr.<br>　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　Defendants. | No. CV17-01246 PHX DGC<br><br>**ORDER** |
| Twala Clifton,<br>　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　Defendants. | No. CV17-02067 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jannetta Harper,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV18-04171 PHX DGC<br><br><br>**ORDER** |
| Cleran Gipson and Regina Gipson,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV17-01348 PHX DGC<br><br><br>**ORDER** |
| Robert Gerken,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV17-00389 PHX DGC<br><br><br>**ORDER** |
| Michael Fisher,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV17-01845 PHX DGC<br><br><br>**ORDER** |
| Thaddeus Carter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV17-01615 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Gwendolyn Williams,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV16-02445 PHX DGC<br><br><br>**ORDER** |
| Andrew Pilch,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-03980 PHX DGC<br><br><br>**ORDER** |
| Richard Smith,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-02442 PHX DGC<br><br><br>**ORDER** |
| Michael Callahan,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV15-02304 PHX DGC<br><br><br>**ORDER** |
| Josotania Jeffries,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-04739 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Linda Austin,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV17-00387 PHX DGC<br><br><br>**ORDER** |
| Jerald Lulie,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV17-00193 PHX DGC<br><br><br>**ORDER** |
| Marenda McCall,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV17-02446 PHX DGC<br><br><br>**ORDER** |
| Kelly Newbry,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV16-03586 PHX DGC<br><br><br>**ORDER** |
| Floyd Smith,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV17-00968 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Cheryl Sinclair,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>  Defendants. | No. CV17-00681 PHX DGC<br><br>**ORDER** |
| Marilyn Sanders,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>  Defendants. | No. CV18-4061 PHX DGC<br><br>**ORDER** |
| Brenda Jackson,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>  Defendants. | No. CV17-00677 PHX DGC<br><br>**ORDER** |
| William Thomas England, Jr.<br><br>  Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>  Defendants. | No. CV16-02159 PHX DGC<br><br>**ORDER** |
| Jerry Porter, Jr.,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>  Defendants. | No. CV18-00873 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gale Robinson,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV16-00242 PHX DGC<br><br>**ORDER** |
| Lawrence Bridgforth,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV16-1270 PHX DGC<br><br>**ORDER** |
| Sharunda Tarver,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV16-04575 PHX DGC<br><br>**ORDER** |
| William Grey,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV17-01846 PHX DGC<br><br>**ORDER** |
| Kathryn Merchant,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV18-04125 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Reney Tooks,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV18-01158 PHX DGC<br><br><br>**ORDER** |
| Donald Bigelow,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV16-03317 PHX DGC<br><br><br>**ORDER** |
| William Faria,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV17-01351 PHX DGC<br><br><br>**ORDER** |
| Susan Collis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV17-01209 PHX DGC<br><br><br>**ORDER** |
| Sam Clark,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV18-00850 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Lois Mendez,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No. CV17-01251 PHX DGC<br><br><br>**ORDER** |
| David Valerga,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No. CV17-01250 PHX DGC<br><br><br>**ORDER** |
| Cierra White,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No. CV17-01350 PHX DGC<br><br><br>**ORDER** |
| Carol McCormick,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No. CV17-00391 PHX DGC<br><br><br>**ORDER** |
| James Brassard,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No. CV16-00208 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Margaret Owens,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV16-00241 PHX DGC<br><br>**ORDER** |
| Deborah Dees,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV17-01789 PHX DGC<br><br>**ORDER** |
| Scott Roth,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV17-01352 PHX DGC<br><br>**ORDER** |
| Diane Suiter,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV17-00393 PHX DGC<br><br>**ORDER** |
| James Webb,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No.  CV16-02546 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Bonnie Spicer,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-00967 PHX DGC<br><br><br>**ORDER** |
| John Michael and Stephen Sheldon,<br><br>    Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-1245 PHX DGC<br><br><br>**ORDER** |
| Beth Hardenbrook,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV16-00216 PHX DGC<br><br><br>**ORDER** |
| Barry Ford,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-02066 PHX DGC<br><br><br>**ORDER** |
| Roy W. Hill,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-1349 PHX DGC<br><br><br>**ORDER** |
| Jennifer Aguirre,<br><br>    Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>    Defendants. | No.  CV17-00678 PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Pamela Edwards,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV18-04173 PHX DGC<br><br><br>**ORDER** |
| Frederica Willis-Shiyyab,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV18-00852 PHX DGC<br><br><br>**ORDER** |
| Vivica Snype-Stewart,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV16-02444 PHX DGC<br><br><br>**ORDER** |
| Susan Porath,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV18-02480 PHX DGC<br><br><br>**ORDER** |
| William I. Braunstein,<br><br>             Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No.  CV17-00682 PHX DGC<br><br><br>**ORDER** |

- 11 -

| | |
|---|---|
| Paul Ulrich,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV18-00180 PHX DGC<br><br><br>**ORDER** |
| John Newkirk,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV18-04059 PHX DGC<br><br><br>**ORDER** |
| Kristoffer Larsen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>　　　　Defendants. | No.  CV19-00174 PHX DGC<br><br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice of the above Plaintiffs with prejudice.  Doc. 21733.

**IT IS ORDERED** that the parties' stipulation of dismissal of the above Plaintiffs (Doc. 21733) is **granted.**  This matter is dismissed with prejudice as to the above Plaintiffs.

Dated this 8th day of December, 2020.

David G. Campbell
Senior United States District Judge

- 12 -