Eugene A. Arbaugh, Jr.
Arbaugh Law, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
P: 410-576-8967
F: 410-576-8999
rusty@arbaughlaw.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates<br><br>NANCY M. DEINLEIN and<br>PAUL B. DEINLEIN, JR.<br>CV-16-03431-PHX-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs Nancy M. Deinlein and Paul B. Deinlein, Jr. ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to dismissal with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the above referenced case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 9th day of December, 2020.

| | |
|---|---|
| */s/ Eugene A. Arbaugh, Jr.*<br>rusty@arbaughlaw.com<br>Arbaugh Law, LLC<br>1 Olympic Place, Suite 900<br>Towson, MD 21204<br>P: 410-576-8967<br>F: 410-576-8999<br><br>*Attorneys for Plaintiffs* | */s /Richard B. North, Jr.*<br>Richard B. North, Jr.<br>richard.north@nelsonmullins.com<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: 404.322.6000<br>F: 404.332.6397<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |