# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates<br><br>NANCY M. DEINLEIN and PAUL B. DEINLEIN, JR.<br>CV-16-03431-PHX-DGC | MDL NO. 2:15-md-02641-PHX-DGC<br><br>**PROPOSED ORDER GRANTING STIPULATION OF DISMNISSAL WITH PREJUDICE** |
|---|---|

## PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiffs Nancy M. Deinlein and Paul B Deinlein, Jr. and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020