DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:  David G. Campbell** | **Date: December 8, 2020** |
| **Case Number: MD-15-02641-PHX-DGC** | |
| **IN RE:  Bard IVC Filters Products Liability Litigation** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Ramon Lopez, Mark O'Connor, Will Moody, Stewart Goldenberg, Tim Goss | Richard North, James Condo, Russell Gaudreau |

**TELEPHONIC MOTION HEARING:**

Telephonic Motion Hearing is held.  Order to follow.


Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons

Start:  2:00 p.m.
Stop:  2:37 p.m.