# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |
| This Document Relates to: | **ORDER** |
| Diane Garner<br>Civil Action No.: 2:17-cv-04243-DGC | |

The Court has reviewed the parties' unopposed motion to substitute party. (Doc. _____)

**IT IS ORDERED** that the Unopposed Motion to Substitute Party (Doc _____) is **granted.**

Dated this _____ day of December, 2020.

_____  _____
David G. Campbell
United States District Judge