# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Nancy M. Deinlein and Paul B. Deinlein, Jr., Plaintiffs, v. C. R. Bard Incorporated, et al. Defendants | No. CV16-03431 PHX DGC **ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21738.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21738 is **granted.**  The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this 11th day of December, 2020.

David G. Campbell
Senior United States District Judge