# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Diane Garner,<br>             Plaintiffs,<br>v.<br>C. R. Bard Incorporated, et al.<br>             Defendants | No. CV18-04333 PHX DGC<br><br>**ORDER** |

Pending before the Court is an unopposed motion for substitution of party. Doc. 21742.

**IT IS ORDERED** that the parties' unopposed motion for substitution of party (Doc. 21742) is **granted.** The Clerk of the Court is directed to substitute bankruptcy trustee Robert E. Tardif, Jr. in place of Plaintiff Diane Garner.

Dated this 14th day of December, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge