Robin P. Lourie (GA Bar No. 527901)
(admitted *pro hac vice*)
ROBIN LOURIE LAW, PC
5607 Glenridge Drive, N.E., Suite 500
Atlanta, GA 30342
Telephone: (678) 553-3130
robin@lourielaw.net

Robert D. Roll (GA Bar No. 613560)
(admitted *pro hac vice*)
WATKINS, LOURIE, ROLL & CHANCE, PC
5607 Glenridge Drive, N.E., Suite 500
Telephone: (404) 760-7400
Atlanta, GA 30342
rdr@wlr.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-PHX-DGC |
| SHERR-UNA BOOKER, an individual,<br>Plaintiff,<br>v.<br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br>Defendants. | CV-16-00474-PHX-DGC<br><br>**SATISFACTION OF JUDGMENT** |

The Judgment previously entered in this case in favor of Plaintiff Sherr-Una Booker against Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., plus all accrued post-judgment interest, having now been satisfied and paid in full, Plaintiff hereby files this Satisfaction of Judgment. The Clerk of this Court is authorized to mark said judgment satisfied and paid in full.

RESPECTFULLY SUBMITTED this 17th day of December, 2020.

ROBIN LOURIE LAW, PC

By: /s/ *Robin P. Lourie*
Robin P. Lourie (GA Bar No. 527901)
(admitted *pro hac vice*)
5607 Glenridge Drive, N.E., Suite 500
Atlanta, GA 30342
Telephone: (678) 553-3130
Fax: (404) 760-7409
robin@lourielaw.net

WATKINS, LOURIE, ROLL, & CHANCE, PC
Robert D. Roll (GA Bar No. 613560)
(admitted *pro hac vice*)
5607 Glenridge Drive, N.E., Suite 500
Atlanta, GA 30342
Telephone: (404) 760-7400
Fax: (404) 760-7409
rdr@wlr.net

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of December, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

s/ *Robin P. Lourie*
Robin P. Lourie (GA Bar No. 527901)
(admitted *pro hac vice*)