IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| SHERR-UNA BOOKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a New Jersey corporation and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>Defendants. | CV-16-00474-PHX-DGC<br><br>**[PROPOSED] ORDER FOR RELEASE OF SUPERSEDEAS BOND** |

The Court has considered the motion filed by Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard") seeking an Order to discharge and release the supersedeas bond. (Doc. _____.)

**IT IS ORDERED** that Defendants' motion (Doc. _____) is **granted.**

1. The supersedeas bond posted by Bard in this case (Doc. 11935-1) is hereby fully and unconditionally **discharged and released.**

2. Defendants C. R. Bard Inc., and Bard Peripheral Vascular, Inc., as principal, and Liberty Mutual Insurance Company, as surety, along with each of their parents, affiliates, and subsidiaries, are hereby **released** from any and all past, present, and future liability under said bond.

3. The Clerk is directed to release and return the supersedeas bond to counsel for Defendants.