Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California 92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th Street
Phoenix, Arizona 85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF SERVICE OF DISCOVERY** |

Plaintiffs, by and through counsel, hereby give notice that on December 30, 2020, they served on Defendants via U.S. mail and email Plaintiffs' Notice of Continued Videotaped Trial Preservation Deposition of Rebecca Betensky, Ph.D.

DATED this 30th day of December 2020.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    701 North 44th Street
    Phoenix, Arizona 85008

LOPEZ McHUGH LLP
    Ramon Rossi Lopez (CA Bar No. 86361)
    (admitted *pro hac vice*)
    100 Bayview Circle, Suite 5600
    Newport Beach, California 92660

*Co-Lead/Liaison Counsel for Plaintiffs*

Notice of Service of Discovery (Betensky Cont NOD)(728568.1).doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Kelly White*

Notice of Service of Discovery (Betensky Cont NOD)(728568.1).doc