Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ McHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 N 44th Street
Phoenix, AZ 85008
Telephone: 480.429-3019
moconnor@beusgilbert.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. 2:15-MD-02641-DGC  **THE PARTIES' JOINT REPORT IDENTIFYING CASES RIPE FOR REINSTATEMENT, AND ALL CASES RIPE FOR REMAND OR TRANSFER** |

1    In Case Management Order No. 48, dated December 9, 2020, (Doc. 21740), the Court directed the parties to submit three different charts: (1) a chart identifying previously dismissed cases ripe for reinstatement, because the plaintiff has "opted out" of a settlement (the "reinstatement chart"); (2) a chart listing "Track 2" cases ripe for remand to appropriate jurisdictions by the Judicial Panel on Multidistrict Litigation, because the plaintiff has not signed a release (the "remand chart"); and (3) a chart of those Track 2 cases ripe for transfer to appropriate jurisdictions because the plaintiff has not signed a release (the "transfer chart").

In accordance with the Court's instructions, the parties are submitting the attached charts:

**Exhibit "A":** The Reinstatement Chart

**Exhibit "B":** The Remand Chart

**Exhibit "C":** The Transfer Chart

The parties note that these charts have been generated by the defendants' counsel, utilizing data maintained by the defendants to track the status of all MDL cases. The plaintiffs' Lead Counsel do not maintain data concerning the status of other attorneys' cases, and as a result, cannot independently verify the accuracy of these charts.

Finally, Case Management Order No. 48 also extended the dismissal deadline for the roughly 950 Track 2 cases that at that time were subject to a settlement agreement and in which the plaintiff had submitted a signed release. The parties note that additional plaintiffs have signed releases since the date of that order, and the total number of Track 2 cases with signed releases is now 1156.

The parties stand ready to address any questions or concerns the Court may have.

Respectfully submitted, this 30th day of December, 2020.

| LOPEZ McHUGH, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: *s/ Ramon Rossi Lopez*<br>Ramon Rossi Lopez<br>(admitted *pro hac vice*)<br>CA Bar No. 86361<br>LOPEZ MCHUGH LLP<br>100 Bayview Circle, Suite 5600<br>Newport Beach, California 92660<br><br>Mark S. O'Connor (011029)<br>BEUS GILBERT PLLC<br>701 N 44th Street<br>Phoenix, Arizona 85008<br><br>Attorneys for Plaintiffs | By: *s/ Richard B. North*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA 30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona 85004-2202<br><br>Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |