**EXHIBIT A**
**REINSTATEMENT CHART**

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Burroughs, Ronnie D | CV-19-00459-PHX-DGC | USDC AL, Middle District | MDL - Filter | 11/20/2019 | 20896 | Freese & Goss PLLC | Ronnie D. Burroughs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00459-PHX-DGC |
| Coats, Russell | CV-16-02136-PHX-DGC | USDC AL, Northern District | MDL - Filter | 1/3/2020 | 21015 | Babbitt & Johnson, PA | Russell Coats v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02136-PHX-DGC |
| Davis, Donald | CV-19-03501-PHX-DGC | USDC AL, Northern District | MDL - Filter | 12/9/2019 | 20988 | Johnson Law Group | Donald Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03501-PHX-DGC |
| Keene, Thomas | CV-17-03996-PHX-DGC | USDC AL, Northern District | MDL - Filter | 1/9/2020 | 21217 | Marc J Bern & Partners LLP | Thomas Keene v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03996-PHX-DGC |
| Thomas, Vincent Wayne | CV-16-01221-PHX-DGC | USDC AL, Southern District | MDL - Filter | 12/16/2019 | 20990 | Shaw Cowart, LLP | Vincent Wayne Thomas v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01221-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Paxton, James A | CV-17-01775-PHX-DGC | USDC AR, Eastern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | James Paxton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01775-PHX-DGC |
| Sutton, Rodney V | CV-17-02208-PHX-DGC | USDC AR, Western District | MDL - Filter | 12/18/2019 | 21014 | Flint Law Firm LLC | Rodney Sutton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02208-PHX-DGC |
| Wilhite, Cindy Denise | CV-17-01933-PHX-DGC | USDC AR, Western District | MDL - Filter | 1/3/2020 | 21017 | Babbitt & Johnson, PA | Cindy D. Wilhite v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01933-PHX-DGC |
| Contreras, Junnigh | CV-17-00857-PHX-DGC | USDC CA, Central District | MDL - Filter | 1/3/2020 | 21015 | Babbitt & Johnson, PA | Junnigh Contreras v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00857-PHX-DGC |
| Dew, John | CV-19-01873-PHX-DGC | USDC CA, Central District | MDL - Filter | 1/10/2020 | 21047 | Blankenship Law Firm | John Dew v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01873-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Lee, Rumell Gerard | CV-19-01136-PHX-DGC | USDC CA, Central District | MDL - Filter | 11/21/2019 | 20900 | Johnson Law Group | Rumell Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01136-PHX-DGC |
| Vanderupwich, Robert | CV-19-00145-PHX-DGC | USDC CA, Central District | MDL - Filter | 12/17/2019 | 21005 | Bertram & Graf LLC | Robert Vanderupwich v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00145-PHX-DGC |
| Williams, Juanita L | CV-19-01646-PHX-DGC | USDC CA, Central District | MDL - Filter | 1/3/2020 | 21017 | Babbitt & Johnson, PA | Juanita L. Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01646-PHX-DGC |
| Encalade, Tammy | CV-18-04558-PHX-DGC | USDC CA, Eastern District | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Tammy Encalade v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04558-PHX-DGC |
| Lee, Micheline Elaine | CV-19-03977-PHX-DGC | USDC CA, Eastern District | MDL - Filter | 12/16/2019 | 20999 | McDonald Worley, PC | Micheline Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03977-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Lee, Mister JC | CV-19-01897-PHX-DGC | USDC CA, Eastern District | MDL - Filter | 1/2/2020 | 21003 | Bertram & Graf LLC | Mister Lee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01897-PHX-DGC |
| Olsen, Joseph E | CV-18-02044-PHX-DGC | USDC CA, Eastern District | MDL - Filter | 1/8/2020 | 20987 | Johnson Law Group | Joseph Olsen v. C.R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02044-PHX-DGC |
| Smith, James B | CV-18-01831-PHX-DGC | USDC CA, Northern District | MDL - Filter | 1/8/2020 | 21002 | Johnson Law Group | James Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01831-PHX-DGC |
