# EXHIBIT B
# REMAND CHART

| Plaintiff | Current Civil Action | Remand Jurisdiction | Original Civil Action | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Nicol, James | CV-16-02853-PHX-DGC | USDC MO, Eastern District | 4:16-cv-1233 | 10/28/2016 | 3815 | Niemeyer, Grebel & Kruse LLC | Angela Novy, Frederick Becker, Larry Collins, Wilson Palmer, Juanita Williams, Sarah Beste, Heather Powers, Laura Crowley, Terry Elwell, Angela Petroutsa, Joseph Grossman, James Maxfield, Abdul-Mutaal Bilal, Lisa Radzik, Allan Kotter, Denise Gill, Faith Hinchman, Michelle Baggett, Angela Gibson, Diane Reynoldson, Angela Gibson, Diane Reynoldson, Joann Cardona, Jason Smith, Tammy Dykema, Tony Walker, Sheila May, Brian Morrison, Melvin Holmes III, Eric Robinson, Christine Baker, Susan Cole, Sandra Graham, Cynthia Houston, Tina Kennedy, Peter McGrath, Sabir Saad, Ronell Smith, Wilfred Vegiard, Jerome Weiss, Alana Adams, Helen Artist-Rogers, William Brown, Sr., Jessica Carroll, Suette Collins, James Nicol, Vanessa Marshall, William Salters, Jerry Simerly and Annie Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-16-02853-PHX-DGC |

| Plaintiff | Current Civil Action | Remand Jurisdiction | Original Civil Action | DWOP Entered | DKT # for DWOP | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|---|---|
| Pasha, Yusef S | CV-17-03899-PHX-DGC | USDC NY, Southern District | 1:17-cv-07878 | 1/9/2020 | 21223 | Marc J Bern & Partners LLP | Yusef S. Pasha and Gerri Stewart Pasha v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, CV-17-03899-PHX-DGC |
| Williams, Tamika E | CV-15-01956-PHX-DGC | USDC GA, Northern District | 1:15-cv-03045-AT | 1/3/2020 | 21886 | Henry Spiegel Milling LLP | Tamika Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-01956-PHX-DGC |