IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGIATION

---------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Little v. C.R. Bard Inc., et. al.,* 2:19-cv-00127-DGC

No. 2:15-cv-02641-DGC
MDL No: 2641

## STIPULATION OF DISMISSAL OF PLAINTIFF BRENDA LITTLE'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Brenda Little's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Ms. Little's claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

/s/ Matthew R. McCarley
Matthew R. McCarley
State Bar No. 24041426

Fears | Nachawati Law Firm
4925 Greenville Avenue
Suite 715
Dallas, Texas 75206
T. (214) 890.0711
F. (214) 890.0712
mccarley@fnlawfirm.com

**ATTORNEY FOR PLAINTIFF
BRENDA LITTLE**

/s/ Richard B. North, Jr.
Richard B. North, Jr.
State Bar No. 545599
Matthew B. Lerner
State Bar No. 446986

Nelson Mullins Riley & Scarborough LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, Georgia 30363
T. (404) 322.6000
F. (404) 322.6397
richard.north@nelsonmullins.com

**ATTORNEYS FOR C.R. BARD, INC. AND
BARD PERIPHERAL VASCULAR, INC.**