IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

———————————————————————————·    No. 2:15-md-02641-DGC

THIS DOCUMENT RELATES TO:    MDL No: 2641
*Richardson v. C.R. Bard Inc., et. al.,* 2:19-cv-04174-DGC

**PROPOSED ORDER GRANTING**
**DISMISSAL OF PLAINTIFF RUBIE RICHARDSON'S CLAIMS WITH PREJUDICE**

The Court having examined the foregoing Stipulation of dismissal of Rubie Richardson's claims in the above-captioned matter filed by the parties seeking the dismissal of Rubie Richardson's. The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Rubie Richardson's Claims With Prejudice is granted.

SIGNED on this _____ day of _____, 2021.

_____
JUDGE DAVID G. CAMPBELL