# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

--------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Simmons v. C.R. Bard Inc., et. al.,* 2:18-cv-00404-DGC

No. 2:15-cv-02641-DGC
MDL No: 2641

## STIPULATION OF DISMISSAL OF PLAINTIFF JOHN PATRICK SIMMONS'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff John Patrick Simmons's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Mr. Simmons's claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

| | |
|---|---|
| /s/ Matthew R. McCarley | /s/ Richard B. North, Jr. |
| Matthew R. McCarley | Richard B. North, Jr. |
| State Bar No. 24041426 | State Bar No. 545599 |
| | Matthew B. Lerner |
| Fears \| Nachawati Law Firm | State Bar No. 446986 |
| 4925 Greenville Avenue | |
| Suite 715 | Nelson Mullins Riley & Scarborough LLP |
| Dallas, Texas 75206 | Atlantic Station |
| T. (214) 890.0711 | 201 17th Street, NW |
| F. (214) 890.0712 | Suite 1700 |
| mccarley@fnlawfirm.com | Atlanta, Georgia 30363 |
| | T. (404) 322.6000 |
| **ATTORNEY FOR PLAINTIFF** | F. (404) 322.6397 |
| **JOHN PATRICK SIMMONS** | richard.north@nelsonmullins.com |
| | |
| | **ATTORNEYS FOR C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |