IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

----------------------------------------

THIS DOCUMENT RELATES TO:
*Simmons v. C.R. Bard Inc., et. al.,* 2:18-cv-00404-DGC

No. 2:15-md-02641-DGC
MDL No: 2641

## PROPOSED ORDER GRANTING DISMISSAL OF PLAINTIFF JOHN PATRICK SIMMONS'S CLAIMS WITH PREJUDICE

The Court having examined the foregoing Stipulation of dismissal of John Patrick Simmons's claims in the above-captioned matter filed by the parties seeking the dismissal of John Patrick Simmons's. The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of John Patrick Simmons's Claims With Prejudice is granted.

SIGNED on this _____ day of _____, 2021.

_____
JUDGE DAVID G. CAMPBELL