# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| John Patrick Simmons,<br>      Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>      Defendants. | No. CV18-00404 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21754.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21754 is **granted.** The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this 4th day of January, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge