# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Brenda Little, <br>         Plaintiff, <br> v. <br> C. R. Bard Incorporated, et al. <br>         Defendants. | No. CV19-00127 PHX DGC <br><br> **ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21751.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21751 is **granted.**  The Clerk of the Court is directed to terminate this matter.  Each party to bear its own costs and attorneys' fees.

Dated this 4th day of January, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge