# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Betty A. Mitchell and Raymond Lee Mitchell,<br><br>Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>Defendants. | No. CV19-00163 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21752.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21752 is **granted.** The Clerk of the Court is directed to terminate this matter as to Raymond Lee Mitchell. Each party to bear its own costs and attorneys' fees.

Dated this 4th day of January, 2021.

David G. Campbell
Senior United States District Judge