| | |
|---|---|
| 1 | Bobby J. Bell, Jr. |
| 2 | Hollis, Wright & Clay P.C<br>2201 Morris Avenue |
| 3 | Birmingham, AL 35203<br>P: 205.324.3600 |
| 4 | F: 205.324.3636<br>bob@hollis-wright.com |
| 5 | *Attorneys for Plaintiff* |
| 6 | James R. Condo (#005867) |
| 7 | Kristine L. Gallardo (#033975)<br>SNELL & WILMER L.L.P. |
| 8 | One Arizona Center<br>400 E. Van Buren, Suite 1900 |
| 9 | Phoenix, AZ 85004-2204<br>Telephone:  (602) 382-6000 |
| 10 | jcondo@swlaw.com<br>kgallardo@swlaw.com |
| 11 | Richard B. North, Jr. (admitted *pro hac vice*) |
| 12 | Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*) |
| 13 | Georgia Bar No. 446986<br>NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 14 | Atlantic Station<br>201 17th Street, NW, Suite 1700 |
| 15 | Atlanta, GA 30363<br>Telephone: (404) 322-6000 |
| 16 | richard.north@nelsonmullins.com<br>matthew.lerner@nelsonmullins.com |
| 17 | *Attorneys for Defendants* |
| 18 | *C. R. Bard, Inc. and*<br>*Bard Peripheral Vascular, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates<br><br>KRISTY A. HARRIS<br>CV-19-01754-PHX-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Kristy A. Harris ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to dismissal with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the above referenced case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 7th day of January, 2021.

| | |
|---|---|
| */s/ Bobby J. Bell, Jr.*<br>Bobby J. Bell, Jr.<br>bob@hollis-wright.com<br>Hollis, Wright & Clay P.C<br>2201 Morris Avenue<br>Birmingham, AL 35203<br>P: 205.324.3600<br>F: 205.324.3636<br><br>*Attorneys for Plaintiff* | */s /Richard B. North, Jr.*<br>Richard B. North, Jr.<br>richard.north@nelsonmullins.com<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, GA 30363<br>P: 404.322.6000<br>F: 404.332.6397<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |