IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGIATION

---

THIS DOCUMENT RELATES TO:
*Ryan v. C.R. Bard Inc., et. al.,* 2:18-cv-03853-DGC

No. 2:15-md-02641-DGC
MDL No: 2641

## STIPULATION OF DISMISSAL OF PLAINTIFF ANGIE RYAN'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Angie Ryan's claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Ms. Ryan's claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

| | |
|---|---|
| /s/ Matthew R. McCarley | /s/ Richard B. North, Jr. |
| Matthew R. McCarley | Richard B. North, Jr. |
| State Bar No. 24041426 | State Bar No. 545599 |
| | Matthew B. Lerner |
| | State Bar No. 446986 |
| Fears \| Nachawati Law Firm | |
| 4925 Greenville Avenue | Nelson Mullins Riley & Scarborough LLP |
| Suite 715 | Atlantic Station |
| Dallas, Texas 75206 | 201 17th Street, NW |
| T. (214) 890.0711 | Suite 1700 |
| F. (214) 890.0712 | Atlanta, Georgia 30363 |
| mccarley@fnlawfirm.com | T. (404) 322.6000 |
| | F. (404) 322.6397 |
| **ATTORNEY FOR PLAINTIFF** | richard.north@nelsonmullins.com |
| **ANGIE RYAN** | |
| | **ATTORNEYS FOR C.R. BARD, INC. AND** |
| | **BARD PERIPHERAL VASCULAR, INC.** |