# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Angie Ryan,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>        Defendants. | No. CV18-03853 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21767.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice (Doc. 21767) is **granted.** The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this 19th day of January, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge