David P. Matthews
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
dmatthews@matthewslawfirm.com

Tim K. Goss
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75204
Telephone: (214) 751-6610
tim@freeseandgoss.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **UPDATED STATUS REPORT** |
| | (Assigned to the Honorable David G. Campbell) |

In Case Management Order No. 48, the Court ordered the parties to submit an updated status report addressing the 217 dismissed cases previously identified to the Court in which the plaintiffs had not signed a release or opted out of the settlement (the "217 Cases").   As directed by the Court, Freese & Goss and Matthews & Associates ("FG/MA") submit the following updated information regarding the 217 Cases for the Court's consideration:

**I.**

FG/MA has worked diligently since December 4, 2020 to locate, make contact with, and secure settlement decisions from, plaintiffs.  As a result of that work, the status of the 217 Cases is becoming increasingly refined and category numbers continue to shift. For example, heirs have been identified for over half of the 43 plaintiffs that had previously been categorized as "Deceased With No Known Heirs" and those cases have been moved into the "Decided," "Considering" or "Non-Responsive" categories based on the result of communication efforts.  As missing plaintiffs were located, non-responsive plaintiffs were determined to be deceased, or plaintiffs from any category became non-

responsive, their classifications were updated and the category numbers changed accordingly.

Of the 217 Cases that were identified to the Court on December 4, 2020, seventeen (17) plaintiffs have since made settlement decisions and have been removed from the chart below.   The current status of the remaining 200 dismissed cases is summarized in the following chart and discussed in greater detail in the following paragraphs:

|  | Oct. 23, 2020 | Dec. 4, 2020 | Jan. 26, 2021 |
|---|---|---|---|
| Considering the settlement | 99 | 24 | 20 |
| Deceased with no known heirs | 43 | 43 | 21 |
| Nonresponsive to inquiries | 78 | 111 | 114 |
| Not able to be located | 107 | 39 | 45 |
| TOTAL | 327 | 217 | 200 |

Plaintiffs Who Have Made Settlement Decisions:   In the seven weeks since December 4, 2020, FG/MA has been able to obtain settlement decisions from 17 plaintiffs.  Of those 17 plaintiffs, 13 have accepted the settlement[1] and 4 have chosen to opt-out of the settlement.[2]

Plaintiffs Considering the Settlement:   Since December 4, 2020, FG/MA has secured settlement decisions in 3 of the 24 cases involving dismissed plaintiffs who were still considering the settlement.  An additional 11 plaintiffs that had been listed in the "considering" category have been non-responsive to efforts by FG/MA to reach them by telephone, text, voicemail, email and/or correspondence and have been recategorized as non-responsive.   Ten (10) plaintiffs are still considering the settlement.

To the ten plaintiffs who remain considering the settlement, an additional ten cases have been added that had previously been in other categories.  More specifically, FG/MA succeeded in contacting or locating heirs for ten plaintiffs that had previously been

---

[1]  Settlement releases have been received from six plaintiffs.  The other seven plaintiffs have verbally accepted the settlement and have represented to Plaintiffs' Counsel that the releases will be promptly executed and returned.

[2] The four plaintiffs who opted-out did so after December 4, 2020 and so were not previously reported to the Court. They should be added to the Reinstatement Chart.

categorized as "Non-Responsive" or "Deceased With No Known Heirs."  Those ten plaintiffs/heirs are currently considering the settlement offer and have been added to the "Considering" category.

Deceased Plaintiffs With No Known Heirs:  Since December 4, 2020, FG/MA has identified heirs for 25 of the 43 plaintiffs previously identified to the Court as "deceased without known heirs".  Contact has been made with four heirs of deceased plaintiffs:  two have verbally communicated their acceptance of the settlement (releases have not yet been received) and two others are currently considering the settlement.  In 21 cases, FG/MA believes it has identified and located heirs for deceased plaintiffs but those heirs have not responded to FG/MA's efforts to contact them by telephone, text, voicemail, email and/or correspondence: those 21 cases have been recategorized as non-responsive.

To the 18 cases that remained in the deceased category, three were added after FG/MA determined that the plaintiffs in three cases that had been categorized as "Non-Responsive" had passed away.

Plaintiffs Who Are Non-Responsive to Inquiries:   Over the past seven weeks, FG/MA was able to make contact with 23 of the 111 plaintiffs whose cases had been categorized as "Non-Responsive."  Of those 23 plaintiffs: 9 accepted the settlement and have executed or are in the process of executing releases, 3 have chosen to opt out, 3 were determined to be deceased and 8 are presently considering the settlement.   An additional 8 plaintiffs were reclassified as "not able to be located" after it was determined that contact information in FG/MA's files was no longer correct.

Despite FG/MA making progress on 31 of the 111 cases previously in the non-responsive category, the total number of cases in the category has grown by 3 because cases from the "Unable to be Located" (2 cases), "Considering" (11 cases) and "Deceased" (21 cases) categories were recategorized as "Non-Responsive."

Plaintiffs Who Are Not Able to Be Located:   FG/MA (assisted by lead counsel/referring counsel) has been able to locate just 2 of the 39 plaintiffs previously identified as "Not Able to be Located."  Although contact information was found for those

two plaintiffs, to date, they have not responded to FG/MA's phone calls, emails, texts, or letters.  Those two plaintiffs have been reclassified as "Non-Responsive."

Eight individual who were previously believed to be Non-Responsive were reclassified as "Not Able to be Located" after it was determined by FG/MA that the contact information on file was not correct.

## II.

FG/MA believes that it is very close to exhausting its efforts to locate, contact and obtain decisions from the remaining 200 plaintiffs.  Given the Court's decision in Case Management Order No. 48 to impose a March 15, 2021 dismissal deadline for certain other cases, FG/MA would propose that they also be allowed until March 15, 2021 to continue their efforts to locate, contact and secure settlement decisions from the remaining 200 plaintiffs -- particularly those that have been newly located and are currently considering the settlement.  FG/MA would propose that a status conference be scheduled on or shortly after March 15, 2021 at which time FG/MA anticipates being able to provide the Court with a final list of cases for reinstatement and transfer or remand.

RESPECTFULLY SUBMITTED this 26th day of January, 2020.

By: /s/ *David P. Matthews*
David P. Matthews
Texas Bar No. 13206200
dmatthews@matthewslawfirm.com
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile (713) 535-7184

Tim K. Goss
Texas Bar No. 08222660
tim@freeseandgoss.com
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75204
Telephone: (214) 761-6610

1

Facsimile: (214) 761-6688
*Attorneys for Plaintiffs*

2

3

4

5      I hereby certify that on this <u>31</u><sup>th</sup> day of January, 2021, I electronically transmitted

6     the attached document to the Clerk's Office using the CM/ECF System for filing and

7     transmittal of a Notice of Electronic Filing.

8

*/s/ David P. Matthews*

9

David P. Matthews

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28