**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge: David G. Campbell** | **Date: January 27, 2021** |
| **Case Number: MD-15-02641-PHX-DGC** | |
| **IN RE: Bard IVC Filters Products Liability Litigation** | |

| **APPEARANCES:** | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Ramon Lopez, Mark O'Connor, Tim Goss | Richard North, Russell Gaudreau |

**TELEPHONIC STATUS HEARING:**

Telephonic Status Hearing is held. Discussion is held regarding the January 26th status report filed by the parties. The Court will issue orders as set forth on the record. A status report is due by the close of business on 3/17/2021. A telephonic status hearing is set for 3/19/2021 at 2:00 p.m. The Court will issue a new case management order setting forth the new deadlines discussed in today's hearing. Plaintiffs' counsel shall provide the dial-in information to counsel for all parties and the Court no later than 12:00 p.m. on 3/17/2021.

Deputy Clerk: Christine Boucher
Court Reporter: Candy Potter

Start: 4:34 p.m.
Stop: 4:45 p.m.