Ramon Rossi Lopez – rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
100 Bayview Circle, Suite 5600
Newport Beach, California  92660
949-812-5771

Mark S. O'Connor (011029) – moconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 North 44th St.
Phoenix, Arizona  85008
480-429-3000

*Co-Lead/Liaison Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | ***EX PARTE* MOTION TO SEAL TRANSCRIPT OF *EX PARTE* HEARING** |

Plaintiff's Counsel has requested the transcript (Doc. 200783) of the *ex parte* hearing that took place before the Honorable David G. Campbell on February 17, 2017 and moves this Court, pursuant to Local Civil Rule 5.6 and respectfully requests that the transcript, once prepared and filed, be sealed.  The hearing involved a confidential matter regarding plaintiffs' leadership which warrants protection from public disclosure.

RESPECTFULLY SUBMITTED this 2nd day of February 2021.

LOPEZ McHUGH LLP

By: */s/ Ramon Rossi Lopez*
Ramon Rossi Lopez (CA Bar No. 86361)
(admitted *pro hac vice*)
100 Bayview Circle, Suite 5600
Newport Beach, California 92660

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Marilyn B. Wass*