# IN UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC |
|---|---|
| | **ORDER** |

Pending before the Court is plaintiff's motion to seal (Doc. _____)  The transcript required to be sealed contains confidential information and shall be sealed by the Court.

**IT IS ORDERED** that the Clerk of the Court shall accept for filing under seal the subject transcript once prepared by the official court reporter.

Dated this _____ day of February 2021.

_____
David G. Campbell
Senior United States District Judge
