**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | MDL No. 2:15-MD-02641 |
| **This Document Relates to:** | |
| **BARBARA BUCHANAN** | Civil Action No. 2:16-cv-02090-PHX-DGC |
|       **Plaintiff,** | **ORDER OF DISMISSAL WITH PREJUDICE** |
| **v.** | |
| **C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.** | |
|       **Defendants.** | |

Considering the parties' Stipulation of Dismissal With Prejudice of All Claims of Plaintiff, Barbara Buchanan.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants C.R. Bard and Bard Peripheral Vascular, Inc. in Civil Action No. 2:15-md-02641 (Member Case 2:16-cv-02090 are hereby dismissed with prejudice as to the refiling of same, and each party shall bear its own costs.

DATED: _____           _____
                                                                                                      Honorable Judge David G. Campbell
                                                                                        Judge, United States District Court