Nancy A. Mismash, #6615
ROBERT J. DEBRY AND ASSOCIATES
4252 South 700 East
Salt Lake City, Utah 84107
Telephone: (801) 262-8915
nmismash@robertdebry.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *IN RE: Bard IVC Filters Products Liability Litigation* | **NOTICE OF WAIVER**<br><br>MDL 2:15-02641-PHX-DGC |

Nancy A. Mismash and Robert DeBry & Associates, waive all future notice of any and all filings IN RE: Bard IVC Filters Products Liability Litigation.

Dated this 3rd day of February, 2021.

/s/ *Nancy A. Mismash*
NANCY A. MISMASH
Attorney for Plaintiff