IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGIATION

---------------------------------------------------------------------------

THIS DOCUMENT RELATES TO:
*Mills v. C.R. Bard Inc., et. al.,* 2:16-cv-03401

No. 2:15-md-02641-DGC

## STIPULATION OF DISMISSAL OF PLAINTIFF STEPHANIE MILLS' CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Stephanie Mills' claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This Stipulation dismisses all of Ms. Mills' claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

| | |
|---|---|
| */s/ Monte Bond* | */s/ Richard B. North, Jr.* |
| Monte Bond, Esq. | **Richard B. North, Jr.** |
| Texas State Bar No. 02585625 Jessica Glitz, Esq. | **Matthew B. Lerner** |
| **Tautfest Bond, PLLC** | **Nelson Mullins Riley & Scarborough LLP** |
| 5151 Belt Line Rd. Ste. 1000 Dallas, TX 75254 | Atlantic Station |
| T. (214) 617.9980 | 201 17th Street, NW |
| F. (214) 853.4281 | Suite 1700 |
| mbond@tbtorts.com | Atlanta, Georgia 30363 |
| jglitz@tbtorts.com | T. (404) 322.6000 |
| | F. (404) 322.6397 |
| | richard.north@nelsonmullins.com |
| **ATTORNEYS FOR PLAINTIFF STEPHANIE MILLS** | **ATTORNEYS FOR C.R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |