IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION
———————————————————————      No. 2:15-md-02641-DGC
THIS DOCUMENT RELATES TO:
*Mills v. C.R. Bard Inc., et. al.,* 2:16-cv-03401

**PROPOSED ORDER GRANTING DISMISSAL OF PLAINTIFF STEPHANIE MILLS'
CLAIMS WITH PREJUDICE**

The Court having examined the foregoing Stipulation of dismissal of Stephanie Mills' claims in the above-captioned matter filed by the parties seeking the dismissal of Stephanie Mills' claims.

The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Stephanie Mills' Claims with Prejudice is granted.

SIGNED on this _____ day of _____, 2021.

_____
JUDGE DAVID G. CAMPBELL