# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed an *ex parte* motion to seal transcript of *ex parte* hearing. Doc. 21784.

**IT IS ORDERED:**

1. Plaintiffs' *ex parte* motion to seal transcript [and transcript order form] of *ex parte* hearing (Doc. 21784) is **granted.**

2. The Court reporter shall provide plaintiffs' counsel with a transcript of the sealed portion of the proceedings held on February 17, 2017. The sealed portion of this transcript shall remain sealed for all other purposes, absent further order of the Court.

3. The Clerk of Court is directed to file under seal and *ex parte*, the transcript order form (Doc. 21783) and the transcript of the sealed portion of the proceedings held on February 17, 2017.

Dated this 4th day of February, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge