# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Barbara Buchanan, <br> Plaintiff, <br> v. <br> C. R. Bard Incorporated, et al. <br> Defendants. | No. CV16-02090 PHX DGC <br><br> **ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21785.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21785 is **granted.** The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this 4th day of February, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge