IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) MDL Docket No. 15-2641 ) |
| 2:19-cv-01233-DGC _____ | ) ) ) ) |
| JANET TURNER, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**SO ORDERED** this _____ day of _____, 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana