IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION, | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) MDL Docket No. 15-2641 ) |
| 2:18-cv-00098-DGC _____ | ) ) ) |
| BRADLEY SIMPSON, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| C. R. BARD, INC., et al., | ) ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 9, 2021

| | |
|---|---|
| */s/ David C. DeGreeff* | s/ Richard B. North |
| David C. DeGreeff, Esq. | Richard B. North, Jr. (*pro hac vice*). |
| Wagstaff & Cartmell, LLP | Georgia Bar No. 545599 |
| 4740 Grand Avenue, Suite 300 | Matthew B. Lerner (*pro hac vice*) |
| Kansas City, Missouri 64112 | Georgia Bar No. 446986 |
| Telephone: (816) 701-1100 | Atlantic Station |
| Facsimile: (816) 531-2372 | 201 17th St., NW, Suite 1700 |
| Email: ddegreeff@wcllp.com | Atlanta, GA 30363 |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendants*** |