IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Eileen Jordan v. C.R. Bard, Inc., et al.,* | No. 2:15-md-2641-PHX-DGC<br><br><br><br><br>Civil Action No. 2:18-cv-01343-PHX-DGC |

**ORDER GRANTING MOTION FOR LEAVE**

**<u>TO WITHDRAW AS COUNSEL FOR PLAINTIFF EILEEN JORDAN</u>**

THIS MATTER came before the Court on John T. Kirtley, III and Ferrer, Poirot & Wansbrough's Motion for Leave to Withdraw as Counsel for Plaintiff. The Court, having reviewed the Motion and the Certification of Counsel therein, and being otherwise advised in the premises, it is, therefore,

ORDERED AND ADJUDGED that the Motion for Leave to Withdraw is hereby GRANTED. John T. Kirtley, III and Ferrer, Poirot & Wansbrough shall be removed as counsel for Eileen Jordan.

DATED this_____ day of _____2021.

_____
Hon. David G. Campbell
UNITED STATES DISTRICT JUDGE

1