# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCT LIABILITY LITIGATION** | Civil Action No. 2:15-MD-02641-PHX-DGC MDL No. 2641 |
| This Document Relates to: Jessica Liston, 2:19-cv-01167-DGC | **NOTICE OF SUBSTITUION** |

## NOTICE OF SUBSTITUTION

**PLEASE TAKE NOTICE THAT** in accordance with Local Rule 83.3(b)(4), Attorney Basil E. Adham of the Johnson Law Group hereby substitutes as counsel of record for the above captioned plaintiff in place of Attorney Clint Reed. It is therefore requested that Clint Reed be removed from any further notice on the above captioned case.

Respectfully Submitted,

*/s/ Basil E. Adham*
Basil E. Adham (TX Bar No. 24081742)
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: IVC@johnsonlawgroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of February, I electronically filed the foregoing

*Notice of Substitution* with the Clerk of Court using the CM/ECF system, which automatically

sends an electronic notification to all counsel of record and other CM/ECF participants.


*/s/ Basil E. Adham*
Basil E. Adham