IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:15-MD-02641 MDL No. 2641 |
| THIS DOCUMENT RELATES TO: 2:19-cv-03501-DGC | **STIPULATED DISMISSAL WITH PREJUDICE** |
| DONALD DAVIS, *Plaintiff* v. C.R. BARD, INC., et al., *Defendants* | |

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

**Dated:** February 12, 2021

*/s/ Basil E. Adham*
Basil E. Adham (TX Bar No. 24081742)
IVC@johnsonlawgroup.com
**Johnson Law Group**
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460

*Attorney for Plaintiff*

*/s/ Richard B. North*
Richard B. North, Jr. (GA Bar No. 545599)
richard.north@nelsonmullins.com
Matthew B. Lerner (GA Bar No. 446986)
matthew.lerner@nelsonmullins.com
**Nelson Mullins Riley & Scarborough LLP**
Atlantic Station
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

*Attorneys for Defendants*