# IN THE UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:15-MD-02641 MDL No. 2641 |
| THIS DOCUMENT RELATES TO: 2:19-cv-03501-DGC | **ORDER** |
| DONALD DAVIS, *Plaintiff* v. C.R. BARD, INC., et al., *Defendants* | |

## ORDER OF DISMISSAL

Pending before the Court is the parties' stipulation of dismissal with prejudice.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice is **granted**. The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this _____ day of February, 2021.

_____
David G. Campbell
Senior United States District Judge