1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Eileen Jordan, | No. CV18-01343 PHX DGC |
| Plaintiff, | |
| v. | |
| C. R. Bard Incorporated, et al. | **ORDER** |
| Defendants. | |

Pending before the Court is Plaintiff's attorney's motion to withdraw as counsel. Doc. 21806.  This case has been transferred to the United States District Court for the Middle District of Florida pursuant to the Court's Suggestion of Remand and Transfer Order (Fifth) dated February 9, 2021, and as amended, on February 11, 2021 (Doc. 21827).

**IT IS ORDERED** that Plaintiff's attorney's motion to withdraw as counsel (Doc. 21806) is **denied**.  Plaintiff's counsel shall file his motion for withdraw as counsel in the Court where the case is now pending.

Dated this 16th day of February, 2021.

David G. Campbell
Senior United States District Judge