# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Donald Davis,<br>　　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV19-03501 PHX DGC<br><br>**ORDER** |

　　　　Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21829.  This case was transferred to the United States District Court for the Northern District of Alabama pursuant to the Court's Suggestion of Remand and Transfer Order (Fifth) dated February 9, 2021, and as amended, on February 11, 2021 (Doc. 21827).

　　　　**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21829 is **denied.**  The parties shall file their stipulation of dismissal in the Court where the case is now pending.

　　　　Dated this 16th day of February, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge