1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

IN RE:   Bard IVC Filters Products Liability Litigation,

No. MDL15-2641 PHX DGC

10

Timothy Ora Adams,

11

Plaintiff,

No. CV19-01078 PHX DGC

12

v.

13

C. R. Bard Incorporated, et al.

**ORDER**

14

Defendants.

15

16          Pending before the Court is the parties' stipulation of dismissal with prejudice.

17    Doc. 21830.  This case was transferred to the United States District Court for the Middle

18    District of Tennessee pursuant to the Court's Suggestion of Remand and Transfer Order

19    (Fifth) dated February 9, 2021, and as amended, on February 11, 2021 (Doc. 21827).

20          **IT  IS  ORDERED** that the parties' stipulation of dismissal with prejudice.

21    Doc. 21830 is **denied.**  The parties shall file their stipulation of dismissal in the Court

22    where the case is now pending.

23          Dated this 16th day of February, 2021.

24
25
26

David G. Campbell
Senior United States District Judge

27
28