# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:15-MD-02641<br>MDL No. 2641 |
| THIS DOCUMENT RELATES TO:<br>2:17-cv-00778 | **STIPULATED DISMISSAL WITH PREJUDICE** |
| *Marsella et al.*,<br>    *Plaintiffs*<br><br>    v.<br><br>C.R. BARD, INC., et al.,<br>    *Defendants* | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

**Dated:** February 26, 2021

| | |
|---|---|
| */s/ Willard J. Moody, Jr.*<br>Willard J. Moody, Jr. (VA # 22866)<br>will@moodyrrlaw.com<br>**The Moody Law Firm**<br>500 Crawford Street, Suite 300<br>Portsmouth, VA 23704<br>Telephone: (757) 393-6020<br>Facsimile: (757) 399-3019<br><br>***Attorney for Plaintiff*** | */s/ Richard B. North*<br>Richard B. North, Jr. (GA Bar No. 545599)<br>richard.north@nelsonmullins.com<br>Matthew B. Lerner (GA Bar No. 446986)<br>matthew.lerner@nelsonmullins.com<br>**Nelson Mullins Riley & Scarborough LLP**<br>Atlantic Station<br>201 17th Street NW<br>Suite 1700<br>Atlanta, GA 30363<br>Telephone: (404) 322-6000<br>Facsimile: (404) 322-6050<br><br>***Attorneys for Defendants*** |