## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:15-MD-02641 MDL No. 2641 |
| THIS DOCUMENT RELATES TO: 2:17-cv-00778 | **ORDER** |
| *Marsella et al.*, *Plaintiff* v. C.R. BARD, INC., et al., *Defendants* | |

### ORDER OF DISMISSAL

Pending before the Court is the parties' stipulation of dismissal with prejudice.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice is **granted**. The Clerk of the Court is directed to terminate this matter. Each party to bear its own costs and attorneys' fees.

Dated this _____ day of March, 2021.

_____
David G. Campbell
Senior United States District Judge