## **EXHIBIT A**

| | | |
|---|---|---|
| 2:17-cv-01485-PHX-DGC | Harrison | Paso |
| 2:17-cv-00425-PHX-DGC | Laughlin | Essie |
| 2:17-cv-02320-PHX-DGC | Lindner | Mary |
| 2:17-cv-02922-PHX-DGC | Highsmith | Tionna |
| 2:17-cv-02178-PHX-DGC | Joslin | Javier |
| 2:17-cv-02176-PHX-DGC | Cayman | Lloyd |
| 2:16-cv-01891-PHX-DGC | Robinson | Charles |
| 2:17-cv-00350-PHX-DGC | Gaskin | Dianne |
| 2:17-cv-02177-PHX-DGC | Leach | Debbra |
| 2:17-cv-01471-PHX-DGC | Labaki | Rebecca |
| 2:17-cv-00338-PHX-DGC | Barker | Bobby |
| 2:17-cv-02224-PHX-DGC | Ferguson | John |
| 2:18-cv-02223-PHX-DGC | Jordan | Rose |
| 2:18-cv-02222-PHX-DGC | Himel | Lucy |
| 2:17-cv-04103-PHX-DGC | Porton | Jay |
| 2:17-cv-00349-PHX-DGC | Soderberg | Nils |
| 2:17-cv-00351-PHX-DGC | Vincent | Earlma |
| 2:17-cv-04798-PHX-DGC | McMahon | Stephen |