# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the Stipulation of Dismissal with Prejudice filed by the Plaintiffs listed on Exhibit A attached hereto and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021.

_____
David G. Campbell
Senior United States District Judge

# EXHIBIT A

| | | |
|---|---|---|
| 2:17-cv-01485-PHX-DGC | Harrison | Paso |
| 2:17-cv-00425-PHX-DGC | Laughlin | Essie |
| 2:17-cv-02320-PHX-DGC | Lindner | Mary |
| 2:17-cv-02922-PHX-DGC | Highsmith | Tionna |
| 2:17-cv-02178-PHX-DGC | Joslin | Javier |
| 2:17-cv-02176-PHX-DGC | Cayman | Lloyd |
| 2:16-cv-01891-PHX-DGC | Robinson | Charles |
| 2:17-cv-00350-PHX-DGC | Gaskin | Dianne |
| 2:17-cv-02177-PHX-DGC | Leach | Debbra |
| 2:17-cv-01471-PHX-DGC | Labaki | Rebecca |
| 2:17-cv-00338-PHX-DGC | Barker | Bobby |
| 2:17-cv-02224-PHX-DGC | Ferguson | John |
| 2:18-cv-02223-PHX-DGC | Jordan | Rose |
| 2:18-cv-02222-PHX-DGC | Himel | Lucy |
| 2:17-cv-04103-PHX-DGC | Porton | Jay |
| 2:17-cv-00349-PHX-DGC | Soderberg | Nils |
| 2:17-cv-00351-PHX-DGC | Vincent | Earlma |
| 2:17-cv-04798-PHX-DGC | McMahon | Stephen |