≋AO 435     Administrative Office of the United States Courts     **FOR COURT USE ONLY**
AZ Form (Rev. 3/2018)     **DUE DATE:**

**TRANSCRIPT ORDER**

| 1. NAME: Richard B. North, Jr. | 2. PHONE NUMBER: (404) 322-6000 | 3. DATE: 3/2/2021 |
|---|---|---|
| 4. FIRM NAME: Nelson Mullins Riley & Scarborough, LLP | | |
| 5. MAILING ADDRESS: 201 17th St., N.W., Ste. 1700 | 6. CITY: Atlanta | 7. STATE: GA   8. ZIP CODE: 30363 |
| 9. CASE NUMBER: 2:15-md-02641   10. JUDGE: David G. Campbell | DATES OF PROCEEDINGS: 11. see below   12. | |
| 13. CASE NAME: IN RE: Bard IVC Filters Products Liability Litigation | LOCATION OF PROCEEDINGS: 14. Phoenix   15. STATE: AZ | |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | 1/27/2021 Status Conference |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☑ | ☐ | |
| 3 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- ☐ PAPER COPY
- ☐ PDF (e-mail)
- ☑ ASCII (e-mail)

ESTIMATED COSTS

E-MAIL ADDRESS: maria.turner@nelsonmullins.com; cpaulsen@swlaw.com

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: /s/ Richard B. North, Jr.

20. DATE: 3/2/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY