1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

vs.

THIS DOCUMENT RELATES TO THE
CASES LISTED ON THE EXHIBIT
ATTACHED HERETO.

MDL No.: 2:15-md-02641-PHX-DGC

**STIPULATION OF DISMISSAL WITH**
**PREDJUDICE**

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs")

and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this

Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as

follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and

Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice

to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their

own costs.

1

2      WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby

3  respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with

4  prejudice to the re-filing of same and order that these parties are to bear their own costs.

5              Respectfully submitted this 1st day of March, 2021.

6

7

8  /s/ Kevin S. Klein                        /s/ Richard B. North
   Kevin Klein, Esq.                         Richard B. North, Jr.
9  kk@rosenbaumnylaw.com                     richard.north@nelsonmullins.com
   Rosenbaum & Rosenbaum, P.C.               Nelson Mullins Riley &
10 100 Wall Street, 15th Floor               Scarborough LLP
   New York, NY 10005                        201 147th St. NW, Ste. 1700
11 P: 212-514-5007                           Atlanta, GA 30363
   F: 212-514-9178                           P: 404-322-6000
12 *Attorneys for Plaintiffs*                F: 404-332-6397
                                             *Attorneys for defendants C.R. Bard, Inc.*
13                                           *And Bard Peripheral Vascular Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28