**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC |
|---|---|
| | **ORDER** |

The Court has become aware of an error on its Suggestion of Remand and Transfer Order (Doc. 21820) and as amended by Doc. 21827.  Three cases appearing on Schedule B attached to the Suggestion of Remand and Transfer Order:  Erica S. Crawford (CV18-0454 PHX DGC), Mathew Allan Petty (CV18-0456 PHX DGC), and Kimberly Renee Sligh (CV18-0459 PHX DGC) were designated for transfer to the Western District of Indiana.  These cases, however, shall be transferred to the districts shown below.

| Crawford, Erica S. | 2:18-cv-00454 PHX DGC | Tex. N.D. |
| Petty, Mathew Allan | 2:18-cv-00456 PHX DGC | Ind. S.D. |
| Sligh, Kimberly Renee | 2:18-cv-00459 PHX DGC | Kan. |

Dated this 4th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge