1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC **ORDER** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee and the Co-Chairs of the Common Benefit Fee and Cost Committee have filed a motion to seal.  Doc. 21835.

**IT IS ORDERED** that the motion to seal (Doc. 21835) is **granted.**  The Clerk of Court is directed to accept for filing under seal the document lodged on the Court's docket as Doc. 21836

Dated this 4th day of March, 2021.

David G. Campbell
Senior United States District Judge