# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL 15-2641 PHX-DGC |
| This document relates to the cases listed on the Exhibit attached hereto. | **ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice filed by the Plaintiffs listed on Exhibit A attached hereto and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.  Doc. 21845.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice (Doc. 21845) is **granted.**  Plaintiffs' claims are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 4th day of March, 2021.

David G. Campbell
Senior United States District Judge

## EXHIBIT A

| Case Number | Last Name | First Name |
|---|---|---|
| 2:18-cv-00969 PHX DGC | Herbert | Vernisha |
| 2:17-cv-00750 PHX DGC | Gennrich | Heidi |
| 2:17-cv-03580 PHX DGC | Eungard | Charles |
| 2:18-cv-00380 PHX DGC | Shaver | Rebecca |
| 2:18-cv-00651 PHX DGC | Edwards | Donald |
| 2:17-cv-00883 PHX DGC | Hall | Kelvin |
| 2:18-cv-01229 PHX DGC | Wilson | Kenneth |
| 2:17-cv-00842 PHX DGC | Reeder | Sheri |
| 2:17-cv-00530 PHX DGC | Glazebrook | Gary |
| 2:17-cv-02520 PHX DGC | Lagerman | James |
| 2:17-cv-04659 PHX DGC | Higgins | Larry |
| 2:18-cv-01133 PHX DGC | Hill | Sharon |
| 2:18-cv-04905 PHX DGC | Creglow | Sheila |
| 2:18-cv-04925 PHX DGC | Calhoun | Jessica |
| 2:19-cv-00003 PHX DGC | Vazquez | Isaura |
| 2:19-cv-00321 PHX DGC | Vandenberg | Gary |
| 2:19-cv-00606 PHX DGC | Thompson | Charlie |
| 2:19-cv-02722 PHX DGC | Massey | Mary |