# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV16-2853- PHX DGC |
| 2:16-cv-02853-DGC<br>Helen Artist-Rogers,<br><br>          *Plaintiff,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>          Defendants. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now, Plaintiff Helen Artist Rogers, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Helen Artist-Rogers in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 5, 2021

          Respectfully submitted,

          /s/ *Howard L. Nations*
          Howard L. Nations
          THE NATIONS LAW FIRM
          9703 Richmond Ave., Suite 200
          Houston, TX 77042
          Telephone: (713) 807-8400
          Fax: (713) 807-8423

          ATTORNEYS FOR PLAINTIFF


          /s/ *with express permission /Richard B. North, Jr.*
          Richard B. North, Jr.
          NELSON MULLINS RILEY & SCARBOROUGH
          201 17th St. NW, Suite 1700
          Atlanta, GA 30363
          (404) 322-6000

          ATTORNEYS FOR DEFENDANTS