# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>2:15-md-02641-DGC |
| THIS DOCUMENT RELATES TO: | CV16-2853 PHX DGC |
| 2:16-cv-02853-DGC<br>Helen Artist-Rogers, | |
| *Plaintiff,* | **ORDER** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., | |
| *Defendants*. | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Plaintiff Helen Artist-Rogers in this action [Doc. 21854].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Helen Artist-Rogers [Doc. 21854] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE