# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV16-0477- PHX DGC |
| 2:16-cv-00477-DGC<br>Jimmy John Besaw, | |
|     *Plaintiffs,* | **STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc., | |
|     Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Jimmy John Besaw and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff(s) Jimmy John Besaw in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:  March 6, 2021

                        Respectfully submitted,

                         /s/ *Howard L. Nations*
                        Howard L. Nations
                        THE NATIONS LAW FIRM
                        9703 Richmond Ave., Suite 200
                        Houston, TX 77042
                        Telephone: (713) 807-8400
                        Fax: (713) 807-8423

                        ATTORNEYS FOR PLAINTIFF


                         /s/ *with express permission /Richard B. North, Jr.*
                        Richard B. North, Jr.
                        NELSON MULLINS RILEY & SCARBOROUGH
                        201 17th St. NW, Suite 1700
                        Atlanta, GA 30363
                        (404) 322-6000

                        ATTORNEYS FOR DEFENDANTS