## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV16-0479- PHX DGC |
| 2:16-cv-00479-DGC<br>Sharon Alethia Rose,<br><br>            *Plaintiff*,<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>            Defendants. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Sharon Alethia Rose, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Sharon Alethia Rose in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 6, 2021

                Respectfully submitted,

                 /s/ *Howard L. Nations*
                Howard L. Nations
                THE NATIONS LAW FIRM
                9703 Richmond Ave., Suite 200
                Houston, TX 77042
                Telephone: (713) 807-8400
                Fax: (713) 807-8423

                ATTORNEYS FOR PLAINTIFF


                 /s/ *with express permission /Richard B. North, Jr.*
                Richard B. North, Jr.
                NELSON MULLINS RILEY & SCARBOROUGH
                201 17th St. NW, Suite 1700
                Atlanta, GA 30363
                (404) 322-6000

                ATTORNEYS FOR DEFENDANTS