# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>　　PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-16-483-PHX-DGC |
| 2:16-cv-00483-DGC<br>Jamison Wayne Olds,<br>　　　　*Plaintiff,* | **ORDER** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc., | |
| 　　　　Defendants. | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Jamison Wayne Olds in this action [Doc. 21858].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Jamison Wayne Olds [Doc. 21858] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE