# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>      PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-16-1395-PHX-DGC |
| 2:16-cv-01395-DGC<br>Mirian Elizabeth Waybright and<br>Timothy James Waybright,<br><br>      *Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>      Defendants. | **ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Miriam Elizabeth Waybright and Timothy James Waybright in this action [Doc. 21859].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Miriam Elizabeth Waybright and Timothy James Waybright [Doc. 21859] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE