# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>      PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-1371- PHX-DGC |
| 2:16-cv-01371-DGC<br>Maria Diane Pipher and<br>Gary Antony Pipher, | |
| *Plaintiffs,* | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiffs Maria Diane Pipher and Gary Antony Pipher, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiffs Maria Diane Pipher and Gary Antony Pipher in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 6, 2021

        Respectfully submitted,

        /s/ *Howard L. Nations*
        Howard L. Nations
        THE NATIONS LAW FIRM
        9703 Richmond Ave., Suite 200
        Houston, TX 77042
        Telephone: (713) 807-8400
        Fax: (713) 807-8423

        ATTORNEYS FOR PLAINTIFF


        /s/ *with express permission /Richard B. North, Jr.*
        Richard B. North, Jr.
        NELSON MULLINS RILEY & SCARBOROUGH
        201 17th St. NW, Suite 1700
        Atlanta, GA 30363
        (404) 322-6000

        ATTORNEYS FOR DEFENDANTS