# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>     PRODUCTS LIABILITY LITIGATION | **MD15-2641 PHX DGC** |
| THIS DOCUMENT RELATES TO: | **CV-16-1371-PHX-DGC** |
| 2:16-cv-01371-DGC<br>Maria Diane Pipher and<br>Gary Antony Pipher,<br><br>    *Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>    *Defendants.* | **ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Maria Diane Pipher and Gary Antony Pipher in this action [Doc. 21860].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Maria Diane Pipher and Gary Antony Pipher [Doc. 21860] is **granted**. Each party is to bear its own costs.

Dated this \_\_\_\_ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE