IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>　　　PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-1373- PHX-DGC |
| 2:16-cv-01373-DGC<br>Jeffrey Warren Emerson and<br>Debra Marie Emerson,<br><br>　　　　　*Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>　　　　　*Defendants.* | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　Come now, Plaintiffs Jeffrey Warren Emerson and Debra Marie Emerson, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiffs Jeffrey Warren Emerson and Debra Marie Emerson in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 7, 2021

              Respectfully submitted,

              /s/ *Howard L. Nations*
              Howard L. Nations
              THE NATIONS LAW FIRM
              9703 Richmond Ave., Suite 200
              Houston, TX 77042
              Telephone: (713) 807-8400
              Fax: (713) 807-8423

              ATTORNEYS FOR PLAINTIFF


              /s/ *with express permission* /*Richard B. North, Jr.*
              Richard B. North, Jr.
              NELSON MULLINS RILEY & SCARBOROUGH
              201 17th St. NW, Suite 1700
              Atlanta, GA 30363
              (404) 322-6000

              ATTORNEYS FOR DEFENDANTS