IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-1077- PHX-DGC |
| 2:16-cv-01077-DGC<br>Raymond Leon Mitchell and<br>Judy Mitchell,<br><br>      *Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>      Defendants. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Come now, Plaintiffs Raymond Leon Mitchell and Judy Mitchell, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiffs Raymond Leon Mitchell and Judy Mitchell in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 7, 2021

                                            Respectfully submitted,

 /s/ *Howard L. Nations*
Howard L. Nations
THE NATIONS LAW FIRM
9703 Richmond Ave., Suite 200
Houston, TX 77042
Telephone: (713) 807-8400
Fax: (713) 807-8423

ATTORNEYS FOR PLAINTIFF


 /s/ *with express permission /Richard B. North, Jr.*
Richard B. North, Jr.
NELSON MULLINS RILEY & SCARBOROUGH
201 17th St. NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

ATTORNEYS FOR DEFENDANTS