# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-1385- PHX-DGC |
| 2:16-cv-01385-DGC<br>Vananda Gerrard Traylor, | |
| *Plaintiffs,* | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc., | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Vananda Gerrard Traylor and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Vananda Gerrard Traylor in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 7, 2021

                            Respectfully submitted,

                             /s/ *Howard L. Nations*
                            Howard L. Nations
                            THE NATIONS LAW FIRM
                            9703 Richmond Ave., Suite 200
                            Houston, TX 77042
                            Telephone: (713) 807-8400
                            Fax: (713) 807-8423

                            ATTORNEYS FOR PLAINTIFF


                             /s/ *with express permission /Richard B. North, Jr.*
                            Richard B. North, Jr.
                            NELSON MULLINS RILEY & SCARBOROUGH
                            201 17th St. NW, Suite 1700
                            Atlanta, GA 30363
                            (404) 322-6000

                            ATTORNEYS FOR DEFENDANTS