IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>      PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>2:16-cv-01383-DGC<br>Herman Taylor, Jr. and<br>Irene McGowan-Taylor,<br><br>           *Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>           Defendants. | MD15-2641 PHX DGC<br>MDL 2461<br><br>CV-16-1383- PHX-DGC<br><br><br><br><br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      Come now, Plaintiffs Herman Taylor, Jr. and Irene McGowan-Taylor, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiffs Herman Taylor, Jr. and Irene McGowan-Taylor in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 7, 2021

                Respectfully submitted,

                /s/ *Howard L. Nations*
                Howard L. Nations
                THE NATIONS LAW FIRM
                9703 Richmond Ave., Suite 200
                Houston, TX 77042
                Telephone: (713) 807-8400
                Fax: (713) 807-8423

                ATTORNEYS FOR PLAINTIFF


                /s/ *with express permission /Richard B. North, Jr.*
                Richard B. North, Jr.
                NELSON MULLINS RILEY & SCARBOROUGH
                201 17th St. NW, Suite 1700
                Atlanta, GA 30363
                (404) 322-6000

                ATTORNEYS FOR DEFENDANTS