# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | **CV-16-1375-PHX-DGC** |
| 2:16-cv-01375-DGC<br>Cheryl Ann Gallant, | |
| *Plaintiff,* | ORDER |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., | |
| *Defendants*. | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Cheryl Ann Gallant in this action [Doc. 21868].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Cheryl Ann Gallant [Doc. 21868] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE