# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-1078- PHX-DGC |
| 2:16-cv-01078-DGC<br>Prentiss E. Mangum,<br><br>          *Plaintiff,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>          Defendants. | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Prentiss E. Mangum and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Prentiss E. Mangum in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 7, 2021

                    Respectfully submitted,

                   /s/ *Howard L. Nations*
                   Howard L. Nations
                   THE NATIONS LAW FIRM
                   9703 Richmond Ave., Suite 200
                   Houston, TX 77042
                   Telephone: (713) 807-8400
                   Fax: (713) 807-8423

                   ATTORNEYS FOR PLAINTIFF


                 /s/ *with express permission /Richard B. North, Jr.*
                   Richard B. North, Jr.
                   NELSON MULLINS RILEY & SCARBOROUGH
                   201 17th St. NW, Suite 1700
                   Atlanta, GA 30363
                   (404) 322-6000

                   ATTORNEYS FOR DEFENDANTS