# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | **CV-16-1403-PHX-DGC** |

2:16-cv-01403-DGC
Ronald Scott,

   *Plaintiff,*            **ORDER**

V.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

   *Defendants*.

---

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Ronald Scott in this action [Doc. 21872].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Ronald Scott [Doc. 21872] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

                 _____
                 DAVID G. CAMPBELL
                 SENIOR UNITED STATES DISTRICT JUDGE