**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE: BARD IVC FILTERS**<br>    **PRODUCTS LIABILITY LITIGATION** | **MD15-2641 PHX DGC** |

THIS DOCUMENT RELATES TO:                           **CV-16-2318-PHX-DGC**

2:16-cv-02318-DGC
Joseph Nelson Dulong and
Roseanne Dulong,

       *Plaintiffs,*                                          **ORDER**

V.

C.R. Bard, Inc. and Bard Peripheral
Vascular, Inc.,

       Defendants.

---

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Joseph Nelson Dulong and Roseanne Dulong in this action [Doc. 21873].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Joseph Nelson Dulong and Roseanne Dulong [Doc. 21873] is **granted**.  Each party is to bear its own costs.

Dated this ____ day of _____, 2021.


_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE