IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-16-2552-PHX-DGC |
| 2:16-cv-02552-DGC<br>Paul Pfenning,<br><br>　　　　*Plaintiff,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>　　　　Defendants. | ORDER |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Paul Pfenning in this action [Doc. 21874].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Paul Pfenning [Doc. 21874] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE