IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-15-2093-PHX-DGC |
| 2:15-cv-02093-DGC<br>Mary Duffie and James Duffie,<br><br>    *Plaintiffs,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>    *Defendants*. | ORDER |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Mary Duffie and James Duffie in this action [Doc. 21875].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Mary Duffie and James Duffie [Doc. 21875] is **granted**. Each party is to bear its own costs.

Dated this ____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE