# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-16-2580-PHX-DGC |
| 2:16-cv-02580-DGC<br>Irene Moore White,<br><br>       *Plaintiff,*<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,<br><br>       *Defendants*. | ORDER |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Irene Moore White in this action [Doc. 21877].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Irene Moore White [Doc. 21877] is **granted**. Each party is to bear its own costs.

Dated this _____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE