# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Helen Artist-Rogers<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02853 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice of Plaintiff Helen Artist-Rogers.  Doc. 21854.  Plaintiff Helen Artist-Rogers was dismissed from this case on October 28, 2016.  Doc. 3815.  The remainder of this case was transferred to the Eastern District of Missouri on February 11, 2021.  Doc. 21827.  A Conditional Transfer Order entered March 4, 2021.  Doc. 21847.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice of Plaintiff Helen Artist-Rogers (Doc. 21854) is **denied.**

Dated this 8th day of March, 2021.

David G. Campbell
Senior United States District Judge