# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to:<br>Jimmy John Besaw,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. MDL 15-2641-PHX DGC<br><br><br>No. CV16-00477 PHX DGC |
|---|---|

  The parties have filed a stipulation of dismissal with prejudice as to Plaintiff Jimmy John Besaw and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21856.

  **IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiff Jimmy John Besaw (Doc. 21856) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

  Dated this 8th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge