EXHIBIT: A

| | | |
|---|---|---|
| Joseph Adams | 2:19-cv-00392-DGC | Filed 01/28/19 |
| Mark Caster | 2:16-cv-04394-DGC | Filed 12/15/16 |
| Angela Cummings | 2:18-cv-01561-DGC | Filed 05/23/18 |
| Robin Hickmond | 2:17-cv-01222-DGC | Filed 04/25/17 |
| Alexandra Parsley | 2:18-cv-01575-DGC | Filed 05/24/18 |
| Chris Vandell | 2:17-cv-01549-DGC | Filed 05/22/17 |