# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Anthony Edward Jacobi,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV16-01405 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiff Anthony Edward Jacobi and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21861.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiff Anthony Edward Jacobi (Doc. 21861) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge