# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Maria Diane Pipher and Gary Antony Pipher,<br>　　　　　　　Plaintiffs,<br>v.<br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-01371 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiffs Maria Diane Pipher and Gary Antony Pipher and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21860.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiffs Maria Diane Pipher and Gary Antony Pipher (Doc. 21860) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

David G. Campbell
Senior United States District Judge