# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Lawrence Philmore and Florence Philmore,<br>　　　　　　Plaintiffs,<br>v.<br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV16-01381 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiffs Lawrence Philmore and Florence Philmore and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21864.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiffs Lawrence Philmore and Florence Philmore (Doc. 21864) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge