# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Vananda Gerrard Traylor,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-01385 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiff Vananda Gerrard Traylor and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21865.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiff Vananda Gerrard Traylor (Doc. 21865) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge