**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Herman Taylor, Jr. and Irene McGowan-Taylor,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01383 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiffs Herman Taylor, Jr. and Irene McGowan-Taylor and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21866.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiffs Herman Taylor, Jr. and Irene McGowan-Taylor (Doc. 21866) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge