# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Tabitha Renee Holcomb,<br>               Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>               Defendants. | No. CV16-00495 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiff Tabitha Renee Holcomb and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21869.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiff Tabitha Renee Holcomb (Doc. 21869) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

David G. Campbell
Senior United States District Judge