# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Carl Paul Tangredi and Sherri Denise Tangredi,<br><br>                    Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No. CV16-01382 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiffs Carl Paul Tangredi and Sherri Denise Tangredi and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21867.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiffs Carl Paul Tangredi and Sherri Denise Tangredi (Doc. 21867) is **granted.** This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

David G. Campbell
Senior United States District Judge