# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Joseph Nelson Dulong and Roseanne Dulong,<br>                 Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No.  CV16-02318 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiffs Joseph Nelson Dulong and Roseanne Dulong and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21873.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiffs Joseph Nelson Dulong and Roseanne Dulong (Doc. 21873) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge