**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to:<br>Roberta Fairman,<br>                        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                        Defendants. | No.  MDL 15-2641-PHX DGC<br><br><br>No.  CV16-00491 PHX DGC |

The parties have filed a stipulation of dismissal with prejudice as to Plaintiff Roberta Fairman and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21876.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to Plaintiff Roberta Fairman (Doc. 21876) is **granted.**  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2021.

David G. Campbell
Senior United States District Judge