# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-MD-02641-PHX-DGC<br><br>**ORDER** |
| This document relates to the cases listed on Exhibit A attached hereto. | |

The Court has considered the Stipulation of Dismissal witn Prejudice filed by the Plaintiffs listed on Exhibit A attached hereto and Defendants ,C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (Doc. _____)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Dtipulation of  Dismissal with Prejudice (Doc. _____) is **granted**.  Plaintiffs' claims are dismissed in their entirety withi prejudice as to the re-filing of same, and the parties are to bear their own costs.

Dated this \_\_\_\_\_ day of March, 2021.

David G. Campbell<br>
Senior United States District Judge

# EXHIBIT A

| Case No. | Case Caption |
| --- | --- |
| 2:18-cv-01298-DGC | Lorie Adams and Wayne Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01156-DGC | Hayley Adamson and Aaron Kent Adamson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01836-DGC | Charlene Agee v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00027-DGC | Lynn Ann Agnew and James Edward Agnew v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01258-DGC | Victor Albaum and Rose M. Honeyman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00967-DGC | Alex Alexander and Georgia Ann Alexander v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00340-DGC | Valencia Allen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00262-DGC | Nathan Anastasoff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01858-DGC | Chon Anderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00097-DGC | Debbie Anderson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01483-DGC | Robert Andrews and Joana Andrews v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04030-DGC | Michelle Baggett v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00109-DGC | Vivian Baldwin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-04131-DGC | Shannon Banaszak and Paul Banaszak v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04753-DGC | James Barber v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00343-DGC | Julia Barham v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00060-DGC | Phillip Batchelder and Kim Batchelder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02393-DGC | Betty Beason v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-02155-DGC | Dean Becker, an Individual v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00902-DGC | Cory Behlke v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-03189-DGC | Craig Beisiegel and Joyce Harding Beisiegel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04007-DGC | Abdul-Mutaal Bilal v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-03992-DGC | Troy Boone v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00269-DGC | George Borden and Melody Borden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00956-DGC | Donald Boyce and Jeri Boyce v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

# EXHIBIT A

| | |
|---|---|
| 2:17-cv-00653-DGC | Ronda Breeden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01533-DGC | Deborah Brooks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00294-DGC | Goldie Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00058-DGC | Cynthia Bruhn and Rick Reed v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02103-DGC | Kelly Marie Bryant v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03750-DGC | Bradley Cameron v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01868-DGC | Julius Campbell III, as Executor of the Estate of Jeanne Campbell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04008-DGC | Joann Cardona and Angel Cardona v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-03533-DGC | Wanda Chambers v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00140-DGC | Paula Chapla v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-03689-DGC | Brooke Carpenter Ciurej v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01759-DGC | Billy Howard Connock and Patricia Joyce Connock v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02482-DGC | Ronald Cook v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01401-DGC | Trina Cottam v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02101-DGC | Leon Coudriet and Georgia Coudriet v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04021-DGC | Randall Cruthis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01003-DGC | Clyde Davidson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02768-DGC | Gerald Davies v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01402-DGC | Linda Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02105-DGC | Heather Davis and Robert Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04643-DGC | Fletcher Lee Davis, III and Regina Anne Davis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00466-DGC | Richard Delgiorno v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02104-DGC | David DeLeon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |