# EXHIBIT A

| Case No. | Case Caption |
| --- | --- |
| 2:16-cv-00355-DGC | Brent Dewitt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01095-DGC | Shelley A. Docimo and Anthony C. Docimo v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00059-DGC | Marie Dolan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04366-DGC | Montez Dozier v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 1:26-CV-02853-DGC | Tammy Dykema v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02738-DGC | Gail Ekblad and Guy Ekblad v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00920-DGC | Susan Mae Engroff and Joseph J. Engroff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01069-DGC | Larry Espenshade and Suzanne Espenshade v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02479-DGC | Terry Evans v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00882-DGC | Lisa Fitch and Bobby Fitch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00541-DGC | Carla Fletcher v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02300-DGC | Matthew Flood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-04217-DGC | Joel Flores and Velma Denise Flores v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01340-DGC | Barbara Frye and Eddie Frye v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01907-DGC | Marsha Gainey and Keith N. Gainey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00971-DGC | Joedy Gardner and Tammy Gardner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04333-DGC | Robert E. Tardif, Jr., Bankruptcy Trustee, and Edward Garner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00797-DGC | William Geoghegan and Robin Geoghegan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02833-DGC | Dianne Gibson and Charles Gibson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01851-DGC | Derrick Gipson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00560-DGC | Shana Glenney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02822-DGC | Lori Godfrey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03209-DGC | Emanuel Goodlow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01723-DGC | Debra Green v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03723-DGC | Thomas Groen and Aimee Groen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00620-DGC | Arthandra Guinn v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-03342-DGC | Hiram Hagins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00879-DGC | Lisa Hanratty and Joseph Hanratty v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01401-DGC | Sandra Hansen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04455-DGC | Allen Harrison and Karen Debra Harrison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01482-DGC | Wanda Harvey v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04139-DGC | Charles Hensel v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

EXHIBIT A

| | |
|---|---|
| 2:18-cv-00048-DGC | Kristy Hepfer and Alan Hepfer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03582-DGC | Robert Highsmith and Karen Highsmith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01970-DGC | Abbie Hill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00891-DGC | Terry Hoke and Arinda Hoke v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03237-DGC | Charles Holderfield, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00746-DGC | Ricardo Hollingsworth v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03328-DGC | Michael Hudson and Teresa Hudson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04243-DGC | Daniel Barker, as Personal Representative of the Estate of Sherri Hughes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00965-DGC | Tricia R. Hutchins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04557-DGC | Floyd Jacobs v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04287-DGC | Kenneth Jenkins and Loretta Jenkins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01886-DGC | Reagan Jobe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01724-DGC | Roxanne G. Parson, as personal representative of the Estate of Ruth H. Johnson, deceased v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00148-DGC | Mondier Khaira v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00040-DGC | Regina Kinney and James Kinney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00919-DGC | Christine Kiscadden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01000-DGC | Thomas Kroeger and Lynn A. Kroeger v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |