# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-MD-02641-PHX-DGC  **ORDER** |
|---|---|
| This document relates to the cases listed on Exhibit A attached hereto. | |

The Court has considered the Stipulation of Dismissal witn Prejudice filed by the Plaintiffs listed on Exhibit A attached hereto and Defendants ,C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (Doc. _____)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Dtipulation of Dismissal with Prejudice (Doc. _____) is **granted**. Plaintiffs' claims are dismissed in their entirety withi prejudice as to the re-filing of same, and the parties are to bear their own costs.

Dated this \_\_\_\_\_ day of March, 2021.

_____
David G. Campbell
Senior United States District Judge

EXHIBIT A

| Case No. | Case Caption |
| --- | --- |
| 2:17-cv-01393-DGC | Shaphia Lambert v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-03976-DGC | Catherine Leaver and Robert Leaver v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02570-DGC | James Leigh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02067-DGC | Deborah Levesque and Mark Levesque v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01252-DGC | Carol Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00366-DGC | Michael Lewis and Anna Lewis v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00111-DGC | Anders Linster v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01880-DGC | Francisco Lopez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01202-DGC | Mary Helen Lopez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00921-DGC | Beverly Lusk and Richard Lee Lusk v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00184-DGC | Patricia Malone v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02060-DGC | John Marsanick, Individually and as Executor of the Estate of Deborah Marsanick v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00877-DGC | Melanie Buttermure Mauldin v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03349-DGC | David Michael Maxwell and Bonnie Lee Maxwell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04035-DGC | Sheila May and George May v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01273-DGC | Cheryl McBean v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00918-DGC | Shelly LaDawn McCabe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01300-DGC | Mararet McGriff v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00829-DGC | Heather McKinney and Kevin James McKinney v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01757-DGC | Jerry McKinnie and Teresa Beard McKinnie v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00395-DGC | Heather McLaine and Ronald Eugene McLaine v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00765-DGC | Maria Mercado and Ulises Cortez v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00286-DGC | Ronald Moody Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04040-DGC | Brian Morrison v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00842-DGC | Michael Mulder and Kristie Mulder v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02293-DGC | Joeszette Mullins v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01720-DGC | Melonee Murray and John Murray v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02625-DGC | Sonya Newsom and Carlos Newsom v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

EXHIBIT A

| | |
|---|---|
| 2:18-cv-02837-DGC | Misael Nieto v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01885-DGC | Joji Takada, Trustee in Bankruptcy for John Noonan and John Noonan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04538-DGC | Kathleen O'Connor, as Personal Representative of the Estate of Patricia O'Connor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00837-DGC | Puja Ohri v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02629-DGC | Cindy Lynn Oliphant and Roy E. Oliphant, III v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00346-DGC | Monica Oliver v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01926-DGC | Denise O'Neill and Gerald Ray O'Neill v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-03072-DGC | Brenda Orcutt and Robert Orcutt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-02142-DGC | William Owens, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03024-DGC | Jared Phillips Paine v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00922-DGC | Judy Elaine Painter and Donale Eugene Painter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02582-DGC | Mary Parent-Komorowski and Richard Komorowski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01299-DGC | Loretta Ann Pearsall v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00689-DGC | Michelle Pereira and Jorge Pereira v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00112-DGC | Paula Peters v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03849-DGC | Fred Petsche and Hayley Petsche v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01365-DGC | Robert Popp and Ulla Pop v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02336-DGC | Keye Porter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01097-DGC | Marline Prather v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01790-DGC | Silvia Reardon and Thomas Reardon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00966-DGC | Heidi Reck v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |