# EXHIBIT A

| Case No. | Case Caption |
|---|---|
| 2:16-cv-04041-DGC | Diane Reynoldson and Mike Reynoldson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02468-DGC | Robert Richards II and Karen M. Richards v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00206-DGC | Jacaob Richardson and Andrea Jean Richardson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-00130-DGC | Bradley Ricker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-04032-DGC | Steven Glenn Rocca v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-02091-DGC | Catherine Rowden, individually and on behalf of the Estate of Johnny Rowden (deceased) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02976-DGC | Rebecca Sample v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00267-DGC | Eileen Schmuck and Kevin Schmuck v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03604-DGC | Sharon Schultz and Thomas R. Schultz v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00113-DGC | Mark Seaman and Dona Seaman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02529-DGC | Marius Antoine Sessomes and Carol Ann Moseley-Sessomes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00878-DGC | John Shelton and Michele Shelton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00904-DGC | Britt Sherfy and David Lee Story v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-03560-DGC | John H. Shutts, Jr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-01412-DGC | James Simon v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-04234-DGC | Emily Louise Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04013-DGC | Jason Smith v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01213-DGC | Susan Steer and Robert Turner v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01926-DGC | James Frederick Stevens and Kathleen Hanes Stevens v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00847-DGC | Shirley Stout and Johnny Robert Stout, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-03057-DGC | Ryan Stowe v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01212-DGC | Sylvester Tate, as Personal Representative of the Estate of Tarsha Tate v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

# EXHIBIT A

| | |
|---|---|
| 2:17-cv-00509-DGC | Crystal Thomas and James Thomas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01541-DGC | Jeanna Thompson and Tarik Amhaouch v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-03181-DGC | Alwyn Throckmorton v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02710-DGC | Richard A. Todd, Individually and as Successor-in-Interest to Beverly Anne Todd (Deceased) v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01018-DGC | Eugenia Trevethan v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04088-DGC | Roma Trice and Terry Joe Trice v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00266-DGC | David Troulliet v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01295-DGC | Reginald Usry and Judith Usry v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00265-DGC | Audrey Valente-Kropf and John Kropf v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02772-DGC | John Veltkamp and Iris Beth Veltkamp v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00845-DGC | Lavern Vogt and Scott Vogt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00115-DGC | Brett Waliczek v. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04042-DGC | Tony Walker v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00245-DGC | Ashley Warheit and Ryan Warheit v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02746-DGC | William Watson, as Anticipated Personal Representative of the Estate of Ann Marie Watson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00050-DGC | Christine Wells v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01525-DGC | Bonita Jean Wilde v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00542-DGC | Ronald Williams and Kimberly Anne Williams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00445-DGC | Alexandra Willmarth v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00543-DGC | Randy Witmer and Barbara E. Witmer v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-02985-DGC | Abigail K. Wittenbert v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

EXHIBIT A

| | |
|---|---|
| 2:16-cv-00114-DGC | Tiffany Wood, Personal Representative of the Estate of Maygret Wood v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01628-DGC | Casey Wyatt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04454-DGC | Jesse Yarbro and Madona Yarbro v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00901-DGC | Debra Zamsky and Michael Zamsky v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |