# EXHIBIT A

| Plaintiff | Civil Action No. |
|---|---|
| Allen, Alisha Estes | 2:16-cv-04469-DGC |
| Burgin, Pamela | 2:16-cv-03624-DGC |
| Burriola, Joe | 2:17-cv-01975-DGC |
| Caddell, Christopher | 2:17-cv-00003-DGC |
| Calicchio, Thomas | 2:17-cv-04184-DGC |
| Carroll, Amanda | 2:17-cv-00767-DGC |
| Casares, Juanita | 2:17-cv-00206-DGC |
| Coe, Denise | 2:16-cv-03857-DGC |
| Collins, Melvin | 2:17-cv-01678-DGC |
| Colman, Martin | 2:19-cv-00097-DGC |
| Conley, Mark | 2:18-cv-00312-DGC |
| Craft, Jurl | 2:16-cv-03937-DGC |
| Cumberland, Deanna | 2:16-cv-03705-DGC |
| DiTomaso, Katelynne | 2:17-cv-00490-DGC |
| Earl, Corey | 2:17-cv-02745-DGC |
| Ellisor, Emily | 2:16-cv-03258-DGC |
| Ensey, Toni | 2:17-cv-04039-DGC |
| Escue, Tammie | 2:16-cv-03486-DGC |
| Fabian, Corwin | 2:19-cv-01029-DGC |
| Flint, Cheryl | 2:16-cv-03215-DGC |
| Floyd, Aleta | 2:17-cv-04600-DGC |
| Fugitt, Billie Carol Taylor | 2:16-cv-03271-DGC |
| Gardocki, Patricia | 2:16-cv-03665-DGC |
| Gray, Edna | 2:16-cv-03121-DGC |
| Haas, Byron | 2:16-cv-03728-DGC |
| Hall, Eddie | 2:17-cv-00489-DGC |
| Hanley, Tonya | 2:16-cv-03191-DGC |
| Heflin, Julius | 2:16-cv-04273-DGC |
| Hegh, Aimee | 2:17-cv-02046-DGC |
| Hicks, Martina | 2:16-cv-03291-DGC |
| Hodel, Doris | 2:19-cv-04145-DGC |
| Jimenez, Daisy | 2:16-cv-03958-DGC |
| Johnson, Alicia | 2:17-cv-00207-DGC |
| Johnson, Eddie | 2:16-cv-03668-DGC |
| Johnson, Nancy | 2:16-cv-03189-DGC |
| Jones, Juanita | 2:16-cv-04527-DGC |
| Kinnunen, Virpi | 2:19-cv-00098-DGC |
| Kling, Deborah | 2:17-cv-02130-DGC |

| Landrum, Od | 2:17-cv-02551-DGC |
|---|---|
| Linser, Jessica | 2:18-cv-00750-DGC |
| Lowe, John | 2:17-cv-04466-DGC |
| Lowery, Nekesha | 2:16-cv-03269-DGC |
| Lunsford, Kathleen | 2:16-cv-03374-DGC |
| Miller, O.B. | 2:16-cv-03411-DGC |
| Millison, Jennifer | 2:19-cv-00027-DGC |
| Moore, Barbara | 2:18-cv-01217-DGC |
| Murray, John | 2:16-cv-03122-DGC |
| Nelson, Ron | 2:17-cv-01827-DGC |
| Nolting, Todd | 2:16-cv-03621-DGC |
| Oyaski, Randy | 2:16-cv-03592-DGC |