# EXHIBIT A

| Plaintiff | Civil Action No. |
|---|---|
| Perry, Tyrea | 2:17-cv-02796-DGC |
| Peterson, Timothy | 2:16-cv-03610-DGC |
| Pippenger, Deirdre | 2:16-cv-03667-DGC |
| Proudlock-Smith, Wendy | 2:16-cv-03307-DGC |
| Raynor, Carlton | 2:19-cv-04148-DGC |
| Richardson, Michele | 2:16-cv-04425-DGC |
| Rios, Stephanie | 2:16-cv-04206-DGC |
| Robinson, Latoya | 2:16-cv-03308-DGC |
| Schwartzenberger, Paul | 2:16-cv-03664-DGC |
| Simpson, Sarah | 2:17-cv-03802-DGC |
| Singer, Jeffrey | 2:16-cv-04051-DGC |
| Stapleton, Latisha | 2:17-cv-03925-DGC |
| Thomas, Chris | 2:16-cv-03192-DGC |
| Thurman, Rickey | 2:17-cv-02774-DGC |
| Urrea, Wendy | 2:17-cv-00495-DGC |
| Vidaurri, Margoth | 2:19-cv-04149-DGC |
| Watkins, Donald | 2:17-cv-01837-DGC |
| Watkins, Juanita | 2:17-cv-02549-DGC |
| Webster, Ben | 2:18-cv-01246-DGC |
| Wilson, Michelle | 2:17-cv-02368-DGC |
| Wolff, Jarett | 2:17-cv-00243-DGC |
| Woods, Jeanette | 2:16-cv-04379-DGC |
| Wright-Butler, Cheryl | 2:16-cv-02858-DGC |
| Yates, Miranda Ann | 2:16-cv-04328-DGC |