**EXHIBIT A**
MDL NO. 2:15-md-02641-PHX-DGC
*Attorneys for Plaintiffs: Bernstein Liebhard, LLP*

| Plaintiff | Cause No. |
|---|---|
| Brown, Karen | 2:15-cv-02302 |
| Brown, Samantha | 2:16-cv-01349 |
| Dahlman, Harry | 2:18-cv-01680 |
| Evans, Sandra | 2:16-cv-2272 |
| Gray-Stewart, Trinita | 2:19-cv-03125 |
| Hill, Donald | 2:18-cv-02755 |
| Kennat, Carolyn | 2:17-cv-0100 |
| Roman, Luis | 2:18-cv-01303 |
| Schmitt, George | 2:18-cv-01857 |