# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This Document Applies to case listed on the Exhibit attached hereto. | No. 2:15-MD-02641-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
|---|---|

COMES NOW, Plaintiff whose case is listed on Exhibit A attached hereto ("Plaintiff") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the case listed on Exhibit A with prejudice to the re-filing of same. Plaintiff and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the case listed on Exhibit A in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 10th day of March, 2021.

| | |
|---|---|
| *s/ Denman H. Heard* <br> Denman H. Heard <br> HEARD LAW FIRM, PLLC <br> 2925 Richmond Avenue, Suite 1550 <br> Houston, Texas 77098 <br> Phone: (713) 665-1100 <br> Fax: (713) 751-9100 <br> Denman@HeardLawFirm.com <br><br> ***Attorneys for Plaintiff*** | *s/*Richard B. North, Jr. <br> Richard B. North, Jr. <br> richard.north@nelsonmullins.com <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> 201 17th St. NW, Ste. 1700 <br> Atlanta, GA 30363 <br> P: 404.322.6000 <br> F: 404.332.6397 <br><br> ***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                  */s/ Denman H. Heard*