**EXHIBIT A**

| Barr, John | 2:19-cv-04315 |