# EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:16-cv-02747-DGC | Houston v. C R Bard Incorporated et al |
| 2:16-cv-02839-DGC | Gause v. C R Bard Incorporated et al |
| 2:16-cv-02841-DGC | Kelly v. C R Bard Incorporated et al |
| 2:16-cv-02883-DGC | Spears et al v. C R Bard Incorporated et al |
| 2:16-cv-02920-DGC | Russell v. C R Bard Incorporated et al |
| 2:16-cv-02922-DGC | Rotondo v. C R Bard Incorporated et al |
| 2:16-cv-02999-DGC | Kelly et al v. C R Bard Incorporated et al |
| 2:16-cv-03022-DGC | Jiles v. C R Bard Incorporated et al |
| 2:16-cv-03081-DGC | Schmid v. C R Bard Incorporated et al |
| 2:16-cv-03082-DGC | Nelson v. C R Bard Incorporated et al |
| 2:16-cv-03093-DGC | Branham v. C R Bard Incorporated et al |
| 2:16-cv-03366-DGC | Moore v. C R Bard Incorporated et al |
| 2:16-cv-03381-DGC | Grimes v. C R Bard Incorporated et al |
| 2:16-cv-03385-DGC | MacArthur et al v. C R Bard Incorporated et al |
| 2:16-cv-03463-DGC | Hoffman v. C R Bard Incorporated et al |
| 2:16-cv-03467-DGC | Angel et al v. C R Bard Incorporated et al |
| 2:16-cv-03693-DGC | Armstrong et al v. C R Bard Incorporated et al |
| 2:16-cv-03798-DGC | Hagood v. C R Bard Incorporated et al |
| 2:17-cv-00063-DGC | Bolt et al v. C R Bard Incorporated et al |
| 2:17-cv-00064-DGC | Brown-Hay v. C R Bard Incorporated et al |
| 2:17-cv-00559-DGC | Chrisley v. C R Bard Incorporated et al |
| 2:17-cv-00655-DGC | Auzenne v. C R Bard Incorporated et al |
| 2:17-cv-00711-DGC | Tedder et al v. C R Bard Incorporated et al |
| 2:17-cv-00729-DGC | Alexander et al v. C R Bard Incorporated et al |
| 2:17-cv-00732-DGC | Misner v. C R Bard Incorporated et al |
| 2:17-cv-00866-DGC | Henson v. C R Bard Incorporated et al |
| 2:17-cv-00867-DGC | Taberski et al v. C R Bard Incorporated et al |
| 2:17-cv-00880-DGC | Myles et al v. C R Bard Incorporated et al |
| 2:17-cv-00901-DGC | Hall et al v. C R Bard Incorporated et al |
| 2:17-cv-00904-DGC | Pults v. C R Bard Incorporated et al |
| 2:17-cv-00971-DGC | Desbien v. C R Bard Incorporated et al |
| 2:17-cv-00974-DGC | Humphreys v. C R Bard Incorporated et al |
| 2:17-cv-00980-DGC | Miller v. C R Bard Incorporated et al |
| 2:17-cv-00983-DGC | Skipping v. C R Bard Incorporated et al |
| 2:17-cv-01004-DGC | Kozlowski v. C R Bard Incorporated et al |