IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | CV-16-1077-PHX-DGC |
| *All Plaintiffs in All Cases Identified on*<br>*The Attached "Exhibit A"* | **ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of all Plaintiffs in all cases identified on the attached "Exhibit A." [Doc. _____].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of all claims of all plaintiffs identified on the attached "Exhibit A" [Doc. _____] is **granted**. Each party is to bear its own costs.

Dated this ____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE