IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE BARD
IVC FILTERS PRODUCTS LIABILITY          2:15-md-02641-DGC
LITIGATION MDL          MDL No: 2641

_____

This Document Relates to Plaintiff(s):

See Attached EXHIBIT A.

Civil Case # Multiple Case No.

_____

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL WITHIN FIRM

COMES NOW, Plaintiffs, listed on Exhibit A, by and through undersigned counsel, and hereby files their NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL WITHIN FIRM. Plaintiffs states as follows:

1. Plaintiffs were previously represented by Robert J. Fenstersheib, Esq. of Fenstersheib Law Group, P.A.

2. Unfortunately, Mr. Fenstersheib passed away and, as such, can no longer act as lead counsel for Plaintiff.

3. Fenstersheib Law Group, P.A. is still employed by Plaintiffs and Ms. Stephanie Marie Herrmann, Esq. of Fenstersheib Law Group, P.A. is now acting as lead counsel on behalf of Plaintiff.

4. This Notice is not made for the purpose of undue delay or to prejudice any other party subject to this suit.

WHEREFORE, Plaintiffs, respectfully requests this Court GRANT their Notice of Appearance and Substitution of Counsel Within Firm for Plaintiffs and any other relief this Court deems just and reasonable.

          Respectfully Submitted,

          */s/ Stephanie Marie Herrmann*
          Stephanie Marie Herrmann
          Florida Bar #123836
          Fenstersheib Law Group, P.A.
          520 Hallandale Beach Blvd.
          Hallandale, FL 33009
          P: (954) 456-2488
          F: (954) 212-2757
          Email: smh@fenstersheib.com

## CERTIFICATE OF SERVICE

I hereby certify that on 3/10/2021 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Stephanie Marie Herrmann*
          Stephanie Marie Herrmann
          Florida Bar #123836
          Fenstersheib Law Group, P.A.
          520 Hallandale Beach Blvd.
          Hallandale, FL 33009
          P: (954) 456-2488
          F: (954) 212-2757
          Email: smh@fenstersheib.com