# EXHIBIT A

| Plaintiff Name | Individual Case No. |
|---|---|
| Abdullah, Layla | 2:18-cv-01734 |
| Blaha, Richard | 2:19-cv-03958 |
| Brown, Taneesha | 2:19-cv-00429 |
| Burns, Sarah | 2:19-cv-01048 |
| Cahill, Shawn | 2:19-cv-04117 |
| Carruth, Charles | 2:19-cv-01039 |
| Darden, Krushay | 2:19-cv-00943 |
| Deason, Robert | 2:19-cv-01047 |
| Dire, Hannah | 2:18-cv-01732 |
| Dolan, Kathleen | 2:19-cv-01147 |
| Erickson, Sandra | 2:19-cv-01003 |
| Falks, Scott | 2:19-cv-00693 |
| Fink, Nanette | 2:19-cv-01000 |
| Ford, Margarita | 2:19-cv-00690 |
| Fowler, Mark | 2:19-cv-03915 |
| Friedhoff, Thomas | 2:19-cv-01004 |
| Gaines, Leddie | 2:19-cv-01061 |
| Garcia, Nicholas | 2:19-cv-03938 |
| Geiger, Margaret | 2:19-cv-00997 |
| Grimmett, Walter | 2:19-cv-00691 |
| Hanson, Evelyn | 2:19-cv-00945 |
| Harris, Lisa | 2:19-cv-01062 |
| Harrison, John | 2:19-cv-00426 |
| Haye, Lori | 2:19-cv-01046 |
| Headley, James | 2:19-cv-01042 |
| Hood, Scott | 2:18-cv-01742 |
| Hooks, Robert | 2:19-cv-00554 |
| Hooper, Michael | 2:19-cv-00999 |
| Houle, Steven | 2:19-cv-00263 |
| Huff, David | 2:19-cv-00415 |
| Iaderose, James | 2:19-cv-01043 |
| Ikard, Victoria | 2:19-cv-01064 |
| Ivy, Windy | 2:19-cv-01007 |
| Lee, Allen | 2:19-cv-04100 |
| Legg, Sonya | 2:19-cv-00694 |
| Lucas, Keith | 2:19-cv-04108 |
| Markle, Valerie | 2:19-cv-00428 |
| Marshall, Nathan | 2:19-cv-03956 |
| McComb, Debra | 2:19-cv-00695 |
| McGilloway, Alicia | 2:19-cv-00413 |
| McKean, Nicholas | 2:18-cv-01741 |
| McKie, Judith | 2:19-cv-01060 |
| Minor, Christine | 2:19-cv-00414 |
| Mitchell, Dolores | 2:19-cv-01059 |
| Molina, Denise | 2:19-cv-01040 |
| Moore Thomas, Kimberly | 2:19-cv-03912 |
| Morris, Catherine | 2:19-cv-00802 |
| Nance, Anastasha | 2:19-cv-03897 |
| Parker, Sheila | 2:19-cv-03961 |
| Parks-Wolf, Ashley | 2:18-cv-01729 |
| Paxton, Jim | 2:19-cv-00419 |
| Pugh, William | 2:19-cv-01146 |

| Name | Case Number |
| --- | --- |
| Rampley, Lisa | 2:19-cv-01045 |
| Reyna, Sandra | 2:19-cv-03941 |
| Riggle, Jake | 2:19-cv-00418 |
| Rix, Wayne | 2:19-cv-00670 |
| Roach, Patsy | 2:19-cv-01001 |
| Shaw, Donna | 2:19-cv-00536 |
| Short, William | 2:19-cv-01006 |
| Sizemore, Frances | 2:19-cv-02488 |
| Smith, Karen | 2:19-cv-00262 |
| Stallings, Dennis | 2:19-cv-00672 |
| Stanley, Kathi | 2:19-cv-00427 |
| Tucker, James | 2:17-cv-04620 |
| Ussery, Nick | 2:19-cv-00939 |
| Vickman, Christopher | 2:19-cv-00692 |
| Vigliotti, Michael | 2:19-cv-01149 |
| Walker, Brian | 2:19-cv-02489 |
| Webb, James | 2:18-cv-01723 |
| Whitaker, Miranda | 2:19-cv-01025 |
| White, Rosalind | 2:19-cv-03959 |
| Whitley, Alice | 2:19-cv-00674 |
| Williams, Pamela | 2:18-cv-04055 |
| Wittig, Carol | 2:18-cv-03936 |
| Wouters, Jarad | 2:19-cv-03904 |
| Zingale, John | 2:19-cv-00676 |
| Zlatoff-Mirsky, Gregory | 2:19-cv-00416 |