**EXHIBIT A**

| | |
|---|---|
| Badawi, Mostafa v. C.R. Bard Inc., et al. | 2:17-cv-01853 |
| Bales, Michael v. C.R. Bard Inc., et al. | 2:19-cv-04127 |
| Barnes, Gary v. C.R. Bard Inc., et al. | 2:17-cv-01850 |
| Bartolini, Jesse v. C.R. Bard Inc., et al. | 2:16-cv-01862 |
| Berger, Bernard v. C.R. Bard Inc., et al. | 2:19-cv-04101 |
| Bethea, John v. C.R. Bard Inc., et al. | 2:19-cv-03255 |
| Blakeman, Tammy v. C.R. Bard Inc., et al. | 2:19-cv-03257 |
| Blum, David v. C.R. Bard Inc., et al. | 2:19-cv-00344 |
| Boyle-Wheat, Suzanne v. C.R. Bard Inc., et al. | 2:19-cv-02892 |
| Brya, Todd v. C.R. Bard Inc., et al. | 2:19-cv-03856 |
| Bynum, Jerry v. C.R. Bard Inc., et al. | 2:19-cv-03254 |
| Chaney, Michael v. C.R. Bard Inc., et al. | 2:18-cv-00995 |
| Corbett, Wendy v. C.R. Bard Inc., et al. | 2:19-cv-03810 |
| Craffey, Cynthia v. C.R. Bard Inc., et al. | 2:17-cv-00137 |
| Cramer, Michael v. C.R. Bard Inc., et al. | 2:19-cv-03880 |
| Dale-Wisecup, Deborah v. C.R. Bard Inc., et al. | 2:19-cv-04064 |
| Deal, Allen v. C.R. Bard Inc., et al. | 2:19-cv-03548 |
| Deane, Susanne v. C.R. Bard Inc., et al. | 2:17-cv-01852 |
| Eagen, Daniel v. C.R. Bard Inc., et al. | 2:18-cv-04818 |
| Evans, Maggie v. C.R. Bard Inc., et al. | 2:19-cv-04204 |
| Farmer, Tammy v. C.R. Bard Inc., et al. | 2:16-cv-01864 |
| Frink, Leedea v. C.R. Bard Inc., et al. | 2:17-cv-01849 |
| Fulton-Wolcott, Jennifer v. C.R. Bard Inc., et al. | 2:16-cv-00905 |
| Hammond, Donna v. C.R. Bard Inc., et al. | 2:19-cv-01703 |
| Harden, Tonya v. C.R. Bard Inc., et al. | 2:19-cv-03383 |
| Harvel, William v. C.R. Bard Inc., et al. | 2:18-cv-02227 |
| Hayes, Cory v. C.R. Bard Inc., et al. | 2:19-cv-04119 |
| Headrick, Robert v. C.R. Bard Inc., et al. | 2:16-cv-04451 |
| Hildebrandt, Connie v. C.R. Bard Inc., et al. | 2:19-cv-03560 |
| Hillebert, Brad v. C.R. Bard Inc., et al. | 2:19-cv-03382 |
| Howard, Betsy v. C.R. Bard Inc., et al. | 2:19-cv-03259 |
| Hudson, Jeremy v. C.R. Bard Inc., et al. | 2:19-cv-04142 |
| Hunt, Judy v. C.R. Bard Inc., et al. | 2:19-cv-03800 |
| Jackson, Alyssa v. C.R. Bard Inc., et al. | 2:19-cv-04096 |
| Jackson, David v. C.R. Bard Inc., et al. | 2:19-cv-03702 |
| Jarrell, Donna v. C.R. Bard Inc., et al. | 2:16-cv-03173 |
| Johnson, Michael v. C.R. Bard Inc., et al. | 2:19-cv-03553 |
| King, Adam v. C.R. Bard Inc., et al. | 2:16-cv-01739 |
| Konstalid, Penny v. C.R. Bard Inc., et al. | 2:16-cv-01865 |
| Krueger, Jonathan v. C.R. Bard Inc., et al. | 2:19-cv -02891 |
| Lane, James v. C.R. Bard Inc., et al. | 2:19-cv-03256 |
| Lewis, Joyce v. C.R. Bard Inc., et al. | 2:19-cv-04120 |
| Lewis, Zachary v. C.R. Bard Inc., et al. | 2:19-cv-03561 |

| | |
|---|---|
| Lincoln, Bruce v. C.R. Bard Inc., et al. | 2:19-cv-03564 |
| Linnemann, Randy v. C.R. Bard Inc., et al. | 2:19-cv-04116 |
| Lopez, Karen v. C.R. Bard Inc., et al. | 2:19-cv-03561 |
| Manis, Jeffery v. C.R. Bard Inc., et al. | 2:16-cv-01859 |
| Marple, Teddy v. C.R. Bard Inc., et al. | 2:19-cv-03550 |
| McCoy, Rodney v. C.R. Bard Inc., et al. | 2:19-cv-04200 |
| McGhee, Elaine v. C.R. Bard Inc., et al. | 2:19-cv-03821 |