A. Layne Stackhouse
SHRADER & ASSOCIATES LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
Telephone: 713.782.0000
Facsimile: 713.571.9605
layne@shraderlaw.com

Mark S. O'Connor
BEUS GILBERT MCGRODER PLLC
701 N 44th St.
Phoenix, AZ 85008
Telephone: 480.429.3000
moconnor@beusgilbert.com
ram@westrikeback.com

*Attorneys for Plaintiff*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Mark R. Nash (admitted *pro hac vice*)
Georgia Bar No. 857055
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
mark.nash@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Dawn Boyd,

    Plaintiff,

v.

C.R. Bard, Inc., et al.

    Defendants.

Case No. 2:18-cv-02319-DGC

**JOINT MOTION FOR EXTENSION OF MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES**

Plaintiff, Dawn Boyd, and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (together, "Bard" or "Defendants") (collectively, "Parties"), pursuant to Fed. R. Civ. P. 26(c) and (d) and the Court's inherent powers, respectfully request that this Court extend its December 7, 2020 Order temporarily staying discovery and all pretrial deadlines imposed by the Court, the Local Rules, and the Federal Rules of Civil Procedure in this case by thirty additional days while the Parties work to complete the settlement. In support of this Joint Motion, the Parties state as follows:

1. This case was part of the Multi-District Litigation proceeding *In re Bard IVC Filters Products Liability Litigation*, MDL 2641 (D. Ariz.), pending before this Court, before it was unconsolidated from the MDL and assigned to this Court.

2. On November 23, 2020, the Parties filed a Joint Motion to Stay Discovery and Pretrial Deadlines, informing the Court that the Parties had agreed to a settlement in principle and requesting a 120-day stay to resolve this case and thirty-nine others (twenty-three of which, remain pending in this Court, including this case).

3. On December 7, 2020, the Court granted the Parties Joint Motion to Stay, staying this case until March 23, 2021 to allow the parties to finalize settlement in this matter.

4. The Parties came to an agreement in principle in November 2020 to settle

this case and thirty-nine others handled by Plaintiff's counsel. Since that time, the Parties have worked diligently and in good faith to finalize all terms and effectuate the settlement. The Parties exchanged a Master Term Sheet, which has since been fully executed by the Parties.

5. In mid-February, after allocations were determined, Plaintiff's counsel sent settlement packets to all clients subject to the settlement in order to obtain their approval and have them sign the necessary paperwork to complete the settlement.

6. However, shortly after the FedEx packets went out, Texas (where Plaintiff's counsel resides and where several Plaintiffs reside) was hit by massive winter storms. Many Texans, including Plaintiff's counsel, went without power and/or water for nearly a week. The storms disrupted the entire state for at least a week.

7. Once power and internet was restored, Plaintiff's counsel discovered that FedEx was also heavily disrupted throughout the entire country. Hence, many Plaintiffs are only just now receiving their settlement paperwork. Some Plaintiffs still have not yet received it.

8. Plaintiff's counsel, along with a team of paralegals, has been diligently working to answer any of Plaintiffs' questions and help guide them through the settlement paperwork, but believes an additional thirty days is necessary to have it completed and returned in each case, so that dismissals can begin.

9. Due to the number of cases and the unforeseen circumstances associated with the winter storms, the Parties respectfully request a thirty-day extension for the deadline to dismiss this case.

10. Neither party will be prejudiced by this extension and this will prevent unnecessary expenditures of the parties and of judicial resources.

11. The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion and to ensure that the Court's time and resources are not expended on a matter that may not remain on its docket, yet will allow sufficient time to

finalize settlement in this matter. The relief sought in this Joint Motion is not purely for delay, but so that justice may be done.

12. At the end of that 30 days, the Parties will either file a Stipulation of Dismissal or update the Court as to the status of the finalization of the settlement.

WHEREFORE, the Parties jointly request that discovery and all pretrial deadlines be stayed for an additional thirty days or until April 23, 2021 to allow the Parties to finalize settlement terms.

DATED this 10th day of March, 2021.

| SHRADER & ASSOCIATES, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| By: */s/A. Layne Stackhouse*<br>A. Layne Stackhouse<br>SHRADER & ASSOCIATES LLP<br>9 Greenway Plaza, Suite 2300<br>Houston, TX 77046<br>Telephone: 713.782.0000<br>Facsimile: 713.571.9605<br>layne@shraderlaw.com<br><br>Mark S. O'Connor<br>BEUS GILBERT MCGRODER PLLC<br>701 N 44th St.<br>Phoenix, AZ 85008<br>Telephone: 480.429.3000<br>moconnor@beusgilbert.com<br><br>*Attorneys for Plaintiff, Dawn Boyd* | By: */s/ Matthew B. Lerner*<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Mark R. Nash (admitted *pro hac vice*)<br>Georgia Bar No. 857055<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/A. Layne Stackhouse*

5