A. Layne Stackhouse
SHRADER & ASSOCIATES LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
Telephone: 713.782.0000
Facsimile: 713.571.9605
layne@shraderlaw.com

Mark S. O'Connor
BEUS GILBERT MCGRODER PLLC
701 N 44th St.
Phoenix, AZ 85008
Telephone: 480.429.3000
moconnor@beusgilbert.com
ram@westrikeback.com

*Attorneys for Plaintiff*

James R. Condo (#005867)
Kristine L. Gallardo (033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
Mark R. Nash (admitted *pro hac vice*)
Georgia Bar No. 857055
NELSON MULLINS RILEY &
   SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA   30363
Telephone: 404.322.6000
Facsimile: 404.322.6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
mark.nash@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dawn Boyd,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. Bard, Inc., et al.<br><br>　　　　Defendants. | Case No. 2:18-cv-02319-DGC<br><br>**[PROPOSED] ORDER EXTENDING JOINT MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES** |

Upon consideration of the Parties' JOINT MOTION FOR EXTENSION OF MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES and [PROPOSED] ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the extension GRANTED, and all deadlines are hereby stayed for an additional thirty days or until April 23, 2021.

　　　SO ORDERED, this _____ day of _____, 2021.