**EXHIBIT A**

| | |
|---|---|
| Miller, Charles v. C.R. Bard Inc., et al. | 2:19-cv-03819 |
| Miller, Jay v. C.R. Bard Inc., et al. | 2:19-cv-03868 |
| Miller, Judith v. C.R. Bard Inc., et al. | 2:19-cv-04068 |
| Mitchell, Willett v. C.R. Bard Inc., et al. | 2:19-cv-02964 |
| Morris, Pamela v. C.R. Bard Inc., et al. | 2:19-cv-03734 |
| Neher, Linda v. C.R. Bard Inc., et al. | 2:19-cv-04081 |
| Nord, Jonathan v. C.R. Bard Inc., et al. | 2:19-cv-02671 |
| Padilla, Freddie v. C.R. Bard Inc., et al. | 2:19-cv-03547 |
| Price, Anitra v. C.R. Bard Inc., et al. | 2:16-cv-01861 |
| Putnel, Dana v. C.R. Bard Inc., et al. | 2:16-cv-02359 |
| Rashed, Patricia v. C.R. Bard Inc., et al. | 2:18-cv-02913 |
| Ratcliff, Catherine v. C.R. Bard Inc., et al. | 2:17-cv-01089 |
| Richardson, Donald v. C.R. Bard Inc., et al. | 2:19-cv-03733 |
| Rodriguez, Jose v. C.R. Bard Inc., et al. | 2:19-cv-04091 |
| Serrano, Steve v. C.R. Bard Inc., et al. | 2:19-cv-03549 |
| Simpkins, Mary v. C.R. Bard Inc., et al. | 2:19-cv-03921 |
| Smith, Pamela v. C.R. Bard Inc., et al. | 2:19-cv-03742 |
| Smith, Victoria v. C.R. Bard Inc., et al. | 2:16-cv-01858 |
| Snell, Katie v. C.R. Bard Inc., et al. | 2:18-cv-00902 |
| Steele, James v. C.R. Bard Inc., et al. | 2:19-cv-04124 |
| Sumpter, Felicia v. C.R. Bard Inc., et al. | 2:19-cv-03251 |
| Thompson, Bryan v. C.R. Bard Inc., et al. | 2:18-cv-03426 |
| Torres, Richard v. C.R. Bard Inc., et al. | 2:19-cv-03566 |
| Vega, Catherine v. C.R. Bard Inc., et al. | 2:19-cv-03252 |
| White, Reginald v. C.R. Bard Inc., et al. | 2:19-cv-02963 |
| Wood, Roberta v. C.R. Bard Inc., et al. | 2:19-cv-02962 |
| Zimmerman, Rhonda v. C.R. Bard Inc., et al. | 2:19-cv-03565 |