1  A. Layne Stackhouse
   SHRADER & ASSOCIATES LLP
2  9 Greenway Plaza, Suite 2300
   Houston, TX 77046
3  Telephone: 713.782.0000
   Facsimile: 713.571.9605
4  layne@shraderlaw.com

5  Mark S. O'Connor
   BEUS GILBERT MCGRODER PLLC
6  701 N 44th St.
   Phoenix, AZ 85008
7  Telephone: 480.429.3000
   moconnor@beusgilbert.com
8  ram@westrikeback.com

9  *Attorneys for Plaintiff*

10 James R. Condo (#005867)
   Kristine L. Gallardo (033975)
11 SNELL & WILMER L.L.P.
   One Arizona Center
12 400 E. Van Buren, Suite 1900
   Phoenix, AZ 85004-2202
13 Telephone:  602.382.6000
   Facsimile:  602.382.6070
14 jcondo@swlaw.com
   kgallardo@swlaw.com
15
   Richard B. North, Jr. (admitted *pro hac vice*)
16 Georgia Bar No. 545599
   Matthew B. Lerner (admitted *pro hac vice*)
17 Georgia Bar No. 446986
   Mark R. Nash (admitted *pro hac vice*)
18 Georgia Bar No. 857055
   NELSON MULLINS RILEY &
19    SCARBOROUGH LLP
   201 17th Street, NW / Suite 1700
20 Atlanta, GA  30363
   Telephone: 404.322.6000
21 Facsimile: 404.322.6050
   richard.north@nelsonmullins.com
22 matthew.lerner@nelsonmullins.com
   mark.nash@nelsonmullins.com
23
   *Attorneys for Defendants C. R. Bard, Inc. and*
24 *Bard Peripheral Vascular, Inc*

25

26

27

28

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

Johnnie G Brock,

        Plaintiff,

v.

C. R. Bard, Inc., et al.

        Defendants.

Case No. 2:17-cv-03900-DGC

**[PROPOSED] ORDER EXTENDING JOINT MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES**

Upon consideration of the Parties' JOINT MOTION FOR EXTENSION OF MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES and [PROPOSED] ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the extension GRANTED, and all deadlines are hereby stayed for an additional thirty days or until April 23, 2021.

SO ORDERED, this _____ day of _____, 2021.