**WILENTZ, GOLDMAN & SPITZER, P.A.**
Joshua S. Kincannon, Esquire
NJ Attorney ID No.: 034052000
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
(732)-855-6141
(732)-726-6541 (Fax)
Jkincannon@wilentz.com
*Attorneys for Plaintiff(s)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to the cases listed on the Exhibit A attached hereto. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this _____ day of _____, 2021.

#12118223.1

| | | |
|---|---|---|
| 1 | */s/Joshua S. Kincannon, Esq.* | */s/Richard B. North, Jr.* |
| 2 | Joshua S. Kincannon, Esq.<br>jkincannon@wilentz.com | Richard B. North, Jr., Esq.<br>richard.north@nelsonmullins.com |
| 3 | | |
| 4 | WILENTZ, GOLDMAN & SPITZER<br>90 Woodbridge Center Drive<br>Suite 900 | NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700 |
| 5 | Woodbridge, New Jersey 07095<br>P: 732-855-6141 | Atlanta, GA 30363<br>P: 404.322.6000 |
| 6 | F: 732-726-6541 | F: 404.332.6397 |
| 7 | Dated: March 10, 2021 | Dated: March 10, 2021 |
| 8 | ***Attorneys for Plaintiffs*** | ***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*** |

## EXHIBIT A

| | |
|---|---|
| **Darlene Lewis** | **2:16-cv-03429** |
| **Dorothy Schmidling** | **2:17-cv-03022** |