**WILENTZ, GOLDMAN & SPITZER, P.A.**
Joshua S. Kincannon, Esquire
NJ Attorney ID No.: 034052000
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
(732)-855-6141
(732)-726-6541 (Fax)
Jkincannon@wilentz.com

*Attorneys for Plaintiff(s)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document relates to the cases listed on the Exhibit attached hereto. | MDL NO. 2:15-md-02641-PHX-DGC<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

    Dated this _____ day of _____, 2021

                                                       _____
                                                       HONORABLE DAVID G. CAMPBELL
                                                       UNITED STATES SENIOR DISTRICT JUDGE

*#12118174.1*

1
2                                    **EXHBIT A**
3
4       **Darlene Lewis**                  **2:16-cv-03429**
5       **Dorothy Schmidling**             **2:17-cv-03022**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28