# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
| This document relates to:<br>Tarek Hamandi v. C. R. Bard, Inc., et al., Case No. 2:17-cv-00551-DGC. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff, Tarek Hamandi & Ana Lizardo ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the case listed above with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 10th day of March, 2021.

*s/Sean M. Cleary*
LAW OFFICES OF SEAN M. CLEARY, P.A.

19 West Flagler Street, Suite 618
Miami, FL 33130
P: 305.416.9805
F: 305.416.9807
sean@clearypa.com
Boston, MA 02210

*s/Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P: 404.322.6000
F: 404.332.6397

*Attorneys for Plaintiffs*       *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*