**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to: <u>Tarek Hamandi v. C. R. Bard, Inc., et al., Case No. 2:17-cv-00551-DGC</u>. | **PROPOSED ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Having considered the Stipulation of Dismissal with Prejudice filed by the Plaintiffs and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

  Dated this _____ day of _____, 2021.