# EXHIBIT A

| Case No. | Case Caption |
| --- | --- |
| 2:17-cv-03036 | Angela Amerson v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02884 | Dennis Bevington v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02902 | Sequoya Maison-Blacque v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02904 | Dexter Blindbury v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04330 | Jodie Bohrer v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-03465 | Janet Bowdish v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02735 | Susan Weems, individually and on behalf of Doswell P. Brown, III v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02907 | James Brunner v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01375 | Karen Bryant-Harris v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04138 | Cecelia Burkhardt v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04140 | John Alan Carbutt v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-00831 | Tonya Carter v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01565 | Laura Coyne v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04327 | Mario De La Rosa v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00682 | Luckky Fergison v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00713 | Sheila Green v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-00361 | Connie Gunnels v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-04349 | Johnnie Hogan v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-02044 | Lee Hood v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-03274 | Betty Houser individually and on behalf of Wayne Houser (D) v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-01057 | Jimmy Hughes v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04869 | Lynda Jordan v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00702 | Barbara Keller on behalf of Gufielle Keller v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01994 | Bonita Lages v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-00474 | Rosa Llaguno v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-CV-01989 | Sandra Magallanes v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01990 | Jane Marban v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-04794 | Saul Medina v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-CV-00814 | Charles Newton v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01976 | David Nicholson v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-01975 | Christopher Norman v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-01289 | Lou Anne Ott individually and on behalf of Kenneth Ott (D) v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:17-cv-02715 | Ronald Pacella individually and obo Eileen Pacella (D) v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |

| | |
|---|---|
| 2:18-cv-00110 | Filomeno Salinas individually and on behalf of Felipe Manuel Salinas (D) v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02484 | William Schroeder v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-03729 | Lois Shobert v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:18-cv-02681 | Charles Upton v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-02072 | Evelina Valentin v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-02076 | Angela Webster v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-02075 | Kim Whitaker v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:19-cv-02047 | Rita Williams v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. |