# EXHIBIT A

| | |
|---|---|
| 2:17-cv-01106-DGC | Reynolds v. C R Bard Incorporated et al |
| 2:17-cv-01116-DGC | Warr v. C R Bard Incorporated, et al |
| 2:17-cv-01122-DGC | Robbins v. C R Bard Incorporated et al |
| 2:17-cv-01158-DGC | Johnson v. C R Bard Incorporated et al |
| 2:17-cv-01168-DGC | Roundtree v. C R Bard Incorporated et al |
| 2:17-cv-01169-DGC | Schwinn et al v. C R Bard Incorporated et al |
| 2:17-cv-01171-DGC | Smith v. C R Bard Incorporated et al |
| 2:17-cv-01172-DGC | Motter v. C R Bard Incorporated et al |
| 2:17-cv-01178-DGC | Brown v. C R Bard Incorporated et al |
| 2:17-cv-01210-DGC | Woolsey et al v. C R Bard Incorporated et al |
| 2:17-cv-01216-DGC | Cantrell v. C R Bard Incorporated et al |
| 2:17-cv-01241-DGC | Benton v. C R Bard Incorporated et al |
| 2:17-cv-01242-DGC | McDaniel v. C R Bard Incorporated et al |
| 2:17-cv-01286-DGC | Caldwell v. C R Bard Incorporated et al |
| 2:17-cv-01287-DGC | Galbraith v. C R Bard Incorporated et al |
| 2:17-cv-01308-DGC | Cooper et al v. C R Bard Incorporated et al |
| 2:17-cv-01314-DGC | Slatten et al v. C R Bard Incorporated et al |
| 2:17-cv-01341-DGC | Bowers et al v. C R Bard Incorporated et al |
| 2:17-cv-01347-DGC | Johnson-Morrison v. C R Bard Incorporated et al |
| 2:17-cv-01369-DGC | Reid v. C R Bard Incorporated et al |
| 2:17-cv-01375-DGC | Muthler v. C R Bard Incorporated et al |
| 2:17-cv-01380-DGC | Huff v. C R Bard Incorporated et al |
| 2:17-cv-01381-DGC | Gordon v. C R Bard Incorporated et al |
| 2:17-cv-01405-DGC | Drew et al v. C R Bard Incorporated et al |
| 2:17-cv-01407-DGC | Flynn et al v. C R Bard Incorporated et al |
| 2:17-cv-01408-DGC | Johnson et al v. C R Bard Incorporated et al |
| 2:17-cv-01443-DGC | Risk et al v. C R Bard Incorporated et al |
| 2:17-cv-01643-DGC | Botterbusch et al v. C R Bard Incorporated et al |
| 2:17-cv-01644-DGC | Self v. C R Bard Incorporated et al |
| 2:17-cv-01645-DGC | Davis et al v. C R Bard Incorporated et al |
| 2:17-cv-01646-DGC | Gillespie v. C R Bard Incorporated et al |
| 2:17-cv-01647-DGC | Hozlock v. C R Bard Incorporated et al |
| 2:17-cv-01648-DGC | Hale v. C R Bard Incorporated et al |
| 2:17-cv-01649-DGC | Hawker v. C R Bard Incorporated et al |
| 2:17-cv-01650-DGC | Echols v. C R Bard Incorporated et al |
| 2:17-cv-01651-DGC | Clark v. C R Bard Incorporated et al |
| 2:17-cv-01682-DGC | Jordan v. C R Bard Incorporated et al |
| 2:17-cv-01763-DGC | Stevens v. C R Bard Incorporated et al |
| 2:17-cv-01764-DGC | Barnes v. C R Bard Incorporated et al |
| 2:17-cv-01824-DGC | Monaghan et al v. C R Bard Incorporated et al |