# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Joseph Adams,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-00392 PHX DGC<br><br>**ORDER** |
| Mark Caster,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-04394 PHX DGC<br><br>**ORDER** |
| Angela Cummings,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-01561 PHX DGC<br><br>**ORDER** |
| Robin Hickmond,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV17-01222 PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Alexandra Parsley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01575 PHX DGC<br><br>**ORDER** |
| Chris Vandell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-01549 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 21884.  Each of the cases listed on the parties' stipulation has previously been dismissed as set forth below.  The Court will therefore deny the stipulation.

| | | |
|---|---|---|
| Joseph Adams | CV19-00392 PHX DGC | Dismissed 12/9/2019, Doc. 21099 |
| Mark Caster | CV16-04394 PHX DGC | Transferred to PA M.D. 10/17/2019, Doc. 20672 |
| Angela Cummings. | CV18-01561 PHX DGC | Dismissed 10/17/2019, Doc. 20667 |
| Robin Hickmond | CV17-01222 PHX DGC | Dismissed 3/4/2020, Doc. 21461 |
| Alexandra Parsley | CV18-01575 PHX DGC | Dismissed 3/4/2020, Doc. 21461 |
| Chris Vandell. | CV17-01549 PHX DGC | Dismissed 10/17/2019, Doc. 20667 |

**IT IS ORDERED** that the stipulation of dismissal with prejudice of the above Plaintiffs (Doc. 21884) is **denied.**

Dated this 10th day of March, 2021.

David G. Campbell
Senior United States District Judge

2