Elizabeth Dudley (admitted *pro hac vice*)
Ks Bar No. 21582
The Dudley Law Firm LLC
23438 SW Pilot Point Rd
Douglass, Ks  67039
Telephone: (316) 746-3969
Liz@lizdudleylaw.com

*Attorney for Plaintiff  Barry L. Browning*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to | |
| *Browning v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. 2:16-cv-02428-PHX-DGC* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Barry L. Browning ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Browning v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:16-cv-02428-DGC* <u>with</u> prejudice. Each party to bear their own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2021 | Respectfully submitted, |
| 2 | | *s/ Elizabeth Dudley* |
| 3 | | Elizabeth Dudley<br>liz@lizdudleylaw.com |
| 4 | | The Dudley Law Firm LLC |
| 5 | | 23438 SW Pilot Point Rd, Ste A<br>Douglass, Ks  67039 |
| 6 | | P: (316) 746-3969 |
| 7 | | F:(316) 854-5638<br>Liz@lizdudleylaw.com |
| 8 | | |
| 9 | | Attorney for Plaintiffs |
| 10 | | |
| 11 | | /*s/ Richard B. North* |
| 12 | | Richard B. North |
| 13 | | Matthew B. Lerner<br>richard.north@nelsonmullins.com |
| 14 | | matthew.lerner@nelsonmullins.com<br>NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 15 | | 201 17th St. NW, Ste. 1700<br>Atlanta, GA  30363 |
| 16 | | P:  404.322.6000<br>F:  404.332.6397 |
| 17 | | Attorney for Defendants |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I hereby certify that, on March 10, 2021, the foregoing stipulation to dismiss all claims in this matter with prejudice was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

s/ *Elizabeth Dudley*
Elizabeth Dudley

- 3 -