Louis F. Gilligan
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513.579-6522
Fax: 513.579.6457
lgilligan@kmklaw.com

*Attorney for Plaintiff Timothy L. Brengel*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: 404.322.6000
Fax: 404.322.6050
richard.north@nelsonmullins.com

*Attorney for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to<br><br>*Brengel v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-17-00200-PHX-DGC* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Timothy L. Brengel ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Brengel v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:17-cv-00200-PHX-DGC* with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss the above case in its entirety <u>with</u> prejudice to the re-filing of same and order that these parties are to bear their own costs.

Dated: March 11, 2021        Respectfully submitted,

s/ *Louis F. Gilligan*
Louis F. Gilligan
lgilligan@kmklaw.com
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
P: 513.579-6522
F: 513.579.6457

*Attorney for Plaintiff Timothy L. Brengel*

s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

*Attorney for Defendants*