# EXHIBIT A

| | | |
|---|---|---|
| 2:17-cv-02137-DGC | | Adams v. C R Bard Incorporated et al |
| 2:17-cv-02138-DGC | | Bryant v. C R Bard Incorporated et al |
| 2:17-cv-02139-DGC | | Mintz v. C R Bard Incorporated et al |
| 2:17-cv-02140-DGC | | Brooks v. C R Bard Incorporated et al |
| 2:17-cv-02142-DGC | | Pecze et al v. C R Bard Incorporated et al |
| 2:17-cv-02148-DGC | | Green v. C R Bard Incorporated et al |
| 2:17-cv-02149-DGC | | Hodges v. C R Bard Incorporated et al |
| 2:17-cv-02151-DGC | | Cantrell v. C R Bard Incorporated et al |
| 2:17-cv-02196-DGC | | Cross et al v. C R Bard Incorporated et al |
| 2:17-cv-02197-DGC | | Mendoza et al v. C R Bard Incorporated et al |
| 2:17-cv-02198-DGC | | Emory v. C R Bard Incorporated et al |
| 2:17-cv-02199-DGC | | Clark v. C R Bard Incorporated et al |
| 2:17-cv-02202-DGC | | Utterback et al v. C R Bard Incorporated et al |
| 2:17-cv-02203-DGC | | Riley v. C R Bard Incorporated et al |
| 2:17-cv-02206-DGC | | Hausler et al v. C R Bard Incorporated et al |
| 2:17-cv-02209-DGC | | Riegel v. C R Bard Incorporated et al |
| 2:17-cv-02212-DGC | | Taddei v. C R Bard Incorporated et al |
| 2:17-cv-02217-DGC | | Rollyson v. C R Bard Incorporated et al |
| 2:17-cv-02223-DGC | | Avery et al v. C R Bard Incorporated et al |
| 2:17-cv-02237-DGC | | McKeever et al v. C R Bard Incorporated et al |
| 2:17-cv-02238-DGC | | Scott et al v. C R Bard Incorporated et al |
| 2:17-cv-02295-DGC | | Mangini et al v. C R Bard Incorporated et al |
| 2:17-cv-02299-DGC | | Davis et al v. C R Bard Incorporated et al |
| 2:17-cv-02319-DGC | | Austain et al v. C R Bard Incorporated et al |
| 2:17-cv-02367-DGC | | Young v. C R Bard Incorporated et al |
| 2:17-cv-02406-DGC | | Bell et al v. C R Bard Incorporated et al |
| 2:17-cv-02438-DGC | | Birdine v. C R Bard Incorporated et al |
| 2:17-cv-02577-DGC | | Caudill et al v. C R Bard Incorporated et al |
| 2:17-cv-02859-DGC | | Dickson et al v. C R Bard Incorporated et al |
| 2:17-cv-03001-DGC | | Hitt v. C R Bard Incorporated et al |
| 2:17-cv-03058-DGC | | Grandinetti et al v. C R Bard Incorporated et al |
| 2:17-cv-03059-DGC | | Baldwin et al v. C R Bard Incorporated et al |
| 2:17-cv-03060-DGC | | Randle et al v. C R Bard Incorporated et al |
| 2:17-cv-03780-DGC | | Schebor et al v. C R Bard Incorporated et al |
| 2:17-cv-03916-DGC | | Grogan v. C R Bard Incorporated et al |