# EXHIBIT A

**MDL NO. 2:15-md-02641-PHX-DGC**

| MEMBER CASE NUMBER | FULL NAME OF PLAINTIFF |
|---|---|
| 2:19-cv-03804-DGC | Sheryl Adams |
| 2:18-cv-03627-DGC | Gary L. Barnes |
| 2:19-cv-03808-DGC | Charles Bartram |
| 2:18-cv-03918-DGC | Darryl Berry |
| 2:19-cv-03290-DGC | Miguel Bronfman |
| 2:19-cv-01200-DGC | Danielle Brown-Pickens |
| 2:19-cv-03809-DGC | Tommie Brutton |
| 2:19-cv-01199-DGC | Judith Clouser |
| 2:19-cv-03811-DGC | Michelle Denise Curtis |
| 2:19-cv-03813-DGC | Antonio Cutler |
| 2:18-cv-02723-DGC | Mary Denson |
| 2:19-cv-03292-DGC | Daniel Dipasquale |
| 2:19-cv-03293-DGC | Richard Dunaway |
| 2:17-cv-02899-DGC | Harry Gallagher |
| 2:18-cv-03138-DGC | Rosamaria Garcia |
| 2:19-cv-03637-DGC | Michael Goolsby |
| 2:19-cv-00298-DGC | Charles Greenwood |
| 2:19-cv-04057-DGC | Michael Helmuth |
| 2:19-cv-03690-DGC | David Hildebrandt |
| 2:19-cv-03694-DGC | Ruth Hinton |

# EXHIBIT A

**MDL NO. 2:15-md-02641-PHX-DGC**

| | |
|---|---|
| 2:19-cv-03294-DGC | Waymon Johnson |
| 2:19-cv-03695-DGC | Willie Thomas Jones, Jr. |
| 2:19-cv-03698-DGC | Earnest Lewis |
| 2:17-cv-02953-DGC | Anna Main |
| 2:19-cv-03699-DGC | James McGinnis |
| 2:19-cv-03638-DGC | Roger Moon |
| 2:19-cv-03817-DGC | John Moore |
| 2:18-cv-02724-DGC | Lee Moore |
| 2:18-cv-00444-DGC | Daniel Morrison |
| 2:19-cv-03634-DGC | Christine Naschke |
| 2:17-cv-00899-DGC | Tracy Pirl |
| 2:19-cv-03296-DGC | Samuel Priester, Jr. |
| 2:19-cv-03297-DGC | Dennis Pulaski |
| 2:19-cv-00354-DGC | Dion Ratliff |
| 2:19-cv-00296-DGC | Stephanie Ann Reckart |
| 2:19-cv-03299-DGC | Francine Reid |
| 2:16-cv-02297-DGC | Rachel Marie Ross |
| 2:17-cv-02350-DGC | Robert Secrest |
| 2:19-cv-03301-DGC | Robert Shoemaker |
| 2:19-cv-03304-DGC | Daniel Snyder |
| 2:19-cv-03309-DGC | Millard Taylor |

**EXHIBIT A**

**MDL NO. 2:15-md-02641-PHX-DGC**

| | |
|---|---|
| 2:19-cv-03700-DGC | Leonardo Torruellas |
| 2:19-cv-04056-DGC | Towanda Walker |
| 2:19-cv-03311-DGC | Stanford Young |