# EXHIBIT  A

| | | |
|---|---|---|
| 2:17-cv-03924-DGC | | Lafountaine v. C R Bard Incorporated et al |
| 2:17-cv-03927-DGC | | Thompson v. C R Bard Incorporated et al |
| 2:17-cv-03931-DGC | | Newton v. C R Bard Incorporated et al |
| 2:17-cv-03949-DGC | | Sullivan v. C R Bard Incorporated et al |
| 2:17-cv-03961-DGC | | Grimes v. C R Bard Incorporated et al |
| 2:17-cv-03968-DGC | | Armstrong v. C R Bard Incorporated et al |
| 2:17-cv-04131-DGC | | Polk v. C R Bard Incorporated et al |
| 2:17-cv-04133-DGC | | Walker et al v. C R Bard Incorporated et al |
| 2:17-cv-04234-DGC | | Graham et al v. C R Bard Incorporated et al |
| 2:17-cv-04616-DGC | | Schmidt et al v. C R Bard Incorporated et al |
| 2:17-cv-04617-DGC | | Hadley et al v. C R Bard Incorporated et al |
| 2:17-cv-04618-DGC | | Crow et al v. C R Bard Incorporated et al |
| 2:17-cv-04619-DGC | | Ward v. C R Bard Incorporated et al |
| 2:18-cv-00390-DGC | | Hunter v. C R Bard Incorporated et al |
| 2:18-cv-00408-DGC | | Howard et al v. C R Bard Incorporated et al |
| 2:18-cv-00409-DGC | | Jones et al v. C R Bard Incorporated et al |
| 2:18-cv-00410-DGC | | McCallum v. C R Bard Incorporated et al |
| 2:18-cv-00441-DGC | | Brown v. C R Bard Incorporated et al |
| 2:18-cv-00468-DGC | | Kimble v. C R Bard Incorporated et al |
| 2:18-cv-00469-DGC | | Dewick et al v. C R Bard Incorporated et al |
| 2:18-cv-00482-DGC | | Williamson et al v. C R Bard Incorporated et al |
| 2:18-cv-00552-DGC | | Moreno v. C R Bard Incorporated et al |
| 2:18-cv-00619-DGC | | Foley v. C R Bard Incorporated et al |
| 2:18-cv-00624-DGC | | Collins et al v. C R Bard Incorporated et al |
| 2:18-cv-00731-DGC | | St Clair v. C R Bard Incorporated et al |
| 2:18-cv-00736-DGC | | McDonald et al v. C R Bard Incorporated et al |
| 2:18-cv-00751-DGC | | Parsley et al v. C R Bard Incorporated et al |
| 2:18-cv-00756-DGC | | Madrid v. C R Bard Incorporated et al |
| 2:18-cv-00764-DGC | | Bartlett v. C R Bard Incorporated et al |
| 2:18-cv-00826-DGC | | Blunck et al v. C R Bard Incorporated et al |
| 2:18-cv-00976-DGC | | Monteiro et al v. C R Bard Incorporated et al |
| 2:18-cv-00978-DGC | | Salmon v. C R Bard Incorporated et al |
| 2:18-cv-00985-DGC | | Dixon v. C R Bard Incorporated et al |
| 2:18-cv-00986-DGC | | Riggins v. C R Bard Incorporated et al |
| 2:18-cv-00987-DGC | | McGrath et al v. C R Bard Incorporated et al |