EXHIBIT A

| Case No. | Case Caption |
|---|---|
| | |
| 2:18-cv-00282-DGC | Steven Kessman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:15-cv-01900-DBC | Lisa Smullen v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-04173-DGC | Debbie Spallone v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |
| 2:16-cv-00392-DGC | Maureen L. Wallace v. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. |