# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-MD-02641-PHX-DGC<br>**ORDER** |
|---|---|
| This document relates to the cases listed on Exhibit A attached hereto. | |

The Court has considered the Stipulation of Dismissal witn Prejudice filed by the Plaintiffs listed on Exhibit A attached hereto and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (Doc. _____)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulation of Dismissal with Prejudice (Doc. _____) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of March, 2021.

David G. Campbell
Senior United States District Judge