Joseph R. Johnson (admitted *pro hac vice*)
Florida Bar No. 372250
BABBITT & JOHNSON PA
1641 Worthington Rd., Ste. 1000
W. Palm Beach, FL  33409
P:  561-684-2500
F:  561-684-6308
jjohnson@babbitt-johnson.com

*Attorneys for Plaintiff Christine Lorthe*

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document relates to | |
| *Lorthe v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>Case No. CV-15-02446-PHX-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Christine Lorthe ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Christine Lorthe v. C. R. Bard and Bard Peripheral Vascular, Inc., Case No. 2:15-cv-02446-DGC* <u>with</u> prejudice. Each party to bear their own fees and costs.

Dated: March 11, 2021

Respectfully submitted,

s/ *Joseph R. Johnson*
Joseph R. Johnson
jjohnson@babbitt-johnson.com
BABBITT & JOHNSON PA
1641 Worthington Rd., Ste. 1000
W. Palm Beach, FL  33409
P:  561-684-2500
F:  561-684-6308

Attorney for Plaintiffs

s/ *Richard B. North, Jr.*
Richard B. North, Jr.
richard.north@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397

Attorney for Defendants