IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation,<br><br>This document relates to<br><br>*Lorthe v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>*Case No. CV-15-02446-PHX-DGC* | No. 2:15-MD-02641-DGC<br><br>**ORDER** |

The Court has considered the Stipulation of Dismissal with Prejudice filed by the Plaintiff, Christine Lorthe, and Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular Inc. (Doc. _____)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulation of Dismissal with Prejudice (Doc. _____) is **granted**. Plaintiff's claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of March, 2021.