**Exhibit A**

| Case Number | Last Name | First Name |
|---|---|---|
| 2:18-cv-02747 | Copeland | JoAnn |
| 2:16-cv-01573 | Wilson | Barbara |
| 2:16-cv-00739 | Steinbrunn | Elmer |
| 2:16-cv-04426 | Trice | Angelia |
| 2:16-cv-01750 | St. John | Edward |