Lawrence S. Paikoff, M.D., Esq. (admitted *pro hac vice*)
California Bar No. 191732
Richard J. Paikoff, Esq. (admitted *pro hac vice*)
California Bar No. 309304
**LAW OFFICES OF LAWRENCE S. PAIKOFF**
1756 Picasso Ave., Ste F.
Davis, CA 95618
Phone: 530-297-1144
Fax: 530-297-1146
lpaikoff@paikofflaw.com
rpaikoff@paikofflaw.com
Attorneys for Plaintiff
LAVETTE JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br>*Jackson v. C. R. Bard and Bard Peripheral Vascular, Inc.*<br>Case No. CV-18-00288-PHX-DGC | No. MDL-15-02641-PHX-DGC<br><br>Civil Action No. CV-18-00288-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff LAVETTE JACKSON ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Jackson v. C. R. Bard and Bard Peripheral Vascular, Inc.*, Case No. CV-18-00288-PHX-DGC with prejudice. Each party to bear their own fees and costs.

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 11th day of March, 2021. |
| 2 | By: */s/ Lawrence S. Paikoff* |
| 3 | Lawrence S. Paikoff, M.D., Esq.<br>lpaikoff@paikofflaw.com |
| 4 | Richard J. Paikoff, Esq.<br>rpaikoff@paikofflaw.com |
| 5 | LAW OFFICES OF LAWRENCE S. PAIKOFF |
| 6 | 1756 Picasso Ave., Ste. F<br>Davis, CA 95618 |
| 7 | 530-297-1144,<br>530-297-1146 (fax) |
| 8 | Attorneys for Plaintiff |
| 9 | |
| 10 | By: */s/ Richard B. North, Jr.*<br>Richard B. North, Jr. |
| 11 | Matthew B. Lerner<br>richard.north@nelsonmullins.com |
| 12 | matthew.lerner@nelsonmullins.com<br>NELSON MULLINS RILEY & SCARBOROUGH |
| 13 | LLP 201 17th St. NW, Ste. 1700<br>Atlanta, GA  30363 |
| 14 | P:  404.322.6000<br>F:  404.332.6397 |
| 15 | Attorney for Defendants |

2