Lawrence S. Paikoff, M.D., Esq. (admitted *pro hac vice*)
California Bar No. 191732
Richard J. Paikoff, Esq. (admitted *pro hac vice*)
California Bar No. 309304
**LAW OFFICES OF LAWRENCE S. PAIKOFF**
1756 Picasso Ave., Ste F.
Davis, CA 95618
Phone: 530-297-1144
Fax: 530-297-1146
lpaikoff@paikofflaw.com
rpaikoff@paikofflaw.com
Attorneys for Plaintiff
LAVETTE JACKSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION <br><br> This document relates to <br> *Jackson v. C. R. Bard and Bard Peripheral Vascular, Inc.* <br> Case No. CV-18-00288-PHX-DGC | No. MDL-15-02641-PHX-DGC <br><br> Civil Action No. CV-18-00288-PHX-DGC <br><br> **Order** |

The Court has considered the Stipulation of Dismissal with Prejudice of Lavette Jackson, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Lavette Jackson is granted. The claims of Lavette Jackson are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021

_____

David G. Campbell

Senior United States Judge

1