Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019
*Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
Howard Nations Law
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**NOTICE OF ERRATA**<br><br>**(Filed *Ex Parte*)** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee ("CBFCC") and the Co-Chairs of the CBFCC lodged Plaintiffs' Motion for Interim Reimbursement of Shared Costs Limited to Capital Contributions ("Motion") under seal on February 24, 2021 (Doc. 21836). The sealed motion was filed by the clerk on March 4, 2021 (Doc. 21849).

Since lodging the Motion under seal, certain financial information contained both in the Motion and the exhibits thereto has changed. Additionally, upon further consideration, it is clear a portion of the relief sought in the Motion was not accurately described. For these reasons, Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee ("CBFCC") and the Co-Chairs of the CBFCC

respectfully submit this Notice of Errata. The revised Motion and exhibits thereto are attached here as Exhibit A. All revisions have been made in redline.

RESPECTFULLY SUBMITTED this 11th day of March 2021.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    701 N. 44th Street
    Phoenix, Arizona 85008
*Co-Lead Counsel for Plaintiffs/Liaison Counsel to the Common Benefit Fee and Cost Committee*

HOWARD NATIONS LAW
    Howard Nations (TX Bar No. 14823000)
    (admitted *pro hac vice*)
    9703 Richmond, Suite 200
    Houston, Texas 77042
    713-807-8400
*Co-Chair, Common Benefit Fee and Cost Committee*

LIEFF CABRASER HEIMANN & BERNSTIEN
    Wendy Fleishman (NY Bar No. 2500429)
    (admitted *pro hac vice*)
    250 Hudson Street, 8th Floor
    New York, NY 10013
    212-355-9500
*Co-Chair, Common Benefit Fee and Cost Committee*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of March 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                            /s/ Jessica Gallentine