
Lawrence S. Paikoff, M.D., Esq. (admitted *pro hac vice*)
California Bar No. 191732
Richard J. Paikoff, Esq. (admitted *pro hac vice*)
California Bar No. 309304
**LAW OFFICES OF LAWRENCE S. PAIKOFF**
1756 Picasso Ave., Ste F.
Davis, CA 95618
Phone: 530-297-1144
Fax: 530-297-1146
lpaikoff@paikofflaw.com
rpaikoff@paikofflaw.com
Attorneys for Plaintiff
AMBER WARD &
ERIC WARD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
|---|---|
| This document relates to *Ward v. C. R. Bard and Bard Peripheral Vascular, Inc.* Case No. CV-18-00246-PHX-DGC | Civil Action No. CV-18-00246-PHX-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff AMBER WARD and Plaintiff ERIC WARD ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Ward v. C. R. Bard and Bard Peripheral Vascular, Inc.*, Case No. CV-18-00246-PHX-DGC with prejudice. Each party to bear their own fees and costs.

RESPECTFULLY SUBMITTED this 11th day of March, 2021.

By: */s/ Lawrence S. Paikoff*
Lawrence S. Paikoff, M.D., Esq.
lpaikoff@paikofflaw.com
Richard J. Paikoff, Esq.
rpaikoff@paikofflaw.com
LAW OFFICES OF LAWRENCE S. PAIKOFF
1756 Picasso Ave., Ste. F
Davis, CA 95618
530-297-1144,
530-297-1146 (fax)
Attorneys for Plaintiffs


By: */s/ Richard B. North, Jr.*
Richard B. North, Jr.
Matthew B. Lerner
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP 201 17th St. NW, Ste. 1700
Atlanta, GA  30363
P:  404.322.6000
F:  404.332.6397
Attorney for Defendants