Lawrence S. Paikoff, M.D., Esq. (admitted *pro hac vice*)
California Bar No. 191732
Richard J. Paikoff, Esq. (admitted *pro hac vice*)
California Bar No. 309304
**LAW OFFICES OF LAWRENCE S. PAIKOFF**
1756 Picasso Ave., Ste F.
Davis, CA 95618
Phone: 530-297-1144
Fax: 530-297-1146
lpaikoff@paikofflaw.com
rpaikoff@paikofflaw.com
Attorneys for Plaintiff
AMBER WARD &
ERIC WARD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MDL-15-02641-PHX-DGC |
| This document relates to *Ward v. C. R. Bard and Bard Peripheral Vascular, Inc.* Case No. CV-18-00246-PHX-DGC | Civil Action No. CV-18-00246-PHX-DGC  **Order** |

The Court has considered the Stipulation of Dismissal with Prejudice of Amber Ward, Eric Ward, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of Amber Ward and Eric Ward is granted. The claims of Amber Ward and Eric Ward are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021

_____

David G. Campbell

Senior United States Judge