**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Brent Dewitt,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-00355-PHX DGC<br><br>**ORDER** |
| Shelley A. Docimo,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-01095-PHX DGC<br><br>**ORDER** |
| Marie Dolan,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-00059-PHX DGC<br><br>**ORDER** |
| Montez Dozier,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-04366-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Gail Ekblad and Guy Ekblad,<br><br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02738-PHX DGC<br><br><br>**ORDER** |
| Susan Mae Engroff and Joseph J. Engroff,<br><br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00920-PHX DGC<br><br><br>**ORDER** |
| Larry Espenshade and Suzanne Espenshade,<br><br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-01069-PHX DGC<br><br><br>**ORDER** |
| Terry Evans and Laurie Evans,<br><br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02479-PHX DGC<br><br><br>**ORDER** |
| Lisa Fitch and Bobby Fitch,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00882-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Carla Fletcher,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00541-PHX DGC<br><br>**ORDER** |
| Matthew Flood,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02300-PHX DGC<br><br>**ORDER** |
| Joel Flores,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-04217-PHX DGC<br><br>**ORDER** |
| Barbara Frye and Eddie Frye,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01340-PHX DGC<br><br>**ORDER** |
| Marsha Gainey and Keith N. Gainey,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01907-PHX DGC<br><br>**ORDER** |
| Joedy Gardner and Tammy Gardner,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00971-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert E. Tardif, Jr., Bankruptcy Trustee, and Edward Garner,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV18-04333-PHX DGC<br><br>**ORDER** |
| William Geoghegan and Robin Geoghegan,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV16-00797-PHX DGC<br><br>**ORDER** |
| Dianne Gibson and Charles Gibson,<br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV16-02833-PHX DGC<br><br>**ORDER** |
| Derrick Gipson,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV17-01851-PHX DGC<br><br>**ORDER** |
| Shana Glenney,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV17-00560-PHX DGC<br><br>**ORDER** |
| Lori Godfrey,<br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No.  CV16-02822-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Emanuel Goodlow,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03209-PHX DGC<br><br><br>**ORDER** |
| Debra Green,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV15-01723-PHX DGC<br><br><br>**ORDER** |
| Thomas Groen and Aimee Groen,<br><br>                Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-03723-PHX DGC<br><br><br>**ORDER** |
| Arthandra Guinn,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-00620-PHX DGC<br><br><br>**ORDER** |
| Hiram Hagins,<br><br>                Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-03342-PHX DGC<br><br><br>**ORDER** |
| Lisa Hanratty and Joseph Hanratty,<br><br>                Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV16-00879-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Sandra Hansen,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01401-PHX DGC<br><br><br>**ORDER** |
| Allen Harrison and Karen Debra  Harrison,<br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04455-PHX DGC<br><br><br>**ORDER** |
| Wanda Harvey,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-01482-PHX DGC<br><br><br>**ORDER** |
| Charles Hensel,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-04139-PHX DGC<br><br><br>**ORDER** |
| Kristy Hepfer and Alan Hepfer,<br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00048-PHX DGC<br><br><br>**ORDER** |
| Robert Highsmith and Karen Highsmith,<br>                    Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03582-PHX DGC<br><br><br>**ORDER** |

| | |
|---|---|
| Abbie Hill,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01970-PHX DGC<br><br>**ORDER** |
| Terry Hoke and Arinda Hoke,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00891-PHX DGC<br><br>**ORDER** |
| Charles Holderfield, Jr. ,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03237-PHX DGC<br><br>**ORDER** |
| Ricardo Hollingsworth,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00746-PHX DGC<br><br>**ORDER** |
| Michael Hudson and Teresa Hudson,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03328-PHX DGC<br><br>**ORDER** |
| Daniel Barker, as Personal Representative<br>of the Estate of Sherri Hughes,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-04243-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tricia R. Hutchins and Kevin E. Hutchins,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-00965-PHX DGC<br><br>**ORDER** |
| Floyd Jacobs,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-04557-PHX DGC<br><br>**ORDER** |
| Kenneth Jenkins and Loretta Jenkins,<br>　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV18-04287-PHX DGC<br><br>**ORDER** |
| Reagan Jobe,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV16-01886-PHX DGC<br><br>**ORDER** |
| Roxanne G. Parson, as personal<br>representative of the Estate of Ruth<br>Henrietta Johnson, deceased,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-01724-PHX DGC<br><br>**ORDER** |
| Mondier Khaira,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-00148-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Regina Kinney and James Kinney,<br>                    Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00040-PHX DGC<br><br>**ORDER** |
| Christine Kiscadden,<br>                    Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00919-PHX DGC<br><br>**ORDER** |
| Thomas Kroeger and Lynn A. Kroeger,<br>                    Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01000-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21904.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21904) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 11th day of March, 2021.

David G. Campbell
Senior United States District Judge