# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Lorie Adams and Wayne Adams,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01298-PHX DGC<br><br>**ORDER** |
| Hayley Katherine Adamson and Aaron Kent Adamson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants.. | No. CV18-01156-PHX DGC<br><br>**ORDER** |
| Charlene Agee,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-01836-PHX DGC<br><br>**ORDER** |
| Lynn Ann Agnew and James Edward Agnew,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV16-00027-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Victor Albaum and Rose M. Honeyman,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-01258-PHX DGC<br><br>**ORDER** |
| Alex Alexander and Georgia Ann Alexander,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00967-PHX DGC<br><br>**ORDER** |
| Valencia Allen,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00340-PHX DGC<br><br>**ORDER** |
| Nathan Anastasoff,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00262-PHX DGC<br><br>**ORDER** |
| Chon Anderson,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV17-01858-PHX DGC<br><br>**ORDER** |
| Debbie Anderson,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00097-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Andrews and Joana Andrews,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV16-01483-PHX DGC<br><br>**ORDER** |
| Michelle Baggett,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV16-04030-PHX DGC<br><br>**ORDER** |
| Vivian Baldwin,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV16-00109-PHX DGC<br><br>**ORDER** |
| Shannon Banaszak and Paul Banaszak,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV19-04131-PHX DGC<br><br>**ORDER** |
| James Barber,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No. CV17-04753-PHX DGC<br><br>**ORDER** |

3

| | |
|---|---|
| Julie Barham,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-00343-PHX DGC<br><br>**ORDER** |
| Phillip Batchelder and Kim Batchelder,<br><br>                Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00060-PHX DGC<br><br>**ORDER** |
| Betty Beason,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-02393-PHX DGC<br><br>**ORDER** |
| Dean Becker,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV15-02155-PHX DGC<br><br>**ORDER** |
| Cory Behlke,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV16-00902-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Craig Beisiegel and Joyce Harding Beisiegel,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03189-PHX DGC<br><br>**ORDER** |
| Abdul-Mutaal Bilal,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04007-PHX DGC<br><br>**ORDER** |
| Troy Boone and Katrina Peoples-Boone,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-03992-PHX DGC<br><br>**ORDER** |
| George Borden and Melody Borden,<br><br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00269-PHX DGC<br><br>**ORDER** |
| Donald Boyce and Jeri Boyce,<br><br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00956-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronda Breeden,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00653-PHX DGC<br><br>**ORDER** |
| Deborah Brooks,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01533-PHX DGC<br><br>**ORDER** |
| Goldie Brown,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00294-PHX DGC<br><br>**ORDER** |
| Cynthia Bruhn and Rick Reed,<br><br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-00058-PHX DGC<br><br>**ORDER** |
| Kelly Marie Bryant,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02103-PHX DGC<br><br>**ORDER** |
| Bradley Cameron,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-03750-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Julius E. Campbell III, as Executor of the Estate of Jeanne Campbell,<br><br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No. CV16-01868-PHX DGC<br><br>**ORDER** |
| Joann Cardona and Angel Cardona,<br><br>                 Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No. CV16-04008-PHX DGC<br><br>**ORDER** |
| Wanda Chambers,<br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No. CV17-03533-PHX DGC<br><br>**ORDER** |
| Paula Chapla,<br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No. CV18-00140-PHX DGC<br><br>**ORDER** |
| Brooke Carpenter Ciurej,<br><br>                 Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                 Defendants. | No. CV18-03689-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Billy Howard Connock and Patricia Joyce Connock,<br><br>        Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-01759-PHX DGC<br><br>**ORDER** |
| Ronald Cook,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-02482-PHX DGC<br><br>**ORDER** |
| Trina Cottam,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-01401-PHX DGC<br><br>**ORDER** |
| Leon Coudriet and Georgia Coudriet,<br><br>        Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-02101-PHX DGC<br><br>**ORDER** |
| Randall Cruthis,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV17-04021-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Clyde Davidson,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-01003-PHX DGC<br><br>**ORDER** |
| Gerald Davies,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV18-02768-PHX DGC<br><br>**ORDER** |
| Linda Davis,<br>           Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-01402-PHX DGC<br><br>**ORDER** |
| Heather Davis and Robert Davis,<br><br>           Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-02105-PHX DGC<br><br>**ORDER** |
| Fletcher Lee Davis, III and Regina Anne Davis,<br>           Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>           Defendants. | No. CV17-04643-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Delgiorno,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00466-PHX DGC<br><br>**ORDER** |
| David DeLeon,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02104-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21903.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21903) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 11th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge