# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO:<br><br>*All plaintiffs in all cases identified on the attached "Exhibit A"* | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, all Plaintiffs in all cases identified on the attached "Exhibit A", and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of all plaintiffs in all cases identified on the attached "Exhibit A" in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs.

Date:   March 12, 2021

                                                Respectfully submitted,

                                                /s/ *Howard L. Nations*
                                                Howard L. Nations
                                                THE NATIONS LAW FIRM
                                                9703 Richmond Ave., Suite 200
                                                Houston, TX 77042
                                                Telephone: (713) 807-8400
                                                Fax: (713) 807-8423

                                                ATTORNEYS FOR PLAINTIFF


                                                /s/ *with express permission /Richard B. North, Jr.*
                                                Richard B. North, Jr.
                                                NELSON MULLINS RILEY & SCARBOROUGH
                                                201 17th St. NW, Suite 1700
                                                Atlanta, GA 30363
                                                (404) 322-6000

                                                ATTORNEYS FOR DEFENDANTS