# EXHIBIT A

| | | |
|---|---|---|
| 2:18-cv-01098-DGC | | Decker-Edens v. C R Bard Incorporated et al |
| 2:18-cv-01107-DGC | | Ogden et al v. C R Bard Incorporated et al |
| 2:18-cv-01224-DGC | | Edwards et al v. C R Bard Incorporated et al |
| 2:18-cv-01228-DGC | | Cupp v. C R Bard Incorporated et al |
| 2:18-cv-01338-DGC | | Powell et al v. C R Bard Incorporated et al |
| 2:18-cv-01364-DGC | | McKean v. C R Bard Incorporated et al |
| 2:18-cv-01420-DGC | | Collins et al v. C R Bard Incorporated et al |
| 2:18-cv-01421-DGC | | Adams v. C R Bard Incorporated et al |
| 2:18-cv-01446-DGC | | Murphree v. C R Bard Incorporated et al |
| 2:18-cv-01901-DGC | | Linsalata et al v. C R Bard Incorporated et al |
| 2:18-cv-01916-DGC | | Lee v. C R Bard Incorporated et al |
| 2:18-cv-01918-DGC | | McElroy v. C R Bard Incorporated et al |
| 2:18-cv-01943-DGC | | Jaramillo v. C R Bard Incorporated |
| 2:18-cv-01946-DGC | | Rowe et al v. C R Bard Incorporated et al |
| 2:18-cv-02096-DGC | | Solar v. C R Bard Incorporated et al |
| 2:18-cv-02097-DGC | | Englehardt v. C R Bard Incorporated et al |
| 2:18-cv-02153-DGC | | Walker v. C R Bard Incorporated et al |
| 2:18-cv-02174-DGC | | Hayes-Johnson v. C R Bard Incorporated et al |
| 2:18-cv-04601-DGC | | Freeland v. C R Bard Incorporated et al |
| 2:18-cv-04602-DGC | | Dottle et al v. C R Bard Incorporated et al |
| 2:18-cv-04640-DGC | | Jackson v. C R Bard Incorporated et al |
| 2:18-cv-04647-DGC | | Rodriguez et al v. C R Bard Incorporated et al |
| 2:18-cv-04825-DGC | | Evans v. C R Bard Incorporated et al |
| 2:18-cv-04873-DGC | | Moffitt v. C R Bard Incorporated et al |
| 2:18-cv-04889-DGC | | Davis v. C R Bard Incorporated et al |
| 2:18-cv-04893-DGC | | Thomas v. C R Bard Incorporated et al |
| 2:18-cv-04894-DGC | | White v. C R Bard Incorporated et al |
| 2:19-cv-00218-DGC | | Butler v. C R Bard Incorporated et al |
| 2:19-cv-00293-DGC | | Whitfield-Grannison v. C R Bard Incorporated et al |
| 2:19-cv-00792-DGC | | Daniels v. C R Bard Incorporated et al |