# EXHIBIT A

| | | |
|---|---|---|
| 2:19-cv-00795-DGC | | Feckner v. C R Bard Incorporated et al |
| 2:19-cv-01141-DGC | | Esposito v. C R Bard Incorporated et al |
| 2:19-cv-02096-DGC | | Thompson et al v. C R Bard Incorporated et al |
| 2:19-cv-02789-DGC | | Burris et al v. C R Bard Incorporated et al |
| 2:19-cv-03084-DGC | | Kimble-Hicks v. C R Bard Incorporated et al |
| 2:19-cv-03085-DGC | | Bergfield v. C R Bard Incorporated et al |
| 2:19-cv-03245-DGC | | Crawford v. C R Bard Incorporated et al |
| 2:19-cv-03246-DGC | | Fairbanks v. C R Bard Incorporated et al |
| 2:19-cv-03248-DGC | | Roberts v. C R Bard Incorporated et al |
| 2:19-cv-03418-DGC | | DeCurtis v. C R Bard Incorporated et al |
| 2:19-cv-04189-DGC | | Bailey v. C R Bard Incorporated et al |
| 2:19-cv-04212-DGC | | Jensen v. C R Bard Incorporated et al |
| 2:19-cv-04215-DGC | | Skillern v. C R Bard Incorporated et al |