**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

**IN RE: BARD IVC FILTERS**                          **MD15-2641 PHX DGC**
        **PRODUCTS LIABILITY LITIGATION**

THIS DOCUMENT RELATES TO:                          **CV-16-1077-PHX-DGC**

*All Plaintiffs in All Cases Identified on*          **ORDER**
*The Attached "Exhibit A"*

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all

claims of all Plaintiffs in all cases identified on the attached "Exhibit A." [Doc. _____].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims

of all claims of all plaintiffs identified on the attached "Exhibit A" [Doc. _____] is **granted**.

Each party is to bear its own costs.

Dated this ____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE