Roopal P. Luhana, Esq.
Eric T. Chaffin, Esq.
**CHAFFIN LUHANA LLP**
600 3rd Avenue, 12th Floor
New York, New York 10016
(888) 480-1123 telephone
(888) 499-1123 facsimile
luhana@chaffinluhana.com
chaffin@chaffinluhana.com

*Attorneys for Plaintiffs*

Richard B. North, Jr. (admitted pro hac vice)
Georgia Bar No. 545599
Matthew B. Lerner (admitted pro hac vice)
Georgia Bar No. 446986
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants
C.R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | MDL No. 2:15-md-02641-PHX-DGC |
| This document related to: | |
| *Motta, et al., v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*<br>Case No. 2:18-cv-02798-DGC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs John Motta and Michelle Acevedo-Motta ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of *Motta, et al., v. C.R. Bard and Bart Peripheral Vascular, Inc., Case No. 2:18-cv-02798-DGC* with prejudice. Each party to bear their own fees and costs.

Dated:  March 12, 2021

Respectfully submitted,

<u>/s/ *Roopal Luhana*</u>
Roopal P. Luhana, Esq.
Eric T. Chaffin, Esq.
luhana@chaffinluhana.com
chaffin@chaffinluhana.com
**CHAFFIN LUHANA LLP**
600 3rd Avenue, 12th Floor
New York, New York 10016
P:  (888) 480-1123
F:  (888) 499-1123

*Attorney for Plaintiffs*


<u>/s/ *Richard North*</u>
Richard B. North, Jr.
Matthew B. Lerner
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th St. NW, Ste. 1700
Atlanta, GA 30363
P:  404.322.6000
F:  404.332.6397

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on March 12, 2021, the foregoing stipulation to dismiss all claims in this matter with prejudice was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.

                                                          /s/ *Roopal Luhana*
                                                          Roopal P. Luhana, Esq.