IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br><br>This document related to:<br><br>*Minetti v. C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*<br>Case No. 2:18-cv-00179-DGC | No. 2:15-md-02641-PHX-DGC<br><br>**ORDER** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing the party's own attorney's fees and costs.  The Clerk is directed to close the file.