# EXHIBIT A

| | |
|---|---|
| Hunter, Terrence M. vs. C.R. Bard, Inc., et al. | 2:19-cv-4276 |
| Thomas, Daphne D. vs. C.R. Bard, Inc., et al. | 2:18-cv-4368 |