IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO: | CV-16-2296-PHX-DGC |
| 2:16-cv-02296-DGC<br>Trisha Midkiff, | |
|        *Plaintiff,* | **STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc., | |
|        Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now, Plaintiff Trisha Midkiff and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Trisha Midkiff in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs and attorney fees.

Date:   March 12, 2021

        Respectfully submitted,

        /s/ *Howard L. Nations*
        Howard L. Nations
        THE NATIONS LAW FIRM
        9703 Richmond Ave., Suite 200
        Houston, TX 77042
        Telephone: (713) 807-8400
        Fax: (713) 807-8423

        ATTORNEYS FOR PLAINTIFF


        /s/ *with express permission /Richard B. North, Jr.*
        Richard B. North, Jr.
        NELSON MULLINS RILEY & SCARBOROUGH
        201 17th St. NW, Suite 1700
        Atlanta, GA 30363
        (404) 322-6000

        ATTORNEYS FOR DEFENDANTS