# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |
| THIS DOCUMENT RELATES TO: | **CV-16-2683-PHX-DGC** |
| 2:16-cv-02683-DGC<br>Frank George Sulligan, | |
| *Plaintiff,* | **ORDER** |
| V. | |
| C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., | |
| *Defendants.* | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of Frank George Sulligan in this action**.**  Doc. _____.

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of Frank George Sulligan [Doc. _____] is **granted**.  Each party is to bear its own costs and attorney fees.

Dated this ____ day of _____, 2021.

_____
DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE