| Plaintiff Name | Individual Case No. |
|---|---|
| Abdullah, Layla | 2:18-cv-01734 |
| Blaha, Richard | 2:19-cv-03958 |
| Brown, Taneesha | 2:19-cv-00429 |
| Burns, Sarah | 2:19-cv-01048 |
| Darden, Krushay | 2:19-cv-00943 |
| Deason, Robert | 2:19-cv-01047 |
| Dire, Hannah | 2:18-cv-01732 |
| Dolan, Kathleen | 2:19-cv-01147 |
| Erickson, Sandra | 2:19-cv-01003 |
| Falks, Scott | 2:19-cv-00693 |
| Fink, Nanette | 2:19-cv-01000 |
| Ford, Margarita | 2:19-cv-00690 |
| Fowler, Mark | 2:19-cv-03915 |
| Friedhoff, Thomas | 2:19-cv-01004 |
| Gaines, Leddie | 2:19-cv-01061 |
| Garcia, Nicholas | 2:19-cv-03938 |
| Geiger, Margaret | 2:19-cv-00997 |
| Grimmett, Walter | 2:19-cv-00691 |
| Hanson, Evelyn | 2:19-cv-00945 |
| Harris, Lisa | 2:19-cv-01062 |
| Harrison, John | 2:19-cv-00426 |
| Haye, Lori | 2:19-cv-01046 |
| Headley, James | 2:19-cv-01042 |
| Hood, Scott | 2:18-cv-01742 |
| Hooks, Robert | 2:19-cv-00554 |
| Hooper, Michael | 2:19-cv-00999 |
| Houle, Steven | 2:19-cv-00263 |
| Huff, David | 2:19-cv-00415 |
| Iaderose, James | 2:19-cv-01043 |
| Ikard, Victoria | 2:19-cv-01064 |
| Ivy, Windy | 2:19-cv-01007 |
| Lee, Allen | 2:19-cv-04100 |
| Legg, Sonya | 2:19-cv-00694 |
| Lucas, Keith | 2:19-cv-04108 |
| Markle, Valerie | 2:19-cv-00428 |
| Marshall, Nathan | 2:19-cv-03956 |
| McComb, Debra | 2:19-cv-00695 |
| McGilloway, Alicia | 2:19-cv-00413 |
| McKean, Nicholas | 2:18-cv-01741 |
| Minor, Christine | 2:19-cv-00414 |
| Mitchell, Dolores | 2:19-cv-01059 |
| Molina, Denise | 2:19-cv-01040 |
| Moore Thomas, Kimberly | 2:19-cv-03912 |
| Morris, Catherine | 2:19-cv-00802 |
| Nance, Anastasha | 2:19-cv-03897 |
| Parker, Sheila | 2:19-cv-03961 |