| Plaintiff Name | Individual Case No. |
|---|---|
| Parks-Wolf, Ashley | 2:18-cv-01729 |
| Paxton, Jim | 2:19-cv-00419 |
| Pugh, William | 2:19-cv-01146 |
| Rampley, Lisa | 2:19-cv-01045 |
| Reyna, Sandra | 2:19-cv-03941 |
| Rix, Wayne | 2:19-cv-00670 |
| Shaw, Donna | 2:19-cv-00536 |
| Short, William | 2:19-cv-01006 |
| Sizemore, Frances | 2:19-cv-02488 |
| Smith, Karen | 2:19-cv-00262 |
| Stallings, Dennis | 2:19-cv-00672 |
| Stanley, Kathi | 2:19-cv-00427 |
| Tucker, James | 2:17-cv-04620 |
| Ussery, Nick | 2:19-cv-00939 |
| Vickman, Christopher | 2:19-cv-00692 |
| Vigliotti, Michael | 2:19-cv-01149 |
| Walker, Brian | 2:19-cv-02489 |
| Webb, James | 2:18-cv-01723 |
| Whitaker, Miranda | 2:19-cv-01025 |
| White, Rosalind | 2:19-cv-03959 |
| Whitley, Alice | 2:19-cv-00674 |
| Williams, Pamela | 2:18-cv-04055 |
| Wittig, Carol | 2:18-cv-03936 |
| Wouters, Jarad | 2:19-cv-03904 |
| Zingale, John | 2:19-cv-00676 |
| Zlatoff-Mirsky, Gregory | 2:19-cv-00416 |