# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCT LIABILITY LITIGATION<br><br>This document relates to the case:<br><br>*Janet McLoed Jones v. Bard Peripheral Vascular, Inc., et al.*, civil action no.: 2:17-CV-02977-DGC | MDL CASE NO.: 2:15-MD-02641-DGC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff Janet McLeod Jones ("Plaintiff") and Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the case: *Janet Mcloed Jones V. Bard Peripheral Vascular, Inc., et al.*, civil action no.: 2:17-CV-02977-DGC, with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants hereby respectfully request that the Court dismiss this case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 15th day of March, 2021.

| | |
|---|---|
| /s/ Nicholas J. Drakulich<br>Nicholas J. Drakulich, Esq.<br>THE DRAKULICH FIRM, APLC<br>245 E. Liberty St., Ste. 510<br>Reno, Nevada 89519<br>P: 775-322-<br>F: 775-322-<br>E: njd@draklaw.com<br><br>**Attorney for Plaintiff** | /s/ Richard B. North, Jr.<br>Richard B. North, Jr.<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>201 17th St. NW, Ste. 1700<br>Atlanta, Georgia 30363<br>P: 404-322-6000<br>F: 404-332-6397<br>E: Richard.north@nelsonmullins.com<br><br>**Attorney for Defendants C.R. Bard, Inc.<br>and Bard Peripheral Vascular Inc.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Nicholas J. Drakulich