# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCT LIABILITY LITIGATION<br><br>This document relates to the case:<br><br>*Janet McLoed Jones v. Bard Peripheral Vascular, Inc., et al.*, civil action no.: 2:17-CV-02977-DGC | MDL CASE NO.: 2:15-MD-02641-DGC<br><br>**ORDER** |

    The Court has considered the stipulation of Dismissal with Prejudice filed by Plaintiff Janet McLeod Jones and Defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the matter of *Janet Mcloed Jones V. Bard Peripheral Vascular, Inc., et al.*, civil action no.: 2:17-CV-02977-DGC, (Doc. _____).

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulation of Dismissal with Prejudice (Doc. _____) is **GRANTED**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties are to bear their own costs.

    DATED this _____ day of March, 2021.

                                                                    _____
                                                                       David G. Campbell
                                                       Senior United States District Judge