# MOODY LAW FIRM

# EXHIBIT A

| Case Number | Last Name | First Name |
|---|---|---|
| 2:17-cv-04717-DGC | Adams | David |
| 2:18-cv-02519-DGC | Alaimo | Stephens |
| 2:18-cv-01376-DGC | Allen | Dale |
| 2:17-cv-00779-DGC | Allen | Phillip |
| 2:18-cv-02998-DGC | Bachman | Catherine |
| 2:17-cv-04654-DGC | Barlow | Josie |
| 2:17-cv-00473-DGC | Beers | Stephen M |
| 2:19-cv-00399-DGC | Booth | Khalid |
| 2:18-cv-01534-DGC | Boutte | Harriett |
| 2:18-cv-00442-DGC | Bowie | Rachel |
| 2:16-cv-03290-DGC | Bozak | Julie K |
| 2:17-cv-04657-DGC | Brand | Holly |
| 2:17-cv-00777-DGC | Calim | Patricia L |
| 2:19-cv-01707-DGC | Campos | Dorcas |
| 2:18-cv-03013-DGC | Christianson | Darcy W |
| 2:19-cv-00040-DGC | Delatte | Lisa B |
| 2:19-cv-01842-DGC | Dunn | Theresa |
| 2:18-cv-03848-DGC | Ervin | Kathy L |
| 2:17-cv-04718-DGC | Fairchild | Tommy G |
| 2:19-cv-00685-DGC | Gregory | Demetrius D |
| 2:18-cv-01389-DGC | Hall | Charlie |
| 2:18-cv-01656-DGC | Hinkley | Fredrick J |
| 2:18-cv-04065-DGC | Hopkins | Sheila E |
| 2:17-cv-04011-DGC | Jackson | Charlene W |
| 2:18-cv-00165-DGC | Jones | Alethia O |
| 2:18-cv-02999-DGC | Karnas | Anthony |
| 2:18-cv-03066-DGC | Kelly | Corrine |
| 2:18-cv-00553-DGC | Klebs | Douglas |
| 2:17-cv-04271-DGC | Knop | Everett F |
| 2:18-cv-00930-DGC | Kuykendall | Raymone B |
| 2:18-cv-02512-DCG | Leonard | Daniel |
| 2:18-cv-01651-DGC | Malloff | Glenn Geoffrey |
| 2:18-cv-01391-DGC | Maxson | Delora |
| 2:18-cv-01378-DGC | McPherson | Loretta Denise |
| 2:18-cv-01380-DGC | Osborn | John |
| 2:18-cv-01219-DGC | Owens | Marjorie J |
| 2:18-cv-01533-DGC | Ragazzini | Bobby R |
| 2:18-cv-01390-DGC | Randolph | Robert |

# MOODY LAW FIRM

# EXHIBIT A

| | | |
|---|---|---|
| 2:17-cv-00500-DGC | Richard | Judy |
| 2:18-cv-02510-DGC | Ruff | William J |
| 2:18-cv-02511-DGC | Sayre | Daniel |
| 2:17-cv-03712-DGC | Schmitt | Charles |
| 2:16-cv-01088-DGC | Sheets | Tami Lee |
| 2:18-cv-00222-DGC | Smith | Lisa |
| 2:19-cv-01116-DGC | Stanley | Janice |
| 2:17-cv-02207-DGC | Starks | Carlee |
| 2:18-cv-01657-DGC | Thomas | Christopher |
| 2:16-cv-02862-DGC | Waggoner | Lisa |
| 2:19-cv-02186-DGC | Wheeler | Whitney E |
| 2:19-cv-01113-DGC | Williams | Johnny |