IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

MD15-2641 PHX DGC

THIS DOCUMENT RELATES TO:

*All Plaintiffs in All Cases Identified on
The Attached "Exhibit A"*

**ORDER**

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all

claims of all Plaintiffs in all cases identified on the attached "Exhibit A." [Doc. _____].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims

of all claims of all plaintiffs identified on the attached "Exhibit A" [Doc. _____] is **granted**.

Each party is to bear its own costs.

Dated this ____ day of _____, 2021.


DAVID G. CAMPBELL
SENIOR UNITED STATES DISTRICT JUDGE