IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation | MDL NO. 2:15-md-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on the Exhibit attached hereto. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

Respectfully submitted this 15th day of March, 2021.

| | |
|---|---|
| /s/ Willard J. Moody, Jr. | /s/Richard B. North, Jr. |
| Willard J. Moody, Jr. | Richard B. North, Jr. |
| Will@moodyrrlaw.com | richard.north@nelsonmullins.com |
| The Moody Law Firm | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 500 Crawford Street, Suite 200 | 201 17th St. NW, Ste. 1700 |
| Portsmouth, VA 23704 | Atlanta, GA 30363 |
| P: 757-393-6020 | P: 404.322.6000 |
| F: 757-399-3019 | F: 404.332.6397 |
| *Attorneys for Plaintiffs* | ***Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*** |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

_/ s/Willard J. Moody, Jr._