IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC |

THIS DOCUMENT RELATES TO:

*All Plaintiffs in All Cases Identified on*        **ORDER**
*The Attached "Exhibit A"*

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of all claims of all Plaintiffs in all cases identified on the attached "Exhibit A." [Doc. _____].

**IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of all claims of all claims of all plaintiffs identified on the attached "Exhibit A" [Doc. _____] is **granted**. Each party is to bear its own costs.

Dated this ____ day of _____, 2021.

                                                          DAVID G. CAMPBELL
                                                          SENIOR UNITED STATES DISTRICT JUDGE