# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Diane Reynoldson and Mike Reynoldson,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-04041-PHX-DGC<br><br>**ORDER** |
| Robert Richards II and Karen M. Richards,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02468-PHX-DGC<br><br>**ORDER** |
| Jacob Richardson and Andrea Jean Richardson,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00206-PHX-DGC<br><br>**ORDER** |
| Bradley Ricker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00130-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Steven Glenn Rocca,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-04032-PHX-DGC<br><br>**ORDER** |
| Catherine Rowden, individually and on behalf of the Estate of Johnny Rowden (deceased),<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV15-02091-PHX-DGC<br><br>**ORDER** |
| Rebecca Sample,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02976-PHX-DGC<br><br>**ORDER** |
| Eileen Schmuck and Kevin Schmuck,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00267-PHX-DGC<br><br>**ORDER** |
| Sharon Schultz and Thomas R. Schultz,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-03604-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Mark Seaman and Dona Seaman,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00113-PHX-DGC<br><br>**ORDER** |
| Marius Antoine Sessomes and Carol Ann Mosley-Sessomes,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-02529-PHX-DGC<br><br>**ORDER** |
| John Shelton and Michele Shelton,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00878-PHX-DGC<br><br>**ORDER** |
| Britt Sherfy and David Lee Story,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00904-PHX-DGC<br><br>**ORDER** |
| John H. Shutts, Jr.,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-03560-PHX-DGC<br><br>**ORDER** |
| James Simon,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-01412-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Emily Louise Smith,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-04234-PHX-DGC<br><br>**ORDER** |
| Jason Smith,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-04013-PHX-DGC<br><br>**ORDER** |
| Susan Steer and Robert Turner,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01213-PHX-DGC<br><br>**ORDER** |
| James Frederick Stevens and Kathleen Hanes Stevens,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01926-PHX-DGC<br><br>**ORDER** |
| Shirley Stout and Johnny Robert Stout, Sr.,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00847-PHX-DGC<br><br>**ORDER** |
| Ryan Stowe,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-03057-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Sylvester Tate, as Personal Representative of the Estate of Tarsha Tate,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01212-PHX-DGC<br><br>**ORDER** |
| Crystal Thomas and James Thomas,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-00509-PHX-DGC<br><br>**ORDER** |
| Jeanna Thompson and Tarik Amhaouch,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01541-PHX-DGC<br><br>**ORDER** |
| Alwyn Throckmorton,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-03181-PHX-DGC<br><br>**ORDER** |
| Richard A. Todd, Individually and as Successor-in-Interest to Beverly Anne Todd (Deceased),<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02710-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Eugenia Trevethan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01018-PHX-DGC<br><br>**ORDER** |
| Roma Trice and Terry Joe Trice,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-04088-PHX-DGC<br><br>**ORDER** |
| David Troulliet,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00266-PHX-DGC<br><br>**ORDER** |
| Reginald Usry and Judith Usry,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01295-PHX-DGC<br><br>**ORDER** |
| Audrey Valente-Kropf and John Kropf,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00265-PHX-DGC<br><br>**ORDER** |
| John Veltkamp and Iris Beth Veltkamp,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02772-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Lavern Vogt and Scott Vogt,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-00845-PHX-DGC<br><br>**ORDER** |
| Brett Waliczek,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00115-PHX-DGC<br><br>**ORDER** |
| Tony Walker,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-04042-PHX-DGC<br><br>**ORDER** |
| Ashley Warheit and Ryan Warheit,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00245-PHX-DGC<br><br>**ORDER** |
| William Watson, as Anticipated Personal Representative of the Estate of Ann Marie Watson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02746-PHX-DGC<br><br>**ORDER** |
| Christine Wells,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-00050-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Bonita Jean Wilde,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-01525-PHX-DGC<br><br>**ORDER** |
| Ronald Williams and Kimberly Anne Williams,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00542-PHX-DGC<br><br>**ORDER** |
| Alexandra Willmarth,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00445-PHX-DGC<br><br>**ORDER** |
| Randy Witmer and Barbara E. Witmer,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00543-PHX-DGC<br><br>**ORDER** |
| Abigail K. Wittenbert,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-02985-PHX-DGC<br><br>**ORDER** |
| Tiffany Wood as Personal Representative of the Estate of Maygret Wood,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00114-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Casey Wyatt,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV15-01628-PHX-DGC<br><br>**ORDER** |
| Jesse Yarbro and Madona Yarbro,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV17-04454-PHX-DGC<br><br>**ORDER** |
| Debra Zamsky and Michael Zamsky,<br>Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV16-00901-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21906.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21906) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 15th day of March, 2021.

David G. Campbell
Senior United States District Judge