**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** March 19, 2021 |
| **Case Number:** MD-15-02641-PHX-DGC | |
| **IN RE:** Bard IVC Filters Products Liability Litigation | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Mark O'Connor and Tim Goss | Richard North, James Condo, and Russell Gaudreau |

**TELEPHONIC STATUS HEARING:**

Telephonic Status Hearing is held. Discussion is held regarding the 200 dismissed cases addressed in CMO 49, and plaintiffs counsel's request for another 60 days to locate plaintiffs. The Court finds two years has been ample time to locate people and give them the opportunity to accept settlement. The Court stands by the dates in CMO 49 and will dismiss with prejudice the cases that still have no known heirs, are nonresponsive, or cannot be located. Plaintiffs' counsel shall file a list of the cases that includes plaintiff names, case numbers, and the date and docket number of the previous order entered dismissing the case without prejudice. The list shall be filed by April 2, 2021, after which the Court will issue orders dismissing the cases with prejudice.

Plaintiffs' counsel shall file a second list, by April 2, 2021, of the 13 plaintiffs who opted out of the settlement, with the same information listed above and the district to which each case will be remanded or transferred. The Court will reinstate those cases and transfer or remand them to their home courts.

The parties agree nothing needs to be done with the cases with the 57 plaintiffs who have accepted settlements and the plaintiff who wants his or her case closed.

The Court discusses the 950 settled cases on Track 2 dealt with in CMO 48. A report is due Friday, March 26, 2021, identifying the cases that have not been dismissed and need to be transferred or remanded. The parties inform the Court that most of the cases have settled, but notices of settlement have not been filed in many of them. The Court will include in its order the reason these cases are being transferred or remanded.

9:19 a.m. Parties are excused and sealed *ex parte* proceedings commence with Mark O'Connor.

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons

Start: 8:58 a.m.
Stop: 9:30 a.m.