# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee and the Co-Chairs of the Common Benefit Fee and Cost Committee have filed a motion to seal. Doc. 21935.

**IT IS ORDERED** that the motion to seal (Doc. 21935) is **granted.** The Clerk of Court is directed to accept for filing under seal Exhibit A to Plaintiffs' Notice of Errata lodged on the Court's docket as Doc. 21936

Dated this 19th day of March, 2021.

David G. Campbell
Senior United States District Judge