# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michael Bales,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-04127-PHX-DGC<br><br>**ORDER** |
| Gary L. Barnes and Sheila M. Barnes,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-01850-PHX-DGC<br><br>**ORDER** |
| Jesse Bartolini,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-01862-PHX-DGC<br><br>**ORDER** |
| Bernard Berger,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-04101-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| John Bethea,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV19-03255-PHX-DGC<br><br>**ORDER** |
| Tammy Blakeman and Jason Paul Blakeman,<br>  Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-03257-PHX-DGC<br><br>**ORDER** |
| David M. Blum,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-00344-PHX-DGC<br><br>**ORDER** |
| Suzanne Boyle-Wheat and Jimmie E. Wheat,<br>  Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-02892-PHX-DGC<br><br>**ORDER** |
| Todd D. Brya,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No.  CV19-03856-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael L. Chaney and Jennifer Chaney,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00995-PHX-DGC<br><br>**ORDER** |
| Wendy Corbett,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03810-PHX-DGC<br><br>**ORDER** |
| Cynthia Craffey and John R. Craffey,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00137-PHX-DGC<br><br>**ORDER** |
| Michael Cramer and Amanda Cramer,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03880-PHX-DGC<br><br>**ORDER** |
| Deborah Dale-Wisecup and Stephan Wisecup,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04064-PHX-DGC<br><br>**ORDER** |
| Allen B. Deal,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03548-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Susanne B. Deane and Donald Deane,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-01852-PHX-DGC |
| Daniel S. Eagen,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-04818 PHX DGC<br><br>**ORDER** |
| Maggie M. Evans,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-04204-PHX-DGC<br><br>**ORDER** |
| Tammy Lynn Farmer and Wayne Farmer,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-01864-PHX-DGC<br><br>**ORDER** |
| Leedea Frink and James Frink,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-01849-PHX-DGC<br><br>**ORDER** |
| Jennifer Fulton-Wolcott,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00905-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Donna Hammond and Dale Richardson Hammond,<br>                     Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV19-01703-PHX-DGC<br><br>**ORDER** |
| Tonya Harden,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV19-03383-PHX-DGC<br><br>**ORDER** |
| William C. Harvel,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV18-02227-PHX-DGC<br><br>**ORDER** |
| Cory Hayes,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV19-04119-PHX-DGC<br><br>**ORDER** |
| Robert P. Headrick and Della F. Headrick,<br>                     Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV16-04451-PHX-DGC<br><br>**ORDER** |
| Connie Hildebrandt,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV19-03560-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Bradley Hillebert,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03382-PHX-DGC<br><br>**ORDER** |
| Betsy Howard,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03259-PHX-DGC<br><br>**ORDER** |
| Penny Jessup, Power of Attorney, on behalf of Judy Hunt,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03800-PHX-DGC<br><br>**ORDER** |
| Alyssa Jackson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04096-PHX-DGC<br><br>**ORDER** |
| David Jackson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03702-PHX-DGC<br><br>**ORDER** |
| Donna Jarrell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-03173-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael J. Johnson and Lora Johnson,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03553-PHX-DGC<br><br>**ORDER** |
| Adam King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-01739-PHX-DGC<br><br>**ORDER** |
| Penny Konstalid and James Konstalid,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-01865-PHX-DGC<br><br>**ORDER** |
| Jonathan Krueger,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02891-PHX-DGC<br><br>**ORDER** |
| James Lane,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03256-PHX-DGC<br><br>**ORDER** |
| Joyce L. Lewis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-04120-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| ZacharyJ. Lewis and Carolyn Pounds-Lewis,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03561-PHX-DGC<br><br>**ORDER** |
| Bruce Lincoln and Suzanne P. Lincoln,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03564-PHX-DGC<br><br>**ORDER** |
| Randy P. Linnemann and Donna P. Linnemann,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-04116-PHX-DGC<br><br>**ORDER** |
| Karen Lopez,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03562-PHX-DGC<br><br>**ORDER** |
| Jeffery Manis,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01859-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Teddy R. Marple and Vickie L. Marple,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03550-PHX-DGC<br><br>**ORDER** |
| Rodney D. McCoy,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04200-PHX-DGC<br><br>**ORDER** |
| Elaine S. McGhee and William J. McGhee,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-03821-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21916.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21916) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 19th day of March, 2021.

David G. Campbell
Senior United States District Judge

9