# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Charles Miller and Lori L. Baughman-Miller,<br>　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03819-PHX-DGC<br><br>**ORDER** |
| Jay D. Miller and Debra L. Miller,<br>　　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-03868-PHX-DGC<br><br>**ORDER** |
| Richard Miller, Power of Attorney, on behalf of Judith Miller,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-04068-PHX-DGC<br><br>**ORDER** |
| Willett Mitchell,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV19-02964-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Pamela L. Morris,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03734-PHX-DGC<br><br>**ORDER** |
| Linda Neher and Ron Neher,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-04081-PHX-DGC<br><br>**ORDER** |
| Jonathan Joaquin Nord and Jimmie Shetters,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-02671-PHX-DGC<br><br>**ORDER** |
| Freddie Padilla,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03547-PHX-DGC<br><br>**ORDER** |
| Anitra Price,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-01861-PHX-DGC<br><br>**ORDER** |
| Dana M. Putnel,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV16-02359-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Patricia Rashed,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03726-PHX-DGC<br><br>**ORDER** |
| Catherine L. Ratcliff,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01089-PHX-DGC<br><br>**ORDER** |
| Donald Richardson and Margie M. Richardson,<br>        Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03733-PHX-DGC<br><br>**ORDER** |
| Jose L. Rodriguez,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-04091-PHX-DGC<br><br>**ORDER** |
| Steve Serrano,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03549-PHX-DGC<br><br>**ORDER** |
| Mary J. Simpkins and Randy Simpkins,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03921-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Pamela Smith and Terence Smith,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03742-PHX-DGC<br><br>**ORDER** |
| Victoria Smith,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-01858-PHX-DGC<br><br>**ORDER** |
| Katie R. Snell and Gerald D. Snell,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00902-PHX-DGC<br><br>**ORDER** |
| James F. Steele,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-04124-PHX-DGC<br><br>**ORDER** |
| Felicia Sumpter,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03251-PHX-DGC<br><br>**ORDER** |
| Bryan D. Thompson and Michele G. Thompson,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03426-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Torres, and Margaret Ann Torres,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03566-PHX-DGC<br><br>**ORDER** |
| Catherine M. Vega,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03252-PHX-DGC<br><br>**ORDER** |
| Reginald White,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02963-PHX-DGC<br><br>**ORDER** |
| Roberta Wood,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02962-PHX-DGC<br><br>**ORDER** |
| Rhonda Zimmerman,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-3565-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21918.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21918) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 19th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge