# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Angela Amerson,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03036-PHX-DGC<br><br>**ORDER** |
| Dennis Bevington,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02884-PHX-DGC<br><br>**ORDER** |
| Sequoya Blacque,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02902-PHX-DGC<br><br>**ORDER** |
| Dexter Blindbury,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV18-02904-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Jodie Bohrer,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-04330-PHX-DGC<br><br>**ORDER** |
| Janet Bowdish,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03465-PHX-DGC<br><br>**ORDER** |
| Susan Weems, spouse and Power of Attorney, for the estate of Doswell P. Brown, III,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-02735-PHX-DGC<br><br>**ORDER** |
| James Brunner,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV18-02907-PHX-DGC<br><br>**ORDER** |
| Karen Bryant-Harris,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-01375-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cecelia Burkhardt,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04138-PHX-DGC<br><br>**ORDER** |
| John Alan Carbutt,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04140-PHX-DGC<br><br>**ORDER** |
| Tonya Carter,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-00831-PHX-DGC<br><br>**ORDER** |
| Laura Coyne,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-01565-PHX-DGC<br><br>**ORDER** |
| Mario De La Rosa,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04327-PHX-DGC<br><br>**ORDER** |
| Luckky Fergison,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00682-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Sheila Green,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00713-PHX-DGC<br><br>**ORDER** |
| Connie Gunnels,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-00361 PHX DGC |
| Johnnie Hogan,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-04349-PHX-DGC<br><br>**ORDER** |
| Lee Hood,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-02044-PHX-DGC<br><br>**ORDER** |
| Betty Houser, successor in interest for Wayne Houser,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03274-PHX-DGC<br><br>**ORDER** |
| Jimmy Hughes,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-01057-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Lynda Jordan,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-04869-PHX-DGC<br><br>**ORDER** |
| Gufielle Keller and Barbara Keller, Daughter and Power of Attorney<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00702-PHX-DGC<br><br>**ORDER** |
| Bonita Lages,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01994-PHX-DGC<br><br>**ORDER** |
| Rosa Llaguno,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-00474-PHX-DGC<br><br>**ORDER** |
| Sandra Magallanes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01989-PHX-DGC<br><br>**ORDER** |
| Jane Marban,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01990-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Saul Medina,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-04794-PHX-DGC<br><br>**ORDER** |
| Charles Newton,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00814-PHX-DGC<br><br>**ORDER** |
| David Nicholson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-01976-PHX-DGC<br><br>**ORDER** |
| Christopher Norman,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-01975-PHX-DGC<br><br>**ORDER** |
| Lou Anne Ott, Spouse and Successor in interest of Kenneth Ott, deceased,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01289-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Ronald Pacella successor in interest on behalf of Eileen Pacella, deceased,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-02715-PHX-DGC<br><br>**ORDER** |
| Filomeno Salinas, parent and successor in interest of Felipe Salinas, deceased,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-00110-PHX-DGC<br><br>**ORDER** |
| William Schroeder,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02484-PHX-DGC<br><br>**ORDER** |
| Charles Upton,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02681-PHX-DGC<br><br>**ORDER** |
| Evelina Valentin,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV19-02072-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Angela Webster,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-02076-PHX-DGC<br><br>**ORDER** |
| Kim Whitaker,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-02075-PHX-DGC<br><br>**ORDER** |
| Rita Williams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-02047-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21922.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21922) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 19th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge