# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Patti Lynn Reynolds,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01106-PHX-DGC<br><br>**ORDER** |
| Anita Darlene Warr,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01116-PHX-DGC<br><br>**ORDER** |
| Jacob Frederick Robbins,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01122-PHX-DGC<br><br>**ORDER** |
| Erma Lee Johnson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-01158-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Vera Loretta Roundtree,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01168-PHX-DGC<br><br>**ORDER** |
| Terry Lee Schwinn and Phyllis Ann Schwinn,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01169-PHX-DGC<br><br>**ORDER** |
| Sharon Irma Kay Smith,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01171-PHX-DGC<br><br>**ORDER** |
| Misti Dawn Motter,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01172-PHX-DGC<br><br>**ORDER** |
| Albertha Moody Brown,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-01178-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Thomas Earl Woolsey and Manuela Woolsey,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01210-PHX-DGC<br><br>**ORDER** |
| Sandi Cantrell,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01216-PHX-DGC<br><br>**ORDER** |
| Lanny Lee Benton,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01241-PHX-DGC<br><br>**ORDER** |
| Brenda Carol McDaniel,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01242-PHX-DGC<br><br>**ORDER** |
| Patrick Victor Caldwell,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01286-PHX-DGC<br><br>**ORDER** |
| Scott Michael Galbraith, Jr. ,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV17-01287-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles Fletcher Cooper, Jr. and Betty Hunt Cooper,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01308-PHX-DGC<br><br>**ORDER** |
| Sherman Scott Slatten and Shaun Helton, personal representative of the estate of Beulah Mae Slatten, deceased,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01314-PHX-DGC<br><br>**ORDER** |
| Wade Monroe Bowers and Giselle Patricia Lopez,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01341-PHX-DGC<br><br>**ORDER** |
| Pamela Moss Johnson-Morrison,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01347-PHX-DGC<br><br>**ORDER** |
| William Jewels Reid,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV17-01369-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Allan Dickey Muthler,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01375-PHX-DGC<br><br>**ORDER** |
| Sheridean Huff,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01380-PHX-DGC<br><br>**ORDER** |
| Laurie Elizabeth Gordon as personal representative for Carter Wayne Gordon, deceased,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01381-PHX-DGC<br><br>**ORDER** |
| Marie Elizabeth Drew,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01405-PHX-DGC<br><br>**ORDER** |
| Amanda Rene Flynn and James Brandon Flynn,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-01407-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| JoAnn Hubbard Johnson and James Lee Johnson,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01408-PHX-DGC<br><br>**ORDER** |
| Corey James Risk and Cleora Uthana Risk,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01443-PHX-DGC<br><br>**ORDER** |
| Dennis Lynn Botterbusch and Michelle Botterbusch,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01643-PHX-DGC<br><br>**ORDER** |
| Aubrey Dean Self,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01644-PHX-DGC<br><br>**ORDER** |
| Granderson Davis, Jr. and Katrina Ann Davis,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01645-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Evelyn Irene Gillespie,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01646-PHX-DGC<br><br>**ORDER** |
| Kimberly Ann Hozlock,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01647-PHX-DGC<br><br>**ORDER** |
| John Nathan Hale,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01648-PHX-DGC<br><br>**ORDER** |
| Corey Lee Hawker,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01649-PHX-DGC<br><br>**ORDER** |
| Veronica Faye Echols,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01650-PHX-DGC<br><br>**ORDER** |
| Jeremy Brandon Clark,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-01651-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Grace M. Jordan, individually and as representative of the estate of Emma Jean Botts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01682-PHX-DGC<br><br>**ORDER** |
| Steven Craig Stevens,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01763-PHX-DGC<br><br>**ORDER** |
| James Benjamin Barnes, Jr. ,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01764-PHX-DGC<br><br>**ORDER** |
| Lisa Marie Monaghan and Craig Michael Ooranger,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-01824-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21923.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21923) is **granted**.  Plaintiffs' claims are dismissed in

their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 19th day of March, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge