# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| John J. Motta, Jr. and Michelle Acevedo-Motta,<br><br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No. CV18-02798-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21942.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21942) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 22nd day of March, 2021.

David G. Campbell
Senior United States District Judge