# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Jeremy Todd Lafountaine,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03924-PHX-DGC<br><br>**ORDER** |
| Angela Denise Thompson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03927-PHX-DGC<br><br>**ORDER** |
| Walter Bernard Newton,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03931-PHX-DGC<br><br>**ORDER** |
| John L. Sullivan, III,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-03949-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Randolph Allen Grimes and Melinda Jean Grimes,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03961-PHX-DGC<br><br>**ORDER** |
| Timothy Brian Armstrong,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03968-PHX-DGC<br><br>**ORDER** |
| Clifton James Polk, Sr.,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04131-PHX-DGC<br><br>**ORDER** |
| Charles Leroy Walker, Sr.,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04133-PHX-DGC<br><br>**ORDER** |
| Barbara Ann Graham and James William Graham, Jr.,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04234-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Lawrence Vincent Schmidt and Jodi Ann Schmidt,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04616-PHX-DGC<br><br>**ORDER** |
| Louis Harold Hadley, Jr. and Lorena Martin Hadley,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04617-PHX-DGC<br><br>**ORDER** |
| Patsy Ann Crow and James Dwight Crow,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04618-PHX-DGC<br><br>**ORDER** |
| Thelma Mae Ward,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-04619-PHX-DGC<br><br>**ORDER** |
| Frederick Adam Hunter,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00390-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Raymond Andrew Howard and Karen Olivia Howard,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00408-PHX-DGC<br><br>**ORDER** |
| Shawn Darnell Jones and Tara Denise Lane,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00409-PHX-DGC<br><br>**ORDER** |
| Trudy Willett McCallum,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00410-PHX-DGC<br><br>**ORDER** |
| Joyce Ann Brown,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00441-PHX-DGC<br><br>**ORDER** |
| Flossie Mae Kimble,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV18-00468-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Holly Marie Dewick and Michael Allen Dewick,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00469-PHX-DGC<br><br>**ORDER** |
| Doris Ann Williamson and Andrew Jackson Williamson,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00482-PHX-DGC<br><br>**ORDER** |
| Jessica Marie Moreno,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00552-PHX-DGC<br><br>**ORDER** |
| Darrell Wayne Foley,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00619-PHX-DGC<br><br>**ORDER** |
| Lester Ray Collins and Gladdis Marie Collins,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-00624-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Janet Kae St. Clair,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00731-PHX-DGC<br><br>**ORDER** |
| Deeon Marie McDonald and Orville Glen McDonald,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00736-PHX-DGC<br><br>**ORDER** |
| Lorene Brown Parsley and Harold Everett Parsley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00751-PHX-DGC<br><br>**ORDER** |
| Mona Denise Madrid,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00756-PHX-DGC<br><br>**ORDER** |
| Glenda Kay Bartlett,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00764-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Sandra Raye Blunck and Darrel Leroy Blunck<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00826-PHX-DGC<br><br>**ORDER** |
| Vivian Louise Monteiro and Paul John Monteiro,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00976-PHX-DGC<br><br>**ORDER** |
| Kirk Wayne Salmon,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00978-PHX-DGC<br><br>**ORDER** |
| Mickey Jahiel Dixon,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00985-PHX-DGC<br><br>**ORDER** |
| Madelene Hemphill Riggins,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-00986-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Karen Elizabeth McGrath and Daniel Edward McGrath,<br><br>     Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV18-00987-PHX-DGC<br><br>**ORDER** |

   The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21929.

   **IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21929) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

   Dated this 24th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge