# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Amy Marie Decker-Edens,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01098-PHX-DGC<br><br>**ORDER** |
| James Michael Ogden and Cynthia Lee Ogden,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01107-PHX-DGC<br><br>**ORDER** |
| Paige Michelle Edwards and James Andrew Edwards,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01224-PHX-DGC<br><br>**ORDER** |
| John Robert Cupp,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV18-01228-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Ralph Randall Powell and Wavelyn Powell,<br>                Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01338-PHX-DGC<br><br>**ORDER** |
| Thomas Marshal McKean,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01364-PHX-DGC<br><br>**ORDER** |
| Pamela Jo Collins and Kenneth Wayne Collins,<br>                Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01420-PHX-DGC<br><br>**ORDER** |
| Deborah Lee Adams,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01421-PHX-DGC<br><br>**ORDER** |
| Kimberly Gail Murphree,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No. CV18-01446-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Joyce Lynn Linsalata and Joseph John Linsalata,<br>  Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01901-PHX-DGC<br><br>**ORDER** |
| Barbara Gail Lee,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01916-PHX-DGC<br><br>**ORDER** |
| Annie Kay McElroy,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01918-PHX-DGC<br><br>**ORDER** |
| Johnnie Esibio Jaramillo,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01943-PHX-DGC<br><br>**ORDER** |
| Clarence Charles Rowe, Jr.,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-01946-PHX-DGC<br><br>**ORDER** |
| Calvin John Solar, Sr.,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-02096-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cynthia Allison Englehardt,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02097-PHX-DGC<br><br>**ORDER** |
| Randa Gail Walker,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02153-PHX-DGC<br><br>**ORDER** |
| Mary Louise Hayes-Johnson,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-02174-PHX-DGC<br><br>**ORDER** |
| Judy Louise Freeland, representative of the estate of Clara Louise Freeland, deceased,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04601-PHX-DGC<br><br>**ORDER** |
| Jon Patrick Dottle and Victoria Ann Dottle,<br>       Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04602-PHX-DGC<br><br>**ORDER** |
| Lakeisha Tara Jackson,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04640-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Domingo Rodriguez and Norma Linda Rodriguez,<br>    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04647-PHX-DGC<br><br>**ORDER** |
| Carla Roshell Evans,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04825-PHX-DGC<br><br>**ORDER** |
| Deborah Lynn Moffitt,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04873-PHX-DGC<br><br>**ORDER** |
| Sharon Rose Davis,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04889-PHX-DGC<br><br>**ORDER** |
| Darold Thomas,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04893-PHX-DGC<br><br>**ORDER** |
| Laura Lynne White,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No.  CV18-04894-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cheryl Ann Butler,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00218-PHX-DGC<br><br>**ORDER** |
| Carolyn Ann Whitfield-Grannison,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00293-PHX-DGC<br><br>**ORDER** |
| Keisha Daniels. representative and on behalf of Laverne Mahoney,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00792-PHX-DGC<br><br>**ORDER** |

  The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21940.

  **IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21940) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

  Dated this 24th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge