# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Imogene Feckner, as personal representative and on behalf of Birda Jane Spratt,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-00795-PHX-DGC<br><br>**ORDER** |
| James Welmer Esposito,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-01141-PHX-DGC<br><br>**ORDER** |
| Russell Lorenzo Thompson and Tonya Shenice Thompson,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV19-02096-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Donald Wayne Burris and Teresa Lynn Burris,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-02789-PHX-DGC<br><br>**ORDER** |
| Denise Rayleane Kimble-Hicks,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03084-PHX-DGC<br><br>**ORDER** |
| Michelle Monica Bergfield,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03085-PHX-DGC<br><br>**ORDER** |
| Archie Wallace Crawford, III<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03245-PHX-DGC<br><br>**ORDER** |
| Aaron Daniel Fairbanks,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-03246-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Gregory Jeff Roberts, II,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03248-PHX-DGC<br><br>**ORDER** |
| Leonard Thomas DeCurtis, Sr.,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV19-03418-PHX-DGC<br><br>**ORDER** |
| Curtis Clinton Bailey, as representative of the estate of Stephanie Nicole Croft,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04189-PHX-DGC<br><br>**ORDER** |
| Martin Burr Jensen,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04212-PHX-DGC<br><br>**ORDER** |
| Brittany Denae Skillern,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV19-04215-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21941.

4

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21941) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 24th day of March, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge