**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Layla Abdullah,<br>Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01734-PHX-DGC<br>**ORDER** |
| Richard Blaha,<br>Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>Defendants. | No. CV19-03958-PHX-DGC<br>**ORDER** |
| Taneesha Brown,<br>Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00429-PHX-DGC<br>**ORDER** |
| Sarah Burns,<br>Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01048-PHX-DGC<br>**ORDER** |

| | |
|---|---|
| Krushay Darden,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00943-PHX-DGC<br><br>**ORDER** |
| Robert Deason,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01047-PHX-DGC<br><br>**ORDER** |
| Hannah Dire,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01732-PHX-DGC<br><br>**ORDER** |
| Kathleen Dolan,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01147-PHX-DGC<br><br>**ORDER** |
| Sandra Erickson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01003-PHX-DGC<br><br>**ORDER** |
| Scott Falks,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00693-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Nanette Fink,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01000-PHX-DGC<br><br>**ORDER** |
| Margarita Ford,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00690-PHX-DGC<br><br>**ORDER** |
| Mark Fowler,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-03915-PHX-DGC<br><br>**ORDER** |
| Thomas Friedhoff,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01004-PHX-DGC<br><br>**ORDER** |
| Leddie Gaines,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01061-PHX-DGC<br><br>**ORDER** |
| Nicholas Garcia,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-03938-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Margaret Geiger,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00997-PHX-DGC<br><br>**ORDER** |
| Walter Grimmett,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00691-PHX-DGC<br><br>**ORDER** |
| Evelyn Hanson,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00945-PHX-DGC<br><br>**ORDER** |
| Lisa Harris,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01062-PHX-DGC<br><br>**ORDER** |
| John Harrison,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00426-PHX-DGC<br><br>**ORDER** |
| Lori Haye,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01046-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| James Headley,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01042-PHX-DGC<br><br>**ORDER** |
| Scott Hood,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV18-01742-PHX-DGC<br><br>**ORDER** |
| Robert Hooks,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00554-PHX-DGC<br><br>**ORDER** |
| Michael Hooper,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00999-PHX-DGC<br><br>**ORDER** |
| Steven Houle,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00263-PHX-DGC<br><br>**ORDER** |
| David Huff,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00415-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| James Iaderose,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01043-PHX-DGC<br><br>**ORDER** |
| Victoria Ikard,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01064-PHX-DGC<br><br>**ORDER** |
| Windy Ivy,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-01007-PHX-DGC<br><br>**ORDER** |
| Allen Lee,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-04100-PHX-DGC<br><br>**ORDER** |
| Sonya Legg,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-00694-PHX-DGC<br><br>**ORDER** |
| Keith Lucas,<br>Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>Defendants. | No. CV19-04108-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Valarie Markle, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-00428-PHX-DGC **ORDER** |
| Nathan Marshall, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-03956-PHX-DGC **ORDER** |
| Debra McComb, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-00695-PHX-DGC **ORDER** |
| Alicia McGilloway, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-00413-PHX-DGC **ORDER** |
| Nicholas McKean, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV18-01741-PHX-DGC **ORDER** |
| Christine Minor, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-00414-PHX-DGC **ORDER** |

| Parties | Case |
| --- | --- |
| Dolores Mitchell, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-01059-PHX-DGC **ORDER** |
| Denise Molina, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-01040-PHX-DGC **ORDER** |
| Kimberly Moore Thomas, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-03912-PHX-DGC **ORDER** |
| Catherine Morris, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-00802-PHX-DGC **ORDER** |
| Anastasha Nance, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-03897-PHX-DGC **ORDER** |
| Sheila Parker, Plaintiff, v. C.R. Bard, et al., Defendants. | No. CV19-03961-PHX-DGC **ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 21949.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21949) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 25th day of March, 2021.

David G. Campbell
Senior United States District Judge