# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| David Adams,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04717-PHX-DGC<br><br>**ORDER** |
| Dale Allen,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01376-PHX-DGC<br><br>**ORDER** |
| Phillip Allen and Teresa Allen,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00779-PHX-DGC<br><br>**ORDER** |
| Catherine Bachman,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02998-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Josie Barlow,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04654-PHX-DGC<br><br>**ORDER** |
| Stephen Beers,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-00473-PHX-DGC<br><br>**ORDER** |
| Khalid Booth,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-00399-PHX-DGC<br><br>**ORDER** |
| Harriett Boutte and Gary Bess,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-01534-PHX-DGC<br><br>**ORDER** |
| Rachel Bowie and Vincent Bowie,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00442-PHX-DGC<br><br>**ORDER** |
| Elza Michaels, administrator of the estate of Holly Brand,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04657-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Patricia Calim and Aman Calim,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-00777-PHX-DGC<br><br>**ORDER** |
| Dorcas Campos,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01707-PHX-DGC<br><br>**ORDER** |
| Darcy Christianson,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03013-PHX-DGC<br><br>**ORDER** |
| Lisa Delatte and Cass Delatte,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00040-PHX-DGC<br><br>**ORDER** |
| Theresa Dunn and Earl Dunn,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-01842-PHX-DGC<br><br>**ORDER** |
| Kathy Ervin and William Ervin,<br>　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03848-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Tommy Fairchild,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04718-PHX-DGC<br><br>**ORDER** |
| Demetrius D. Gregory,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV19-00685-PHX-DGC<br><br>**ORDER** |
| Charlie Hall, Jr.<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01389-PHX-DGC<br><br>**ORDER** |
| Frederick Hinkley,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-01656-PHX-DGC<br><br>**ORDER** |
| Terrance Goff, personal representative of the estate of Sheila Hopkins,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-04065-PHX-DGC<br><br>**ORDER** |
| Charlene Jackson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04011-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Alethia Jones,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00165-PHX-DGC<br><br>**ORDER** |
| Anthony Karnas,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02999-PHX-DGC<br><br>**ORDER** |
| Corrine Kelly,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-03066-PHX-DGC<br><br>**ORDER** |
| Douglas Klebs and Jill Klebs,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00553-PHX-DGC<br><br>**ORDER** |
| Everett Knop and Roberta Knop,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-04271-PHX-DGC<br><br>**ORDER** |
| Raymone Kuykendall,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00930-PHX-DGC<br><br>**ORDER** |

5

| | |
|---|---|
| Daniel Leonard,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-02512-PHX-DGC<br><br>**ORDER** |
| Delora Maxson and James Maxson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01391-PHX-DGC<br><br>**ORDER** |
| Loretta McPherson,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01378-PHX-DGC<br><br>**ORDER** |
| Scott Owens for Marjorie J. Owens, deceased<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01219-PHX-DGC<br><br>**ORDER** |
| Bobby Ragazzini,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01533-PHX-DGC<br><br>**ORDER** |
| Robert Randolph,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-01390-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Judy Richard,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-00500-PHX-DGC<br><br>**ORDER** |
| William Ruff and Amy Ruff,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02510-PHX-DGC<br><br>**ORDER** |
| Daniel Sayre and Vicki Sayre,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-02511-PHX-DGC<br><br>**ORDER** |
| Charles Schmitt and Donna Schmitt,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03712-PHX-DGC<br><br>**ORDER** |
| Tami Sheets,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-01088-PHX-DGC<br><br>**ORDER** |
| Lisa Marie Smith,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-00222-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Janice Stanley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01116-PHX-DGC<br><br>**ORDER** |
| Carlee Starks and Larry Starks,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02207-PHX-DGC<br><br>**ORDER** |
| Christopher Thomas and Staci Thomas,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-01657-PHX-DGC<br><br>**ORDER** |
| Lisa Waggoner-Roberts,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV16-02862-PHX-DGC<br><br>**ORDER** |
| Whitney Wheeler and Matt Wheeler,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-02186-PHX-DGC<br><br>**ORDER** |
| Johnny Williams, Jr.<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-01113-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21953.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21953) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 25th day of March, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge