# Exhibit A

| Plaintiff Name | Individual Case No. |
|---|---|
| Riggle, Jake | 2:19-cv-00418 |
| McKie, Judith | 2:19-cv-01060 |

#