Mark S. O'Connor (011029)
BEUS GILBERT PLLC
701 North 44th St.
Phoenix, AZ 85008
Telephone: (480) 429-3000
moconnor@beusgilbert.com

Ramon Rossi Lopez (admitted *pro hac vice*)
(CA Bar No. 86361)
LOPEZ MCHUGH LLP
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
rlopez@lopezmchugh.com

*Attorneys for Plaintiffs*

James R. Condo (#005867)
Kristine L. Gallardo (#033975)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2204
Telephone:  (602) 382-6000
jcondo@swlaw.com
kgallardo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**REPORT ON REMAINING TRACK 2 CASES THAT HAVE NOT BEEN DISMISSED**<br><br>(Assigned to the Honorable David G. Campbell) |

In Case Management Order No. 47 (Doc. 21540), the Court ordered the parties to file a report by November 13, 2020 regarding all Track 2 cases that had not been dismissed

by November 2, 2020.  In Case Management Order No. 48, dated December 9, 2020, (Doc. 21740), the Court extended the dismissal deadline until March 15, 2021.  In turn, the Court instructed the parties to file a report by March 26, 2021 regarding those cases that were not dismissed by the deadline. (Doc. 21967).

In accordance with the Court's instructions, the parties are attaching as Exhibit "A" a list of cases to be remanded to the Judicial Panel on Multidistrict Litigation.  The parties are attaching as Exhibit "B" a list of cases to be transferred to the jurisdictions listed in the short form complaints.  Finally, the parties are attaching as Exhibit "C" a list of those cases in which diversity jurisdiction does not exist.

The parties stand ready to answer any questions the Court may have.

RESPECTFULLY SUBMITTED this 26th day of March, 2021.

BEUS GILBERT PLLC

By: /s/ *Mark O'Connor* (with permission)
   Mark S. O'Connor (011029)
   701 North 44th St.
   Phoenix, AZ 85008

   Ramon Rossi Lopez
   (admitted *pro hac vice*)
   CA Bar No. 86361
   LOPEZ MCHUGH LLP
   100 Bayview Circle, Suite 5600
   Newport Beach, CA 92660

   *Co-Lead/Liaison Counsel for Plaintiffs*

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: /s/ *Richard B. North, Jr.*
   Richard B. North, Jr. (*pro hac vice*)
   Georgia Bar No. 545599
   Matthew B. Lerner (*pro hac vice*)
   Georgia Bar No. 446986
   Atlantic Station
   201 17th Street, NW / Suite 1700
   Atlanta, GA  30363

   James R. Condo (005867)
   Kristine L. Gallardo (033975)
   SNELL & WILMER L.L.P.
   One Arizona Center
   400 E. Van Buren
   Phoenix, AZ 85004-2204

   *Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*