# EXHIBIT A
## List of Plaintiffs Whose Actions Are Ripe for Remand

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Taylor, Kendrick | CV-15-02463-PHX-DGC | USDC AL, Northern District | 1:15-cv-00568-WS-B | Baron & Budd PC | Kendrick Taylor v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-15-02463-PHX-DGC |
| Adams, Michael | CV-19-00927-PHX-DGC | USDC CA, Eastern District | 1:19-cv-00085 | Cellino & Barnes PC | Michael Adams v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00927-PHX-DGC |
| Britt, Judy Ann | CV-19-00187-PHX-DGC | USDC CA, Southern District | 3:18-cv-02560-L-LL | Cellino & Barnes PC | Judy A. Britt v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00187-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| DeClemente, Constance C | CV-18-02363-PHX-DGC | USDC NY, Eastern District | 1:18-cv-03977 | Cellino & Barnes PC | Constance C. DeClemente and Salvatore DeClemente v. C. R. Bard, Inc. and Bard Peripheral Vascular, United States District Court, District of Arizona, Phoenix Division, CV-18-02363-PHX-DGC |
| Rykowski, Lisamarie | CV-19-01887-PHX-DGC | USDC NY, Eastern District | 2:19-cv-00962 | Cellino & Barnes PC | Lisamarie Rykowski and Theodore J. Rykowski v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-19-01887-PHX-DGC |
| Sparacino, Anna Marie | CV-19-02372-PHX-DGC | USDC NY, Southern District | 1:19-cv-02292 | Cellino & Barnes PC | Anna Marie Sparacino and Luciano Sparacino v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-02372-PHX-DGC |
| Atilla, Victoria C | CV-18-02789-PHX-DGC | USDC NY, Western District | 6:18-cv-06602 | Cellino & Barnes PC | Victoria C. Atilla and Tarik Atilla v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02789-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Bandura, Robert J | CV-19-00233-PHX-DGC | USDC NY, Western District | 1:18-cv-01323 | Cellino & Barnes PC | Robert J. Bandura v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00233-PHX-DGC |
| Bedard, Barbara A | CV-19-00232-PHX-DGC | USDC NY, Western District | 1:18-cv-01322 | Cellino & Barnes PC | Barbara A. Bedard v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00232-PHX-DGC |
| Brown, Mary (NY) | CV-18-02982-PHX-DGC | USDC NY, Western District | 6:18-cv-06629-CJS | Cellino & Barnes PC | Mary Brown v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02982-PHX-DGC |
| Butterbaugh, Donald | CV-18-02790-PHX-DGC | USDC NY, Western District | 6:18-cv-06603 | Cellino & Barnes PC | Donald Butterbaugh v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02790-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Darrow, Donette C | CV-18-02318-PHX-DGC | USDC NY, Western District | 1:18-cv-00715-CJS-MWP | Cellino & Barnes PC | Donette Darrow v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02318-PHX-DGC |
| Dulski, Florence J (Deceased) | CV-18-02985-PHX-DGC | USDC NY, Western District | 1:18-cv-00970-WMS | Cellino & Barnes PC | Janette M. Bialecki, Executrix of the Estate of Florence J. Dulski, deceased v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02985-PHX-DGC |
| Ford, Diana L | CV-19-01987-PHX-DGC | USDC NY, Western District | 1:19-cv-00327 | Cellino & Barnes PC | Diana L. Ford v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01987-PHX-DGC |
| Golden, Margaret S | CV-19-01773-PHX-DGC | USDC NY, Western District | 6:19-cv-06125 | Cellino & Barnes PC | Margaret S. Golden v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01773-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Groomes, Jr, David E | CV-18-02983-PHX-DGC | USDC NY, Western District | 1:18-cv-00960-LJV | Cellino & Barnes PC | David E. Groomes, Jr. and Elizabeth Venable-Groomes v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02983-PHX-DGC |
| Headley, Helen L | CV-19-00854-PHX-DGC | USDC NY, Western District | 1:19-cv-00087 | Cellino & Barnes PC | Helen L. Headley v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00854-PHX-DGC |
| Hunter, Thomas L | CV-19-00855-PHX-DGC | USDC NY, Western District | 6:19-cv-06048 | Cellino & Barnes PC | Thomas L. Hunter and Kathy Hunter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00855-PHX-DGC |
| Kelman, William Charles | CV-18-04044-PHX-DGC | USDC NY, Western District | 1:18-cv-01173 | Cellino & Barnes PC | William C. Kelman and Paula A. Kelman v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-04044-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Loucks, Michael R | CV-19-00856-PHX-DGC | USDC NY, Western District | 6:19-cv-06049 | Cellino & Barnes PC | Michael Loucks v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00856-PHX-DGC |
| Marchese, Ruben | CV-18-02984-PHX-DGC | USDC NY, Western District | 1:18-cv-00969-LJV | Cellino & Barnes PC | Ruben Marchese v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02984-PHX-DGC |
| Miraglia, Nicholas R | CV-19-01886-PHX-DGC | USDC NY, Western District | 6:19-cv-06126 | Cellino & Barnes PC | Nicholas R. Miraglia and Ann Miraglia v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-19-01886-PHX-DGC |
| Palmer, Sr, Herman L | CV-19-01986-PHX-DGC | USDC NY, Western District | 1:19-cv-00326 | Cellino & Barnes PC | Herman L. Palmer, Sr. v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-01986-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Russell, Christopher L | CV-19-00857-PHX-DGC | USDC NY, Western District | 6:19-cv-06052 | Cellino & Barnes PC | Christopher Russell v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-19-00857-PHX-DGC |
| Sestokas, David Gerard | CV-19-00234-PHX-DGC | USDC NY, Western District | 1:18-cv-01337 | Cellino & Barnes PC | David G. Sestokas and Mary E. Sestokas v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00234-PHX-DGC |
| Stefanik, Regan Douglas | CV-19-00235-PHX-DGC | USDC NY, Western District | 1:18-cv-01338 | Cellino & Barnes PC | Regan Stefanik v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., USDC, District of Arizona, Phoenix Division, CV-19-00235-PHX-DGC |
| Teeter, Brian J | CV-18-02362-PHX-DGC | USDC NY, Western District | 6:18-cv-06520 | Cellino & Barnes PC | Brian J. Teeter and Brenda L. Teeter v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-02362-PHX-DGC |

| Plaintiff | MDL Civil Action | Remand Jurisdiction | Remand Civil Action | Plaintiffs Firm | Caption |
|---|---|---|---|---|---|
| Edwards, Myra Dawn | CV-15-02090-PHX-DGC | USDC VA, Western District | 7:15-cv-00515 | Baron & Budd PC | Myra Edwards and Wesley Edwards v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, CV-15-02090-PHX-DGC |