# EXHIBIT C
## List of Plaintiffs Whose Actions Are Ripe for Transfer

| Plaintiff | MDL Civil Action | Transferee Venue | Plaintiffs Firm | Caption |
|---|---|---|---|---|
| Duncanson, Catriona Mhairi | CV-18-03082-PHX-DGC | USDC NJ | Baron & Budd PC | Catriona Mhairi Duncanson v. C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., United States District Court, District of Arizona, Phoenix Division, CV-18-03082-PHX-DGC |