# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Shaphia Lambert,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-01393-PHX DGC<br><br>**ORDER** |
| Catherine Leaver and Robert Leaver,<br>　　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV17-03976-PHX DGC<br><br>**ORDER** |
| James Leigh,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV16-02570-PHX DGC<br><br>**ORDER** |
| Deborah Levesque,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No.  CV18-02067-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Carol Lewis,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-01252-PHX DGC<br><br>**ORDER** |
| Michael Lewis and Anna Lewis,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-00366-PHX DGC<br><br>**ORDER** |
| Anders Linster,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00111-PHX DGC<br><br>**ORDER** |
| Francisco Lopez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-01880-PHX DGC<br><br>**ORDER** |
| Mary Helen Lopez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-01202-PHX DGC<br><br>**ORDER** |
| Beverly Lusk and Richard Lee Lusk,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00921-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Patricia Malone,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00184-PHX DGC<br><br>**ORDER** |
| John Marsanick, Individually and as Executor of the Estate of Deborah Marsanick,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-02060-PHX DGC<br><br>**ORDER** |
| Melanie Buttermure Mauldin,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-00877-PHX DGC<br><br>**ORDER** |
| David Michael Maxwell and Bonnie Lee Maxwell,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-03349-PHX DGC<br><br>**ORDER** |
| Sheila May and George May,<br>　　　　　Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV16-04035-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Cheryl McBean,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV17-01273-PHX DGC<br><br>**ORDER** |
| Shelly LaDawn McCabe,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV16-00918-PHX DGC<br><br>**ORDER** |
| Margaret McGriff,<br>  Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV17-01300-PHX DGC<br><br>**ORDER** |
| Heather McKinney and Kevin James McKinney,<br>  Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV16-00829-PHX DGC<br><br>**ORDER** |
| Jerry McKinnie and Teresa Beard McKinnie,<br>  Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>  Defendants. | No. CV16-01757-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Heather McLaine and Ronald Eugene McLaine,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00395-PHX DGC<br><br>**ORDER** |
| Maria Mercado and Ulises Cortez,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-00765-PHX DGC<br><br>**ORDER** |
| Ronald Moody Jr.,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00286-PHX DGC<br><br>**ORDER** |
| Brian Morrison,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-04040-PHX DGC<br><br>**ORDER** |
| Michael Mulder and Kristie Mulder,<br>             Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-00842-PHX DGC<br><br>**ORDER** |
| Joeszette Mullins,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-02293-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Melonee Murray and John Murray,<br>              Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV15-01720-PHX DGC<br><br>**ORDER** |
| Sonya Newsom and Carlos Newsom,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV16-02625-PHX DGC<br><br>**ORDER** |
| Misael Nieto,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-02837-PHX DGC<br><br>**ORDER** |
| Joji Takada, Trustee in Bankruptcy for John Noonan and John Noonan,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV15-01885-PHX DGC<br><br>**ORDER** |
| Kathleen O'Connor, as Personal Representative of the Estate of Patricia O'Connor,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV17-04538-PHX DGC<br><br>**ORDER** |

6

| | |
|---|---|
| Puja Ohri,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00837-PHX DGC<br><br>**ORDER** |
| Cindy Lynn Oliphant and Roy E. Oliphant, III,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-02629-PHX DGC<br><br>**ORDER** |
| Monica Oliver,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-00346-PHX DGC<br><br>**ORDER** |
| Denise O'Neill and Gerald O'Neill,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV15-01926-PHX DGC<br><br>**ORDER** |
| Brenda Orcutt and Robert Orcutt,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV18-03072-PHX DGC<br><br>**ORDER** |
| William Owens, Jr. ,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV15-02142-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jared Phillips Paine,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-03024-PHX DGC<br><br>**ORDER** |
| Judy Elaine Painter and Donale Eugene Painter,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00922-PHX DGC<br><br>**ORDER** |
| Mary Parent-Komorowski and Richard Komorowski,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02582-PHX DGC<br><br>**ORDER** |
| Loretta Ann Pearsall,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-01299-PHX DGC<br><br>**ORDER** |
| Michelle Pereira and Jorge Pereira,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00689-PHX DGC<br><br>**ORDER** |
| Paula Peters,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-00112-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Fred Petsche and Hayley Petsche,<br>                     Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV16-03849-PHX DGC<br><br>**ORDER** |
| Robert Popp and Ulla Pop,<br>                     Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV16-01365-PHX DGC<br><br>**ORDER** |
| Keye Porter,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV17-02336-PHX DGC<br><br>**ORDER** |
| Marline Prather,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV16-01097-PHX DGC<br><br>**ORDER** |
| Silvia Reardon and Thomas Reardon,<br>                     Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV18-01790-PHX DGC<br><br>**ORDER** |
| Heidi Reck,<br>                     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                     Defendants. | No.  CV16-00966-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21905.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21905) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 30th day of March, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge