# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Michael Wayne Adams, Sr.,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02137-PHX-DGC<br><br>**ORDER** |
| Christian Anthony Bryant,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02138-PHX-DGC<br><br>**ORDER** |
| Terrance Decarlos Mintz,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02139-PHX-DGC<br><br>**ORDER** |
| Darrell Kenard Brooks,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02140-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| John Lewis Pecze, Sr. and Joan Pearl Pecze,<br><br>                         Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-02142-PHX-DGC<br><br>**ORDER** |
| Clefton Shennell Green,<br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-02148-PHX-DGC<br><br>**ORDER** |
| David Anthony Hodges,<br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-02149-PHX-DGC<br><br>**ORDER** |
| Dana Lee Cantrell,<br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-02151-PHX-DGC<br><br>**ORDER** |
| Judy Faye Cross and Bruce Davis,<br>                         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                         Defendants. | No.  CV17-02196-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Nicholina Marie Bennett Mendoza and Luis Alberto Mendoza,<br><br>                              Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-02197-PHX-DGC<br><br>**ORDER** |
| David Lee Emory,<br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-02198-PHX-DGC<br><br>**ORDER** |
| Robbie Anginetta Clark,<br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-02199-PHX-DGC<br><br>**ORDER** |
| Robert Joe Utterback and Katie Mae Utterback,<br><br>                              Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-02202-PHX-DGC<br><br>**ORDER** |
| Michael James Riley,<br>                              Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br>                              Defendants. | No.  CV17-02203-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Mary Ruth Hausler and Roy Lee Hausler,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>Defendants. | No.  CV17-02206-PHX-DGC<br><br>**ORDER** |
| Lee William Riegel,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>Defendants. | No.  CV17-02209-PHX-DGC<br><br>**ORDER** |
| John Taddei, Jr.<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>Defendants. | No.  CV17-02212-PHX-DGC<br><br>**ORDER** |
| Gloria Jean Rollyson,<br><br>Plaintiff,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>Defendants. | No.  CV17-02217-PHX-DGC<br><br>**ORDER** |
| Henry Julius Avery, Jr. and Connie Elizabeth Avery,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. Bard, et al.,<br><br>Defendants. | No.  CV17-02223-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Terry Gene McKeever and Pamela Claudett McKeever,<br><br>                   Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                   Defendants. | No.  CV17-02237-PHX-DGC<br><br>**ORDER** |
| Anthony Randolph Scott and Karen Crossin Scott<br>                   Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                   Defendants. | No.  CV17-02238-PHX-DGC<br><br>**ORDER** |
| Jean Marie Mangini and Mario Jude Mangini, Sr.,<br>                   Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                   Defendants. | No.  CV17-02295-PHX-DGC<br><br>**ORDER** |
| Mark Oliver Davis and Rose Ann Davis,<br>                   Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                   Defendants. | No.  CV17-02299-PHX-DGC<br><br>**ORDER** |
| Stephanie Joan Austain and Michael Eugene Austain,<br>                   Plaintiffs,<br><br>v.<br><br><br>C.R. Bard, et al.,<br>                   Defendants. | No.  CV17-02319-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| LaVel Elaine Young,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02367-PHX-DGC<br><br>**ORDER** |
| Kyle Douglas Bell,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02406-PHX-DGC<br><br>**ORDER** |
| Homer Lavern Birdine,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02438-PHX-DGC<br><br>**ORDER** |
| Linda Sue Caudill and Roger Dale Caudill,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02577-PHX-DGC<br><br>**ORDER** |
| Annette Holton Dickson and Aaron Daniel Dickson,<br>                    Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-02859-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Norman Walter Richard Hitt,<br><div align="center">Plaintiff,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-03001-PHX-DGC<br><br>**ORDER** |
| Joseph Edward Grandinetti and Roberta Kay Grandinetti,<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-03058-PHX-DGC<br><br>**ORDER** |
| Carol Linda Baldwin and Clinton Eugene Baldwin,<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-03059-PHX-DGC<br><br>**ORDER** |
| Daniel Clay Randle and Cheryl Ann Flores,<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-03060-PHX-DGC<br><br>**ORDER** |
| Robert Earl Schebor, Jr. and Lauren Louise Schebor,<br><div align="center">Plaintiffs,</div><br>v.<br><br>C.R. Bard, et al.,<br><div align="center">Defendants.</div> | No.  CV17-03780-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Levanda Denise Grogan,<br><br>                    Plaintiff,<br><br>v.<br><br><br>C.R. Bard, et al.,<br><br>                    Defendants. | No.  CV17-03916-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21927.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21927) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 30th day of March, 2021.

David G. Campbell
Senior United States District Judge