# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Sheryl Adams,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03804-PHX-DGC<br><br>**ORDER** |
| Gary L. Barnes,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03627-PHX-DGC<br><br>**ORDER** |
| Charles Bartram,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-03808-PHX-DGC<br><br>**ORDER** |
| Darryl Berry,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03918-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Miguel Bronfman,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03290-PHX-DGC<br><br>**ORDER** |
| Danielle Brown-Pickens,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-01200-PHX-DGC<br><br>**ORDER** |
| Tommie Brutton,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03809-PHX-DGC<br><br>**ORDER** |
| Michelle Denise Curtis,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03811-PHX-DGC<br><br>**ORDER** |
| Antonio Cutler,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV19-03813-PHX-DGC<br><br>**ORDER** |
| Mary Denson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No.  CV18-02723-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Dunaway,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03293-PHX-DGC<br><br>**ORDER** |
| Harry Gallagher,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-02899-PHX-DGC<br><br>**ORDER** |
| Rosamaria Garcia,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-03138-PHX-DGC<br><br>**ORDER** |
| Michael Goolsby,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-03637-PHX-DGC<br><br>**ORDER** |
| Charles David Greenwood,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-00298-PHX-DGC<br><br>**ORDER** |
| Michael Helmuth,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV19-04057-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Ruth Hinton,<br>            Plaintiffs,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03694-PHX-DGC<br><br>**ORDER** |
| Waymon Johnson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03294-PHX-DGC<br><br>**ORDER** |
| Willie Thomas Jones, Jr.,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03695-PHX-DGC<br><br>**ORDER** |
| Earnest Lewis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03698-PHX-DGC<br><br>**ORDER** |
| Anna Main,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02953-PHX-DGC<br><br>**ORDER** |
| James McGinnis,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-03699-PHX-DGC<br><br>**ORDER** |

4

| | |
|---|---|
| Roger Moon,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-03638-PHX-DGC<br><br>**ORDER** |
| John Moore,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-03817-PHX-DGC<br><br>**ORDER** |
| Lee Moore,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-02724-PHX-DGC<br><br>**ORDER** |
| Daniel Morrison,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-00444-PHX-DGC<br><br>**ORDER** |
| Christine Naschke,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV19-03634-PHX-DGC<br><br>**ORDER** |
| Tracy Pirl,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-00899-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Samuel Priester, Jr.,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03296-PHX-DGC<br><br>**ORDER** |
| Dennis Pulaski,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03297-PHX-DGC<br><br>**ORDER** |
| Dion Ratliff,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00354-PHX-DGC<br><br>**ORDER** |
| Stephanie Ann Reckart,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-00296-PHX-DGC<br><br>**ORDER** |
| Francine Reid,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03299-PHX-DGC<br><br>**ORDER** |
| Rachel Marie Ross,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV16-02297-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Robert Secrest,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV17-02350-PHX-DGC<br><br>**ORDER** |
| Robert Shoemaker,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03301-PHX-DGC<br><br>**ORDER** |
| Daniel Snyder,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03304-PHX-DGC<br><br>**ORDER** |
| Millard Taylor,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03309-PHX-DGC<br><br>**ORDER** |
| Leonardo Torruellas,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-03700-PHX-DGC<br><br>**ORDER** |
| Towanda Walker,<br>                Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                Defendants. | No.  CV19-04056-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 21928.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 21928) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 31st day of March, 2021.

David G. Campbell
Senior United States District Judge