Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| Abrache, Idriss | N/A |
| Acciari, Franco | N/A |
| Adams, Stacey R. | N/A |
| Adkins, Erica LaVearn | N/A |
| Adkins, Iva Nell | N/A |
| Adkins, Susan | N/A |
| Allison, Terry Terrell | N/A |
| Alphonse, Marius T | N/A |
| Amadiz, Rafael Luciano | N/A |
| Anderson, Donna Marie | N/A |
| Andrus, Sandra | N/A |
| Angelo, Mark Anthony | 2:17-cv-01385-DGC |
| Appolonia, Anthony | N/A |
| Arp, Brigitte H | 2:19-cv-03258-DGC |
| Ascolese, Angelo | N/A |
| Ashley, Bennie Lee | N/A |
| Aten, Lynda | N/A |
| Atwell, Kyle Fleming | N/A |
| Baggett, John | N/A |
| Bailey, Arnold | N/A |
| Baker, Adam Richard | N/A |
| Bales, Jerry Lee | N/A |
| Barber, Gary Warren | N/A |
| Barks, Linda | N/A |
| Barlar, Martha Ann | N/A |
| Barr, Paul | N/A |
| Barraza, Maria M. | 2:18-cv-03098-DGC |
| Barron, John Wesley | N/A |
| Barth, Robert Paul | N/A |
| Bartlett, William | 2:19-cv-03778-DGC |
| Batta, William M | N/A |
| Bausch, Patricia Ann | N/A |
| Beasley, Paul | 2:18-cv-03079-DGC |
| Becker, Lois | N/A |
| Berndt, Amanda Jo | N/A |
| Bethea, Katina R. | 2:18-cv-04199-DGC |
| Bicica, Kirsten Jessica | 2:16-cv-00177-DGC |
| Bishop, Marylee Wlodarski | N/A |
| Black, Karen Sue | 2:19-cv-01258-DGC |
| Blakely, Pauline L. | N/A |
| Blanchard, Joseph | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| Bollinger, Elisa M. | N/A |
| Bonnee, Lynette | N/A |
| Boyd, Ellen | N/A |
| Brading, Sherry | N/A |
| Brening, Bobbi Jo | N/A |
| Bright, Madgline | N/A |
| Broadwater, Di-Anna | N/A |
| Brown, Margaret | N/A |
| Brown, Michael Pole | N/A |
| Brown, Shantel | N/A |
| Brownen, Michael Eugene | N/A |
| Bueno, Christina | N/A |
| Burney, London Alexander | N/A |
| Cady, Irvin | 2:18-cv-03099-DGC |
| Camp, Nickie Fay | N/A |
| Cannavino, Christine | N/A |
| Cannon, Edward Lane | N/A |
| Carlson, Mark | N/A |
| Carmichael, Deloris M. | N/A |
| Carter, Cheyenne | 2:16-cv-00178-DGC |
| Carter, Jeannette | N/A |
| Carter, Sandra Lee | 2:18-cv-03100-DGC |
| Chance, Laura | 2:16-cv-03627-DGC |
| Chapman, Larry Darnell | 2:18-cv-04151-DGC |
| Charles, Pamela L | N/A |
| Chase, Inderjit S | N/A |
| Cherasard, Bridgette A | 2:17-cv-01517-DGC |
| Chernick, Reid | N/A |
| Church, Gail | N/A |
| Clea, Pia | 2:17-cv-01362-DGC |
| Clower, Michelle | N/A |
| Cohan, Robert | N/A |
| Colbert, Phillip R | N/A |
| Coleman, Bryan | N/A |
| Coleman, Douglas | N/A |
| Coleman, Esther | N/A |
| Collins, Arthur Lee, Sr. | 2:18-cv-03081-DGC |
| Collins, Sara C | N/A |
| Colon, Tania | N/A |
| Concaugh, David | N/A |
| Cooper, Roosevelt | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| **ClientName** | **CauseNumber** |
|---|---|
| Cooper, Tyrone Michael | 2:17-cv-01355-DGC |
| Crissey, Martin | 2:16-cv-01362-DGC |
| Cullins, Tammy | N/A |
