IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS<br>    PRODUCTS LIABILITY LITIGATION | MD15-2641 PHX DGC<br>MDL 2461 |
| THIS DOCUMENT RELATES TO:<br><br>2:17-cv-04183-DGC<br>Donald Wayne Medley,<br><br>       *Plaintiff*,<br><br>V.<br><br>C.R. Bard, Inc. and Bard Peripheral<br>Vascular, Inc.,<br><br>       Defendants. | CV-17-4183-PHX-DGC<br><br><br><br>**STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now, Plaintiff Donald Wayne Medley and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in the above-entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), agree that all claims of Plaintiff Donald Wayne Medley in this action against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. are dismissed with prejudice, with each party to bear its own costs and attorney fees.

Date:   April 2, 2021

                Respectfully submitted,

               /s/ *Howard L. Nations*
               Howard L. Nations
               THE NATIONS LAW FIRM
               9703 Richmond Ave., Suite 200
               Houston, TX 77042
               Telephone: (713) 807-8400
               Fax: (713) 807-8423

               ATTORNEYS FOR PLAINTIFF


               /s/ *with express permission /Richard B. North, Jr.*
               Richard B. North, Jr.
               NELSON MULLINS RILEY & SCARBOROUGH
               201 17th St. NW, Suite 1700
               Atlanta, GA 30363
               (404) 322-6000

               ATTORNEYS FOR DEFENDANTS