David P. Matthews
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
dmatthews@matthewslawfirm.com

Tim K. Goss
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75204
Telephone: (214) 751-6610
tim@freeseandgoss.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC |
| | **FINAL REPORT ON BARD NON-PARTICIPANTS** |
| | (Assigned to the Honorable David G. Campbell) |

Pursuant to Case Management Order No. 49, on March 19, 2021, the Court ordered Plaintiffs' Counsel to file a list of cases that still have no known heirs, are nonresponsive, or cannot be located.  The list, including plaintiff names, case numbers, and the date and docket number of the previous order entered dismissing the case without prejudice, is attached hereto as Exhibit A.

Further, the Court ordered Plaintiffs' Counsel to file a list identifying additional plaintiffs who opted out of the settlement, including the district to which each case will be remanded or transferred.  The list is attached hereto as Exhibit B.

RESPECTFULLY SUBMITTED this 2nd day of April, 2021.

By: /s/ *David P. Matthews*
David P. Matthews

1

2

3

4

Texas Bar No. 13206200
dmatthews@matthewslawfirm.com
MATTHEWS & ASSOCIATES
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile (713) 535-7184

5

6

7

8

9

Tim K. Goss
Texas Bar No. 08222660
tim@freeseandgoss.com
FREESE & GOSS
3500 Maple Ave., Suite 1100
Dallas, TX 75204
Telephone: (214) 761-6610
Facsimile: (214) 761-6688
*Attorneys for Plaintiffs*

10

11    I hereby certify that on this 2nd day of April, 2021, I electronically transmitted the

12    attached document to the Clerk's Office using the CM/ECF System for filing and transmittal

13    of a Notice of Electronic Filing.

14

15                                        /s/ *David P. Matthews*

16

17

18

19

20

21

22

23

24

25

26

27

28