| Case Title | Docket No. | Dismissal Document Number | Date of Dismisssal without prejudice | Last Name | First Name | Initial |
|---|---|---|---|---|---|---|
| Adams v. C.R. Bard, Inc., et al | 2:18-cv-03355-DGC | 3 | 11/20/2019 | Adams | Billy | Carroll |
| Allen v. C.R. Bard, Inc., et al | 2:18-cv-02840-DGC | 3 | 11/20/2019 | Allen | Jacqueline | Zenobia |
| Andrus v. C.R. Bard Inc., et al. | 2:18-cv-04549-DGC | 3 | 12/4/2019 | Andrus | Sandra | |
| Aviles v. C.R. Bard Inc., et al. | 2:19-cv-00621-DGC | 3 | 11/20/2019 | Aviles | Luanne | K |
| Barber v. C.R. Bard Inc., et al. | 2:17-cv-04064-DGC | 3 | 11/20/2019 | Barber | Gary | Warren |
| Blake v. C.R. Bard Inc., et al. | 2:17-cv-04309-DGC | 3 | 1/8/2020 | Blake | William | H |
| Blythe v. C.R. Bard, Inc., et al | 2:18-cv-04335-DGC | 3 | 11/20/2019 | Blythe | Michelle | M. |
| Bowski v. C.R. Bard Inc., et al. | 2:17-cv-04174-DGC | 3 | 12/30/2019 | Bowski | Eugene | R |
| Bazeale v. C.R. Bard Inc., et al. | 2:16-cv-03789-DGC | 3 | 12/16/2019 | Brazeale | Margaret | |
| Brechbill et al. v. C.R. Bard Inc., et al. | 2:19-cv-00654-DGC | 3 | 11/20/2019 | Brechbill | Donald | E |
| Brenner v. C.R. Bard Inc., et al. | 2:18-cv-00105-DGC | 3 | 12/30/2019 | Brenner | Donald | E. |
| Brooks v. C.R. Bard Inc., et al. | 2:17-cv-03170-DGC | 2 | 9/14/2017 | Brooks | Tamesha | |
| Brown v. C.R. Bard, Inc., et al. | 2:17-cv-03672-DGC | 3 | 1/8/2020 | Brown | Cheryl | |
| Brumfield v. C.R. Bard Inc., et al. | 2:17-cv-00416-DGC | 3 | 12/16/2019 | Brumfield | Dena | |
| Butts v. C.R. Bard Inc., et al. | 2:17-cv-03257-DGC | 3 | 1/8/2020 | Butts | Merloren | V. |
| Byirt v. C.R. Bard, Inc., et al | 2:17-cv-03716-DGC | 3 | 11/20/2019 | Byirt | James | D. |
| Edwards v. C.R. Bard, Inc., et al. | 2:19-cv-02445-DGC | 3 | 1/2/2020 | Cameron | Gibson | |
| Campbell v. C.R. Bard Inc., et al. | 2:17-cv-04191-DGC | 3 | 1/8/2020 | Campbell | Nellie | |
| Carter v. C.R. Bard, Inc., et al | 2:17-cv-03635-DGC | 3 | 11/20/2019 | Carter | John | Steven |
| Coleman v. C.R. Bard, Inc., et al | 2:18-cv-03532-DGC | 3 | 10/17/2019 | Coleman | Ronald | Calvin |
| Cox v. C.R. Bard Inc., et al. | 2:18-cv-01859-DGC | 3 | 12/9/2019 | Cox | David | |
| Curtis v. C.R. Bard Inc., et al. | 2:18-cv-00101-DGC | 3 | 12/18/2019 | Curtis | Jeffrey | |
| Cusack v. C.R. Bard, Inc., et al | 2:18-cv-04472-DGC | 3 | 11/20/2019 | Cusack | Christopher | Wayne |
| Davis v. C.R. Bard Inc., et al. | 2:18-cv-04507-DGC | 3 | 11/20/2019 | Davis | George | |
| Davis v. C.R. Bard, Inc., et al | 2:19-cv-00810-DGC | 3 | 1/10/2020 | Davis | James | |
| Davis v. C.R. Bard, Inc., et al | 2:18-cv-04625-DGC | 3 | 11/20/2019 | Davis | Kimberly | Ann |
| Deanda v. C.R. Bard Inc., et al. | 2:17-cv-04254-DGC | 3 | 1/8/2020 | Deanda | Anthony | |
| Deason v. C.R. Bard, Inc., et al | 2:19-cv-00631-DGC | 3 | 11/20/2019 | Deason | Gisela | Boehle |
| DeMeere v. C.R. Bard, Inc., et al | 2:18-cv-03539-DGC | 3 | 11/20/2019 | DeMeere | Brad | Victor |
