| Case Title | Docket No | Transferree Court | Last Name | First Nam | Initial |
|---|---|---|---|---|---|
| Barrett, Lori v. C.R. Bard, et al | 2:17-cv-04481-DGC | USDC, District of Iowa | Barrett | Lori | |
| Braden v. C.R. Bard Incorporation, et al | 2:17-cv-00047-DGC | USDC, District of Montana - Missoula | Braden | Kevin | |
| Dobson v. C.R. Bard Inc., et al | 2:17-cv-04311-DGC | USDC, Northern District of Oklahoma | Dobson | Delores | |
| Dominguez v. C R Bard Incorporated et al | 2:18-cv-01488-DGC | USDC, Central District of California | Dominguez | Dora | |
| Janes v. C R Bard Incorporated et al | 2:16-CV-03901-DGC | USDC, District of South Dakota | Janes | Debora | L. |
| Johnson v. C R Bard Incorporated et al | 2:16-CV-03899-DGC | USDC, Eastern District of California | Johnson | Janice | L |
| Langley, Shana v. C.R. Bard, | 2:19-cv-03765 | USDC, Eastern District of Virginia | Langley | Shana | |
| Lashley v. C.R. Bard, Inc., et al | 2:18-cv-01646-DGC | USDC, Eastern District of Missourin (Cape Girardeau Division) | Lashley | Ken | |
| Leus v. C R Bard Incorporated et al | 2:15-CV-01623-DGC | USDC, Western District of Missouri | Leus | George | |
| Miller v. Bard Inc., et al | 2:17-cv-00370 | USDC, Western District of Missouri | Miller | Linda | |
| Narayan v. C R Bard et al | 2:16-cv-00617 | USDC, Southern Distric of Ohio | Narayan | Ashwin | A |
| Powell, Mylus v. C.R. Bard, | 2:19-cv-04072 | USDC, Eastern District of Missouri | Powell | Mylus | |
| Przykucki, Robert v. C.R. Bard, | 2:19-cv-03736 | USDC, Eastern District of Michigan | Przykucki | Robert | J. |
| Schaaf v. C.R. Bard, Inc., et al | 2:18-cv-03784-DGC | USDC, Western District of TN | Schaaf | Julie | A. |
| Stansell v. C.R. Bard, et al. | 2:17-cv-01079-DGC | USDC, Eastern District of Texas | Stansell | Jason | |
| Trammell, Joseph v. C.R. Bard, | 2:19-cv-03782 | USDC, Eastern District of Arkansas | Trammell | Joseph | |
| Vincent v. C.R. Bard, Inc., et al | 2:18-cv-03807-DGC | USDC, Middle District of Florida | Vincent | Patrick | E. |
| Weatherford, Garry v. C.R. Bard, | 2:19-cv-03779-DGC | USDC, Western District of Virginia | Weatherford | Garry | |
| Wetzel v. C.R. Bard, Inc., et al. | 2:19-cv-03719-DGC | USDC, Central District of California | Wetzel | David | J. |

Exhibit B