William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone: (214) 890-1000
Facsimile: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL No. 2:15-MD-02641-PHX-DGC |
|---|---|
| This document relates to the cases listed on Exhibit A attached hereto. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs whose cases are listed on Exhibit A attached hereto ("Plaintiffs") and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of the cases listed on Exhibit A with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

//

//

Respectfully submitted this 7th day of April 2021.

           Respectfully submitted,

           */s/ William B. Curtis*
           WILLIAM CURTIS, Esq.
           Texas State Bar No. 00783918
           **CURTIS LAW GROUP**
           17754 Preston Rd., Suite 200
           Dallas, TX  75252
           (214) 890-1000 Telephone
           (214) 890-1010 Facsimile
           bcurtis@curtis-lawgroup.com

           **ATTORNEY FOR PLAINTIFF**

           */s/ Richard B. North*
           Richard B. North, Jr., GA Bar #545599
           Nelson Mullins Riley & Scarborogh, LLP
           2017 17th St. NW, Suite 1700
           Atlanta, GA 30363
           Tel: 404-322-6000
           Fax: 404-322-6050
           Richard.north@nelsonmullins.com
           **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

           */s/ William Curtis*
           WILLIAM CURTIS