# EXHIBIT A

|     | Last Name: | First Name: | Docket no.: |
|-----|------------|-------------|-------------|
| 1.  | Williams   | Kristy      | 2:16-cv-00435-DGC |
| 2.  | Coleman    | Stephanie   | 2:16-cv-02190-DGC |
| 3.  | Brown      | Linda       | 2:16-cv-02191-DGC |
| 4.  | Allemand   | Nancy       | 2:16-cv-02193-DGC |
| 5.  | D'Antonio  | Michael     | 2:16-cv-02196-DGC |
| 6.  | Hunt       | Carl        | 2:16-cv-02197-DGC |
| 7.  | Hoover     | Carla       | 2:16-cv-02199-DGC |
| 8.  | Shields    | Larry       | 2:16-cv-02865-DGC |
| 9.  | Carroll    | Charles     | 2:16-cv-03126-DGC |
| 10. | Cummings   | Timothy     | 2:16-cv-03127-DGC |
| 11. | Steinhilber| James       | 2:16-cv-03129-DGC |
| 12. | Jordan     | La Kel      | 2:16-cv-03130-DGC |
| 13. | George     | Barbara     | 2:16-cv-03987-DGC |
| 14. | Anguin     | Christina   | 2:16-cv-04105-DGC |
| 15. | Bates      | Frances     | 2:16-cv-04129-DGC |
| 16. | Beady      | Brett       | 2:16-cv-04130-DGC |
| 17. | Blankenship| William     | 2:16-cv-04135-DGC |
| 18. | Boncoraglio| George      | 2:16-cv-04137-DGC |
| 19. | Carter     | Robert      | 2:16-cv-04149-DGC |
| 20. | Clark      | Patricia    | 2:16-cv-04150-DGC |
| 21. | Dinkle     | Velma       | 2:16-cv-04155-DGC |
| 22. | Emery      | Patricia    | 2:16-cv-04169-DGC |
| 23. | Ganschow   | Lois        | 2:16-cv-04171-DGC |
| 24. | Goshert    | Jesse       | 2:16-cv-04187-DGC |
| 25. | Deck       | Valli       | 2:16-cv-04199-DGC |
| 26. | Haynes     | Jonathan    | 2:16-cv-04203-DGC |
| 27. | Lane       | John        | 2:16-cv-04216-DGC |
| 28. | Lloyd      | Cretest     | 2:16-cv-04218-DGC |
| 29. | Martino    | Christina   | 2:16-cv-04219-DGC |
| 30. | Marx       | Paul        | 2:16-cv-04226-DGC |
| 31. | Mays       | Michael     | 2:16-cv-04227-DGC |
| 32. | Miller     | Barbara     | 2:16-cv-04241-DGC |
| 33. | Moseley    | Travis      | 2:16-cv-04242-DGC |
| 34. | Nevadomski | Gregory     | 2:16-cv-04243-DGC |
| 35. | Parmenter  | Michael     | 2:16-cv-04246-DGC |
| 36. | Pearce     | William     | 2:16-cv-04247-DGC |

| 37. | Raleigh | Jeffery | 2:16-cv-04259-DGC |
|-----|---------|---------|-------------------|
| 38. | Robinson | Robin | 2:16-cv-04263-DGC |
| 39. | Romig | Bobbie | 2:16-cv-04276-DGC |
| 40. | Serres | Gary | 2:16-cv-04279-DGC |
| 41. | Smith | Kayla | 2:16-cv-04280-DGC |
| 42. | Souza | Paul | 2:16-cv-04281-DGC |
| 43. | Squitieri | Richard | 2:16-cv-04282-DGC |
| 44. | Ward | Elton | 2:16-cv-04310-DGC |
| 45. | Williams | Keith | 2:16-cv-04311-DGC |
| 46. | Steinmuller | Stephany | 2:16-cv-04424-DGC |
| 47. | Arcos | Janie | 2:17-cv-00491-DGC |