# EXHIBIT A

|    | Last Name:  | First Name:  | Docket no.:       |
|----|-------------|--------------|-------------------|
| 1. | Dion        | Sharon       | 2:17-cv-00492-DGC |
| 2. | Linville    | Marjorie     | 2:17-cv-00493-DGC |
| 3. | Hull        | Kathryn      | 2:17-cv-00494-DGC |
| 4. | Hunt        | Barbara      | 2:17-cv-00972-DGC |
| 5. | Melton      | LouAnn       | 2:17-cv-01507-DGC |
| 6. | Scott       | James        | 2:17-cv-01508-DGC |
| 7. | Ross        | Patrick      | 2:17-cv-02183-DGC |
| 8. | Adkins      | Robert       | 2:17-cv-02184-DGC |
| 9. | Tillson     | Paul         | 2:17-cv-02185-DGC |
| 10.| Mayle       | Darlene      | 2:17-cv-02186-DGC |
| 11.| Curtis      | Colleen      | 2:17-cv-02408-DGC |
| 12.| Herring     | Bonnie       | 2:17-cv-02410-DGC |
| 13.| Honaker     | Larry        | 2:17-cv-02411-DGC |
| 14.| Howell      | Pamla        | 2:17-cv-02413-DGC |
| 15.| Mitchell    | Suzat        | 2:17-cv-02414-DGC |
| 16.| Allen       | Gary         | 2:17-cv-02601-DGC |
| 17.| Hess        | Donna        | 2:17-cv-02603-DGC |
| 18.| Jarred      | Scott        | 2:17-cv-02604-DGC |
| 19.| Jimenez     | George       | 2:17-cv-02605-DGC |
| 20.| Kornegay    | Mandy        | 2:17-cv-02606-DGC |
| 21.| Owens       | James        | 2:17-cv-02607-DGC |
| 22.| Reed        | Clifford     | 2:17-cv-02608-DGC |
| 23.| Washington  | Mark "Mack"  | 2:17-cv-02610-DGC |
| 24.| Mockridge   | David        | 2:17-cv-02978-DGC |
| 25.| McCain      | Sidney       | 2:17-cv-02979-DGC |
| 26.| Chitty      | Sabrina      | 2:17-cv-02980-DGC |
| 27.| Brown       | Matthew      | 2:17-cv-02981-DGC |
| 28.| Carroll     | Alford       | 2:17-cv-02984-DGC |
| 29.| Henson      | Kathleen     | 2:17-cv-02985-DGC |
| 30.| Green       | Jimmy        | 2:17-cv-02986-DGC |
| 31.| Alejandro   | Guadalupe    | 2:17-cv-03562-DGC |
| 32.| Buis        | John         | 2:17-cv-03563-DGC |
| 33.| Carrillo    | Dora         | 2:17-cv-03564-DGC |
| 34.| Casci       | Kathleen     | 2:17-cv-03565-DGC |
| 35.| Conley      | Barbara      | 2:17-cv-03566-DGC |
| 36.| Dean        | Tim          | 2:17-cv-03567-DGC |
| 37.| Hostettler  | David        | 2:17-cv-03570-DGC |
| 38.| Jackson     | Charles      | 2:17-cv-03571-DGC |

| | | | |
|---|---|---|---|
| 39. | Quesenberry | Frank | 2:17-cv-03573-DGC |
| 40. | Rubio | Linda | 2:17-cv-03574-DGC |
| 41. | Masters | Richard | 2:17-cv-03611-DGC |
| 42. | Wilemon | Wade | 2:17-cv-04070-DGC |
| 43. | Tressler | Gina | 2:17-cv-04071-DGC |
| 44. | Fuentes-Parrish | DeirDrea | 2:17-cv-04072-DGC |
| 45. | DiPatri-LoFaro | Christey | 2:17-cv-04073-DGC |
| 46. | Demuth-Kresser | Cheryl | 2:17-cv-04074-DGC |
| 47. | Rowe | Abbie | 2:17-cv-04075-DGC |