# EXHIBIT A

|  | Last Name: | First Name: | Docket no.: |
|---|---|---|---|
| 1. | Hamm | Jonathan | 2:17-cv-04076-DGC |
| 2. | Bryant | Ron | 2:17-cv-04077-DGC |
| 3. | Sagastume | Jovanna | 2:17-cv-04435-DGC |
| 4. | Bethke | Fonda | 2:17-cv-04530-DGC |
| 5. | Richardson | Michelle | 2:17-cv-04531-DGC |
| 6. | Chuculate | Eric | 2:18-cv-00019-DGC |
| 7. | Duffala | Dale | 2:18-cv-00020-DGC |
| 8. | Romero | Jaime | 2:18-cv-00021-DGC |
| 9. | Harris | Kristy | 2:18-cv-00123-DGC |
| 10. | Fitch | John | 2:18-cv-00124-DGC |
| 11. | King | Tammy | 2:18-cv-00125-DGC |
| 12. | Strother | Catherine | 2:18-cv-00126-DGC |
| 13. | Stephenson | Christopher | 2:18-cv-00127-DGC |
| 14. | Waller | Carrie | 2:18-cv-00128-DGC |
| 15. | Early | Michael | 2:18-cv-00387-DGC |
| 16. | Britton | Lynda | 2:18-cv-00455-DGC |
| 17. | Angiolillo | Laura | 2:18-cv-00457-DGC |
| 18. | Madison | Cargin | 2:18-cv-00460-DGC |
| 19. | Stokes-Harris | Michelle | 2:18-cv-00777-DGC |
| 20. | Thompson | Doris | 2:18-cv-00778-DGC |
| 21. | Jacobs | Carla | 2:18-cv-00781-DGC |
| 22. | Crump | Wanda | 2:18-cv-00785-DGC |
| 23. | Nickerson | Nancy | 2:18-cv-00912-DGC |
| 24. | Jones | Jereme | 2:18-cv-01195-DGC |
| 25. | Lemmons | Derrick | 2:18-cv-01196-DGC |
| 26. | Harpster | Elizabeth | 2:18-cv-01197-DGC |
| 27. | Ybanez | Angel | 2:18-cv-01363-DGC |
| 28. | Larue | Tim | 2:18-cv-01818-DGC |
| 29. | Abla | Steve | 2:18-cv-01819-DGC |
| 30. | Funderburk | Barbara | 2:18-cv-01820-DGC |
| 31. | Hubler | Frances | 2:18-cv-01821-DGC |
| 32. | Luna | Randle | 2:18-cv-01898-DGC |
| 33. | Whitley | Gregory | 2:18-cv-01899-DGC |
| 34. | Greenleaf | Kevin | 2:18-cv-02002-DGC |
| 35. | Zirbel | Linda | 2:18-cv-02454-DGC |

| 36. | Jimenez | Margaret | 2:18-cv-02455-DGC |
| --- | --- | --- | --- |
| 37. | Patterson | Benny | 2:18-cv-02591-DGC |
| 38. | Atkins | Clifton | 2:18-cv-02592-DGC |
| 39. | Price | Ella | 2:18-cv-02762-DGC |
| 40. | Faulkner | Tiffiney | 2:18-cv-02992-DGC |
| 41. | Douglas | Dennis | 2:18-cv-02993-DGC |
| 42. | Manning | Gloria | 2:18-cv-02995-DGC |
| 43. | Reels | Marla | 2:18-cv-02996-DGC |
| 44. | Gordon | Lester | 2:18-cv-03168-DGC |
| 45. | Sweeney | Clayton | 2:18-cv-03171-DGC |
| 46. | Young | Henry | 2:18-cv-03173-DGC |
| 47. | Cheney | Howard | 2:18-cv-03831-DGC |