|   |   |
|---|---|
| 1 | |
| 2 | William B. Curtis, Esq. (TX SBN 00783918) |
|   | (*admitted pro hac vice*) |
| 3 | **CURTIS LAW GROUP** |
|   | 17754 Preston Rd., Suite 200 |
| 4 | Dallas, Texas 75252 |
|   | Telephone:     (214) 890-1000 |
| 5 | Facsimile:       (214) 890-1010 |
|   | Email: bcurtis@curtis-lawgroup.com |
| 6 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:15-MD-02641-PHX-DGC** |
|---|---|
| This document relates to the cases listed on Exhibit A attached hereto. | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs whose cases are listed on Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021

_____