# EXHIBIT A

|  | Last Name: | First Name: | Docket no.: |
|---|---|---|---|
| 1. | Jackson | Edward | 2:18-cv-03832-DGC |
| 2. | Johnson | Ryan | 2:18-cv-03833-DGC |
| 3. | Pitman | Terry | 2:18-cv-03834-DGC |
| 4. | Staples | Thomas | 2:18-cv-03835-DGC |
| 5. | Hughes | Pearlie | 2:18-cv-04655-DGC |
| 6. | Wagner | Margaret | 2:18-cv-04656-DGC |
| 7. | Powell | Tenika | 2:18-cv-04657-DGC |
| 8. | Scallions | Brenda | 2:18-cv-04658-DGC |
| 9. | Anderson | Jean | 2:19-cv-00703-DGC |
| 10. | Collins | Artrick | 2:19-cv-00705-DGC |
| 11. | Patterson | Orval | 2:19-cv-00706-DGC |
| 12. | Erickson | Kevin | 2:19-cv-00707-DGC |
| 13. | Johnson | Debra | 2:19-cv-00921-DGC |
| 14. | Jones | Denise | 2:19-cv-01521-DGC |
| 15. | Hamilton | Rick | 2:19-cv-03349-DGC |
| 16. | Lingrel | Virgil | 2:19-cv-03352-DGC |
| 17. | McCloskey | Sara | 2:19-cv-03354-DGC |
| 18. | Bell | Courtney | 2:19-cv-03355-DGC |
| 19. | Calandra | John | 2:19-cv-03356-DGC |
| 20. | DeMaio | Gabriel | 2:19-cv-03357-DGC |
| 21. | Donna | Marie | 2:19-cv-03358-DGC |
| 22. | Nichols | Leslie | 2:19-cv-03359-DGC |
| 23. | Pinero | Anibal | 2:19-cv-03360-DGC |
| 24. | Briggs | Martha | 2:19-cv-03572-DGC |
| 25. | Blair | Todd | 2:19-cv-03575-DGC |
| 26. | Cristallo | Doreen | 2:19-cv-03576-DGC |
| 27. | Gerhart | Stephen | 2:19-cv-03578-DGC |
| 28. | Rose | Audrey | 2:19-cv-03583-DGC |
| 29. | Shackford | David | 2:19-cv-03585-DGC |
| 30. | Wrice | Jerry | 2:19-cv-03588-DGC |
| 31. | Guy | Anthony | 2:19-cv-03590-DGC |
| 32. | Albert | Steven | 2:19-cv-03786-DGC |
| 33. | Cervantes | Luis | 2:19-cv-03787-DGC |
| 34. | Henley | Jacob | 2:19-cv-03790-DGC |
| 35. | Holcomb | Tamara | 2:19-cv-03791-DGC |
| 36. | McBride | Jamie | 2:19-cv-03793-DGC |

| | | | |
|---|---|---|---|
| 37. | Menzel | David | 2:19-cv-03794-DGC |
| 38. | Russ | Kenneth | 2:19-cv-03795-DGC |
| 39. | Wood | James | 2:19-cv-03797-DGC |
| 40. | Cueford | Samuel | 2:19-cv-04090-DGC |
| 41. | Smith | Peggy | 2:19-cv-04097-DGC |
| 42. | Trujillo | Rosemary | 2:19-cv-04099-DGC |
| 43. | Wesson | Kim | 2:19-cv-04104-DGC |
| 44. | Davis | Elke | 2:19-cv-04107-DGC |
| 45. | Lessig | Doris | 2:19-cv-04109-DGC |
| 46. | Martinez | Rosendo | 2:19-cv-04112-DGC |
| 47. | Seidler | Warren | 2:19-cv-04114-DGC |