1

2   William B. Curtis, Esq. (TX SBN 00783918)
    (*admitted pro hac vice*)
3   **CURTIS LAW GROUP**
    17754 Preston Rd., Suite 200
4   Dallas, Texas 75252
    Telephone:    (214) 890-1000
5   Facsimile:    (214) 890-1010
    Email: bcurtis@curtis-lawgroup.com
6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                        **FOR THE DISTRICT OF ARIZONA**

9

10  **IN RE: BARD IVC FILTER PRODUCTS**          **MDL No. 2:15-MD-02641-PHX-DGC**
    **LIABILITY LITIGATION**

11

12  This document relates to the cases listed on
    Exhibit A attached hereto.

13

14        **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

15

16  Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs whose cases are listed on

17  Exhibit A attached hereto and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., IT IS HEREBY

18  ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs whose cases are listed on Exhibit

19  A are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own

20  costs.

21

22  Dated this _____ day of _____, 2021

23

24                                                    _____

25

26

27

28

                                        ORDER