1
2  William B. Curtis, Esq. (TX SBN 00783918)
   (*admitted pro hac vice*)
3  **CURTIS LAW GROUP**
   17754 Preston Rd., Suite 200
4  Dallas, Texas 75252
   Telephone: (214) 890-1000
5  Facsimile: (214) 890-1010
   Email: bcurtis@curtis-lawgroup.com
6

7          **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE DISTRICT OF ARIZONA**
8

9  **IN RE: BARD IVC FILTER PRODUCTS**
   **LIABILITY LITIGATION**
10

11  This document relates to:           **MDL No. 2:15-MD-02641-PHX-DGC**

12  *HILDA FLETCHER,*                   **Civil Action No. 2:16-cv-02194-DGC**

13         *Plaintiff,*                 **STIPULATION OF DISMISSAL WITH PREJUDICE**

14  v.

15  *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.*

16
         *Defendants.*
17

18
         **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**
19

20   The parties have filed a stipulation of dismissal with prejudice. Doc. _____.
21

22  **IT IS ORDERED** that the stipulation (Doc. ____) is **granted**. This matter (2:16-cv-02194)

23  is dismissed with prejudice, each party to bear its own costs and attorneys' fees.
24

25  Dated this ___ day of April 2021.

26
                                        _____
27

28

ORDER