William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone: (214) 890-1000
Facsimile: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *CHARLES NEWTON,* | **Civil Action No. 2:17-cv-00814-DGC** |
| *Plaintiff,* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Newton and Defendants, C.R. Bard and Bard Peripheral Vascular, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

The voluntary dismissal will only apply to docket number 2:16-cv-02194-DGC and will not have any effect on any other cases filed in regard to Plaintiff Charles Newton with different docket numbers.

Dated this 7th day of April 2021.

Respectfully submitted,

 /s/ William B. Curtis
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

 /s/ Richard B. North
Richard B. North, Jr., GA Bar #545599
Nelson Mullins Riley & Scarborogh, LLP
2017 17th St. NW, Suite 1700
Atlanta, GA 30363
Tel: 404-322-6000
Fax: 404-322-6050
Richard.north@nelsonmullins.com
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

 /s/ William Curtis
WILLIAM CURTIS