William B. Curtis, Esq. (TX SBN 00783918)
(*admitted pro hac vice*)
**CURTIS LAW GROUP**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone: (214) 890-1000
Facsimile: (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE: BARD IVC FILTER PRODUCTS LIABILITY LITIGATION** | |
| This document relates to: | **MDL No. 2:15-MD-02641-PHX-DGC** |
| *CHARLES NEWTON,* | **Civil Action No. 2:17-cv-00814-DGC** |
| *Plaintiff,* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *v.* | |
| *C.R. BARD AND BARD PERIPHERAL VASCULAR, INC.* | |
| *Defendants.* | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have filed a stipulation of dismissal with prejudice. Doc. _____.

**IT IS ORDERED** that the stipulation (Doc. ____) is **granted**. This matter (2:17-cv-00814) is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ___ day of April 2021.

_____

ORDER