# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Kristy Williams,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-00435-PHX-DGC<br><br>**ORDER** |
| Stephanie Coleman,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02190-PHX-DGC<br><br>**ORDER** |
| Linda Brown,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02191-PHX-DGC<br><br>**ORDER** |
| Nancy Allemand,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-02193-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Michael D'Antonio,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-02196-PHX-DGC<br><br>**ORDER** |
| Carl Hunt,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-02197-PHX-DGC<br><br>**ORDER** |
| Carla Hoover,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-02199-PHX-DGC<br><br>**ORDER** |
| Larry Shields,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-02865-PHX-DGC<br><br>**ORDER** |
| Charles Carroll,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-03126-PHX-DGC<br><br>**ORDER** |
| Timothy Cummings,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV16-03127-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| James Steinhilber,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-03129-PHX-DGC<br><br>**ORDER** |
| La Kel Jordan,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-03130-PHX-DGC<br><br>**ORDER** |
| Barbara George,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-03987-PHX-DGC<br><br>**ORDER** |
| Christina Anguin,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04105-PHX-DGC<br><br>**ORDER** |
| Frances J. Bates,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04129-PHX-DGC<br><br>**ORDER** |
| Brett Beady,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV16-04130-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| William C. Blankenship,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04135-PHX-DGC<br><br>**ORDER** |
| George Boncoraglio,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04137-PHX-DGC<br><br>**ORDER** |
| Robert L. Carter, Sr.<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04149-PHX-DGC<br><br>**ORDER** |
| Patricia Clark,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04150-PHX-DGC<br><br>**ORDER** |
| Velma F. Dinkle,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04155-PHX-DGC<br><br>**ORDER** |
| Patricia Emery,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV16-04169-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Lois Ganschow,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04171-PHX-DGC<br><br>**ORDER** |
| Jesse Goshert,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04187-PHX-DGC<br><br>**ORDER** |
| Valli Deck,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04199-PHX-DGC<br><br>**ORDER** |
| Jonathan Haynes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04203-PHX-DGC<br><br>**ORDER** |
| Cretest Lloyd,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04218-PHX-DGC<br><br>**ORDER** |
| Diane L. Martino, successor in interest for Christina Martino,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04219-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Paul K. Marx, Jr.<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04226-PHX-DGC<br><br>**ORDER** |
| Michael E. Mays,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04227-PHX-DGC<br><br>**ORDER** |
| Barbara Miller,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04241-PHX-DGC<br><br>**ORDER** |
| Travis E. Moseley,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04242-PHX-DGC<br><br>**ORDER** |
| Gregory Nevadomski,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04243-PHX-DGC<br><br>**ORDER** |
| Michael Parmenter,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV16-04246-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| William Pearce,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04247-PHX-DGC<br><br>**ORDER** |
| Robin L. Robinson,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04263-PHX-DGC<br><br>**ORDER** |
| Bobbie Romig,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04276-PHX-DGC<br><br>**ORDER** |
| Gary Serres,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04279-PHX-DGC<br><br>**ORDER** |
| Kayla Smith,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04280-PHX-DGC<br><br>**ORDER** |
| Paul A. Souza,<br>   Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>   Defendants. | No. CV16-04281-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Richard Squitieri,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04282-PHX-DGC<br><br>**ORDER** |
| Elton L. Ward,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04310-PHX-DGC<br><br>**ORDER** |
| Keith Williams,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04311-PHX-DGC<br><br>**ORDER** |
| Stephany Steinmuller,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV16-04424-PHX-DGC<br><br>**ORDER** |
| Janie Arcos,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV17-00491-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 22018.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 22018) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 7th day of April, 2021.

_____
David G. Campbell
Senior United States District Judge