# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Sharon Dion,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00492-PHX-DGC<br><br>**ORDER** |
| Marjorie Linville,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00493-PHX-DGC<br><br>**ORDER** |
| Kathryn Hull,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00494-PHX-DGC<br><br>**ORDER** |
| Barbara Hunt,<br>　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　Defendants. | No. CV17-00972-PHX-DGC<br><br>**ORDER** |

| | | |
|---|---|---|
| Louann Melton, | | No. CV17-01507-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |
| James Scott, | | No. CV17-01508-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |
| Patrick Ross, | | No. CV17-02183-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |
| Robert Adkins, | | No. CV17-02184-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |
| Darlene Mayle, | | No. CV17-02186-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |
| Colleen Curtis, | | No. CV17-02408-PHX-DGC |
| | Plaintiff, | |
| v. | | **ORDER** |
| C.R. Bard, et al., | | |
| | Defendants. | |

| | |
|---|---|
| Bonnie Herring,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02410-PHX-DGC<br><br>**ORDER** |
| Larry Honaker,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02411-PHX-DGC<br><br>**ORDER** |
| Pamla Howell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02413-PHX-DGC<br><br>**ORDER** |
| Suzat Mitchell,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02414-PHX-DGC<br><br>**ORDER** |
| Gary Allen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02601-PHX-DGC<br><br>**ORDER** |
| Donna Hess,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-02603-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Scott Jarred,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02604-PHX-DGC<br><br>**ORDER** |
| George Jimenez,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02605-PHX-DGC<br><br>**ORDER** |
| Mandy Kornegay,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02606-PHX-DGC<br><br>**ORDER** |
| James Owens,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02607-PHX-DGC<br><br>**ORDER** |
| Clifford Reed,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02608-PHX-DGC<br><br>**ORDER** |
| Mack Washington,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV17-02610-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| David Mockridge,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02978-PHX-DGC<br><br>**ORDER** |
| Sidney McCain,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02979-PHX-DGC<br><br>**ORDER** |
| Sabrina Chitty,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02980-PHX-DGC<br><br>**ORDER** |
| Alford Carroll, Sr.,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02984-PHX-DGC<br><br>**ORDER** |
| Kathleen Henson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02985-PHX-DGC<br><br>**ORDER** |
| Jimmy Green,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV17-02986-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Guadalupe Alejandro,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03562-PHX-DGC<br><br>**ORDER** |
| John Buis,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03563-PHX-DGC<br><br>**ORDER** |
| Dora Carrillo,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03564-PHX-DGC<br><br>**ORDER** |
| Kathleen Casci,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03565-PHX-DGC<br><br>**ORDER** |
| Barbara Conley,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03566-PHX-DGC<br><br>**ORDER** |
| Tim Dean,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV17-03567-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| David Hostettler,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03570-PHX-DGC<br><br>**ORDER** |
| Charles Jackson,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03571-PHX-DGC<br><br>**ORDER** |
| Frank Quesenberry,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03573-PHX-DGC<br><br>**ORDER** |
| Linda Rubio,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03574-PHX-DGC<br><br>**ORDER** |
| Richard Masters,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-03611-PHX-DGC<br><br>**ORDER** |
| Wade Wilemon,<br>       Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV17-04070-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Gina Tressler,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04071-PHX-DGC<br><br>**ORDER** |
| DeirDrea Fuentes-Parrish,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04072-PHX-DGC<br><br>**ORDER** |
| Christey DiPatri-LoFaro,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04073-PHX-DGC<br><br>**ORDER** |
| Cheryl Demuth-Kresser,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04074-PHX-DGC<br><br>**ORDER** |
| Abbie Rowe,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No. CV17-04075-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 22019.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 22019) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 7th day of April, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge