# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation<br>This document relates to: | No.  MDL 15-2641-PHX DGC |
| Jonathan Hamm,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-04076-PHX-DGC<br><br>**ORDER** |
| Ron Bryant,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-04077-PHX-DGC<br><br>**ORDER** |
| Fonda Bethke,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-04530-PHX-DGC<br><br>**ORDER** |
| Michelle Richardson,<br>　　　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　　　Defendants. | No.  CV17-04531-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Eric Chuculate,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00019-PHX-DGC<br><br>**ORDER** |
| Dale Duffala,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00020-PHX-DGC<br><br>**ORDER** |
| Jaime Romero,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00021-PHX-DGC<br><br>**ORDER** |
| Kristy Harris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00123-PHX-DGC<br><br>**ORDER** |
| John Fitch,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00124-PHX-DGC<br><br>**ORDER** |
| Tammy King,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No. CV18-00125-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Catherine Strother,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00126-PHX-DGC<br><br>**ORDER** |
| Christopher Stephenson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00127-PHX-DGC<br><br>**ORDER** |
| Carrie Waller,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00128-PHX-DGC<br><br>**ORDER** |
| Michael Early,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00387-PHX-DGC<br><br>**ORDER** |
| Lynda Britton,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00455-PHX-DGC<br><br>**ORDER** |
| Laura Angiolillo,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV18-00457-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Cargin Madison, III,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00460-PHX-DGC<br><br>**ORDER** |
| Michelle Stokes-Harris,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00777-PHX-DGC<br><br>**ORDER** |
| Doris Thompson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00778-PHX-DGC<br><br>**ORDER** |
| Carla Jacobs,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00781-PHX-DGC<br><br>**ORDER** |
| Wanda Crump,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00785-PHX-DGC<br><br>**ORDER** |
| Nancy Nickerson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-00912-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Jereme Jones,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01195-PHX-DGC<br><br>**ORDER** |
| Derrick Lemmons,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01196-PHX-DGC<br><br>**ORDER** |
| Elizabeth Harpster,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01197-PHX-DGC<br><br>**ORDER** |
| Angel Ybanez,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01363-PHX-DGC<br><br>**ORDER** |
| Tim Larue,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01818-PHX-DGC<br><br>**ORDER** |
| Steve Abla,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-01819-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Barbara Funderburk,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-01820-PHX-DGC<br><br>**ORDER** |
| Randle Luna, II,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-01898-PHX-DGC<br><br>**ORDER** |
| Gregory Whitley,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-01899-PHX-DGC<br><br>**ORDER** |
| Kevin Greenleaf,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-02002-PHX-DGC<br><br>**ORDER** |
| Linda Zirbel,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-02454-PHX-DGC<br><br>**ORDER** |
| Margaret Jimenez,<br>         Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>         Defendants. | No.  CV18-02455-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Benny Patterson,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02591-PHX-DGC<br><br>**ORDER** |
| Ella Price,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02762-PHX-DGC<br><br>**ORDER** |
| Tiffiney Faulkner,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02992-PHX-DGC<br><br>**ORDER** |
| Dennis Douglas, Jr.,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02993-PHX-DGC<br><br>**ORDER** |
| Gloria Manning,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02995-PHX-DGC<br><br>**ORDER** |
| Marla Reels,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV18-02996-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Lester Gordon,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03168-PHX-DGC<br><br>**ORDER** |
| Clayton Sweeney,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03171-PHX-DGC<br><br>**ORDER** |
| Henry Young,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03173-PHX-DGC<br><br>**ORDER** |
| Howard Cheney,<br>             Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>             Defendants. | No.  CV18-03831-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit.  Doc. 22020.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 22020) is **granted**.  Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 7th day of April, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge