# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Charles Newton,<br>     Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>     Defendants. | No. CV17-00814-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiff listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 22024. This case, CV17-00814 PHX DGC, was dismissed with prejudice by Order Doc. 21973 in Lead Case MDL15-2641 PHX DGC on March 22, 2021.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiff Charles Newton (Doc. 22024) is **denied as moot.**

Dated this 8th day of April, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge