# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Edward Jackson, Jr.,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03832-PHX-DGC<br><br>**ORDER** |
| Ryan Johnson,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03833-PHX-DGC<br><br>**ORDER** |
| Terry Pitman,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03834-PHX-DGC<br><br>**ORDER** |
| Thomas Staples,<br>              Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>              Defendants. | No. CV18-03835-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Pearlie Hughes,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04655-PHX-DGC<br><br>**ORDER** |
| Margaret Wagner,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04656-PHX-DGC<br><br>**ORDER** |
| Tenika Powell-Bey,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04657-PHX-DGC<br><br>**ORDER** |
| Brenda Scallions,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04658-PHX-DGC<br><br>**ORDER** |
| Jean Anderson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00703-PHX-DGC<br><br>**ORDER** |
| Artrick Collins,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00705-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Orval Patterson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00706-PHX-DGC<br><br>**ORDER** |
| Kevin Erickson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00707-PHX-DGC<br><br>**ORDER** |
| Debra Johnson,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-00921-PHX-DGC<br><br>**ORDER** |
| Denise Jones,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-01521-PHX-DGC<br><br>**ORDER** |
| Rick Hamilton,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03349-PHX-DGC<br><br>**ORDER** |
| Virgil Lingrel,<br>    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>    Defendants. | No. CV19-03352-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Sara McCloskey,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03354-PHX-DGC<br><br>**ORDER** |
| Courtney Bell,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03355-PHX-DGC<br><br>**ORDER** |
| John Calandra, Jr.,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03356-PHX-DGC<br><br>**ORDER** |
| Gabriel DeMaio,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03357-PHX-DGC<br><br>**ORDER** |
| Marie Donna,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03358-PHX-DGC<br><br>**ORDER** |
| Leslie Nichols,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03359-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Anibal Pinero, Jr.,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-03360-PHX-DGC<br><br>**ORDER** |
| Martha Briggs,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No.  CV19-03572-PHX-DGC<br><br>**ORDER** |
| Todd Blair,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-03575-PHX-DGC<br><br>**ORDER** |
| Doreen Cristallo,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-03576-PHX-DGC<br><br>**ORDER** |
| Stephen Gerhart,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-03578-PHX-DGC<br><br>**ORDER** |
| Audrey Rose,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No.  CV19-03583-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| David Shackford,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03585-PHX-DGC<br><br>**ORDER** |
| Jerry Wrice, Sr.,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03588-PHX-DGC<br><br>**ORDER** |
| Anthony Guy,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03590-PHX-DGC<br><br>**ORDER** |
| Steven Albert,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03786-PHX-DGC<br><br>**ORDER** |
| Luis Cervantes,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03787-PHX-DGC<br><br>**ORDER** |
| Jacob Henley,<br>                    Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>                    Defendants. | No.  CV19-03790-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Tamara Holcomb,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03791-PHX-DGC<br><br>**ORDER** |
| Jamie McBride,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03793-PHX-DGC<br><br>**ORDER** |
| David Menzel,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03794-PHX-DGC<br><br>**ORDER** |
| James Wood,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-03797-PHX-DGC<br><br>**ORDER** |
| Samuel Cueford,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-04090-PHX-DGC<br><br>**ORDER** |
| Peggy Smith,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No.  CV19-04097-PHX-DGC<br><br>**ORDER** |

| | |
|---|---|
| Rosemary Trujillo,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04099-PHX-DGC<br><br>**ORDER** |
| Elke Davis,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04107-PHX-DGC<br><br>**ORDER** |
| Doris Lessig,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04109-PHX-DGC<br><br>**ORDER** |
| Rosendo Martinez,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04112-PHX-DGC<br><br>**ORDER** |
| Warren Seidler,<br>　　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　　Defendants. | No. CV19-04114-PHX-DGC<br><br>**ORDER** |

The Court has considered the stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-entitled lawsuit. Doc. 22021.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice as to the Plaintiffs listed in this Order (Doc. 22021) is **granted**. Plaintiffs' claims are dismissed in their entirety with prejudice as to the re-filing of same, and the parties shall bear their own costs and attorneys' fees.

Dated this 8th day of April, 2021.

David G. Campbell
Senior United States District Judge