# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Bard IVC Filters Products Liability Litigation | No. MDL 15-02641-PHX-DGC<br><br>**QUALIFIED PROTECTIVE ORDER** |

The individuals listed on attached Exhibit A have asserted claims against Defendants in the above captioned action. These individuals have retained BARON & BUDD, P.C. as Counsel to represent them in relation to the above-captioned action. BARON & BUDD, P.C. ("Counsel") agrees that they represent the individuals identified in Exhibit A.[1]

Having considered Counsel's unopposed motion for entry of a qualified protective order (Doc. 22010), and for good cause shown,

**IT IS ORDERED:**

1. By virtue of their status as Counsel for the individuals listed on Exhibit A, Counsel shall resolve any potential Part A and/or Part B fee-for-service Medicare Secondary Payer (MSP) claim(s) related to settlements, judgments, awards, or other payments associated with the above captioned action for those individuals on Exhibit A who are or were Medicare beneficiaries.

---

[1] The exhibit proposed by Counsel includes individuals who have asserted no claims against Defendants in this MDL. *See* Doc. 22010-1. The Court declines to enter a protective order with respect to non-plaintiffs, and has revised Exhibit A accordingly.

2. Counsel has also retained ARCHER Systems, LLC ("ARCHER") to identify and resolve potential healthcare liens with Medicaid agencies, TRICARE, Veteran's Administration, Department of Defense, Indian Health Services, and private health insurers, (hereinafter, collectively "the Agencies") claim(s) related to settlements, judgments, awards, or other payments associated with the above captioned action for those individuals on Exhibit A who are or were beneficiaries of the Agencies.

3. The entry of this HIPAA-compliant qualified protective order is necessary in this action in order to permit the Agencies to transmit lists of information, including protected health information and other related information regarding the individuals listed on Exhibit A to ARCHER, rather than providing copies of individual HIPAA authorizations and information on a claimant-by-claimant basis, including any third party authorized by ARCHER or the Court to assist in the resolution of the Agencies' potential liens and reimbursement claims.

4. As such, it is hereby ordered:

   a. This Qualified Protective Order shall apply to all "protected health information" and "individually identifiable health information," as defined by 45 CFR § 160.103, or information that is otherwise protected from disclosure by the Privacy Act, 5 U.S.C. § 551a, the Health Insurance Portability and Accountability Act of 1996, Pub. L. 104-191, 42 CFR § 431 Subpart F, titled "Safeguarding Information on Applicants and Recipients" and other applicable state law, created, received or collected from plaintiffs and claimants by the Agencies, including, but not limited to: (a) names and addresses, dates of birth, social security numbers, identification numbers and other demographic information that identifies, or could be used to identify the individuals listed on Exhibit A; (b) eligibility and entitlement information for the individuals listed on Exhibit A; (c) claims information relating to the past, present, or future health care of the individuals listed on

Exhibit A; (d) claims information relating to the provision of healthcare to the individuals listed on Exhibit A; and, (e) claims information relating to the past, present, or future payment for the provision of healthcare to the individuals listed on Exhibit A.

b. Each Agency is hereby authorized and directed to transmit to ARCHER to assist in the resolution of potential liens or reimbursement claims, any information, including claims information and other protected health information, for those individuals listed on Exhibit A against whom they may assert liens or reimbursement claims.

c. ARCHER shall not use or disclose any protected health information or individually identifiable health information subject to this Qualified Protective Order for any purpose other than this litigation, including compliance with any applicable Court orders or other legal obligations. Similarly, the Agencies shall only use the information listed on Exhibit A for the specific purposes of transmitting to ARCHER any information, including claims information and other protected health information, for those individuals listed on Exhibit A in the above-captioned matter against whom the Agencies have asserted liens or reimbursement claims, or in whose potential settlements the Agencies may have an interest. The Agencies shall only make the information for the individuals listed on Exhibit A available to those within their respective Agency who need access to the information for the individuals listed on Exhibit A for the specific purpose stated in this paragraph. If the Agency utilizes outside vendors or companies to perform part or all of their tort recovery practices, the outside vendors or companies shall be expressly bound by all terms and conditions of this Qualified Protective Order.

d. ARCHER shall maintain any protected health information or individually identifiable health information subject to this Qualified Protective Order in a

|   |   |
|---|---|
| 1 | secure and safe area and shall exercise the same standard of due and proper |
| 2 | care with respect to the storage, custody, use and/or dissemination of such |
| 3 | protected health information as is exercised by ARCHER with respect to its |
| 4 | own confidential proprietary information. |

Dated this 12th day of April, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

