# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | 2:15-MD-02641-DGC <br><br> MDL No. 2641 |

This document relates to:

Victoria Atilla; 2:18-cv-02789-DGC,
Robert Bandura; 2:19-cv-00927-DGC,
Barbara Bedard; 2:19-cv-00232-DGC,
Judy Britt; 2:19-cv-00187-DGC,
Mary Brown; 2:18-cv-00982-DGC,
Donald Butterbaugh; 2:18-cv-02790-DGC,
Nanette Caceres; 2:19-cv-02365-DGC,
Josephine Cottone; 2:19-cv-03220-DGC,
Donette Darrowe; 2:18-cv-02318-DGC,
Constance DeClemente; 2:18-cv-02363-DGC,
Janette Bialecki; 2:18-cv-02985-DGC,
Courtney Humphrey; 2:19-cv-03722-DGC,
Diana Ford; 2:19-cv-01987-DGC,
Margaret Golden; 2:19-cv-01773-DGC,
Jessie Gonzalez; 2:19-cv-02366-DGC,
David Groomes; 2:18-cv-02983-DGC,
Helen Headley; 2:19-cv-00854-DGC,
Herman Palmer; 2:19-cv-01986-DGC,
Thomas Hunter; 2:19-cv-00855-DGC,
William Kelman; 2:18-cv-04044-DGC,
Amy Krell; 2:19-cv-02779-DGC,
Michael Loucks; 2:19-cv-00856-DGC,
Felicia Mancuso; 2:19-cv-02775-DGC,
Ruben Marchese; 2:19-cv-02984-DGC,
David McMahon; 2:19-cv-02783-DGC,
Nicholas Miraglia; 2:19-cv-01886-DGC,
Dora Morales; 2:19-cv-02943-DGC,
Didy Najarro; 2:19-cv-03119-DGC,
Emmily Parkinson; 2:19-cv-02994-DGC,
Christopher Russell; 2:19-cv-00857-DGC,
Lisamarie Rykowski; 2:19-cv-01887-DGC,
David Sestokos; 2:19-cv-00234-DGC,
Anna Marie Sparacino; 2:19-cv-02372-DGC,
Regan Stefanik; 2:19-cv-00235-DGC,
Steven Szymanoski; 2:19-cv-02931-DGC,

Brian Teeter; 2:18-cv-02362-DGC,
Karen Thomas; 2:16-cv-00090-DGC,
Justin Walker; 2:19-cv-02945-DGC,

        Plaintiffs,

    v.

C R Bard Incorporated, et al.,

        Defendants.

### NOTICE OF FIRM NAME CHANGE, ADDRESS CHANGE, AND E-MAIL ADDRESS CHANGE PURSUANT LRCiv 83.3(d)

To:    The Clerk of The Court
        U.S. District Court of Arizona
        Phoenix, Arizona

Pursuant to Local Rule 83.3(d), the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Brian A Goldstein | Brian A Goldstein |
| **Law Firm, Company, and/or Agency:** | Cellino & Barnes P.C. | Cellino Law LLP |
| **Address:** | 350 Main Street<br>2500 Main Place Tower<br>Buffalo, New York  14202 | 350 Main Street<br>2500 Main Place Tower<br>Buffalo, New York  14202 |
| **Primary E-mail:** | brian.goldstein@cellinoandbarnes.com | brian.goldstein@cellinolaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | (716) 888-8888 | (716) 888-2020 |
| **Facsimile:** | (716) 854-6291 | (716) 259-2020 |

2

Respectfully submitted,

By: */s/ Brian A. Goldstein*
Brian A. Goldstein, Esq.
CELLINO LAW LLP
350 Main Street
2500 Main Place Tower
Buffalo, New York  14202
Telephone Number (716) 888-2020
Fax Number (716) 259-2020
brian.goldsein@cellinolaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein