IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | 2:15-MD-02641-DGC<br><br>MDL No. 2641 |

This document relates to:

Michael Adams; 2:19-cv-00927-DGC,
Judy A Britt; 2:19-cv-00187-DGC,

        Plaintiffs,

    v.

C R Bard Incorporated, et al.,

        Defendants.

**NOTICE OF FIRM NAME CHANGE, ADDRESS CHANGE, AND E-MAIL ADDRESS CHANGE PURSUANT LRCiv 83.3(d)**

To:    The Clerk of The Court
        U.S. District Court of Arizona
        Phoenix, Arizona

Pursuant to Local Rule 83.3(d), the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Michael J Williams | Michael J Williams |
| **Law Firm, Company, and/or Agency:** | Cellino & Barnes P.C. | Cellino Law LLP |
| **Address:** | 350 Main Street<br>2500 Main Place Tower<br>Buffalo, New York  14202 | 350 Main Street<br>2500 Main Place Tower<br>Buffalo, New York  14202 |

| Primary E-mail: | michael.williams@cellinoandbarnes.com | michael.williams@cellinolaw.com |
|---|---|---|
| Secondary E-mail(s): | | |
| Telephone Number: | (716) 888-8888 | (716) 888-2020 |
| Facsimile: | (716) 854-6291 | (716) 259-2020 |

                Respectfully submitted,

By: */s/ Michael J. Williams*
     Michael J. Williams, Esq.
     CELLINO LAW LLP
     350 Main Street
     2500 Main Place Tower
     Buffalo, New York  14202
     Telephone Number (716) 888-2020
     Fax Number (716) 259-2020
     michael.williams@cellinolaw.com
     *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                                              /s/ Michael J. Williams