**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

IN RE: Bard IVC Filters Products Liability
Litigation

This document relates to:                                    MDL No. 15-02641-PHX-DGC

        2:19:cv-00927-DGC
        2:19-cv-00187-DGC
        2:19-cv-02366-DGC
        2:19-cv-02775-DGC
        2:19-cv-03119-DGC
        2:19-cv-02945-DGC

        Defendants.

## ENTRY OF APPEARANCE

Joe Vazquez hereby enters his appearance as counsel for the plaintiffs listed below.

Prior to filing this Entry of Appearance, counsel attests that he registered for and obtained a

District of Arizona CFM/ECF log in name and password. I appear in the following cases as

counsel for plaintiffs:

        Michael Adams
        Judy A. Britt
        Jessie J. Gonzalez
        Felicia M. Mancuso
        Didy Najarro
        Justin M. Walker

Respectfully submitted,

By:  */s/ Joe Vazquez*_____
      Joe A. Vazquez, Esq.
      The Barnes Firm, P.C.
      420 Lexington Avenue
      Suite 2140
      New York, NY 10170
      Telephone Number 800-800-0000
      Fax Number 800-853-5153
      Joe.Vazquez@thebarnesfirm.com
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

*/s/ Joe Vazquez*