Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona  85008
480-429-3019
*Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
Howard Nations Law
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO FILE UNDER SEAL**<br><br>**(Filed *Ex Parte*)** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee and the Co-Chairs of the Common Benefit Fee and Cost Committee respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal Plaintiffs' Amended Proposed Scheduling Order: Common Benefit Fees and Expense Reimbursement ("Proposed Scheduling Order").

The Amended Proposed Scheduling Order contains confidential information relating to procedures affecting all Participating Counsel as defined in Case Management Order No. 6 (Doc. 372).  Furthermore, as the Court is undoubtedly aware, all filings

MOT to file under seal(804747.1).doc

related to the Common Benefit Fee and Cost Committee have been filed under seal in this litigation. Accordingly, good cause exists for sealing the Exhibit.

RESPECTFULLY SUBMITTED this 26th day of April 2021.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*
 Mark S. O'Connor
 701 N. 44th Street
 Phoenix, Arizona 85008
*Co-Lead Counsel for Plaintiffs/Liaison Counsel to the Common Benefit Fee and Cost Committee*

HOWARD NATIONS LAW
 Howard Nations (TX Bar No. 14823000)
 (admitted *pro hac vice*)
 9703 Richmond, Suite 200
 Houston, Texas 77042
 713-807-8400
*Co-Chair, Common Benefit Fee and Cost Committee*

LIEFF CABRASER HEIMANN & BERNSTIEN
 Wendy Fleishman (NY Bar No. 2500429)
 (admitted *pro hac vice*)
 250 Hudson Street, 8th Floor
 New York, NY 10013
 212-355-9500
Co-*Chair, Common Benefit Fee and Cost Committee*

1

MOT to file under seal(804747.1).doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Kelly White

2

MOT to file under seal(804747.1).doc