**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | 2:15-MD-02641-DGC |
| | MDL No. 2641 |
| This document relates to: | |
| Judy A. Britt, | Civil No. 2:19-cv-00187-DGC |
| Plaintiff, | |
| v. | |
| C R Bard Incorporated, et al., | |
| Defendants. | |

## <u>WITHDRAWAL OF APPEARANCE</u>

To:  The Clerk of The Court
     U.S. District Court of Arizona
     Phoenix, Arizona

Kindly withdraw the appearance of Brian A. Goldstein, Esq. and Michael J. Williams, Esq. as attorneys of record for Plaintiff, in the above-captioned matter. Brian A. Goldstein and Michael J. Williams are both attorneys at Cellino Law LLP, a successor firm of Cellino & Barnes P.C.

Plaintiff will continue to be represented by Joe A. Vazquez of The Barnes Firm, a successor firm of Cellino & Barnes P.C.

Respectfully submitted,

By:  */s/ Brian A. Goldstein*               */s/ Michael J. Williams*          
Brian A. Goldstein, Esq.              Michael J. Williams, Esq.
CELLINO LAW LLP                       CELLINO LAW LLP
350 Main Street                       350 Main Street
2500 Main Place Tower                 2500 Main Place Tower
Buffalo, New York  14202              Buffalo, New York  14202
Telephone Number (716) 888-2020       Telephone Number (716) 888-2020
Fax Number (716) 259-2020             Fax Number (716) 259-2020
brian.goldstein@cellinolaw.com        michael.williams@cellinolaw.com
*Attorney for Plaintiff*              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein