IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | 2:15-MD-02641-DGC |
| | MDL No. 2641 |
| This document relates to: | |
| Justin M. Walker, | Civil No. 2:19-cv-02945-DGC |
| Plaintiff, | |
| v. | |
| C R Bard Incorporated, et al., | |
| Defendants. | |

## WITHDRAWAL OF APPEARANCE

To: The Clerk of The Court
U.S. District Court of Arizona
Phoenix, Arizona

    Kindly withdraw the appearance of Brian A. Goldstein, Esq. as attorney of record for Plaintiff, in the above-captioned matter. Brian A. Goldstein is an attorney at Cellino Law LLP, a successor firm of Cellino & Barnes P.C.

    Plaintiff will continue to be represented by Joe A. Vazquez of The Barnes Firm, a successor firm of Cellino & Barnes P.C.

2

                Respectfully submitted,

By: */s/ Brian A. Goldstein*
     Brian A. Goldstein, Esq.
     CELLINO LAW LLP
     350 Main Street
     2500 Main Place Tower
     Buffalo, New York  14202
     Telephone Number (716) 888-2020
     Fax Number (716) 259-2020
     michael.williams@cellinolaw.com
     *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                /s/ Brian A. Goldstein