# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION**
                                                              MDL No. 2641

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Arizona.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the District of Arizona with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 06, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION**                                                      MDL No. 2641

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| AZ | 2 | 15–02463 | ALS | 1 | 15–00568 | Taylor v. C R Bard Incorporated et al |
| AZ | 2 | 19–00927 | CAE | 1 | 19–00085 | Adams v. C R Bard Incorporated et al. |
| AZ | 2 | 19–00187 | CAS | 3 | 18–02560 | Britt v. C R Bard Incorporated et al |
| AZ | 2 | 18–02363 | NYE | 2 | 18–03977 | DeClemente et al v. C R Bard Incorporated et al |
| AZ | 2 | 19–01887 | NYE | 2 | 19–00962 | Rykowski et al v. C R Bard Incorporated, Inc. et al |
| AZ | 2 | 19–02372 | NYS | 1 | 19–02292 | Sparacino et al v. C R Bard Incorporated et al |
| AZ | 2 | 18–02318 | NYW | 1 | 18–00715 | Darrow v. C. R Bard Incorporated et al |
| AZ | 2 | 18–02983 | NYW | 1 | 18–00960 | Groomes et al v. C R Bard Incorporated et al |
| AZ | 2 | 18–02984 | NYW | 1 | 18–00969 | Marchese v. C. R Bard Incorporated et al |
| AZ | 2 | 18–02985 | NYW | 1 | 18–00970 | Dulski v. C R Bard Incorporated et al |
| AZ | 2 | 18–04044 | NYW | 1 | 18–01173 | Kelman et al v. C R Bard Incorporated et al |
| AZ | 2 | 19–00232 | NYW | 1 | 18–01322 | Bedard v. C R Bard Incorporated et al |
| AZ | 2 | 19–00233 | NYW | 1 | 18–01323 | Bandura v. C R Bard Incorporated et al |
| AZ | 2 | 19–00234 | NYW | 1 | 18–01337 | Sestokas et al v. C R Bard Incorporated et al |
| AZ | 2 | 19–00235 | NYW | 1 | 18–01338 | Stefanik v. C R Bard Incorporated et al |
| AZ | 2 | 19–00854 | NYW | 1 | 19–00087 | Headley v. CC R Bard Incorporated et al |
| AZ | 2 | 19–01986 | NYW | 1 | 19–00326 | Palmer v. C R Bard Incorporated et al |
| AZ | 2 | 19–01987 | NYW | 1 | 19–00327 | Ford v. C R Bard Incorporated et al |
| AZ | 2 | 18–02362 | NYW | 6 | 18–06520 | Teeter et al v. C R Bard Incorporated et al |
| AZ | 2 | 18–02789 | NYW | 6 | 18–06602 | Atilla et al v. C R Bard Incorporated et al |
| AZ | 2 | 18–02790 | NYW | 6 | 18–06603 | Butterbaugh v. C R Bard Incorporated et al |
| AZ | 2 | 18–02982 | NYW | 6 | 18–06629 | Brown v. C R Bard Incorporated et al |
| AZ | 2 | 19–00855 | NYW | 6 | 19–06048 | Hunter et al v. C R Bard Incorporated et al |
| AZ | 2 | 19–00856 | NYW | 6 | 19–06049 | Loucks v. C R Bard Incorporated et al |
| AZ | 2 | 19–00857 | NYW | 6 | 19–06052 | Russell v. C R Bard Incorporated et al |
| AZ | 2 | 19–01773 | NYW | 6 | 19–06125 | Golden v. C R Bard Incorporated et al |
| AZ | 2 | 19–01886 | NYW | 6 | 19–06126 | Miraglia et al v. C R Bard Incorporated et al |
| AZ | 2 | 15–02090 | VAW | 7 | 15–00515 | Edwards v. C R Bard Incorporated et al |