# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| William Alfred MacArthur and Dorothy Mary MacArthur,<br><br>             Plaintiffs,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>             Defendants. | No. CV16-03385 PHX DGC<br><br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice. Doc. 21914.  The stipulation of dismissal with prejudice (Doc. 21914) was granted by Order dated March 19, 2021.  Doc. 21970.  The above case was inadvertently omitted from the order granting the stipulation.

**IT IS ORDERED** that the parties' stipulation of dismissal with prejudice. Doc. 21914 is **granted** as to Plaintiffs William and Dorothy MacArthur**.**

Dated this 7th day of May, 2021.

David G. Campbell
Senior United States District Judge