Joseph J. Zonies, CO SBN: 29539
Gregory Bentley, CO SBN: 42655
ZONIES LAW LLC
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Phone: (720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff(s)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | MDL Docket No. 15-2641 |
| This Document Relates to:<br><br>Kenneth Edward Matthews and April Christine Matthews<br>         Plaintiffs,<br>v.<br>C R Bard Incorporated, et al.,<br>         Defendants. | Civil No. 2:16:cv-02621-DGC<br><br>**NOTICE** |

Zonies Law LLC hereby provides the following Notice pursuant to Case Management Order No. 49, which provides that:

> "[T]he Court will ***dismiss with prejudice*** any cases in which, ***by March 15, 2021***, the Plaintiffs or their heirs cannot be located, the Plaintiffs remain non-responsive, or the Plaintiffs fail to make a settlement decision. These cases will be dismissed with prejudice for failure to prosecute." (emphasis added)

The undersigned counsel has been unable to reach Plaintiffs Kenneth Matthews and April Matthews. Plaintiffs Kenneth Matthews and April Matthews have been non-responsive to undersigned counsel's repeated attempts to contact Plaintiffs. Plaintiffs Kenneth Matthews and April Matthews have failed to make a settlement decision.

RESPECTFULLY SUBMITTED this 13th day of May 2021.

**ZONIES LAW LLC**

By: *s/ Joseph Zonies*
Joseph J. Zonies
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Tel. (720) 464-5300
Fax (720) 464-5357
jzonies@zonieslaw.com

**ZONIES LAW LLC**
Gregory Bentley
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Tel. (720) 464-5300
Fax (720) 464-5357
gbentley@zonieslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/ Joseph Zonies*