IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION           No.  2:15-MD-02641-DGC

This Document Relates to:

    DONNA LEE LOWMAN

Civil Case # 16-cv-02218

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Co-Plaintiff DONNA LEE LOWMAN and Defendants C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated this 7th day of May, 2021.

                        Respectfully submitted,

                        */s/ Joseph R. Johnson*
                        Joseph R. Johnson, Fla Bar #372250
                        BABBITT & JOHNSON, P.A.
                        1641 Worthington Road, Suite 100
                        West Palm Beach, FL  33409
                        (561) 684-2500 – telephone
                        (561) 684-6308 – facsimile
                        *Attorneys for Plaintiff*

/s/ Richard B. North, Jr.
Richard B. North, Jr.
Nelson Mullins Riley & Scarborough, LLP
Suite 1700
201 17th Street NW
Atlanta, GA  30363
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Joseph R. Johnson
JOSEPH R. JOHNSON