# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCT LIABILITY LITIGATION** | Civil Action No. 2:15-MD-02641-PHX-DGC<br>MDL No. 2641 |
| This Document Relates to:<br>Susan Dunn,<br>2:18-cv-02875-DGC | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiff Susan Dunn and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Susan Dunn are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021

_____