# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Donna Lee Lowman,<br>    Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>    Defendants. | No. CV16-02218 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to remaining Plaintiff Donna Lee Lowman.  Doc. 22058.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Donna Lee Lowman (Doc. 22058) is **granted**.  This case is dismissed in its entirety with prejudice.  The Clerk of Court is directed to terminate this matter.

Dated this 13th day of May, 2021.

David G. Campbell
Senior United States District Judge