# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Richard Worsley,<br>            Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>            Defendants. | No. CV16-02605 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to remaining Plaintiff Richard Worsley.  Doc. 22056.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Richard Worsley (Doc. 22056) is **granted**.  This case is dismissed in its entirety with prejudice. The Clerk of Court is directed to terminate this matter.

Dated this 13th day of May, 2021.

*David G. Campbell*
David G. Campbell
Senior United States District Judge