1
2
3
4
5
6
## IN THE UNITED STATES DISTRICT COURT

7
## FOR THE DISTRICT OF ARIZONA

8

9   IN RE:   Bard IVC Filters Products Liability Litigation,

No. MDL15-2641 PHX DGC

10   Marietta Bell,

11                  Plaintiff,

No. CV16-02224 PHX DGC

12   v.

13   C. R. Bard Incorporated, et al.

**ORDER**

14                  Defendants.

15

16          Pending before the Court is the parties' stipulation of dismissal with prejudice as to

17   remaining Plaintiff Marietta Bell.  Doc. 22057.

18          **IT IS ORDERED** that the stipulation of dismissal with prejudice as to Marietta

19   Bell (Doc. 22057) is **granted**.  This case is dismissed in its entirety with prejudice.  The

20   Clerk of Court is directed to terminate this matter.

21          Dated this 13th day of May, 2021.

22

23

24   _David G. Campbell_

25   David G. Campbell
     Senior United States District Judge

26

27

28