# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-2641 PHX DGC |
| Susan Dunn,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>            Defendants. | No. CV18-02875 PHX DGC<br><br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Susan Dunn.  Doc. 22062.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Susan Dunn (Doc. 22062) is **granted**.  This case is dismissed in its entirety with prejudice.  The Clerk of Court is directed to terminate this matter.

Dated this 14th day of May, 2021.

*David G. Campbell*

David G. Campbell
Senior United States District Judge