**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC |
| *This document relates to*: Jerry Fortenberry v. Bard, et al., Civil Action No. 2:18-cv-00334 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**It is hereby stipulation and agreed that** Plaintiff's Complaint against Defendants filed

this matter in MDL 2641, In Re: Bard IVC Filters Products Liability Litigation, under cause number

2:18-cv-00334 on January 30, 2018, be and hereby is dismissed with prejudice.  The parties shall

bear their own costs to date in this suit.


Dated: May 13, 2021                               Dated: May 14, 2021

 /s/Karen Beyea-Schroeder                        /s/ Richard B. North, Jr.
Karen Beyea-Schroeder                           Richard B. North, Jr., Esq.
Texas Bar No. 24054324                          Georgia Bar No.545599
BURNETT LAW FIRM                                Nelson Mullins Riley & Scarborough LLP
3737 Buffalo Speedway, Ste. 1850                201 17th St. NW, Ste. 1700, Atlantic Station
Houston, TX  77098                              Atlanta, GA 30363
Telephone:  (832) 413-4410                      Telephone:  (404) 322-6000
Facsimile:  (832) 900-2120                      Facsimile (404) 322-6050
Email: Karen.Schroeder@RBurnettLaw.com          Email:Richard.North@NelsonMullins.com
**Attorneys for Plaintiff**                     **Attorneys for Defendants**

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on this 14th day of May, 2021, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing.

5

6

7

By: */s/ Karen H. Beyea-Schroeder*

8
      Karen H. Beyea-Schroeder
      BURNETT LAW FIRM

9
      3737 Buffalo Speedway, Suite 1850
      Houston, Texas  77098

10
      Tel: (832) 413-4410
      Fax: (832) 900-2120

11
      Email: Karen.Schroeder@RBurnettLaw.com

12
      *Attorneys for Plaintiff(s)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2