# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Domenick Garzone, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  2:19-cv-02066-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al., | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Domenick Garzone, and Defendants, Bard Peripheral Vascular, Inc. and C. R. Bard, Inc., et al, file this Stipulation of Dismissal because:

Plaintiff, Domenick Garzone agrees not to pursue any claims against any of the Bard Defendants herein and not to re-file his claim in this MDL.

Accordingly, the parties agree to dismiss all of Plaintiff, Domenick Garzone's claims with prejudice as to any claims Domenick Garzone may have against Defendants.

Costs of Court shall be taxed against the party incurring same.

Date: May 19, 2021

1

Respectfully submitted,

/s/ John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412 - Phone
(214) 526-6026 Fax
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
*Attorney-in-charge for Plaintiff,*
Domenick Garzone

AGREED:
/s/ Richard B. North, Jr.
Richard B. North, Jr.
*Attorney-in-charge for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ John T. Kirtley, III
John T. Kirtley, III

2