**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Domenick Garzone, | ) | |
| | ) | |
| Plaintiff, | ) | MDL Case No. 2:15-md-02641-DGC |
| | ) | |
| v. | ) | Civil Action No.  2:19-cv-02066-PHX-DGC |
| | ) | |
| Bard Peripheral Vascular, Inc. and C. R. | ) | |
| Bard, Inc., et al., | ) | |
| Defendant. | | |

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Court, having considered the Parties Stipulation of Dismissal, hereby ORDERS that this case,

Domenick Garzone v. Bard Peripheral Vascular, Inc., et al, Civil Action No.  2:19-CV-02066-PHX-

DGC, is hereby dismissed with prejudice.

Costs of Court shall be taxed against the party incurring same.

Signed this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE PRESIDING