# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation | No. MDL15-2641 PHX DGC |
| Jerry Fortenberry,<br><br>            Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>            Defendants. | No. CV18-00334 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Jerry Fortenberry.  Doc. 22069.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Jerry Fortenberry (Doc. 22069) is **granted**.  This case is dismissed in its entirety with prejudice.  The Clerk of Court is directed to terminate this matter.

Dated this 19th day of May, 2021.

David G. Campbell
Senior United States District Judge