# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Domenick Garzone, <br>       Plaintiff, <br> v. <br> C. R. Bard Incorporated, et al. <br>       Defendants. | No. CV19-02066 PHX DGC <br><br> **ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Domenick Garzone.  Doc. 22071.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Domenick Garzone (Doc. 22071) is **granted**.  This case is dismissed in its entirety with prejudice. The Clerk of Court is directed to terminate this matter.

Dated this 20th day of May, 2021.

David G. Campbell
Senior United States District Judge