IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCT LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

DAVID DIECKOW
Case No.  2:17-cv-03581-DGC

MDL Case No. 2:15-md-02641-DGC

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff David Dieckow and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants, C.R. Card, Inc., and Bard Peripheral Vascular, Inc., with each party to bear their own costs and fees including attorneys' fees.

Date: May 24, 2021

MARC J. BERN & PARTNERS LLP

By: /s/ Debra J. Humphrey           .
Debra J. Humphrey
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
(212) 702-5000
dhumphrey@bernllp.com
*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2021, I caused the foregoing document to be filed electronically with the Clerk's Office CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

/s/ Debra Humphrey
Debra Humphrey