# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Shirley Donnelly,<br><br>   Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>   Defendants. | No. CV17-03758 PHX DGC<br><br><br>**ORDER** |
| Gary Davis,<br><br>   Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>   Defendants. | No. CV19-02678 PHX DGC<br><br><br>**ORDER** |
| Christopher Smith,<br><br>   Plaintiff,<br><br>v.<br><br>C. R. Bard Incorporated, et al.<br><br>   Defendants. | No. CV19-00564 PHX DGC<br><br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiffs Shirley Donnelly, Gary Davis, and Christopher Smith.  Doc. 22083.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Shirley Donnelly, Gary Davis, and Christopher Smith (Doc. 22083) is **granted**.  These cases are dismissed in their entirety with prejudice.  The Clerk of Court is directed to terminate these matters.

Dated this 14th day of June, 2021.

David G. Campbell
Senior United States District Judge