IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

         Case No. CV-17-02964 PHX-DGC

         MDL No. 2641

_____

This Document Relates to:
Plaintiff:  GARY WILSON, DECEASED
Case No. CV-17-02964-PHX-DGC

_____

### STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Gary Wilson, deceased ("Plaintiff") by and through his counsel of record and hereby provides notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the dismissal with prejudice of the above-styled lawsuit as to all defendants.  All parties to pay their own costs.

Dated:  June 11, 2021.

         Respectfully submitted,

         DAVIS BETHUNE & JONES, LLC

         /s/ *Grant L. Davis*
         Grant L. Davis          MO #34799
         Thomas E. Ruzicka     MO #63584
         1100 Main Street, Suite 2930
         Kansas City, MO 64105
         (816) 421-1600; (816) 472-5972 fax
         gdavis@dbjlaw.net
         truzicka@dbjlaw.net
         **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, June 11, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access the filing through the Court's system.


/s/ *Grant L. Davis*_____
Attorney for Plaintiff