IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

Case No. CV-17-02964 PHX-DGC

MDL No. 2641

This Document Relates to:
Plaintiff:  GARY WILSON, DECEASED
Case No. CV-17-02964-PHX-DGC

**ORDER**

UPON CONSIDERATION, Plaintiff's Stipulation of Dismissal with Prejudice is hereby GRANTED.

Dated: _____       _____
                                                                                              Judge