IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

_____

IN RE:  BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                No.  2:15-MD-02641-DGC

_____

This Document Relates to:

     PATRICIA ANGELINA

Civil Case # 2:16-cv-04467-DGC

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs PATRICIA

ANGELINA and Defendants C.R. BARD, INC., and BARD PERIPHERAL VASCULAR,

INC., through their undersigned counsel, that the above-captioned action

is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)

(A)(ii), and without costs or fees to any party.

    Dated this 15th day of JUNE 2021.


                                  Respectfully submitted,

                                  /s/ *Robert Luke*_____
                                  Robert Luke, TX Bar #00789463
                                  THE LUKE LAW FIRM
                                  1201 Shepherd Drive
                                  Houston, TX 77007
                                  (713) 457-6300 – telephone (713)
                                  621-5900 – facsimile

                                  /s/ *Daniel Barton*_____
                                  Daniel Barton, TX Bar #00789774
                                  BARTON LAW FIRM
                                  1201 Shepherd Drive Houston, TX
                                  77007(713) 457-6300 – telephone
                                  (713) 621-5900 – facsimile

                                  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record. A copy of the foregoing was also served via Email to the following:

Richard B. North, Jr.
richard.north@nelsonmullins.com
Matthew B. Lerner
matthew.lerner@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363

/s/ *Robert Luke*
Robert Luke

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION                     No.  2:15-MD-02641-DGC

This Document Relates to:

    PATRICIA ANGELINA

Civil Case # 2:16-cv-04467-DGC

## **ORDER**

Considering the parties' Stipulation of Dismissal With Prejudice of Patricia Angelina,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Patricia Angelina against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-04467) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

Signed this_____day of June, 2021.


_____
Honorable David G. Campbell
United States District Court Judge