IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC |

This Document Relates to:

    PATRICIA ANGELINA

Civil Case # 2:16-cv-04467-DGC

## **ORDER**

    Considering the parties' Stipulation of Dismissal With Prejudice of Patricia Angelina,

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Patricia Angelina against Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., in Civil Action No. MDL No. 2641 (Member Case 2:16-cv-04467) are dismissed in their entirety with prejudice as to the refiling of same, and each party shall bear its own costs.

    Signed this _____ day of June, 2021.

                                                                   Honorable David G. Campbell
                                                                   United States District Court Judge