UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCT LIABILITY LITIGATION** | Civil Action No. 2:15-MD-02641-PHX-DGC<br>MDL No. 2641 |
| This Document Relates to:<br>Pamela Robinson,<br>2:19-cv-03041-DGC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Pamela Robinson, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants"), and file this Stipulation of Dismissal with Prejudice, and in support thereof, respectfully show the Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to the dismissal of the above-captioned case with prejudice to the re-filing of same. Plaintiffs and Defendants further stipulate that they are to bear their own costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the above referenced case in its entirety with prejudice to the re-filing of same and order that these parties are to bear their own costs.

    Respectfully Submitted,

*/s/ William Barfield*
William "Bill" Barfield
TX Bar No. 24031725
bill@mcdonaldworley.com
Scott Fraser
TX State Bar No. 24093452
scott@mcdonaldworley.com
1770 St. James Place, Suite 100
Houston, TX 77056
Telephone: (713) 523-5500 (Telephone)
Facsimile: (713) 523-5501 (Facsimile)

*Attorneys for Plaintiff*

*/s/ Richard B. North*
Richard B. North, Jr., GA Bar #545599
**Nelson Mullins Riley & Scarborogh, LLP**
2017 17th St. NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050
Email: Richard.north@nelsonmullins.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of June, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

*/s/William Barfield*