UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCT LIABILITY LITIGATION** | Civil Action No. 2:15-MD-02641-PHX-DGC<br>MDL No. 2641 |
| This Document Relates to:<br>Pamela Robinson,<br>2:19-cv-03041-DGC | |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiff Pamela Robinson and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc., IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Pamela Robinson are dismissed in their entirety with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2021

_____