# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC |
| Patricia Angelina,<br>　　　　Plaintiff,<br>v.<br>C. R. Bard Incorporated, et al.<br>　　　　Defendants. | No. CV16-04467 PHX DGC<br><br>**ORDER** |

Pending before the Court is the parties' stipulation of dismissal with prejudice as to Plaintiff Patricia Angelina.  Doc. 22088.

**IT IS ORDERED** that the stipulation of dismissal with prejudice as to Patricia Angelina (Doc. 22088) is **granted**.  This case is dismissed in its entirety with prejudice. The Clerk of Court is directed to terminate these matters.

Dated this 16th day of June, 2021.

David G. Campbell
Senior United States District Judge