**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | **No. MD-15-02641-PHX-DGC** |

This Document Relates to Plaintiff(s)

Lois Shobert_____

Civil Case #: 2:19-cv-02411-DGC_____

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Lois Shobert ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard Defendants") in this particular Civil Action No. 2:19-cv-02411-DGC filed on April 15, 2019.

Respectfully submitted,

**McGLYNN, GLISSON & MOUTON**

Dated:    June 30, 2021        By: /s/Amanda L. Washington_____
                                                  Amanda L. Washington, LA #34811
                                                  340 Florida Street
                                                  Baton Rouge, LA 70801
                                                  Telephone:  225-344-3555
                                                  Fax:  225-344-3666
                                                  amanda@mcglynnglisson.com
                                                  **Attorney for Plaintiff**

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on <u>June 30, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ Amanda L. Washington
        Amanda L. Washington
        340 Florida Street
        Baton Rouge, LA 70801
        Telephone:  225-344-3555
        Fax:  225-344-3666
        amanda@mcglynnglisson.com
        **Attorney for Plaintiff**