Ramon Rossi Lopez - rlopez@lopezmchugh.com
(California Bar Number 86361; admitted *pro hac vice*)
Lopez McHugh LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
(949) 737-1501

*Co-Lead/Liaison Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**NOTICE OF CHANGE OF ATTORNEY/FIRM ADDRESS** |

**NOTICE IS HEREBY GIVEN** that the physical address for Ramon Rossi Lopez and LOPEZ McHUGH LLP has changed; effective immediately, all filings, correspondence and contacts should be addressed as follows:

Ramon Rossi Lopez
LOPEZ McHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
(949) 737-1501
rlopez@lopezmchugh.com

DATED: July 15, 2021      **LOPEZ McHUGH LLP**

By: */s/ Ramon Rossi Lopez*
Ramon Rossi Lopez
(admitted *pro hac vice*)
CA Bar No. 86361
LOPEZ McHUGH LLP
120 Vantis Dr., Ste., 430
Aliso Viejo, CA 92656

*Co-Lead/Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                                                                                               /s/ Marilyn B. Wass