**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC <br><br> **ORDER** |

The Special Master, the Hon. Marina Corodemus, has submitted to the Court her final report regarding common benefit fee and expense allocations.  The Court will authorize issuance of the report, ex parte, to all Participating Counsel, and will reset the deadlines for the appeal process (*see* Doc. 22101 at 2), after discussing the report with the Special Master and Plaintiffs' Co-Lead Counsel and the Co-Chairs of the Common Benefit Fee and Cost Committee ("CBFCC").  The September 24 deadline for filing appeals to the Special Master's report, and the October 8 deadline for responses to any appeals, are **vacated**.

Plaintiffs' Co-Lead Counsel shall, by **September 17, 2021**, provide a copy of this order to each CBFCC member and all Participating Counsel.

**IT IS SO ORDERED.**

Dated this 15th day of September, 2021.

David G. Campbell
Senior United States District Judge

1