# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:  Bard IVC Filters Products Liability Litigation, <br><br>_____ <br><br> Maria Alarcon, an individual, <br><br>        Plaintiff, <br><br> v. <br><br> C. R. Bard, Inc., a New Jersey corporation; and Bard Peripheral Vascular, Inc., an Arizona corporation, <br><br>        Defendants. | No. MDL 15-02641-PHX-DGC <br><br><br><br> No. CV-17-00197-PHX-DGC <br><br><br><br><br> **ORDER** |

On March 4, 2020, the Court erroneously filed an order dismissing member case CV-17-00197-PHX-DGC as duplicative to member case CV-17-3615-PHX-DGC. The duplicative case, member case CV-17-3615-PHX-DGC, was closed on June 19, 2019. This case should have remained opened.

**IT IS ORDERED** vacating the Court's Order in part (Doc. 21461) as it relates to member case CV-17-0197-PHX-DGC. The Clerk's Office is directed to reopen member case: CV-17-197-PHX-DGC.

Dated this 20th day of September, 2021.

_____
David G. Campbell
United States District Judge