Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona  85008
480-429-3019
*Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
Howard Nations Law
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**MOTION TO FILE UNDER SEAL**<br><br>**(Filed *Ex Parte*)** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee and the Co-Chairs of the Common Benefit Fee and Cost Committee respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal Motion to Unseal for Limited Purpose ("Motion").

The Motion pertains to a confidential hearing concerning information relevant to all fee applicants. Furthermore, as the Court is undoubtedly aware, all filings related to the Common Benefit Fee and Cost Committee have been filed under seal in this litigation. Accordingly, good cause exists for sealing the Motion.

1
2   RESPECTFULLY SUBMITTED this 24th day of September 2021.
3
                                    BEUS GILBERT MCGRODER PLLC
4
                                    By:/s/ Mark S. O'Connor
5                                       Mark S. O'Connor
                                        701 N. 44th Street
6                                       Phoenix, Arizona 85008
7                                   *Co-Lead Counsel for Plaintiffs/Liaison Counsel
                                    to the Common Benefit Fee and Cost Committee*
8
                                    HOWARD NATIONS LAW
9                                       Howard Nations (TX Bar No. 14823000)
                                        (admitted *pro hac vice*)
10                                      9703 Richmond, Suite 200
                                        Houston, Texas 77042
11                                      713-807-8400
                                    *Co-Chair, Common Benefit Fee and Cost*
12                                  *Committee*
13
                                    LIEFF CABRASER HEIMANN &
14                                  BERNSTIEN
                                        Wendy Fleishman (NY Bar No. 2500429)
15                                      (admitted *pro hac vice*)
                                        250 Hudson Street, 8th Floor
16                                      New York, NY 10013
                                        212-355-9500
17
                                    Co-*Chair, Common Benefit Fee and Cost*
18                                  *Committee*
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2021, I electronically transmitted the attached document to the Court.

/s/ Jessica Gallentine