**LOPEZ MCHUGH, LLP**
Joshua M. Mankoff (*admitted pro hac vice*)
214 Flynn Ave.
Moorestown, NJ 08057
Telephone: (856) 273-8500
Facsimile: (856) 273-8502
Email: jmankoff@lopezmchugh.com
*Counsel for Plaintiffs / Common Benefit Recipient*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF ARIZONA

| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**MOTION TO FILE UNDER SEAL**<br><br>**(Filed Ex Parte)** |
|---|---|

    Lopez McHugh respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal an alternative Proposed Case Management Order No. 51.

    The Proposed CMO will contain Lopez McHugh's proposed edits to the filing lodged by the Committee (Doc. 22122), with a brief explanation of Lopez McHugh's position/reasons for requesting certain modifications. Lopez McHugh's submission is necessary because the Committee's proposal does not accurately reflect the agreement of the parties, as contemplated by the Court's September 27, 2021 Order (Doc. 22120).

    As the Fee Committee's filing indicates, the Proposed CMO pertains to a confidential hearing and contains confidential information relevant to all fee applicants. As all filings related to the Common Benefit Fee and Cost Committee have been filed under seal in this litigation, good cause exists for sealing the Proposed CMO.

RESPECTFULLY SUBMITTED this 8th day of October, 2021.

**LOPEZ MCHUGH, LLP**

By: */s/ Joshua Mankoff*
Joshua M. Mankoff (*admitted pro hac vice*)
214 Flynn Ave.
Moorestown, NJ 08057
Telephone: (856) 273-8500
Facsimile: (856) 273-8502
Email: jmankoff@lopezmchugh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically transmitted to counsel of record using the CM/ECF System for filing. The proposed sealed document will be transmitted via email to the Fee Committee Co-Chairs:

Howard Nations, Esquire
Wendy Fleishman, Esquire
Mark S. O'Connor, Esquire

/s/ *Joshua Mankoff*
Joshua M. Mankoff