# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br>**[PROPOSED] ORDER** |

Lopez McHugh has filed a motion to seal related to a Common Benefit Case Management Order. Doc. \_\_\_\_.

**IT IS ORDERED** that the motion to seal (Doc. \_\_\_\_) is granted. The Clerk of Court is directed to accept for filing under seal the documents lodged on the Court's docket as Doc. \_\_\_\_.

Dated this \_\_\_\_ day of October, 2021.

David G. Campbell
Senior United States District Judge

1