Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019
*Co-Lead and Liaison Counsel to*
  *Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
Howard Nations Law
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br>**MOTION TO FILE UNDER SEAL**<br>**(Filed *Ex Parte*)** |

Plaintiffs' Co-Lead Counsel and Liaison Counsel to the Common Benefit Fee and Cost Committee and the Co-Chairs of the Common Benefit Fee and Cost Committee respectfully move this Court, pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil Rule 5.6 for leave to file under seal CBFCC's Request to Create Separate Phase 3 Fees Account, Transfer Funds, Allow Certain Costs and Distribute Funds for Fees and Assessments ("Request").

The Request pertains to a confidential hearing and contains confidential information relevant to all fee applicants. Furthermore, as the Court is undoubtedly aware, all filings related to the Common Benefit Fee and Cost Committee have been filed under seal in this litigation. Accordingly, good cause exists for sealing the Request.

RESPECTFULLY SUBMITTED this 7th day of December 2021.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*
    Mark S. O'Connor
    701 N. 44th Street
    Phoenix, Arizona 85008
*Co-Lead Counsel for Plaintiffs/Liaison Counsel to the Common Benefit Fee and Cost Committee*

HOWARD NATIONS LAW
    Howard Nations (TX Bar No. 14823000)
    (admitted *pro hac vice*)
    9703 Richmond, Suite 200
    Houston, Texas 77042
    713-807-8400
*Co-Chair, Common Benefit Fee and Cost Committee*

LIEFF CABRASER HEIMANN & BERNSTIEN
    Wendy Fleishman (NY Bar No. 2500429)
    (admitted *pro hac vice*)
    250 Hudson Street, 8th Floor
    New York, NY 10013
    212-355-9500
Co-*Chair, Common Benefit Fee and Cost Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2021, I electronically transmitted the attached document to the Court.

/s/ Jessica Gallentine