UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

The Law Offices of Ben C. Martin and the law firm of Martin|Baughman (collectively "BCM") have filed a motion to reduce and exempt client recoveries from common benefit fee and expense assessment. The motion will be granted.

**IT IS THEREFORE ORDERED** that BCM's motion to reduce and exempt client recoveries from common benefit fee and expense assessment is **granted**.

**IT IS FURTHER ORDERED** that BCM clients whose cases were pending in state court, whose cases were filed in federal court after the close of the MDL, or whose claims were never filed in any court, are exempted from any obligation to pay a fee or cost holdback/assessment associated with this MDL.

**IT IS FURTHER ORDERED** that the amount of fee and cost holdback to be applied to BCM's cases that were at one time part of the MDL be capped at the average fee and costs assessment paid on cases that settled solely as the result of common fund work (*i.e.*, cases that were not remanded from the MDL for continued litigation).

David G. Campbell
United States District Judge