# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL15-2641 PHX DGC<br><br>**ORDER** |

The Law Offices of Ben C. Martin and the law firm of Martin|Baughman (collectively "BCM") have filed a motion to seal exhibits attached to the affidavit of Ben C. Martin. The affidavit of Ben C. Martin was itself filed in support of BCM's motion to reduce and exempt client recoveries from common benefit fee and expense assessment. BCM's motion to seal exhibits attached to the affidavit of Ben C. Martin will be granted.

**IT IS THEREFORE ORDERED** that BCM's motion to seal exhibits attached to the affidavit of Ben C. Martin (Doc. 22145) is **granted**.

**IT IS FURTHER ORDERED** that the exhibits to the affidavit of Ben C. Martin, which was filed in support of BCM's motion to reduce and exempt client recoveries from common benefit fee and expense assessment, shall be filed under seal with the same document number.

Dated this 31st day of January, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge