Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona 85008
480-429-3019
*Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
The Nations Law Firm
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL 15-02641-PHX-DGC <br><br> **SUPPLEMENTAL CITATION OF AUTHORITY RE LAW OFFICES OF BEN C. MARTIN AND MARTIN BAUGHMAN'S MOTION TO REDUCE AND EXEMPT CLIENT RECOVERIES FROM COMMON BENEFIT FEE AND EXPENSE ASSESSMENT AND MEMORANDUM OF LAW IN SUPPORT** <br><br> **(Sealed; Ex Parte)** |

The *In re Bard IVC Filters Products Liability Litigation* Common Benefit Fees and Costs Committee ("Committee") advises the Court of supplemental authority applicable to the Motion of Law Offices of Ben C. Martin and Martin Baughman to Reduce and Exempt Client Recoveries from Common Benefit Fee and Expense Assessment and Memorandum of Law in Support [Doc. 22144] ("Motion").

1   On May 9, 2022, Judge Polster issued an Ongoing Common Benefit Order in *In re:*
2   *National Prescription Opiate Litigation*, Case No. 1:17-md-2804, N.D. Ohio, attached as
3   Exhibit A. The order relates to the ability of an MDL judge to assess different classes of
4   claimants and plaintiffs when common benefit work product is used, and is relevant to
5   the arguments made at pages 7-9 of the Motion.

RESPECTFULLY SUBMITTED this 19th day of May, 2022.

BEUS GILBERT MCGRODER PLLC

By: */s/ Mark S. O'Connor*
      Mark S. O'Connor
      701 N. 44th Street
      Phoenix, Arizona 85008
*Co-Lead Counsel for Plaintiffs/Liaison Counsel to the Common Benefit Fee and Cost Committee*

THE NATIONS LAW FIRM
      Howard Nations (TX Bar No. 14823000)
      (admitted *pro hac vice*)
      9703 Richmond, Suite 200
      Houston, Texas 77042
      713-807-8400
*Co-Chair, Common Benefit Fee and Cost Committee*

LIEFF CABRASER HEIMANN & BERNSTIEN
      Wendy Fleishman (NY Bar No. 2500429)
      (admitted *pro hac vice*)
      250 Hudson Street, 8th Floor
      New York, NY 10013
      212-355-9500
*Co-Chair, Common Benefit Fee and Cost Committee*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing. Additionally, a copy of the foregoing was emailed on the same date to:

> Ben C. Martin, Esq.
> Martin Baughman
> 3141 Hood Street, Level 6
> Dallas, Texas  75219
> BMartin@martinbaughman.com

                         */s/ Jessica Gallentine*

8812316v1/26997-0001