Mark S. O'Connor (011029) – mark.oconnor@beusgilbert.com
Beus Gilbert McGroder PLLC
701 N. 44th Street
Phoenix, Arizona  85008
480-429-3019
*Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

Howard Nations – nations@howardnations.com
(TX 14823000; admitted *pro hac vice*)
The Nations Law Firm
9703 Richmond, Suite 200
Houston, Texas 77042
713-807-8400
*Co-Chair Common Benefit Fee and Cost Committee*

Wendy Fleishman – wfleishman@lhcb.com
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
212-355-9500
*Co-Chair Common Benefit Fee and Cost Committee*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. MDL 15-02641-PHX-DGC  **NOTICE OF ERRATA REGARDING SUPPLEMENTAL CITATION OF AUTHORITY RE LAW OFFICES OF BEN C. MARTIN AND MARTIN\|BAUGHMAN'S MOTION TO REDUCE AND EXEMPT CLIENT RECOVERIES FROM COMMON BENEFIT FEE AND EXPENSE ASSESSMENT AND MEMORANDUM OF LAW IN SUPPORT** |

The *In re Bard IVC Filters Products Liability Litigation* Common Benefit Fees and Costs Committee ("Committee") filed and electronically served its Supplemental Citation of Authority re Law Offices of Ben C. Martin and Martin|Baughman's Motion to Reduce and Exempt Client Recoveries from Common Benefit Fee and Expense Assessments and Memorandum of Law in Support [Doc. 22160] ("Supplement") on May 19, 2022.  The Supplement was filed on the public docket.  However, language in the caption of the

Supplement erroneously indicated the document was being filed *ex parte* and under seal. This language was inadvertently included and the Committee did not intend to file the Response *ex parte* nor under seal.

  RESPECTFULLY SUBMITTED this 19th day of May, 2022.

         BEUS GILBERT MCGRODER PLLC

         By: */s/ Mark S. O'Connor*
          Mark S. O'Connor
          701 N. 44th Street
          Phoenix, Arizona 85008
         *Co-Lead Counsel for Plaintiffs/Liaison Counsel to the Common Benefit Fee and Cost Committee*

         THE NATIONS LAW FIRM
          Howard Nations (TX Bar No. 14823000)
          (admitted *pro hac vice*)
          9703 Richmond, Suite 200
          Houston, Texas 77042
          713-807-8400
         *Co-Chair, Common Benefit Fee and Cost Committee*

         LIEFF CABRASER HEIMANN & BERNSTIEN
          Wendy Fleishman (NY Bar No. 2500429)
          (admitted *pro hac vice*)
          250 Hudson Street, 8th Floor
          New York, NY 10013
          212-355-9500
         Co-*Chair, Common Benefit Fee and Cost Committee*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and provided a copy via email to the following:

Ben C. Martin, Esq.
Martin|Baughman
3141 Hood Street, Level 6
Dallas, Texas  75219

                                                  /s/ *Jessica Gallentine*

8812316v1/26997-0001