Ben C. Martin
bmartin@martinbaughman.com
Texas Bar No. 13052400
**Martin|Baughman**
3141 Hood St. Suite 600
Dallas, Texas 75219
T: 214-761-6614
F: 214-744-7590

*Appearing In Propria Persona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MDL-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF APPEAL** |
| | (Assigned to the Honorable David G. Campbell) |

The Law Offices of Ben C. Martin and the law firm of Martin|Baughman appeal to the United States Court of Appeals for the Ninth Circuit from the order denying their motion to reduce and exempt their clients' recoveries from common benefit fee and expense assessments [Doc. 22162] entered on May 20, 2022.

RESPECTFULLY SUBMITTED this 6th day of June, 2022.

        */s/ Ben C. Martin*_____
        Ben C. Martin
        bmartin@martinbaughman.com
        **Martin|Baughman**
        3141 Hood St. Suite 600
        Dallas, Texas 75219
        T: 214-761-6614
        F: 214-744-7590

        *Appearing In Propria Persona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Ben C. Martin*
Ben C. Martin