**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

The Law Offices of Ben C. Martin and the law firm of Martin|Baughman (collectively "BCM") have filed a motion to stay distribution pending appeal. The motion will be granted.

**IT IS THEREFORE ORDERED** that BCM's motion to stay distribution pending appeal is **granted**.

**IT IS FURTHER ORDERED** that no amounts of the assessments for fees or expenses on BCM cases and clients whose cases were pending in state court, whose cases were filed in federal court after the close of the MDL, or whose claims were never filed in any court, will be disbursed until BCM has exhausted its appeals of this Court's May 20, 2022 order denying BCM's motion to reduce and exempt its clients' recoveries from common benefit fee and expense assessments [Doc. 22162].

David G. Campbell
United States District Judge