**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re Bard IVC Filters Products Liability Litigation | No. MD-15-02641-PHX-DGC<br><br>**ORDER** |

The Law Offices of Ben C. Martin and the law firm of Martin|Baughman (collectively "BCM") have filed a motion to seal the Declaration of Ben C. Martin and exhibits attached thereto. The Declaration of Ben C. Martin was itself filed in support of the Emergency Motion to Stay Distribution Pending Appeal. BCM's motion to seal the Declaration and exhibits attached thereto will be granted.

**IT IS THEREFORE ORDERED** that BCM's motion to seal the Declaration of Ben C. Martin and the exhibits attached thereto is **granted**.

**IT IS FURTHER ORDERED** that the Declaration of Ben C. Martin and the exhibits attached, which were filed in support of BCM's Emergency Motion to Stay Distribution Pending Appeal, shall be filed under seal.

David G. Campbell
United States District Judge