Ben C. Martin
bmartin@martinbaughman.com
Texas Bar No. 13052400
**Martin|Baughman**
3141 Hood St. Suite 600
Dallas, Texas 75219
T: 214-761-6614
F: 214-744-7590

*Appearing In Propria Persona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| In Re Bard IVC Filters Products Liability Litigation | No. MDL-15-02641-PHX-DGC |
|---|---|
| | **NOTICE OF FILING OF REPRESENTATION STATEMENT** |
| | (Assigned to the Honorable David G. Campbell) |

Come now the Law Offices of Ben C. Martin and the law firm of Martin|Baughman (collectively, "BCM"), and file this, their Representation Statement (attached as ***Exhibit "A"***), to inform the 9th Circuit Court of Appeals who the parties and counsel are for the appeal filed on June 6, 2022 [Doc. 22163].

RESPECTFULLY SUBMITTED this 8th day of June, 2022.

*/s/ Ben C. Martin*
Ben C. Martin
bmartin@martinbaughman.com
**Martin|Baughman**
3141 Hood St. Suite 600
Dallas, Texas 75219
T: 214-761-6614
F: 214-744-7590

*Appearing In Propria Persona*

– 1 –

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 8th day of June, 2022, I electronically transmitted

3

the attached document to the Clerk's Office using the CM/ECF System for filing

4

and transmittal of a Notice of Electronic Filing.

5

*/s/ Ben C. Martin*
Ben C. Martin

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22