# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Representation Statement

**I.      Appellants:**

**Law Offices of Ben C. Martin and Martin Baughman, PLLC**

Represented by:

    **Ben C. Martin**
    3141 Hood Street, Suite 600
    Dallas, TX 75219
    (214) 761-6614
    bmartin@martinbaughman.com

    **Howard Bashman**
    2300 Computer Avenue
    Suite G-22
    Willow Grove, PA 19090
    (215) 830-1458
    hjb@hjbashman.com

**II.     Appellees:**

**Common Benefit Fee and Cost Committee**

Represented by:

    **Mark S. O'Connor** (011029)
    Beus Gilbert McGroder PLLC
    701 N. 44th Street
    Phoenix, AZ 85008
    (480) 429-3019
    mark.oconnor@beusgilbert.com
    *Co-Lead and Liaison Counsel to Common Benefit Fee and Cost Committee*

    **Howard Nations**
    (TX 14823000; admitted *pro hac vice*)
    The Nations Law Firm
    9703 Richmond, Suite 200
    Houston, TX 77042
    (713) 807-8400

nations@howardnations.com
*Co-Chair Common Benefit Fee and Cost Committee*

**Wendy Fleishman**
(NY 2500429; admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
wfleishman@lhcb.com
*Co-Chair Common Benefit Fee and Cost Committee*

**C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Represented by:
    **Richard B. North, Jr.**
    Atlantic Station | Suite 1700
    201 17th Street NW
    Atlanta, GA 30363
    (404) 322-6155
    richard.north@nelsonmullins.com

**Babbitt & Johnson, PA**

Represented by:
    **Joseph R. Johnson**
    **Joshua R. Johnson**
    1641 Worthington Rd., Ste. 100
    W. Palm Beach, FL 33409
    (561) 684-2500
    jjohnson@babbitt-johnson.com

**Baron & Budd, PC**

Represented by:
    **Russell W. Budd**
    **David Matthew Haynie**
    3102 Oak Lawn Ave., Ste. 1100
    Dallas, TX 75219-4281
    (214) 521-3605
    rbudd@baronbudd.com
    mhaynie@baronbudd.com

  **Roland Karim Tellis**
  15910 Ventura Blvd., Ste. 1600
  Encino, CA 91436
  (818) 839-2333
  rtellis@baronbudd.com

**Beus Gilbert McGroder PLLC**

Represented by:
  **Mark Stephen O'Connor**
  701 N 44th St.
  Phoenix, AZ 85008
  (480) 429-3000
  moconnor@beusgilbert.com

**Bossier & Associates, PLLC**

Represented by:
  **Sheila M. Bossier**
  P.O. Box 55567
  Jackson, MS 39296
  (601) 352-5450
  sbossier@bossier-law.com

**Branch Law Firm**

Represented by:
  **Margaret Moses Branch**
  **Turner Williamson Branch**
  Adam Tal Funk
  2025 Rio Grande Blvd. NW
  Albuquerque, NM 87104
  (505) 243-3500
  mbranch@branchlawfirm.com
  tbranch@branchlawfirm.com
  afunk@branchlawfirm.com

**Brenes Law Group**

Represented by:
  **Troy Alexander Brenes**
  16A Journey, Ste. 200
  Aliso Viejo, CA 92656

>(949) 397-9360
>tbrenes@breneslawgroup.com

**Dalimonte Rueb Stoller LLP**

Represented by:
>**John A. Dalimonte**
>**Paul Lincoln Stoller**
>**David W. Bauman**
>PMB 0202
>75 State St., Ste. 100
>Boston, MA 02109-1826
>(833) 443-7529
>john@drlawllp.com
>Paul@drlawllp.com
>David.bauman@drlawllp.com

>**Ashley Crowell**
>2425 E Camelback Rd., Ste. 500
>Phoenix, AZ 85016
>(602) 888-2807
>ashley@drlawllp.com

