James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S RESPONSE REGARDING EMERGENCY MOTION OF LAW OFFICE OF BEN C. MARTIN AND MARTIN BAUGHMAN TO STAY DISTRIBUTION PENDING APPEAL**<br><br>(Assigned to the Honorable David G. Campbell) |

The Law Offices of Ben C. Martin and Martin/Baughman ("BCM") have filed a motion (Doc. 22164) asking this Court to stay distribution of certain assessments to the common benefit fund established in this multidistrict litigation proceeding ("MDL"), pending their appeal of this Court's May 20, 2022 order (Doc. 22162). That order denied BCM's motion to reduce and/or eliminate their obligation to pay assessments to the

common benefit fund. In support of the motion to stay, BCM has also filed a declaration of Mr. Martin, accompanied by exhibits, and a motion to seal the declaration (including attachments). (Doc. 22165).

As noted in previous filings, the Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard") do not have a direct stake in this apparent dispute between Mr. Martin's firms and the Plaintiffs' Executive Committee in this MDL. However, Bard does have some concerns regarding BCM's declaration, and have outlined those concerns in a brief response to the motion to seal.

With regard to the motion to stay, Bard only wants to alert the Court to the fact that – prior to BCM's filing of the motion to stay on June 6, 2022 – Bard had already triggered the process to transmit the assessments related to the BCM settlements to the escrow accounts maintained for the common benefit fund in this MDL. As a result, if this Court were to grant the motion to stay (and Bard takes no position on that motion), it will be incumbent on the members of the Plaintiffs' Executive Committee overseeing the common benefit funds to take measures to implement the Court's order.

DATED this 14th day of June, 2022.

      s/ *Richard B. North, Jr.*
      Richard B. North, Jr.
      Georgia Bar No. 545599
      Matthew B. Lerner
      Georgia Bar No. 446986
      NELSON MULLINS RILEY & SCARBOROUGH, LLP
      Atlantic Station
      201 17th Street, NW / Suite 1700
      Atlanta, GA  30363
      PH: (404) 322-6000
      FX: (404) 322-6050
      richard.north@nelsonmullins.com
      matthew.lerner@nelsonmullins.com

      James R. Condo (#005867)
      SNELL & WILMER L.L.P.
      One Arizona Center
      400 E. Van Buren
      Phoenix, AZ 85004-2204
      PH: (602) 382-6000
      JCondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                                      s/ *Richard B. North, Jr.*
                                                      Richard B. North, Jr.

Nelson Mullins Riley & Scarborough L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000