James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S RESPONSE REGARDING BCM'S MOTION AND MEMORANDUM IN SUPPORT TO FILE DECLARATION AND EXHIBITS UNDER SEAL**<br><br>(Assigned to the Honorable David G. Campbell) |

The Law Offices of Ben C. Martin and Martin/Baughman ("BCM") have filed a motion (Doc. 22164) asking this Court to stay distribution of certain assessments to the common benefit fund established in this multidistrict litigation proceeding ("MDL"), pending their appeal of this Court's May 20, 2022 order (Doc. 22162). That order denied BCM's motion to reduce and/or eliminate their obligation to pay assessments to the

1   common benefit fund.  In support of the motion to stay, BCM has filed a declaration of
2   Mr. Martin, accompanied by exhibits, and a motion to seal the declaration (including
3   attachments.  (Doc. 22165).  As noted in previous filings, the Defendants C. R. Bard, Inc.
4   and Bard Peripheral Vascular, Inc. (collectively "Bard") do not have a direct stake in this
5   apparent dispute between Mr. Martin's firms and the Plaintiffs' Executive Committee in
6   this MDL.   However, some aspects of the motion to stay and related motion to seal do in
7   fact impact Bard.  Bard is therefore filing this short brief to highlight is concern.

8   Although Bard has not seen the actual declaration and its attachments, BCM's
9   motions indicate that the documents identify 304 clients of BCM ***and their allocated***
10  ***settlement amounts.***   (Doc. 22164 at p. 4; Doc. 22165 at p. 1).  If that description is
11  accurate, the disclosure of that information, even in a sealed filing, violates the Master
12  Settlement Agreement between BCM and Bard.  That agreement prohibits the parties
13  from revealing the settlement amounts to be paid to the claimants, except under very
14  specific and limited circumstances (none of which apply here).  BCM acknowledges that
15  fact, noting that "the Declaration itself contains settlement amounts which are confidential
16  per the settlement agreement." (Doc. 22165 at p. 1).

17  BCM's filing of the Declaration containing that confidential information is a clear
18  violation of the firms' obligations under the settlement agreement.  Bard strongly objects
19  to BCM's disregard of their obligations, and will address BCM's breach of the agreement
20  directly with those firms.   In the meantime, Bard respectfully urges this Court to ensure
21  that the settlement amounts remain confidential.  The confidentiality provisions in the
22  agreements are vital components of the settlements.  Bard could not have effectively
23  settled thousands of cases in the mass tort context if the value of individual settlements
24  was public knowledge.  Hence, Bard respectfully asks this Court to mitigate the harm
25  caused by BCM's violation of the agreement, and grant the motion to seal.

- 2 -

DATED this 14th day of June, 2022.

        s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ *Richard B. North, Jr.*
Richard B. North, Jr.

Nelson Mullins Riley & Scarborough
L.L.P.
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000