WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation, | No. MDL 15-02641-PHX-DGC<br><br>**ORDER** |

In an order dated May 20, 2022, the Court denied a motion to reduce and exempt client recoveries from common benefit assessments filed by The Law Offices of Ben C. Martin and the law firm Martin|Baughman (collectively, "BCM"). Docs. 22144, 22162. BCM has appealed that order to the Court of Appeals for the Ninth Circuit. Docs. 22163, 22168.

BCM has filed an emergency motion to stay distribution of common benefit funds pending appeal. Doc. 22164. Defendants and the Common Benefit Fee and Cost Committee have responded, and the Committee has moved for a supersedeas bond. Docs. 22172, 22175. The Court will set a briefing schedule and a hearing on the motions.

**IT IS ORDERED:**

1. BCM shall file reply briefs and a response to the Committee's motion for a supersedeas bond by **June 27, 2022**.

2. The Committee shall file a reply to BCM's response by **July 5, 2022**.

3. A hearing on the motions is set for **July 14, 2022 at 10:00 a.m.** (Arizona time). The call-in number is 1-866-390-1828, and the access code is 5861608.

Dated this 21st day of June, 2022.

*David G. Campbell*

David G. Campbell
Senior United States District Judge