**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| U.S. District Judge: David G. Campbell | Date: July 14, 2022 |
| Case Number: MD-15-02641-PHX-DGC | |
| IN RE: Bard IVC Filters Products Liability Litigation | |
| APPEARANCES: | Howard Bashman, Mark O'Connor, Wendy Fleishman, Richard North, Shannon Clark, Julia Reed-Zaic, Laura Baughman, Robert Joyce |

**TELEPHONIC MOTION HEARING:**

IT IS ORDERED that BCM's Motion and Memorandum in Support to file Declaration and Exhibits Under Seal (Doc. 22165) is granted.

As soon as reasonably possible, Mr. North shall confer with settlement counsel and file a document with an approximate percentage of the Martin-related assessments that have been paid into escrow and the percentage that has not yet been paid, and an estimate or description of when the remainder will be paid. Mr. North is excused from the hearing at this time.

Argument is presented on the Emergency Motion of Law Offices Ben C. Martin and Martin Baughman to Stay Distribution Pending Appeal (Doc. 22164) and Common Benefit Fees and Costs Committee's Motion for Supersedeas Bond. Doc. 22175.

IT IS ORDERED taking the motions (Docs. 22164 and 22175) under advisement.


Deputy Clerk: Kathleen Zoratti                         Start: 10:00 AM
Court Reporter: Christine Coaly                        Stop: 11:04 AM