James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
jcondo@swlaw.com

Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Telephone: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

*Attorneys for Defendants*
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation | No. 2:15-MD-02641-DGC<br><br>**DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.'S SUPPLEMENTAL FILING REGARDING EMERGENCY MOTION OF LAW OFFICE OF BEN C. MARTIN AND MARTIN BAUGHMAN TO STAY DISTRIBUTION PENDING APPEAL**<br><br>(Assigned to the Honorable David G. Campbell) |

The Law Offices of Ben C. Martin and Martin/Baughman ("BCM") have filed a motion (Doc. 22164) asking this Court to stay distribution of certain assessments to the common benefit fund established in this multidistrict litigation proceeding ("MDL"), pending their appeal of this Court's May 20, 2022 order (Doc. 22162). That order denied BCM's motion to reduce and/or eliminate their obligation to pay assessments to the common benefit fund. In support of the motion to stay, BCM has also filed a declaration

of Mr. Martin, accompanied by exhibits, and a motion to seal the declaration (including attachments). (Doc. 22165).

During a hearing held on July 14, 2022, the Court requested certain information from the Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively "Bard"). Specifically, the Court inquired about the status of Bard's transfer of common benefits associated with the BCM settlement to the appropriate escrow funds. In response to the Court's inquiry, Bard states as follows:

- Approximately 92.97% of the common benefit funds potentially associated with the BCM inventory settlement have already been transferred to the escrow accounts.

- Since the date of that transfer, Bard has received a small number of additional releases from plaintiffs or claimants represented by BCM. As a consequence, Bard is in the process of additionally transferring approximately 1.75% of the common benefit funds potentially associated with the BCM inventory settlement. Those funds are expected to arrive in the escrow accounts within a matter of days.

- Approximately 5.27% of the potential common benefit funds associated with the BCM inventory settlement are presently retained by Bard. Bard has not received executed releases from the plaintiffs or claimants for which those funds have been allocated. If and when any of those individuals submit releases, Bard will transfer the common benefit assessments. Bard has no means of knowing when (if ever) those remaining plaintiffs or claimants will sign releases. It is entirely possible that some of those individuals will "opt out" of the settlement, and no common benefit assessment will be paid on their account.

Bard stands ready to answer any additional questions the Court may have.

DATED this 15th day of July, 2022.

s/ *Richard B. North, Jr.*
Richard B. North, Jr.
Georgia Bar No. 545599
Matthew B. Lerner
Georgia Bar No. 446986
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW / Suite 1700
Atlanta, GA  30363
PH: (404) 322-6000
FX: (404) 322-6050
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com

James R. Condo (#005867)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2204
PH: (602) 382-6000
JCondo@swlaw.com

**Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

s/ *Richard B. North, Jr.*
Richard B. North, Jr.