# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanner J. Easton, et al., | No. CV-19-1347-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| C.R. Bard, Inc., et al., | |
| Defendants. | |

The parties repeatedly have told the Court's staff that this case has settled, but have failed to file the promised notice of settlement. Relying on the parties' oral assurances,

**IT IS ORDERED** that the clerk shall terminate this case.

Dated this 4th day of August, 2023.

*David G. Campbell*

David G. Campbell
Senior United States District Judge