| Leyva, Elizabeth | CV-16-01758-PHX-DGC | USDC CA, Southern District | MDL - Filter | 1/14/2020 | 21041 | Lowe Law Group | Elizabeth Leyva and Juan Leyva v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01758-PHX-DGC |
| Ortiz, Rosa | CV-19-04229-PHX-DGC | USDC CO | MDL - Filter | 1/13/2020 | 21269 | Marc J Bern & Partners LLP | Rosa Ortiz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04229-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Perez, Manuel | CV-17-01064-PHX-DGC | USDC CO | MDL - Filter | 12/10/2019 | 20981 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Manuel Perez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01064-PHX-DGC |
| Dengler, Mary | CV-18-00592-PHX-DGC | USDC CT | MDL - Filter | 12/10/2019 | 20974 | Niemeyer, Grebel & Kruse LLC | Mary Dengler and Thomas Dengler v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00592-PHX-DGC |
| Forbes, Christopher L | CV-19-00464-PHX-DGC | USDC CT | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Christopher L. Forbes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00464-PHX-DGC |
| Fletcher, Louis Floyd | CV-16-01820-PHX-DGC | USDC DE | MDL - Filter | 1/3/2020 | 21015 | Babbitt & Johnson, PA | Louis Floyd Fletcher and Roxanne Fletcher v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01820-PHX-DGC |
| Bernstein, Helene | CV-16-01775-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/3/2020 | 21015 | Babbitt & Johnson, PA | Helen Bernstein v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01775-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Coleman, Curtis E | CV-17-03698-PHX-DGC | USDC FL, Middle District | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Curtis E. Coleman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03698-PHX-DGC |
| Conner, Franklin Glenn | CV-17-04387-PHX-DGC | USDC FL, Middle District | MDL - Filter | 12/4/2019 | 20978 | Freese & Goss PLLC | Franklin Conner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04387-PHX-DGC |
| Hepler, Kim M | CV-16-00630-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/14/2020 | 21041 | Lowe Law Group | Kim M. Hepler v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00630-PHX-DGC |
| Hunter, Kemene A | CV-18-04369-PHX-DGC | USDC FL, Middle District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | Kemene A. Hunter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04369-PHX-DGC |
| Jordan, Eileen | CV-18-01343-PHX-DGC | USDC FL, Middle District | MDL - Filter | 11/21/2019 | 20898 | Ferrer, Poirot & Wansbrough | Eileen Jordan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01343-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Loewer, Sr, Sean Parker | CV-17-02966-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/10/2020 | 21045 | Osborne & Francis Law Firm, PLLC | Sean Loewer and Christina Suero v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02966-PHX-DGC |
| Shockley, Sr, William Joseph | CV-18-00314-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/7/2020 | 21001 | Johnson Law Group | William Shockley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00314-PHX-DGC |
| Tait, Virginia | CV-19-03028-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/8/2020 | 21002 | Johnson Law Group | Virginia Tait v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03028-PHX-DGC |
| Trenkle, Angel Damaris | CV-19-01018-PHX-DGC | USDC FL, Middle District | MDL - Filter | 1/8/2020 | 21002 | Johnson Law Group | Angel Trenkle v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01018-PHX-DGC |
| Turner, Janet V | CV-19-01233-PHX-DGC | USDC FL, Middle District | MDL - Filter | 12/4/2019 | 20972 | Wagstaff & Cartmell LLP | Janet V. Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01233-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Hiatt, Neal | CV-19-00799-PHX-DGC | USDC FL, Northern District | MDL - Filter | 1/10/2020 | 21045 | Osborne & Francis Law Firm, PLLC | Neal Hiatt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00799-PHX-DGC |
| MacEachern, David A | CV-17-02497-PHX-DGC | USDC FL, Northern District | MDL - Filter | 1/31/2020 | 21419 | Johnston Law Group | David MacEachern v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-02497-PHX-DGC |