| Currenti, Kerry Ann | 2:18-cv-02761-DGC |
| Curry, Kimberly | 2:16-cv-00179-DGC |
| Dahl, Amy Elizabeth | 2:18-cv-03101-DGC |
| Dailey, Alan | N/A |
| Dailey, Ronique | N/A |
| Damberg, James Bruce | N/A |
| Dampman, David | N/A |
| Davis, Gracie | N/A |
| Davis, Janice G | N/A |
| Davis, Rubin | N/A |
| Dease, Laura Denise | N/A |
| Decker, William Leroy, Jr. | N/A |
| Deer, Vickie | N/A |
| Denton, Marjorie Ann | N/A |
| Desphy, David | N/A |
| DiPasquale, Dan | N/A |
| Dixon, Angela | N/A |
| Donovan, Elvin H., III | N/A |
| Dostie, Robert | 2:18-cv-04152-DGC |
| Dougal, Robert | 2:16-cv-00180-DGC |
| Dowdy, Shawn Deven | N/A |
| Driver, Shelby | N/A |
| Duncanson, Catriona Mhairi | 2:18-cv-03082-DGC |
| Dunn, Wendy Sue | N/A |
| Earthman, Daniel | N/A |
| Eason-People, Teressa | N/A |
| Eastman, Edmund James, Jr. | 2:16-cv-03760-DGC |
| Eaton, Ronald | N/A |
| Edens, Bonnie | N/A |
| Edwards, Myra | 2:15-cv-02090-DGC |
| El-Amin, RaSheedah Nu'Man | 2:17-cv-01358-DGC |
| Elizondo, Timothy | N/A |
| Everett, Melissa A | N/A |
| Farley, Wayne | N/A |
| Felder, Bettye | N/A |
| Ferroni, Jill Ann | 2:17-cv-01386-DGC |
| Fertitta, Ray A | N/A |
| Finkbeiner, Yvonne Louise | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| **ClientName** | **CauseNumber** |
| --- | --- |
| Finnels, Calvin Lee, Sr. | 2:17-cv-01382-DGC |
| Flippin, Freddie | 2:17-cv-01387-DGC |
| Floyd, Merle E. | N/A |
| Freeman, Charles Vaselee, Sr. | N/A |
| Freeman, Manuela Monika | N/A |
| Freeman, Nicko TaWanda | 2:18-cv-03102-DGC |
| Fridley, Charles | N/A |
| Frizzell, Joann | N/A |
| Fuavai, Theresa | N/A |
| Gallagher, Jeanna | N/A |
| Gallant, Robert William | N/A |
| Garcia, Rudolph | N/A |
| Gardner, Raymond | 2:19-cv-00045-DGC |
| Garner, Carrie | 2:18-cv-03085-DGC |
| Garruto, Carmela | N/A |
| Gary, Marcia Ann | N/A |
| Gauntt, James | 2:18-cv-04155-DGC |
| Gesullo, Michael | N/A |
| Gibson, Judy Kay | 2:16-cv-00181-DGC |
| Gieser, Richard | N/A |
| Glodowske, Angela | N/A |
| Golden, Robert Letcher | N/A |
| Gonzalez, Jose Angel | N/A |
| Goudeau, Michael | N/A |
| Grace, Connie Lee | N/A |
| Gradney, Henry | N/A |
| Graham, James Cleveland | 2:18-cv-03103-DGC |
| Grant, Connie , Sr. | N/A |
| Green, Adriane Geard | N/A |
| Griffin, Patricia | N/A |
| Griffith, Mary Rozella | N/A |
| Grim, John | N/A |
| Grimes, Johnny | N/A |
| Gypson, Jeffrey | N/A |
| Hall, Joyce | 2:16-cv-00851-DGC |
| Hall, Matthew E. | 2:16-cv-01363-DGC |
| Hall, Sheldon | N/A |
| Hamblin, Ronald | N/A |
| Hamblin, Sheila Smith | N/A |
| Hamm, Joseph Richard | N/A |
| Hammond, Lorella | 2:18-cv-03086-DGC |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| Harkins, Donna K. | N/A |
| Harper, Terrence Ladia | N/A |
| Harrell, Elaine | N/A |
| Harwell, Cindy Lou | 2:16-cv-01364-DGC |
| Hayes, Nora | N/A |