| Dickerson, Jr. v. C.R. Bard Inc., et al. | 2:17-cv-01244-DGC | 3 | 12/18/2019 | Dickerson | Ben | L |

Exhibit A

| Case Title | Docket No. | Dismissal Document Number | Date of Dismisssal without prejudice | Last Name | First Name | Initial |
|---|---|---|---|---|---|---|
| Allen et al v. C.R. Bard Inc., et al. | 2:17-cv-02646-DGC | 18 | 9/4/2019 | Draper | Stacy | |
| Dunlap v. C.R. Bard Inc., et al. | 2:17-cv-03333-DGC | 3 | 1/10/2020 | Dunlap | Veronda | |
| Dyson v. C.R. Bard Inc., et al. | 2:17-CV-02811-DGC | 3 | 12/4/2019 | Dyson | Stephen | |
| Edelmann vs. C.R. Bard Inc., et al | 2:16-cv-03163-DGC | 5 | 11/20/2019 | Edelmann | Gordon | Eric |
| Fazio v. C.R. Bard, Inc., et al | 2:19-cv-01031-DGC | 3 | 12/15/2019 | Fazio | Vincent | Michele |
| Foote v. C.R. Bard Inc., et al. | 2:18-cv-03647-DGC | 3 | 11/20/2019 | Foote | Linda | May |
| Frey v. C.R. Bard, Inc., et al. | 2:17-cv-04144-DGC | 3 | 1/2/2020 | Frey | Steve | A |
| Garcia v. C.R. Bard Inc., et al. | 2:18-cv-03707-DGC | 3 | 11/20/2019 | Garcia | Hilda | |
| Gardner-Chasen v. C R Bard Inc., et al | 2:19-cv-00637-DGC | 3 | 11/20/2019 | Gardner-Chasen | Shacora | Renea |
| Gaston-Jefferson v. C R Bard Inc., et al | 2:19-cv-02973-DGC | 3 | 1/2/2020 | Gaston-Jefferson | Marie | |
| Gordon v. C R Bard Inc., et al | 2:19-cv-03008-DGC | 3 | 12/16/2019 | Gordon | Jerri | L. |
| Gordon v. C R Bard Inc., et al | 2:16-cv-02056-DGC | 3 | 1/3/2020 | Gordon | Veronica | E |
| Greene v. C R Bard Inc., et al | 2:17-cv-00011-DGC | 3 | 12/16/2019 | Greene | Louise | |
| Hamilton v. C R Bard Inc., et al | 2:19-cv-02445-DGC | 3 | 1/2/2020 | Hamilton | Jacqueline | |
| Harris v. C R Bard Inc., et al | 2:17-cv-04190-DGC | 3 | 1/8/2020 | Harris | Shrell | |
| Hobbs v. C R Bard Inc., et al | 2:17-cv-04178-DGC | 3 | 12/30/2019 | Hobbs | Susan | V. |
| Jackson v. C.R. Bard Inc. et al. | 2:18-cv-01607-DGC | 3 | 1/6/2020 | Jackson | Dover | |
| Jenks v. C.R. Bard, Inc., et al. | 2:19-cv-02475-DGC | 3 | 1/2/2020 | Jenks | Lisa | |
| Jiles v. C.R. Bard Inc., et al. | 2:19-cv-00470-DGC | 3 | 11/21/2019 | Jiles | Sheliba | |
| Jones v. C R Bard Inc., et al | 2:17-cv-03846-DGC | 5 | 1/8/2020 | Jones | Clifford | |
| King v. C.R. Bard, Inc., et al | 2:19-cv-04007-DGC | 3 | 1/9/2020 | King | Andera | |
| Lacroze v. C.R. Bard, Inc., et al. | 2:17-cv-03020-DGC | 3 | 1/9/2020 | Lacroze | Pierre | |
| Lance v. C R Bard Inc., et al | 2:16-cv-03395-DGC | 3 | 12/4/2019 | Lance | Michael | |
| Leanier v. C.R. Bard Inc., et al. | 2:19-cv-02654-DGC | 3 | 12/11/2019 | Leanier | Timothy | |
| Lewis v. C R Bard Inc., et al | 2:17-cv-03595-DGC | 3 | 1/9/2020 | Lewis | Anthony | |
| Lewis v. C.R. Bard, Inc., et al. | 2:17-cv-01279-DGC | 3 | 12/5/2019 | Lewis | Benjamin | |
| Lightbody v. C.R. Bard, Inc., et al | 2:18-cv-04486-DGC | 3 | 11/21/2019 | Lightbody | Matthew | Wayne |
| Madrid v. C.R. Bard, Inc., et al. | 2:19-cv-00112-DGC | 3 | 1/2/2020 | Madrid | Carmen | L |
| Makosky v. C R Bard Inc., et al | 2:19-cv-03206-DGC | 3 | 12/16/2019 | Makosky | Diane | |