Exhibit A

Baron & Budd's Motion for Qualified Protective Order

| Client Name | Case No. |
|---|---|
| Brigitte Arp and Fritz M. Arp | 2:19-cv-03258 PHX DGC |
| Maria M. Barraza | 2:18-cv-03098 PHX DGC |
| Paul Beasley | 2:18-cv-03079 PHX DGC |
| Vanessa Davis, PR for Katina Bethea | 2:18-cv-04199 PHX DGC |
| Kirsten Bicica | 2:16-cv-00177 PHX DGC |
| Karen Black | 2:19-cv-01258 PHX DGC |
| Irvin Cady | 2:18-cv-03099 PHX DGC |
| Cheyenne Carter | 2:16-cv-00178 PHX DGC |
| Sandra Carter | 2:18-cv-03100 PHX DGC |
| Laura Chance and Mark Allen Chance, Sr. | 2:16-cv-03627 PHX DGC |
| Larry Darnell Chapman | 2:18-cv-04151 PHX DGC |
| Arthur Lee Collins, Sr. | 2:18-cv-03081 PHX DGC |
| Martin Crissey | 2:16-cv-01362 PHX DGC |
| Kerry Currenti | 2:18-cv-02761 PHX DGC |
| Kimberly Curry | 2:16-cv-00179 PHX DGC |
| Amy Elizabeth Dahl | 2:18-cv-03101 PHX DGC |
| Robert Dostie | 2:18-cv-04152 PHX DGC |
| Robert Dougal | 2:16-cv-00180 PHX DGC |
| Edmund James Eastman, Jr. | 2:16-cv-03760 PHX DGC |
| Myra Edwards | 2:15-cv-02090 PHX DGC |
| RaSheedah El-Amin | 2:17-cv-01358 PHX DGC |
| Jill Ferroni | 2:17-cv-01386 PHX DGC |
| Calvin Finnels | 2:17-cv-01382 PHX DGC |
| Freddie Flippin | 2:17-cv-01387 PHX DGC |
| Nicko Freeman | 2:18-cv-03102 PHX DGC |
| Tyler Hands as PR for Raymond Gardner | 2:19-cv-00045 PHX DGC |
| Carrie Garner | 2:18-cv-03085 PHX DGC |
| James Gauntt | 2:18-cv-04155 PHX DGC |
| Judy Gibson | 2:16-cv-00181 PHX DGC |
| James Graham | 2:18-cv-03103 PHX DGC |
| Joyce Hall | 2:16-cv-00851 PHX DGC |
| Matthew E. Hall | 2:16-cv-01363 PHX DGC |
| Lorella Hammond | 2:18-cv-03086 PHX DGC |
| Robert Harwell, executor of the estate of Cindy Harwell | 2:16-cv-01364 PHX DGC |

| | |
|---|---|
| Susan Hayes | 2:16-cv-00182 PHX DGC |
| Cherie A. Himes-Fox | 2:18-cv-04158 PHX DGC |
| Donna Hoffler | 2:18-cv-03087 PHX DGC |
| Philip Horowitz | 2:18-cv-04161 PHX DGC |
| Deborah Howard | 2:16-cv-01223 PHX DGC |
| Star Huff | 2:16-cv-01243 PHX DGC |
| Andrew Johnson | 2:16-cv-03816 PHX DGC |
| Nancy Kiley | 2:16-cv-01239 PHX DGC |
| William Krause | 2:18-cv-03104 PHX DGC |
| Leoma Lambert | 2:17-cv-01359 PHX DGC |
| Mary J. Lazenby | 2:17-cv-04087 PHX DGC |
| Ben Levine | 2:18-cv-03105 PHX DGC |
| Joe Lopez | 2:16-cv-01358 PHX DGC |
| Donald Martel executor of the estate of Shirley Martel | 2:16-cv-01242 PHX DGC |
| Mandie Martz | 2:18-cv-03089 PHX DGC |
| Lester Dale McCartney | 2:17-cv-00126 PHX DGC |
| Samuel McCorkle | 2:18-cv-03090 PHX DGC |
| Kenya McGhee | 2:16-cv-01238 PHX DGC |
| Donald Menez | 2:16-cv-01207 PHX DGC |
| Diana Moss | 2:18-cv-00032 PHX DGC |
| Erin Nason | 2:18-cv-03091 PHX DGC |
| Ruth Nelson | 2:17-cv-01384 PHX DGC |
| Patricia Patterson | 2:18-cv-03106 PHX DGC |
| Valerie Pryor | 2:16-cv-01240 PHX DGC |
| Felicia Redding | 2:18-cv-03107 PHX DGC |
| Shannon Lee Remache | 2:18-cv-03109 PHX DGC |
| Mario Richard | 2:18-cv-03093 PHX DGC |
| Eddie Riggs as PR for Waynetta Riggs | 2:17-cv-03325 PHX DGC |
| Brian Ross | 2:18-cv-03092 PHX DGC |
| Tiffany Sell | 2:16-cv-01241 PHX DGC |
| Shirley Showalter | 2:18-cv-03112 PHX DGC |
| Tammie Siegfried | 2:18-cv-04201 PHX DGC |
| Brenda Smith | 2:17-cv-01388 PHX DGC |
| Edward Smith | 2:17-cv-01361 PHX DGC |
| Jennifer Spane | 2:18-cv-01581 PHX DGC |
| Kristen Stokely | 2:17-cv-03385 PHX DGC |
| Margaret Sweet | 2:18-cv-03095 PHX DGC |
| Kendrick Taylor | 2:15-cv-02463 PHX DGC |
| Brenda Townley | 2:16-cv-01359 PHX DGC |
| Benjamin Townsend | 2:16-cv-01384 PHX DGC |
| Dariel Tuck | 2:18-cv-04202 PHX DGC |

| | |
|---|---|
| Shari Waggoner | 2:18-cv-04329 PHX DGC |
| Winston Walton | 2:18-cv-04203 PHX DGC |
| Jack Ward | 2:17-cv-01357 PHX DGC |
| Richard Ward | 2:17-cv-01356 PHX DGC |
| Jason Waser | 2:18-cv-03113 PHX DGC |
| Donald Brown as PR for Virginia Watson | 2:17-cv-01383 PHX DGC |
| Elisha Wertz | 2:17-cv-01389 PHX DGC |
| Peggy White | 2:18-cv-04204 PHX DGC |
| Carrie Whitmore | 2:17-cv-01353 PHX DGC |
| Amanda L. Williams | 2:18-cv-04204 PHX DGC |
| Anthony Williams | 2:16-cv-01361 PHX DGC |
| Michael S. Williams | 2:18-cv-04205 PHX DGC |
| Stephanie Williams | 2:17-cv-01360 PHX DGC |
| Alice Wilson | 2:18-cv-03097 PHX DGC |