**Faraci Lange, LLP**

Represented by:
>**Hadley L. Matarazzo**
>28 E Main St., Ste. 1100
>Rochester, NY 14614
>(585) 325-5150
>hmatarazzo@faraci.com

**Farris, Riley & Pitt, LLP**

Represented by:
>**Calle M. Mendenhall**
>**Kenneth Riley**
>505 20th St. N, Ste. 1700
>Birmingham, AL 35203
>(205) 324-1212
>cmendenhall@frplegal.com
>kriley@frplegal.com

**Fears Nachawati, PLLC**

Represented by:
    **Arati C. Furness**
    4925 Greenville Ave., Ste. 715
    Dallas, TX 75206
    (214) 890-0711
    afurness@fnlawfirm.com

    **Matthew Ryan McCarley**
    5473 Blair Rd.
    Dallas, TX 75231
    (214) 890-0711
    mccarley@fnlawfirm.com

**Freese & Goss, PLLC**

Represented by:
    **Kevin Edwards**
    **Richard Arthur Freese**
    **Tim K. Goss**
    **Peter de la Cerda**
    3500 Maple Ave., Ste. 1100
    Dallas, TX 75219
    (214) 761-6610
    kevin@freeseandgoss.com
    rich@freeseandgoss.com
    tim@freeseandgoss.com

    **John Pinckney Harloe, III**
    3031 Allen St.
    Dallas, TX 75204
    (214) 761-6610
    john@freeseandgoss.com

**Gallagher & Kennedy PA**

Represented by:
    **Matthew Robert Boatman**
    **Robert W. Boatman**
    **Shannon L. Clark**
    **C. Lincoln Combs**
    2575 E. Camelback Rd., Ste. 1100

Phoenix, AZ 85016-9225
(602) 530-8057
matt.boatman@gknet.com
rwb@gknet.com
slc@gknet.com
lcombs@vanosteen.com

**Goldenberg Law, PLLC**

Represented by:
**Marlene J. Goldenberg**
**Stuart Goldenberg**
800 LaSalle Ave., Ste. 2150
Minneapolis, MN 55402
(612) 333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

**Hausfeld LLP**

Represented by:
**Richard S. Lewis**
**Steven Rotman**
1700 K St. NW, Ste. 650
Washington, DC 20006
(202) 540-7200
rlewis@hausfeld.com
srotman@hausfeld.com

**Heaviside Reed Zaic**

Represented by:
**Michael William Heaviside**
910 17th St. NW, Ste. 800
Washington, DC 20006
(949) 715-5120
mheaviside@hrzlaw.com

**Julia Reed-Zaic**
**Laura Elizabeth Smith**
312 Broadway, Ste. 203
Laguna Beach, CA 92651

    (949) 715-5120
    awright@hrzlaw.com
    laura@hrzlaw.com

**Levin Papantonio**

Represented by:
    **Jeff R. Gaddy**
    **Andrew Edward McGraw**
    **Matthew David Schultz**
    316 S Baylen St., Ste. 600
    Pensacola, FL 32502
    (850) 435-7140
    jgaddy@levinlaw.com
    amcgraw@levinlaw.com
    mschultz@levinlaw.com

**Lieff Cabraser Heimann & Bernstein, LLP**

Represented by:
    **Wendy R. Fleishman**
    **Daniel R. Leathers**
    **Daniel Seltz**
    **Adam Herbert Weintraub**
    250 Hudson St., 8th Fl.
    New York, NY 10013-1413
    (212) 355-9500
    wfleishman@lchb.com
    dleathers@lchb.com
    dseltz@lchb.com
    sferreira@lchb.com

**Lopez McHugh, LLP**

Represented by:
    **Carrie R. Capouellez**
    **Michael S. Katz**
    **Michael Joseph Ryan**
    1123 Admiral Peary Way
    Philadelphia, PA 19112
    (215) 952-6910
    ccapouellez@lopezmchugh.com
    mkatz@lopezmchugh.com