| Chery, Antoine J | CV-18-03523-PHX-DGC | USDC FL, Southern District | MDL - Filter | 11/20/2019 | 20896 | Freese & Goss PLLC | Antoine J. Chery v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03523-PHX-DGC |
| Haas, James | CV-17-04177-PHX-DGC | USDC FL, Southern District | MDL - Filter | 12/30/2019 | 21037 | Richard J Plezia & Associates | James Haas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04177-PHX-DGC |
| Pinckney, VaRawn | CV-19-01964-PHX-DGC | USDC FL, Southern District | MDL - Filter | 12/18/2019 | 21033 | Perdue & Kidd, LLP | VaRawn Pickney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01964-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Sherwin, Louis Lee | CV-16-03962-PHX-DGC | USDC FL, Southern District | MDL - Filter | 1/3/2020 | 21017 | Babbitt & Johnson, PA | Louis L. Sherwin and Lisa Sherwin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03962-PHX-DGC |
| Weber, III, Louis Henry | CV-19-01169-PHX-DGC | USDC FL, Southern District | MDL - Filter | 1/8/2020 | 21004 | Johnson Law Group | Louis Henry Weber, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01169-PHX-DGC |
| Jester, Dena J | CV-19-03945-PHX-DGC | USDC GA, Middle District | MDL - Filter | 12/16/2019 | 20999 | McDonald Worley, PC | Dena Jester v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-03945-PHX-DGC |
| Dukes, Benjamin | CV-18-03629-PHX-DGC | USDC GA, Northern District | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Benjamin Dukes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03629-PHX-DGC |
| Jackson, Edna M | CV-18-03427-PHX-DGC | USDC GA, Northern District | MDL - Filter | 1/6/2020 | 20996 | Johnson Law Group | Edna Jackson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03427-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Jett, John | CV-18-03634-PHX-DGC | USDC GA, Northern District | MDL - Filter | 10/25/2019 | 20685 | Freese & Goss PLLC | John Jett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03634-PHX-DGC |
| Johnson-Winfrey, Sophelia | CV-17-04301-PHX-DGC | USDC GA, Northern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Sophelia Johnson-Winfrey and Gerald S. Winfrey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04301-PHX-DGC |
| Williams, Tamika E | CV-15-01956-PHX-DGC | USDC GA, Northern District | USDC GA, Northern District Civil Action 1:15-cv-03045-AT | 1/3/2020 | 21017 | Henry Spiegel Milling LLP | Tamika Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01956-PHX-DGC |
| Kirkland, Jr, Robert | CV-17-03936-PHX-DGC | USDC GA, Southern District | MDL - Filter | 12/10/2019 | 20974 | Niemeyer, Grebel & Kruse LLC | Robert Kirkland v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03936-PHX-DGC |
| Mathis, Reginald | CV-17-03469-PHX-DGC | USDC GA, Southern District | MDL - Filter | 1/7/2020 | 20998 | Johnson Law Group | Reginald Mathis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03469-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Turner, John Trevor | CV-16-00816-PHX-DGC | USDC GA, Southern District | MDL - Filter | 12/4/2019 | 20978 | Freese & Goss PLLC | John T. Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00816-PHX-DGC |
| Grant, James L | CV-17-04425-PHX-DGC | USDC IA, Southern District | MDL - Filter | 12/4/2019 | 20978 | Freese & Goss PLLC | James L. Grant v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04425-PHX-DGC |
| Schneider, Charles A | CV-18-01691-PHX-DGC | USDC IL, Central District | MDL - Filter | 1/7/2020 | 21001 | Johnson Law Group | Charles Schneider v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01691-PHX-DGC |
| Ostap, Jerry A | CV-16-02342-PHX-DGC | USDC IL, Northern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Jerry A. Ostap and Nadine Ostap v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02342-PHX-DGC |