| Hayes, Susan A | 2:16-cv-00182-DGC |
| Hendren, Corey | N/A |
| Henion, Robert | 2:16-cv-01222-DGC |
| Hernandez, Ana | N/A |
| Hernandez, Pedro A. | N/A |
| Herod, Christopher Lee | N/A |
| Himes-Fox, Cherie A | 2:18-cv-04158-DGC |
| Hinson, Larry Don | N/A |
| Hoffler, Donna | 2:18-cv-03087-DGC |
| Hood, Josephine | N/A |
| Hopkins, Chris | N/A |
| Horowitz, Philip | 2:18-cv-04161-DGC |
| Howard, Deborah | 2:16-cv-01223-DGC |
| Huff, Star L | 2:16-cv-01243-DGC |
| Hurd, Larry Jason | N/A |
| Huster, George | N/A |
| Ingram, John Christian | N/A |
| Inkeles, Marc | N/A |
| Jabari, Rick B. | N/A |
| Jaramillo Jr., Juan | N/A |
| Jenkins, David | N/A |
| Johnson, Andrew | 2:16-cv-03816-DGC |
| Johnson, Elmenia | N/A |
| Johnson, Michael | N/A |
| Johnson, Mildred | N/A |
| Johnson, Troy Lynn | N/A |
| Johnson, Wendell | N/A |
| Jones, Kevin | N/A |
| Jones, Rebecca | N/A |
| Jones, Robert Brown | N/A |
| Karterouliotis, Helen | N/A |
| Kasiner, Pamela | N/A |
| Keen, Clarence Scott | N/A |
| Keogh, John P. | N/A |
| Kiley, Nancy | 2:16-cv-01239-DGC |
| King, Angela Y | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| King, Marlon Dewayne | N/A |
| King, Patty | 2:16-cv-00183-DGC |
| King, Wade Travis | N/A |
| Krause, William | 2:18-cv-03104-DGC |
| Krick, Frederick Edward, Jr. | N/A |
| Kuhns, Penelope | N/A |
| Lain, Donna | N/A |
| Lambert, Leoma | 2:17-cv-01359-DGC |
| Langford, Clarence Milton | N/A |
| Lawrence, Therese | N/A |
| Lazenby, Mary J | 2:17-cv-04087-DGC |
| Legan, Verna Jean | 2:17-cv-01354-DGC |
| Leggett, Teresa Evangeline | N/A |
| Lemonds, Donnie | N/A |
| Leonard, John | N/A |
| Levine, Ben | 2:18-cv-03105-DGC |
| Lewinson, Densel | N/A |
| Lindsey, Vicki | N/A |
| Lockwood-Robinson, Ingrid | N/A |
| Long, Hoyt | N/A |
| Long-Cheeks, Denise | N/A |
| Lopez, Christine | N/A |
| Lopez, Joe | 2:16-cv-01358-DGC |
| Lowe, Lundy | N/A |
| Lucchese, Jerome | N/A |
| Luna, Susan Joy | N/A |
| Lydard, Vicki Lynn | N/A |
| Lynn, Lewis Terry | N/A |
| Madison, Glenn R | N/A |
| Magnuson, Tina Marie | N/A |
| Manfre, Gail | N/A |
| Martel, Shirley | 2:16-cv-01242-DGC |
| Martin, Alisha Darae | 2:18-cv-04162-DGC |
| Martin, Mary Rose | N/A |
| Martin, Raushawn | N/A |
| Martz, Mandie C. | 2:18-cv-03089-DGC |
| Mathis, Angela | N/A |
| Matthews, Charles | N/A |
| Maynard, Joan | N/A |
| McCartney, Lester Dale | 2:17-cv-00126-DGC |
| McCloud, Priscilla Nicole | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| **ClientName** | **CauseNumber** |
|---|---|
| McCorkle, Samuel | 2:18-cv-03090-DGC |
| McCoy, Chani | 2:18-cv-04200-DGC |
| McDowell, Josephine | N/A |
| McFarland, Lynell | N/A |
| McGhee, Kenya | 2:16-cv-01238-DGC |
| McLeod, James William | N/A |
| McPherson, Loretta | N/A |
| Meadows, Beata | N/A |
| Meadows, Freda | N/A |
| Medes, Charles Basil | N/A |