| Man v. C R Bard Inc., et al | 2:17-cv-03258-DGC | 3 | 1/9/2020 | Man | Richard | G |

| Case Title | Docket No. | Dismissal Document Number | Date of Dismisssal without prejudice | Last Name | First Name | Initial |
|---|---|---|---|---|---|---|
| Martin v. C.R. Bard Inc., et al. | 2:18-cv-03704-DGC | 3 | 11/21/2019 | Martin | Doris | A. |
| Meininger v. C R Bard Inc., et al | 2:19-cv-04012-DGC | 3 | 1/9/2020 | Meininger | Robin | |
| Melton v. C.R. Bard, Inc., et al. | 2:19-cv-02454-DGC | 3 | 1/2/2020 | Melton | Michael | |
| Messner v. C.R. Bard, Inc., et al | 2:18-cv-04581-DGC | 3 | 11/21/2019 | Messner | Michelle | K |
| Miller v. C R Bard Inc., et al | 2:18-cv-02195-DGC | 3 | 12/30/2019 | Miller | Michael | Ryan |
| Muniz v. C R Bard Inc., et al | 2:16-cv-02088-DGC | 3 | 12/14/2019 | Muniz | Maria | |
| Myers v. C.R. Bard, Inc., et al | 2:18-cv-04448-DGC | 3 | 11/21/2019 | Myers | Mildred | |
| Neal v. C R Bard Inc., et al | 2:17-cv-01162-DGC | 3 | 1/2/2020 | Neal | Ray | W. |
| Neff et al v. C R Bard Inc., et al | 2:17-CV-01165-DGC | 3 | 1/14/2020 | Neff | Jo Ann | E |
| Nissen v. C.R. Bard, Inc., et al. | 2:17-cv-03622-DGC | 3 | 1/9/2020 | Nissen | Marianne | E. |
| Perella v. C.R. Bard, Inc., et al | 2:19-cv-00665-DGC | 3 | 11/21/2019 | Perella | Carol | S. |
| Powell-Barbosa v. C.R. Bard, Inc., et al. | 2:17-cv-02695-DGC | 4 | 1/2/2020 | Powell-Barbosa | Karla | Elaine |
| Querry v. C.R. Bard, Inc., et al. | 2:17-cv-03673-DGC | 3 | 1/8/2020 | Querry | Brent | A |
| Rebollo v. C.R. Bard Inc, et al | 2:17-cv-03791-DGC | 3 | 1/8/2020 | Rebollo | Natalia | A |
| Reed v. C R Bard Inc., et al | 2:19-cv-01965-DGC | 4 | 12/18/2019 | Reed | Joe | |
| Reynolds v. C R Bard Inc., et al | 2:19-cv-04075-DGC | 3 | 12/16/2019 | Reynolds | Lisa | |
| Richardson v. C R Bard Inc., et al | 2:17-cv-04267-DGC | 5 | 1/8/2020 | Richardson | Schwann | |
| Salcedo v. C R Bard Inc., et al | 2:17-cv-00621-DGC | 3 | 12/16/2019 | Salcedo | Fiordalisa | |
| Salmon v. C R Bard Inc., et al | 2:16-cv-00196-DGC | 3 | 11/21/2019 | Salmon | Jered | James |
| Scott v. C.R. Bard, et al. | 2:19-cv-00065-DGC | 3 | 12/4/2019 | Scott | Edward | J. |
| Sellars v. C.R. Bard, Inc., et al. | 2:19-cv-01928-DGC | 3 | 12/17/2019 | Sellars | Ardelia | |
| Shaw v. C R Bard Inc., et al | 2:18-cv-01782-DGC | 3 | 7/17/2019 | Shaw | Margie | W |
| Shedd v. C R Bard Inc., et al | 2:18-cv-04049-DGC | 3 | 12/10/2019 | Shedd | Norman | |
| Singleton v. C R Bard Inc., et al | 2:18-cv-03945-DGC | 5 | 1/23/2020 | Singleton | James | |
| Sitar v. C R Bard Inc., et al | 2:17-cv-03848-DGC | 3 | 1/9/2020 | Sitar | Brandi | J |
| Smith v. C.R. Bard, Inc., et al. | 2:17-cv-04185-DGC | 3 | 11/6/2019 | Smith | Christopher | Royce |
| Smith v. C R Bard Inc., et al | 2:16-cv-04124-DGC | 3 | 12/16/2019 | Smith | Helen | |
| St Clair v. C R Bard Inc., et al | 2:19-cv-03108-DGC | 3 | 1/8/2020 | St. Clair | Lisann | |
| Stokes v. C.R. Bard, Inc., et al. | 2:19-cv-02451-DGC | 3 | 12/17/2019 | Stokes | Amy | |
| Strickland v. C.R. Bard, Inc., et al | 2:18-cv-03802-DGC | 3 | 11/22/2019 | Strickland | Kristina | |