    **Amorina P. Lopez**
    **Matthew Ramon Lopez**
    100 Bayview Cir., Ste. 5600
    Newport Beach, CA 92660
    (949) 737-1501
    alopez@lopezmchugh.com
    mlopez@lopezmchugh.com

    **Ramon Rossi Lopez**
    120 Vantis Dr., Ste. 430
    Aliso Viejo, CA 92656
    (949) 737-1501
    rlopez@lopezmchugh.com

    **Joshua A. Mankoff**
    214 Flynn Ave.
    Moorestown, NJ 08057
    (856) 273-8500

**Matthews & Associates**

Represented by:
    **Mark Chavez**
    **David P. Matthews**
    **Julie L. Rhoades**
    **Iveliz Santiago**
    Matthews & Associates
    2905 Sackett St.
    Houston, TX 77098
    (713) 522-5250
    mchavez@thematthewsfirm.com
    dmatthews@dmlawfirm.com
    jrhoades@thematthewslawfirm.com
    lsantiago@thematthewslawfirm.com

**Motley Rice, LLC**

Represented by:
    **John C. Duane**
    **Donald A. Migliori**
    **Fred Thompson**
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464

(843) 216-9237
jduane@motleyrice.com
dmigliori@motleyrice.com
fthompson@motleyrice.com

**Nations Law Firm**

Represented by:
    **Howard L. Nations**
    9703 Richmond Ave., Ste. 200
    Houston, TX 77042
    (713) 807-8400
    charles@howardnations.com

**Osborne & Associates**

Represented by:
    **Joseph A. Osborne, Jr.**
    Babbitt Johnson Osborne & LeClainche PA
    1641 Worthington Rd., Ste. 100
    West Palm Beach, FL 33409
    (561) 293-2600
    josborne@realtoughlawyers.com

**Provost & Umphrey Law Firm, LLP**

Represented by:
    **Christopher Thomas Kirchmer**
    490 Park St.
    Beaumont, TX 77701
    (409) 835-6000
    ckirchmer@pulf.com

**Gallagher Law Firm**

Represented by:
    **Michael T. Gallagher**
    2905 Sackett St.
    Houston, TX 77098
    (713) 222-8080
    donnaf@gld-law.com

**TorHoerman Law, LLC**

Represented by:
>
> **Steven D. Davis**
> **Tor A. Hoerman**
> **Jacob W. Plattenberger**
> **Eric M. Terry**
> 210 S. Main St.
> Edwardsville, IL 62025
> (618) 656-4400
> sdavis@thlawyer.com
> tor@thlawyer.com
> jake@thlawyer.com
> eric@thlawyer.com
>
> **Raymond Joseph Kramer, III**
> 234 S Wabash Ave., 7th Fl.
> Chicago, IL 60604
> (312) 663-1097

**Wagstaff & Cartmell, LLP**

Represented by:
>
> **Thomas P. Cartmell**
> **David C. DeGreeff**
> 4740 Grand Ave., Ste. 300
> Kansas City, MO 64112
> (816) 701-1100
> tcartmell@wcllp.com
> ddegreeff@wcllp.com

**Walkup, Melodia, Kelly & Schoenberger**

Represented by:
>
> **Matthew D. Davis**
> **Michael A. Kelly**
> **Spencer J. Pahlke**
> **Douglas Senger Saeltzer**
> 650 California St., 26th Fl.
> San Francisco, CA 94108-2615
> (415) 981-7210
> mdavis@walkuplawoffice.com
> mkelly@walkuplawoffice.com

spahlke@walkuplawoffice.com
dsaeltzer@walkuplawoffice.com

**Watkins, Lourie, Roll & Chance, PC**

<u>Represented by:</u>
**Robin P. Lourie**
**Robert Dale Role**
Tower Place 200
3348 Peachtree Rd. NE
Atlanta, GA 30326
(404)769-7400
rpl@wlr.net
rdr@wlr.net