| Zeledon, Frank | CV-18-04423-PHX-DGC | USDC IL, Northern District | MDL - Filter | 11/21/2019 | 20902 | Freese & Goss PLLC | Frank Zeledon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04423-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Stevens, Bill R | CV-18-03823-PHX-DGC | USDC IL, Southern District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Bill R. Stevens v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03823-PHX-DGC |
| Godsell, Daniel E | CV-18-02091-PHX-DGC | USDC IN, Northern District | MDL - Filter | 12/18/2019 | 21014 | Flint Law Firm LLC | Daniel Godsell and Carolyn Godsell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02091-PHX-DGC |
| Foy, Darrin | CV-19-00443-PHX-DGC | USDC KS | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Darrin Foy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00443-PHX-DGC |
| Boggs, Kristina R | CV-19-02947-PHX-DGC | USDC KY, Eastern District | MDL - Filter | 12/9/2019 | 20984 | Johnson Law Group | Kristina Boggs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02947-PHX-DGC |
| Agnelly, John | CV-16-00608-PHX-DGC | USDC LA, Eastern District | MDL - Filter | 12/17/2019 | 21007 | Branch Law Firm | John Agnelly and Sue Agnelly v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00608-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Hall, Joshua | CV-19-01140-PHX-DGC | USDC LA, Middle District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | Joshua Hall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01140-PHX-DGC |
| Stuart, Michael B | CV-18-03381-PHX-DGC | USDC MA | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Michael B. Stuart v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03381-PHX-DGC |
| Gerideau, Derick Jermaine | CV-17-00411-PHX-DGC | USDC MD | MDL - Filter | 12/16/2019 | 20990 | Shaw Cowart, LLP | Derick Gerideau v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00411-PHX-DGC |
| Realy, Paulette M | CV-18-04477-PHX-DGC | USDC MI, Eastern District | MDL - Filter | 11/21/2019 | 20900 | Freese & Goss PLLC | Paulette M. Realy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04477-PHX-DGC |
| Mills, Stephanie | CV-16-03401-PHX-DGC | USDC MI, Western District | MDL - Filter | 12/11/2019 | 20985 | Tautfest Bond, PLLC | Stephanie Mills v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03401-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Vukovich, Linda | CV-19-00980-PHX-DGC | USDC MN | MDL - Filter | 1/7/2020 | 21004 | Johnson Law Group | Linda Vukovich v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00980-PHX-DGC |
| Lauer, Timothy | CV-19-00113-PHX-DGC | USDC MO, Eastern District | MDL - Filter | 1/2/2020 | 21003 | Bertram & Graf LLC | Timothy Lauer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00113-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Nicol, James | CV-16-02853-PHX-DGC | USDC MO, Eastern District | MDL - Filter | 10/28/2016 | 3815 | Niemeyer, Grebel & Kruse LLC | Angela Novy, Frederick Becker, Larry Collins, Wilson Palmer, Juanita Williams, Sarah Beste, Heather Powers, Laura Crowley, Terry Elwell, Angela Petroutsa, Joseph Grossman, James Maxfield, Abdul-Mutaal Bilal, Lisa Radzik, Allan Kotter, Denise Gill, Faith Hinchman, Michelle Baggett, Angela Gibson, Diane Reynoldson, Angela Gibson, Diane Reynoldson, Joann Cardona, Jason Smith, Tammy Dykema, Tony Walker, Sheila May, Brian Morrison, Melvin Holmes III, Eric Robinson, Christine Baker, Susan Cole, Sandra Graham, Cynthia Houston, Tina Kennedy, Peter McGrath, Sabir Saad, Ronell Smith, Wilfred Vegiard, Jerome Weiss, Alana Adams, Helen Artist-Rogers, William Brown, Sr., Jessica Carroll, Suette Collins, James Nicol, Vanessa Marshall, William Salters, Jerry Simerly and Annie Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02853-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Henley, Ginger Geraldine | CV-19-03949-PHX-DGC | USDC MO, Western District | MDL - Filter | 12/16/2019 | 20999 | McDonald Worley, PC | Ginger Henley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03949-PHX-DGC |
| Mace, Larry Melvin | CV-18-02731-PHX-DGC | USDC MO, Western District | MDL - Filter | 1/13/2020 | 21271 | Florin Roebig, PA | Larry Mace v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02731-PHX-DGC |