| Menez, Donald | 2:16-cv-01207-DGC |
| Miller, Amanda | N/A |
| Miller, Tanya | N/A |
| Mitchell, Marc | N/A |
| Moffett, Melvin L | N/A |
| Molinari, James | N/A |
| Montez, Robin Diane | N/A |
| Montoya, Frank D | N/A |
| Moore, Bessie Lee | N/A |
| Moore, Tamika | N/A |
| Mora, Arlene | N/A |
| Morgan, Emma | N/A |
| Morris, Virgil Ray, III | N/A |
| Moss, Diana | 2:18-cv-00032-DGC |
| Muniz, Ruben | N/A |
| Murphy, James E., Jr. | N/A |
| Myers, Kari R. | N/A |
| Nason, Erin | 2:18-cv-03091-DGC |
| Nava, Richard | N/A |
| Nelson, Ruth E. | 2:17-cv-01384-DGC |
| Nichols, Cheryl Lynne | N/A |
| Ortiz, Robert | N/A |
| Otten, Charles Henry | N/A |
| Pace, Pamela | N/A |
| Parker, Mary | N/A |
| Parker, Tiffany | N/A |
| Parnell, Jamie Dawn | N/A |
| Parton, Robert L | N/A |
| Patterson, Dora | N/A |
| Patterson, Mattie Marie | N/A |
| Patterson, Patricia Ann | 2:18-cv-03106-DGC |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| Peck, Delmar Lee | N/A |
| Pennyman, Gwendolyn N. | N/A |
| Perez, Ronald Francis | N/A |
| Peterson, Deborah | N/A |
| Peterson, Roland | N/A |
| Poorman, Dennis | N/A |
| Popp, Claude Lindsay, Jr. | N/A |
| Pound, Wayne B | N/A |
| Powell, Regina S | N/A |
| Price, LaRue W. | N/A |
| Pruitt-Rose, Laquicia J | N/A |
| Pryor, Valerie Elizabeth | 2:16-cv-01240-DGC |
| Ramer, Arlen Kent | N/A |
| Rappa, Leonard | N/A |
| Rawlinson, Algie Delano | N/A |
| Rayson, Bobby | N/A |
| Reardon, Dolores M. | N/A |
| Redding, Felicia | 2:18-cv-03107-DGC |
| Regula, Raymond | N/A |
| Remache, Shannon Lee | 2:18-cv-03109-DGC |
| Reyes, Nilsa | N/A |
| Reynolds, John | N/A |
| Richard, Mario | 2:18-cv-03093-DGC |
| Richardson, Lamont | N/A |
| Riggs, Waynetta | 2:17-cv-03325-DGC |
| Rihani, Raed | N/A |
| Rilogio, Mary C | N/A |
| Rios, William | N/A |
| Robinson, Frances | N/A |
| Rodriguez, Marcello | N/A |
| Rogers, Paul Allen | N/A |
| Romero, Melaquias H | N/A |
| Ross, Brian | 2:18-cv-03092-DGC |
| Rowe, Denise | 3:20-cv-00660-DGC |
| Sabo, Kenneth | N/A |
| Salimian, Marzieh | N/A |
| Sanabria, Minerva P | N/A |
| Say, William David | N/A |
| Schlesinger, Krista Lee | N/A |
| Scott, Elouise | 2:18-cv-03094-DGC |
| Sell, Tiffany | 2:16-cv-01241-DGC |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| **ClientName** | **CauseNumber** |
|---|---|
| Serieux, Pearline L. | N/A |
| Sharkey, Howard Allen | N/A |
| Shaw, John Lewis | N/A |
| Sheppard, Vernon Lee | N/A |
| Shorts, Keylon | N/A |
| Showalter, Shirley | 2:18-cv-03112-DGC |
| Shyrigh (Winkler), Lisa Ann | N/A |
| Siegfried, Tammie Lee | 2:18-cv-04201-DGC |
| Simonson, Joseph | N/A |
| Simpkins, Twyla | N/A |
| Singleton, Ella | N/A |
| Sisco, Ronald | N/A |
| Smith, Arthur John | N/A |
| Smith, Brenda D. | 2:17-cv-01388-DGC |
| Smith, Danny R. | N/A |