| Case Title | Docket No. | Dismissal Document Number | Date of Dismisssal without prejudice | Last Name | First Name | Initial |
|---|---|---|---|---|---|---|
| Snydor III v. C.R. Bard, Inc., et al. | 2:17-cv-00233-DGC | 3 | 12/4/2019 | Sydnor | Aaron | |
| Taylor v. C.R. Bard, Inc., et al | 2:17-cv-02987-DGC | 3 | 9/29/2017 | Taylor | Michael | Tyrone |
| Tervasi v. C.R. Bard, Inc., et al | 2:18-cv-04416-DGC | 3 | 11/22/2019 | Tervasi | Ella | Mae |
| Tessier v. C R Bard Inc., et al | 2:17-cv-04365-DGC | 5 | 1/23/2020 | Tessier | Stephen | Ernest |
| Thomas v. C R Bard Inc., et al | 2:19-cv-00325-DGC | 3 | 12/30/2019 | Thomas | Felicia | |
| Thomas v. C.R. Bard, Inc., et al | 2:18-cv-00402-DGC | 3 | 1/13/2020 | Thomas | Nicole | |
| Thomas v. C R Bard Inc., et al | 2:19-cv-00596-DGC | 5 | 1/23/2020 | Thomas | Rosilyn | R. |
| Thompson v. C R Bard Inc., et al | 2:19-cv-01377-DGC | 3 | 1/8/2020 | Thompson | Deborah | |
| Thimpson v. C.R. Bard, Inc., et al | 2:18-cv-03890-DGC | 5 | 1/23/2020 | Thompson | Mike | Henry |
| Turpin v. C.R. Bard, Inc., et al | 2:17-cv-03080-DGC | 3 | 11/21/2019 | Turpin | Dudley | Franklin |
| Underwood et al v. C R Bard Inc., et al | 2:16-cv-00614-DGC | 4 | 12/17/2019 | Underwood | Quanita | L |
| Urgo v. C R Bard Inc., et al | 2:17-cv-04470-DGC | 7 | 1/10/2020 | Urgo | James | |
| Van Holt vs. C.R. Bard, Inc., et al | 2:19-cv-04287-DGC | 3 | 12/10/2019 | Van Holt | Michael | I. |
| Vargas v. C.R. Bard Inc., et al. | 2:18-cv-03937-DGC | 3 | 11/21/2019 | Vargas | Linda | Gayle |
| Wadsworth v. C.R. Bard Inc. et al. | 2:18-cv-02741-DGC | 3 | 12/30/2019 | Wadsworth | Shayla | |
| Wagner v. C.R. Bard Inc., et al | 2:19-cv-00862-DGC | 3 | 1/10/2020 | Wagner | Anita | |
| Wagner v. C.R. Bard, Inc., et al | 2:18-cv-03388-DGC | 3 | 11/21/2019 | Wagner | Sally | Rae |
| Walker v. C R Bard Inc., et al | 2:17-cv-04411-DGC | 3 | 11/21/2019 | Walker | Paul | M. |
| Walker v. C.R. Bard, Inc., et al. | 2:17-cv-04266-DGC | 3 | 1/13/2020 | Waller | Cassandra | |
| Wenger v. C.R. Bard, Inc., et al | 2:18-cv-00983-DGC | 3 | 11/21/2019 | Wenger | Jamie | |
| Weston v. C.R. Bard, Inc., et al | 2:18-cv-03852-DGC | 3 | 11/21/2019 | Weston | Antwoin | |
| White v. C.R. Bard, Inc., et al | 2:18-cv-03788-DGC | 3 | 11/21/2019 | White | James | Dewey |
| White Mountain v. C.R. Bard, Inc., et al | 2:18-cv-01962-DGC | 3 | 12/11/2019 | White Mountain | Tonya | |
| Will v. C.R. Bard, Inc., et al. | 2:16-cv-02195 -DGC | 5 | 12/30/2019 | Will | Nancy | M |
| Williams v. C.R. Bard, Inc., et al | 2:18-cv-03998-DGC | 3 | 11/21/2019 | Williams | Verdia | |
| Williford v. C.R. Bard, Inc., et al | 2:17-cv-02201-DCG | 3 | 11/21/2019 | Williford | Cora | C |
| Otis Woods v. C.R. Bard, Inc. | 2:17-cv-04677-DGC | 3 | 1/10/2020 | Woods | Otis | |
| Wysinger v. C.R. Bard, Inc., et al. | 2:17-cv-03921-DGC | 3 | 1/20/2020 | Wysinger | Karen | |
| Young v. C.R. Bard, Inc., et al | 2:18-cv-04498-DGC | 3 | 11/21/2019 | Young | Sidney | |