| Barnett, Stephanie | CV-19-02875-PHX-DGC | USDC MS, Northern District | MDL - Filter | 12/9/2019 | 20984 | Johnson Law Group | Stephanie Barnett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02875-PHX-DGC |
| Morgan, Albert R | CV-18-04447-PHX-DGC | USDC MS, Northern District | MDL - Filter | 12/4/2019 | 20978 | Freese & Goss PLLC | Albert R. Morgan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04447-PHX-DGC |
| Thomas, Carrie L | CV-18-04450-PHX-DGC | USDC MS, Northern District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Carrie L. Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04450-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Hamilton, Gary F | CV-16-01581-PHX-DGC | USDC MS, Southern District | MDL - Filter | 12/4/2019 | 20978 | Matthews & Associates | Gary F. Hamilton and Glenda F. Roberts v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-01581-PHX-DGC |
| Haralson, Candace D | CV-19-00642-PHX-DGC | USDC MS, Southern District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | Candace D. Haralson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00642-PHX-DGC |
| Huffman, Roger N | CV-18-03488-PHX-DGC | USDC MS, Southern District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | Roger N. Huffman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03488-PHX-DGC |
| Pitts, Robin | CV-19-01081-PHX-DGC | USDC MS, Southern District | MDL - Filter | 1/7/2020 | 21001 | Johnson Law Group | Robin Pitts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01081-PHX-DGC |
| Mitchell, Mary | CV-19-02528-PHX-DGC | USDC NC, Eastern District | MDL - Filter | 12/17/2019 | 21006 | Wright & Schulte, LLC | Mary Mitchell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02528-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Watts, Christy A | CV-17-03449-PHX-DGC | USDC NC, Eastern District | MDL - Filter | 11/21/2019 | 20902 | Freese & Goss PLLC | Christy Watts v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03449-PHX-DGC |
| Terrell, Donald | CV-18-04490-PHX-DGC | USDC NC, Middle District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Donald Terrell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04490-PHX-DGC |
| Mason, Devin L | CV-18-03768-PHX-DGC | USDC NC, Western District | MDL - Filter | 11/21/2019 | 20900 | Freese & Goss PLLC | Devin L. Mason v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03768-PHX-DGC |
| Parsons, Latiesha Lashea | CV-16-00887-PHX-DGC | USDC NC, Western District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Latiesha Parsons v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00887-PHX-DGC |
| Ross, Charles Theodore | CV-18-03278-PHX-DGC | USDC ND | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Charles T. Ross v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03278-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Simpson, Bradley J | CV-18-00098-PHX-DGC | USDC NE | MDL - Filter | 12/4/2019 | 20972 | Wagstaff & Cartmell LLP | Bradley Simpson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00098-PHX-DGC |
| Britt, Stephanie | CV-18-03170-PHX-DGC | USDC NJ | MDL - Filter | 1/3/2020 | 21015 | Curtis Law Group | Stephanie Britt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03170-PHX-DGC |
| Murphy, Orndary Foster | CV-17-01225-PHX-DGC | USDC NJ | MDL - Filter | 1/7/2020 | 20987 | Johnson Law Group | Orndary Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01225-PHX-DGC |
| Stephens, Chico | CV-19-04211-PHX-DGC | USDC NJ | MDL - Filter | 12/16/2019 | 20999 | McDonald Worley, PC | Chico Stephens v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-04211-PHX-DGC |
| Gallegos, Anna | CV-19-03436-PHX-DGC | USDC NM | MDL - Filter | 1/6/2020 | 20995 | Johnson Law Group | Anna Gallegos v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03436-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Izor, William | CV-19-03495-PHX-DGC | USDC NM | MDL - Filter | 1/6/2020 | 20996 | Johnson Law Group | William Izor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03495-PHX-DGC |