| Smith, Edward L. | 2:17-cv-01361-DGC |
| Smith, Remie | 2:18-cv-02130-DGC |
| Smith, Tara | N/A |
| Smith, Toni | N/A |
| Snipe, Janice | N/A |
| Soboleski, Scott | N/A |
| Spane, Jennifer Johnson | 2:18-cv-01581-DGC |
| Spradlin, Deborah Ann | N/A |
| Stokely, Kristen | 2:17-cv-03385-DGC |
| Stokes, William | N/A |
| Stone, John | N/A |
| Street, Herbert Allen | N/A |
| Sturgill, Kathleen | N/A |
| Suess, Randy | N/A |
| Summerville, Felicia Shaunell | N/A |
| Sweet, Margaret Charisse | 2:18-cv-03095-DGC |
| Taylor, Carol | N/A |
| Taylor, Charles W. | N/A |
| Taylor, Donna | N/A |
| Taylor, Kendrick | 2:15-cv-02463-DGC |
| Taylor, Sara | N/A |
| Taylor, TammyJo Marie | N/A |
| Tayne (Payne), Shauyn | N/A |
| Thomas, Ernestine | N/A |
| Thompson, Charlette | N/A |
| Thompson, Lamar | N/A |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
| --- | --- |
| Tillis, Patricia | N/A |
| Torres, Carol | N/A |
| Torres, Daniel | N/A |
| Torres, Liz A. | N/A |
| Townley, Brenda DiAnn | 2:16-cv-01359-DGC |
| Townsend, Benjamin E. | 2:16-cv-01384-DGC |
| Trent, Charles Adam | N/A |
| Tuck, Dariel | 2:18-cv-04202-DGC |
| Turner, Jessica | N/A |
| Utomi, Danita | N/A |
| Van Scoder, Bertha | N/A |
| VanBlarcom, Anthony | N/A |
| Vrtis, Dennis James | N/A |
| Waggoner, Shari | 2:18-CV-04329-DGC |
| Waiters-Price, Deborah | N/A |
| Wallace, Barbara | N/A |
| Wallace, Ryanne | N/A |
| Walton, Winston | 2:18-cv-04203-DGC |
| Ward, Angela | N/A |
| Ward, Jack McKinley | 2:17-cv-01357-DGC |
| Ward, Richard Carl | 2:17-cv-01356-DGC |
| Ward, Roy , Sr. | N/A |
| Waser, Jason John | 2:18-cv-03113-DGC |
| Watson, Robin Marie | N/A |
| Watson, Virginia | 2:17-cv-01383-DGC |
| Webb, Carolyn Annette | N/A |
| Webb, Joseph | N/A |
| Weems, Willie Mae | N/A |
| Wells, Patricia Ann | N/A |
| Wertz (Compton), Elisha Belle | 2:17-cv-01389-DGC |
| Wheeler, Melinda May | 2:18-cv-03114-DGC |
| White, Larry | N/A |
| White, Peggy | 2:18-cv-04204-DGC |
| Whitmore, Carrie Jo | 2:17-cv-01353-DGC |
| Wickes, Cassie | N/A |
| Wiggins, Theodore | N/A |
| Williams, Amanda | 2:18-cv-01046-DGC |
| Williams, Anthony | 2:16-cv-01361-DGC |
| Williams, Enrique | N/A |
| Williams, Karl Clifford, Jr. | N/A |
| Williams, Michael Shane | 2:18-cv-04205-DGC |

Exhibit A to
Baron & Budd's Motion for Qualified Protective Order

| ClientName | CauseNumber |
|---|---|
| Williams, Richard | N/A |
| Williams, Stanley J | N/A |
| Williams, Stephanie A. | 2:17-cv-01360-DGC |
| Willis, David Lee | N/A |
| Wills, Kenneth Stanley | N/A |
| Wilson, Alice | 2:18-cv-03097-DGC |
| Wilson, David | N/A |
| Wilson, Michael Eugene | N/A |
| Wilson, Shelise | N/A |
| Woodard, Jennifer | N/A |
| Wrestler, Joshua E. | N/A |
| Wright, John | N/A |
| Wright, Michael | N/A |
| Wydra, Ashley | N/A |
| Yant, Jonathan | N/A |
| Yorlano, Frances | N/A |