| Edging, Michael W | CV-17-02960-PHX-DGC | USDC NV | MDL - Filter | 1/2/2020 | 21003 | Davis, Bethune & Jones, LLC | Michael Edging v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., Untied States District Court, District of Arizona, Phoenix Division, CV-17-02960-PHX-DGC |
| Fairchild, Patricia | CV-17-03885-PHX-DGC | USDC NV | MDL - Filter | 1/10/2020 | 21021 | Marc J Bern & Partners LLP | Patty Fairchild v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03885-PHX-DGC |
| Griego, Nestor | CV-19-00929-PHX-DGC | USDC NV | MDL - Filter | 12/10/2019 | 20981 | Aylstock, Witkin, Kreis & Overholtz, PLLC | Nestor Griego v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00929-PHX-DGC |
| Benitez, Shashawna E Jones | CV-16-04111-PHX-DGC | USDC NY, Eastern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Shashawna Jones Benitez and Edwin Benitez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04111-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Costanzo, Nicole | CV-17-00460-PHX-DGC | USDC NY, Eastern District | MDL - Filter | 1/3/2020 | 21015 | Lowe Law Group | Nicole Costanzo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-00460-PHX-DGC |
| Edwards, Monica | CV-16-02785-PHX-DGC | USDC NY, Eastern District | MDL - Filter | 1/3/2020 | 21015 | Babbitt & Johnson, PA | Monica Edwards v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02785-PHX-DGC |
| Murphy, Cecilia | CV-19-01924-PHX-DGC | USDC NY, Eastern District | MDL - Filter | 1/2/2020 | 21003 | Bertram & Graf LLC | Cecilia Murphy v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01924-PHX-DGC |
| Turner, Clevon | CV-19-02029-PHX-DGC | USDC NY, Eastern District | MDL - Filter | 1/3/2020 | 21017 | Flint Law Firm LLC | Clevon Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02029-PHX-DGC |
| Forkey, Ann M | CV-18-01938-PHX-DGC | USDC NY, Northern District | MDL - Filter | 1/6/2020 | 20995 | Johnson Law Group | Ann Forkey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01938-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Pasha, Yusef S | CV-17-03899-PHX-DGC | USDC NY, Southern District | USDC NY, Southern District Civil Action 1:17-cv-07878 | 1/9/2020 | 21030 | Marc J Bern & Partners LLP | Yusef S. Pasha and Gerri Stewart Pasha v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, CV-17-03899-PHX-DGC |
| Rhoden, Sr, Hugh M | CV-19-00593-PHX-DGC | USDC NY, Southern District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Hugh M. Rhoden, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00593-PHX-DGC |
| Vails, Eleanor L | CV-17-03413-PHX-DGC | USDC NY, Southern District | MDL - Filter | 11/21/2019 | 20902 | Freese & Goss PLLC | Eleanor L. Vails v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-17-03413-PHX-DGC |
| Amatore, Rosalie M | CV-17-03864-PHX-DGC | USDC NY, Western District | MDL - Filter | 1/8/2020 | 21018 | Marc J Bern & Partners LLP | Rosalie Amatore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03864-PHX-DGC |
| McGreath, John | CV-19-00659-PHX-DGC | USDC NY, Western District | MDL - Filter | 11/21/2019 | 20900 | Freese & Goss PLLC | John McGreath v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00659-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Burrows, Jr., Albert W | CV-18-01645-PHX-DGC | USDC OH, Northern District | MDL - Filter | 12/30/2019 | 21048 | Blankenship Law Firm | Albert Burrows v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01645-PHX-DGC |
| Mattwig, Michael J | CV-17-01505-PHX-DGC | USDC OH, Northern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Michael J. Mattwig v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-01505-PHX-DGC |
| Overton, Victoria | CV-18-00150-PHX-DGC | USDC OH, Northern District | MDL - Filter | 1/2/2020 | 21003 | Skikos, Crawford, Skikos & Joseph, LLP | Victoria Overton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-00150-PHX-DGC |
| Shehadeh, Abdel Hameed | CV-18-00768-PHX-DGC | USDC OH, Northern District | MDL - Filter | 1/31/2020 | 21424 | | |
| Smith, Carol | CV-19-00904-PHX-DGC | USDC OH, Northern District | MDL - Filter | 1/8/2020 | 21002 | Johnson Law Group | Carol Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00904-PHX-DGC |
| Liston, Jessica | CV-19-01167-PHX-DGC | USDC OH, Southern District | MDL - Filter | 1/7/2020 | 20998 | Johnson Law Group | Jessica Liston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01167-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Allen, George R | CV-17-03484-PHX-DGC | USDC PA, Eastern District | MDL - Filter | 11/20/2019 | 20896 | Freese & Goss PLLC | George R. Allen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03484-PHX-DGC |
| Deane, Betsie C | CV-17-03288-PHX-DGC | USDC PA, Eastern District | MDL - Filter | 1/2/2020 | 21003 | Bertram & Graf LLC | Betsie Deane v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03288-PHX-DGC |
| Guiteras, Gregory | CV-18-02495-PHX-DGC | USDC PA, Eastern District | MDL - Filter | 1/6/2020 | 20995 | Johnson Law Group | Gregory Guiteras v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02495-PHX-DGC |
| Holmes, Troy A | CV-17-03841-PHX-DGC | USDC PA, Eastern District | MDL - Filter | 1/8/2020 | 21023 | Marc J Bern & Partners LLP | Troy Holmes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03841-PHX-DGC |
| James, Priscilla | CV-17-01951-PHX-DGC | USDC PA, Eastern District | MDL - Filter | 1/2/2020 | 21003 | Skikos, Crawford, Skikos & Joseph, LLP | Priscilla James and William Fisher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District of Arizona, Phoenix Division, CV-17-01951-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Confer, Sr, Robert E | CV-17-04678-PHX-DGC | USDC PA, Middle District | MDL - Filter | 1/8/2020 | 21020 | Marc J Bern & Partners LLP | Robert Confer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-04678-PHX-DGC |
| Henry, James E | CV-16-00228-PHX-DGC | USDC PA, Middle District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | James E. Henry v. C. R. Bard, Inc., and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-00228-PHX-DGC |
| Kissinger, David A | CV-17-03074-PHX-DGC | USDC PA, Middle District | MDL - Filter | 10/29/2019 | 20660 | Freese & Goss PLLC | David A. Kissinger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03074-PHX-DGC |
| Samuels, Robert A | CV-19-00658-PHX-DGC | USDC PA, Western District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Barbara Samuels personal representative deceased Robert A Samuels v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00658-PHX-DGC |
| Lanham, Jasson T | CV-18-03699-PHX-DGC | USDC SC | MDL - Filter | 11/21/2019 | 20900 | Freese & Goss PLLC | Jasson T. Lanham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03699-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Morgan, James Ronald | CV-16-04109-PHX-DGC | USDC SC | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | James Ronald Morgan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-04109-PHX-DGC |
| Tanner, Laura C | CV-17-03988-PHX-DGC | USDC SC | MDL - Filter | 12/17/2019 | 21005 | Skikos, Crawford, Skikos & Joseph, LLP | Laura Tanner and Shane Tanner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03988-PHX-DGC |
| Buchanan, Barbara | CV-16-02090-PHX-DGC | USDC TN, Eastern District | MDL - Filter | 12/4/2019 | 20973 | Gallagher Law Firm | Barbara Buchanan and James Buchanan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02090-PHX-DGC |
| Cole, Samuel | CV-19-01413-PHX-DGC | USDC TN, Eastern District | MDL - Filter | 1/31/2020 | 21424 | Johnston Law Group | Samuel Cole v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01413-PHX-DGC |
| Royston, Larry D | CV-17-03423-PHX-DGC | USDC TN, Eastern District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Larry D. Royston v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03423-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Adams, Timothy Ora | CV-19-01078-PHX-DGC | USDC TN, Middle District | MDL - Filter | 12/9/2019 | 21099 | Johnson Law Group | Timothy Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01078-PHX-DGC |
| McNeal, Curtisteen | CV-17-03642-PHX-DGC | USDC TN, Western District | MDL - Filter | 11/21/2019 | 20900 | Freese & Goss PLLC | Curtisteen McNeal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03642-PHX-DGC |
| Cobb, Lance Anthony | CV-18-04691-PHX-DGC | USDC TX, Eastern District | MDL - Filter | 12/30/2019 | 21038 | Weitz & Luxenberg, PC | Debra Cobb, as Administratix and Loss of Consortium of the Estate of Lance Cobb v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04691-PHX-DGC |
| Phillips, Jimmy | CV-19-02270-PHX-DGC | USDC TX, Eastern District | MDL - Filter | 1/31/2020 | 21424 | Johnston Law Group | Jimmy Phillips v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02270-PHX-DGC |
| Buie, Hal Wesley | CV-19-00759-PHX-DGC | USDC TX, Northern District | MDL - Filter | 12/9/2019 | 20984 | Johnson Law Group | Hal Buie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00759-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Gordon, Beulah | CV-19-03411-PHX-DGC | USDC TX, Northern District | MDL - Filter | 1/6/2020 | 20995 | Johnson Law Group | Tina Gustin, as Personal Representative of the Estate of Beulah Gordon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-03411-PHX-DGC |
| Hayes, Curley Gene | CV-16-02061-PHX-DGC | USDC TX, Northern District | MDL - Filter | 1/14/2020 | 21041 | Babbitt & Johnson, PA | Curley Gene Hayes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02061-PHX-DGC |
| Miller, Ben | CV-19-01437-PHX-DGC | USDC TX, Northern District | MDL - Filter | 1/2/2020 | 21003 | Bertram & Graf LLC | Ben Miller v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01437-PHX-DGC |
| Moore, Carlton Lamon | CV-19-00165-PHX-DGC | USDC TX, Northern District | MDL - Filter | 1/7/2020 | 20987 | Johnson Law Group | Carlton Moore v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00165-PHX-DGC |
| Vela, Jeffery S | CV-18-02941-PHX-DGC | USDC TX, Northern District | MDL - Filter | 11/21/2019 | 20902 | Johnson Law Group | Jeff Vela v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02941-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Ameel, Alexis A | CV-16-02766-PHX-DGC | USDC TX, Southern District | MDL - Filter | 12/5/2019 | 20983 | Freese & Goss PLLC | Alexis A. Ameel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02766-PHX-DGC |
| Barker, James A | CV-17-03656-PHX-DGC | USDC TX, Southern District | MDL - Filter | 11/20/2019 | 20896 | Freese & Goss PLLC | James A. Barker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03656-PHX-DGC |
| Fontenot, Effie | CV-18-01166-PHX-DGC | USDC TX, Southern District | MDL - Filter | 1/6/2020 | 20995 | Johnson Law Group | Effie Fontenot v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-01166-PHX-DGC |
| Irwin, Alvis Lynn | CV-17-03084-PHX-DGC | USDC TX, Southern District | MDL - Filter | 11/21/2019 | 20898 | Freese & Goss PLLC | Alvis L. Irwin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-17-03084-PHX-DGC |
| Robinson, Lonnie Mae | CV-19-02547-PHX-DGC | USDC TX, Southern District | MDL - Filter | 12/11/2019 | 21108 | Freese & Goss PLLC | Lonnie Mae Robinson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02547-PHX-DGC |

| Plaintiff | Current Civil Action | Transferee Jurisdiction | Original Jurisdiction | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Timberlake, Calvin R | CV-16-03999-PHX-DGC | USDC TX, Southern District | MDL - Filter | 1/3/2020 | 21017 | Babbitt & Johnson, PA | Calvin Timberlake and Karen Timberlake v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-03999-PHX-DGC |
| Floyd, Kenneth | CV-19-02526-PHX-DGC | USDC VA, Eastern District | MDL - Filter | 12/17/2019 | 21006 | Wright & Schulte, LLC | Kenneth Floyd v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-02526-PHX-DGC |
| Savetwith, Susan L | CV-18-03465-PHX-DGC | USDC WI, Eastern District | MDL - Filter | 12/30/2019 | 21038 | Weitz & Luxenberg, PC | Susan Savetwith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03465-PHX-DGC |
| Crum, Terry G | CV-19-00630-PHX-DGC | USDC WI, Western District | MDL - Filter | 11/20/2019 | 20897 | Freese & Goss PLLC | Terry G. Crum v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00630-PHX-DGC |